| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br>(*Local Counsel to McKesson Corporation and certain corporate affiliates*) | **BUCHALTER, a PROFESSIONAL CORPORATION**<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>(949) 760-1121<br>Daniel H. Slate (*pro hac vice* pending)<br>Email: dslate@buchalter.com<br>Jeffrey K. Garfinkle (*pro hac vice* pending)<br>Email: jgarfinkle@buchalter.com<br>Brian T. Harvey<br>Email: bharvey@buchalter.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) |
| **SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Dennis M. Twomey (*pro hac vice* pending)<br>Email: dtwomey@sidley.com<br>-and-<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>John J. Kuster (*pro hac vice* pending)<br>Email: jkuster@sidley.com<br>Nicholas P. Crowell (*pro hac vice* pending)<br>Email: ncrowell@sidley.com<br>Zachary Payne<br>Email: zpayne@sidley.com<br>Andres Barajas (*pro hac vice* pending)<br>Email: andres.barajas@sidley.com<br>(*Co-Counsel to McKesson Corporation and certain corporate affiliates*) | Case No. 23-18993 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan, Chief U.S.B.J. |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                   Debtors. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

      Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in the above-referenced case on behalf of creditor McKesson Corporation

and certain of its corporate affiliates. Request is made that the documents filed in this case and identified below be served on the undersigned at these addresses:

**BUCHALTER, a PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Attention: Daniel H. Slate
    Jeffrey K. Garfinkle
    Brian T. Harvey
Telephone: (949) 760-1121
Email: dslate@buchalter.com
   jgarfinkle@buchalter.com
   bharvey@buchalter.com

**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Attention: Dennis M. Twomey
Email: dtwomey@sidley.com

-and-

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
John J. Kuster
Email: jkuster@sidley.com
Nicholas P. Crowell
Email: ncrowell@sidley.com
Zachary Payne
Email: zpayne@sidley.com
Andres Barajas
Email: andres.barajas@sidley.com

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
Attention: Anthony Sodono, III
    Michele M. Dudas
Telephone: (973) 622-1800
Email: asodono@msbnj.com
   mdudas@msbnj.com

DOCUMENTS:

x  All notices entered pursuant to Fed. R. Bankr. P. 2002.

x  All documents and pleadings of any nature.

Date:  October 16, 2023                         */s/ Michele M. Dudas*
                                                Michele M. Dudas

4872-2424-4867, v. 1