**<u>Exhibit 1 to Bar Date Order</u>**

[Docket No. 32]

**Proof of Claim Form**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | |
|---|---|---|
| ☐ Rite Aid Corporation (Case No. 23-XXXXX) | ☐ 1515 West State Street, Boise, Idaho, LLC (Case No. 23-XXXXX) | ☐ 1740 Associates, L.L.C. (Case No. 23-XXXXX) |
| ☐ 4042 Warrensville Center Road – Warrensville Ohio, Inc. (Case No. 23-XXXXX) | ☐ 5277 Associates, Inc. (Case No. 23-XXXXX) | ☐ 5600 Superior Properties, Inc. (Case No. 23-XXXXX) |
| ☐ Advance Benefits, LLC (Case No. 23-XXXXX) | ☐ Apex Drug Stores, Inc. (Case No. 23-XXXXX) | ☐ Ascend Health Technology, LLC (Case No. 23-XXXXX) |
| ☐ Broadview and Wallings-Broadview Heights Ohio, Inc. (Case No. 23-XXXXX) | ☐ Design Rx Holdings LLC (Case No. 23-XXXXX) | ☐ Design Rx, LLC (Case No. 23-XXXXX) |
| ☐ Designrxclusives, LLC (Case No. 23-XXXXX) | ☐ Drug Palace, Inc (Case No. 23-XXXXX) | ☐ Eckerd Corporation (Case No. 23-XXXXX) |
| ☐ EDC Drug Stores, Inc. (Case No. 23-XXXXX) | ☐ Elixir Holdings, LLC (Case No. 23-XXXXX) | ☐ Elixir Pharmacy, LLC (Case No. 23-XXXXX) |
| ☐ Elixir Puerto Rico, Inc. (Case No. 23-XXXXX) | ☐ Elixir Rx Options, LLC (Case No. 23-XXXXX) | ☐ Elixir Rx Solutions of Nevada, LLC (Case No. 23-XXXXX) |
| ☐ Elixir Rx Solutions, LLC (Case No. 23-XXXXX) | ☐ Elixir Rx Solutions, LLC (Case No. 23-XXXXX) | ☐ Elixir Savings, LLC (Case No. 23-XXXXX) |
| ☐ First Florida Insurers of Tampa, LLC (Case No. 23-XXXXX) | ☐ GDF, Inc. (Case No. 23-XXXXX) | ☐ Genovese Drug Stores, Inc. (Case No. 23-XXXXX) |
| ☐ Gettysburg and Hoover-Dayton, Ohio, LLC (Case No. 23-XXXXX) | ☐ Grand River & Fenkell, LLC (Case No. 23-XXXXX) | ☐ Harco, Inc. (Case No. 23-XXXXX) |
| ☐ Health Dialog Services Corporation (Case No. 23-XXXXX) | ☐ Hunter Lane, LLC (Case No. 23-XXXXX) | ☐ ILG – 90 B Avenue Lake Oswego, LLC (Case No. 23-XXXXX) |
| ☐ JCG (PJC) USA, LLC (Case No. 23-XXXXX) | ☐ JCG Holdings (USA), Inc. (Case No. 23-XXXXX) | ☐ Juniper Rx, LLC (Case No. 23-XXXXX) |
| ☐ K & B Alabama Corporation (Case No. 23-XXXXX) | ☐ K & B Louisiana Corporation (Case No. 23-XXXXX) | ☐ K & B Mississippi Corporation (Case No. 23-XXXXX) |
| ☐ K & B Tennessee Corporation (Case No. 23-XXXXX) | ☐ K & B, Incorporated (Case No. 23-XXXXX) | ☐ K & B Services, Incorporated (Case No. 23-XXXXX) |
| ☐ K&B Texas Corporation (Case No. 23-XXXXX) | ☐ LakeHurst and Broadway Corporation (Case No. 23-XXXXX) | ☐ Laker Software, LLC (Case No. 23-XXXXX) |
| ☐ LMW – 90B Avenue Lake Oswego, Inc. (Case No. 23-XXXXX) | ☐ Maxi Drug North, Inc. (Case No. 23-XXXXX) | ☐ Maxi Drug South, L.P. (Case No. 23-XXXXX) |
| ☐ Maxi Drug, Inc. (Case No. 23-XXXXX) | ☐ Maxi Green, Inc. (Case No. 23-XXXXX) | ☐ Munson & Andrews, LLC (Case No. 23-XXXXX) |
| ☐ Name Rite, L.L.C. (Case No. 23-XXXXX) | ☐ P.J.C. Distribution, Inc. (Case No. 23-XXXXX) | ☐ P.J.C. Realty Co., Inc. (Case No. 23-XXXXX) |
| ☐ PDS-1 Michigan, Inc. (Case No. 23-XXXXX) | ☐ Perry Drug Stores, Inc. (Case No. 23-XXXXX) | ☐ PJC Lease Holdings, Inc. (Case No. 23-XXXXX) |
| ☐ PJC Manchester Realty LLC (Case No. 23-XXXXX) | ☐ PJC of Massachusetts, Inc. (Case No. 23-XXXXX) | ☐ PJC of Rhode Island, Inc. (Case No. 23-XXXXX) |
| ☐ PJC of Vermont, Inc. (Case No. 23-XXXXX) | ☐ PJC Peterborough Realty LLC (Case No. 23-XXXXX) | ☐ PJC Realty MA, Inc. (Case No. 23-XXXXX) |
| ☐ PJC Revere Realty LLC (Case No. 23-XXXXX) | ☐ PJC Special Realty Holdings, Inc. (Case No. 23-XXXXX) | ☐ RCMH, LLC (Case No. 23-XXXXX) |
| ☐ RDS Detroit, Inc. (Case No. 23-XXXXX) | ☐ READ's Inc. (Case No. 23-XXXXX) | ☐ RediClinic Associates, Inc. (Case No. 23-XXXXX) |
| ☐ RediClinic LLC (Case No. 23-XXXXX) | ☐ RediClinic of Dallas-Fort Worth, LLC (Case No. 23-XXXXX) | ☐ RediClinic of DC, LLC (Case No. 23-XXXXX) |
| ☐ RediClinic of DE, LLC (Case No. 23-XXXXX) | ☐ RediClinic of MD, LLC (Case No. 23-XXXXX) | ☐ RediClinic of PA, LLC (Case No. 23-XXXXX) |
| ☐ RediClinic of VA, LLC (Case No. 23-XXXXX) | ☐ RediClinic US, LLC (Case No. 23-XXXXX) | ☐ Richfield Road – Flint, Michigan, LLC (Case No. 23-XXXXX) |
| ☐ Rite Aid Drug Palace, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid Hdqtrs. Corp (Case No. 23-XXXXX) | ☐ Rite Aid Hdqtrs. Funding, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid Lease Management Company (Case No. 23-XXXXX) | ☐ Rite Aid of Connecticut, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Delaware, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid of Georgia, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Indiana, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Kentucky, Inc. (Case No. 23-XXXXX) |

