**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR OCTOBER 16, 2023 AT 1:00 P.M. (ET)**

The Debtors file this Witness and Exhibit List regarding the first-day hearing scheduled for Monday, October 16, 2023 at 1:00 p.m. (ET) ("Hearing").

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## WITNESSES

The Debtors may call the following witnesses (in alphabetical order):

1. **Casey Cohen**, Senior Managing Director, Guggenheim Securities, LLC, the Debtors' proposed investment banker.

2. **Elise Frejka**, privacy ombudsman and special counsel to Debtors.

3. **Marc Liebman**, Chief Transformation Officers, Debtors.

4. **Adam Rifkin**, Senior Managing Director, Guggenheim Securities, LLC, the Debtors' proposed investment banker.

5. **Matthew Scheidemann**, Managing Director, Guggenheim Securities, LLC, the Debtors' proposed investment banker.

6. **Benjamin Steele**, Managing Director, Kroll Restructuring Administration LLC, proposed claims and noticing agent.

7. **Jeff Stein**, Chief Executive Officer and Chief Restructuring Officer, Debtors.

8. Any witness necessary to establish the authenticity or admissibility of documents.

9. Any witness called by any other party.

10. Rebuttal witnesses as necessary.

The Debtors reserve the right to cross examine any witness called by another party. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below. The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtors further reserve the

right to add documents used for rebuttal. By including a document on this Exhibit List, the Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The Debtors reserve the right to object if another party seeks to introduce into evidence exhibits that the Debtors have identified.

| Ex. # | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| 1. | J. Stein First-Day Declaration [Docket No. 20] | | | |
| 2. | M. Scheidemann DIP Declaration [Docket No. 41] | | | |
| 3. | M. Liebman DIP Declaration [Docket No. 40] | | | |
| 4. | A. Rifkin Retail Marketing Declaration [Docket No. 36] | | | |
| 5. | C. Cohen Elixir Marketing Declaration [Docket No. 35] | | | |
| 6. | M. Liebman Store Closing Declaration [Docket No. 39] | | | |
| 7. | E. Frejka Privacy Declaration [Docket No. 34] | | | |
| 8. | B. Steele Kroll Retention Declaration [Docket No. 11] | | | |
| 9. | J. Stein TRO Declaration [Adv. Docket No. 3] | | | |
| 10. | M. Liebman TRO Declaration [Adv. Docket No. 5] | | | |
| 11. | Sept. 14, 2023 McKesson NDA | | | |
| 12. | Oct. 14, 2023 B. Vitalone Email | | | |
| 13. | Oct. 14, 2023 Termination Letter | | | |
| 14. | Oct. 15, 2023 D. Twomey Letter | | | |
| 15. | McKesson 10-K | | | |
| 16. | DIP Budget | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

*[Signature page follows.]*

Dated: October 16, 2023

/s/Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com
           svanaalten@coleschotz.com


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (*pro hac vice* pending)
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:     esassower@kirkland.com
           joshua.sussberg@kirkland.com
           aparna.yenamandra@kirkland.com
           ross.fiedler@kirkland.com
           zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*