| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960-5122<br>(973) 992-4800; (973) 992-9125 (fax)<br>Joseph J. DiPasquale, Esquire<br>Howard A. Cohen, Esquire<br>Mark E. Hall, Esquire<br>Michael R. Herz, Esquire<br>jdipasquale@foxrothschild.com<br>hcohen@foxrothschild.com<br>mhall@foxrothschild.com<br>mherz@foxrothschild.com<br><br>*Co-Counsel to the Ad Hoc Group of Secured Noteholders* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-18993<br><br>(Joint Administration Requested) |

## **APPLICATION FOR ADMISSION OF GREGORY F. LAUFER,** ***PRO HAC VICE***

Pursuant to Local Rule 2090-1 and the attached certification, counsel hereby moves for the admission *pro hac vice* of Gregory F. Laufer, Esq. to represent the Ad Hoc Group of Secured Noteholders as co-counsel in the above-captioned chapter 11 cases.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

<div style="display:flex; justify-content:space-between;">
<div>Dated: October 16, 2023</div>
<div>

**FOX ROTHSCHILD LLP**
*Co-Counsel to the Ad Hoc Group of Secured Noteholders*

By: /s/ Joseph J. DiPasquale
      Joseph J. DiPasquale, Esquire

</div>
</div>

### CERTIFICATION OF GREGORY F. LAUFER IN SUPPORT OF APPLICATION TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 2090-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Court for the Southern District of New York. I am not under suspension or disbarment by any Court. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in rule 101.1(j) of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: October 16, 2023      Respectfully submitted,

By: /s/ Gregory F. Laufer
Gregory F. Laufer, Esq.
NY Bar No. 4614764
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
glaufer@paulweiss.com