**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (*pro hac vice* pending)
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 16, 2023 AT 1:00 P.M. (ET)**

To:     All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard

on **October 16, 2023, at 1:00 p.m. (prevailing Eastern Time)** before the Honorable Chief

Judge Michael B. Kaplan:

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 21]

    Related Documents:

    A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

    B. Application for Expedited Consideration [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

    Status:  This matter is going forward with permission of the Court.

2. Debtors' Application in support of the Debtors' Request for a Temporary Restraining Order and Preliminary Injunction [Adv. Proc. No. 23-01294, Adv. Proc. Docket No. 2]

    Related Documents:

    A. Verified Complaint [Adv. Proc. Docket No. 1]

    B. Proposed Order to Show Cause and for Temporary and Preliminary Injunctive Relief [Adv. Proc. Docket No. 2-1]

    C. Application for Shortened Time [Adv. Proc. No. 5]

    D. Declaration of Jeffrey S. Stein in Support of Debtors' Request for a Temporary Restraining Order and Preliminary Injunction [Adv. Proc. No. 3]

    E. Declaration of Marc Liebman in Support of Debtors' Request for a Temporary Restraining Order and Preliminary Injunction [Adv. Proc. No. 4]

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to
(A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens
and Superpriority Administrative Expense Claims, (III) Granting Liens and
Superpriority Administrative Expense Claims, (III) Granting Adequate Protection,
(IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI)
Granting Related Relief [Docket No. 38]

Related Documents:

A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and
First Day Motions [Docket No. 20]

B.  Declaration of Marc Liebman, Managing Director of Alvarez & Marsal North
America LLC, in support of Debtors' Motion for Entry of Interim and Final
Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and
(B) Utilize Cash Collateral, (II) Granting Liens and Superpriority
Administrative Expense Claims, (III) Granting Liens and Superpriority
Administrative Expense Claims, (III) Granting Adequate Protection, (IV)
Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI)
Granting Related Relief [Docket No. 39]

C.  Declaration of Matthew Scheidemann in support of the Debtors' Motion for
Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain
Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and
Superpriority Administrative Expense Claims, (III) Granting Liens and
Superpriority Administrative Expense Claims, (III) Granting Adequate
Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final
Hearing, and (VI) Granting Related Relief [Docket No. 40]

D.  Application for Expedited Consideration [Docket No. 22]

E.  Order Regarding Debtors' Application for Expedited Consideration of First
Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

46286901

4. Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 33]

   Related Documents:

   A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

   B. Declaration of Elise S. Frejka in support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 34]

   C. Declaration of Casey Cohen in support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 35]

   D. Declaration of Adam Rifkin in support of the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief [Docket No. 36]

   E. Application for Expedited Consideration [Docket No. 22]

   F. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

   Status:  This matter is going forward with permission of the Court.

46286901

5.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to
     (A) Continue to Operate Their Cash Management System; (B) Honor Certain
     Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and
     (D) Perform Intercompany Transactions and (II) Granting Related Relief
     [Docket No. 10]

     Related Documents:

     A.   Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and
          First Day Motions [Docket No. 20]

     B.   Application for Expedited Consideration [Docket No. 22]

     C.   Order Regarding Debtors' Application for Expedited Consideration of First
          Day Matters [Docket No. 23]

     Status:  This matter is going forward with permission of the Court.

6.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to
     (A) Pay Prepetition Associate Wages, Salaries, Other Compensation, and
     Reimbursable Associate Expenses and (B) Continue Associate Benefits Programs, and
     (II) Granting Related Relief [Docket No. 17]

     Related Documents:

     A.   Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and
          First Day Motions [Docket No. 20]

     B.   Application for Expedited Consideration [Docket No. 22]

     C.   Order Regarding Debtors' Application for Expedited Consideration of First
          Day Matters [Docket No. 23]

     Status:  This matter is going forward with permission of the Court.

7.   Debtors' Motion for Entry of an Orders (I) Authorizing the Debtors to (A) Maintain
     and Administer Their Existing Retail Customer Programs and Honor Certain
     Prepetition Obligations Related Thereto and (B) Continue Client Programs and
     Servicing Related to the Elixir Business and (II) Granting Related Relief
     [Docket No. 8]

     Related Documents:

     A.   Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and
          First Day Motions [Docket No. 20]

46286901

B.  Application for Expedited Consideration [Docket No. 22]

C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(b)(9) Claimants, (B) Lien Claimants, and (c) Critical Vendors, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 18]

Related Documents:

A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B.  Application for Expedited Consideration [Docket No. 22]

C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

9.  Debtors' Motion for Entry of an Order Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File A Consolidated List of the Debtors' Fifty Largest Unsecured Creditors (B) File A Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information, (II) Waiving the Requirement to File a List of Equity Holders and Provide Notices Directly to Equity Security Holders, and (III) Granting Related Relief [Docket No. 9]

Related Documents:

A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B.  Application for Expedited Consideration [Docket No. 22]

C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court

10. Debtors' Motion for Order Approving Certain Dates and Protocols [Docket No. 14]

46286901

Related Documents:

    A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

    B.  Application for Expedited Consideration [Docket No. 22]

    C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

  Status:  This matter is going forward with permission of the Court

11.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (II) Granting Related Relief [Docket No. 37]

    Related Documents:

    A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

    B.  Declaration of Elise S. Frejka in support of the Debtors' Bidding Procedures Motion and Store Closing Motion [Docket No. 34]

    C.  Application for Expedited Consideration [Docket No. 22]

    D.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

  Status:  This matter is going forward with permission of the Court.

12.  Debtors' Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 3]

    Related Documents:

    A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

    B.  Application for Expedited Consideration [Docket No. 22]

    C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

46286901

Status:  This matter is going forward with permission of the Court.

13. Debtors' Application for Entry of an Order (I) Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 11]

    Related Documents:

      A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

      B. Application for Expedited Consideration [Docket No. 22]

      C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

    Status:  This matter is going forward with permission of the Court.

14. Debtors' Motion Seeking Entry of an Order Extending Time to (I) File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 4]

    Related Documents:

      A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

      B. Application for Expedited Consideration [Docket No. 22]

      C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

    Status:  This matter is going forward with permission of the Court.

15. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payments of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 13]

    Related Documents:

      A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

      B. Application for Expedited Consideration [Docket No. 22]

      C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

46286901

Status:  This matter is going forward with permission of the Court.

16. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock, and (II) Granting Related Relief [Docket No. 7]

Related Documents:

A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B. Application for Expedited Consideration [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

17. Debtors' Motion for Entry of an Order (I) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates, and (II) Granting Related Relief [Docket No. 16]

Related Documents:

A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B. Application for Expedited Consideration [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

18. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 12]

Related Documents:

A. Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B. Application for Expedited Consideration [Docket No. 22]

46286901

C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

19. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments for Services Performed, and (V) Granting Related Relief [Docket No. 5]

Related Documents:

A.  Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 20]

B.  Application for Expedited Consideration [Docket No. 22]

C.  Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 23]

Status:  This matter is going forward with permission of the Court.

46286901

Dated: October 16, 2023

/s/ Michael D. Sirota
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (*pro hac vice* pending)
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      esassower@kirkland.com
            joshua.sussberg@kirkland.com
            aparna.yenamandra@kirkland.com
            ross.fiedler@kirkland.com

11

46286901