UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960-5122
(973) 992-4800; (973) 992-9125 (fax)
Joseph J. DiPasquale, Esquire
Howard A. Cohen, Esquire
Mark E. Hall, Esquire
Michael R. Herz, Esquire
jdipasquale@foxrothschild.com
hcohen@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com

*Co-Counsel to the Ad Hoc Group of Secured
Noteholders*

In re:

RITE AID CORPORATION, *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-18993

(Joint Administration Requested)

| Recommended Local Form: | ☐ Followed | ☒ Modified |
| --- | --- | --- |

**ORDER APPROVING APPLICATION FOR ADMISSION *PRO HAC VICE***

The relief set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED.**

**DATED: October 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Page 2 of 3
Case No. 23-18993
Caption of Order:  Order Approving Application for Admission *Pro Hac Vice*

THIS MATTER having come before the Court upon the application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, Brian S. Hermann, Esq., and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ. R.101.1 and D.N.J. LBR 2090-1, and good cause having been shown; it is

ORDERED that Brian S. Hermann, Esq. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, to the extent not already filed, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending before this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, to the extent said fee has not already been paid, and it is further

ORDERED that the $150.00 fee required by D.N.J. L.Civ.R.101.1 (c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attn:  Pro Hac Vice Admissions*

2

Page 3 of 3
Case No. 23-18993
Caption of Order:  Order Approving Application for Admission *Pro Hac Vice*

and it is further ORDERED that the Applicant shall be bound by the Local Rules of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey

Lawyers' Fund for Client Protection within 5 days of its date of entry.