| Information to identify the case: | |
|---|---|
| Debtor   Rite Aid Corporation<br>         Name | EIN: 23-1614034 |
| United States Bankruptcy Court for the District of New Jersey | Date cases filed for chapter 11: 10 /15/ 2023<br>MM / DD / YYYY |
| Case number:   23-18993, Jointly Administered | |

## Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Cases                                    02/20

**For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered for each Debtor.  This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected on the website created by Claims and Noticing Agent Kroll Restructuring Administration LLC ("Kroll") for these chapter 11 cases at https://restructuring.ra.kroll.com/RiteAid, the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to Kroll at (844) 274-2766 (toll-free), (646) 440-4878 (international).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtors' full names:**<br><br>See **Schedule I**, annexed hereto. | | |
| 2. | **All other names used in the last 8 years** | N/A | |
| 3. | **Address Applicable to all Debtors** | 1200 Intrepid Avenue, 2nd Floor<br>Philadelphia, PA 19122 | |
| 4. | **Debtors' attorneys**<br>MICHAEL SIROTA, ESQ.<br>WARREN A. USATINE, ESQ.<br>FELICE R. YUDKIN, ESQ.<br>SETH VAN AALTEN, ESQ.<br>COLE SCHOTZ PC<br>25 MAIN STREET<br>HACKENSACK, NEW JERSEY 07601<br>MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>SVANAALTEN@COLESCHOTZ.COM<br><br>EDWARD O. SASSOWER, P.C.<br>JOSHUA A. SUSSBERG, P.C.<br>APARNA YENAMANDRA, P.C.<br>ROSS J. FIEDLER<br>ZACHARY R. MANNING<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022<br>ESASSOWER@KIRKLAND.COM<br>JSUSSBERG@KIRKLAND.COM<br>APARNA.YENAMANDRA@KIRKLAND.COM<br>ROSS.FIEDLER@KIRKLAND.COM<br>ZACH.MANNING@KIRKLAND.COM | **Debtors' notice and claims agent (for court documents and case information inquiries):**<br><br>**KROLL**<br><br>Website: **https://restructuring.ra.kroll.com/RiteAid**<br><br>Email Inquiries: **RiteAidInfo@ra.kroll.com**<br><br>Hotlines:<br>Toll Free - (844) 274-2766; International - (646) 440-4878 | |

| Information to identify the case: | | | |
|---|---|---|---|
| 5. | **Bankruptcy clerk's office** Documents in these cases may be filed at this address. You may also inspect all records filed in these cases at this office or online at www.pacer.gov, or free of charge on the website for these chapter 11 cases at https://www.njb.uscourts.gov | Clerk of the U.S. Court Clarkson S. Fisher U.S. Courthouse 402 East State Street Trenton, NJ 08608 | **Hours:** Mon-Fri. 8:30 a.m.-4:00 p.m. (ET) **Contact phone:** Please contact Kroll, the court-appointed claims agent, by calling (844) 274-2766 (toll-free), (646) 440-4878 (international). |
| 6. | **Meeting of creditors** The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 14, 2023 at 10:00 a.m.** **BY TELEPHONE:** dial in 888-946-3502; passcode - 4226280 The 341 meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The audio of the meeting of creditors will be made available upon request. | |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim** **For all creditors (except a governmental unit):** **For a governmental unit:** | Not yet set. If a deadline is set, the court or Kroll will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://restructuring.ra.kroll.com/RiteAid. Completed proofs of claim may be submitted to Kroll, as the official claims agent for these cases. **If by First-Class Mail:** Rite Aid Corporation Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412 Brooklyn, NY 11232 **If by overnight courier or hand delivery:** Same address as above. **Or you may file your claim electronically on the case website:** **https://restructuring.ra.kroll.com/RiteAid or with the bankruptcy court at the following website: www.njb.uscourts.gov and clicking on "Proof of Claim Filing"** Your claim will be allowed in the amount scheduled unless: ▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*; ▪ you file a proof of claim in a different amount; or ▪ you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office, the case website at https://restructuring.ra.kroll.com/RiteAid or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** N/A | |

| Information to identify the case: | |
|---|---|
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Schedule I**
**Debtor's Full Names**

