**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, New Jersey 07102
Telephone: (973) 273-9800
Facsimile: (973) 273-9430
Mark Pfeiffer, Esq. (#MDP8687)
E-mail: mark.pfeiffer@bipc.com

*Counsel to A & C Ventures, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>RITE AID CORPORATION, *et al.*<br><br>                              Debtors.[1] | Case No.: 23-18993 (MBK)<br><br>Chapter: 11<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO 11 U.S.C. § 1109(b) AND BANKRUPTCY RULES 2002(g) AND 9010**

**PLEASE TAKE NOTICE** that Buchanan Ingersoll & Rooney PC ("BIR") is counsel for A & C Ventures, Inc. Pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and 9010, BIR hereby appears in the above-captioned case(s) and hereby requests that all notices and all papers served or required to be served in this case by the Court, the Debtor, and/or any other parties-in-interest, be given to and served upon the following:

**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, New Jersey 07102
Telephone: (973) 273-9800
Facsimile: (973) 273-9430
**Attn: Mark Pfeiffer, Esq.**
E-mail: mark.pfeiffer@bipc.com

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rules and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by A & C Ventures, Inc., for itself or on behalf of any other party, to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended and shall not be deemed to waive any substantive or procedural rights of A & C Ventures, Inc. or any other party, including (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding

related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which A & C Ventures or any other party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. This request for notice does not constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal or Local Rules of Bankruptcy or Civil Procedure.

Dated: November 3, 2023

                                                  Respectfully submitted,

                                         **BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Mark Pfeiffer*
     550 Broad Street, Suite 810
     Newark, New Jersey 07102
     Telephone: (973) 273-9800
     Mark Pfeiffer, Esq. (#MDP8687)
     *Counsel to A & C Ventures, Inc.*

**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, New Jersey 07102
Telephone: (973) 273-9800
Facsimile: (973) 273-9430
Mark Pfeiffer, Esq. (017111995)
E-mail: mark.pfeiffer@bipc.com

*Counsel to A & C Ventures, Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No.: 23-18993 (MBK) |
| RITE AID CORPORATION, *et al.* | Chapter: 11 |
| Debtors. | (Joint Administration Requested) |

**CERTIFICATION OF SERVICE**

I, Mark Pfeiffer, Esquire, hereby certify that on November 3, 2023, I caused to be served the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS upon all parties via ECF notification.

Dated: November 3, 2023

Respectfully submitted,

*/s/ Mark Pfeiffer*
550 Broad Street, Suite 810
Newark, New Jersey 07102
Telephone: (973) 273-9800
Mark Pfeiffer, Esq. (#MDP8687)
*Counsel to A & C Ventures, Inc.*