Order Filed on November 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## ORDER DENYING MOTIONS FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is **ORDERED**.

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**DATED: November 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of *Motion to be Relieved from the Automatic Stay* [Docket No. 137], *Motion for Relief from Stay* [Docket No. 217], *Motion for an Order Granting Relief from the Automatic Stay to Prosecute Personal Injury Claim with the Pennsylvania Court of Common Pleas, Philadelphia County; and Waiving the 14-Day Requirement of Rule 4001(a)(3)* [Docket No. 334], *Motion of Movant, Margaret Small for Relief from Stay Under Section 362 of the Bankruptcy Code* [Docket No. 472] (collectively, the "**Motions for Relief from the Automatic Stay**"), *Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay* [Docket No. 550], and the *Amended Declaration of Anita Ward in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay* [Docket No. 578], following oral argument on the same, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motions for Relief from the Automatic Stay, after hearing and oral arguments before the Honorable Michael B. Kaplan, Chief Judge, 402 East State Street, Trenton, NJ 08608, Courtroom #8 on November 16, 2023, at 01:00 P.M. are **DENIED** without prejudice.

2. A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.