**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ, P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.,* | Case No. 23-18993 (MBK) |
| Debtors. [1] | (Jointly Administered) |

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI,**
**P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    The above-captioned debtors and debtors in possession (collectively, the "Debtors")

respectfully state the following in support of this application (this "Application").

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**RELIEF REQUESTED**

1.      The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (a) authorizing the Debtors to employ and retain Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") as special counsel to the board of directors (the "Board") of Debtor Rite Aid Corporation, effective as of the Petition Date (as defined herein), with regard to general corporate matters and these cases (the "Board Matters").  In support of this Application, the Debtors submit the declaration of Erin R. Fay, a member of WSGR, attached hereto as **Exhibit B** (the "Fay Declaration"), the declaration of Thomas J. Sabatino, Chief Legal Officer and Executive Vice President of Rite Aid Corporation, the ("Sabatino Declaration"), attached hereto as **Exhibit C**, and rely on and incorporate by reference the *Declaration of Jeffrey S. Stein in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration").  In further support of this Application, the Debtors respectfully state as follows:

**JURISDICTION AND VENUE**

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Code Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.).  The Debtors confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") to the Court entering a final order in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(e) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

5.      On October 15, 2023 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 2, 2023, the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "UCC") and an official committee of tort claimants (the "TCC" and together with the UCC, the "Committees"). Additional information about the Debtors' business and the events leading up to the Petition Date can be found in the First Day Declaration.

## RELIEF REQUESTED

6.      The Debtors seek entry of the Proposed Order, substantially in the form of attached hereto as **Exhibit A**, pursuant to sections 327(e) and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016, authorizing the retention and employment of WSGR as special counsel to the Board with respect to Board Matters, effective as of the Petition Date.

A.      **WSGR's Qualifications**

7.      The Debtors have selected WSGR to serve as special counsel to the Board due to, among other things, WSGR's extensive experience and expertise in corporate governance, bankruptcy, and corporate restructuring matters.

8.      By separate application, the Debtors have requested authorization to retain Kirkland & Ellis LLP ("K&E") and Cole Schotz, P.C. ("Cole Schotz") as their bankruptcy co-counsel.  Although the Debtors have sought to retain K&E and Cole Schotz as their general

bankruptcy counsel, the Debtors and the Board seek to engage independent counsel with extensive experience, knowledge, and expertise in the areas of corporate and restructuring law to assist with the Board Matters.  The Debtors believe that WSGR possesses such experience.

9.      Since its engagement by the Board, WSGR has become familiar with the Debtors' business, generally, certain prepetition transactions, and decisions made by the Board in the months leading up to the Petition Date.  Accordingly, WSGR has relevant and historical experience with the Board that will enable the firm to deal effectively and efficiently with many of the legal issues that are likely to arise in these chapter 11 cases.

10.     The Debtors submit that the Board's representation by WSGR is in the best interest of their estates and that authorizing WSGR to continue to represent the Board on a post-petition basis is necessary to avoid disruption to the Debtors' business and legal affairs during the pendency of these chapter 11 cases.  The Debtors further submit that the employment of WSGR as special counsel to the Board will not be duplicative of, but will augment, the services to be provided by K&E and Cole Schotz.

**B.      Services to Be Provided**

11.     Subject to further order of the Court, the Debtors seek authorization for the retention and employment of WSGR as counsel to the Board. WSGR has the necessary resources and expertise to provide such services and is familiar with the Debtors' business and the legal issues likely to arise on the matters for which retention is sought.

12.     WSGR, K&E, and Cole Schotz will work closely to prevent unnecessary or inefficient duplication of services and will take appropriate steps to avoid any such unnecessary duplication throughout the pendency of these chapter 11 cases.

C.      **Professional Compensation**

13.      WSGR intends to apply for (a) compensation for professional services rendered on an hourly basis and (b) reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any further procedures and orders of the Court.  The hourly rates and corresponding rate structure WSGR will use with respect to services rendered in these chapter 11 cases are generally consistent with the hourly rates and corresponding rate structure that WSGR uses in its matters, including complex corporate, financing and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  These rates reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes and severe time pressures.

14.      WSGR has advised the Debtors that its ordinary hourly rates range from $1,080 to $2,475 per hour for partners, from $690 to $1,895 per hour for counsel; from $615 to $1,315 per hour for associates, and from $225 to $930 for staff.

15.      The hourly rates set forth above are WSGR's standard hourly rates, set at a level designed to fairly compensate WSGR for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. WSGR's standard hourly rates are subject to periodic adjustment to reflect economic and other conditions. WSGR has advised the Debtors, and the Debtors understand, that the hourly rates set forth above are subject to periodic adjustments.[2]

---

[2]      WSGR has national and international practices in various types of law, including, without limitation, corporate, litigation, intellectual property, patents and innovations, regulatory and technology transactions. The hourly rate ranges disclosed in this Application are WSGR's standard hourly rates for engagements in such practice areas. WSGR also occasionally accepts representations with alternative fee structures, such as mixed-contingent and flat fee.

16.     In addition to the hourly billing rates set forth above, WSGR customarily charges its clients for all costs and expenses incurred, including telephone and telecopier charges, mail and express mail charges, document processing, photocopying and print copy charges, travel expenses, expenses for "working meals," computerized research, and transcription costs.  WSGR has advised the Debtors that it will charge such costs and expenses in accordance, and only to the extent consistent, with the Bankruptcy Code, the Bankruptcy Rules, and any applicable U.S. Trustee guidelines.

17.     Subject to the Court's approval, and in accordance with section 330(a) of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, and pursuant to the additional procedures established by the Court in these chapter 11 cases, WSGR intends to apply to the Court for payment of compensation and reimbursement of expenses.  WSGR understands that interim and final fee awards are subject to approval by the Court.

18.     The Debtors have made no promises to WSGR regarding compensation in these chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this Application. WSGR has advised that it has not shared, nor agreed to share, (a) any compensation it has received or may receive with any other party or person, other than with the directors and associates of WSGR, or (b) any compensation another person or party has received or may receive.

**D.    WSGR's Disinterestedness**

19.     To the best of the Debtors' knowledge, and as disclosed herein and in the Fay Declaration: (a) WSGR does not hold or represent any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which it is to be employed, as required by section 327(e) of the Bankruptcy Code, and (b) WSGR has no connection to the Debtors, their creditors or their related parties, except as may be disclosed in the Fay Declaration.

20.     WSGR has informed the Debtors that WSGR will periodically review its files during the pendency of the chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, WSGR will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

**E.      Authority for Requested Relief**

21.     The Debtors seek to retain WSGR as special counsel to the Board pursuant to section 327(e) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ for a specified special purpose, other than to represent the [debtor] in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).

22.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

23.     The Debtors submit that, for all the reasons stated above and in the Fay Declaration, the retention of WSGR as special counsel to the Board is warranted.  Further, as stated in the Fay Declaration, WSGR does not hold or represent any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which it is to be employed, as required by section 327(e) of

the Bankruptcy Code, and has no connection to the Debtors, their creditors or their related parties, except as may be disclosed in the Fay Declaration.

24.    Lastly, retroactive relief such that WSGR's retention shall be effective as of the Petition Date, is warranted under the circumstances and within the Court's power, as WSGR has provided valuable services to the Debtors since the Petition Date and will continue to do so during the pendency of these chapter 11 cases.  *See In re Arkansas Co., Inc.*, 798 F.2d 645 (3d Cir. 1986) (holding that bankruptcy courts have the power to grant retroactive approval of the employment of professionals under their broad equity power).

## NOTICE

25.    The Debtors will provide notice of this Application to the following parties and/or their respective counsel, as applicable: (a) the Office of the United States Trustee for the District of New Jersey; (b) the UCC; (c) the TCC; (d) the agents under the Prepetition Credit Facilities and counsel thereto; (e) the DIP Agents and counsel thereto; (f) Paul, Weiss, Rifkind, Wharton & Garrison LLP and Fox Rothschild LLP as counsel to the Ad Hoc Secured Noteholder Group; (g) the indenture trustees for the Senior Secured Notes; (h) the indenture trustee for the Senior Unsecured Notes; (i) the United States Attorney's Office for the District of New Jersey; (j) the Internal Revenue Service; (k) the U.S Securities and Exchange Commission; (*l*) the attorneys general in the states where the Debtors conduct their business operations; and (m) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## NO PRIOR REQUEST

26.    No prior request for the relief sought in this Application has been made to this Court or any other court.

**WHEREFORE,** the Debtors respectfully request entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (a) granting the relief requested herein and (b) granting such other relief as is just and proper.

Dated: November 22, 2023

<div style="margin-left:45%">

*/s/ Jeffrey S. Stein*
Jeffrey S. Stein
Chief Restructuring Officer
Chief Executive Officer
Rite Aid Corporation

</div>

## EXHIBIT A

**Proposed Order**

<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

</td></tr>
</table>

| | |
|---|---|
| In re:<br>RITE AID CORPORATION, *et al.*,<br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered three (3) through seven (7) is

**ORDERED**.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, et al. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Upon the application (the "Application")[1] of Rite Aid Corporation, and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases for  entry of an order (this "Order") authorizing the Debtors' retention and employment of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") as special counsel to the board of directors (the "Board") of Debtor Rite Aid Corporation, effective as of the Petition Date, with regard to Board Matters, pursuant to sections 327(e) and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016; and upon consideration of the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application, the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having found, based on the representations made in the Application and the Fay Declaration, that WSGR does not hold or represent any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which it is to be employed, as required by section 327(e) of the Bankruptcy Code; and this Court having found that sufficient cause exists to grant the relief set forth herein; and this Court having found that the Debtors' notice of the

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, et al. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Application was appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Application and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due and deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** as set forth herein.

2. The Debtors are authorized, pursuant to section 327(e) of the Bankruptcy Code, to retain and employ WSGR as special counsel to the Board to the extent set forth herein, effective as of the Petition Date.

3. WSGR is authorized to render professional services to the Board.

4. WSGR shall apply for (a) compensation for professional services rendered and (b) reimbursement of expenses incurred in connection with these cases, in both cases subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any other applicable procedures or orders of the Court. WSGR is authorized without further order of the Court to apply amounts from the prepetition advance payment retainer to compensate and reimburse WSGR for fees or expenses incurred on or prior to the Petition Date consistent with the Firm's ordinary course billing practice. At the conclusion of WSGR's engagement by the Debtors, if the amount of any advance payment retainer held by WSGR is in excess of the amount of WSGR's outstanding and estimated fees, expenses, and costs, WSGR will pay to the Debtors the amount by which any advance payment retainer exceeds such fees, expenses, and costs.

(Page | 5)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, et al. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, WSGR shall provide ten (10) days' prior notice of any such increases to the Debtors, the U.S. Trustee, the UCC, and the TCC and shall file any such notice with the Court. All parties in interest retain rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      WSGR (i) shall only bill 50% for non-working travel; and (ii) shall not seek the reimbursement of any fees or costs, including attorney's fees and costs, arising from the defense of any objections to any of WSGR's fee applications in these cases; (iii) shall use the billing and expense categories set forth in the U.S. Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

7.      Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

8.      WSGR shall make all reasonable efforts to avoid the duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

9.      Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall (i) to the extent that WSGR uses the services of

(Page | 6)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, et al. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the costs of such Contractors at the same rate that WSGR pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for WSGR; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these chapter 11 cases. No agreement or understanding exists between WSGR and any other person other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall WSGR share or agree to share compensation received for services rendered in connection with these cases with any other person, other than as permitted by section 504 of the Bankruptcy Code.

10.    The Debtors and WSGR are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

11.    To the extent that there may be any inconsistency between the terms of the Application, the Fay Declaration, the Sabatino Declaration, and this Order, the terms of this Order shall govern in all respects.

12.    Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the Local Rules are satisfied by such notice.

13.    Upon its entry, the terms and conditions of this Order shall be immediately effective and enforceable.

6

(Page | 7)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, et al. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

14.     The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

## **EXHIBIT B**

**Declaration of Erin R. Fay**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

**COLE SCHOTZ, P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors. [1] | (Jointly Administered) |

## DECLARATION OF ERIN R. FAY IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE

I, Erin R. Fay, being duly sworn, state the following under penalty of perjury:

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1.      I am a member of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR" or the "Firm"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 800, Wilmington, Delaware 19801.  I am an attorney at law, duly admitted and in good standing to practice in the States of Delaware and Wisconsin and in the United States District Court for the District of Delaware.  There are no disciplinary proceedings against me.

2.      I submit this Declaration in support of the application (the "Application") of the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, pursuant to sections 327(e) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to employ and retain WSGR, as special counsel to the board of directors (the "Board") of Debtor Rite Aid Corporation, in the above-captioned chapter 11 cases effective as of the Petition Date.

3.      All terms not otherwise defined herein have the meanings ascribed to them in the Application.  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.  To the extent that any information disclosed herein requires amendment or modification upon WSGR's completion of further analysis or as additional information becomes available to WSGR, a supplemental declaration will be submitted to the Court.

4.      I am authorized to provide this declaration on behalf of WSGR.  The Debtors propose to retain WSGR to serve as special counsel to the Board with respect to Board Matters. The statements set forth in this Declaration are based on my personal knowledge, upon information and belief, and upon client records kept in the ordinary course of business that were reviewed by me or other personnel of WSGR.  Such statements are also based on a review by the

2

persons within WSGR responsible for maintaining records of our representations, with the assistance of attorneys at WSGR, of the lists provided to WSGR by Kirkland & Ellis LLP ("K&E"), the Debtors' lead bankruptcy counsel (the "Interested Parties List"), setting forth certain of the creditors and other parties-in-interest (collectively, the "Interested Parties") of the Debtors. A copy of the Interested Parties List is attached hereto as **Annex A**.

## **WSGR'S QUALIFICATIONS**

5.      The Board has selected WSGR to serve as special counsel to the Board in these chapter 11 cases due to, among other things, the firm's extensive experience and knowledge the areas of corporate law and restructuring matters.  WSGR is a national and international law firm with more than sixty (60) years of experience, including experience in advising management teams, directors, boards, and special board or management committees of large public and private companies with respect to complex commercial transactions, financings, and the fulfillment of their fiduciary duties and obligations under applicable law. WSGR's attorneys have also been involved in many recent chapter 11 cases, including, among others: *In re FB Debt Financing Guarantor, LLC, et al.*, Case No. 23-10025 (Bankr. D. Del.) (counsel to the debtors); *In re OSG Group Holdings, Inc.,* No. 22-10718 (Bankr. D. Del.) (counsel to the debtors); *In re Medical Technologies Associates II, Inc.,* No. 22-1534 (Bankr. D. Del) (counsel to the reorganized debtor); *In re VIP Cinema Holdings, Inc.,* No. 20-10345 (Bankr. D. Del.) (counsel to the debtors); *In re CR Holdings Liquidating, Inc. (f/k/a Charlotte Russe),* No. 19-10210 (Bankr. D. Del.) (counsel to the debtors). These professionals have also represented numerous secured lenders, official and unofficial committees, debtor in possession financers, secured and unsecured creditors, and potential purchasers of assets in bankruptcy proceedings.  Given this expertise and in light of the broad array of matters which may come before the Board in connection with these chapter 11 cases, I believe

that WSGR has a highly qualified team of professionals and paraprofessionals to provide services to the Debtors during these chapter 11 cases.

6.      Additionally, I believe that due to the expertise, experience, and knowledge of the WSGR attorneys staffed on this matter, the legal services that it will provide will be efficient and cost-effective for the Debtors' estates.  In connection with services already rendered to the Board, WSGR developed familiarity with the Debtors, their business operations, certain issues affecting the Debtors, and the circumstances which led to the commencement of these chapter 11 cases.