| | | |
|---|---|---|
| ☐ Rite Aid of Maine, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Maryland, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Michigan, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid of New Hampshire, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of New Jersey, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of New York, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid of North Carolina, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Ohio, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Pennsylvania, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid of South Carolina, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Tennessee, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Vermont, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid of Virginia, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of Washington D.C. Inc. (Case No. 23-XXXXX) | ☐ Rite Aid of West Virginia, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Aid Online Store, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid Payroll Management, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid Realty Corp. (Case No. 23-XXXXX) |
| ☐ Rite Aid Rome Distribution Center, Inc. (Case No. 23-XXXXX) | ☐ Rite Aid Specialty Pharmacy, LLC (Case No. 23-XXXXX) | ☐ Rite Aid Transport, Inc. (Case No. 23-XXXXX) |
| ☐ Rite Investments Corp. (Case No. 23-XXXXX) | ☐ Rite Investments Corp., LLC (Case No. 23-XXXXX) | ☐ Rx Choice, Inc. (Case No. 23-XXXXX) |
| ☐ Rx Initiatives L.L.C. (Case No. 23-XXXXX) | ☐ Rx USA, Inc. (Case No. 23-XXXXX) | ☐ The Bartell Drug Company (Case No. 23-XXXXX) |
| ☐ The Jean Coutu Group (PJC) USA, Inc. (Case No. 23-XXXXX) | ☐ The Lane Drug Company (Case No. 23-XXXXX) | ☐ Thrift Drug, Inc. (Case No. 23-XXXXX) |
| ☐ Thrifty Corporation (Case No. 23-XXXXX) | ☐ Thrifty PayLess, Inc. (Case No. 23-XXXXX) | ☐ Tonic Procurement Solutions, LLC (Case No. 23-XXXXX) |

## Modified Form 410
# Proof of Claim Form

04/22

**You may file your claim electronically at https://restructuring.ra.kroll.com/RiteAid via the link entitled "Submit a Claim."**

**For questions regarding this Proof of Claim Form, please call Kroll Restructuring Administration LLC at (844) 274-2766 or visit https://restructuring.ra.kroll.com/RiteAid.**

Read the instructions at the end of this document before filling out this form. This form is for making a claim for payment in a bankruptcy case.

**Do not** use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not** send original documents as they will not be returned, and they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of October 15, 2023.**

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?** | ❑ No<br>❑ Yes.   Claim number on court claims registry (if known)_____     Filed on _____<br>                                                                                                                                      MM  / DD  / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ❑ No<br>❑ Yes. Who made the earlier filing? _____ |

### Part 2:   Give Information About the Claim as of the Date the Case Was Filed (October 15, 2023)

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ❑ No<br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $_____.  **Does this amount include interest or other charges?**<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❑ Motor vehicle<br>❑ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                                            $_____<br><br>**Amount of the claim that is secured:**            $_____<br><br>**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**          $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>❑ Fixed<br>❑ Variable |
| 10. | **Is this claim based on a lease?** | ❑ No<br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.**       $_____ |

| | | |
|---|---|---|
| 11. **Is this claim subject to a right of setoff?** | ❏ No<br><br>❏ Yes. Identify the property: _____ | |
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br><br>❏ Yes. *Check one:*<br><br>❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❏ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❏ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies.<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❏ No<br><br>❏ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏  I am the creditor.
❏  I am the creditor's attorney or authorized agent.
❏  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number        Street

            _____
            City                              State        ZIP Code

Contact phone _____    Email _____

Modified Form 410                                                                                           page 4

# Instructions for Proof of Claim Form

United States Bankruptcy Court                                                                                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

**How to fill out this form**

- **Fill in all of the information about the claim as of the date the bankruptcy case was filed, October 15, 2023.**

- **Check the box for the debtor against whom you are filing a claim.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**

    Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

    Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because they will not be returned and may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

**Confirmation that the claim has been filed**

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.ra.kroll.com/RiteAid.

**Understand the terms used in this form**

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as

shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Offers to purchase a claim**

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
RiteAid Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
RiteAid Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at https://restructuring.ra.kroll.com/RiteAid via the link entitled "Submit a Claim."**

> **Do not file these instructions with your form**