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-18993 | Rite Aid Corporation | 23-1614034 |
| 23-19001 | 1515 West State Street, Boise, Idaho, LLC | 27-4359371 |
| 23-19004 | 1740 Associates, L.L.C. | 27-4359433 |
| 23-19007 | 4042 Warrensville Center Road - Warrensville Ohio, Inc. | 25-1820507 |
| 23-19010 | 5277 Associates, Inc. | 23-2940919 |
| 23-19013 | 5600 Superior Properties, Inc. | 80-0052337 |
| 23-19017 | Advance Benefits, LLC | 59-3760021 |
| 23-19026 | Apex Drug Stores, Inc. | 38-2413448 |
| 23-19029 | Ascend Health Technology LLC | 45-4806467 |
| 23-19033 | Broadview and Wallings-Broadview Heights Ohio, Inc. | 25-1814215 |
| 23-19036 | Design Rx Holdings LLC | 27-4368094 |
| 23-19039 | Design Rx, LLC | 20-1369429 |
| 23-19041 | Designrxclusives, LLC | 20-5166645 |
| 23-19047 | Eckerd Corporation | 51-0378122 |
| 23-19044 | Drug Palace, Inc. | 80-0052352 |
| 23-19049 | EDC Drug Stores, Inc. | 56-0596933 |
| 23-19052 | Elixir Holdings, LLC | 26-0676699 |
| 23-19056 | Elixir Pharmacy, LLC | 26-2434607 |
| 23-19059 | Elixir Puerto Rico, Inc. | 61-1772789 |
| 23-19062 | Elixir Rx Options, LLC | 34-1939227 |
| 23-19072 | Elixir Rx Solutions of Nevada, LLC | 88-0511398 |
| 23-19066 | Elixir Rx Solutions, LLC | 05-0570786 |
| 23-19069 | Elixir Rx Solutions, LLC | 36-4221427 |
| 23-19074 | Elixir Savings, LLC | 20-3389462 |
| 23-19076 | First Florida Insurers of Tampa, LLC | 59-2798509 |
| 23-19078 | GDF, Inc. | 34-1343867 |
| 23-19081 | Genovese Drug Stores, Inc. | 11-1556812 |
| 23-19084 | Gettysburg and Hoover-Dayton, Ohio, LLC | 27-4355844 |
| 23-19085 | Grand River & Fenkell, LLC | 27-5007145 |
| 23-19088 | Harco, Inc. | 63-0522700 |
| 23-19089 | Health Dialog Services Corporation | 04-3274661 |
| 23-19092 | Hunter Lane, LLC | 90-1011712 |
| 23-19095 | ILG – 90 B Avenue Lake Oswego, LLC | 33-1192489 |
| 23-19098 | JCG (PJC) USA, LLC | 26-0169455 |
| 23-19099 | JCG Holdings (USA), Inc. | 20-1147565 |
| 23-19101 | Juniper Rx, LLC | 88-0991843 |
| 23-19103 | K & B Alabama Corporation | 72-1011085 |
| 23-19104 | K & B Louisiana Corporation | 72-1043860 |
| 23-19106 | K & B Mississippi Corporation | 72-0983482 |
| 23-19108 | K & B Services, Incorporated | 72-1245171 |
| 23-18994 | K & B Tennessee Corporation | 62-1444359 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-18996 | K&B Texas Corporation | 72-1010327 |
| 23-18995 | K & B, Incorporated | 51-0346254 |
| 23-18992 | Lakehurst and Broadway Corporation | 23-2937947 |
| 23-18998 | Laker Software, LLC | 41-1924169 |
| 23-19000 | LMW 90 B Avenue Lake Oswego, Inc. | 27-2254279 |
| 23-19003 | Maxi Drug North, Inc. | 05-0520884 |
| 23-19005 | Maxi Drug South, L.P. | 05-0520885 |
| 23-19008 | Maxi Drug, Inc. | 04-2960944 |
| 23-19011 | Maxi Green Inc. | 45-0515111 |
| 23-19014 | Munson & Andrews, LLC | 27-4356050 |
| 23-19016 | Name Rite, L.L.C. | 27-3719933 |
| 23-19020 | P.J.C. Distribution, Inc. | 22-3252604 |
| 23-19022 | P.J.C. Realty Co., Inc. | 04-2967938 |
| 23-19024 | PDS-1 Michigan, Inc. | 38-2935739 |
| 23-19027 | Perry Drug Stores, Inc. | 38-0947300 |
| 23-19030 | PJC Lease Holdings, Inc. | 01-0573835 |
| 23-19034 | PJC Manchester Realty LLC | 01-0573821 |
| 23-19037 | PJC of Massachusetts, Inc. | 05-0481151 |
| 23-19040 | PJC of Rhode Island, Inc. | 23-1979613 |