7.      Since its engagement by the Board, WSGR has become familiar with the Debtors' business, generally, certain prepetition transactions, and decisions made by the Board in the months leading up to the Petition Date.  Accordingly, WSGR has relevant and historical experience with the Board that will enable the firm to deal effectively and efficiently with many of the legal issues that are likely to arise in these cases.

## SCOPE OF SERVICES

8.      Subject to further order of the Court, the Debtors request authorization for the retention and employment of WSGR as special counsel to the Board with regard to general corporate matters and these chapter 11 cases pursuant to section 327(e) of the Bankruptcy Code, effective as of the Petition Date.  WSGR has extensive knowledge and experience in virtually all aspects of the law that may arise in its representation of the Board.  Accordingly, I believe that WSGR is both well qualified and well positioned to provide the services described herein and in the Application, and that its retention would be in the best interests of the Debtors' estates, their creditors and other parties-in-interest in these chapter 11 cases.

9. WSGR will work closely with K&E and Cole Schotz to prevent unnecessary or inefficient duplication of services and will take appropriate steps to avoid such unnecessary duplication.

**COMPENSATION**

10. Subject to approval of this Court, WSGR intends to apply for allowance of compensation and reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and any further orders of the Court for all professional services performed and expenses incurred in connection with these chapter 11 cases.

11. WSGR has advised the Debtors that its ordinary hourly rates range from $1,080 to $2,475 per hour for partners, from $690 to $1,895 per hour for counsel; from $615 to $1,315 per hour for associates, and from $225 to $930 for staff.

12. The hourly rates set forth above are WSGR's standard hourly rates, set at a level designed to fairly compensate WSGR for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. WSGR's standard hourly rates are subject to periodic adjustment to reflect economic and other conditions. WSGR has advised the Debtors, and the Debtors understand, that the hourly rates set forth above are subject to periodic adjustments.

13. In addition to the hourly billing rates set forth above, WSGR customarily charges its clients for all costs and expenses incurred, including telephone and telecopier charges, mail and express mail charges, document processing, photocopying and print copy charges, travel expenses, expenses for "working meals," computerized research, and transcription costs. WSGR has advised the Debtors that it will charge such costs and expenses in accordance, and only to the extent consistent, with the Bankruptcy Code, the Bankruptcy Rules, and any applicable U.S. Trustee guidelines.

5

14.     On July 20, 2023, the Debtors paid $100,000 to WSGR, as an advance payment retainer. Subsequently, the Debtors paid WSGR additional advance payment retainer totaling $2,100,000 in the aggregate. Any advance payment retainer is earned by WSGR upon receipt, any advance payment retainer becomes the property of WSGR upon receipt, the Debtors no longer have a property interest in any advance payment retainer upon WSGR's receipt, any advance payment retainer will be placed in WSGR's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any advance payment retainer.

15.     As of the Petition Date, the Debtors did not owe WSGR any amounts for legal services rendered before the Petition Date. Although certain expenses and fees may have been incurred, but not yet applied to WSGR's advance payment retainer, as of the Petition Date, WSGR's total advance payment retainer exceeded amounts listed on statements describing services rendered and expenses incurred prior to the Petition Date.

16.     The Debtors have made no promises to WSGR regarding compensation in these chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this Application. WSGR has advised that it has not shared, nor agreed to share, (a) any compensation it has received or may receive with any other party or person, other than with the membersand associates of WSGR, or (b) any compensation another person or party has received or may receive.

### STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

17.     WSGR shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with section 327(a) of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. WSGR also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in*

*Larger Chapter 11 Cases Effective as of November 1, 2023* (the "Revised UST Guidelines"), both

in connection with this Application and the interim and final fee applications to be filed by WSGR

in these chapter 11 cases.

**Attorney Statement Pursuant to Revised UST Guidelines**

18.    The following is provided in response to the request for additional

information set forth in Paragraph D.1. of the Revised UST Guidelines:

(a)  **Question:** Did WSGR agree to any variations from, or alternatives to, WSGR's standard billing arrangements for this engagement?

  **Answer:**    No. WSGR and the Debtors have not agreed to any variations from, or alternatives to, WSGR's standard billing arrangements for this engagement. The rate structure provided by WSGR is appropriate and is not significantly different from (a) the rates that WSGR charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

(b)  **Question:** Do any of the WSGR professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

  **Answer:**    No. The hourly rates used by WSGR in representing the Board are consistent with the rates that WSGR charges other comparable corporate governance and restructuring clients, regardless of the location of the chapter 11 case or matter.

(c)  **Question:** If WSGR has represented the Board in the 12 months prepetition, disclose WSGR's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If WSGR's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

  **Answer:**    WSGR's current hourly rates for services rendered on behalf of the Board range as follows:[2]

---

[2]    While the rate ranges provided for by this Application may change if an individual leaves or joins WSGR, and if any such individual's billing rate falls outside the ranges disclosed above and herein, WSGR does not intend to update the ranges for such circumstances.

| Billing Category | Range |
|---|---|
| Partners | $1,080 - $2,475 |
| Counsel | $690 - $1,895 |
| Associates | $615 - $1,315 |
| Paraprofessionals | $225 - $930 |

WSGR represented the Board during the period from October 2022 to December 2022, using the hourly rates listed below:

| Billing Category | Range |
|---|---|
| Partners | $975 - $1,950 |
| Counsel | $640 - $1,475 |
| Associates | $550 - $1,025 |
| Paraprofessionals | $225 - $750 |

(d)  **Question:** Have the Debtors approved WSGR's budget and staffing plan, and if so, for what budget period?

**Answer:** Yes. More specifically, pursuant to the Interim DIP Order,[3] the Debtors must furnish regular budget and weekly variance reports, which include detail regarding the fees and expenses incurred in these chapter 11 cases by professionals proposed to be retained by the Debtors.

## **WSGR'S DISINTERESTEDNESS**

19.    To check and clear potential conflicts of interest in these chapter 11 cases, as well as to determine connections to the Debtors, their creditors, any other parties-in-interest, their respective attorneys and accountants, the Honorable Michael B. Kaplan, or the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee"), WSGR researched its client database (the "Client Database") to determine whether it has been employed by, or has other relationships with, the Interested Parties.

20.    The Client Database maintained by WSGR is designed to include every matter on which the Firm is now and has been engaged, by which entity the Firm is now or has

---

[3]    "Interim DIP Order" means the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 120].

been engaged and, in each instance, the identity of adverse parties and certain of the attorneys in the Firm that are knowledgeable about the matter.  It is the policy of WSGR that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the computer Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and adverse parties. Accordingly, WSGR maintains and systematically updates this system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.

21.    Further, WSGR sends a daily report of new matters firm wide. All WSGR attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations. WSGR did not receive any responses regarding this matter.  WSGR additionally polled all of its attorneys via email to determine if any WSGR attorney: (a) owns any debt or equity securities of the Debtors or any of their non-debtor affiliates; (b) holds a claim against or interest adverse to the Debtors or any of their non-debtor affiliates; (c) is or was an officer, director, or employee of the Debtors or any of their non-debtor affiliates; (d) is related to or has any connections to Judge Kaplan; or (e) is related to or has any connections to anyone working in the New Jersey U.S. Trustee's Office. WSGR did not receive any responses from any timekeepers in the affirmative reporting disclosable connections, interests, or claims. Therefore, to the best of my knowledge, neither I, nor any member, of counsel, or associate thereof at WSGR, insofar as I have been able to ascertain, have any connections with any of the entities or individuals referenced in the previous paragraph, except as disclosed herein.

22.    WSGR also conducted a further poll of the attorneys expected to perform the primary work on this engagement and asked these attorneys to disclose any interests in or claims against the entire list of parties in interest listed on **Annex A.** None of the attorneys

responded in the affirmative reporting disclosable connections, interests, or claims. Therefore, to the best of my knowledge, neither I, nor any other WSGR attorney expected to perform the primary work on this engagement, insofar as I have been able to ascertain, have any connections with any of the parties included on **Annex A,** except as disclosed herein.

23.      Finally, all WSGR attorneys and employees are required to obtain approval prior to accepting a board position. To the best of my and WSGR's knowledge, no attorney or employee of WSGR is or has been a director on a board of directors of the Debtors.

24.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor WSGR, nor any partner or associate thereof that is anticipated to provide the services hereunder, holds or represents an interest adverse to the Debtors or their estates with respect to the matters as to which WSGR is to be employed.

25.      WSGR in the past has represented or been adverse to, currently represents or is adverse to, and in the future likely will represent or be adverse to certain creditors of the Debtors and other parties-in-interest or affiliates thereof in matters wholly unrelated to the Debtors, the Debtors' cases or such entities' claims against or interests in the Debtors.  As of the date of this Declaration, I am aware that WSGR may currently represent or has a connection with, may have represented or may in the future represent those entities (or their affiliates) listed on **Annex B** hereto.[4]  Other than as described herein, all such past or present relationships with the Interested Parties disclosed in **Annex B** are wholly unrelated to the Debtors and the Debtors' chapter 11 cases and none of these representations creates or has ever created an adverse interest to the Debtors or their estates.

---

[4]      **Annex B** lists entities, or affiliates of the entities, that WSGR either actively represents or formerly represented on matters unrelated to these chapter 11 cases since October 15, 2021. WSGR's conflict check system covers a period of time prior to October 15, 2021; as a matter of practice, however, WSGR has not listed on **Annex B** former clients for such period (consistent with a disinterestedness timeframe of two (2) to three (3) years.)

26.    I understand that the Debtors and parties in these cases have and will retain various professionals during the pendency of these chapter 11 cases as set forth on the Interested Parties List.  Over the past several years, attorneys at WSGR have worked with certain of these professionals on various matters, representing either the same parties, parties with similar interests or parties with adverse interests.  In addition, certain of these firms may have been clients of WSGR in matters unrelated to the Debtors or these chapter 11 cases.

27.    In addition, during the course of the Debtors' chapter 11 cases, the Debtors may retain additional or different professionals.  Further, the Interested Parties List does not disclose the identities of all of the various professionals that have been retained, or are being considered for retention by the various parties in interest.  Therefore, we are unable to determine if WSGR has a client or other relationship with such as yet unidentified advisors.  However, we believe it likely that many of the professionals who may appear in these chapter 11 cases are witnesses, advisors or counsel, as the case may be, in transactions or cases in which WSGR also represents a client.  WSGR may retain various such professionals or affiliates thereof to provide forensic, litigation support and financial advisory services to WSGR or WSGR's clients in a variety of past, present or future engagements.  Current employees at WSGR may be former employees of, or related to employees of, one or more of the other professionals in these chapter 11 cases.  In addition, attorneys at WSGR belong to professional organizations to which other professionals who may appear in these chapter 11 cases may also belong.

28.    Despite the efforts described above to identify and disclose connections with parties in interest in these chapter 11 cases, because the Debtors are a large enterprise with many creditors and other relationships, WSGR is unable to state with certainty that every client connection of WSGR has been disclosed.  WSGR will conduct an ongoing review of its files to

ensure that no disqualifying circumstances arise and, if any new material facts or relationships are

discovered, WSGR will file supplemental disclosures with the Court regarding the same.

29.    For the reasons stated herein, WSGR represents no interest adverse to the

Debtors or their estates, it is well situated to fulfill its duties to the Debtors and its retention is in

the best interest of the Debtors' estates.

**Specific Disclosures**

30.    As specifically set forth below and in the attached exhibits, WSGR

represents certain of the Debtors' creditors, equity security holders, or other entities that may be

parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of

the representations described herein are materially adverse to the interests of the Debtors' estates.

Moreover, pursuant to section 327(c) of the Bankruptcy Code, WSGR is not disqualified from

acting as special counsel to the Board merely because it represents certain of the Debtors'

creditors, equity security holders, or other entities that may be parties in interest in matters

unrelated to these chapter 11 cases.

31.    WSGR currently represents, and in the past has represented, Mylan, Inc.

(and any parents, subsidiaries, or affiliated entities thereof, collectively "Mylan"), in connection

with various corporate and securities, financings, and other transactional matters, real estate,

environmental, employment, tax and employee benefits, patent, technology transactions and other

intellectual property matters, and litigation and other proceedings, including the litigation entitled

Rite Aid Corporation and Rite Aid HDQTRS Corporation v. Actavis Holdco, U.S., Inc., et. al.

Case No. 2:20-CV-03367 in the United States District Court for the Eastern District of

Pennsylvania (the "Actavis Litigation"), and related or future matters related to or arising from

the Actavis Litigation against Rite Aid. WSGR has not represented, and will not represent, Mylan

in connection with any matter in these chapter 11 cases. All current and prior representations of Mylan have been in matters unrelated to these chapter 11 cases. I do not believe that WSGR's current or prior representation of Mylan, including in connection with the Actavis Litigation, precludes WSGR from meeting the disinterestedness standard under the Bankruptcy Code.

32.    WSGR currently represents, and in the past has represented, an entity called Lasting Smiles in a pro bono matter that involved sending a demand letter to Rite Aid on behalf of Lasting Smiles. The matter is being negotiated and no complaint has been filed. WSGR's representation is limited to negotiations. WSGR has not represented, and will not represent, Lasting Smiles in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. All current and prior WSGR representations of Lasting Smiles have been in matters unrelated to these chapter 11 cases. I do not believe that WSGR's current or prior representation of Lasting Smiles precludes WSGR from meeting the disinterestedness standard under the Bankruptcy Code.

33.    WSGR has previously represented and provided litigation advice to StartMark, SPC ("StartMark") in a litigation matter that was adverse to Debtor Rite Aid Corporation. This matter was closed in July 2023, prior to the Petition Date. WSGR has not represented and will not represent StartMark in these chapter 11 cases during the pendency of these chapter 11 cases. Any prior WSGR representation of StartMark has been in a matter unrelated to these chapter 11 cases. I do not believe that WSGR's prior representation of StartMark precludes WSGR from meeting the disinterestedness standard under the Bankruptcy Code.

34.    WSGR has previously represented Sun Pharmaceuticals Industries Ltd. ("Sun Pharmaceuticals"), in antitrust litigation captioned *In re: Zetia (Ezetimibe)*, in which Sun

Pharmaceuticals was adverse to Debtor Rite Aid Corporation. This matter was closed in 2022.

WSGR has not represented and will not represent Sun Pharmaceuticals in these chapter 11 cases

during the pendency of these chapter 11 cases. Any prior WSGR representation of Sun

Pharmaceuticals has been in a matter unrelated to these chapter 11 cases. I do not believe that

WSGR's prior representation of Sun Pharmaceuticals precludes WSGR from meeting the

disinterestedness standard under the Bankruptcy Code.

I declare under penalty of perjury that, to the best of my knowledge and after

reasonable inquiry, the foregoing is true and correct.

Dated:  November 22, 2023

*/s/ Erin R. Fay Esq.*
Erin R. Fay, Esq
Wilson Sonsini Goodrich & Rosati, P.C.

.