| 23-19043 | PJC of Vermont Inc. | 05-0498065 |
| 23-19045 | PJC Peterborough Realty LLC | 20-1151661 |
| 23-19048 | PJC Realty MA, Inc. | 02-0692817 |
| 23-19051 | PJC Revere Realty LLC | 01-0573818 |
| 23-19054 | PJC Special Realty Holdings, Inc. | 01-0573843 |
| 23-19055 | RCMH LLC, | 20-2804418 |
| 23-19058 | RDS Detroit, Inc. | 35-1799950 |
| 23-19063 | READ's Inc. | 80-0052330 |
| 23-19065 | RediClinic Associates, Inc. | 26-4053069 |
| 23-19068 | RediClinic LLC | 76-0639661 |
| 23-19070 | RediClinic of Dallas-Fort Worth, LLC | 47-4464318 |
| 23-19073 | RediClinic of DC, LLC | 47-4054321 |
| 23-19077 | RediClinic of DE, LLC | 47-4061619 |
| 23-19080 | RediClinic of MD, LLC | 47-1622394 |
| 23-19082 | RediClinic of PA, LLC | 47-1629750 |
| 23-19087 | RediClinic of VA, LLC | 47-3860141 |
| 23-19091 | RediClinic US, LLC | 26-2216660 |
| 23-19093 | Richfield Road -Flint, Michigan, LLC | 42-1645186 |
| 23-19096 | Rite Aid Drug Palace, Inc. | 23-2325476 |
| 23-18999 | Rite Aid Hdqtrs. Corp. | 23-2308342 |
| 23-19002 | Rite Aid Hdqtrs. Funding, Inc. | 75-3167335 |
| 23-18997 | Rite Aid Lease Management Company | 95-2384577 |
| 23-19006 | Rite Aid of Connecticut, Inc. | 23-1940645 |
| 23-19009 | Rite Aid of Delaware, Inc. | 23-1940646 |
| 23-19012 | Rite Aid of Georgia, Inc. | 23-2125551 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-19015 | Rite Aid of Indiana, Inc. | 23-2048778 |
| 23-19019 | Rite Aid of Kentucky, Inc. | 23-2039291 |
| 23-19021 | Rite Aid of Maine, Inc. | 01-0324725 |
| 23-19025 | Rite Aid of Maryland, Inc. | 23-1940941 |
| 23-19028 | Rite Aid of Michigan, Inc. | 38-0857390 |
| 23-19031 | Rite Aid of New Hampshire, Inc. | 23-2008320 |
| 23-18991 | Rite Aid of New Jersey, Inc. | 23-1940648 |
| 23-19035 | Rite Aid of New York, Inc. | 23-1940649 |
| 23-19038 | Rite Aid of North Carolina, Inc. | 23-1940650 |
| 23-19042 | Rite Aid of Ohio, Inc. | 23-1940651 |
| 23-19046 | Rite Aid of Pennsylvania, LLC | 23-1940652 |
| 23-19050 | Rite Aid of South Carolina, Inc. | 23-2047222 |
| 23-19053 | Rite Aid of Tennessee, Inc. | 23-2047224 |
| 23-19057 | Rite Aid of Vermont, Inc. | 23-1940942 |
| 23-19060 | Rite Aid of Virginia, Inc. | 23-1940653 |
| 23-19064 | Rite Aid of Washington, D.C. Inc. | 23-2461466 |
| 23-19067 | Rite Aid of West Virginia, Inc. | 23-1940654 |
| 23-19071 | Rite Aid Online Store, Inc. | 01-0910090 |
| 23-19075 | Rite Aid Payroll Management, Inc. | 01-0910097 |
| 23-19079 | Rite Aid Realty Corp. | 23-1725347 |
| 23-19083 | Rite Aid Rome Distribution Center Inc. | 23-1887836 |
| 23-19086 | Rite Aid Specialty Pharmacy, LLC | 27-4202824 |
| 23-19090 | Rite Aid Transport, Inc. | 25-1793102 |
| 23-19094 | Rite Investments Corp. | 51-0273192 |
| 23-19097 | Rite Investments Corp., LLC | 27-4359582 |
| 23-19100 | Rx Choice, Inc. | 25-1598207 |
| 23-19102 | Rx Initiatives L.L.C. | 20-3649446 |
| 23-19105 | Rx USA, Inc. | 23-2436417 |
| 23-19107 | The Bartell Drug Company | 91-0138195 |
| 23-19109 | The Jean Coutu Group (PJC) USA Inc. | 04-2925810 |
| 23-19111 | The Lane Drug Company | 53-0125212 |
| 23-19112 | Thrift Drug, Inc. | 22-2098063 |
| 23-19113 | Thrifty Corporation | 95-1297550 |
| 23-19114 | Thrifty PayLess, Inc. | 95-4391249 |
| 23-19115 | Tonic Procurement Solutions, LLC | 87-3071832 |