**<u>Annex A</u>**
**Interested Parties**

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtor Affiliates |
| 1(b) | Directors & Officers |
| 1(c) | Known Joint Venture Affiliates |
| 1(d) | Bankruptcy Judges & Staff |
| 1(e) | Bankruptcy Professionals |
| 1(f) | Banks & Lien Parties |
| 1(g) | Customers |
| 1(h) | Insurance |
| 1(i) | Landlords |
| 1(j) | Litigation Parties |
| 1(k) | Notice of Appearance |
| 1(l) | Official Committee of Tort Claimants |
| 1(m) | Ordinary Course Professionals |
| 1(n) | Potential Participants in Sale Process |
| 1(o) | Significant Competitors |
| 1(p) | Surety & Letters of Credit |
| 1(q) | Taxing Authorities & Governmental Agencies |
| 1(r) | Top 50 Creditors |
| 1(s) | U.S. Trustee Office |
| 1(t) | UCC Members |
| 1(u) | Unions |
| 1(v) | Utilities |
| 1(w) | Vendors |

# SCHEDULE 1(a)

## Debtor Affiliates

1515 West State Street - Boise, Idaho LLC
1740 Associates LLC
4042 Warrensville Center Road
Warrensville Ohio Inc.
5277 Associates Inc.
5600 Superior Properties Inc.
Advance Benefits LLC
Apex Drug Stores Inc.
Ascend Health Technology LLC
Bartell Drug Co., The
Broadview & Wallings-Broadview Heights,
Ohio Inc.
Design Rx Holdings LLC
Design Rx LLC
Design Rxclusives LLC
Eckerd Corp.
EDC Drug Stores Inc.
Elixir Holdings LLC
Elixir Pharmacy LLC
Elixir Puerto Rico Inc.
Elixir Rx Options LLC
Elixir Rx Solutions LLC
Elixir Rx Solutions of Nevada LLC
Elixir Savings LLC
First Florida Insurers of Tampa LLC
GDF Inc.
Genovese Drug Stores Inc.
Gettysburg & Hoover - Dayton, Ohio LLC
Harco Inc.
Health Dialog Services Corp.
Hunter Lane LLC
JCG (PJC) USA LLC
JCG Holdings (USA) Inc.
Jean Coutu Group (PJC) USA Inc., The
Juniper Rx LLC
K&B Alabama Corp.
K&B Inc.
K&B Louisiana Corp.
K&B Mississippi Corp.
K&B Services Inc.
K&B Tennessee Corp.
K&B Texas Corp.

Lakehurst & Broadway Corp.
Laker Software LLC
Lane Drug Co., The
Maxi Drug Inc.
Maxi Drug North Inc.
Maxi Drug South LP
Maxi Green Inc.
Munson & Andrews LLC
Name Rite LLC
P.J.C. Distribution Inc.
P.J.C. Realty Co. Inc.
PDS-1 Michigan Inc.
Perry Distributors Inc.
Perry Drug Stores Inc.
PJC Lease Holdings Inc.
PJC Manchester Realty LLC
PJC of Massachusetts Inc.
PJC of Rhode Island Inc.
PJC of Vermont Inc.
PJC Peterborough Realty LLC
PJC Realty MA Inc.
PJC Revere Realty LLC
PJC Specialty Realty Holdings Inc.
RCMH LLC
RDS Detroit Inc.
Read's Inc.
RediClinic Associates Inc.
RediClinic LLC
RediClinic of PA LLC
Rite Aid Corp.
Rite Aid Drug Palace Inc.
Rite Aid Headquarters Corp.
Rite Aid Headquarters Funding Inc.
Rite Aid Lease Management Co.
Rite Aid of Connecticut Inc.
Rite Aid of Delaware Inc.
Rite Aid of Georgia Inc.
Rite Aid of Indiana Inc.
Rite Aid of Kentucky Inc.
Rite Aid of Maine Inc.
Rite Aid of Maryland Inc.
Rite Aid of Michigan Inc.

Rite Aid of New Hampshire Inc.
Rite Aid of New Jersey Inc.
Rite Aid of New York Inc.
Rite Aid of North Carolina Inc.
Rite Aid of Ohio Inc.
Rite Aid of Pennsylvania LLC
Rite Aid of South Carolina Inc.
Rite Aid of Tennessee Inc.
Rite Aid of Vermont Inc.
Rite Aid of Virginia Inc.
Rite Aid of Washington, D.C. Inc.
Rite Aid of West Virginia Inc.
Rite Aid Online Store Inc.
Rite Aid Payroll Management Inc.
Rite Aid Realty Corp.
Rite Aid Rome Distribution Center Inc.
Rite Aid Specialty Pharmacy LLC
Rite Aid Transport Inc.
Rite Investments Corp.
Rite Investments Corp. LLC
Rx Choice Inc.
Rx Initiatives LLC
Thrift Drug Inc.
Thrifty Corp.
Thrifty Payless Inc.
Tonic Procurement Solutions LLC

# SCHEDULE 1(b)

## Directors & Officers

Bodaken, Bruce G.
Burr, Elizabeth
DuPaul, Chris
Greenblatt, Rand
Harlam, Bari
Kazmaier, Jessica
Keglevic, Paul
Knowling, Robert E., Jr.
Kohn, Pamela
Meltzer, Roger
Miller, William
Nayar, Arun
Quinn, Kate B.
Rose, Christine
Sabatino, Thomas J., Jr.
Schroeder, Matt
Selig, Stegan
Staniforth, Karen
Stein Advisors LLC
Stein, Jeffrey S.
Teffner, Carrie
Walden, Jeanniey

# SCHEDULE 1(c)

## Known Joint Venture Affiliates

Drug Palace Inc.
Elixir Insurance Co.
Grand River & Fenkell LLC
Hackensack Meridian Rediclinic LLC
ILG - 90 B Avenue Lake Oswego LLC
LMW - 908 Avenue Lake Oswego Inc.
Rediclinic Austin LLC
Rediclinic of Dallas-Fort Worth LLC
Rediclinic of Delaware LLC
Rediclinic of Maryland LLC
Rediclinic of Virginia LLC
Rediclinic of Washington DC LLC
Rediclinic of Washington LLC
Rediclinic US LLC
Richfield Road - Flint, Michigan LLC
Rx USA Inc.

# SCHEDULE 1(d)

## Bankruptcy Judges & Staff

Altenburg, Andrew B., Jr.
Bisogno, Alex
Brown, Michael
Crow, Brett
Earl, Rebecca A.
Ebel, Nicholas
Figueria, Maria
Filgueiras, Juan
Fischer, Benjamin
Gambardella, Rosemary
Gauvin, Carolyn
Gravelle, Christine M.
Greco-Ericksen, Susan
Haywood, Zelda
Holden, Kevin
Kaplan, Aron
Kaplan, Michael B.
Lieze, Joan
McDonald, Christy
Meisel, Stacey L.
Moore, Sharon
Muccie, Dana
Papalia, Vincent F.
Pappas, Ntorian
Poslusny, Jerrold N., Jr.
Price, Gina
Primo, Mariela
Purce, Sharon
Quiles, Wendy
Renye, Heather
Richardson, Charlene
Ryan, Kathleen
Sherwood, John K.
Sodono, Anthony
Stillwell, Rachel
Streich, Graham
Sweeney, Suzanne
Tedesco, Michael
Walsh, Noreen

# SCHEDULE 1(e)

## **Bankruptcy Professionals**

A&G Realty Partners LLC
Alvarez & Marsal Holdings LLC
Berkeley Research Group LLC
Brown Rudnick LLP
Choate Hall & Stewart LLP
Cole Schotz PC
Conversus Group LLC
Evercore Inc.
Frejka PLLC
FTI Consulting Inc.
Guggenheim Securities LLC
Houlihan Lokey Inc.
Joele Frank, Wilkinson Brimmer Katcher
Katten Muchin Rosenman LLP
Kobre & Kim LLP
Kramer Levin Naftalis & Frankel LLP
Kroll Restructuring
Milbank LLP
Panagos, Steven G.
Paul Weiss Rifkind Wharton & Garrison LLP
Wilson Sonsini Goodrich & Rosati PC

# SCHEDULE 1(f)

## Banks & Lien Parties

Aegon USA Investment Management LLC
AllianceBernstein LP
Amundi Asset Management SAS
Aperture Investors LLC
Apple Bank for Savings
Atlantic Union Bank
Aviva Investors Global Services Ltd. (UK)
AXA Investment Managers (US) Inc.
Banco De Sabadell SA
Banco General SA
Bank of America
Bank of America Merrill Lynch Proprietary
    Trading
Bank of New York Mellon Corp. (Wealth
    Management), The
Bank of New York Mellon Trust Co., The
Barclays Capital Inc.
Blackrock Advisors LLC
BMO Asset Management Inc.
BMO Bank NA
BMO Harris Bank
BNP Paribas Asset Management UK Ltd.
Bondbloxx Investment Management Corp.
Boussard & Gavaudan Investment Management
    LLP
Bracebridge Capital LLC
Brigade Capital Management LP
Calamos Advisors LLC
California, State of, Public Employees
    Retirement System
Capital One
Capital One NA
Castleknight Management LP
Cathay Bank
Celf Advisors LLP
Charles Schwab Investment Management Inc.
Choate Hall & Stewart LLP
CI Investments Inc.
CIBC Asset Management Inc.
Citigroup Global Markets Inc.
Citizens Bank
Citizens Bank NA

Clearstream Banking SA
DBX Advisors LLC
Erste Asset Management Gmbh
Euroclear Bank
Fidelity National Financial Inc.
Fiera Capital Corp.
Fifth Third Bank
Fifth Third Bank NA
Fineco Asset Management DAC
First-Citizens Bank & Trust Co.
Flow Traders US LLC
Fourteen Capital LP
Fulcra Asset Management Inc.
Goldentree Asset Management LP
Goldman Sachs Asset Management
    International
Harris Trust & Savings Bank
HG Vora Capital Management LLC
Horizon Healthcare Services Inc.
Hudson Bay Capital Management LP
Huntington National Bank, The
Ia Clarington Investments Inc.
ING Capital LLC
Invesco Capital Management LLC
Ipg Investment Advisors LLC
Jane Street Capital LLC
Jefferies LLC
JP Morgan Investment Management Inc.
JP Morgan Securities LLC
Jupiter Asset Management Ltd. (UK)
KeyBank
Keybank NA
Loomis Sayles & Co. LP
MacKay Shields LLC
Macquarie Asset Management (NZ) Ltd.
MAN GLG Partners LP
Manulife Investment Management (US) LLC
Marathon Asset Management LP
Marex Capital Markets Inc.
Mellon Investments Corp.
Metlife Investment Management LLC
MidOcean Credit Partners

Morgan Guaranty Trust Co. of New York
Morgan Stanley Investment Management Inc.
MUFG Bank Ltd.
New Jersey, State of, Department of the
 Treasury, Division of Investment
Nomura Corporate Research & Asset
 Management Inc.
North Dakota, State of, Investment Board
Northeast Investors Trust
Northern Trust Investments Inc.
Nuveen Asset Management LLC
NYCB Specialty Finance Co. LLC
Nykredit Asset Management
Opus Investment Management Inc.
OSP LLC
Owl Creek Asset Management LP
Pacific Investment Management Co.
Pension Reserves Investment Management
 Board (PRIM)
Pensiondanmark Holding A/S
Pensionskasse SBB
PFA Asset Management A/S
PGIM Inc.
Pinnacle Capital Ltd.
PNC Bank
PNC Bank NA
Polen Capital Credit LLC
RBC Capital Markets LLC
RBC Global Asset Management Inc.
Ryan Labs Asset Management Inc.
Schroder Investment Management North
 America Inc.
Siemens Financial Services Inc.
Silver Point Capital LP
Sixth Street Advisers LLC
SMH Capital Advisors LLC
State Street Global Advisors Inc.
T. Rowe Price Associates Inc.
TD Bank
TD Bank NA
TPG Capital LP
Truist Bank
UBS AG
UBS Switzerland AG
United Equities Commodities Co.
US Bank

US Bank NA
Vident Investment Advisory LLC
Virtu Americas LLC
Virtus Fixed Income Advisers LLC
Voya Investment Management LLC
Walleye Capital LLC
Webster Business Credit Corp.
Wellington Management Co. LLP
Wells Fargo Bank
Wells Fargo Bank NA
Wells Fargo Securities LLC
Whitebox Advisors LLC
Wisconsin, State of, Investment Board

# SCHEDULE 1(g)

## Customers

Alterwood Advantage
Amwins
Astiva Health Inc.
Care N' Care Insurance Co. Inc.
Communicare ISNP
Cox HealthPlans LLC
Deaconess Health System Inc.
Fresno Unified School District (CA)
GoodRx Holdings Inc.
Imperial Health Plan
JB Poindexter & Co. Inc.
Johnson, County of (KS)
Leggett & Platt Inc.
Medical Card System
Mo-Kan Sheet Metal Workers
My Choice Wisconsin
New Mexico Medical Insurance Pool
Phoenix, City of (AZ)
Provider Partners Missouri Advantage Plan
Provider Partners Texas Advantage Plan
Puget Sound Electrical Workers
Takecare Insurance Co. Inc.
Texas Independence Health Plan Inc.
UFCW & Employers Benefit Trust LLC
Valley Health System
Valley Medical Center
Wichita, City of (KS)

# SCHEDULE 1(h)

### Insurance

Agcs Marine Insurance Co.
AIG Aerospace Insurance Services
AIU Insurance Co.
Allianz
Allied World
Allied World Assurance Co. Ltd.
American International Reinsurance Co.
Amtrust
ANV
Aon plc
Applied Underwriters (Texas)
Arch UK
Arch US
Argo
Ark Insurance
Arrowhead
Ascot Bermuda
Ascot Reinsurance
Aspen Insurance
Axa Xl
Axa Xl Bermuda
Axis Insurance
Beazley UK
Beazley USA Services Inc.
Berkley
Berkshire Hathaway
Blenheim Underwriting Ltd.
Bowhead
Chatham Insurance Services
Chubb
Convex
Crum & Forster
EHD Insurance
Endurance Insurance
Euclid Insurance
Evanston Insurance Co.
Everest Group Ltd.
Fidelis Insurance Holdings Inc.
Great American Insurance Co.
Great Midwest Insurance Co.
Hallmark Specialty Insurance Co.
Hamilton Re Ltd.

Hartford Financial Services Group Inc., The
HCC Insurance
Hiscox Ltd.
Hudson Insurance Group Inc.
Illinois Insurance Co.
Inigo Insurance
Intact Insurance Co.
Ironshore Inc.
Liberty Mutual Holding Co. Inc.
Life Science Risk Insurance
Lloyds of London
Magna Carta Insurance Ltd.
Markel Insurance Co.
Marsh McLennan Cos. Inc.
National Union Insurance Co.
Nationwide Mutual Insurance Co.
North Rock Insurance Co. Ltd.
Obsidian Insurance Co.
Qbe
QBE Insurance Group Ltd.
RLI Corp.
RSUI Group Inc.
Sompo Endurance US
Sompo UK
Starr International Co. Inc.
Starstone Insurance Holdings Ltd.
Swiss Reinsurance
Tokio Marine HCC
Travelers
Vantage Risk Specialty Insurance Co.
Wesco Insurance Co.
Westfield Specialty Insurance Co.
XL
Zurich American Insurance Co.

# SCHEDULE 1(i)

## Landlords

1021 First Avenue Conway LLC
1093 Group LLC
115 Mer LLC
122 Liberty LLC
1224 Brownsville Road LLC
1258 Group LLC
1300 West F Street Oakdale LLC
1472 Bostib Road LLC
1472 Boston Road LLC
149 Spring Street LLC
1560 Sycamore LLC
16 Victory Investments
1600 Venture LLC
16200 Bear Valley Road Holding LLC
1679 LLC
1808 Salem LLC
1825 Brentwood Road Associates LLC
185 Kings Highway Realty LLC
1856 Broad Street Associates LP
1912 North Pearl Street LLC
213 South Street Partnership
22 Victory Investments LLC
224 Group LLC
2260 Jerusalem Realty Corp.
233 Associates
2410 Burton LLC
2468 Group Inc.
27 Round Lake Realty LLC
29 Orinda Way LLC
290 North Maple LLC
2910 Ashman LLC
302 West Robb LLC
327-42 Findlay LLC
3301 Properties LLC
336 Union Realty LLC
35th Strouss Associates
3730 Brighton Road LLC
374-384 Johnson Ave. Corp.
3-D Associates LLC
4 Amigos LLC
4000 Woodhaven Holdings De LLC

4102 Realty Co.
416 Owners Association LP
4628 Group Inc.
4H Inns LLC
5015 Holdings LLC
50-52 Allen Street Corp.
506 West Market Street LLC
510 East Baltimore Pike LLC
5116 2nd LLC
5214 Baltimore Associates LLC
5215 Properties LLC
526 East Bidwell LLC
5601 22nd LLC
569 Broadway Associates
577 Larkfield Realty LLC
577 Mast Road LLC
57701 Twentynine Palms LLC
5825 Broadway Realty LLC
6300 York Road Shopping Center LLC
6515 Associates LP
6822 Hamilton Developers Corp.
69th Street Retail Owner LP
700 E 24th St LLC
701 Associates
75 Dexter Road TIC I LLC
7900 Sunset LP
8222 Property LLC
840 S Military Virginia Beach
847 Station Street LLC
901 Merrick Road LLC
92 Victory Investments LLC
9274 Group Inc.
A 1825 Broadway LLC
AAT DEL Monte LLC
Abnet Realty Co.
Acorn Development LLC
ACV Emporium LLC
ACV RAD Toledo LLC
AEI Fund Management Inc.
AF-Savannah LLC
AG WGI LLC

Agree LP
AGS Ansonia LLC
AHB Atlantic Realty LLC
AJC Partners LLC
Ajmal Development LLC
AKA Investment Group LLC
AKMS Ltd.
Aldad & Sons Realty Inc.
Aliza, Tom
Allegro Towers LP
Allen VH Associates LLC
Almonte Francis Blvd. Realty LLC
Alpha Beta Co.
Alrose Patchogue LLC
Alta & Saginaw Associates LLC
Altadena LLC
Altra Realty LLC
Anderson Retail LLC
Andre, Jay
Andrich of Toledo LLC
APS Realty Corp.
ARC Dbpprop001 LLC
Ardmore Partners LP
Ardsley Associates LLC
Argo Yakima LLC
Arno & Adelheid Roscher Living Trust
Ash Center LLC
Aslan, Alex
Atascadero Prec LLC
Atco Equities LLC
Atlantic Square LLC
Atlas Young's Bay LLC
ATR Encinitas LLC
Avalon 210 Wall LLC
Avenue X Realty LLC
B.A.G. Figview #199C LP
BA Arizona Partners LLC
Baldridge - Aberdeen LLC
Baldridge - Monroe LLC
Baldridge - Port Orchard LLC
Baldridge - Stanwood LLC
Baldridge-Lacey I LLC
Bales Farmington LLC
Balzac Properties II
Bandaid North Hampton LLC
Banning Rad LLC

Bansi Palms Dollar Tree LLC
Batavia Fine Inc.
BCG Realty Inc.
Be Fair LLC
Becrett Limited Liability Compensation
Bella Bottega Partners
Bellmore Associates LP
Belmont Shopping Center LP
Bergen Street LLC
Bernard W. Hummelt MD LP
Bethpage Properties LLC
BFI-2 LLC
BGN Fremont Square Ltd.
Bihari, Peter
Blacktide Santa Paula LLC
Block Family LLC
BLP Polk LP
BLS Asset Management Corp.
Blue Jay Center LLC
Blue Tree Ludington OH LLC
Blue Wave Partners LLC
Blumel-211 Associates LLC
B-M Properties
BMBG Investments LLC
BNY EAC-I LLC
Boardman Plaza Associates LLC
Bobo, Gary D.
Bobo, Joy B.
Bolo Corp.
Bonaccorso Land Co.
Bouye Grand Blanc LLC
Bouye Ypsilanti LLC
Bowen, Carole
Branciforte Apartments LLC
Brea Gateway Center LP
Breidbart, Murray
Brennan Frost LLC
Bristol-Myers Squibb Co.
Brixmor Management JV 2 LLC
Brixmor Plymouth Square LLC
Brugge, Anna S.
Brugge, Edward S.
BS Realty LLC
BT Abington LP
BTP Modesto LLC
BTS (Wyomissing) LP

Bueche Realty Inc.
Buffalo-Akron Associates LLC
Buffalo-Bal Business Trust
Buncher Co., The
Burien Plaza LLC
Burley West Investments LLC
Byun, Andre
C & P Associates
C & P Properties #10 LLC
C & S Property Investment Corp.
Cameron Apartments GP
Canyon Crest Towne Centre LLC
Capital Development Co.
Capp, Daniel L.
Cardinal Associates III LLC
Carolina Cherry Properties LP
Carroll Plaza LLC
Carson Normandie Plaza LLC
Cascade Commons LLC
Cascade Square LLC
Cedillos, Ronald
Center Point Main Street LLC
Chapel Square Development LLC
Chelten Partners LLC
Cheng Gong NJ Realty LLC
Chew & Wister LP
China Lake & Ridgecrest LLC
Chiv Land Co. LLC
Cho & Park Property Management LLC
Chu, Miriam L.
Chu, Yuet-Ming
Churchill Security Investments LLC
Clairemont Village Quad LLC
ClG Properties LLC
Clifford D. Steves Separate Property Trust
CLPF Harbour Pointe LLC
Coastal Serhoe
Cole Ek Philadelphia PA LLC
College Block
Colonial Durham Associates
Colony Holding Co.
Columbia Central Group LLC
Columbia/Baldwin Associates LLC
Comm 2007-C9 Lower Tier Remic
Commons at Calabasas LLC, The
Contempo Tempe

Contingence LLC
Continuum Properties LLC
Cooper Point Canyon Plaza LLC
Copper & Maple Associates LLC
Cottman Partners LP
CP Beckett Group Inc.
CP Management Group II LLC
CP/Ipers Woodfield LLC
CPT Shops at Rossmoor LLC
Cranford, James Michael
Crest Properties LLC
Crosstown Dubois LLC
CSquared LLC
Cub Investors LLC
Culver Tropical Gardens Co.
Cusuman & Gorsen Association
Cypress Norse Realty LLC
D&A Investment Group LLC
D&S Paradise Property & Investment LLC
Daggi, Jasbur
Dan Marchetta & Co. Ltd.
Daniel G Kamin Banksville LLC
Daniel G. Kamin Castor Avenue LLC
Daniel G. Kamin Chesterfield LLC
Daniel G. Kamin Clements Bridge Road
LLC
Daniel G. Kamin East Washington Lane
LLC
Daniel G. Kamin Gloversville LLC
Daniel G. Kamin Irondequoit LLC
Daniel G. Kamin Kingston LLC
DCTN 3448 Plumsteadville PA LLC
DD&L Associates II LLC
Deer Park Realty Co. LLC
Del Mar Highlands TCA I LLC
Del Secco, Jonathan Clayton
Delilah Realty Co.
Delpy-Adams Avenue LLC
DePetris, Joseph
Derry Realty Group LLC
Detraid LLC
DG Ran LLC
DGMM LP
Dischinat, Greg
Dischinat, Gregory P.
DJM NNN IV LLC

DMDE Properties LP
DMP Mesa 8 LLC
Dodge Enterprise LLC
Donahue Schriber Realty Group LP
Douglas Way Building Corp.
Douglass, Harlan D.
Dover Management Co.
Drew Management Corp.
DS Canyon Park LP
DSM MB II LLC
East Meadow Plaza Regency LLC
East Park Development LLC
Eastchester Developers LLC
Eck-Aliquippa Associates LP
Eckerd News Road LLC
Eckville LP
Edgemark Littleton LLC
Elbe Associates LLC
Elias Properties Management Inc.
Eltingville Shopping Center Owner
Ennabe Properties Inc.
EPL Federal LLC
Equity One (NE Portfolio) LLC
Erlinda Ortiz
Estudillo Shopping Center
Excel Realty Partners LP
Facchino Labarbera Hacienda
Facciola Real Estate & Investment Co. LLC
Fairview Shopping Center
Famtan Associates
Felfam LP
Felos Associates LLC
Ferryport Wings LLC
Festival at Bel Air LLC
FG-10 Lincoln Highway LLC
FGR Expo 13 LLC
Ficus Columns Properties LP
First California Holdings LLC
Flatlands 78 LLC
Forty-Forty Broadway Realty Corp.
Four City Center OP LP
Franklin Family Partnership
Friedman Equities LLC
Friedman, Sally
FW CA-Granada Village LLC
FW WA-Eastgate Plaza LLC

FXSC Inc.
G&S Ionia LLC
Gabrielsen Family LP I
Gallashea Properties LLC
Garden Grove Plaza LLC
Gartin Properties LLC
Gates, Yoko C.
Gateway Commons Development LLC
Gateway Corp Center LP
Gateway Plaza Canton LLC
Gator Hillside Village LLC
Gaube Equity Investments LLC
GC Main Street Owners LLC
Gelsomin Family Ltd. Partnership
Gershman Properties LLC
Gillen Hall Lake East LLC
GKGF LLC
Glantz Chesapeake LLC
Glen Cove Shopping Center
Glendale Genvia LLC
Glenmore 7118 LLC
GMF Drug Stores LLC
Gould, Paul L.
Grand & Elm Partners LP
Grand Diamond Investments LLC
Grant Fraser Michigan LLC
Great Chi Investment LLC
Great Neck Plaza LP
Greater Hilands LLC
Greenspring Mall Association
Greenwood 85th Street LLC
Grenadier Ortonville LLC
Gri Fairwood LLC
Gri Sunset Plaza LLC
Grothe, John P.
Grothe, June
Grother, June
Grother, June A.
GSL Global LLC
Gupta, Sandeep K.
Gustave Meyer Building Corp.
H & J Holdings Ltd.
H&C Holdings LLC
H&J 5 Investments LLC
Harbor Center Partners LP
Harrison, Douglas

Harsch Investment Properties LLC
Harvard Market LLC
Hastings Ranch Investment Co.
Hauppauge Properties LLC
Hawley Realty LP
HBC Lake Stevens LLC
HBC Magnolia LLC
HCP 1101 Madison Mob LLC
HCP RRF Sand Canyon LLC
Hemmat Family LLC
Henbart LLC
Heritage Holdings Management Group
Heritage Village LLC
HF Real Estate Partnership
HG - Toledo LLC
HHL Properties LP
High Point Properties LP
High Water Johnstown LLC
HLC Carlisle LLC
HLC Lansdale LLC
Hollywood Market Square LLC
Holpsrac LLC
Horowitz Family Trust & Frandson Family
Trust
Hovchild Partnership LLC
Hoyt Bedford Associates LP
HR LLC
HS Belmont LLC
Huntington Pike Co.
HVP 2 LLC
HW Riverside Arlington LLC
HWN-Mariposa Associates LLC
I Schreiber & Associates LLC
I.C. Somerville Inc.
I.C. Washington Inc.
IA San Pedro Garden LLC
Ichord, Paul S.
Imola Cabot Partners LLC
Impulso 5751 LLC
Independence Plaza SC LLC
Ingleside LLC
Insalaco Enterprises
Ireit Valencia Northpark LLC
Irvine Co. Retail Properties, The
J. W. Rich Investment Co.
Jacjhin LLC

Jack Breitkopf LLC
Jackson Invest Co. LLC, The
Jaime L. Santana Family Trust
JBK Ventures LLC
Jefferson Place LLC
JN 12 LLC
JN 178 LLC
Joan Florance Allison Trust
Jordan, Wolfgang
JOS Development Group LLC
JRFP LLC
JRSJC LP
JS Enterprise Holdings LLC
JSK Realty Co.
Jumping Horse Ranch Inc.
June Kirkland LLC
Juri Properties LLC
K Tenth Street Properties LP
Kamin, Daniel G.
Kana Realty Corp.
Karoglanov Family Living Trust
Kearney Palms LLC
Kelethin Investments LLC
Kern River Partners LLC
Keyser Village LLC
Khasigian Properties LP
Khorram Family Investments LLC
KIF LLC
Kimco Realty Corp.
Kin Properties Inc.
Kings Ocean Realty LLC
Kings Plaza Shopping Center
Kinsman LLC
Kirkland Totem Lake VI LLC
KLP Burien Town Plaza LLC
Kohl 1536 N Atherton LLC
Kolles, John
Kolles, Karla
Koula's LLC
KSL Holdings-Meredith NH LLC
Kudu Invest LLC
La Crescenta Market Place Properties LLC
La Sierra & Pierce Associates
Lafayette & Broadway LLC
Laguna Oaks LLC
Laguna Promenade LLC

Lake City Square LLC
Lake Lansing RA Associates LLC
Lake Serene SC LLC
Lakeshore Village Center LLC
Lakeside Medical Building LLC
Lakeview Place Building A LLC
Lakha Properties - Mill Creek
Lamar Building Co. Inc.
Lancaster Development Co. LLC
Lansing Retail Center LLC
Larchmont Properties Ltd.
Lawrence M Kaplan LLC
LDC Central Park Plaza LLC
Lee Center IV LLC
Levine Investments LP
Levon Investments LLC
LG Lindenhurst Associates LLC
Lighthouse Commons LLC
Limantzakis Properties No 2. LLC
Limonite Ave. Holdings LLC
Lin, Elizabeth
Lin, Tuck
Lincoln Center LLC
Lincoln Heights Center LLC
Lincoln Partnership 2015 LLC
Lincoln Properties Ltd.
Lipt Winchester Road Inc.
Little Italy Management Corp.
Little Safford Corp.
Littleton Realty Trust
Ljor Coloma LLC
Ljor Spring Lake LLC
Lloyd Wells Gift Trust
LMK Services Inc.
Long Sight Properties LLC
Longest Drive LLC, The
Los Osos Commercial LLC
Loyal Plaza SC LLC
LS Morrell LLC
Luebke Family Partnership, The
Luria Family I LP
Lynnfield Centre Realty LLC
Maat Holdings LLC
Mack Alter LLC
Magic Rabbit Ventures LLC
Magnolia Town Center Associates

Main & Twelfth LLC
Malin, George L.
Malin, William N.
Mann Enterprises Inc.
Mann Milford Rite Aid LLC
MANP CDM LLC & DMP CDM LLC
Manp Laguna Woods LLC
Manp Loma Linda LLC
Manuel F Cunha & Virginia E Cunha
Maple Yuba LLC
Mar-Bank Investment Co.
Margaret Wang Dream Trust
Marin, Celeste
Marin, Robert S.
Marist Centerpoint LLC
Marjack LLC
Mark Clarks Summit North Associates LP
Market Square Plaza I LLC
Marketplace Partners 3 LP
Markus Associates LLC
Mar-Mart Realty Co. Inc.
Marshall R. Realty LLC
Mary B. Mccullough Trust & Barbara
Branch Mcculloch Trust Ptr.
Maryland Square Shopping Center LLC
Mastropieri, Paul
Mattkarr Properties LLC
MCB-BF RA Portfolio JV LLC
McKnight Realty Group # 6
McKnight Realty Group 4
MDB Landmark LLC
Meetinghouse Development Associates LP
Megdal Highland Park LLC
Megdal, Alana
Megdal, Elliot
Melbourne Associates VII LLC
Melbourne Associates VIII LLC
Meridian Village Associates
Mermaid Plaza Associates Inc.
Mesa Town Center LLC
MF Associates
MGP XI Northgate LLC
MI 2012 LLC
Midway Shopping Center LLC
Migliozzi, Joseph J.
Migliozzi, Louise S.

Mike & Josephine Mra LP
Mill Avenue Associates LLC
Millers Furniture Industries
Milton Road NH Property LLC
Mindset Gurus LLC
MK-Menlo Pleasant Valley LP
MK-Menlo Property Owner LLC
MK-Menlo Property Owner LP
MKR Rite LLC
MMDG LP
Monroe Montrose LLC
Montebello (Edens) LLC
Montecito Market Place Associates
Montgomery Delval Association LP
Moreland Arizona Properties
Morrisville Realty LLC
Mount Vernon Plaza Associates
MROF / SPE III-Marysville LLC
MSF Rach-I LLC
MSF Transit LLC
Mt Lebanon Cooke LP
Musso 3636 LLC
Mutual Properties Ltd.
MV/The Village LLC
N.B. Penn LLC
Namba Enterprises LP
Napoleon 1 LLC
Nashashibi Family Trust, The
National Retail Properties Inc.
Naugatuck Rite LLC
NCI Shaker Heights Ra LLC
NCI Sylvania LLC
New Alpine Investment LLC
New Century Associates Group LP
New Group Gardena LLC
New Wappingers Center Point LLC
New York Methodist Hospital, The
Newark NNN LLC
Newburgh Plaza
Newmar LLC
NFNY Business Trust
Niagara Avenue San Diego LLC
Nielsen Holdings Inc.
Niki Group LLC, The
Niki Properties LP
Niki Springs LP

NJEC Associates LLC
NKT University Square LLC
Nob Hill Partners LLC
Noho Victory LLC
North Broad Development Co.
North Michigan Hospitality Inc.
North Natomas Town Center LLC
Northern & Parsons LLC
Northern Trust Bank of CA NA
Nostrand Property Owner LLC
Novara Properties LLC
Novato Fair SC
Novogroder Cos. Inc.
Novogroder/Ada LLC
Novogroder/Crestline LLC
Novogroder/Summit LLC
Novogroder/Zanesville LLC
NY Pharmacy Partners LLC
Oakland Real Estate Co. Inc.
Oakshade Regency LLC
OBC Salisbury LLC
OFP Wagradol PA 1 LLC
OFP Wagradol Pa2 LLC
Oh, Jeong In
Oliva, Steven J.
Olive Properties LLC
Oliviera Plaza Spe LLC
Om Lex, Llc; Om Lex 2, LLC
Opportunity Property Development LLC
Orange Square LLC
Orangethorpe DFWU LLC
Oregon Center LLC
Orion Development Ra LXVII LLC
Osborne Associates V LLC
Osborne Associates VI LLC
Osborne Associates VIII LLC
OSJ of Peterborough LLC
Overaa Associates
Overbrook Investment Properties LLC
OW Family - 901 Soquel LLC
Oxford Town Center LLC
P.A.A. Property Acquisitions Associates
Ltd.
P2J2 Shadle Associates LLC
Pacific 2017 LLC
Pacific Centers LLC VIII

Pacific Realty Associates LP
Pacific West Coast Properties LLC
Packard Ann Arbor LLC
Pacoima Plaza Partnership
Pan Pacific Properties
Panos Properties LLC
Parisel LLC
Park View Partners
Park, Heysun
Park, Wilson H.
Parkade Investors LLC
Parkville Properties LLC
Pasi Inc.
Pavilion Development One
Pavilion Development Three
Pavillion Development Two
Penn Hills Retail LP
Penton Co.
Pequa Jaz LLC
Perry Place Apartments
Pete Ortiz
Peterkort Towne Square LLC
Petrovich Development Co. LLC
Pfeil Murrel Co. LLC
PFK Partners LP
Phelanra LLC
Philadelphia Retail Trust 1998 LP
PHR Village LLC
Pico - 24th Street LLC
Pine Hollow Associates LLC
Pinewinds Investments LLC
Pinnacle Bellevue Development LLC
Pismo Coast Plaza LLC
Pl Rancho LP
Platt Partners LP
Plaza Edinger LLC
Plewinski & Plewinski Ltd.
Poa J. Associates LP
Port Richmond Development LP
Posel Enterprises
PRH LLC
Prime/Frit Bell Gardens LLC
Princeton Plaza
Pro-Nan VIII LLC
Prudential Properties LLC
Puba Properties

Purepharm LLC
Putnam Plaza LLC
PVB Inc.
QCSI Six LLC
R & H Mission Gorge Ltd.
R. A. C. Wayne LLC
R.A.C. Burton LLC
R.A.C. United LLC
R2K Ranphoh LLC
R2K Raslmoh LLC
Ra 1310 Vasco LLC
Ra Oroville LLC
Ra Stonerook
Ra Stonerook-Morgantown
Ra2 Boise- Overland LLC
Ra2 Encinitas LP
Ra2 Los Angeles-Vermont LP
Ra2 Pasadena LP
Rac Centerline LLC
Rac Greenfield 10 LLC
Raceway Plaza II 2006 LP
Racquet Centre Ltd., The
Rad Belleville LLC
Rad Connellsville LLC
Rad Gem Heights LLC
Rad NY Elmira 2 Property Owner LLC
Rad NY Elmira I Property Owner LLC
Rad Pa Philadelphia Property Owner LLC
Radny1, The
Rafs1, The
Ral1 Acct, The
Rancho Del Mar Center LLC
Randall Benderson 1993-1 Trust
Rap Bellefonte LLC
Rap Dallas LP
Rap East Market York LLC
Rap Etters LLC
Rap Fayetteville LLC
Rap Hamlin LP
Rap Milford LLC
Rap Smyra LLC
Rap Wertzville LLC
Raph1, The
Rapln1, The
Rar2 Queen Anne - Eden Hill
Rared Jaffrey LLC

Ravi, The
Rax Ohpa Owner LLC
Ray, Sanderson J.
Realmarq Corp.
Realty Income Corp.
Realty Income Properties
Realty Income Properties 28 LLC
Realty Income Properties 9 LLC
Realty Income Properties LLC
Realty Income Trust 2
Realty Management Associations
Realty Trust Group Inc.
Regency Centers Corp.
Regency Centers LP
Remhy LLC
Rende LLC
Retail Enterprises LLC
Retail Properties of America Inc.
Retail Site Specialists
Revere Works LLC
Rhoads Avenue Newtown Square LP
RI - Grass Valley LLC
Rich/Cherry LLC
Richard W Craig Revocable LIV
Richfield Associates
Richmond Shopping LLC
Right Holdings LLC, The
Rising Phoenix Group Corp.
Rite Dunmore LLC
Riteoh LLC
River Oaks II LLC
Riverbay Corp.
Riverdale Park Associates
Riverside Knolls Ltd.
Robins Carlsbad LLC
Roger Curry Properties LLC
Roic California LLC
Roic Four Courner Square LLC
Roic Oregon LLC
Roic Paramount Plaza LLC
Roic Washington LLC
Rongrant Associates LLC
Rosedale Bay Investments LLC
Rowland Ranch Properties LLC
Roy & Roberta Josepho Trust
RP 121 LLC

RSS Center LLC
RW Rad Roseburg LLC
Rx Brooklyn Owners LLC
Rx Cambridge Investors LLC
Rx Compton Investors DBT
Rx First LLC
Rx Hermiston Investors LLC
Ryba Real Estate Inc.
S & H VA Beach LLC
S & N Hotel LP
S & P Investments
S Davis Real Estate Holding LLC
S&S Singh Partners
Saj LLC
Sakioka Farms
Santiago Holdings LLC
Sara & Benny Realty Corp.
Sarnia Seacoast LLC
Sather Gate Partners LLC
Saticoy Plaza LLC
Schwab Child 2016 Irrevocable Trust
Schwartz Halfmoon Association
SDG-Columbiana LLC
Seaford Commercial 28 LLC
Second Avenue Ra LLC
Sendero Retail LLC
Series IV Channel Island Business
Serluco, Michael A.
Service Properties Trust
Sha Anaheim Investment LLC
Shadrall New Brunswick LP
Shaw's Supermarkets Inc.
Shelanu LLC
Shopcore Properties
Shops at Halfmoon LLC, The
Si 38 LLC
Sievers, James
Sievers, Julee
Silverado Partners LLC
Simpson-Ferry LLC
SKBB Investment Corp.
SKD Construction Co. LLC
Skyland LLC
Skyline-Fri 8 LP
Slack & Winzler Properties
SLF Properties LLC

Sligo Realty & Service Corp.
SLO LLC
SN Investment Properties LLC
Sopher, Marilyn
South Bay Properties LLC
Southern Boulevard Realty LLC
SP Lakeview LLC
Spirit Ek Easton PA LLC
Spirit Ek Vineland NJ LLC
Spirit Ra Defiance OH LLC
Spirit Ra Glassport PA LLC
Spirit Ra Lima OH LLC
Spirit Ra Plains PA LLC
Spirit Ra Wauseon OH LLC
Sps I LLC
Sps Properties LP
Sps Realty III LLC
Sri Aushada LLC
Sri Ratna III LLC
Standing, Michael J.
State College Joint Venture
State Street Partners LLC
Stephen Investments Inc.
Sterling Group Asset Managemtn LLC
Sterling HP LLC
Stonebrier Commercial LP
Stonewood Family Partnership
Stop & Shop Supermarket Co. LLC, The
Suburban Park Development Association
LLC
Summerdale Plaza LLC
Summit Apartments Inc.
Sun Enterprises LLC
Sundance Plaza LLC
Sunquitz SWC LLC
Surapaneni Fresno Properties LLC
Suso 4 Gainsborough LP
SVN Real Estate LLC
SVSC Holdings LP
Swartz Creek LLC
Sweetbay Properties LLC
Sycamore Street Corner LLC
Tac Properties LLC
Taco Aide LLC
Tandem Equities LLC
Tanklage Family LP II

Tanklage Family LP II LLC
Tanklage Family Partnership
Tanklage, Lynne
Tanz Holdings LLC
Tau Atlantic LLC
Tennington Associates LP
Tiffin Ra LLC
Tijsma LLC
Tinton Falls Associates LLC
Tolson Investments
Toni A Dimiceli Revocable Trust
Town Square Partners LLC
Trail Investors
Transpacific Corp.
Tri Star of Middletown LLC
Tri W Enterprises Inc.
Triangle Town Center NW LLC
Triple Crown Corp. Inc.
Trisina LLC
Tri-Star Drexel Hill LP
Tromble, Rick A.
Troy Plaza Associates
Tsang Enterprises LLC
Tsang, Hubert
Tsern, John F.
Tumber, Gurshinder
Turabdin Realty LLC
Turner Island Farms
UB Putnam LLC
Union Development Co. Ltd.
Union Real Estate Co.
Union Square Marketplace
University Plaza Associates LLC
University Village LP
Urstadt Biddle Properties Inc.
USRP I LLC
Valley Mall LLC
Vasu SPE 2 LLC
Vaughan Village LLC
Vedres Family Investment Partnership LP
Venango Street Realty LLC
Ventimiglia, Giuseppe
Vereit Real Estate LP
Verrazano Builders LLC
Viola's Food Stores Inc.
Voyage - VA Beach LLC

Wall Realty 1017 - 1020 LLC
Walro Realty Co.
Washington Garden I LP
Washington Restaurant Prop
Washington Town Center LLC
Watch Hill Cafe LLC
Waterford Ra LLC
Waterville I LLC
Watt La Verne LLC
WC Properties (Edens) LLC
Wec 97K-29 Investment Trust
Wec 98D-28 LLC
Wec 98D-30 LLC
Wec 98G 1 LLC
Wedgewood No. 9 LP
West Grove Square Associates LLC
Westbelt Country Prop Ltd.
Westchester Plaza Holdings LLC
Westgate Enterprises LLC
Westgate Village Retail LLC
Westside Sedro Woolley LLC
Whitehall Equities LLC
Whitehouse Mall LLC
Wig Properties LLC - LKPV
Wilderness Maple Valley LLC
Wilington Patterson Ltd.
Wilshire Union Center LP
Winbrook Management LLC
Winick Gardens LLC
Wohl, James P.
Woodbine Property Association LP
Woodside Plaza Partners LP
Woodward Square LLC
Worchell Trust
Worthington Real Estate LLC
Wpc 162nd LLC
Wri Alliance Riley Venture
Wri West Gate South LP
Wri Western Queen Anne LLC
Xinshijie Investment LLC
Xyli LLC
Yelm Partners LLC
York Street Associate LP
Ypi Pennsylvania LLC
Zentmyer Properties II LLC
Zfp Co. LLC

# SCHEDULE 1(j)

## **Litigation Parties**

Andrews, Imari
Arias Sanguinetti Wang & Torrijos LLP
Blue Cross Blue Shield Association
Centene Corp.
Cobb, County of (GA)
Durham, County of (NC)
Figueroa, Luis
Humana Inc.
John Hancock Life Insurance Co.
Kading Briggs LLP
Levin Papantonio Rafferty
Mara Law Firm PC
Montgomery, County of (OH)
Motley Rice LLC
Napoli Shkolnik PLLC
Nassau, County of (NY)
Sandoval, Elario
Simmons Hanly Conroy LLP
Suffolk, County of (NY)
Wellcare
West Virginia, State of

# SCHEDULE 1(k)

## **Notice of Appearance**

1199 Seiu Employer Child Care Fund
1199 Seiu Health Care Employees Pension
Fund
1199 Seiu League Training & Upgrading
Fund
1199 Seiu United Healthcare Workers East
12 Church Street Associates LLC
1912-20 Arch Street Associates LP
Alston & Bird LLP
American Greetings Corp.
And Wri Western Queen Anne LLC
Arentfox Schiff LLP
Ballard Spahr LLP
Bank of New York Mellon Trust Co., The
Bayard PA
Bayview Associates
Beiersdorf Inc.
Belkin Burden Goldman LLP
Berkley Insurance Co.
Bernstein-Burkley PC
Bielli & Klauder LLC
Blank Rome LLP
Borges & Associates LLC
Brandpoint
Braverman Kaskey Garber PC
Brixmor Operating Partnership LP
Brown & Connery LLP
Brown McGarry Nimeroff LLC
Brown, Erika
Brown, Kevin
BT Abington LLC
Buchalter PC
Capehart & Scatchard PA
Cardinal Health 110 LLC
Center Plaza LP
Centerpoint Main Street LLC
Certilman Balin Alder & Hyman LLP
Chiesa Shahinian & Giantomasi PC
Cohen Weiss & Simon LLP
Commission Junction LLC
Computershare Trust Co. NA
Conopco Inc.

CP Grellas Partnership
Culver Tropical Gardens Co. LP
D&S Paradise Property & Investments LLC
Dann Law Firm PC, The
DLA Piper LLP (US)
Dollar Tree Stores Inc.
Duane Morris LLP
Duquesne Light Co.
Duracell Distributing LLC
Emmet Marvin & Martin LLP
Fairview Shopping Center LLC
Family Dollar Stores LLC
Federal Realty OP LP
Ferryport Wings LLC
FGX International Inc.
Flowers Foods Inc.
FNRP Realty Advisors LLC
Forest Valley Station LLC
Fox Rothschild LLP
French Transit Ltd.
Fundamentals Co. LLC
Gateway at Donner Pass LP
Goldenberg Group, The
Goodwin Procter LLP
Greenbaum Rowe Smith & Davis LLP
Greenberg Traurig LLP
GSK Consumer Healthcare Services Inc.
Hanover Insurance Co., The
Harrison Pointe Station LLC
Hinckley Allen & Snyder LLP
Hinman Howard & Kattell LLP
Holland & Hart LLP
Hy-Point Dairy Farms
Independence Plaza SC LLC
Intercept Interactive Inc.
International Fidelity Insurance Co.
IRE Torresdale LLC
Irvine Company Revere Works LLC
Jasue LLC
Jones Day
K Logix LLC
Kamara, Jean

Kaplin Stewart Meloff Reiter & Stein PC
Kilpatrick Townsend & Stockton LLP
KK Great Neck 2470 LLC
Klehr Harrison Harvey Branzburg LLP
Kurtzman | Steady LLC
Lamb 79 & 2 Corp.
Law Offices of Andy Winchell PC
Leech Tishman Robinson Brog PLLC
Leo Burnett Co. Inc.
Leo Burnett USA
Levin Management Corp.
Levy Ratner PC
Lifescan Inc.
Linda Mar SC LP
Locke Lord LLP
Loyal Plaza SC LLC
Loyal Plaza SC Tic 1 LLC
Loyal Plaza Sc Tic 10 LLC
Loyal Plaza Sc Tic 11 LLC
Loyal Plaza Sc Tic 12 LLC
Loyal Plaza Sc Tic 2 LLC
Loyal Plaza Sc Tic 3 LLC
Loyal Plaza Sc Tic 4 LLC
Loyal Plaza Sc Tic 5 LLC
Loyal Plaza Sc Tic 6 LLC
Loyal Plaza Sc Tic 7 LLC
Loyal Plaza Sc Tic 8 LLC
Loyal Plaza Sc Tic 9 LLC
Lundy Beldecos & Milby PA
Mag II Morrell Plaza LP
Marshack Hays Wood LLP
Mascot LLC
Masue LLC
McElroy Deutsch Mulvaney & Carpenter
LLP
McKesson Corp.
McManimon Scotland & Baumann LLC
MDB Landmark LLC
Medimpact Healthcare Systems Inc.
Menashe Properties
MF Associates of New York LLC
MK Capital Partners Gg LLC
Morgan, Courtney L., Esq.
Morrow, Benjamin
Morrow, Kyra
Nathan Jeffrey LLC

National Realty Corp.
Nest International Inc.
New Wappingers Centerpoint LLC
Niagara Bottling LLC
Njec Associates LLC
Norris McLaughlin PA
Novato Fair Shopping Center LLC
Offit Kurman PA
Pan Pacific (Jefferson Square) LLC
Papyrus-Recycled Greetings Inc.
Pension Benefit Guaranty Corp.
Philadelphia, City of (PA)
Phillips Edison & Co.
PK II Larwin Square SC LP
PK II Milwaukie Marketplace LLC
PMC Property Group Inc.
Polsinelli PC
Rad Connellsville LLC
Ramundo, Clifford J.
Rancho Penasquitos Towne Center II LP
RhinoSystems Inc.
Riker Danzig LLP
Robert Marin & Celeset De Schulthess
Marin Family Trust
Romano Garubo & Argentieri
Rosenberg & Estis PC
Rosin, Samuel L., Esq.
S&D Law
Salter McGowan Sylvia & Leonard Inc.
Santiago Holdings II LLC
Saul Ewing LLP
Saxton & Stump LLC
Schenck Price Smith & King LLP
Selig, Stefan M.
Seqirus USA Inc.
Series IV, Channel Island Business Mart of
the Wolf Family Series LP
Shapiro Croland Reiser Apfel & Di Iorio
LLP
Sidley Austin LLP
Simon Property Group Inc.
Sirlin Lesser & Benson PC
SP Lakeview LLC
Spirit Realty Capital Inc.
Starcom Worldwide Inc.
Stark & Stark PC

State Street Partners LLC
Stericycle Environmental Solutions Inc.
Sterling Group Asset Management LLC
Stradley Ronon Stevens & Young LLP
Summerdale Plaza Tic 1 LLC
Summerdale Plaza Tic 2 LLC
Summerdale Plaza Tic 3 LLC
Tayman Lane Chaverri LLP
Thompson & Thompson LLC
Trainor Fairbrook
Trust For The Benefit of Catherine M. Levin
Tucker, Ronald M., Esq.
United Food & Commercial Workers
United States, Government of the,
Department of Justice, Civil Division

United States, Government of the, Office of
the U.S. Attorney
Valinoti Specter & Dito LLP
Walker, Cheron
Waters, Derek
Waters, Vanessa
Weingarten Nostat LLC
Westerman Ball Ederer Miller Zucker &
Sharfstein LLP
Western Union Financial Services Inc.
Willowbrook Center Partnership
Wolf Rifkin Shapiro Schulman & Rabkin
LLP
Wollmuth Maher & Deutsch LLP
Womble Bond Dickinson (US) LLP
Yoko C. Gates Trust

# SCHEDULE 1(l)

## <u>Official Committee of Tort Claimants</u>

Andrews & Thornton Attorneys at Law, A Law Corp.
Barney, Thompson
Bevan & Associates LPA Inc.
Blankenship, Sandra
Blue Cross Blue Shield Association
Borkowski, Alphonse
Erie County Medical Center Corp.
Halperin Battaglia Benzija LLP
Joseph D. Hall & Associates LLC
Kanner & Whiteley LLC
Masiowski, Michael, MD
Maune Raichle Hartley French & Mudd LLC
Parsons, Andrew
Paul S. Rothstein PA, Law Offices of
Pfalzgraf, Rupp
Pforr, Karen
Rawlings & Associates PLLC
Valega, Rita
Zailo, Nancy

# SCHEDULE 1(m)

## Ordinary Course Professionals

Altman Blitstein & Wayne
Analysis Group Inc.
Andersen Tax
Anderson Crawley & Burke PLLC
Ankura Consulting Group LLC
Appriss Health Holdings Inc.
Baker Hostetler LLP
Baker Tilly
Baraban & Teske
Barnes & Thornburg LLP
Barnwell Whaley Patterson & Helms LLC
Batten Lee PLLC
Boyle Shaughnessy & Campo PC
Brenner Saltzman & Wallman LLP
Bybel Rutledge LLP
Capitol Counsel LLC
Carlin Edwards Brown PLLC
CBIZ Risk & Advisory Services LLC
Center City Legal Reproductions Inc.
Chartwell Law Offices LLP
Chase Law Group PC
Chock Barhoum LLP
Cipriani & Werner PC
Clark Hill PLC
Conway Stoughton LLC
Cozen O'Connor
Crowe & Dunlevy
Davis Polk & Wardwell LLP
Davis Wright Tremaine LLP
Diepenbrock & Cotter LLP
Donnelly & Associates PC
Dorf Nelson & Zauderer LLP
Dummit Buchholz & Trapp
Epstein Becker & Green PC
Ethico BV
Faegre Drinker Biddle & Reath LLP
Foley & Lardner LLP
Fraud Fighters Inc.
Freeman Mathis & Gary LLP
Galloway Johnson Tompkins Burr & Smith
A plc
Garubba, Alan P.

Genova Burns LLC
Genpact UK Ltd.
Goldberg Segalla LLP
Goldwasser & Chan LLP
Golkow Litigation Services LLC
Grimm Vranjes & Greer LLP
Hangley Aronchick Segal Pudlin & Schiller
Hanna Brophy Maclean McAleer & Jensen
LLP
Holland & Knight LLP
Houlihan Lokey
Hunton Andrews Kurth LLP
IQVIA Ltd.
J&H Marsh & McLennan Inc.
Jackson Lewis LLP
Joseph Greenwald & Laake PA
Kalbaugh Pfund & Messersmith PC
Kaufman Borgeest & Ryan LLP
Klein Hockel Iezza & Patel PC
Kulick Law LLC
Lagasse Branch Bell & Kinkead LLP
Language Line Services Inc.
Language Scientific Inc.
Law Office of Wayne C. Arnold
Law Offices of Drew D. Helms
Leake Anderson & Mann LLP
Lee, Agnes S.
Legal Bill Review Inc.
Lewis Gianola PLLC
LexisNexis
M3 Consulting Inc.
Macro-Pro Inc.
Magna Legal Services LLC
Manko Gold Katcher & Fox LLP
McCandlish Holton PC
McKool Smith
McManus Law PLLC
Milliman Inc.
Morgan Lewis & Bockius LLP
Murphy Sanchez PLLC
Murtha Cullina LLP
MWW Group LLC

Navex Inc.
Norton Rose Fulbright US LLP
Ogletree Deakins Nash Smoak & Stewart
PC
Park Strategies LLC
Parr Brown Gee & Loveless PC
Petruccelli Martin & Haddow LLP
PricewaterhouseCoopers LLP
Raven & Kolbe LLP
RSM US LLP
Seward Square Group LLC
Silvester & Kappes
Skadden, Arps, Slate, Meagher & Flom LLP
Smith Sovik Kendrick & Sugnet PC
Sobel Pevzner LLC
Stone Crosby PC
Sturgill Turner Barker Moloney PLLC
ThinkLP
Thomas Ayoob III & Associates LLC
Tiffany & Bosco PA
Troutman Pepper Hamilton Sanders LLP
Tucker Ellis LLP
Vaughan Baio & Partners LLC
Ventiv Technology Inc.
Veritext LLC
Vorys Sater Seymour & Pease
Walker Murphy & Nelson LLP
Watkins & Eager PLLC
Wyatt Tarrant & Combs LLP
Zimmer Kunz PLLC

# SCHEDULE 1(n)

## Potential Participants in Sales Process

[Confidential]

# SCHEDULE 1(o)

## <u>Significant Competitors</u>

CVS Health Corp.
Target Corp.
Walmart Inc.

# SCHEDULE 1(p)

### Surety & Letters of Credit

3 Phases Renewables Inc.
5400 Perry Drive LLC
601 Chelsea Owner LLC
7245 Henry Clay LLC
Ace American Insurance Co.
Allegheny, County of (PA), Department of
    Public Works
Altmaier, David
American Guarantee & Liability Insurance Co.
American International Group Inc.
Applied Risk Services Inc.
Arizona, State of
Arizona, State of, Board of Pharmacy
Arkansas, State of, Insurance Commissioner
Arrowood Indemnity Co.
Athens-Clarke, County of (GA), Unified
    Government of
Baltimore Gas & Electric Co.
Bank of America
Berkley Insurance Co.
Billings Public Schools
California, State of
California, State of, Board of Pharmacy
California, State of, Department of Industrial
    Relations Self-Insurance Plans
Centers For Medicare & Medicaid Services
Centers For Medicare & Medicaid Services
    National Supplier Clearinghouse
Champion Energy Services LLC
Chubb Global Casualty
Connecticut Lottery Corp.
Connecticut, State of
Consolidated Edison Company of New York
    Inc.
Constellation NewEnergy Inc.
Delmarva Power & Light Co.
Georgia, State of
IAT Insurance Group Inc.
Illinois, State of, People of the State
Iowa, State of
Kansas, State of
Kansas, State of, Attorney General

Kentucky, Commonwealth of, Perry Circuit
    Court
Lancaster 1773 MZL LLC
Long Island Lighting Co.
Louisiana, State of
Maryland, State of, Board of Pharmacy
Maryland, State of, People of the State
Mckinsey & Co. Inc.
Metropolitan Transportation Authority
Mitchell Insurance Inc.
Nashville Electric Service
Nevada, State of
New Hampshire, State of
New Mexico, State of
New York, State of
New York, State of, People of the State
North Dakota, State of, Department of Insurance
Ohio State Lottery Commission, The
Ohio, State of
Oklahoma, State of
Oregon, State of
Oregon, State of, Board of Pharmacy
Pacific Gas & Electric Co.
Peco Energy Co.
Pennsylvania, Commonwealth of
Pennsylvania, Commonwealth of, Department
    of Transportation
Portland General Electric Co.
RLI Group
San Diego Gas & Electric Co.
South Carolina, State of
South Carolina, State of, Department of
    Consumer Affairs
South Dakota, State of
Southern California Edison Co.
Texas, State of, Department of Insurance
Travelers Indemnity Co.
United States Postal Service
United States, Government of the, Department
    of Homeland Security, Bureau of Customs
    & Border Protection
Utah, State of

Virginia Dominion Power
W.R. Berkley Group
Washington, State of
Wells Fargo Bank
West Penn Power
West Virginia, State of
Wisconsin, State of, Commissioner of Insurance
Woodland 1774 MZL LLC
Zurich American Insurance Co.

# SCHEDULE 1(q)

## **Taxing Authorities & Governmental Agencies**

Federal Trade Commission
U.S. Consumer Product Safety Commission
United States, Government of the, Department of Health & Human Services, Food & Drug
    Administration
United States, Government of the, Department of Justice, Drug Enforcement Administration

# SCHEDULE 1(r)

## Top 50 Creditors

Bright Health Plans
CVS Health Corp.
Gallagher Pharmacy Alliance
Humana Health Plan Inc.
Schmuckley, Lloyd F., Jr.
US Bank Trust Co. NA
Virginia Premier Healthplans

# SCHEDULE 1(s)

## U.S. Trustee Office

Alfaro, Adela
Ardelean, Kirsten K.
Arendas, Francyne D.
Artis, Michael
Bielskie, Lauren
D'Auria, Peter J.
Gerardi, David
Green, Tia
Hildebrandt, Martha
Kern, Joseph C.
Kropiewnicki, Daniel C.
McGee, Maggie
Nikolinos, Alexandria
Oppelt, Tina L.
Ortiz-Ng, Angeliza
Schneider, Robert J. Jr.
Shaarawy, Adam
Sponder, Jeffrey
Steele, Fran B.
Stives, James
Ziemer, William J.

# SCHEDULE 1(t)

### UCC Members

Benderson Development Co. LLC
Computersharetrust Co. NA
Humana Health Plan Inc.
McKesson Corp.
Mcs Advantage Inc.
Pension Benefit Guaranty Corp.
Realty Income Corp.
United Food & Commercial Workers International Union

# SCHEDULE 1(u)

## **<u>Unions</u>**

IBT Local 614
IBT Local 63
IBT Local 630
IIWU Local 26
IUOE Local 501
SEIU 1199
UFCW Local 1059
UFCW Local 1167
UFCW Local 135
UFCW Local 1428
UFCW Local 1442
UFCW Local 1776
UFCW Local 21
UFCW Local 324
UFCW Local 360
UFCW Local 5
UFCW Local 75
UFCW Local 770
UFCW Local 8
UFCW Local 8 Golden State
UFCW Local 876
UFCW Local 880
UFCW Local 951

# SCHEDULE 1(v)

## Utilities

3 Phases Renewables
AES Ohio
American Electric Power Co.
Amerigas
AT&T Inc.
Atlantic City Electric
Avista Utilities
Baltimore Gas & Electric Co.
Centurylink
Champion Energy
Charter Communications
Columbia Gas
Consolidated Edison Inc.
Constellation NewEnergy Inc.
Consumers Energy
Delmarva Power & Light Co.
Dominion Energy
DTE Energy Co.
Engie Power & Gas LLC
Engie Resources
Eversource Energy
Expedient Holdings USA LLC
Idaho Power
Illuminating Co., The
Imperial Irrigation District California
Jersey Central Power & Light
Level 3 Communications LLC
Liberty Energy Utilities New Hampshire Corp.
Los Angeles, City of (CA), Department of
    Water & Power
Metropolitan Edison Co.
National Grid plc
New York State Electric & Gas Corp.
NW Natural
Ohio Edison Co.
Pacific Gas & Electric Co.
Pasadena Water & Power
PECO
Penn Power
Pennsylvania American Water Co.
Pennsylvania Electric Co.
Philadelphia, City of (PA), Water Revenue

Portland General Electric Co.
PPL Electric Utilities
PSEG Long Island
Public Service Electric & Gas Co.
Puget Sound Energy
Riverside Public Utilities California
Rocky Mountain Power
Sacramento Municipal Utility District
Seattle,City of (WA), Light
Snohomish County Public Utility District
Southern California Edison Co.
Southern California Gas Co.
Tacoma, City of (WA), Public Utilities
Toledo Edison Co.
UGI Energy Services LLC
UGI Utilities Inc.
United Illuminating Co.
Waste Management Inc.
West Penn Power

# SCHEDULE 1(w)

## Vendors

1010data Services LLC
1093 Group LLC
29555 SW Ferry Road Co. LLC
340B Holdings LLC
340Basics
3M
4628 Group Inc.
71-14 Austin LLC
9274 Group Inc.
Abarta Coca-Cola Beverages LLC
Abbott Labs
Abbott Nutrition
Abbott Rapid Dx North America
AbbVie Inc.
Absolute Pharmacy Inc.
Academy Fire Protection
Accredo Health Group Inc.
ACON Laboratories
Adobe Inc.
ADT Commercial LLC
Advance Beverage Co.
AEP
Agency Within LLC
Ahold USA Pharmacy
AIDS Healthcare Foundation
AJM Packaging P/U
Albertsons
Alcon Laboratories Inc.
Alivia Specialty Pharmacy
Allergan Optical
Allstar Products Group LLC
Alterwood Advantage
Amber Specialty Pharmacy
Ambulatory Care Pharmacy
American Greetings Corp.
American Health Management Services Inc.
American International Industries
American Licorice Co.
American Maritime Officers Medical Plan
American News Co.
AmerisourceBergen
AmPharm LLC

AmWINS
Analysis Group Inc.
Andover Cos.
Anheuser Busch Sales of Central LA
Anheuser-Busch
AnovoRx Group LLC
Apothecary Products LLC
Apthorp Pharmacy
Arctic Glacier USA Inc.
Arete Pharmacy Network LLC
Arizona Beverages USA LLC
Armstrong Pharmaceuticals Inc.
Ascent Consumer Products Inc.
ASO Corp.
Astiva Health Inc.
Aurobindo Pharma USA Inc.
Avalon Integration Inc.
Avella Specialty Pharmacy Inc.
Avis Budget Group Inc.
Avita Drugs LLC
Axium Healthcare Puerto Rico
Balden Towne Plaza LP
Balzac Properties II
Barcel USA
Base4 Ventures LLC
Bausch & Lomb Americas Inc.
Bayer Healthcare LLC
Beeline Import & Services LLC
Beiersdorf Inc.
Berry Global
Beverage Works New York, The
BI Worldwide
BIC Corp.
Big Geyser Inc.
BILH Specialty Pharmacy
Bimbo Foods Inc.
Biologics By McKesson
BioPlus Specialty Pharmacy Services LLC
Bio-Reference Laboratories Inc.
BioRx LLC
Blessing Hospital
Bloem LLC

Bloom Roofing Systems Inc.
Blue Buffalo Co. Ltd.
BlueSoho
BMC Software Inc.
Boiron SA
Boston Accountable Care Organization
Boston Medical Center
Brinks Inc.
Broadpath LLC
C.R. England Inc.
Caldara & Sons Contracting Inc.
California Dairies Inc.
California, State of, Employment Development
    Department
Campbell Sales Co.
Candle-Lite Co. LLC
CaptureRx
Cardinal Health 110 Inc.
Cardlytics Inc.
Care N' Care Insurance Co. Inc.
Career Start LLC
Careerstaff Unlimited Inc.
Caremark LLC
Carewisc.org
Carroll Independent Fuel Co. Inc.
Carter Intralogistics
Cascade Wholesale Hardware Inc.
Cashco Distributors Inc.
Cass Information Systems Inc.
Catalina Marketing Corp.
Catholic Health Services Inc.
Catholic Health Services of Long Island Inc.
CCBCC Operations LLC
CDW Direct LLC
Celsius Holdings Inc.
Centor Inc.
Change Healthcare Inc.
Chartwell Pennsylvania LP
Chattem Inc.
Checkpoint Systems Inc.
Church & Dwight Co. Inc.
Classic Jerky Co., The
Clorox Co., The
Clorox Sales Co., The
Clover Farms Dairy Co.
Coca-Cola Co., The

CoHo Distributing LLC
Colgate-Palmolive Co.
Comanche County Hospital Authority
Combe Inc.
Commercial Traffic Co., The
Community Healthcare System Inc.
Compass Health Brands Corp.
ConAgra Snack Foods Group
Conair Corp.
Concentric Health Alliance Inc.
Conception Pharmacy LLC
Conduent Human Resources Services LLC
Connecticut, State of, Commissioner of
    Revenue Services
Conopco Inc.
Consolidated Solutions Inc.
Continental American Insurance Co.
Coolsys Light Commercial Solutions
Core BTS Inc.
Core Mark
Costco Pharmacies
Cotiviti Inc.
Coty Beauty
Cox Health
CPUS 601 Chelsea Road LP
Craig Electronics Inc.
Create A Treat Ltd.
Crest Beverage LLC
CrossCom National LLC
CSL Seqirus
Cushman & Wakefield plc
CVS Procare Pharmacy Inc.
D. Thomas & Associates Inc.
Daktronics Inc.
Danville, City of (IL)
Dartmouth-Hitchcock Pharmacy
Dave's Construction Service Inc.
Deaconess Health System Inc.
Delaware, State of
Delaware, State of, Division of Revenue
Deloitte & Touche LLP
Delta Dental of Pennsylvania
Dematic Corp.
Diebold Nixdorf Inc.
Direct Beauty LLC
Discount Drug Mart Inc.

Divisions Inc.
Donaghy Sales Inc.
DoorDash Inc.
Dora's Naturals Inc.
Double H Plastics Inc.
Dove Contracting Inc.
Dr. Pepper/Seven Up Inc.
Dr. Reddy's Laboratories Inc.
Drylock Technologies Ltd.
Duke Realty LP
Dunnhumby Inc.
Duracell Distributing Inc.
E. Mishan & Sons
E.L.F. Cosmetics Inc.
East Bay Drayage Drivers Security Fund
Echostar Corp.
Eclipse Advantage LLC
Edgewell Personal Care Brands LLC
Edgewell Personal Care Co.
Eillien's Candies Inc.
Elder Care Pharmacy Inc.
Element Fleet Corp.
Elizabeth Arden Inc.
Ellume USA LLC
Emerson Healthcare LLC
Employee Painters Trust
Emson
Encompass RX
Energizer Personal Care LLC
ENGIE Impact
ENGIE Insight Services Inc.
Envision Insurance Co.
Epic Pharmacy Network Inc.
Epic Pharmacy PLLC
Equity Residential Management LLC
Ernst & Young LLP
Essendant Co.
Essentia Water
Eversana Life Science Services LLC
Exact Care Pharmacy LLC
Excell Marketing LC
Experian plc
Express Scripts Specialty Distribution Services
F&F Construction Inc.
Facebook Inc.
FacilitySource Inc.

Farmacia del Carmen
Farmacia del Pueblo
Farmacia Marie
Farmacia Marisel
Farmacia Nueva
Farmacia San Antonio
Farmacia San Luis
Farmacia San Rafael
Farmacias Plaza
Ferrara Candy Co.
Ferrara Pan Candy
Ferrellgas LP
Ferrero USA Inc.
Fertility Pharmacy of America
FGX International
Fiji Water Co. LLC
Fintech Alcohol
First Advantage Background Services
First Quality Consumer Products
First Symetra National Life Insurance Co. of
    New York
Flipp Corp.
FLP LLC
Forrest General Hospital
Forum Extended Care Services Inc. II
Forvis LLP
Foundation Consumer Healthcare
Four B Corp.
Frankford Candy & Chocolate Co.
Frank-Lin Distillers Products
Fred Hutchinson Cancer Center South Lake
    Union
Fresenius Medical Care
Fresenius Medical Care Pharmacy Services Inc.
Fresno Unified School District (CA)
Frito-Lay Inc.
FUJIFILM North America Corp.
Galderma Laboratories LP
Gallo Sales Co.
Garda CL West Inc.
Geisinger Specialty Pharmacy
General Foods Corp.
General Mills Inc.
Genoa Healthcare Co. LLC
Genoa Healthcare LLC
Genzyme Corp. Inc.

Geri-Care Pharmaceuticals Corp.
Gerresheimer AG
Ghirardelli Chocolate Co.
Giant Eagle Inc.
GlaxoSmithKline
GMS Benefits
GNC Brand
Golden Grove Trading Inc.
GoodRx Inc.
Google Inc.
Gracious Living Corp.
Great Lakes Coca Cola
Greenville Hospital System
Greenwood Brands LLC
Guam SDA Clinic Pharmacy
Guidepoint LLC
Halfon Candy Co. Inc.
Hannaford Bros. Co. Inc.
Harbor Distributing LLC
Haribo of America Inc.
Havas Worldwide New York Inc.
HCL America Inc.
HCL Tech Corp. Services Ltd.
HealthTeam Advantage
HEB Grocery Co. LP
Hecny Group
Hecny Transportation
Heimark Distributing Co.
Henkel Corp.
Herjavec Group Corp., The
Herr Foods Inc.
Hershey Chocolate
Hexaware Technologies Inc.
HFC Prestige International US LLC
High Ridge Brands Co.
Highmark Pennsylvania
Hitachi Vantara LLC
Hollywood III Construction Inc.
HoMedics
Honest Co. Inc., The
Honsha Inc.
Hormel Foods Corp.
Hudson RPM Distributors LLC
Hughes Network Systems Inc.
Hyland's Inc.
Ibew Local 351

Iconex LLC
Icontrol Systems USA LLC
Idaho, State of, State Tax Commission
IdeaVillage Products Corp.
Igloo Corp.
I-Health
Imagine 360
Imperial Health Plan
InComm
Infinium Pharmacy
Infosys Ltd.
Inmar Rx Solutions Inc.
Insight Direct USA Inc.
Instacart
Integrated Image Inc.
Integrity Rx Specialty Pharmacy LLC
Inteplast Group Ltd.
International Business Machines Corp.
International Wholesale
Intrust Financial Corp.
Iovate Health Sciences International Inc.
Iron Mountain Inc.
Ironworkers Intermountain Health & Welfare
    Fund
Irvine Co.
Irving Consumer Products Inc.
Irwin Naturals
Jack & Jill Ice Cream
Jack & Roberta Bernbaum Trust
JB Hunt Transport
JB Poindexter & Co. Inc.
JE Dunn Construction
John B Sanfilippo & Son Inc.
Johnson & Johnson Consumer Inc.
Johnson, County of (KS)
Jones Lang Lasalle Americas Inc.
Just Born Inc.
Kamin Realty
Kao USA Inc.
Kayser-Roth Corp.
KAZ Inc.
Kehe Distributors LLC
Kellogg Co.
Kellogg Snacks
Khasigian Properties LP
Kimberly Clark Corp.

Kind Healthy Snacks
King's Pharmacy LLC
Kinney Drugs Inc.
Kiss Products Inc.
Kmart Corp.
Knapheide Manufacturing Co., The
Kokie Cosmetics Inc.
Korn Ferry (US)
Kraft Foods Group Inc.
Kroger Co., The
K-VA-T Food Stores Inc.
L&R Distributors Inc.
L. Perrigo Co. Inc.
Labor Alliance Managed Trust
Laborers' District Council Of Ohio
Lafourche Parish School Board Inc.
Landsberg Orora
Lasko Metal Products
Lawrence Memorial Hospital
Legacy Group Enterprises Inc.
Leggett & Platt Inc.
Leo Burnett Co. Inc.
LePage's Inc.
LexisNexis Risk Solutions Inc.
Liberty Coca-Cola Beverages LLC
Liberty Medical Inc.
LifeScan Inc.
LifeTree Pharmacy
Lindt & Spruengli Inc.
Link Snacks Inc.
Living Essentials
LNK International Inc.
LogicSource Inc.
Longs Drug Stores Corp.
L'Oreal Paris
L'Oreal, Active Cosmetics Division
Los Angeles, County of (CA), Tax Collector
Lucas, County of (OH), Teasurer
Ludwick, Charles Alvin
Lynnfield Compounding Center Inc.
M&M Mars Associates
Mac Rx LLC
Mandell's Pharmacy
Manhattan Associates Inc.
Manhattan Beer Distributors LLC
Marc Anthony Cosmetics Ltd.

Markstein Beverage Co. Inc.
Markwins Beauty Products Inc.
Marsh USA Inc.
Maruyasu, Curtis
Maryland, State of, Comptroller
Maryland, State of, Office of the Comptroller
Massachusetts Medicaid
Mattel Toys
Matthews International Corp.
Maxor Specialty Pharmacy
MaxorPlus Ltd.
Mayer Bros. Apple Products Inc.
MC Sign Co. Inc.
McKesson Drug Co.
McKesson High Volume Solutions
McKesson Specialty
McKinsey & Co. Inc.
MCS Advantage Inc.
MDR Encino Pharmacy
MDR Westwood Center Pharmacy
Mead Johnson
Medical Card System
Medical Security Card Co.
Medicine Shoppe Pharmacy, The
Medicine Shoppe, The
MediSense
Medline Industries Inc.
Medplus - A Plus Pharmacy
MedRx Pharmacy
MedTech Labs
Meijer Pharmacy Receivables
Mercy Health Accountable Care Organization
Method Products Inc.
Metro Drug
Metro One LPSG Inc.
Michigan, State of, Department of Treasury
Microlife USA Inc.
Microsoft Corp.
Middletown City School District (NY)
Midway Importing Inc.
Missouri State University
MJ Morgan Group
MK-Menlo Property Owner LLC
MOJO PSG US LLC
Mo-Kan Sheet Metal Workers
Mondelez Global LLC

Moody's Investors Service
Morgan Lewis & Bockius LLP
Mu Sigma Business Solutions
Murfreesboro, City of (TN)
MUSC Hollings Cancer Center Pharmacy
MWW Group LLC
My Choice Wisconsin
Naples Processing Services
National Janitorial Solutions
National Pharmacy of Mississippi
Natrol LLC
Nature Made - Pharmavite
Nature's Bounty Inc.
NeilMed Pharmaceuticals Inc.
Neo G USA Inc
Nestle Purina Petcare Co.
Nestle USA Inc.
Nestle Waters North America
Nestles Food
NetJets Aviation Inc.
New Albertson's Inc.
New Jersey, State of, Division Of Revenue
New Jersey, State of, Sales Tax
New London, County of (CT)
New Mexico Medical Insurance Pool
New York, City of (NY), Department of
    Finance
New York, State of, Department of Finance
New York, State of, Employment Taxes
New York, State of, Sales Tax
New York, State of, Tax Department
NewEra Pharmacy
Newport News Public Schools
Nextech NE LLC
Nexxus Group Publications
NFNY Business Trust
Niagara Bottling LLC
Noble Health Services Inc.
North Kansas City Hospital
Northern California Pharmacists Clerks
Northwest Ironworkers Trust Funds
Northwest Sheet Metal Workers
NRS Brands
Nutrabolt
Oberto Sausage Co.
Ocean Spray Cranberries Inc.

OCU Health & Welfare Trust
Ohio State University Outpatient Pharmacy, The
Ohio, State of (OH), Treasurer
Ohio, State of, Bureau of Workers'
    Compensation
Ohio, State of, Department of Taxation
Oliver Wyman Inc.
Olly Public Benefit Corp.
Omnicare Inc.
Omron Healthcare Inc.
On Target Maintenance Inc.
Onco360
Oncology Pharmacy Services Inc.
Ontel Products Corp.
Opex Corp.
Optime Care Inc.
Option Care Inc.
Optum Pharmacy 701 LLC
Optum Pharmacy 702 LLC
Optum Pharmacy 705 LLC
Optum Pharmacy 707 Inc.
Oregon, State of, Department of Revenue
Original Gourmet Food Co. LLC
Orsini Pharmaceutical Services LLC
Overland Supply Inc.
OW Logistics Pte. Ltd.
Owl Specialty Pharmacy
Pacific Beverage Co. 61116
Pacific World Corp.
Pacific/Costanzo-Lewis GP
Panos Properties LLC
Pantherx Specialty Pharmacy
Papyrus-Recycled Greetings Inc.
Paramount Farms Inc.
Parfums De Coeur Ltd.
Peach State Roofing Inc.
Pennsylvania, Commonwealth of, Department
    of Revenue
Pennsylvania, Commonwealth of,
    Unemployment Compensation Fund
Pepperidge Farm Inc.
Pepsi-Cola Co.
Perfetti Van Melle USA Inc.
Perrigo Co. plc
Pharma Force Group LLC
Pharmacy Care USA of Addison LLC

Pharmacy Providers of Oklahoma Inc.
PharMerica Corp.
PharmScript of IL LLC
PharmScript of IN LLC
PharmScript of MD LLC
PharmScript of OH LLC
Philadelphia Sign Co. LLC
Philadelphia, City of (PA)
Philips Consumer Lifestyle BV
Phoenix Benefits Management LLC
Phoenix, City of (AZ)
Physicians Formula Inc.
Piping Rock Health Products
PL Developments
Plumbers & Steamfitters Local 400
Post Consumer Brands LLC
Powerhouse Retail Services LLC
Premier Brands of America Inc.
Premier Nutrition Co.
Premier Pharmacy Care LLC
Premier Pharmacy Services Inc.
Prestige Brands Inc.
PricewaterhouseCoopers LLP
Priority Inc.
Prisma Health
Procter & Gamble Co., The
Pro's Choice Beauty Care Inc.
Prosperity Pharmacy Medical Center Inc.
Protiviti Inc.
Protos Security
Provider Partners Health Plan Inc.
Provider Pay
Prudential Insurance, The
PSC Group LLC
Puget Sound Electrical Workers Trust
PureRED
Pwnhealth LLC
QR Pharmacy, The
Quad
Quad/Graphics Inc.
Quaker Oats
Qualitas Manufacturing Inc.
Quality Pharmacy Inc.
Qualtrics LLC
Quincy Bioscience LLC
Quten Research Institute LLC

R.R. Donnelley & Sons Co.
Raleys Third Party Accounts Receivable
Raritan Pharmaceuticals Inc.
Raw Sugar LLC
RB Health US LLC
RC Maintenance Holdings Inc.
Readerlink Distribution Services LLC
Realty Income Corp.
Realty Income PA Properties
Realty Income Properties 28 LLC
Reckitt Benckiser Group plc
Red Bull Distributing Co. Inc.
RelayHealth Corp.
Remedi Seniorcare Holding Corp.
Rentokil Pest Control Ltd.
Ressac Inc.
Reta Trust, The
Retail Logistics Excellence
Retractable Technologies Inc.
Return Management Services Inc.
Revlon Beauty Care
Reyes Coca-Cola Bottling LLC
Reyes Holdings LLC
RhinoSystems Inc.
Ricola AG
Rightpoint Consulting LLC
Rite Aid Foundation Kidcents
Riverside, County of (CA), Tax Collector
Rocon Building Interiors
ROIC California LLC
Royal Wine Corp.
RSF Pharmacy Inc.
Russell Stover Chocolates LLC
RxStrategies Inc.
Ryder Integrated Logistics
Ryder System Inc.
Ryder Transportation Services
S.C. Johnson & Son Inc.
Safeway Inc.
Sams East & West
San Antonio Winery Inc.
San Diego, County of (CA), Tax Collector
San Juan Regional Medical Center Inc.
SandsRx LLC
Sanford LP
Sanofi-Aventis US LLC

Santa Clara Valley Health & Hospital
SAP America Inc.
Sarris Candies Inc.
Save Mart Supermarkets
School District of Manatee County (FL), The
School District of Springfield R-12 (MO), The
Schraft's 2.0 LLC
Scopes Facility Services LLC
ScriptDash Inc.
ScriptDrop Inc.
ScriptPro USA Inc.
Sea Island
Seattle, City of (WA), Columbia District
Security Source
Senderra Rx Pharmacy
Senior Solutions Pharmacy
Sentry Data Systems Inc.
Seqirus USA Inc.
ServiceChannel.com Inc.
Seven Up Co.
Seven Up RC Bottling Co.
Sharps Compliance Inc.
Sheet Metal Workers' Local 100 Health Fund
Sheet Metal Workers' Local 17
Sheralven Enterprises Ltd.
Shred-It USA LLC
SignArt
Signature Healthcare Corp.
Simon's Discount Pharmacy
Simply Good Foods USA Inc.
Sinch Interconnect LLC
SingleCare Services LLC
Skadden, Arps, Slate, Meagher & Flom LLP
Skilled Nursing Pharmacy
SkullCandy Inc.
Smucker Retail Foods Inc.
Snapple Distributors Inc.
SodaStream
Sound Health & Wellness
South Miami Pharmacy
Southcoast Health Network
Southern California Drug
Southern California Drug Benefit Fnd
Southern California Drug Pension Fund
Southern Glazer's CA
Southwire Co. LLC

Spangler Candy Co.
SpartanNash Co.
Special Care Pharmacy Services LLC
Specialty Rx Inc.
Springbrook Farms Inc.
Springfield, City of (IL)
Springfield, City of (MO)
Springwise Facility Management
SPS Specialty Pharmacy Services Inc.
Sri Aushada LLC
Staffmark Investment LLC
Stanley Access Technologies
Staples Inc.
Staples Technology Solutions
Starcom Worldwide Inc.
Stealth International Inc.
Storck USA LP
Straub Distributing Co.
Structure Tone LLC
Sun Bum LLC
Sunbelt Rentals Inc.
Sunstar Americas Inc.
Superior Nut & Candy Co. Inc.
Supreme Distribution
SwedishAmerican Health Systems Corp.
Sweetener Products Co.
Swire Coca-Cola USA
Swire Pacific Holdings Inc.
Synchrony Columbus Pharmacy
Takecare Insurance Co.
Tarrytown Expocare LLC
Tasty Baking Co.
Tata Consultancy Services Ltd.
Team One Repair Inc.
Teamsters Local 14
Teamsters Local 986
Technology Recovery Group Ltd.
Time Cap Laboratories Inc.
Tootsie Roll
Topeka, City of (KS)
Total Quality Logistics LLC
Total Support Facilities Maintenance
Toyotetsu America Inc.
Trace3 LLC
Transplant Genomics Inc.
Travel Leaders LLC

Travelers Indemnity Co.
Trinity Manufacturing LLC
Try-It Distribution Co. Inc.
Turner's Dairy Farms Inc.
Ty Inc.
U.S. Cotton-Private Label
UC Health Pharmacy
UC San Diego Medical Center Retail Pharmacy
UFCW Local 1529
UFCW Norcal
Ultra Standard Distributors Inc.
Unfi
Unilever
Unilever HPC USA
Unilever plc
Union Hospital
United States, Government of the, Internal
    Revenue Service
University Health Care System
University Hospitals Home Care Services
US Ecology Livonia Inc.
UTZ Quality Foods LLC
UVM Medical Center Outpatient Pharmacy
UW Health
Valassis Direct Mail Inc.
Valeant Pharmaceuticals
Valley Health System
Valley Medical Center
Valley Wide Beverage Co. Inc.
Vaxserve Inc.
VCU Health System ACC Pharmacy
Vector Security Inc.
Venture International Inc.
Vereit Real Estate LP
Veridian Healthcare LLC
Verifone Inc.
Verily Life Sciences LLC
Verity Solutions Group Inc.
Vestcom New Century LLC
Victory Wholesale Group
Vi-Jon Inc.
Vi-Jon LLC
Viking Yachts Co.

Village Pharmacy
Virginia Premier Advantage Elite D-SNP
Virginia Premier Elite
Virginia Premier Health Plan
Virginia, Commonwealth of, Department of
    Taxation
Virginia, Commonwealth of, State Tax
    Commissioner
Vitalone, Britt
Vons Cos. Inc.
Wabash National Corp.
Waffle House System Employee Benefit
Wahl Clipper Corp.
Walgreens Drug Stores
Washington, State of, Department of Revenue
Washington, State of, Liquor & Cannabis Board
Waste Management Inc.
Watterson Environmental Group LLC
Weathervane Service Inc.
Wella Operations US LLC
Wellpartner Inc.
Wentworth Douglas Hospital
West Shore Tax Bureau
West Virginia Senior Advantage Inc.
Westcore Bravo Lancaster LLC
Westcore Bravo Woodland LLC
Western Technical College
Westminster Pet Products Inc.
WEX Inc.
WFP Retail Co. LP
Wichita, City of (KS)
Wildan Lighting & Electric Inc.
Wine Warehouse Inc.
WIS International Ltd.
Wonderful Pistachios & Almonds LLC
Workday Inc.
World Color Inc.
Wright Beverage Distributing Corp.
Young's Market Co. - Division I
Young's Market Co. LLC
Yusen Logistics (Americas) Inc.
Zenlen Inc.
ZoomInfo Technologies Inc.

**Annex B[1]**

| CLIENT/PARTY/MATTER | RELATIONSHIP | MATTER |
|---|---|---|
| 3 Phases Renewables, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| AES Ohio | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| AllianceBernstein, L.P. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| AXA Investment Managers (U.S.), Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Bank of America | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Bank of America Merrill Lynch Proprietary Trading | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Bayer Healthcare LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| BCBS | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Blue Buffalo Company Ltd | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| BNP Paribas Asset Management UK, Ltd. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Brown McGarry Nimeroff LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Capital One | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

---

[1]   WSGR's conflict resolution procedure is ongoing, and the Firm will undertake to supplement this **Annex B** as necessary during the pendency of these chapter 11 cases.

| | | |
|---|---|---|
| Cathay Bank | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Citigroup Global Markets, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Colgate Palmolive | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Conduent Human resources Scvs | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Costco Pharmacies | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Dollar Tree Stores Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Dominion Energy | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Doordash, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Dr Reddy's Laboratories Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Ellume USA LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Ernst & Young LLP | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Evercore Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Family Dollar Stores LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| Foley & Lardner | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Fox Rothschild LLP | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Galderma Laboratories | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Genpact (UK) Limited | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Goldman Sachs Asset Management International | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases |
| Google Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Guggenheim Securities, LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| HCL America Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Henkel Corporation | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Infosys Limited | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| ING Capital LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Jefferies, LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| J&H Marsh & McClennan Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| John Hancock Life Insurance Company | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Jones Lang LaSalle America | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| JPMorgan Investment Management, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| [Confidential]. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Macquarie Asset Management (NZ) Ltd. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Marsh McClennan | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Marsh USA Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Mattel Toys | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Mead Johnson | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Medimpact Healthcare Systems, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Milliman Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Morgan Stanley Investment Management Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| MUFG Bank, Ltd. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Nature Made-Pharmavite | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Oliver Wyman Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Pacific Gas and Electric Company | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Procter & Gamble | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Qualtrics LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| RBC Global Asset Management, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| R.R. Donnelley | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Reckitt Benckiser | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Siemens Financial Services, Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| State of California | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| State of Delaware | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| State of New York | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| State of Oregon | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| State of West Virginia | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| TD Bank | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Clorox Company | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Clorox Sales Co. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Huntington National Bank | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Prudential Insurance | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| TPG Capital, L.P. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Transplant Genomics Inc. | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| U.S. Bank | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Verifone Inc c/o Wells Fargo | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Verily Life Sciences LLC | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Wabash National | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Walmart | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Webster Business Credit | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| Wells Fargo Bank | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Wex Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Zoominfo Technologies Inc | Client or Client Affiliate | The Firm represents this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Avis Budget Group Inc | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Blackrock Advisors, LLC | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Buchalter, a Professional Corporation | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| CenturyLink | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| California Public Employees Retirement System | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Charles Schwab Investment Management, Inc. | Former Client or Client Affiliate | The Firm previously represented this party or unrelated entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Chattem, Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| City of Philadelphia | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Dr. Pepper/Seven Up, Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| Flowers Foods, Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Fred Hutchinson Cancer Center South Lake Union | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Genzyme Corporation | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Glaxosmithkline | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| GSK Consumer Healthcare Services Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| IPG Investment Advisors, LLC | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Meijer Pharmacy Receivables | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Mellon Investments Corporation | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Metlife Investment Management, LLC | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Microsoft Corporation | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Pacific Investment Management Company ("PIMCO") | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| Sanofi-Aventis US LLC | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
|---|---|---|
| S.C. Johnson & Son Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| State Street Global Advisors | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Tata Consultancy Services Ltd. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Bank of New York Mellon Corporation (Wealth Management) | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| The Bank of New York Mellon Trust Company, N.A. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| TPG Capital, L.P. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| UBS AG, Stamford Branch | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| U.S. Bank, National Association | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Vaxserve, Inc. | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |
| Voya Investment Management, LLC | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

| | | |
|---|---|---|
| Zenlen Inc (d/b/a Native COS) | Former Client or Client Affiliate | The Firm previously represented this party or related entities in matters unrelated to the Debtors or these chapter 11 cases. |

## **EXHIBIT C**

**Declaration of Thomas J. Sabatino**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ, P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors. [1] | (Jointly Administered) |

**DECLARATION OF THOMAS J. SABATINO IN SUPPORT OF DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT**
**AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C.**
**AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE**

I, Thomas J. Sabatino, pursuant to 28 U.S.C. §1746, to the best of my knowledge and

belief, and after reasonable inquiry, declare:

---

[1]     The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1.      I am over the age of 21.  I am the Chief Legal Officer (the "CLO") and Executive Vice President (an "EVP") of Rite Aid Corporation, a Delaware corporation and one of the above-captioned debtors in possession (collectively, the "Debtors").    Accordingly, I am generally familiar with the business operations, business and financial affairs, and books and records of the Debtors and am in all respects competent to make this Declaration (the "Declaration").

2.      I submit this Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Wilson Sonsini Goodrich & Rosati, P.C., as Special Board Counsel Effective as of the Petition Date* (the "Application"), filed contemporaneously herewith.[2] Except as otherwise noted I have personal knowledge of the matters set forth herein.

3.      Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") and/or employees working under my supervision, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations.  I am authorized to submit this Declaration on the Debtors' behalf.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.

## The Debtors' Selection of Counsel

4.      The Debtors have selected WSGR to serve as special counsel to the board of directors (the "Board") of Debtor Rite Aid Corporation with respect to Board Matters, due to,

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

among other things, WSGR's extensive experience and expertise in corporate governance, bankruptcy, and corporate restructuring matters.

5.      The Board drew on its experience working with WSGR on prior corporate governance and related matters and chose to continue working with WSGR in these chapter 11 cases based on WSGR's unique qualifications and the Board's prior positive experience.

6.      Since its retention, WSGR has provided advice and assisted the Board in all aspects of the Debtors' restructuring efforts based on its experience with cases of large and complex companies like the Debtors.  I believe that for these reasons WSGR is well-qualified to serve as the special counsel to the Board in these chapter 11 cases.

## Rate Structure

7.      In my capacity as the CLO and EVP of the Debtors, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. WSGR has informed the Debtors that its rates for bankruptcy representations are comparable to those it charges for non-bankruptcy representations. As discussed, because I am also responsible for reviewing the statements regularly submitted by WSGR, I can confirm that the rates WSGR charged the Debtors in the prepetition period are the same as the rates that WSGR will charge the Debtors in the postpetition period.

## Cost Supervision

8.      Pursuant to the Interim DIP Order,[3]  professionals proposed to be retained by the Debtors are required to provide regular budgets and variance reports in these chapter 11 cases. As a retained professional, WSGR will be subject to these reporting requirements. Moreover, the

---

[3]      "Interim DIP Order" means the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 120].

Debtors and WSGR recognize that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Board and WSGR. The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. The Debtors will continue to review the statements that WSGR regularly submits.

9.      As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expense reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved, the level of attorneys and professionals that will work on various matters, and the projections of average hourly rates for the attorneys and professionals for various matters.

Dated: November 22, 2023                              Respectfully submitted,


                                                      */s/ Thomas J. Sabatino*
                                                      Thomas J. Sabatino
                                                      Chief Legal Officer and Executive Vice
                                                      President
                                                      Rite Aid Corporation