**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

<center>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</center>

| | |
|---|---|
| In re:<br>RITE AID CORPORATION, *et al.*,<br><div align="right">Debtors.[1]</div> | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

<center>

**DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-
COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

</center>

TO THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

respectfully state the following in support of this application (this "Application"):

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## I.     JURISDICTION, VENUE AND STATUTORY PREDICATES

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334 the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States

District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.).  This is

a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Debtors confirm their consent to the

Court entering a final order in connection with this Application to the extent that it is later

determined that the Court absent consent of the parties, cannot enter final orders or judgments in

connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 327(a), 329, and 330 of title

11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 2014(a) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the

Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the

"Local Rules").

## II.     BACKGROUND

4.      The Debtors, together with their non-Debtor affiliates (collectively, "Rite Aid" or

the "Company"), are on the front lines of delivering healthcare services and retail products to

millions of Americans daily.  Founded in 1962 with a single discount drugstore in Scranton,

Pennsylvania, Rite Aid meets the fundamental consumer need for pharmacy services across the

country through two divisions.  On the retail side, Rite Aid employs more than 6,300 pharmacists

and operates more than 2,300 retail pharmacy locations in 17 states.  Through Elixir, the Company

manages pharmacy benefits for more than one million members via accredited mail and specialty

pharmacies, prescription discount programs, and an industry-leading claim adjudication platform.

66701/0001-46553987v2

Headquartered in Philadelphia, Pennsylvania, Rite Aid Corporation is publicly held with its common stock trading on the New York Stock Exchange under the trading symbol, "RAD."

5.        On October 15, 2023 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On October 17, 2023, the Court entered an order [Docket No. 122] authorizing procedural consolidation and joint administration of these Chapter 11 cases pursuant to rule 1015(b) of the Bankruptcy Rules. On November 2, 2023, the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed (a) an official committee of unsecured creditors (the "Unsecured Creditors' Committee") [Docket No. 431] and (b) an official committee of tort claimants (the "Tort Claimants' Committee," together with the Unsecured Creditors' Committee, collectively, the "Committees") [Docket No. 432], each pursuant to section 1102 of the Bankruptcy Code.

## III.     RELIEF REQUESTED

6.        By this Application, the Debtors seek authorization to employ and retain Cole Schotz P.C. ("Cole Schotz") as their co-counsel in connection with the filing and prosecution of these Chapter 11 Cases, *nunc pro tunc* to the Petition Date, pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rule 2014-1.  The Debtors further request that the Court approve the retention of Cole Schotz under a general retainer and hourly fee arrangement in accordance with Cole Schotz's normal hourly rates in effect at the time services are rendered and Cole Schotz's normal expense reimbursement policies.  In support of this Application, the Debtors submit the Declaration of Michael D. Sirota, Esq. (the "Sirota

Declaration"), attached hereto as **Exhibit A**, and the Declaration of Jeffrey S. Stein (the "Stein

Declaration"), attached hereto as **Exhibit B**.

## IV.    COLE SCHOTZ'S QUALIFICATIONS

7.     Cole Schotz was retained in October of 2023 to work with the Debtors, Kirkland &

Ellis LLP and Kirkland & Ellis International LLP ("K&E"), and the Debtors' other advisors to

explore the Debtors' strategic alternatives.  Since being engaged, Cole Schotz has worked closely

with the Debtors, K&E and the Debtors' other advisors in connection with the Debtors'

restructuring initiatives.  As a result of this work, Cole Schotz has acquired significant knowledge

about the Debtors, their businesses, and many of the potential legal issues that may arise in the

context of these Chapter 11 Cases that makes it uniquely suited to serve as Debtors' bankruptcy

co-counsel.

8.     The Debtors have selected Cole Schotz because the members and associates of Cole

Schotz possess extensive knowledge and considerable expertise in the fields of bankruptcy,

insolvency, reorganizations, debtors' and creditors' rights, debt restructuring, and corporate

reorganizations, among others.  In addition, the attorneys at Cole Schotz also have substantial

experience appearing before the courts in this district and are familiar with local practice and

procedure.   The Debtors believe Cole Schotz has assembled a team of highly-qualified

professionals and paraprofessionals to provide services to them in these Chapter 11 Cases, have

determined that the retention of bankruptcy co-counsel is necessary to the successful

administration of these cases, and submit that Cole Schotz's employment would be in the best

interests of their estates.  Cole Schotz's complex chapter 11 experience, as well as its extensive

practice before this Court and knowledge of the local rules and practices, make it substantively

and geographically ideal to efficiently serve the needs of the Debtors.  Cole Schotz regularly

66701/0001-46553987v2

represents Chapter 11 debtors, including retailers, throughout New Jersey and nationally and, thus, is well qualified to serve as bankruptcy co-counsel to the Debtors in these Chapter 11 proceedings.

9.    Cole Schotz has been actively involved in many major Chapter 11 cases in this District.  *See, e.g.*, *In re Cyxtera Technologies, Inc.*, Case No. 23-14853 (JKS); *In re Whittaker, Clark, & Daniels, Inc.*, Case No. 23-13575 (MBK); *In re David's Bridal, LLC*, Case No. 13-13131 (CMG); *In re Bed Bath & Beyond Inc.*, Case No. 23-13359 (VFP); *In re BlockFi Inc.,* Case No. 22-19361 (MBK); *In re Nat'l Realty Investment Advisors, LLC*, Case No. 22-14539 (JKS); *In re Christopher & Banks Corp.*, Case No. 21-10269 (ABA); *In re RTW Retailwinds, Inc.*, Case No. 20-18445 (JKS); *In re Congoleum Corporation*, Case No. 20-18488 (MBK); *In re SLT Holdco, Inc.*, Case No. 20-18368 (MBK); *In re Modell's Sporting Goods, Inc.*, Case No. 20-14179 (VFP); *In re Cinram Group, Inc.*, Case No. 17-15258 (VFP); *In re Saint Michael's Medical Center, Inc.*, Case No. 15-24999 (VFP); *In re Crumbs Bake Shop, Inc.*, Case No. 14-24287 (MBK); *In re Revel AC, Inc.,* Case No. 14-22654 (GMB); *In re MEE Apparel LLC*, Case No. 14-16484 (CMG); *In re Dots, LLC*, Case No. 14-11016 (MBK); *710 Long Ridge Road Operating Company II, LLC*, Case No. 13-13653 (DHS); *In re Big M, Inc.,* Case No. 13-10233 (MBK); *In re Tarragon Corporation*, Case No. 09-10555 (DHS); *In re Marcal Paper Mills, Inc.*, Case No. 06-21886 (MS); *In re Best Manufacturing Group LLC*, Case No. 06-17415 (DHS).

10.    In sum the Debtors believe that Cole Schotz is both well-qualified and uniquely able to represent them in an efficient and timely manner and that the services of Cole Schotz are necessary and essential to the Debtors' performance of their duties as debtors in possession.

## V.    <u>SERVICES TO BE PROVIDED</u>

11.    The Debtors seek to retain Cole Schotz as their bankruptcy co-counsel to advise and represent the Debtors in certain aspects of their Chapter 11 Cases and to advise the Debtors

66701/0001-46553987v2

with respect to local rules, procedures, and customs in connection with the performance of the

following legal services:

> (a)    providing the Debtors with advice, based on their extensive experience practicing in the District of New Jersey, regarding the Debtors' rights, powers, and duties as debtors in possession in continuing to operate and manage their assets and business;
>
> (b)    providing legal advice and services regarding local rules, practices and procedures including Third Circuit law;
>
> (c)    providing certain services in connection with the administration of the Chapter 11 Cases including, without limitation, preparing agendas, hearing notices, and hearing binders of documents and pleadings;
>
> (d)    reviewing and commenting on proposed drafts of pleadings to be filed with the Court;
>
> (e)    appearing in Court and at any meeting with the United States Trustee and any meeting of creditors;
>
> (f)    providing legal advice and services on any matter on which K&E may have a conflict or as needed based on specialization;
>
> (g)    performing all other legal services for and on behalf of the Debtors which may be necessary or appropriate in the administration of their Chapter 11 Cases and fulfillment of their duties as debtors in possession; and
>
> (h)    responding to creditor and party-in-interest inquiries directed to Cole Schotz.

12.    By separate application, the Debtors have also asked the Court to approve the

retention of K&E as bankruptcy co-counsel to the Debtors.  In order to avoid any duplication of

effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole

Schotz will continue to coordinate with K&E and any other firms the Debtors retain regarding

their respective responsibilities in these Chapter 11 Cases.

13.    K&E is primarily responsible for the following:

> (a)    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses

and properties, and coordinating with Cole Schotz with respect to local nuances regarding same;

(b)     advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

(c)     attending meetings and negotiating with representatives of creditors and other parties in interest;

(d)     taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

(e)     preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

(f)     representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

(g)     advising the Debtors in connection with any potential sale of assets;

(h)     appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

(i)     advising the Debtors regarding tax matters;

(j)     taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto;

(k)     performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters; and

(l)     responding to creditor and party-in-interest inquiries directed to K&E.

## VI.    PROFESSIONAL COMPENSATION

14.     The Debtors understand that Cole Schotz intends to apply to the Court for allowance of compensation and reimbursement of out-of-pocket expenses incurred in connection with the preparation of the Debtors' chapter 11 petitions and after the Petition Date in connection with the

Chapter 11 Cases on an hourly basis, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,* effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

15.    The Debtors understand that, subject to the Court's approval, Cole Schotz will be compensated at its standard hourly rates, which are based on the professionals' level of experience. The attorneys and paralegals primarily responsible for representing the Debtors and their current standard hourly rates are:

| Name | Title | Hourly Rate |
|---|---|---|
| Michael D. Sirota | Member | $1,475.00 |
| Warren A. Usatine | Member | $1,150.00 |
| Felice R. Yudkin | Member | $850.00 |
| Seth Van Aalten | Member | $1,050.00 |
| Matteo Percontino | Associate | $645.00 |
| Andreas Milliaressis | Associate | $575.00 |
| Danielle Delehanty | Paralegal | $365.00 |
| Frances Pisano | Paralegal | $380.00 |

16.    Other attorneys, paralegals, and case management clerks will be involved in representing the Debtors.  The current range of hourly rates for such professionals are:

| Position | Rates |
|---|---|
| Members | $585 to $1,475 per hour |
| Special Counsel | $620 to $750 per hour |
| Associates | $375 to $570 per hour |
| Paralegals | $365 to $380 per hour |

8

17.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  There are no alternative fee arrangements from customary billing. Further, no professional has varied his or her rate based on geographic location.

18.     The Debtors understand and agree that Cole Schotz will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered and for out-of-pocket expenses, all as set forth in the Sirota Declaration.

19.     Prior to applying any increases in its hourly rates beyond the rates set forth in this Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in these Chapter 11 Cases.

20.     The Debtors understand and agree that Cole Schotz will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above and that they will be charged for all disbursements and expenses incurred in the rendition of services.  These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings (including transcripts).

21.     It is the Debtors' understanding that Cole Schotz will submit detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses (including, when appropriate, authority to apply the Retainer (defined below)).

### VII.    COMPENSATION RECEIVED FROM THE DEBTORS

22.     As set forth in the Sirota Declaration, during the ninety days prior to the Petition Date, the Debtors paid Cole Schotz $411,945.84 representing Cole Schotz's fees for services rendered and expenses incurred including the filing fees for the Chapter 11 petitions.  As of the

9

Petition Date, Cole Schotz was holding, on behalf of the Debtors, a retainer in the amount of $783,054.16 (the "Retainer") in connection with these Chapter 11 Cases.

## VIII.   DISINTERESTEDNESS OF PROFESSIONALS

23.    The Sirota Declaration describes the relationships, if any, that Cole Schotz has with creditors of the Debtors and other interested parties.  As set forth in the Sirota Declaration, Cole Schotz does not believe that any of those relationships would foreclose the Debtors' retention of Cole Schotz under section 327(a) of the Bankruptcy Code in that Cole Schotz: (i) does not represent any other entity having an adverse interest to the Debtors, their estates, or any other party-in-interest in connection with these Chapter 11 Cases; (ii) is a disinterested person under section 101(14) of the Bankruptcy Code; and (iii) has no connection with the U.S. Trustee or any other person employed therein.  The Debtors have been informed that Cole Schotz will continue conducting a review of its files to ensure that no disqualifying circumstances arise.  If any new relevant facts or relationships are discovered, Cole Schotz will supplement its disclosure to the Court.

## IX.   STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

24.    Cole Schotz recognizes that the U.S. Trustee is charged with reviewing applications for retention and compensation and that the U.S. Trustee will utilize the U.S. Trustee Guidelines to evaluate any such applications.

25.    Cole Schotz intends to comply with the U.S. Trustee's requests for additional information and disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final fee applications to be filed by Cole Schotz in these Chapter 11 Cases.

66701/0001-46553987v2

26.     Moreover, as described in the Sirota Declaration, and consistent with the U.S. Trustee Guidelines, the Debtors have undertaken certain steps to ensure that the rate structure provided by Cole Schotz is not significantly different from the rates that (a) Cole Schotz charges for other non-bankruptcy engagements or (b) other comparable counsel would charge to do work substantially similar to the work Cole Schotz will perform in these Chapter 11 Cases.

## X.     BASIS FOR RELIEF REQUESTED

27.     Section 327(a) of the Bankruptcy Code authorizes a debtor in possession, with the court's approval, to "employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor in possession] in carrying out the [debtor in possession's] duties under this title."  11 U.S.C. § 327(a).  Moreover, section 1107(b) provides that "a person is not disqualified for employment under section 327 of this title by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case."  *Id.* § 1107(b).

28.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> Specific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014(a).

29.     The Debtors request approval of the employment of Cole Schotz *nunc pro tunc* to the Petition Date.  Such relief is warranted by the circumstances presented by these Chapter 11 Cases.  The Third Circuit has identified "time pressure to begin service" and absence of prejudice

11

as factors favoring *nunc pro tunc* retention.  *See, e.g., Matter of Arkansas Co., Inc.*, 798 F.2d 645, 650 (3d Cir. 1986); *Indian River Homes, Inc. v. Sussex Trust Co.*, 108 B.R. 46, 52 (D. Del. 1989), *app. dismissed,* 909 F.2d 1476 (3d Cir. 1990).  The Debtors' selection of Cole Schotz as their bankruptcy co-counsel necessitated that Cole Schotz immediately commence work on time-sensitive matters and promptly devote resources to the Debtors' cases pending submission and approval of this Application.  Cole Schotz's services on the Debtors' behalf have not prejudiced any creditor or party-in-interest in these cases, but rather, have served their best interests.

30.    The Debtors submit that, for the reasons stated above and in the Sirota and Stein Declarations, the retention of Cole Schotz as their bankruptcy co-counsel, as described herein, is warranted.  Accordingly, the retention of Cole Schotz as bankruptcy co-counsel to the Debtors should be approved.

## XI.    NO PRIOR REQUEST

31.    No prior request for the relief sought in this Application has been made to this Court or any other court.

## XII.    NOTICE

32.    The Debtors will provide notice of this Application to the following parties and/or their respective counsel, as applicable: (a) the office of the United States Trustee for the District of New Jersey; (b) counsel for the Committees; (c) the agents under the Prepetition Credit Facilities and counsel thereto; (d) the DIP Agent counsel thereto; (e) Paul, Weiss, Rifkind, Wharton & Garrison LLP and Fox Rothschild LLP, as counsel to the Ad Hoc Secured Noteholder Group; (f) the indenture trustee to the  Senior Secured Notes; (g) the indenture trustee for the Senior Unsecured Notes; (h) Akin Gump Strauss Hauer & Feld LLP as counsel to the Tort Claimants' Committee; (i) Kramer Levin Naftalis & Frankel LLP as counsel to the Unsecured Creditors'

12

Committee; (j) the United States Attorney's Office for the District of New Jersey; (k) the Internal

Revenue Service; (l) the U.S. Securities and Exchange Commission; (m) the attorneys general in

the states where the Debtors conduct their business operations; and (n) any party that has requested

notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the

relief requested, no other or further notice need be given.

<u>**CONCLUSION**</u>

WHEREFORE, the Debtors respectfully request entry of the proposed order submitted

herewith granting the relief requested herein and such other and further relief as this Court may

deem just and proper.

Dated: November 22, 2023                    Respectfully submitted,

**RITE AID CORPORATION**

By: <u>*/s/ Jeffrey S. Stein*</u>
        Jeffrey S. Stein
        Chief Executive Officer
        Chief Restructuring Officer
        Rite Aid Corporation

66701/0001-46553987v2

**<u>EXHIBIT A</u>**

**Sirota Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

RITE AID CORPORATION, *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-18993 (MBK)

(Jointly Administered)

**DECLARATION OF MICHAEL D. SIROTA, ESQ. IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY
CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, MICHAEL D. SIROTA, ESQ. pursuant to 28 U.S.C. § 1746, to the best of my knowledge

and belief, and after reasonable inquiry, declare:

1.        I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("Cole

Schotz").  Cole Schotz is a law firm of over 170 attorneys, having its principal offices at Court

---

[1]        The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, and Florida.  This Declaration (the "Declaration") is submitted pursuant to sections 327, 329, and 504 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules").

2.      This Declaration is made in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application"),[2] filed concurrently herewith.  This Declaration also is submitted as the statement required pursuant to Section D.1 of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), promulgated by the Office of the United States Trustee (the "U.S. Trustee").

3.      I am familiar with the matters set forth herein and make this Declaration in support of the Application.

## I.      COLE SCHOTZ'S QUALIFICATIONS

4.      Cole Schotz was retained in October of 2023 to work with the Debtors, Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("K&E"), and the Debtors' other advisors to explore the Debtors' strategic alternatives.  Since being engaged, Cole Schotz has worked closely with the Debtors, K&E and the Debtors' other advisors in connection with the Debtors' restructuring initiatives.  As a result of this work, Cole Schotz has acquired significant knowledge about the Debtors, their businesses, and many of the potential legal issues that may arise in the

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

66701/0001-46553987v2

context of these Chapter 11 Cases that makes it uniquely suited to serve as Debtors' bankruptcy co-counsel.

5.        The Debtors have selected Cole Schotz because the members and associates of Cole Schotz possess extensive knowledge and considerable expertise in the fields of bankruptcy, insolvency, reorganizations, debtors' and creditors' rights, debt restructuring, and corporate reorganizations, among others.  In addition, the attorneys at Cole Schotz also have substantial experience appearing before the courts in this district and are familiar with local practice and procedure.   The Debtors believe Cole Schotz has assembled a team of highly-qualified professionals and paraprofessionals to provide services to them in these Chapter 11 Cases, have determined that the retention of bankruptcy co-counsel is necessary to the successful administration of these cases, and submit that Cole Schotz's employment would be in the best interests of their estates.  Cole Schotz's complex chapter 11 experience, as well as its extensive practice before this Court and knowledge of the local rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Debtors.  Cole Schotz regularly represents Chapter 11 debtors, including retailers, throughout New Jersey and nationally and, thus, is well qualified to serve as bankruptcy co-counsel to the Debtors in these Chapter 11 proceedings.

6.        Cole Schotz has been actively involved in many major Chapter 11 cases in this District.  *See, e.g.*, *In re Cyxtera Technologies, Inc.*, Case No. 23-14853 (JKS); *In re Whittaker, Clark, & Daniels, Inc.*, Case No. 23-13575 (MBK); *In re David's Bridal, LLC*, Case No. 13-13131 (CMG); *In re Bed Bath & Beyond Inc.*, Case No. 23-13359 (VFP); *In re BlockFi Inc.,* Case No. 22-19361 (MBK); *In re Nat'l Realty Investment Advisors, LLC*, Case No. 22-14539 (JKS); *In re Christopher & Banks Corp.*, Case No. 21-10269 (ABA); *In re RTW Retailwinds, Inc.*, Case No. 20-18445 (JKS); *In re Congoleum Corporation*, Case No. 20-18488 (MBK); *In re SLT Holdco,*

*Inc.*, Case No. 20-18368 (MBK); *In re Modell's Sporting Goods, Inc.*, Case No. 20-14179 (VFP);

*In re Cinram Group, Inc.*, Case No. 17-15258 (VFP); *In re Saint Michael's Medical Center, Inc.*,

Case No. 15-24999 (VFP); *In re Crumbs Bake Shop, Inc.*, Case No. 14-24287 (MBK); *In re Revel*

*AC, Inc.,* Case No. 14-22654 (GMB); *In re MEE Apparel LLC*, Case No. 14-16484 (CMG); *In re*

*Dots, LLC*, Case No. 14-11016 (MBK); *710 Long Ridge Road Operating Company II, LLC*, Case

No. 13-13653 (DHS); *In re Big M, Inc.*, Case No. 13-10233 (MBK); *In re Tarragon Corporation*,

Case No. 09-10555 (DHS); *In re Marcal Paper Mills, Inc.*, Case No. 06-21886 (MS); *In re Best*

*Manufacturing Group LLC*, Case No. 06-17415 (DHS).

7.      In sum, the Debtors believe that Cole Schotz is both well-qualified and uniquely

able to represent them in an efficient and timely manner and that the services of Cole Schotz are

necessary and essential to the Debtors' performance of their duties as debtors in possession.

## II.      SERVICES TO BE PROVIDED

8.      The Debtors seek to retain Cole Schotz as their bankruptcy co-counsel to advise

and represent the Debtors in certain aspects of their Chapter 11 Cases and to advise the Debtors

with respect to local rules, procedures, and customs in connection with the performance of the

following legal services:

(a)      providing the Debtors with advice, based on their extensive experience practicing in the District of New Jersey, regarding the Debtors' rights, powers, and duties as debtors in possession in continuing to operate and manage their assets and business;

(b)      providing legal advice and services regarding local rules, practices and procedures including Third Circuit law;

(c)      providing certain services in connection with the administration of the Chapter 11 Cases including, without limitation, preparing agendas, hearing notices, and hearing binders of documents and pleadings;

(d)      reviewing and commenting on proposed drafts of pleadings to be filed with the Court;

(e)    appearing in Court and at any meeting with the United States Trustee and any meeting of creditors;

(f)    providing legal advice and services on any matter on which K&E may have a conflict or as needed based on specialization;

(g)    performing all other legal services for and on behalf of the Debtors which may be necessary or appropriate in the administration of their Chapter 11 Cases and fulfillment of their duties as debtors in possession; and

(h)    responding to creditor and party-in-interest inquiries directed to Cole Schotz.

9.    By separate application, the Debtors have also asked the Court to approve the retention of K&E as bankruptcy co-counsel to the Debtors.  In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz will continue to coordinate with K&E and any other firms the Debtors retain regarding their respective responsibilities in these Chapter 11 Cases.

10.    K&E is primarily responsible for the following:

(a)    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties, and coordinating with Cole Schotz with respect to local nuances regarding same;

(b)    advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

(c)    attending meetings and negotiating with representatives of creditors and other parties in interest;

(d)    taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

(e)    preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

(f)    representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

(g)    advising the Debtors in connection with any potential sale of assets;

(h)    appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

(i)    advising the Debtors regarding tax matters;

(j)    taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto;

(k)    performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters; and

(l)    responding to creditor and party-in-interest inquiries directed to K&E.

## III.    PROFESSIONAL COMPENSATION

11.    Cole Schotz intends to apply to the Court for allowance of compensation and reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with the Chapter 11 Cases on an hourly basis, subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

12.    The attorneys and paralegals primarily responsible for representing the Debtors and their current standard hourly rates are:

| Name | Title | Hourly Rate |
|---|---|---|
| Michael D. Sirota | Member | $1,475.00 |
| Warren A. Usatine | Member | $1,150.00 |
| Felice R. Yudkin | Member | $850.00 |
| Seth Van Aalten | Member | $1,050.00 |
| Matteo Percontino | Associate | $645.00 |
| Andreas Milliaressis | Associate | $575.00 |

66701/0001-46553987v2

| | | |
|---|---|---|
| Danielle Delehanty | Paralegal | $365.00 |
| Frances Pisano | Paralegal | $380.00 |

13.     Other attorneys, paralegals, and case management clerks will be involved in
representing the Debtors.  The range of hourly rates for such professionals are:

| Position | Rates |
|---|---|
| Members | $585 to $1,475 per hour |
| Special Counsel | $620 to $750 per hour |
| Associates | $375 to $570 per hour |
| Paralegals | $365 to $380 per hour |

14.     The hourly rates set forth above are subject to periodic adjustments to reflect
economic and other conditions.  There are no alternative fee arrangements from customary billing.
Further, no professional has varied his or her rate based on geographic location.

15.     Cole Schotz will charge for its legal services on an hourly basis in accordance with
its ordinary and customary hourly rates in effect on the date such services are rendered.

16.     Prior to applying any increases in its hourly rates beyond the rates set forth in the
Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the
Debtors, the United States Trustee, and any official committee appointed in these Chapter 11 Cases.

17.     It is Cole Schotz's policy to charge its clients in all areas of practice for out-of-
pocket expenses incurred in connection with the client's case.  The expenses charged to clients
include, among other things, telephone calls, mail and express mail, special or hand delivery,
outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which
shall not be more than the actual cost incurred by Cole Schotz in performing such research), travel,
"working meals," transcription, as well as non-ordinary overhead expenses such as secretarial and

66701/0001-46553987v2

other overtime.  Cole Schotz will charge for these expenses in a manner and at rates consistent with

charges made generally to its other clients, subject to Local Rule 2016-1.

18.      Cole Schotz will submit detailed statements to the Court setting forth the services

rendered and seeking compensation and reimbursement of expenses (including, when appropriate,

authority to apply the Retainer (defined below)).

## IV.      COMPENSATION RECEIVED FROM THE DEBTORS

19.      As set forth in the Sirota Declaration, during the ninety days prior to the Petition

Date, the Debtors paid Cole Schotz $411,945.84 representing Cole Schotz's fees for services

rendered and expenses incurred including the filing fees for the Chapter 11 petitions.  As of the

Petition Date, Cole Schotz was holding, on behalf of the Debtors, a retainer in the amount of

$783,054.16 (the "Retainer") in connection with these Chapter 11 Cases.

## V.      DISINTERESTEDNESS OF PROFESSIONALS

20.      Insofar as I have been able to ascertain through diligent inquiry, except as set forth

in this Declaration, neither I, Cole Schotz, nor any professional employee of Cole Schotz have any

connection with the Debtors, their creditors, any other party-in-interest, their current respective

attorneys or professionals, the U.S. Trustee or any person employed in the Office of the U.S.

Trustee, nor do we hold or represent any entity having an adverse interest in the Debtors' Chapter

11 Cases.  Neither I, Cole Schotz, nor any professional employee of Cole Schotz is related

professionally to the Debtors, their creditors, or any other party-in-interest herein or their

respective attorneys or professionals.  Notwithstanding the foregoing, Cole Schotz currently

represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated

with various professionals that the Debtors seek to retain in connection with these Chapter 11

Cases.  Cole Schotz's current and prior representations of these professionals has been in matters

8

unrelated to the Debtors or these Chapter 11 Cases.  Cole Schotz has not represented, and will not

represent, any such professionals in connection with any matter in these Chapter 11 Cases during

the pendency of these Chapter 11 Cases.  I do not believe that Cole Schotz's current or prior

representation of these professionals precludes Cole Schotz from meeting the disinterestedness

standard under the Bankruptcy Code

21.      In preparing this Declaration, I used a set of procedures developed by Cole Schotz

to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules,

and the Local Rules regarding the retention of professionals by a debtor in possession (the

"Retention Procedures").  Pursuant to the Retention Procedures, and under my direction and

supervision, Cole Schotz performed a conflict of interest search to identify any actual or potential

conflicts of interest.  The Retention Procedures included:

(a)      Through conversations with K&E and the Debtors' advisors, Cole Schotz
attorneys, and other resources available to Cole Schotz, a list of the
following entities was developed: (i) Debtors; (ii) Known Affiliates; (iii)
Directors & Officers; (iv) Bankruptcy Judges and Staff; (v) Banks; (vi)
Lenders & UCC Lien Parties; (vii) Administrative Agents; (viii) Surety &
Letters of Credit Parties; (ix) Customers; (x) Insurance Providers; (xi)
Landlords; (xii) Litigation Counterparties; (xiii) Unions; (xiv) Utility
Providers; (xv) Vendors; (xvi) Debtors' Top 50 Creditor; (xvii) Notice of
Appearance Parties; (xviii) Official Committee of Tort Claimants Members;
(xix) Official Committee of Unsecured Creditors Members; (xx) Ordinary
Course Professionals; (xxi) Bankruptcy Professionals; (xxii) Potential
Participants in Sales Process; (xxiii) Significant Competitors; (xxiv) Taxing
Authorities; (xxv) Governmental & Regulatory Agencies; (xxvi) the Office
of the U.S. Trustee, and (xxvi) all other parties listed on the attached
**Schedule 1** (collectively, the "Entity List").

(b)      Cole Schotz maintains a database of current and former clients and related
information (the "Database").  Cole Schotz (i) searched the Database and
compiled a list of those entities for which Cole Schotz attorney fees were
billed during the past three years (the "Client List"); and (ii) circulated the
Entity List, via e-mail, to all of its employees in order to solicit potential
conflicts or connections that might not be uncovered through the Database.

(c)      Cole Schotz compared the names on the Entity List with the names on the
Client List and the responses from the employee e-mail solicitation to

9

identify potential matches, to determine whether these matches are with current clients, and, if so, to identify the Cole Schotz personnel responsible for such matters.

(d)     Based on the results of that search and by making general and, when applicable, specific inquiries of Cole Schotz personnel, insofar as I have been able to ascertain after diligent inquiry, neither I, nor Cole Schotz, nor any member, counsel or associate thereof have any connection with, or have an adverse interest to, the parties on the Entity List except as set forth on **Schedule 2** hereto (the "Disclosure List") or disclosed in this Declaration.

22.     Cole Schotz has represented, currently represents, and may in the future represent entities on the Disclosure List (or their affiliates) in matters unrelated to the Debtors' Chapter 11 Cases. The Disclosure List reflects that an entity is a "Current Client" if Cole Schotz has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past three years. The Disclosure List reflects that an entity is a "Former Client" if Cole Schotz represented such entity or a known affiliate of such entity within the past three years based on recorded attorney time charges on a matter and such matter has been formally closed.

23.     Except as set forth on the Disclosure List, Cole Schotz has not represented, does not represent, and will not represent any entities on the Disclosure List in matters directly related to the Debtors or these Chapter 11 Cases. Moreover, Cole Schotz will not commence a cause of action in these Chapter 11 Cases against a "Current Client" unless it has an applicable waiver on file or first receives a waiver from such entity allowing it to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by K&E or other counsel that may be retained. To the best of my knowledge, none of the entities on the Disclosure List represented more than 1% of Cole Schotz's revenue for the 2022 calendar year.

10

24.     As a part of Cole Schotz's bankruptcy and corporate restructuring practice, Cole Schotz's clientele includes debtors, creditors' and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors and contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers.  The Debtors have numerous creditors and other parties-in-interest.  Cole Schotz may have in the past represented, and may presently or in the future represent, creditors or parties-in-interest in addition to those specifically disclosed herein in matters unrelated to these Chapter 11 Cases.  Cole Schotz believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Debtors in these proceedings.

25.     In addition to its bankruptcy and corporate restructuring practice, Cole Schotz is a full-service law firm with active real estate, corporate, finance, construction, litigation, environmental, employment, tax, trust and estates, and white-collar defense practices.  Cole Schotz appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now or may in the future represent or be deemed adverse to claimants or parties-in-interest in these cases.

26.     In addition to the matters on the Disclosure List, McManimon, Scotland & Bauman, LLC ("MSB") has been engaged in this case as local counsel for McKesson Corporation ("McKesson"), a creditor and contract counterparty of the Debtors.  McKesson's lead counsel are Buchalter and Sidley Austin LLP.  Shoshana Schiff, a partner, at MSB, is the wife of Warren Usatine, a partner at Cole Schotz.  I have been advised that Ms. Schiff is not working on this matter and that an ethical wall has been implemented between Ms. Schiff and the team representing McKesson in these cases.

11

27.     Additionally, on September 26, 2019, the U.S. Trustee for Region 2 appointed an Official Committee of Unsecured Creditors (the "Purdue UCC") in the chapter 11 cases of Purdue Pharma L.P. and its affiliated debtors (the "Purdue Debtors"), which cases are pending before the United States Bankruptcy Court for the Southern District of New York. *See Notice of Appointment of Official Committee of Unsecured Creditors, In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y. Sep. 27, 2019) [ECF No. 131].  The Purdue UCC retained Cole Schotz as its efficiency counsel and Cole Schotz continues to serve in that role.  The Purdue Debtors include multiple entities that were named as co-defendants with the Debtors in various prepetition lawsuits arising from the opioid crisis, and such entities may hold contingent common law contribution claims against the Debtors.  In additional, the Debtors may hold contingent common law contribution claims against the Purdue Debtors.  As such, Cole Schotz will abstain from being involved in any matters related to the Purdue Debtors' claims (if any) against any of the Debtors.  Similarly, in the Purdue cases, Cole Schotz will abstain from being involved in any matters related to any of the Debtors' claims (if any) against Purdue.  In order to avoid the appearance of impropriety and to avoid any improper disclosure of confidences of the Debtors, Cole Schotz has established an ethical wall between the attorneys and staff who represented the Purdue UCC within the past year and the attorneys and staff representing the Debtors.

28.     On October 27,2020, the U.S. Trustee for Region 3 appointed the Official Committee of Opioid Related Claimants (the "Mallinckrodt OCC") in the first chapter 11 cases of Mallinckrodt PLC and its affiliated debtors (the "Mallinckrodt Debtors"), which cases were pending before the United States Bankruptcy Court for the District of Delaware. *See Notice of Appointment of Opioid Related Claimants Committee, In re Mallinckrodt PLC*, Case No. 20-12522 (JTD) (Bankr. D. Del. Oct. 27, 2020) [ECF No. 308].  The Mallinckrodt OCC retained Cole Schotz

as its Delaware and efficiency co-counsel.  That retention has since concluded.  Additionally, pursuant to the Fourth Amended Plan of Reorganization of the Mallinckrodt Debtors, the Opioid Master Disbursement Trust II was created on June 16, 2022.  The Opioid Master Disbursement Trust II retained Cole Schotz.  In connection with that matter, the Debtors filed nine (9) opioid related claims, the reconciliation of which is within the purview of the Opioid Maser Disbursement Trust II.  The Debtors may hold other claims against the Mallinckrodt Debtors.  As such, Cole Schotz will abstain from being involved in any matters related to the Mallinckrodt Debtors' claims (if any) against any of the Debtors.  Similarly, in the Mallinckrodt cases, Cole Schotz will abstain from being involved in any matters related to any of the Debtors' claims against Mallinckrodt.  In order to avoid the appearance of impropriety and to avoid any improper disclosure of confidences of the Debtors, Cole Schotz has established an ethical wall between the attorneys and staff who represented the Mallinckrodt OCC and Opioid Master Disbursement Trust II within the past year and the attorneys and staff representing the Debtors.

29.     Despite the efforts described above to identify and disclose Cole Schotz's connections with the Entity List, because the Debtors have numerous creditors and other relationships, Cole Schotz is unable to state with certainty that every client representation or other connection has been disclosed.  If Cole Schotz discovers additional information that requires disclosure, Cole Schotz will file supplemental disclosure(s) with the Court as promptly as possible.

30.     To the best of my knowledge, Cole Schotz has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these cases.  If this Court approves the proposed employment of Cole Schotz as co-counsel to the Debtors, Cole Schotz will not accept any engagement or perform any services in these cases for any entity or

person other than the Debtors.  Cole Schotz may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these cases; *provided*, *however*, that such services do not and will not relate to, or have any direct connection with, these cases.

31.    Thus, pursuant to section 327(a) of the Bankruptcy Code, Cole Schotz does not hold or represent any interests adverse to the Debtors, their creditors, or their estates.

32.    Cole Schotz also is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code in that Cole Schotz, its members, counsel, and associates:

   (a)    are not creditors, equity security holders, or insiders of the Debtors;

   (b)    are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

   (c)    do not hold an interest materially adverse to the interest of the estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

33.    Accordingly, based upon information available to me, I submit that Cole Schotz is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the requirements of section 327(a) of the Bankruptcy Code are satisfied in respect of the matters upon which Cole Schotz is to be engaged in these Chapter 11 Cases.

## VI.    STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

34.    Cole Schotz also will make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Cole Schotz.

35.    In that regard, the following is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

14

**Question:**   Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:    No.

**Question:**   Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:    No.

**Question:**   If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response:    Cole Schotz has never represented the client before.

**Question:**    Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response:    Cole Schotz is currently formulating a budget and staffing plan, which it will review with the Debtors.  Cole Schotz will file its budgets and staffing plans in connection with any and all applications for interim and final compensation they file these Chapter 11 Cases

36.    No promises have been received by Cole Schotz nor any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

37.    Pursuant to section 504 of the Bankruptcy Code, no agreement or understanding exists between Cole Schotz and any other person to share any compensation or reimbursement of expenses to be paid to Cole Schotz in these proceedings.

38.    The proposed engagement of Cole Schotz is not prohibited by Bankruptcy Rule 5002.

39.     Cole Schotz will abide by the terms of any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

40.     By reason of the foregoing, I believe Cole Schotz is eligible for employment and retention by the Debtors pursuant to section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2023

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA

16

## SCHEDULE 1

### Entity List

#### BANKRUPTCY JUDGES AND STAFF

ALEX BISOGNO
ANDREW B. ALTENBURG, JR.
ANTHONY SODONO
ARON KAPLAN
BENJAMIN FISCHER
BRETT CROW
CAROLYN GAUVIN
CHARLENE RICHARDSON
CHRISTINE M. GRAVELLE
CHRISTY MCDONALD
DANA MUCCIE
GINA PRICE
GRAHAM STREICH
HEATHER RENYE
JERROLD N. POSLUSNY, JR.
JOAN LIEZE
JOHN K. SHERWOOD
JUAN FILGUEIRAS
KATHLEEN RYAN
KEVIN HOLDEN
MARIA FIGUERIA
MARIELA PRIMO
MICHAEL B. KAPLAN
MICHAEL BROWN
MICHAEL TEDESCO
NICHOLAS EBEL
NOREEN WALSH
NTORIAN PAPPAS
RACHEL STILLWELL
REBECCA A. EARL
ROSEMARY GAMBARDELLA
SHARON MOORE
SHARON PURCE
STACEY L. MEISEL
SUSAN GRECO-ERICKSEN
SUZANNE SWEENEY
VINCENT F. PAPALIA
WENDY QUILES
ZELDA HAYWOOD

#### BANKRUPTCY PROFESSIONALS – OTHER

A&G REALTY PARTNERS

BERKELEY RESEARCH GROUP
BROWN RUDNICK LLP
CHOATE HALL & STEWART LLP
CONVERSUS GROUP LLC
EVERCORE INC.
FREJKA PPLC
FTI CONSULTING
HOULIHAN LOKEY, INC.
JOELE FRANK
KATTEN MUCHIN ROSENMAN LLP
KOBRE & KIM
KRAMER LEVIN NAFTALIS & FRANKEL LLP
MILBANK LLP
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
STEVEN G. PANAGOS
WILSON SONSINI GOODRICH & ROSATI

#### BANKRUPTCY PROFESSIONALS – RETAINED

ALVAREZ AND MARSAL
COLE SCHOTZ, P.C.
GUGGENHEIM SECURITIES, LLC
KIRKLAND & ELLIS LLP
KROLL RESTRUCTURING

#### BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS

AEGON USA INVESTMENT MANAGEMENT, LLC
ALLIANCEBERNSTEIN, L.P. (U.S.)
AMUNDI ASSET MANAGEMENT S.A.S.
APERTURE INVESTORS, LLC
APPLE BANK FOR SAVINGS
ATLANTIC UNION BANK
AVIVA INVESTORS GLOBAL SERVICES, LTD (U.K.)
AXA INVESTMENT MANAGERS (U.S.), INC.
BANCO DE SABADELL S.A.
BANCO GENERAL S.A.
BANK OF AMERICA

BANK OF AMERICA MERRILL LYNCH
    PROPRIETARY TRADING
BANK OF AMERICA, N.A.
BARCLAYS CAPITAL, INC.
BLACKROCK ADVISORS, LLC
BMO ASSET MANAGEMENT, INC.
BMO BANK N.A.
BMO HARRIS BANK
BNP PARIBAS ASSET MANAGEMENT UK,
    LTD
BONDBLOXX INVESTMENT
    MANAGEMENT CORPORATION
BOUSSARD & GAVAUDAN INVESTMENT
    MANAGEMENT, LLP
BRACEBRIDGE CAPITAL, LLC
BRIGADE CAPITAL MANAGEMENT, L.P.
CALAMOS ADVISORS, LLC
CALIFORNIA PUBLIC EMPLOYEES
    RETIREMENT SYSTEM
CAPITAL ONE
CAPITAL ONE, NATIONAL ASSOCIATION
CASTLEKNIGHT MANAGEMENT, L.P.
CATHAY BANK
CELF ADVISORS, LLP
CHARLES SCHWAB INVESTMENT
    MANAGEMENT, INC.
CHOATE, HALL & STEWART LLP
CI INVESTMENTS, INC.
CIBC ASSET MANAGEMENT, INC.
CITIGROUP GLOBAL MARKETS, INC.
CITIZENS BANK
CITIZENS BANK, N.A.
CLEARSTREAM BANK
DBX ADVISORS, LLC
ERSTE ASSET MANAGEMENT GMBH
EUROCLEAR BANK
FIDELITY NATIONAL FINANCIAL, INC.
    (ASSET MANAGEMENT)
FIERA CAPITAL CORPORATION (ASSET
    MANAGEMENT)
FIFTH THIRD BANK
FIFTH THIRD BANK, NATIONAL
    ASSOCIATION
FINECO ASSET MANAGEMENT DAC
FIRST-CITIZENS BANK & TRUST
    COMPANY
FLOW TRADERS U.S., LLC
FOURTEEN CAPITAL, L.P.
FULCRA ASSET MANAGEMENT, INC.
GOLDENTREE ASSET MANAGEMENT, L.P.

GOLDMAN SACHS ASSET MANAGEMENT
    INTERNATIONAL
HARRIS TRUST AND SAVINGS BANK
HG VORA CAPITAL MANAGEMENT, LLC
HORIZON HEALTHCARE SERVICES, INC.
HUDSON BAY CAPITAL MANAGEMENT,
    L.P.
IA CLARINGTON INVESTMENTS, INC.
ING CAPITAL LLC
INVESCO CAPITAL MANAGEMENT, LLC
IPG INVESTMENT ADVISORS, LLC
J.P. MORGAN INVESTMENT
    MANAGEMENT, INC.
J.P. MORGAN SECURITIES, LLC
JANE STREET CAPITAL, LLC
JEFFERIES, LLC
JUPITER ASSET MANAGEMENT, LTD
    (U.K.)
KEYBANK
KEYBANK NATIONAL ASSOCIATION
LOOMIS SAYLES & COMPANY, L.P.
MACKAY SHIELDS, LLC
MACQUARIE ASSET MANAGEMENT (NZ),
    LTD
MAN GLG PARTNERS, L.P.
MANULIFE INVESTMENT MANAGEMENT
    (U.S.), LLC
MARATHON ASSET MANAGEMENT, L.P.
MAREX CAPITAL MARKETS, INC.
MELLON INVESTMENTS CORPORATION
METLIFE INVESTMENT MANAGEMENT,
    LLC
MIDOCEAN CREDIT PARTNERS
MORGAN GUARANTY TRUST COMPANY
    OF NEW YORK
MORGAN STANLEY INVESTMENT
    MANAGEMENT INC.
MUFG BANK, LTD.
NEW JERSEY DIVISION OF INVESTMENT
NOMURA CORPORATE RESEARCH AND
    ASSET MANAGEMENT, INC. (U.S.)
NORTH DAKOTA STATE INVESTMENT
    BOARD
NORTHEAST INVESTORS TRUST
NORTHERN TRUST INVESTMENTS, INC.
NUVEEN ASSET MANAGEMENT, LLC
NYCB SPECIALTY FINANCE COMPANY,
    LLC
NYCB SPECIALTY FINANCE COMPANY,
    LLC, A WHOLLY OWNED

2

SUBSIDIARY OF FLAGSTAR BANK, N.A.
NYKREDIT ASSET MANAGEMENT A/S
OPUS INVESTMENT MANAGEMENT, INC.
OSP, LLC
OWL CREEK ASSET MANAGEMENT, L.P.
PENSION RESERVES INVESTMENT MANAGEMENT BOARD (PRIM)
PENSIONDANMARK
PENSIONSKASSE SBB
PFA ASSET MANAGEMENT A/S
PGIM, INC.
PIMCO - PACIFIC INVESTMENT MANAGEMENT COMPANY
PINNACLE CAPITAL, LTD
PNC BANK
PNC BANK, NATIONAL ASSOCIATION
POLEN CAPITAL CREDIT, LLC
RBC CAPITAL MARKETS, LLC
RBC GLOBAL ASSET MANAGEMENT, INC.
RYAN LABS ASSET MANAGEMENT, INC.
SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA, INC.
SIEMENS FINANCIAL SERVICES, INC.
SILVER POINT CAPITAL, L.P. (U.S.)
SIXTH STREET ADVISERS, LLC (TPG CAPITAL)
SMH CAPITAL ADVISORS, LLC
STATE OF WISCONSIN INVESTMENT BOARD
STATE STREET GLOBAL ADVISORS (SSGA)
T.ROWE PRICE ASSOCIATES, INC.
TD BANK
TD BANK, N.A.
THE BANK OF NEW YORK MELLON CORPORATION (WEALTH MANAGEMENT)
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
THE HUNTINGTON NATIONAL BANK
TPG CAPITAL, L.P.
TRUIST BANK
U.S BANK
U.S BANK NATIONAL ASSOCIATION
U.S. BANK NATIONAL ASSOCIATION
UBS AG, STAMFORD BRANCH
UBS SWITZERLAND AG (BRACEBRIDGE)
UNITED EQUITIES COMMODITIES COMPANY
VIDENT INVESTMENT ADVISORY, LLC

VIRTU AMERICAS, LLC
VIRTUS FIXED INCOME ADVISERS, LLC
VOYA INVESTMENT MANAGEMENT, LLC
WALLEYE CAPITAL, LLC
WEBSTER BUSINESS CREDIT
WEBSTER BUSINESS CREDIT, A DIVISION OF WEBSTER BANK, N.A.
WELLINGTON MANAGEMENT COMPANY, LLP
WELLS FARGO BANK
WELLS FARGO BANK, NATIONAL ASSOCIATION
WELLS FARGO SECURITIES, LLC
WHITEBOX ADVISORS, LLC

## CUSTOMERS

ALTERWOOD ADVANTAGE
AMWINS
ASTIVA HEALTH INC.
CARE N CARE
CITY OF PHOENIX
CITY OF WICHITA
COMMUNICARE ISNP
COX HEALTHPLANS
DEACONESS HEALTH SYSTEM
FRESNO UNIFIED SCHOOL DISTRICT
GOOD RX
IMPERIAL HEALTH PLAN
J.B. POINDEXTER & CO. INC.
JOHNSON COUNTY, KS GOVERNMENT
LEGGETT AND PLATT INC.
MEDICAL CARD SYSTEM
MO-KAN SHEET METAL WORKERS
MY CHOICE WISCONSIN
NEW MEXICO MEDICAL INSURANCE POOL
PROVIDER PARTNERS MISSOURI ADVANTAGE PLAN
PROVIDER PARTNERS TEXAS ADVANTAGE PLAN
PUGET SOUND ELECTRICAL WORKERS
TAKECARE INSURANCE
TEXAS INDEPENDENCE HEALTH PLAN
UFCW & EMPLOYERS BENEFIT TRUST
VALLEY HEALTH SYSTEM
VALLEY MEDICAL CENTER

3

**DEBTORS**

1515 WEST STATE STREET - BOISE,
    IDAHO, LLC
1740 ASSOCIATES, LLC
4042 WARRENSVILLE CENTER ROAD
    WARRENSVILLE OHIO, INC.
5277 ASSOCIATES, INC.
5600 SUPERIOR PROPERTIES, INC.
ADVANCE BENEFITS LLC
APEX DRUG STOES, INC.
ASCEND HEALTH TECHNOLOGY LLC
BROADVIEW AND WALLINGS-
    BROADVIEW HEIGHTS, OHIO, INC.
DESIGN RX HOLDINGS LLC
DESIGN RX, LLC
DESIGN RXCLUSIVES, LLC
DRUG PALACE, INC.
ECKERD CORPORATION
EDC DRUG STORES, INC.
ELIXIR HOLDINGS, LLC
ELIXIR PHARMACY, LLC
ELIXIR PUERTO RICO, INC.
ELIXIR RX OPTIONS, LLC
ELIXIR RX SOLUTIONS OF NEVADA, LLC
ELIXIR RX SOLUTIONS, LLC
ELIXIR SAVINGS, LLC
FIRST FLORIDA INSURERS OF TAMPA,
    LLC
GDF, INC.
GENOVESE DRUG STORES, INC.
GETTYSBURG AND HOOVER - DAYTON,
    OHIO, LLC
GRAND RIVER & FENKELL, LLC
HARCO, INC.
HEALTH DIALOG SERVICES
    CORPORATION
HUNTER LANE, LLC
ILG - 90 B AVENUE LAKE OSWEGO, LLC
JCG (PJC) USA, LLC
JCG HOLDINGS (USA), INC.
JUNIPER RX, LLC
K&B ALABAMA CORPORATION
K&B LOUISIANA CORPORATION
K&B MISSISSIPPI CORPORATION
K&B SERVICES, INC.
K&B TENNESSEE CORPORATION
K&B TEXAS CORPORATION
K&B, INCORPORATED
LAKEHURST AND BROADWAY
    CORPORATION

LAKER SOFTWARE, LLC
LMW - 908 AVENUE LAKE OSWEGO, INC.
MAXI DRUG NORTH, INC.
MAXI DRUG SOUTH L.P.
MAXI DRUG, INC.
MAXI GREEN, INC.
MUNSON & ANDREWS, LLC
NAME RITE, LLC
P.J.C. DISTRIBUTION, INC.
P.J.C. REALTY CO., INC.
PDS-1 MICHIGAN, INC.
PERRY DISTRIBUTORS, INC.
PERRY DRUG STORES, INC.
PJC LEASE HOLDINGS, INC.
PJC MANCHESTER REALTY LLC
PJC OF MASSACHUSETTS, INC.
PJC OF RHODE ISLAND, INC.
PJC OF VERMONT, INC.
PJC PETERBOROUGH REALTY LLC
PJC REALTY MA, INC.
PJC REVERE REALTY LLC
PJC SPECIALTY REALTY HOLDINGS, INC.
RCMH, LLC
RDS DETROIT, INC.
READ'S INC.
REDICLINIC ASSOCIATES, INC.
REDICLINIC OF DALLAS-FORT WORTH,
    LLC
REDICLINIC OF DC, LLC
REDICLINIC OF DE, LLC
REDICLINIC OF MD, LLC
REDICLINIC OF PA, LLC
REDICLINIC OF VA, LLC
REDICLINIC US, LLC
REDICLINIC, LLC
RICHFIELD ROAD - FLINT, MICHIGAN,
    LLC
RITE AID CORPORATION
RITE AID DRUG PALACE, INC.
RITE AID HDQTRS. CORP.
RITE AID HDQTRS. FUNDING, INC.
RITE AID LEASE MANAGEMENT
    COMPANY
RITE AID OF CONNECTICUT, INC.
RITE AID OF DELAWARE, INC.
RITE AID OF GEORGIA, INC.
RITE AID OF INDIANA, INC.
RITE AID OF KENTUCKY, INC.
RITE AID OF MAINE, INC.
RITE AID OF MARYLAND, INC.
RITE AID OF MICHIGAN, INC.

RITE AID OF NEW HAMPSHIRE, INC.
RITE AID OF NEW JERSEY, INC.
RITE AID OF NEW YORK, INC.
RITE AID OF NORTH CAROLINA, INC.
RITE AID OF OHIO, INC.
RITE AID OF PENNSYLVANIA, LLC
RITE AID OF SOUTH CAROLINA, INC.
RITE AID OF TENNESSEE, INC.
RITE AID OF VERMONT, INC.
RITE AID OF VIRGINIA, INC.
RITE AID OF WASHINGTON, D.C., INC.
RITE AID OF WEST VIRGINIA, INC.
RITE AID ONLINE STORE, INC.
RITE AID PAYROLL MANAGEMENT, INC.
RITE AID REALTY CORP.
RITE AID ROME DISTRIBUTION CENTER,
        INC.
RITE AID SPECIALTY PHARMACY, LLC
RITE AID TRANSPORT, INC
RITE INVESTMENTS CORP.
RITE INVESTMENTS CORP., LLC
RX CHOICE, INC.
RX INITIATIVES, LLC
RX USA, INC.
THE BARTELL DRUG COMPANY
THE JEAN COUTU GROUP (PJC) USA, INC.
THE LANE DRUG COMPANY
THRIFT DRUG, INC.
THRIFTY CORPORATION
THRIFTY PAYLESS, INC.
TONIC PROCUREMENT SOLUTIONS, LLC

**DIRECTOR/OFFICER**

ARUN NAYAR
BARI HARLAM
BRUCE G. BODAKEN
CARRIE TEFFNER
CHRIS DUPAUL
ELIZABETH BURR
JEANNIEY WALDEN
JEFFREY S. STEIN
JESSICA KAZMAIER
JUSTIN MENNEN
KAREN STANIFORTH
KATE B. QUINN
LOUIS P. MIRAMONTES
MATT SCHROEDER
PAMELA KOHN
PAUL KEGLEVIC
RAND GREENBLATT

ROBERT E. KNOWLING, JR.
ROGER MELTZER
STEFAN SELIG
STEIN ADVISORS
WILLIAM (BILL) MILLER

**INSURANCE**

AGCS MARINE INSURANCE CO
AIG
AIG AEROSPACE INSURANCE SVCS.
AIU INSURANCE CO.
ALLIANZ
ALLIED WORLD
AMERICAN INTERNATIONAL
        REINSURANCE COMPANY
AMTRUST
ANV
AON PLC
APPLIED UNDERWRITERS (TEXAS)
ARCADIAN
ARCH UK
ARCH US
ARGO
ARK
ARROWHEAD (QBE)
ASCOT BERMUDA
ASCOT REINSURANCE
ASPEN
AWAC
AXA XL
AXA XL BERMUDA
AXIS INSURANCE
BEAZLEY UK
BEAZLEY USA SERVICES, INC.
BERKLEY
BERKSHIRE HATHAWAY
BLENHEIM UNDERWRITING LIMITED
BOWHEAD
BRIT ROUP
CANOPIUS (SYNDICATE 4444)
CGM UK
CHATHAM INS. SVCS. (TRAVELERS)
CHUBB
CNA
CONVEX
CRUM & FORSTER
DUAL
EHD INSURANCE
ENDURANCE INSURANCE
EUCLID INSURANCE

66701/0001-46553987v2

EVANSTON INSURANCE
EVEREST
FIDELIS
GREAT AMERICAN
GREAT MIDWEST INSURANCE COMPANY
HALLMARK SPECIALTY INS. CO.
HAMILTON RE
HARTFORD
HCC INSURANCE
HISCOX
HUDSON
ILLINOIS INSURANCE COMPANY
INIGO INSURANCE
INTACT INSURANCE
IRONSHORE
LIBERTY MUTUAL
LIFE SCIENCE RISK INSURANCE
LLOYDS OF LONDON
MAGNA CARTA INSURANCE
MARKEL INSURANCE
MARSH MCLENNAN
NATIONAL UNION
NATIONWIDE
NORTH ROCK INSURANCE
OBSIDIAN INSURANCE
QBE
RLI
RSUI
SOMPO ENDURANCE US
SOMPO UK
STARR
STARSTONE
SWISS REINSURANCE
TOKIO MARINE HCC
TRAVELERS
VANTAGE
WESCO INSURANCE COMPANY
WESTFIELD SPECIALTY
XL
ZURICH AMERICAN INSURANCE
    COMPANY

**KNOWN AFFILIATES – JV**

ELIXIR INSURANCE COMPANY
HACKENSACK MERIDIAN REDICLINIC,
    LLC
REDICLINIC AUSTIN, LLC
REDICLINIC OF WA, LLC

**LANDLORDS**

1021 FIRST AVENUE CONWAY, LLC
1093 GROUP, LLC
115 MER LLC
122 LIBERTY, LLC
1224 BROWNSVILLE RD., L.L.C.
1258 GROUP, LLC
1300 WEST F STREET OAKDALE, LLC
1472 BOSTIB ROAD, LLC
1472 BOSTON ROAD, LLC
149 SPRING STREET LLC
1560 SYCAMORE LLC
16 VICTORY INVESTMENTS
1600 VENTURE LLC
16200 BEAR VALLEY RD HLDG LLC
1679, LLC
1808 SALEM LLC
1825 BRENTWOOD ROAD ASSOCIATES
    LLC
185 KINGS HIGHWAY REALTY LLC
1856 BROAD STREET ASSOCIATES, L.P.
1912 NORTH PEARL STREET LLC
213 SOUTH STREET PARTNERSHIP
22 VICTORY INVESTMENTS LLC
224 GROUP, LLC
2260 JERUSALEM REALTY CORP.
233 ASSOCIATES, C/O ELITE
    MANAGEMENT
2410 BURTON, LLC
2468 GROUP, INC.
27 ROUND LAKE REALTY LLC
29 ORINDA WAY LLC
290 N. MAPLE, LLC
2910 ASHMAN L.L.C.
302 WEST ROBB, LLC
327-42 FINDLAY LLC
3301 PROPERTIES LLC
336 UNION REALTY LLC
35TH STROUSS ASSOCIATES
3730 BRIGHTON ROAD, LLC
374-384 JOHNSON AVE. CORP.
3-D ASSOCIATES, LLC
4 AMIGOS, LLC
4000 WOODHAVEN HOLDINGS DE LLC
4102 REALTY COMPANY
416 OWNERS ASSOC., L.P.
4628 GROUP, INC.
4H INNS LLC
5015 HOLDINGS, LLC
50-52 ALLEN STREET CORP.

506 WEST MARKET STREET, LLC
510 EAST BALTIMORE PIKE, LLC
5116 2ND LLC
5214 BALTIMORE ASSOCIATES LLC
5215 PROPERTIES, L.L.C.
526 EAST BIDWELL LLC
5601 22ND LLC
569 BROADWAY ASSOCIATES
577 LARKFIELD REALTY, LLC
577 MAST ROAD LLC
57701 TWENTYNINE PALMS LLC
5825 BROADWAY REALTY LLC
6300 YORK ROAD SHOPPING CENTER LLC
6515 ASSOCIATES LP
6822 HAMILTON DEVELOPERS CORP
69TH STREET RETAIL OWNER L.P.
700 E 24TH ST, LLC
701 ASSOCIATES
75 DEXTER ROAD TIC I, LLC
7900 SUNSET LP
8222 PROPERTY LLC
840 S MILITARY VIRGINIA BEACH
847 STATION STREET, LLC
901 MERRICK ROAD LLC
92 VICTORY INVESTMENTS LLC
9274 GROUP, INC.
A 1825 BROADWAY LLC
AAT DEL MONTE LLC
ABNET REALTY COMPANY
ACORN DEVELOPMENT LLC
ACV EMPORIUM LLC
ACV RAD TOLEDO LLC
AEI FUND MANAGEMENT, INC.
AF-SAVANNAH LLC
AG WGI, LLC
AGREE LIMITED PARTNERSHIP
AGS ANSONIA LLC
AHB ATLANTIC REALTY, LLC
AJC PARTNERS, LLC
AJMAL DEVELOPMENT LLC
AKA INVESTMENT GROUP LLC
AKMS LTD
ALDAD & SONS REALTY INC
ALEX ASLAN (35%)
ALLEGRO TOWERS, LP
ALLEN VH ASSOCIATES, LLC
ALMONTE FRANCIS BLVD REALTY LLC
ALPHA BETA COMPANY
ALROSE PATCHOGUE, LLC
ALTA & SAGINAW ASSOCIATES LLC
ALTADENA, LLC

ALTRA REALTY LLC
ANDERSON RETAIL, LLC
ANDRE BYUN
ANDRICH OF TOLEDO LLC
APS REALTY CORP.
ARC DBPPROP001,LLC
ARDMORE PARTNERS, L.P.
ARDSLEY ASSOCIATES, LLC
ARGO YAKIMA, LLC
ARNO & ADELHEID ROSCHER LVG TR
ASH CENTER LLC
ATASCADERO PREC, LLC
ATCO EQUITIES, LLC
ATLANTIC SQUARE LLC
ATLAS YOUNG'S BAY, LLC
ATR ENCINITAS LLC
AVALON 210 WALL, LLC
AVENUE X REALTY LLC
B.A.G. FIGVIEW #199C, LP
B.C.G. REALTY, INC.
B.S. REALTY LLC
BA ARIZONA PARTNERS LLC
BALDRIDGE - ABERDEEN, LLC
BALDRIDGE - MONROE, L.L.C.
BALDRIDGE - PORT ORCHARD, LLC
BALDRIDGE - STANWOOD, LLC
BALDRIDGE-LACEY I, L.L.C.
BALES FARMINGTON, LLC
BALZAC PROPERTIES II
BANDAID NORTH HAMPTON, LLC
BANNING RAD, LLC
BANSI PALMS DOLLAR TREE LLC
BATAVIA FINE, INC
BE FAIR LLC
BECRETT LIMITED LIABILITY COMP
BELLA BOTTEGA PARTNERS
BELLMORE ASSOCIATES, LP
BELMONT SHOPPING CENTER LP
BERGEN STREET LLC
BERNARD W. HUMMELT, M.D. LIMITED
    PARTNERSHIP
BETHPAGE PROPERTIES LLC
BFI-2 LLC
BGN FREMONT SQUARE, LTD.
BLACKTIDE SANTA PAULA, LLC
BLOCK FAMILY LLC
BLP POLK, LP, A CALIFORNIA LIMITED
    PARTNERSHIP
BLS ASSET MANAGEMENT CORP.
BLUE JAY CENTER, L.L.C.
BLUE TREE LUDINGTON OH LLC

7

BLUE WAVE PARTNERS LLC
BLUMEL-211 ASSOCIATES, LLC
B-M PROPERTIES
BMBG INVESTMENTS LLC
BMY, LLC
BNY EAC-I, LLC - C/O BENDERSON
    DEVELOPMENT COMPANY, LLC
BOARDMAN PLAZA ASSOCIATES LLC
BOLO CORPORATION
BONACCORSO LAND COMPANY
BOUYE GRAND BLANC LLC
BOUYE YPSILANTI LLC
BRANCIFORTE APARTMENTS LLC
BREA GATEWAY CENTER, LP
BRENNAN FROST LLC
BRIXMOR MANAGEMENT JV 2 LLC
BRIXMOR PLYMOUTH SQUARE LLC
BT ABINGTON LP
BTP MODESTO LLC
BTS (WYOMISSING), L.P.
BUECHE REALTY, INC.
BUFFALO-AKRON ASSOCIATES, LLC
BUFFALO-BAL BUSINESS TRUST
BURIEN PLAZA LLC
BURLEY WEST INVESTMENTS LLC
C & P ASSOCIATES
C & P PROPERTIES #10, LLC
C & S PROPERTY INVESTMENT CORP.
CAMERON APARTMENTS, GP
CANYON CREST TOWNE CENTRE, L.L.C.
CAPITAL DEVELOPMENT COMPANY
CARDINAL ASSOCIATES III, L.L.C.
CAROLE BOWEN
CAROLINA CHERRY PROPERTIES, LP
CARROLL PLAZA, LLC
CARSON NORMANDIE PLAZA LLC
CASCADE COMMONS LLC
CASCADE SQUARE, LLC
CENTER POINT MAIN STREET, L.L.C.
CHAPEL SQUARE DEVELOPMENT, LLC
CHELTEN PARTNERS LLC
CHENG GONG NJ REALTY LLC
CHEW & WISTER, L.P.
CHINA LAKE & RIDGECREST, LLC
CHIV LAND COMPANY, LLC
CHO & PARK PROPERTY MGMT LLC
CHRISTOS & VASILIKI BAKOLAS
CHURCHILL SECURITY INVESTMENTS,
    LLC
CLAIREMONT VILLAGE QUAD, LLC
CLG PROPERTIES, L.L.C.

CLIFFORD D. STEVES SEPARATE
    PROPERTY TRUST
CLPF HARBOUR POINTE LLC
COASTAL SERHOE
COLE EK PHILADELPHIA PA, LLC
COLLEGE BLOCK
COLONIAL DURHAM ASSOCIATES
COLONY HOLDING COMPANY
COLUMBIA CENTRAL GROUP, L.L.C.
COLUMBIA/BALDWIN ASSOCIATES, LLC
COMM 2007-C9 LOWER TIER REMIC
CONTEMPO TEMPE
CONTINGENCE, L.L.C.
CONTINUUM PROPERTIES, LLC
COOPER POINT CANYON PLAZA LLC
COPPER & MAPLE ASSOCIATES, LLC
COTTMAN PARTNERS LP
CP BECKETT GROUP, INC.
CP MANAGEMENT GROUP II LLC
CP/IPERS WOODFIELD, LLC
CPT SHOPS AT ROSSMOOR, LLC
CREST PROPERTIES LLC
CROSSTOWN DUBOIS, L.L.C.
CSQUARED, LLC
CUB INVESTORS, LLC
CULVER TROPICAL GARDENS COMPANY
CUSUMAN & GORSEN ASSOC.
CYPRESS NORSE REALTY LLC
D&A INVESTMENT GROUP LLC
D&S PARADISE PROPERTY &
    INVESTMENT, LLC
DAN MARCHETTA & COMPANY, LTD.
DANIEL G KAMIN BANKSVILLE LLC
DANIEL G. KAMIN
DANIEL G. KAMIN CASTOR AVENUE LLC
DANIEL G. KAMIN CHESTERFIELD LLC
DANIEL G. KAMIN CLEMENTS BRIDGE
    ROAD LLC
DANIEL G. KAMIN EAST WASHINGTON
    LANE LLC
DANIEL G. KAMIN GLOVERSVILLE LLC
DANIEL G. KAMIN IRONDEQUOIT LLC
DANIEL G. KAMIN KINGSTON LLC
DANIEL L CAPP
DCTN 3448 PLUMSTEADVILLE PA, LLC
DD&L ASSOCIATES II, LLC
DEER PARK REALTY CO., LLC
DEL MAR HIGHLANDS TCA I, LLC
DELILAH REALTY CO.
DELPY-ADAMS AVENUE, LLC
DEPARTMENT OF NATURAL RESOURCES

8

DERRY REALTY GROUP LLC
DETRAID LLC
DG RAN, LLC
DGMM, LP
DJM NNN IV, LLC
DMDE PROPERTIES, LP
DMP MESA 8, LLC
DODGE ENTERPRISE, LLC
DONAHUE SCHRIBER REALTY GROUP LP
DOUGLAS WAY BLDG CORP
DOVER MANAGEMENT COMPANY
DREW MANAGEMENT CORP.
DS CANYON PARK, LP
DSM MB II LLC
EAST MEADOW PLAZA REGENCY LLC
EAST PARK DEVELOPMENT, LLC
EASTCHESTER DEVELOPERS LLC
ECK-ALIQUIPPA ASSOCIATES, L.P.
ECKERD NEWS ROAD, LLC
ECKVILLE, LP
EDGEMARK LITTLETON, LLC
EDWARD S & ANNA S BRUGGE
EJM LLC
ELBE ASSOCIATES LLC
ELIAS PROPERTIES MANAGEMENT INC.
      AS MANAGING AGENT FOR ELIAS
ELLIOT MEGDAL AND ALANA MEGDAL
ELTINGVILLE SHOPPING CTR OWNER
ENNABE PROPETIES INC
EPL FEDERAL LLC
EQUITY ONE (NE PORTFOLIO) LLC
ESTUDILLO SHOPPING CENTER
EXCEL REALTY PARTNERS LP
EXETER RETAIL, LLC
FACCHINO LABARBERA HACIENDA
FACCIOLA REAL ESTATE AND
      INVESTEMENT COMPANY, LLC
FAIR OAKS LLC
FAIRVIEW SHOPPING CENTER
FAMTAN ASSOCIATES
FASO GROUP LLC
FELFAM LIMITED PARTNERSHIP
FELOS ASSOCIATES LLC
FERRYPORT WINGS LLC
FESTIVAL AT BEL AIR, LLC
FG-10 LINCOLN HWY, LLC
FGR EXPO 13, LLC
FICUS COLUMNS PROPERTIES LP
FINLEY COMPANY
FIRST CALIFORNIA HOLDINGS, LLC
FIVE STAR INVESTMENT COMPANY

FLATLANDS 78 L.L.C.
FOOTHILL INVESTMENT PARTNERS, LLC
FORTY-FORTY BROADWAY REALTY
      CORP.
FOUR BEARS HOLDINGS LIMITED
      PARTNERSHIP
FOUR CITY CENTER OP LP
FOUR-H INVESTMENTS, INC.
FOURTH AVENUES MANAGEMENT CORP.
FOWLER CLWA LLC
FRANKLIN FAMILY PARTNERSHIP
FRANKLIN PLAZA, LLC
FRED DOUG 117, LLC
FRIEDMAN EQUITIES, LLC
FW CA-GRANADA VILLAGE, LLC
FW WA-EASTGATE PLAZA, LLC
FXSC INC C/O HARPROP INC
G&S IONIA LLC
GABRIELSEN FAMILY LP I
GALLASHEA PROPERTIES LLC
GALLUP & WHALEN SANTA MARIA
GARDEN GROVE PLAZA, LLC
GARTIN PROPERTIES LLC
GARY D BOBO & JOY B BOBO
GATEWAY COMMONS DEVELOPMENT,
      LLC
GATEWAY CORP CENTER LP
GATEWAY PLAZA CANTON LLC
GATOR HILLSIDE VILLAGE, LLC
GAUBE EQUITY INVESTMENTS LLC
GC MAIN STREET OWNERS LLC
GELSOMIN FAMILY LTD PARTNERSHIP
GEORGE L. MALIN AND WILLIAM N.
      WEIDMAN
GERSHMAN PROPERTIES, LLC
GILLEN HALL LAKE EAST LLC
GIUSEPPE VENTIMIGLIA
GKGF, LLC
GLANTZ CHESAPEAKE, LLC
GLEN COVE SHOPPING CENTER
GLENMORE 7118 LLC
GMF DRUG STORES, LLC
GRAND & ELM PARTNERS, LP
GRAND DIAMOND INVESTMENTS, LLC
GRANT FRASER MICHIGAN, L.L.C.
GREAT CHI INVESTMENT LLC
GREAT NECK PLAZA, L.P.
GREATER HILANDS LLC
GREENSPRING MALL ASSOC.
GREENWOOD 85TH STREET LLC
GREG DISCHINAT

9

GREGORY P DISCHINAT
GRENADIER ORTONVILLE LLC
GRI FAIRWOOD LLC
GRI SUNSET PLAZA, LLC
GSL GLOBAL LLC
GURSHINDER TUMBER, JASBUR DAGGI,
        DOUGLAS HARRISON,
GUSTAVE MEYER BUILDING CORP.
H & J HOLDINGS / SLO, L.L.C.
H&C HOLDINGS LLC
H&J 5 INVESTMENTS, LLC
HARBOR CENTER PARTNERS, L.P.
HARLAN D. DOUGLASS
HARSCH INVESTMENT PROPERTIES, LLC
HARVARD MARKET LLC
HASTINGS RANCH INVESTMENT
        COMPANY
HAUPPAUGE PROPERITES LLC
HAWLEY REALTY LP
HBC LAKE STEVENS LLC
HBC MAGNOLIA, LLC
HCP 1101 MADISON MOB, LLC
HCP RRF SAND CANYON LLC
HEMMAT FAMILY LLC
HENBART LLC
HERITAGE HOLDINGS MGMT GROUP
HERITAGE VILLAGE LLC
HF REAL ESTATE PARTNERSHIP
HG - TOLEDO LLC
HHL PROPERTIES LP
HIGH POINT PROPERTIES, L.P.
HIGH WATER JOHNSTOWN LLC
HLC CARLISLE, LLC
HLC LANSDALE, LLC
HOLLYWOOD MARKET SQUARE, LLC
HOLPSRAC, LLC
HOROWITZ FAMILY TRUST AND
        FRANDSON FAMILY TRUST
HOVCHILD PARTNERSHIP, LLC
HOYT BEDFORD ASSOCIATES, L.P.
HR, LLC
HS BELMONT LLC
HUBERT TSANG
HUNTINGTON PIKE COMPANY
HVP 2 LLC
HW RIVERSIDE ARLINGTON LLC
HWN-MARIPOSA ASSOCIATES, LLC
I SCHREIBER & ASSOCIATES LLC
I.C. SOMERVILLE, INC.
I.C. WASHINGTON, INC.
IA SAN PEDRO GARDEN, LLC

IMOLA CABOT PARTNERS LLC
IMPULSO 5751 LLC
INDEPENDENCE PLAZA SC LLC
INGLESIDE, LLC
INSALACO ENTERPRISES
IREIT VALENCIA NORTHPARK LLC
J. W. RICH INVESTMENT CO.
JACJHIN LLC
JACK BREITKOPF, LLC
JAIME L. SANTANA FAMILY TRUST
JAMES & JULEE SIEVERS
JAMES MICHAEL CRANFORD
JAMES P WOHL
JAY ANDRE
JBK VENTURES, LLC
JEFFERSON PLACE, LLC
JEONG IN OH
JN 178 LLC AND JN 12 LLC
JOAN FLORANCE ALLISON TRUST
JOHN AND JUNE GROTHE, TRUSTEES OF
        GROTHE FAMILY TRUST
JOHN F. TSERN, D/B/A 1001 JEFFERSON,
        LLC
JOHN KOLLES AND KARLA KOLLES
        (18.7712% INTEREST)
JOHN P. GROTHE AND JUNE A. GROTHE
JONATHAN CLAYTON DEL SECCO
JOS DEVELOPMENT GROUP LLC
JOSEPH DE PETRIS T/A
JOSEPH J. AND LOUISE S. MIGLIOZZI
JRFP, LLC
JRSJC LP
JS ENTERPRISE HOLDINGS LLC
JSK REALTY COMPANY
JUMPING HORSE RANCH, INC.
JUNE KIRKLAND, LLC
JURI PROPERTIES LLC
K TENTH STREET PROPERTIES LP
KANA REALTY CORP.
KAROGLANOV FAMILY LIVING TRUST
KEARNEY PALMS, LLC
KELETHIN INVESTMENTS LLC
KERN RIVER PARTNERS, LLC
KEYSER VILLAGE LLC
KHASIGIAN PROPERTIES LP
KHORRAM FAMILY INVESTMENTS LL
KIF LLC
KIMCO REALTY CORPORATION
KIN PROPERTIES INC
KIN PROPERTIES, INC.
KINGS OCEAN REALTY, L.L.C.

KINGS PLAZA SHOPPING CENTER
KINSMAN LLC
KIRKLAND TOTEM LAKE VI, LLC
KLP BURIEN TOWN PLAZA LLC
KOHL 1536 N ATHERTON LLC
KOULA'S, LLC
KSL HOLDINGS-MEREDITH, NH, LLC
KUDU INVEST, LLC
LA CRESCENTA MARKET PLACE
     PROPERTIES, LLC
LA SIERRA & PIERCE ASSOCIATES
LAFAYETTE & BROADWAY, L.L.C.
LAGUNA OAKS, LLC
LAGUNA PROMENADE, LLC
LAKE CITY SQUARE LLC
LAKE LANSING RA ASSOCIATES, LLC
LAKE SERENE SC LLC
LAKESHORE VILLAGE CENTER LLC
LAKESIDE MEDICAL BUILDING LLC
LAKEVIEW PLACE BUILDING A LLC
LAKHA PROPERTIES - MILL CREEK
LAMAR BUILDING CO INC
LANCASTER DEVELOPMENT COMPANY,
     LLC
LANSING RETAIL CENTER, L.L.C.
LARCHMONT PROPERTIES, LTD.
LAWRENCE M KAPLAN LLC
LDC CENTRAL PARK PLAZA, LLC
LEE CENTER IV LLC
LEVINE INVESTMENTS LIMITED
     PARTNERSHIP
LEVON INVESTMENTS, L.L.C.
LG LINDENHURST ASSOCIATES, LLC
LIGHTHOUSE COMMONS, LLC
LIMANTZAKIS PROPERTIES NO 2. LLC
LIMONITE AVE. HOLDINGS, LLC
LINCOLN CENTER, LLC
LINCOLN HEIGHTS CENTER, LLC
LINCOLN PARTNERSHIP 2015 LLC
LINCOLN PROPERTIES, LTD.
LIPT WINCHESTER ROAD INC
LITTLE ITALY MANAGEMENT CORP.
LITTLE SAFFORD CORPORATION
LITTLETON REALTY TRUST
LJOR COLOMA, LLC
LJOR SPRING LAKE, LLC
LLOYD WELLS GIFT TRUST
LMK SERVICES, INC.
LONG SIGHT PROPERTIES LLC
LOS OSOS COMMERCIAL LLC
LOYAL PLAZA SC LLC

LS MORRELL LLC
LURIA FAMILY I LP
LYNNE TANKLAGE
LYNNFIELD CENTRE REALTY LLC
MAAT HOLDINGS LLC
MACK ALTER LLC
MAGIC RABBIT VENTURES LLC
MAGNOLIA TOWN CENTER ASSOCIATES
MAIN & TWELFTH, L.L.C.
MANN ENTERPRISES INC.
MANN MILFORD RITE AID LLC
MANP CDM, LLC & DMP CDM, LLC
MANP LAGUNA WOODS, LLC
MANP LOMA LINDA, LLC
MANUEL F CUNHA & VIRGINIA E CUNHA
MAPLE YUBA LLC
MAR-BANK INVESTMENT COMPANY
MARGARET WANG DREAM TRUST
MARILYN SOPHER, TRUSTEE
MARIST CENTERPOINT, LLC
MARJACK, LLC
MARK CLARKS SUMMIT NORTH
     ASSOCIATES, LP
MARKET SQUARE PLAZA I, LLC
MARKETPLACE PARTNERS 3, L.P.
MARKUS ASSOCIATES LLC
MAR-MART REALTY CO INC
MARSHALL R. REALTY, LLC
MARY B. MCCULLOUGH TRUST &
     BARBARA BRANCH MCCULLOCH
     TRUST PTR.
MARYLAND SQUARE SHOPPING CENTER,
     LLC
MATTKARR PROPERTIES LLC
MCB-BF RA PORTFOLIO JV LLC
MCKNIGHT REALTY GROUP # 6
MCKNIGHT REALTY GROUP 4
MDB LANDMARK, LLC
MEETINGHOUSE DEVELOPMENT
     ASSOCIATES, L.P.
MEGDAL HIGHLAND PARK LLC
MELBOURNE ASSOCIATES VIII, L.L.C.
MELBOURNE ASSOCIATES, VII, L.L.C.
MERIDIAN VILLAGE ASSOCIATES
MERMAID PLAZA ASSOCIATES, INC.
MESA TOWN CENTER LLC
MF ASSOCIATES
MGP XI NORTHGATE LLC
MI 2012 LLC
MICHAEL A. SERLUCO
MICHAEL J STANDING

11

MIDWAY SHOPPING CENTER, LLC
MIKE & JOSEPHINE MRA, LP
MILL AVENUE ASSOCIATES, LLC
MILLERS FURNITURE INDUSTRIES
MILTON ROAD NH PROPERTY, LLC
MINDSET GURUS LLC
MK-MENLO PLEASANT VALLEY LP
MK-MENLO PROPERTY OWNER LLC
MK-MENLO PROPERTY OWNER LLP
MKR RITE LLC
MMDG LP
MONROE MONTROSE, LLC
MONTEBELLO (EDENS) LLC
MONTECITO MARKET PLACE
        ASSOCIATES
MONTGOMERY DELVAL ASSOCIATION,
        L.P.
MORELAND ARIZONA PROPERTIES
MORRISVILLE REALTY LLC
MOUNT VERNON PLAZA ASSOCIATES
MROF / SPE III-MARYSVILLE, LLC
MSF RACH-I, LLC
MSF TRANSIT, LLC
MT LEBANON COOKE LP
MURRAY BREIDBART D/B/A BRITHYM
        REALTY CO.
MUSSO 3636 LLC
MUTUAL PROPERTIES, LTD.
MV/THE VILLAGE LLC
N.B. PENN LLC
NAMBA ENTERPRISES, LP
NAPOLEON 1, LLC
NATIONAL RETAIL PROPERTIES, INC.
NAUGATUCK RITE, LLC
NCI SHAKER HEIGHTS RA LLC
NCI SYLVANIA, LLC
NEW ALPINE INVESTMENT, LLC
NEW CENTURY ASSOCIATES GROUP, L.P.
NEW GROUP GARDENA, LLC
NEW WAPPINGERS CENTER POINT, LLC
NEWARK NNN LLC
NEWBURGH PLAZA
NEWMAR LLC
NFNY BUSINESS TRUST
NIAGARA AVENUE SAN DIEGO LLC
NIELSEN HOLDINGS, INC.
NIKI PROPERTIES, LP
NIKI SPRINGS, LP
NJEC ASSOCIATES, L.L.C.
NKT UNIVERSITY SQUARE, LLC
NOB HILL PARTNERS LLC

NOHO VICTORY, LLC
NORTH BROAD DEVELOPMENT
        COMPANY
NORTH MICHIGAN HOSPITALITY INC
NORTH NATOMAS TOWN CENTER, LLC
NORTHERN & PARSONS LLC
NORTHERN TRUST BANK OF CA, N.A.
        (50% OWNER)
NOSTRAND PROPERTY OWNER LLC
NOVARA PROPERTIES, LLC
NOVATO FAIR SC LL
NOVOGRODER COMPANIES, INC.
NOVOGRODER/ADA, LLC
NOVOGRODER/CRESTLINE, LLC
NOVOGRODER/SUMMIT, LLC
NOVOGRODER/ZANESVILLE, LLC
NY PHARMACY PARTNERS LLC
OAKLAND REAL ESTATE COMPANY, INC.
OAKSHADE REGENCY, LLC
OBC SALISBURY LLC
OFP WAGRADOL PA 1, LLC
OFP WAGRADOL PA2, LLC
OLIVE PROPERTIES LLC
OLIVIERA PLAZA SPE, LLC
OM LEX, LLC; OM LEX 2, LLC
OPPORTUNITY PROPERTY
        DEVELOPMENT, LLC
ORANGE SQUARE, L.L.C.
ORANGETHORPE DFWU, LLC
OREGON CTR LLC
ORION DEVELOPMENT RA LXVII, LLC
ORO GRANDE, LLC & PERLA LLC
OSBORNE ASSOCIATES VI, L.L.C.
OSBORNE ASSOCIATES VIII, L.L.C.
OSBORNE ASSOCIATES, V, L.L.C.
OSJ OF PETERBOROUGH, LLC
OVERAA ASSOCIATES
OVERBROOK INVESTMENT PROPERTIES,
        LLC
OW FAMILY - 901 SOQUEL, LLC
OXFORD TOWN CENTER, LLC
P.A.A. PROPERTY ACQUISITIONS
        ASSOCIATES, LTD.
P2J2 SHADLE ASSOCIATES, L.L.C.
PACIFIC 2017 LLC
PACIFIC CENTERS LLC VIII
PACIFIC REALTY ASSOCIATES, L.P.
PACIFIC WEST COAST PROPERTIES LLC
PACIFIC/COSTANZA-LEWIS
PACIFIC/COSTANZO-LEWIS
PACIFIC/COSTANZO-RITE AID

12

PACKARD ANN ARBOR LLC
PACOIMA PLAZA PARTNERSHIP
PAN PACIFIC PROPERTIES
PANOS PROPERTIES LLC
PARISEL LLC & WORCHELL TRUST
PARK VIEW PARTNERS
PARKADE INVESTORS LLC
PARKVILLE PROPERTIES, LLC
PASI, INC.
PAUL L GOULD TRUSTEE OF
PAUL MASTROPIERI
PAUL S ICHORD
PAULO, CHARISE, PEDRO AND CAROL
    PETROVITCH
PAVILION DEVELOPMENT ONE
PAVILION DEVELOPMENT THREE
PAVILLION DEVELOPMENT TWO
PENN HILLS RETAIL, LP
PENTON COMPANY
PEQUA JAZ LLC AS AGENT FOR
PERRY PLACE APARTMENTS
PETE AND ERLINDA ORTIZ
PETER BIHARI
PETERKORT TOWNE SQUARE, L.L.C.
PETROVICH DEVELOPMENT COMPANY,
    LLC
PFEIL MURREL CO LLC
PFK PARTNERS, L.P. AND GLENDALE
    GENVIA, LLC
PHELANRA, LLC
PHILADELPHIA RETAIL TRUST 1998, L.P.
PHR VILLAGE, LLC
PICO - 24TH STREET, LLC
PINE HOLLOW ASSOCIATES LLC
PINEWINDS INVESTMENTS, LLC
PINNACLE BELLEVUE DEVELOPMENT
    LLC
PISMO COAST PLAZA, LLC
PL RANCHO LP
PLATT PARTNERS, L.P.
PLAZA EDINGER, LLC
PLEWINSKI AND PLEWINSKI LTD.
POA J. ASSOCIATES, LP
PORT RICHMOND DEVELOPMENT, L.P.
POSEL ENTERPRISES
PRH LCC
PRIME/FRIT BELL GARDENS, LLC
PRINCETON PLAZA, ET AL
PRO-NAN VIII, LLC
PRUDENTIAL PROPERTIES, LLC
PUBA PROPERTIES

PUREPHARM, LLC
PVB, INC.
QCSI SIX LLC
R & H MISSION GORGE, LTD.
R. A. C. WAYNE, L.L.C.
R.A.C. BURTON, L.L.C.
R.A.C. UNITED, L.L.C.
R2K RANPHOH LLC
R2K RASLMOH LLC
RA 1310 VASCO, LLC
RA OROVILLE, LLC
RA STONEROOK
RA STONEROOK-MORGANTOWN
RA2 BOISE- OVERLAND, L.L.C.
RA2 ENCINITAS LP
RA2 LOS ANGELES-VERMONT LP
RA2 PASADENA LP
RAC CENTERLINE, L.L.C.
RAC GREENFIELD 10, LLC
RACEWAY PLAZA II 2006 LIMITED
    PARTNERSHIP
RAD BELLEVILLE LLC
RAD CONNELLSVILLE LLC
RAD GEM HEIGHTS, L.L.C.
RAD NY ELMIRA 2 PROPERTY OWNER
    LLC
RAD NY ELMIRA I PROPERTY OWNER
    LLC
RAD PA PHILADELPHIA PROPERTY
    OWNER LLC
RANCHO DEL MAR CENTER, LLC
RANDALL BENDERSON 1993-1 TRUST
RAP BELLEFONTE, LLC
RAP DALLAS LP
RAP EAST MARKET YORK LLC
RAP ETTERS, LLC
RAP FAYETTEVILLE, LLC
RAP HAMLIN LP
RAP MILFORD, LLC
RAP SMYRA LLC
RAP WERTZVILLE LLC
RAR2 QUEEN ANNE - EDEN HILL
RARED JAFFREY, L.L.C.
RAX OHPA OWNER LLC
REALMARQ CORPORATION
REALTY INCOME CORPORATION
REALTY INCOME PROPERTIES
REALTY INCOME PROPERTIES 28, LLC
REALTY INCOME PROPERTIES 9, LLC
REALTY INCOME PROPERTIES, LLC
REALTY INCOME TRUST 2

13

REALTY MANAGEMENT ASSOCIATIONS
REALTY TRUST GROUP INC
REGENCY CENTERS CORPORATION
REGENCY CENTERS LP
REGENCY CENTERS, L.P.
REGENCY CENTERS, LP (LEASE 15507/ T-251616)
REMHY LLC
RENDE, LLC
RETAIL ENTERPRISES LLC
RETAIL PROPERTIES OF AMERCIA, INC.
RETAIL SITE SPECIALISTS
REVERE WORKS, LLC
RHOADS AVENUE NEWTOWN SQUARE, L.P.
RI - GRASS VALLEY, LLC
RICH/CHERRY, LLC
RICHARD W CRAIG REVOCABLE LIV
RICHFIELD ASSOCIATES
RICHMOND SHOPPING LLC
RICK A TROMBLE
RISING PHOENIX GROUP CORP
RITE DUNMORE LLC
RITEOH LLC
RIVER OAKS II, LLC
RIVERBAY CORPORATION
RIVERDALE PARK ASSOCIATES
RIVERSIDE KNOLLS LTD.
ROBERT S AND CELESTE MARIN
ROBINS CARLSBAD, LLC
ROGER CURRY PROPERTIES LLC
ROIC CALIFORNIA, LLC
ROIC FOUR COURNER SQUARE, LLC
ROIC OREGON, LLC
ROIC PARAMOUNT PLAZA, LLC
ROIC WASHINGTON, LLC
RONALD CEDILLOS
RONGRANT ASSOCIATES, L.L.C.
ROSEDALE BAY INVESTMENTS LLC
ROWLAND RANCH PROPERTIES LLC
ROY AND ROBERTA JOSEPHO TRUST
RP 121, LLC
RSS CENTER LLC
RW RAD ROSEBURG, LLC
RX BROOKLYN OWNERS, L.L.C.
RX CAMBRIDGE INVESTORS, LLC
RX COMPTON INVESTORS, DBT
RX FIRST LLC
RX HERMISTON INVESTORS, LLC
RYBA REAL ESTATE, INC.

S & H VA BEACH, LLC C/O PALMS ASSOCIATES
S & N HOTEL LIMITED PARTNERSHIP
S & P INVESTMENTS
S DAVIS REAL ESTATE HLDG LLC
S&S SINGH PARTNERS
SAJ LLC
SAKIOKA FARMS
SALLY FRIEDMAN
SANDEEP K GUPTA
SANDERSON J. RAY
SANTIAGO HOLDINGS LLC
SARA & BENNY REALTY CORP.
SARNIA SEACOAST, LLC
SATHER GATE PARTNERS LLC
SATICOY PLAZA, L.L.C.
SCHWAB CHILD 2016 IRRE TRUST
SCHWARTZ HALFMOON ASSOC
SDG-COLUMBIANA, LLC
SEAFORD COMMERCIAL 28 LLC
SECOND AVENUE RA LLC
SENDERO RETAIL LLC
SERIES IV CHANNEL ISLAND BUSINESS OF
SERVICE PROPERTIES TRUST
SHA ANAHEIM INVESTMENT LLC
SHADRALL NEW BRUNSWICK LP
SHAW'S SUPERMARKETS, INC.
SHELANU LLC
SHOPCORE PROPERTIES
SI 38 LLC
SILVERADO PARTNERS LLC
SIMPSON-FERRY LLC
SKBB INVESTMENT CORP.
SKD CONSTRUCTION COMPANY, LLC
SKYLAND, LLC
SKYLINE-FRI 8, LP
SLACK & WINZLER PROPERTIES
SLF PROPERTIES LLC
SLIGO REALTY AND SERVICE CORP.
SN INVESTMENT PROPERTIES LLC
SOUTH BAY PROPERTIES, L.L.C.
SOUTHERN BOULEVARD REALTY LLC
SP LAKEVIEW LLC
SPIRIT EK EASTON PA, LLC
SPIRIT EK VINELAND NJ, LLC
SPIRIT RA DEFIANCE OH, LLC
SPIRIT RA GLASSPORT PA, LLC
SPIRIT RA LIMA OH, LLC
SPIRIT RA PLAINS PA, LLC
SPIRIT RA WAUSEON OH, LLC

14

SPS I, L.L.C.
SPS PROPERTIES LP
SPS REALTY III, L.L.C.
SRI AUSHADA LLC
SRI RATNA III, LLC
STATE COLLEGE JOINT VENTURE
STATE STREET PARTNERS, LLC
STEPHEN INVESTMENTS, INC.
STERLING GROUP ASSET MGMT LLC
STERLING HP, LLC
STEVEN J OLIVA
STONEBRIER COMMERCIAL LIMITED
        PARTNERSHIP
STONEWOOD FAMILY PARTNERSHIP
SUBURBAN PARK DEV ASSOC LLC
SUMMERDALE PLAZA LLC
SUMMIT APARTMENTS, INC
SUN ENTERPRISES, LLC
SUNDANCE PLAZA, L.L.C.
SUNQUITZ SWC, LLC
SURAPANENI FRESNO PROPERTIES, LLC
SUSO 4 GAINSBOROUGH LP
SVN REAL ESTATE, LLC
SVSC HOLDINGS, L.P.
SWARTZ CREEK LLC
SWEETBAY PROPERTIES, LLC
SYCAMORE STREET CORNER LLC
TAC PROPERTIES LLC
TACO AIDE LLC
TANDEM EQUITIES, LLC
TANKLAGE FAMILY LIMITED
        PARTNERSHIP II
TANKLAGE FAMILY LIMITED
        PARTNERSHIP II LLC
TANKLAGE FAMILY PARTNERSHIP
TANZ HOLDINGS, LLC
TAU ATLANTIC LLC
TENNINGTON ASSOCIATES, LP
THE BUNCHER COMPANY
THE COMMONS AT CALABASAS, LLC
THE IRVINE COMPANY RETAIL
        PROPERTIES
THE JACKSON INVST COMPANY, LLC
THE LONGEST DRIVE LLC
THE LUEBKE FAMILY PARTNERSHIP
THE NASHASHIBI FAMILY TRUST
THE NEW YORK METHODIST HOSPITAL
THE NIKI GROUP LLC
THE NIKI GROUP LLC - RAL1 ACCT
THE NIKI GROUP LLC - RAPH1
THE NIKI GROUP LLC - RAVI

THE NIKI GROUP LLC-RADNY1
THE NIKI GROUP LLC-RAFS1
THE NIKI GROUP, LLC
THE NIKI GROUP, LLC RAPLN1
THE RACQUET CENTRE
THE RIGHT HOLDINGS, LLC
THE SHOPS AT HALFMOON, LLC
THE STOP & SHOP SUPERMARKET
        COMPANY LLC
TIFFIN RA LLC
TIJSMA, LLC
TINTON FALLS ASSOCIATES, L.L.C.
TOLSON INVESTMENTS
TOM ALIZA
TONI A DIMICELI REVOCABLE TRUST
TOWN SQUARE PARTNERS LLC
TRAIL INVESTORS
TRANSPACIFIC CORP.
TRI STAR OF MIDDLETOWN, LLC
TRI W ENTERPRISES, INC.
TRIANGLE TOWN CENTER NW LLC
TRIPLE CROWN CORPORATION
TRISINA, LLC
TRI-STAR DREXEL HILL, L.P.
TROY PLAZA ASSOCIATES
TSANG ENTERPRISES LLC
TUCK AND ELIZABETH LIN
TURABDIN REALTY
TURNER ISLAND FARMS
UB PUTNAM, LLC, PUTNAM PLAZA LLC
        AND
UNION DEVELOPMENT COMPANY
UNION REAL ESTATE COMPANY
UNIVERSITY PLAZA ASSOCIATES, LLC
UNIVERSITY VILLAGE, LP
UNTION SQUARE MARKETPLACE
URSTADT BIDDLE PROPERTIES, INC.
USRP I, LLC
VALLEY MALL, L.L.C.
VASU SPE 2 LLC
VAUGHAN VILLAGE, LLC
VEDRES FAMILY INVESTMENT
        PARTNERSHIP, LP
VENANGO STREET REALTY LLC
VEREIT REAL ESTATE LP
VERRAZANO BUILDERS, L.L.C.
VIOLA'S FOOD STORES, INC.
VOYAGE - VA BEACH LLC
WALL REALTY 1017 - 1020, LLC
WALRO REALTY CO.
WASHINGTON GARDEN I LP

WASHINGTON RESTAURANT PROP
WASHINGTON TOWN CENTER, L.L.C.
WATCH HILL CAFE LLC
WATERFORD RA LLC
WATERVILLE I LLC
WATT LA VERNE, LLC
WC PROPERTIES (EDENS), LLC
WEC 97K-29 INVESTMENT TRUST
WEC 98D-28 LLC
WEC 98D-30 LLC
WEC 98G 1 LLC
WEDGEWOOD NO. 9 LIMITED
       PARTNERSHIP
WEST GROVE SQUARE ASSOCIATES, LLC
WESTBELT COUNTRY PROP LTD
WESTCHESTER PLAZA HOLDINGS, LLC
WESTGATE ENTERPRISES, LLC
WESTGATE VILLAGE RETAIL, LLC
WESTSIDE SEDRO WOOLLEY LLC
WHITEHALL EQUITIES, LLC
WHITEHOUSE MALL, LLC
WIG PROPERTIES, LLC - LKPV
WILDERNESS MAPLE VALLEY LLC
WILINGTON PATTERSON LTD
WILSHIRE UNION CENTER, L.P.
WILSON H PARK AND HEYSUN PARK
WINBROOK MANAGEMENT LLC
WINICK GARDENS LLC
WOLFGANG JORDAN, TRUSTEE
WOODBINE PROPERTY ASSOC., LP AND
WOODSIDE PLAZA PARTNERS L.P.
WOODWARD SQUARE, L.L.C.
WORTHINGTON REAL ESTATE LLC
WPC 162ND LLC
WRI ALLIANCE RILEY VENTURE
WRI WEST GATE SOUTH, L.P.
WRI WESTERN QUEEN ANNE LLC
XINSHIJIE INVESTMENT LLC
XYLI LLC
YELM PARTNERS LLC
YOKO C. GATES, TRUSTEE
YORK STREET ASSOCIATES, LP
YPI PENNSYLVANIA, LLC
YUET - MING CHU & MIRIAM L CHU,
       TRUSTEES
ZENTMYER PROPERTIES II LLC
ZFP COMPANY LLC

**LITIGATION**

ARIAS SANGUINETTI WANG & TORRIJOS
       LLP
BCBS
CENTENE
COBB COUNTY, GEORGIA
COUNTY OF MONMOUTH/SCAVELLO
COUNTY OF NASSAU, NEW YORK
COUNTY OF SUFFOLK, NEW YORK
DURHAM COUNTY, NORTH CAROLINA
ELARIO SANDOVAL
HUMANA
IMARI ANDREWS
JOHN HANCOCK LIFE INSURANCE
       COMPANY
KADING BRIGGS LLP
LEVIN PAPANTONIO RAFFERTY
LUIS FIGUEROA
MARA LAW FIRM, PC
MONTGOMERY COUNTY, OHIO
MOTELY RICE LLC
NAPOLI SHKOLNIK PLLC
SIMMONS HANLEY CONROY
STAFFORD/JOSTEN
THE PEOPLES WATER COMPANY
THE STATE OF WEST VIRGINIA
WELLCARE

**NOTICE OF APPEARANCE**

1199SEIU EMPLOYER CHILD CARE FUND
1199SEIU HEALTH CARE EMPLOYEES
       PENSION FUND
1199SEIU LEAGUE TRAINING &
       UPGRADING FUND
1199SEIU UNITED HEALTHCARE
       WORKERS EAST
12 CHURCH STREET ASSOCIATES LLC
1912-20 ARCH STREET ASSOCIATES, LP
ALSTON & BIRD LLP
AMERICAN GREETINGS CORP.
AND WRI WESTERN QUEEN ANNE LLC
       (COLLECTIVELY, THE "KIMCO
       LANDLORDS")
ARENTFOX SCHIFF LLP
BALLARD SPAHR LLP
BAYARD, P.A.
BAYVIEW ASSOCIATES
BEIERSDORF, INC
BELKIN BURDEN GOLDMAN, LLP
BERKLEY INSURANCE COMPANY
BERNSTEIN-BURKLEY, P.C.

16

BIELLI & KLAUDER, LLC
BLANK ROME LLP
BORGES & ASSOCIATES, LLC
BRANDPOINT
BRAVERMAN KASKEY GARBER, P.C.
BRIXMOR OPERATING PARTNERSHIP L.P
BROWN & CONNERY, LLP
BROWN MCGARRY NIMEROFF LLC
BT ABINGTON, LLC
BUCHALTER, A PROFESSIONAL
        CORPORATION
CAPEHART & SCATCHARD, P.A.
CARDINAL HEALTH 110, LLC D/B/A
        PARMED PHARMACEUTICALS
CENTER PLAZA LIMITED PARTNERSHIP
CENTERPOINT MAIN STREET, LLC
CERTILMAN BALIN ALDER & HYMAN,
        LLP
CHERON WALKER
CHIESA SHAHINIAN & GIANTOMASI PC
CLIFFORD J. RAMUNDO
COHEN, WEISS AND SIMON LLP
COMMISSION JUNCTION LLC
COMPUTERSHARE TRUST COMPANY,
        N.A.
CONOPCO, INC. D/B/A UNILEVER,
        UNITED STATES
COURTNEY L. MORGAN ESQ.
CP GRELLAS PARTNERSHIP
CULVER TROPICAL GARDENS COMPANY,
        L.P.
D&S PARADISE PROPERTY &
        INVESTMENTS, LLC
DEREK WATERS
DLA PIPER LLP (US)
DOLLAR TREE STORES INC.,
DUANE MORRIS LLP
DUQUESNE LIGHT COMPANY
DURACELL DISTRIBUTING LLC
EMMET, MARVIN & MARTIN, LLP
ERIKA BROWN
FAIRVIEW SHOPPING CENTER, LLC
FAMILY DOLLAR STORES LLC
FEDERAL REALTY OP LP
FERRYPORT WINGS, LLC
FGX INTERNATIONAL INC
FLOWERS FOODS, INC.
FNRP REALTY ADVISORS, LLC
FOREST VALLEY STATION L.L.C.
FOX ROTHSCHILD LLP
FRENCH TRANSIT, LTD

FUNDAMENTALS COMPANY LLC
GATEWAY AT DONNER PASS, LP
GOODWIN PROCTER LLP
GREENBAUM, ROWE, SMITH & DAVIS
        LLP
GREENBERG TRAURIG, LLP
GSK CONSUMER HEALTHCARE
        SERVICES INC.
HINCKLEY, ALLEN & SNYDER LLP
HINMAN, HOWARD & KATTELL, LLP
HOLLAND & HART LLP
HY-POINT DAIRY FARMS
INDEPENDENCE PLAZA SC, LLC
INTERCEPT INTERACTIVE, INC., D/B/A
        UNDERTONE
INTERNATIONAL FIDELITY INSURANCE
        COMPANY
IRE TORRESDALE, LLC
IRVINE COMPANY, REVERE WORKS, LLC
JASUE LLC
JEAN KAMARA
JONES DAY
K LOGIX LLC
KAPLIN STEWART MELOFF REITER &
        STEIN, P.C
KAPLIN STEWART MELOFF REITER &
        STEIN, P.C.
KEVIN BROWN
KILPATRICK TOWNSEND & STOCKTON
        LLP
KK GREAT NECK 2470, LLC
KLEHR HARRISON HARVEY BRANZBURG
        LLP
KURTZMAN | STEADY, LLC
KYRA AND BENJAMIN MORROW
LAMB 79 & 2 CORP
LAW OFFICES OF ANDY WINCHELL, P.C.
LEECH TISHMAN ROBINSON BROG, PLLC
LEO BURNETT USA, A DIVISION OF LEO
        BURNETT COMPANY, INC.,
LEVIN MANAGEMENT CORPORATION
LEVY RATNER, P.C.
LIFESCAN INC.
LINDA MAR S.C., L.P.
LOCKE LORD LLP
LOYAL PLAZA SC , LLC
LOYAL PLAZA SC TIC 1 , LLC
LOYAL PLAZA SC TIC 10 , LLC
LOYAL PLAZA SC TIC 11 , LLC
LOYAL PLAZA SC TIC 12 , LLC
LOYAL PLAZA SC TIC 2 , LLC

17

LOYAL PLAZA SC TIC 3 , LLC
LOYAL PLAZA SC TIC 4 , LLC
LOYAL PLAZA SC TIC 5 , LLC
LOYAL PLAZA SC TIC 6 , LLC
LOYAL PLAZA SC TIC 7 , LLC
LOYAL PLAZA SC TIC 8 , LLC
LOYAL PLAZA SC TIC 9 , LLC
LUNDY, BELDECOS & MILBY, P.A.
MAG II MORRELL PLAZA, LP
MARSHACK HAYS WOOD LLP
MASCOT LLC
MASUE LLC
MCELROY, DEUTSCH, MULVANEY &
    CARPENTER, LLP
MCKESSON CORPORATION
MCMANIMON, SCOTLAND & BAUMANN,
    LLC
MEDIMPACT HEALTHCARE SYSTEMS,
    INC.
MENASHE PROPERTIES AND MDB
    LANDMARK LLC
MF ASSOCIATES OF NEW YORK, LLC,
MK CAPITAL PARTNERS GG, LLC
NAS AD HOC COMMITTEE
NATHAN JEFFREY LLC
NATIONAL REALTY CORP.
NEST INTERNATIONAL, INC.
NEW WAPPINGERS CENTERPOINT, LLC
NIAGARA BOTTLING, LLC
NJEC ASSOCIATES, LLC
NORRIS MCLAUGHLIN, P.A.
NOVATO FAIR SHOPPING CENTER LLC
OFFICE OF THE U.S. ATTORNEY
OFFIT KURMAN, P.A.
PAN PACIFIC (JEFFERSON SQUARE) LLC
PAPYRUS-RECYCLED GREETINGS, INC.
PENSION BENEFIT GUARANTY
    CORPORATION
PHILLIPS EDISON & COMPANY AND
    HARRISON POINTE STATION LLC.
PK II LARWIN SQUARE SC LP
PK II MILWAUKIE MARKETPLACE LLC
PMC PROPERTY GROUP, INC.
POLSINELLI PC
RAD CONNELLSVILLE, LLC
RANCHO PENASQUITOS TOWNE CENTER
    II, LP
RHINOSYSTEMS, INC,
RIKER DANZIG LLP

ROBERT MARIN AND CELESET DE
    SCHULTHESS MARIN FAMILY
    TRUST
ROMANO GARUBO & ARGENTIERI
RONALD M. TUCKER, ESQ.
ROSENBERG & ESTIS, P.C.
S&D LAW
SALTER MCGOWAN SYLVIA &
    LEONARD, INC.
SAMUEL L. ROSIN, ESQ.
SANTIAGO HOLDINGS II, LLC
SAUL EWING LLP
SAXTON & STUMP, LLC
SCHENCK, PRICE, SMITH & KING, LLP
SEQIRUS USA INC.
SERIES IV, CHANNEL ISLAND BUSINESS
    MART, OF THE WOLF FAMILY
    SERIES LP
SHAPIRO, CROLAND, REISER, APFEL, &
    DI IORIO, LLP
SIDLEY AUSTIN LLP
SIMON PROPERTY GROUP, INC.
SIRLIN LESSER & BENSON, P.C.
SP LAKEVIEW, LLC
SPIRIT REALTY CAPITAL, INC.
STARCOM WORLDWIDE, INC.
STARK & STARK, P.C.
STATE STREET PARTNERS LLC
STEFAN M. SELIG
STERICYCLE ENVIRONMENTAL
    SOLUTIONS, INC.
"STERLING GROUP ASSET
    MANAGEMENT LLC C/O ALLIED
PROPERTY MANAGEMENT, A/K/A
    ALLIED PROPERTY GROUP"
STRADLEY RONON STEVENS & YOUNG,
    LLP
SUMMERDALE PLAZA TIC 1 LLC
SUMMERDALE PLAZA TIC 2 LLC
SUMMERDALE PLAZA TIC 3 LLC
TAYMAN LANE CHAVERRI LLP
THE BANK OF NEW YORK MELLON
    TRUST COMPANY
THE CITY OF PHILADELPHIA
THE DANN LAW FIRM, P.C.
THE GOLDENBERG GROUP
THE HANOVER INSURANCE COMPANY
THOMPSON & THOMPSON, LLC
TRAINOR FAIRBROOK
TRUST FOR THE BENEFIT OF CATHERINE
    M. LEVIN, ET ALS.

U.S. DEPARTMENT OF JUSTICE CIVIL
    DIVISION
UNITED FOOD & COMMERCIAL
    WORKERS
VALINOTI, SPECTER & DITO, LLP
VANESSA WATERS
WEINGARTEN NOSTAT, LLC
WESTERMAN BALL EDERER MILLER
    ZUCKER & SHARFSTEIN, LLP
WESTERN UNION FINANCIAL SERVICES,
    INC.
WILLOWBROOK CENTER PARTNERSHIP,
    A CALIFORNIA LIMITED PARTNER
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
    RABKIN, LLP
WOLLMUTH MAHER & DEUTSCH, LLP
WOMBLE BOND DICKINSON (US) LLP
YOKO C. GATES TRUST

**OFFICIAL COMMITTEE OF TORT
CLAIMANTS**

ALPHONSE BORKOWSKI
ANDREW PARSONS
ANDREWS & THORNTON, AAL, ALC
BEVAN & ASSOCIATES, LPA, INC
BLUE CROSS BLUE SHIELD ASSOCIATION
ERIE COUNTY MEDICAL CENTER
    CORPORATION
HALPERIN BATTAGLIA BENZIJA, LLP
JOSEPH D. HALL & ASSOCIATES LLC
KANNER & WHITELEY, L.L.C.
KAREN PFORR
MICHAEL MASIOWSKI, M.D.
MRHFM LAW FIRM
NANCY ZAILO
PAUL S. ROTHSTEIN, P.A
RAWLINGS & ASSOCIATES PLLC
RITA VALEGA
RUPP PFALZGRAF
SANDRA BLANKENSHIP
THOMPSON BARNEY

**ORDINARY COURSE PROFESSIONALS**

AGNES S LEE
ALAN P. GARUBBA
ALTMAN, BLITSTEIN & WAYNE
ANALYSIS GROUP INC
ANDERSEN TAX
ANDERSON CRAWLEY & BURKE PLLC

ANKURA CONSULTING GROUP LLC
APPRISS HEALTH
BAKER HOSTETLER LLP
BAKER TILLY
BARABAN & TESKE
BARNES & THORNBURG LLP
BARNWELL WHALEY PATTERSON
BATTEN LEE
BOYLE SHAUGHNESSY & CAMPO PC
BRENNER SALTZMAN & WALLMAN LLP
BYBEL RUTLEDGE LLP
CAPITOL COUNSEL LLC
CARLIN EDWARDS BROWN PLLC
CBIZ RISK & ADVISORY SVCS LLC
CENTER CITY LEGAL REPRODUCTION
CHASE LAW GROUP
CHOCK BARHOUM LLP
CIPRIANI & WERNER PC
CLARK HILL, PLC
CONWAY STOUGHTON LLC
COZEN O'CONNOR
CROWE AND DUNLEVY
DAVIS POLK & WARDWELL LLP [1]
DAVIS WRIGHT TREMAINE LLP
DIEPENBROCK & COTTER LLP
DONNELLY & ASSOCIATES PC
DORF NELSON AND ZAUDERER
DUMMIT BUCHHOLZ & TRAPP
EPSTEIN BECKER & GREEN PC
ETHICO
FAEGRE DRINKER BIDDLE & REATH
FOLEY & LARDNER
FRAUD FIGHTERS
FREEMAN MATHIS & GARY NJ
GALLOWAY JOHNSON TOMPKINS BURR
GENOVA BURNS LLC
GENPACT (UK) LIMITED
GOLDBERG SEGALLA LLP
GOLDWASSER & CHAN LLP
GOLKOW LITIGATION SERVICES LLC
GRIMM VRANJES & GREER LLP
HANGLEY ARONCHICK SEGAL &
HANNA BROPHY MACLEAN MCALEER
HOLLAND & KNIGHT LLP
HOULIHAN LOKEY
HUNTON ANDREWS KURTH LLP
IQIVIA
J&H MARSH & MCLENNAN INC
JACKSON LEWIS LLP
JOSEPH GREENWALD & LAAKE [1]
KALBAUGH PFUND MESSERSMIT

KAUFMAN BORGEEST & RYAN LLP
KLEIN HOCKEL IEZZA & PATEL PC
KULICK LAW LLC
LAGASSE BRANCH BELL & KINKEAD
LANGUAGE LINE SERVICES
LANGUAGE SCIENTIFIC, INC
LAW OFFICE OF WAYNE C. ARNOLD
LAW OFFICES OF DREW D HELMS
LEAKE ANDERSON & MANN LLP
LEGAL BILL REVIEW INC
LEWIS GIANOLA PLLC
LEXISNEXIS
M3 CONSULTING, INC.
MACRO-PRO INC
MAGNA LEGAL SERVICES LLC
MANKO GOLD KATCHER & FOX
MCCANDISH & HOLTON PC
MCKOOL SMITH
MCMANUS LAW PLLC
MILLIMAN INC
MORGAN, LEWIS & BOCKIUS LLP
MURPHY SANCHEZ PLLC
MURTHA CULLINA LLP
MWW GROUP LLC
NAVEX
NORTON ROSE FULBRIGHT US LLP
OGLETREE DEAKINS NASH SMOAK
OPIOID DIST & PHARMACY
PARK STRATEGIES LLC
PARR BROWN GEE & LOVELESS
PETRUCCELLI MARTIN & HADDOW
PRICEWATERHOUSECOOPERS LLP
RAVEN & KOLBE LLP
RSM
SEWARD SQUARE GROUP LLC
SILVESTER & KAPPES
SKADDEN, ARPS, SLATE,
SMITH SOVIK KENDRICK SUGNET PC
SOBEL PEVZNER LLC
STONE CROSBY PC
STURGILL TURNER BARKER MOLONEY
THE CHARTWELL LAW OFFICES LLP
THINKLP
THOMAS AYOOB & ASSOCIATES
TIFFANY & BOSCO
TROUTMAN PEPPER
TUCKER ELLIS
VAUGHAN BAIO & PARTNERS, LLC
VENTIV TECHNOLOGY INC
VERITEXT LLC
VORYS SATER

WALKER MURPHY & NELSON LLP
WATKINS & EAGER PLLC
WYATT TARRANT & COMBS LLP
ZIMMER KUNZ, PLLC

**POTENTIAL PARTICIPANTS IN SALES PROCESS**

[CONFIDENTIAL]

**SIGNIFICANT COMPETITORS**

TARGET
WALMART

**SURETY & LETTERS OF CREDIT**

3 PHASES RENEWABLES, INC.
601 CHELSEA OWNER, LLC
ACE AMERICAN INS. CO.
AMERICAN GUARANTEE AND LIABILITY
        INSURANCE COMPANY
APPLIED RISK SERVICES, INC.
ARIZONA STATE BOARD OF PHARMACY
ARKANSAS INSURANCE COMMISSIONER
ARROWOOD INDEMNITY COMPANY
BALTIMORE GAS & ELECTRIC COMPANY
BILLINGS PUBLIC SCHOOLS
CALIFORNIA STATE BOARD OF
        PHARMACY
CENTERS FOR MEDICARE & MEDICAID
        SERVICES
CENTERS FOR MEDICARE & MEDICAID
        SERVICES NATIONAL SUPPLIER
        CLEARINGHOUSE
CHAMPION ENERGY SERVICES, LLC
CHUBB GLOBAL CASUALTY
COMMONWEALTH OF KENTUCKY PERRY
        CIRCUIT COURT
COMMONWEALTH OF PENNSYLVANIA
CONNECTICUT LOTTERY CORPORATION
CONSOLIDATED EDISON COMPANY OF
        NEW YORK, INC.
CONSTELLATION NEWENERGY, INC
COUNTY OF ALLEGHENY, DEPARTMENT
        OF PUBLIC WORKS
DAVID ALTMAIER, INSURANCE
        COMMISSIONER
DELMARVA POWER & LIGHT COMPANY

66701/0001-46553987v2

DEPARTMENT OF HOMELAND SECURITY,
    BUREAU OF CUSTOMS AND
    BORDER PROTECTION
IAT INSURANCE GROUP
KANSAS ATTORNEY GENERAL
LANCASTER 1773 MZL, LLC
LONG ISLAND LIGHTING COMPANY
    D/B/A LIPA
MARYLAND BOARD OF PHARMACY
MCKINSEY & COMPANY
METROPOLITAN TRNANSPORTATION
    AUTHORITY
MITCHELL INSURANCE
NASHVILLE ELECTRIC SERVICE
NORTH DAKOTA DEPARTMENT OF
    INSURANCE
OREGON BOARD OF PHARMACY
PACIFIC GAS AND ELECTRIC COMPANY
PECO ENERGY CO.
PENNSYLVANIA DEPARTMENT OF
    TRANSPORTATION
PEOPLE OF THE STATE OF ILLINOIS
PEOPLE OF THE STATE OF MARYLAND
PEOPLE OF THE STATE OF NEW YORK
PORTLAND GENERAL ELECTRIC
    COMPANY
RLI GROUP
SAN DIEGO GAS & ELECTRIC
SOUTH CAROLINA DEPARTMENT OF
    CONSUMER AFFAIRS
SOUTHERN CALIFORNIA EDISON
    COMPANY
STATE OF ARIZONA
STATE OF CALIFORNIA
STATE OF CALIFORNIA DEPARTMENT OF
    INDUSTRIAL RELATIONS SELF-
    INSURANCE PLANS
STATE OF CONNECTICUT
STATE OF GEORGIA
STATE OF IOWA
STATE OF KANSAS
STATE OF LOUISIANA
STATE OF NEVADA
STATE OF NEW HAMPSHIRE
STATE OF NEW MEXICO
STATE OF NEW YORK
STATE OF OHIO
STATE OF OKLAHOMA
STATE OF OREGON
STATE OF SOUTH CAROLINA
STATE OF SOUTH DAKOTA

STATE OF UTAH
STATE OF WASHINGTON
STATE OF WEST VIRGINIA
TEXAS DEPARTMENT OF INSURANCE
THE OHIO STATE LOTTERY COMMISSION
THE UNIFIED GOVERNMENT OF ATHENS-
    CLARKE COUNTY
TRAVELERS INDEMNITY COMPANY
UNITED STATES POSTAL SERVICE
VIRGINIA DOMINION POWER
W. R. BERKLEY GROUP
WELLS FARGO
WEST PENN POWER C/O FIRST ENERGY
WISCONSIN COMMISSIONER OF
    INSURANCE
WOODLAND 1774 MZL, LLC
ZURICH AMERICAN INSURANCE CO

**TAXING**
    **AUTHORITY/GOVERNMENTAL/**
    **REGULATORY AGENCIES**

U.S. CONSUMER PRODUCT SAFETY
    COMMISSION
U.S. DRUG ENFORCEMENT
    ADMINISTRATION
U.S. FEDERAL TRADE COMMISSION
U.S. FOOD AND DRUG ADMINISTRATION

**TOP 50 CREDITORS**

BRIGHT HEALTH PLANS
CVS HEALTH CORP
GALLAGHER PHARMACY ALLIANCE
HUMANA HEALTH PLAN, INC.
LOYD F. SCHMUCKLEY JR., RELATOR
U.S. BANK TRUST NATIONAL
    ASSOCIATION
VIRGINIA PREMIER HEALTHPLANS

**U.S. TRUSTEE OFFICE**

ADAM SHAARAWY
ADELA ALFARO
ALEXANDRIA NIKOLINOS
ANGELIZA ORTIZ-NG
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
JAMES STIVES

JEFFREY SPONDER
JOSEPH C. KERN
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
MAGGIE MCGEE
MARTHA HILDEBRANDT
MICHAEL ARTIS
PETER J. D'AURIA
ROBERT J. SCHNEIDER, JR.
TIA GREEN
TINA L. OPPELT
WILLIAM J. ZIEMER

## UCC MEMBERS

BENDERSON DEVELOPMENT COMPANY
        LLC
COMPUTERSHARETRUST CO.
HUMANA HEALTH PLAN INC.
MCKESSON CORP.
MCS ADVANTAGE INC.
PENSION BENEFIT GUARANTY CORP.
REALTY INCOME CORP.
UNITED FOOD AND COMMERCIAL
        WORKERS INTERNATIONAL
        UNION

## UNIONS

IBT LOCAL 614
IBT LOCAL 63
IBT LOCAL 630
ILWU, LOCAL 26
IUOE LOCAL 501
SEIU 1199
UFCW LOCAL 1059
UFCW LOCAL 1167
UFCW LOCAL 135
UFCW LOCAL 1428
UFCW LOCAL 1442
UFCW LOCAL 1776
UFCW LOCAL 21
UFCW LOCAL 324
UFCW LOCAL 360
UFCW LOCAL 5
UFCW LOCAL 75 (1099 AND 911)
UFCW LOCAL 770
UFCW LOCAL 8
UFCW LOCAL 876
UFCW LOCAL 880
UFCW LOCAL 8GS

UFCW LOCAL 951

## UTILITIES

3 PHASES RENEWABLES
AES OHIO
AMERICAN ELECTRIC POWER
AMERIGAS
AT&T
ATLANTIC CITY ELECTRIC
AVISTA UTILITIES
BALTIMORE GAS & ELECTRIC COMPANY
        / EXELON
CENTURYLINK
CHAMPION ENERGY
CHARTER COMMUNICATIONS
CITY OF PHILADELPHIA - WATER
        REVENUE, PA
CITY OF SEATTLE/SEATTLE CITY LIGHT
CITY OF TACOMA PUBLIC UTILITIES
COLUMBIA GAS
CON EDISON
CONSTELLATION NEWENERGY
CONSUMERS ENERGY
DELMARVA POWER
DOMINION ENERGY
DTE ENERGY
ENGIE POWER & GAS LLC
ENGIE RESOURCES
EVERSOURCE ENERGY
EXPEDIENT/ CONTINENTAL
        BROADBAND LLC
IDAHO POWER
IMPERIAL IRRIGATION DISTRICT, CA
JERSEY CENTRAL POWER & LIGHT
LEVEL 3 COMMUNICATIONS LLC
LIBERTY UTILITIES - NH
LOS ANGELES DEPT OF WATER & POWER
MET-ED
NATIONAL GRID
NW NATURAL
NYSEG-NEW YORK STATE ELECTRIC &
        GAS
OHIO EDISON
PACIFIC GAS & ELECTRIC
PACIFIC POWER-ROCKY MOUNTAIN
        POWER
PASADENA WATER AND POWER
PECO
PENELEC
PENN POWER

PENNSYLVANIA AMERICAN WATER
PORTLAND GENERAL ELECTRIC (PGE)
PPL ELECTRIC UTILITIES/ALLENTOWN
PSE&G-PUBLIC SERVICE ELEC & GAS CO
PSEGLI
PUGET SOUND ENERGY
RIVERSIDE PUBLIC UTILITIES, CA
SACRAMENTO MUNICIPAL UTILITY
    DISTRICT
SNOHOMISH COUNTY PUD
SOUTHERN CALIFORNIA EDISON
SOUTHERN CALIFORNIA GAS (THE GAS
    CO.)
THE ILLUMINATING COMPANY
TOLEDO EDISON
UGI ENERGY SERVICES LLC
UGI UTILITIES INC
UNITED ILLUMINATING COMPANY
WASTE MANAGEMENT
WEST PENN POWER

**VENDORS**

1010DATA SERVICES LLC
340B HOLDINGS LLC
340BASICS
37TH AVENUE OWNER LLC
3M
4628 GROUP INC
9274 GROUP INC
AB SALES OF CENTRAL LA
ABARTA COCA-COLA BEVERAGES LLC
ABBOTT LABS/MEDISENSE
ABBOTT NUTRITION
ABBOTT RAPID DX NORTH AMERICA
ABBVIE INC
ABS LLC SO CAL AND IMW
ABSOLUTE PHARMACY INC
ACADEMY FIRE PROTECTION
ACCREDO HEALTH GROUP INC
ACON LABORATORIES
ACTIVE COSMETICS DIV OF LOREAL
ADOBE INC
ADT COMMERCIAL LLC
ADVANCE BEVERAGE CO
AEP/BERRY GLOBAL
AGENCY WITHIN LLC
AHOLD USA PHARMACY
AHS RETAIL PHARMACY
AIDS HEALTHCARE FOUNDATION
AII - AMERICAN INTERN'T IND.

AJM PACKAGING P/U
ALBERTSONS
ALCON LABORATORIES INC
ALIVIA SPECIALTY PHARMACY
ALLERGAN OPTICAL
ALLSTAR PRODUCTS GROUP, LLC
AMBER SPECIALTY PHARMACY
AMBULATORY CARE PHARMACY
AMERICAN GREETINGS CORPORATION
AMERICAN HEALTH MANAGEMENT
    SERVICES, INC
AMERICAN LICORICE COMPANY
AMERICAN MARITIME OFFICERS
    MEDICAL PLAN
AMERICAN NEWS COMPANY
AMERISOURCEBERGEN
AMPHARM LLC
ANC
ANDA / GENERIC
ANDOVER COMPANIES
ANHEUSER-BUSCH
ANOVORX GROUP LLC
ANTHEM
APOTHECARY PRODUCTS
APTHORP PHARMACY
ARCTIC GLACIER USA
ARETE PHARMACY NETWORK
ARIZONA BEVERAGES USA LLC
ARMSTRONG PHARMACEUTICALS INC
ASCENT CONSUMER PRODUCTS INC
ASO CORPORATION
AUROBINDO PHARMA USA
AVALON INTEGRATION INC
AVELLA (APOTHECARY SHOPS)
AVIS BUDGET GROUP INC
AVITA DRUGS
AXIUM HEALTHCARE DE PUERTO RICO
BALDEN TOWNE PLAZA LIMITED PAR
BARCEL USA
BASE4 VENTURES LLC
BAUSCH & LOMB AMERICAS INC
BAYER HEALTHCARE LLC
BEELINE IMPORT AND SERVICES
BEIERSDORF INC
BI WORLDWIDE
BIC CORPORATION
BIG GEYSER, INC.
BILH SPECIALTY PHARMACY
BIMBO FOODS INC
BIOLOGICS BY MCKESSON

23

BIOPLUS SPECIALTY PHARMACY
    SERVICES LLC
BIO-REFERENCE LABORATORIES INC
BIORX
BLESSING HOSPITAL
BLOEM LLC
BLOOM ROOFING SYSTEMS INC
BLUE BUFFALO COMPANY LTD
BLUE DIAMOND /CAGE
BLUESOHO QUAD/GRAPHICS
BMC SOFTWARE INC
BOARD OF EQUALIZATION
BOIRON
BOSTON ACCOUNTABLE CARE
    ORGANIZATION
BOSTON MEDICAL CENTER
BRIGHT HEALTH
BRINKS, INCORPORATED
BROADPATH, LLC
C R ENGLAND INC
CA EMPLOYMENT DEVELOPMENT DEPT
CALDARA & SONS CONTRACTING INC
CALIFORNIA DAIRIES
CAMPBELL SALES COMPANY
CAMPBELLS
CANDLE-LITE
CAPTURERX
CARDINAL HEALTH 110 DBA PARMED
CARDLYTICS INC
CAREER START
CAREERSTAFF UNLIMITED INC
CAREMARK LLC
CAREWISC
CARROLL INDEPENDENT FUEL LLC
CARTER INTRALOGISTICS
CASCADE WHOLESALE HARDWARE
CASHCO DISTRIBUTORS INC
CASS INFORMATION SYSTEMS INC
CATALINA MARKETING CORP
CATHOLIC HEALTH SERVICES OF LONG
    ISLAND
CATHOLIC HEALTH SERVICES, INC.
CCBCC OPERATIONS LLC
CDW DIRECT LLC
CELSIUS HOLDINGS INC
CENTOR INC
CHANGE HEALTHCARE
CHARLES ALVIN LUDWICK DBA
CHARTWELL PENNSYLVANIA LP
CHATTEM, INC.
CHECKPOINT SYSTEMS INC

CHURCH & DWIGHT CO INC.
CIG HARBOR WHOLESALE
CITY OF DANVILLE
CITY OF PHILADELPHIA
CITY OF SPRINGFIELD, IL
CITY OF SPRINGFIELD, MO
CITY OF TOPEKA
CLOVER FARMS DAIRY
COCA-COLA
COHO DISTRIBUTING DBA COLUMBIA
COLGATE PALMOLIVE
COLUMBIA DIST OF SEATTLE
COMANCHE COUNTY HOSPITAL
    AUTHORITY
COMBE INC
COMMERCIAL TRAFFIC COMPANY
COMMUNITY HEALTHCARE SYSTEM
COMPASS HEALTH BRANDS
COMPTROLLER OF MARYLAND
CON AGRA SNACK FOODS GROUP
CONAIR
CONCENTRIC HEALTH ALLIANCE INC
CONCEPTION PHARMACY, LLC
CONDUENT HUMAN RESOURCES SVCS
CONNECTICUT COMMISSIONER OF
    REVENUE SERVICES
CONOPCO, INC. (UNILEVER)
CONSOLIDATED SOLUTIONS
CONTINENTAL AMERICAN INS CO
COOLSYS LIGHT COMMERCIAL SOL
CORE BTS INC
CORE MARK
COSTCO PHARMACIES
COTIVITI INC
COTY BEAUTY
COX HEALTH
CRAIG ELECTRONICS INC
CREATE A TREAT LTD
CREST BEVERAGE LLC
CROSSCOM NATIONAL LLC
CSL SEQIRUS
CT LOGISTICS
CURTIS MARUYASU
CUSHMAN & WAKEFIELD
CUSURANCE GROUPS
CVS PROCARE PHARMACY INC
D. THOMAS & ASSOCIATES INC
DAKTRONICS, INC
DARTMOUTH-HITCHCOCK PHARMACY
DAVE'S CONSTRUCTION SERVICE
DEACONESS HEALTH SYSTEM INC

DELAWARE DIVISION OF REVENUE
DELOITTE & TOUCHE LLP
DELTA DENTAL OF PENNSYLVANIA
DEMATIC CORPORATION
DIEBOLD NIXDORF INCORPORATED
DIRECT BEAUTY LLC
DISCOUNT DRUG MART
DIVISIONS INC DBA DIVISIONS
DIXIE/JAMES RIVER CO.
DONAGHY SALES INC
DOORDASH, INC
DORA'S NATURALS INC
DOUBLE H PLASTICS INC
DOVE CONTRACTING, INC
DR PEPPER/SEVEN UP, INC
DR REDDY'S LABORATORIES INC
DRYLOCK TECHNOLOGIES LTD
DUKE REALTY LP
DUNNHUMBY INC
DURACELL DISTRIBUTING INC
E.L.F. COSMETICS INC
EAST BAY DRAYAGE DRIVERS
        SECURITY FUND
ECHOSTAR
ECLIPSE ADVANTAGE LLC
EDGEWELL PERSONAL CARE
EDGEWELL PERSONAL CARE BRANDS
EILLIEN'S CANDIES INC
ELDERCARE PHARMACY
ELEMENT FLEET CORPORATION
ELIZABETH ARDEN
ELLUME USA LLC
EMERSON HEALTHCARE LLC
EMPLOYEE PAINTERS TRUST
EMSON - E. MISHAN & SON
ENCOMPASS RX
ENERGIZER PERSONAL CARE, LLC
ENGIE IMPACT
ENGIE INSIGHT SERVICES INC
ENVISION INSURANCE COMPANY
EPIC PHARMACY NETWORK INC
EPIC PHARMACY PLLC
ERNST & YOUNG LLP
ESSENDANT CO
ESSENTIA WATER
EVERSANA LIFE SCIENCE SERVICES LLC
EXACTCARE
EXCELL MARKETING, LC
EXPERIAN
EXPRESS SCRIPTS SPECIALTY DIST SVCS
F&F CONSTRUCTION INC

FACEBOOK INC
FACILITYSOURCE, INC
FANTASY FARMS (NEXXUS)
FARMACIA DEL CARMEN
FARMACIA DEL PUEBLO
FARMACIA MARIE
FARMACIA MARISEL
FARMACIA NUEVA
FARMACIA SAN ANTONIO
FARMACIA SAN LUIS
FARMACIA SAN RAFAEL
FARMACIAS PLAZA
FERRARA CANDY COMPANY
FERRARA PAN CANDY
FERRELLGAS LP DBA BLUE RHINO
FERRERO USA INC.
FERTILITY PHARMACY OF AMERICA
FGX INTERNATIONAL
FIJI WATER COMPANY LLC
FINTECH ALCOHOL
FIRST ADVANTAGE BACKGROUND SVC
FIRST QUALITY CONSUMER
FIRST SYMETRA NATIONAL LIFE
FLIPP CORPORATION
FLP LLC
FMC PHARMACY SERVICES
FORREST GENERAL HOSPITAL
FORUM EXTENDED CARE SVC INC II
FORVIS, LLP
FOUNDATION CONSUMER HEALTHCARE
FOUR B CORPORATION
FRANKFORD CANDY & CHOCOLATE CO
FRANKLIN DISTILLERS PROD
FRED HUTCHINSON CANCER CENTER
        SOUTH LAKE UNION RET
FRESENIUS MEDICAL CARE RX
FRITO-LAY, INC
FUJIFILM NORTH AMERICA CORP
GALDERMA LABORATORIES
GALLO SALES CO
GARDA CL WEST INC.
GEISINGER SPECIALTY PHARMACY
GENERAL MILLS
GENOA A QOL HEALTHCARE COMPANY
        LLC
GENOA HEALTHCARE LLC
GENZYME CORPORATION
GERICARE PHARMACEUTICALS
GERRESHEIMER
GHIRARDELLI CHOCOLATE CO.
GHS

GIANT EAGLE INC
GLAXOSMITHKLINE
GMS BENEFITS
GNC BRAND
GOLDEN GROVE TRADING, INC.
GOODRX, INC.
GOOGLE INC
GRACIOUS LIVING
GREAT LAKES COCA COLA
GREENVILLE HOSPITAL SYSTEM
GREENWOOD BRANDS, LLC
GUAM SDA CLINIC PHARMACY
GUIDEPOINT LLC
HALFON CANDY COMPANY INC
HANNAFORD BROS CO INC
HARBOR DISTRIBUTING LLC
HARIBO OF AMERICA, INC.
HAVAS WORLDWIDE NEW YORK INC
HCL AMERICA INC
HCL TECH CORP SERV LTD
HEALTH TEAM ADVANTAGE
HEB GROCERY COMPANY LP
HECNY GROUP
HECNY TRANSPORTATION
HEIMARK DISTRIBUTING CO
HENKEL CORPORATION
HERR FOODS, INC
HERSHEY CHOCOLATE
HEXAWARE TECHNOLOGIES, INC (ACH)
HFC PRESTIGE INT'L US LLC
HIGH RIDGE BRANDS COMPANY
HIGHMARK PENNSYLVANIA
HITACHI VANTARA LLC
HOLLYWOOD III CONSTRUCTION INC
HOMEDICS
HONSHA INC
HORMEL FOODS SALES LLC
HUDSON RPM DIST LLC
HUGHES NETWORK SYSTEMS INC
HYLAND'S INC
IBEW LOCAL 351
IBM
ICONEX LLC
ICONTROL SYSTEMS USA LLC
ICP INC
IDEAVILLAGE PRODUCTS CORP
IGLOO CORPORATION
I-HEALTH
IMAGINE 360 (GROUP & PENSION ADMIN)
INCOMM
INFINIUM PHARMACY - REPUBLIC

INFOSYS LIMITED
INMAR RX SOLUTIONS INC
INSIGHT DIRECT USA INC
INSTACART
INTEGRATED IMAGE INC
INTEGRITY RX SPECIALTY PHARMACY
        LLC
INTEPLAST GROUP LTD
INTERNAL REVENUE SERVICE
INTERNATIONAL WHOLESALE
INTRUST FINANCIAL CORPORATION
IOVATE HEALTH SCIENCES SER INC
IRON MOUNTAIN OFF-SITE
IRONWORKERS INTERMOUNTAIN
        HEALTH & WELFARE FUND
IRVINE COMPANY
IRVING CONSUMER PRODUCTS INC
IRWIN NATURALS
J.B. HUNT TRANSPORT
JACK & JILL ICE CREAM
JACK & ROBERTA BERNBAUM TRUST
JACK LINKS
JE DUNN CONSTRUCTION
JOHN B SANFILIPPO AND SON INC
JOHNSON & JOHNSON CONSUMER INC
JOHNSON COUNTY, KS
JONES LANG LASALLE AMERIC
JUST BORN
K VA T FOOD STORES INC
KAMIN REALTY
KAO USA INC
KAYSER-ROTH CORPORATION
KAZ
KEHE DISTRIBUTORS LLC
KELLOGG COMPANY
KELLOGG SNACKS
KIMBERLY CLARK CORP.
KIND HEALTHY SNACKS
KING COUNTY TREASURER
KINGS PHARMACY
KINNEY DRUGS
KISS PRODUCTS, INC
KMART CORPORATION
KOKIE COSMETICS INC
KORN FERRY (US)
KRAFT/GENERAL FOODS
L&R DISTRIBUTORS
L. PERRIGO CO.
LABOR ALLIANCE MANAGED TRUST
LAFOURCHE PARISH SCHOOL BOARD
LANDSBERG ORORA

26

LASKO METAL PRODUCTS
LAWRENCE MEMORIAL HOSPITAL
LEGACY GROUP ENTERPRISES INC
LEO BURNETT COMPANY
LEPAGES INC
LEXISNEXIS RISK SOLUTIONS
LIBERTY COCA-COLA BEVERAGES
LIBERTY MEDICAL INC.
LIFESCAN, INC.
LIFETREE PHARMACY
LINDT
LIVING ESSENTIALS
LNK INTERNATIONAL
LOCAL 1199 PENSION
LOGICSOURCE
LONGS DRUG STORES
L'OREAL PARIS
LOS ANGELES CO TAX COLLECTOR
LYNNFIELD COMPOUNDING CENTER INC
M & M MARS
MAC RX LLC
MANDELL'S PHARMACY
MANHATTAN ASSOCS
MANHATTAN BEER DIST
MARC ANTHONY COSMETICS LTD
MARKSTEIN BEV #64832
MARKWINS BEAUTY PRODUCTS INC
MARSH USA INC
MARYLAND OFFICE OF THE
    COMPTROLLER
MASSACHUSETTS MEDICAID (MASS
    HEALTH)
MATTEL TOYS
MATTHEWS INTERNATIONAL CORP
MAXOR SPECIALTY PHARMACY
MAXORPLUS LTD
MAYER BROS. APPLE PRODUCTS INC
MC SIGN COMPANY
MCK FE OTC
MCKESSON DRUG
MCKESSON HIGH VOLUME SOLUTIONS
MCKESSON SPECIALTY
MCKINSEY & COMPANY INC
MCS ADVANTAGE INC
MDR ENCINO PHARMACY
MDR WESTWOOD CENTER PHARMACY
MEAD JOHNSON
MEDICAL SECURITY CARD CO
MEDLINE INDUSTRIES INC
MEDPLUS - A PLUS PHARMACY
MEDRX PHARMACY

MEDTECH LABS
MEIJER PHARMACY RECEIVABLES
MERCY HEALTH ACCOUNTABLE CARE
    ORGANIZATION
METHOD PRODUCTS, INC.
METRO DRUG
METRO ONE LPSG INC
METROPOLITAN TRANS AUTH
MICHIGAN DEPT. OF TREASURY
MICROLIFE USA INC
MICROSOFT CORPORATION
MIDDLETOWN CITY SCHOOL DISTRICT
MIDWAY IMPORTING INC
MISSOURI STATE UNIVERSITY
MJ MORGAN GROUP
MOJO PSG US LLC
MONDELEZ GLOBAL LLC
MOODY'S INVESTORS SERVICE
MU SIGMA BUSINESS SOLUTIONS
MUSC HOLLINGS CANCER CENTER
    PHARMACY
N.Y. STATE SALES TAX
NAI NEW ALBERTSONS INC
NAPLES PROCESSING SERVICES
NATIONAL BEEF
NATIONAL JANITORIAL SOLUTIONS
NATIONAL PHARMACY OF MISSISSIPPI
NATROL LLC
NATURE MADE-PHARMAVITE
NATURES BOUNTY, INC.
NEILMED PHARMACEUTICALS, INC
NEO G USA INC
NESTLE PURINA PETCARE COMPANY
NESTLE USA INC
NESTLE WATERS NORTH AMERICA
NESTLES FOOD
NETJETS AVIATION INC
NEW HAMPSHIRE MEDICAID
NEW JERSEY SALES TAX
NEW LONDON COUNTY
NEW YORK DEPT OF FINANCE
NEWERA PHARMACY
NEWPORT NEWS PUBLIC SCHOOLS
NEXTECH NE LLC
NEXXUS GROUP PUBLICATIONS
NIAGARA BOTTLING LLC
NJ DIVISION OF REVENUE
NOBLE HEALTH SERVICES INC
NORTH KANSAS CITY HOSPITAL
NORTHERN CA PHARMACISTS CLERKS
NORTHWEST IRONWORKERS

NORTHWEST SHEET METAL WORKERS
NRS BRANDS
NUTRABOLT/C4
NYC DEPT. OF FINANCE
NYS EMPLOYMENT TAXES
NYS TAX DEPARTMENT
OBERTO SAUSAGE CO
OCEAN SPRAY CRANBERRIES INC
OCU HEALTH & WELFARE TRUST
OHIO BUREAU OF WORKERS'
    COMPENSATION
OHIO DEPT OF TAXATION
OHIO LABORERS DISTRICT COUNCIL OF
    OHIO
OLIVER WYMAN INC
OLLY PUBLIC BENEFIT CORP
OMNICARE
OMRON HEALTHCARE INC.
ON TARGET MAINTENANCE INC
ONCO360
ONCOLOGY PHARMACY SERVICES INC
ONTEL PRODUCTS CORP
OPEX CORPORATION
OPTIME CARE INC
OPTION CARE
OPTUM PHARMACY 701 LLC
OPTUM PHARMACY 702 LLC
OPTUM PHARMACY 705 LLC
OPTUM PHARMACY 707 INC
OREGON DEPARTMENT OF REVENUE
ORIGINAL GOURMET FOOD COMPANY
ORSINI PHARMACEUTICAL SERVICES
    LLC
OVERLAND SUPPLY, INC
OW LOGISTICS
OWL SPECIALTY PHARMACY
PA DEPT OF REVENUE
PACIFIC BEV CO 61116
PACIFIC WORLD CORP
PANTHERX SPECIALTY PHARMACY
PAPYRUS-RECYCLED GREETINGS INC
PARAMOUNT FARMS INC.
PARFUMS DE COEUR
PEACH STATE ROOFING INC
PENNSYLVANIA DEPARTMENT OF
    REVENUE
PENNSYLVANIA UC FUND
PEPPERIDGE FARM, INC
PEPSI COLA COMPANY
PERFETTI VAN MELLE USA INC
PERRIGO CO.

PHARMA FORCE GROUP LLC
PHARMACY CARE USA OF ADDISON LLC
PHARMERICA
PHARMSCRIPT OF IL LLC
PHARMSCRIPT OF IN LLC
PHARMSCRIPT OF MD LLC
PHARMSCRIPT OF OH LLC
PHILADELPHIA SIGN COMPANY
PHILIPS CONSUMER LIFESTYLE
PHOENIX BENEFITS MANAGEMENT
PHYSICIANS FORMULA INC
PIPING ROCK HEALTH PRODUCTS
PL DEVELOPMENTS
PLUMBERS & STEAMFITTERS LOCAL 400
    AND MCA OF NORTH
POST CONSUMER BRANDS LLC
POWERHOUSE RETAIL SERVICES INC
PPOK RXSELECT
PREMIER BRANDS OF AMERICA
PREMIER NUTRITION COMPANY
PREMIER PHARMACY CARE LLC
PREMIER PHARMACY SERVICES
PRESTIGE BRANDS
PRIORITY INC
PRISMA HEALTH
PROCTER & GAMBLE
PRO'S CHOICE BEAUTY CARE
PROSPERITY PHARM MED CTR INC DBA
    HANN'S PHARMACY
PROTIVITI INC
PROTOS SECURITY
PROVIDER PARTNERS PLANS
PROVIDER PAY
PSC GROUP LLC
PSG HEALTH SYSTEMS SOLUTIONS
PURERED
PWNHEALTH LLC
QUAD
QUAKER OATS
QUALITAS MANUFACTURING INC
QUALITY KING-DIV
QUALITY PHARMACY
QUALTRICS LLC
QUINCY BIOSCIENCE
QUTEN RESEARCH INSTITUTE LLC
R.R. DONNELLEY
RALEYS THIRD PARTY ACCT
    RECEIVABLE
RARITAN PHARMACEUTICALS INC
RAW SUGAR LLC
RB HEALTH US LLC

RC MAINTENANCE HOLDINGS INC
READERLINK DISTRIBUTION
REALTY INCOME CORP
REALTY INCOME PA PROPERTIES
REALTY INCOME PROPERTIES 28
RECKITT BENCKISER
RED BULL DISTRIBUTING CO INC
RELAYHEALTH
REMEDI SENIORCARE
RENTOKIL PEST CONTROL
RESSAC INC
RETA TRUST
RETAIL LOGISTICS EXCELLENCE
RETRACTABLE TECHNOLOGIES INC
RETURN MANAGEMENT SERVICES INC
REVLON BEAUTY CARE
REYES COCA-COLA BOTTLING LLC
REYES HOLDINGS
RHINOSYSTEMS INC
RICOLA
RIGHTPOINT CONSULTING LLC
RITE AID FOUNDATION KIDCENTS
RIVERSIDE CNTY. TAX COLLECTOR
ROCON BUILDING INTERIORS
ROYAL WINE COMPANY
RR DONNELLEY INC
RSF PHARMACY INC.
RUSSELL STOVER CANDY COMPANY
RUSSELL STOVER CHOCOLATES LLC
RX STRATEGIES INC
RYDER
RYDER INTEGRATED LOGISTICS
RYDER TRANSPORTATION SERVICES
S.C. JOHNSON & SON INC.
SAFEWAY
SAMS EAST & WEST
SAN ANTONIO WINERY
SAN DIEGO COUNTY TAX COLLECTOR
SAN JUAN REGIONAL MEDICAL CENTER
SANDSRX LLC
SANFORD LP
SANOFI-AVENTIS US LLC
SANTA CLARA VALLEY HEALTH AND
    HOSPI
SAP AMERICA INC
SARRIS CANDIES
SCHRAFT'S 2.0 LLC
SCOPES FACILITY SERVICES, LLC
SCRIPTDASH
SCRIPTDROP INC
SCRIPTPRO USA INC

SEA ISLAND
SECURITY SOURCE
SENDERRA RX PHARMACY
SENIOR SOLUTIONS PHARMACY
SENTRY DATA SYSTEMS INC
SEQIRUS USA INC
SERVICECHANNEL COM INC
SEVEN UP COMPANY, COLUMBUS
SEVEN UP RC BTLG. CO
SHARPS COMPLIANCE INC.
SHEET METAL WORKERS LOCAL 100
    HEALTH FUND
SHEET METAL WORKERS LOCAL 17
SHERALVEN ENTERPRISES LTD
SHRED-IT USA LLC
SIGNART
SIGNATURE HEALTHCARE
    CORPORATION
SIMONS DISCOUNT PHARMACY
SIMPLY GOOD FOODS USA INC
SINCH INTERCONNECT LLC
SINGLECARE SERVICES LLC
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
SKILLED NURSING PHARMACY
SKULLCANDY, INC.
SMUCKER RETAIL FOODS INC
SNAPPLE DISTRIBUTORS INC
SO CALIF DRUG PENSION FUND
SO CALIFORNIA DRUG BENEFIT FND
SODASTREAM
SOUND HEALTH & WELLNESS
SOUTH MIAMI PHARMACY
SOUTHCOAST HEALTH NETWORK
SOUTHERN CALIFORNIA DRUG
SOUTHERN GLAZER'S CA
SOUTHERN WINE
SOUTHWIRE COMPANY LLC
SPANGLER CANDY COMPANY
SPARTANNASH CIG
SPECIAL CARE PHARMACY SERVICES
    LLC
SPECIALTY RX INC
SPRINGBROOK FARMS INC
SPRINGWISE FACILITY MANAGEMENT
SPS SPECIALTY PHARMACY SERVICES
    INC
STAFFMARK INVESTMENT LLC
STANLEY ACCESS TECHNOLOGIES
STAPLES TECHNOLOGY SOLUTIONS
STAPLES, INC.

66701/0001-46553987v2

STARCOM WORLDWIDE, INC
STATE OF DELAWARE
STATE OF WASHINGTON DEPARTMENT
    OF REVENUE
STATE TAX COMMISSION OF IDAHO
STATE TAX COMMISSIONER OF
    VIRGINIA
STEALTH INTERNATIONAL
STORCK USA
STRAUB DISTRIBUTING COMPANY
STRUCTURE TONE, LLC
SUN BUM LLC
SUNBELT RENTALS
SUNSTAR AMERICAS, INC.
SUPERIOR NUT & CANDY
SUPREME DIST
SWEDISH AMERICAN HEALTH SYSTEMS
SWEETENER PRODUCTS CO
SWIRE COCA-COLA USA
SWIRE PACIFIC HOLDINGS INC
SYNCHRONY COLUMBUS PHARMACY
TARRYTOWN EXPOCARE
TASTY BAKING CO.
TATA CONSULTANCY SERVICES LTD
TEAM ONE REPAIR INC
TEAMSTERS LOCAL 14; ZENITH
    ADMINISTRATORS
TEAMSTERS LOCAL 986; ZENITH
    ADMINISTRATORS
TECHNOLOGY RECOVERY GROUP
THE BEVERAGE WORKS NY
THE CITY OF MURFREESBORO
THE CLASSIC JERKY COMPANY
THE CLOROX COMPANY
THE CLOROX SALES CO
THE HERJAVEC GROUP CORP
THE HONEST COMPANY INC
THE KNAPHEIDE MFG. COMPANY
THE KROGER COMPANY
THE MEDICINE SHOPPE
THE MEDICINE SHOPPE PHARMACY
THE OHIO STATE UNIVERSITY
    OUTPATIENT PHARMACY
THE PRUDENTIAL INSURANCE
THE QR PHARMACY
THE SCHOOL DISTRICT OF MANATEE
    COUNTY
THE SCHOOL DISTRICT OF SPRINGFIELD
    R-12
TIME CAP LABORATORIES INC
TOOTSIE ROLL

TOTAL QUALITY LOGISTICS
TOTAL SUPPORT FACILITIES MTNCE
TOYOTETSU AMERICA INC
TRACE3
TRANSPLANT GENOMICS INC
TRAVEL LEADERS LLC
TRAVELERS INDEMNITY CO.
TREASURER OF LUCAS COUNTY
TREASURER OF STATE OF OHIO
TRINITY MANUFACTURING LLC
TRY IT DIST CO, INC
TURNER'S DAIRY FARMS, INC
TY INC.
U.S. COTTON-PRIVATE LABEL
UC HEALTH PHARMACY
UCSD MEDICAL CENTER RETAIL
    PHARMACY
UFCW LOCAL 1529
UFCW NORCAL
ULTRA/STANDARD DISTRIBUTORS
UNFI
UNILEVER
UNILEVER HPC USA
UNION HOSPITAL
UNIVERSITY HEALTH CARE SYSTEM
UNIVERSITY HOSPITALS HOME CARE
    SERVICES
US ECOLOGY LIVONIA INC
UTZ QUALITY FOODS
UVM MEDICAL CENTER OUTPATIENT
    PHARMACY
UW HEALTH
VA DEPT. OF TAXATION
VA PREMIER ADVANTAGE ELITE DSNP
VA PREMIER ELITE
VALASSIS DIRECT MAIL INC
VALEANT PHARMACEUTICALS
VALLEY WIDE BEVERAGE CO INC
VAXSERVE, INC
VCU HEALTH SYSTEM ACC PHARMACY
VECTOR SECURITY INC
VENTURE INTERNATIONAL, INC.
VERIDIAN HEALTHCARE LLC
VERIFONE INC C/O WELLS FARGO
VERILY LIFE SCIENCES LLC
VERITY SOLUTIONS GROUP INC
VESTCOM NEW CENTURY LLC
VICTORY WHOLESALE GROUP
VI-JON INC
VI-JON LLC
VIKING YACHTS

VILLAGE PHARMACY
VIRGINIA PREMIER HEALTH PLAN
VONS COMPANIES INC
WABASH NATIONAL
WAFFLE HOUSE SYSTEM EMPLOYEE
    BENEFIT
WAHL CLIPPER CORP
WALGREENS DRUG STORES
WASHINGTON STATE LIQUOR
WATTERSON ENVIROMENTAL GROUP
WEATHERVANE SERVICE INC
WELLA OPERATIONS US LLC
WELLPARTNER INC
WENTWORTH DOUGLAS HOSPITAL
WEST SHORE TAX BUREAU
WEST VIRGINIA SENIOR ADVANTAGE
WESTCORE BRAVE LANCASTER LLC

WESTERN TECHNICAL COLLEGE
WESTMINSTER PET PRODUCTS
WEX INC
WFP RETAIL CO LP
WILDAN LIGHTING & ELECTRIC INC
WINE WAREHOUSE
WIS INTERNATIONAL
WM
WONDERFUL PISTACHIOS & ALMONDS
WORKDAY, INC
WORLD COLOR-QUAD/GRAPHICS
WRIGHT BEVERAGE DISTRIBUTING
YOUNGS MARKET CO-DIV. I
YOUNGS MARKET COMPANY
YUSEN LOGISTICS (AMERICAS) INC
ZENLEN INC DBA NATIVE COS
ZOOMINFO TECHNOLOGIES INC

66701/0001-46553987v2

## SCHEDULE 2

### Disclosure List[1]

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| A&G Realty Partners | A&G Realty Partners (l/k/a Melville, NY) | Current Client |
| Aegon USA Investment Management, LLC | Aegon USA Realty Advisors | Current Client |
| Agency Within LLC | Agency Within LLC d/b/a Within | Current Client |
| Albertsons | Albertsons Companies | Former Client |
| Albertsons | Albertson's Holdings | Affiliate of Current Client |
| Alrose Patchogue, LLC | Alrose Patchogue LLC | Former Client |
| American News Company; ANC | ANC Holdco (f/k/a American News Company) | Current Client |
| American News Company; ANC | ANC Holdco (f/k/a American News Company) | Affiliate of Current Client |
| Ankura Consulting Group LLC | Ankura Consulting | Former Client |
| Applied Underwriters (Texas) | Applied Underwriters | Affiliate of Former Client* |
| Aspen Insurance Holdings | Aspen Insurance UK Limited | Former Client |
| ATCO Equities, LLC | ATCO Properties | Affiliate of Former Client |

---

[1]      * Cole Schotz has an advance waiver permitting it to appear adverse to those clients marked with one asterisk.

| BCBS | Horizon Blue Cross Blue Shield of New Jersey | Former Client |
|---|---|---|
| Berkley Research Group | Berkley Research Group, LLC | Current Client |
| Berkshire Hathaway | Berkshire Hathaway | Affiliate of Former Client* |
| Big Geyser, Inc. | Big Geyser, Inc. | Current Client |
| Blackrock Advisors, LLC | Black Rock 1 | Affiliate of Former Client |
| Blackrock Advisors, LLC | Black Rock 2 | Affiliate of Former Client |
| Blackrock Advisors, LLC | Black Rock 3 | Affiliate of Former Client |
| Blackrock Advisors, LLC | Black Rock 4 | Affiliate of Former Client |
| Blackrock Advisors, LLC | Black Rock 5 | Affiliate of Former Client |
| Blackrock Advisors, LLC | Black Rock 6 | Affiliate of Former Client |
| Brigade Capital Management, L.P. | Brigade Capital | Officer of Former Client |
| Celsius Holdings Inc. | Celsius US Holding | Affiliate of Former Client |
| CI Investments, Inc | CI Hospitality Investment, LLC | Affiliate of Current Client |
| CLPF Harbour Pointe LLC | CLPF-Essex Green | Former Client |
| CP/Ipers Woodfield, LLC | CP/Ipers New Hyde | Current Client |
| Del Mar Highlands TCA I, LLC | Del Mar Highlands Town Center | Affiliate of Current Client |
| Donahue Schriber Realty Group LP | Donahue Schriber Realty Group | Current Client |
| Dr Pepper/Seven Up, Inc | Keurig / Dr. Pepper | Current Client |
| Dr. Reddy's Laboratories, Inc. | Dr. Reddy's Laboratories | Current Client |

33

| | | |
|---|---|---|
| Duracell Distributing Inc. | Duracell Distributing | Affiliate of Former Client* |
| EDC Drug Stores, Inc. | EDC Drug Stores, Inc. | Co-Defendant of Current Client |
| Equity One (NE Portfolio) LLC | Equity One | Former Client |
| Estudillo Shopping Center | Estudillo Holdings | Former Client |
| Evercore Inc. | Evercore | Former Client |
| Flowers Foods, Inc. | Flowers Food | Affiliate of Current Client |
| Foley & Lardner | Foley & Lardner | Former Client |
| FTI Consulting | FTI Consulting | Current Client |
| Gator Hillside Village, LLC | Gator Hillside Village | Affiliate of Current Client |
| Genova Burns LLC | Genova Burns | Former Client |
| Great American | B. Riley & Great American Group | Former Client |
| GRI Sunset Plaza, Inc. | GRI Sunset Plaza | Current Client |
| Guidepoint, LLC | Guidepoint Global | Current Client |
| Hackensack Meridian RediClinic Inc. | Hackensack Meridian | Affiliate of Current Client |
| Hershey Chocolate | The Hershey Company | Current Client |
| Hudson RPM Dist LLC | Hudson RPM Distributors | Former Client |
| Hudson RPM Dist LLC | Hudson News Distributors | Affiliate of Current Client |

| Illinois Insurance Company | Illinois Insurance Co. | Affiliate of Former Client* |
|---|---|---|
| Invesco Capital Management, LLC | Invesco CMI Investment | Former Client |
| Jefferies, LLC | Jefferies Finance, LLC | Former Client |
| Kaz | Kaz Hudson Properties (Hudson, NY) | Current Client |
| Kellog Company | Kellog Company | Former Client |
| Kimco Realty Corporation | Kimco Realty | Current Client |
| Kin Properties Inc. | Kin Properties | Current Client |
| Kraft/General Foods | Kraft Foods & Affiliates | Former Client |
| L&R Distributors | L&R Distributors | Former Client |
| Levin Management Corporation | Levin Management | Former Client |
| Liberty Mutual | Liberty Mutual Surety | Former Client |
| LifeScan Inc. | LifeScan | Affiliate of Current Client |
| Marathon Asset Management, L.P. | Marathon Asset Management | Current Client |
| Mascot LLC | Mascot, LLC | Former Client |
| Moody's Investors Service | Moody Investors and Affiliates | Affiliate of Former Client |
| MWW Group LLC | MWW Group | Former Client |
| NAI New Albertsons Inc | NAI Holdings/New Alberston's Inc. | Affiliate of Current Client |

35

| NetJets Aviation Inc | NetJets as affiliates | Affiliate of Former Client |
|---|---|---|
| Pacific Power-Rocky Mountain Power | Rock Mountain Power Foundation | Affiliate of Former Client* |
| Perry Drug Stores, Inc. | Perry County Food & Drug, Inc. | Co-Defendant of Former Client |
| Pinnacle Capital, Ltd. | Pinnacle Capital Partners | Former Client |
| QBE | QBE Insurance | Affiliate of Former Client |
| Riker Danzig LLP | Riker Danzig | Affiliate of Former Client |
| Roger Meltzer | Roger Meltzer | Former Client |
| Rosemary Gambardella | Hon. Rosemary Gambardella | Former Client |
| RR Donnelley Inc | RR Donnelly & Sons | Current Client |
| Sixth Street Advisers, LLC (TPG Captial) | TPG Capital | Affiliate of Current Client |
| State of California | The People of the State of California | Former Client |
| Stefan M. Selig | Stefan Selig | Affiliate of Former Client |
| Sterling Group Asset Management c/o Allied Property Management, a/k/a Allied Property Group | Allied Properties | Current Client |
| TPG Capital, L.P. | TPG Capital | Affiliate of Current Client |

36

| Urstadt Biddle Properties, Inc. | Urstadt Biddle Properties | Affiliate of Former Client |
|---|---|---|
| Valley Health System | Valley Health System | Current Client |
| Valley Medical Center | Valley Hospital | Current Client |
| Valley Medical Center | Valley Hospital Foundation | Former Client |
| Wells Fargo; Wells Fargo Bank | Wells Fargo | Affiliate of Former Client* |
| Wells Fargo Securities, LLC | Wells Fargo | Affiliate of Former Client* |
| XL | XL Specialty Insurance | Affiliate of Former Client |
| Zurich American Insurance Company | Zurich American Insurance | Affiliate of Former Client |
| [CONFIDENTIAL] | [CONFIDENTIAL] | Former Client |

37

## <u>Exhibit B</u>

## **Sabatino Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning ((admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:

RITE AID CORPORATION, *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-18993 (MBK)

(Jointly Administered)

**DECLARATION OF THOMAS J. SABATINO IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY
CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Thomas J. Sabatino, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and

belief, and after reasonable inquiry, declare:

1.      My name is Thomas J. Sabatino. I am over the age of 21. I am the Executive Vice

President and Chief Legal Officer of Rite Aid Corporation, a Delaware corporation and one of the

---

[1]      The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of
the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website
of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite
Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200
Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

above-captioned debtors in possession (collectively, the "Debtors").  I have served as a consultant

to the Debtors since June 2023.  Accordingly, I am generally familiar with the business operations,

business and financial affairs, and books and records of the Debtors and am in all respects

competent to make this Declaration (the "Declaration").

2.      Except as otherwise indicated herein, the facts set forth in this Declaration are based

upon my personal knowledge, my review of relevant documents, information provided to me by

Cole Schotz and/or employees working under my supervision, or my opinion based upon my

experience, knowledge, and information concerning the Debtors' operations.  I am authorized to

submit this Declaration on the Debtors' behalf.  If called upon to testify, I would testify

competently to the facts set forth in this Declaration.

3.      This Declaration is submitted in support of the *Debtors' Application for Entry of*

*an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Co-*

*Counsel to the Debtors Nunc Pro Tunc to the Petition Date* (the "Application"),[2] filed concurrently

herewith.

4.      This Declaration also is submitted provided pursuant to Section D.2 of the *Appendix*

*B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

*Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,* effective as of November 1,

2013 (the "U.S. Trustee Guidelines"), promulgated by the Office of the United States Trustee (the

"U.S. Trustee").  I am informed by Cole Schotz that the U.S. Trustee Guidelines require that any

application for employment of an attorney under section 327 or 1103 of the Bankruptcy Code be

accompanied by a verified statement from the client that addresses the following:

        (a)      The identity and position of the person making the verification.  The person
                ordinarily should be the general counsel of the debtor or another officer

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

responsible for supervising outside counsel and monitoring and controlling legal costs.

(b)     The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

(c)     The number of firms the client interviewed.

(d)     If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

(e)     The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.  If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in nonbankruptcy cases to supervise outside general counsel, explain how and why.  In addition, describe any efforts to negotiate rates including rates for routing matters, or in the alternative to delegate such matters to less expensive counsel.

5.      In my capacity as Executive Vice President and Chief Legal Officer of Rite Aid Corporation, I am part of the Debtors' team responsible for supervising the Debtors' outside counsel and monitoring and controlling legal costs.

6.      Prior to the Petition Date, K&E informed the Debtors that they were obligated to retain New Jersey counsel to represent them in these Chapter 11 Cases. In that regard, K&E strongly recommended that the Debtors retain Cole Schotz. In recommending Cole Schotz, K&E expressed that Cole Schotz was the premier law firm in New Jersey with a preeminent bankruptcy practice, significant experience appearing before this Court, an in-depth knowledge of the local practice and procedure, and a competitive rate structure. The Debtors relied on K&E's recommendation and elected to retain Cole Schotz on that basis.  The Debtors did not interview any other firms.

66701/0001-46553987v2

7.    Since its retention, Cole Schotz has provided advice and assisted the Debtors in certain aspects of their restructuring efforts based on its experience with cases of large and complex companies like the Debtors.  In addition, Cole Schotz has provided advise on the local rules, procedures, and practices in this District.  I believe that for these reasons Cole Schotz is well-qualified to serve as the Debtors' bankruptcy co-counsel in these Chapter 11 Cases.  Moreover, in the event Cole Schotz has a disabling conflict of interest in these Chapter 11 Cases, that matter will be handled by K&E.

8.    I have confirmed with Cole Schotz that, although its billing rates vary from attorney to attorney based on such facts as the attorney's seniority and position with the firm (*e.g.*, member, counsel, or associate), years of experience, and the demand for services in the attorney's particular area of expertise, its billing rates do not vary as a function of whether the services performed relate to a bankruptcy engagement or a non-bankruptcy engagement.

9.    The Debtors have been informed that Cole Schotz endeavors to set the hourly rates for its attorneys and paraprofessionals at levels competitive to those charged by firms with whom they compete.  In addition, the Debtors confirmed that (i) the Cole Schotz attorneys staffed to this engagement will not be charging a premium or in any way increasing their hourly rates over the fees charged to non-bankruptcy clients, and (ii) the material terms for the engagement are comparable to terms of other comparably skilled professionals.

10.    The Debtors supervise outside counsel retained in the ordinary course of business and will supervise the fees and expenses incurred by Cole Schotz in connection with these Chapter 11 Cases.  More specifically, in my capacity as Chief Executive Officer and Chief Restructuring Officer of Rite Aid Corporation, my responsibilities extend to the supervision of counsel through the monitoring of costs, including legal costs.  During the course of these Chapter 11 Cases, I, or

others working under my direction and guidance, will review Cole Schotz's invoices, monthly fee statements, and interim and final compensation applications in connection with Cole Schotz's requests for payment of fees and reimbursement of expenses. Cole Schotz has assured me that, in order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz will continue to coordinate with K&E and any other firms the Debtors retain regarding their respective responsibilities in these Chapter 11 Cases.

11.     I understand that Cole Schotz historically increases its hourly billing rates for their professionals and paraprofessionals on September 1 of each year. The Debtors have consented to such ordinary course rate increases.

12.     Cole Schotz has indicated that it will provide the Debtors with prospective budgets and staffing plans in accordance with the U.S. Trustee Guidelines. The Debtors recognize, however that in the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Cole Schotz. The Debtors recognize that it is their responsibility to closely monitor Cole Schotz's billing practices and to ensure that the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. The Debtors will work with Cole Schotz to amend the budget and staffing plan as necessary during the pendency of these Chapter 11 Cases.

13.     To the extent the Debtors have an objection to the fees and expenses requested by Cole Schotz in any monthly fee statement or interim or final compensation applications that cannot be informally resolved to the Debtors' satisfaction, Cole Schotz has informed me that it will file a Notice of Objection to Fee Statement on the Debtors' behalf. I understand that Cole Schotz reserves all rights to contest any such objection raised to the allowance or payment of its requested fees and

expenses, and the Debtors reserve all rights to retain conflicts counsel to prosecute any such fee objection to the extent it cannot be resolved informally by the parties.

14.     Nothing contained herein is intended to limit Cole Schotz's ability to request allowance and payment of fees and expenses pursuant to sections 330 and 331 of the Bankruptcy Code, nor to restrict Cole Schotz's rights to defend any objection raised to the allowance or payment of such fees, nor to restrict the Debtors' right to retain conflicts counsel to prosecute any such fee objection to the extent it is not resolved informally by the parties or raised by another party-in-interest, such as the U.S. Trustee.

15.     Based on the foregoing, I am of the opinion that it is necessary for the Debtors to employ Cole Schotz as their counsel in these cases and that such employment is in the best interest of the Debtors' estates.

*[Remainder of page left intentionally blank.]*

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2023                          Respectfully submitted,

                                                  **RITE AID CORPORATION**

                                                  By: */s/ Thomas J. Sabatino*
                                                          Thomas J. Sabatino
                                                          Executive Vice President
                                                          Chief Legal Officer
                                                          Rite Aid Corporation

66701/0001-46553987v2

**<u>PROPOSED ORDER</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| RIDE AID CORPORATION, *et al.*, | Case No. 23-23-18993 (MBK) |
| Debtors. [1] | (Jointly Administered) |

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at  https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

(Page 2)

| | |
|---|---|
| Debtors: | RIDE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

---

## ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

(Page 3)

| | |
|---|---|
| Debtors: | RIDE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

Upon the application (the "Application")[2] of the above captioned debtors and debtors in possession (collectively, the "Debtors"),  pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("Cole Schotz") as their bankruptcy co-counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference of the Bankruptcy Court Under Title* 11, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and Jeffrey S. Stein in support thereof; and the Court being satisfied that Cole Schotz does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 4)

| | |
|---|---|
| Debtors: | RIDE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors are hereby authorized and empowered to employ and retain Cole Schotz as their bankruptcy co-counsel in these Chapter 11 Cases effective as of the Petition Date in accordance with the terms set forth in the Application and the Engagement Letter attached hereto as **Exhibit 1**.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the Debtors' behalf, including compensation for services rendered in connection with the preparation of the petition and accompanying papers, shall be fixed by application to this Court in accordance with sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall make a reasonable effort to comply with the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Cole Schotz in the Chapter 11 Cases.

4.      In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz shall coordinate with Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain regarding their respective responsibilities in these Chapter 11 Cases.  As such, Cole Schotz shall use its best efforts to

(Page 5)

| | |
|---|---|
| Debtors: | RIDE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

---

avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

5.     Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in the Debtors' Chapter 11 Cases and shall file such notice with the Court.  All parties in interest retain rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.     Cole Schotz (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Cole Schotz's fee applications in this case; (iii) shall use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category"); and (iv) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

7.     Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

8.     Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or

(Page 6)
Debtors:              RIDE AID CORPORATION, *et al*.
Case No.              23-18993 (MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                      SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC*
                      TO THE PETITION DATE

---

subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors

at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only;

(iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz;

(iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such

Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications

filed in these cases. No agreement or understanding exists between Cole Schotz and any other person,

other than as permitted by Bankruptcy Code section 504, to share compensation received for services

rendered in connection with these cases, nor shall Cole Schotz share or agree to share compensation

received for services rendered in connection with these cases with any other person other than as

permitted by Bankruptcy Code section 504.

9.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency

of these bankruptcy cases.

10.    Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services,

during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security

retainer and shall not be drawn down absent Court order.

11.    As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole

Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding

the fact that any such amounts shall only be payable as set forth in any order granting that certain

(Page 7)

| | |
|---|---|
| Debtors: | RIDE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS CO-COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

---

*Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 105] and shall only be allowed upon entry of a Court order allowing them.

12.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the provision concerning fee disputes is null and void during the pendency of these Chapter 11 Cases.

13.     To the extent the Application, the Sirota Declaration, or any engagement agreement pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

14.     The Debtors are authorized to take all action necessary to carry out this Order.

15.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## **EXHIBIT 1**

**Engagement Letter**

66701/0001-46553987v2



Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Michael D. Sirota
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6262
Writer's Direct Fax: 201.678.6262
Writer's E-Mail: msirota@coleschotz.com

September 22, 2023

**ATTORNEY-CLIENT PRIVILEGED
PERSONAL AND CONFIDENTIAL**

<u>**Via E-mail**</u>

Thomas Sabatino, Esq.
EVP and Chief Legal Officer
Rite Aid Corporation
1200 Intrepid Avenue
2nd Floor
Philadelphia, PA 19112

     Re:     Engagement Agreement

Dear Mr. Sabatino:

     Thank you for entrusting your legal needs to us.  This letter and the accompanying Standard Terms of Engagement set forth the terms of Cole Schotz P.C.'s representation of Rite Aid Corporation and its subsidiaries (hereinafter collectively referred to as "the Clients").

     The scope of our representation shall be limited to acting as co-counsel with Kirkland & Ellis ("K&E") in an anticipated Chapter 11 case to be filed by the Clients in the United States Bankruptcy Court for the District of New Jersey.  The services the Firm will provide will include taking direction from K&E with respect to the preparation and filing of the chapter 11 petitions, including review of documents and preparation of the petition with supporting schedules and statements.  During the case, and subject to our ethical obligations discussed above, we will: (1) advise and consult on the prosecution of the chapter 11 case, including all of the legal and administrative requirements of operating in chapter 11; (2) prepare such administrative and procedural applications and motions as may be required for the orderly and efficient conduct of the case; (3) prosecute and defend litigation that may arise during the course of the case; (4) consult with you concerning and participate in the formulation, negotiation, preparation and filing of a plan or plans of reorganization/liquidation and disclosure statement(s) to accompany the plan(s); (5) review and object to claims; (6) analyze, recommend, prepare, and bring causes of action permitted under the Bankruptcy Code; and (7) address conflict matters to the extent necessary and (8) take all steps necessary and appropriate to bring the case to a conclusion.



Thomas Sabatino, Esq.
September 22, 2023
Page 2

The scope of our engagement can only be extended pursuant to supplemental written agreement.  The Clients agree to fully cooperate with us and to provide us with all information relevant to the issues involved in this matter.  We agree to provide conscientious, competent and diligent services and at all times will coordinate with K&E to achieve a favorable outcome on a cost-effective basis.  If you would like us to expand the scope of our engagement or the parties we represent, it must be subject to a separate written agreement.

The Firm's objective to charge a fair fee for the services rendered is achieved primarily by maintaining accurate records of the time spent by each attorney and paralegal on a particular matter and then billing for their time in accordance with the range of hourly rates established.  I will be principally responsible for handling this matter.  Presently, my hourly rate is $1,475.00.  I anticipate that I will also be working with my partners, Felice Yudkin, Warren Usatine and Seth Van Aalten, whose hourly rates are $850.00, $1,150.00 and $1,050.00 respectively, among other lawyers and paralegals as needed.  In addition to legal fees, our out-of-pocket expenses (as more particularly set forth in our Standard Terms of Engagement) will also be reflected in our monthly invoices.

### Retainer

A retainer is required of clients prior to undertaking representation.  The initial retainer requested in this matter is $300,000.00 and will need to be no less than $750,000.00 upon filing a chapter 11 proceeding.  The Firm's invoices will be paid in regular intervals from the retainer account as fees are earned and expenses accrue.  The initial retainer will be an evergreen retainer, replenished on a monthly basis (and before a chapter 11 proceeding is filed), such that the amount of the evergreen retainer will always be at least equal to the outstanding unpaid fees and expenses, whether billed or unbilled.  We reserve the right, in our discretion, to request an additional retainer should circumstances warrant.

In the event of a Chapter 11 proceeding, post-petition fees, charges and disbursements will be due and payable immediately in accordance with fee procedures approved by the Bankruptcy Court.  The Clients understand that while the arrangement in this paragraph may be altered in whole or in part by the Bankruptcy Court, the Clients shall nonetheless remain liable for payment of court approved post-petition fees and expenses.  Such items are afforded administrative priority under 11 U.S.C. § 503(b)(1).  The Bankruptcy Code provides in pertinent part, at 11 U.S.C. § 1129(a)(9)(A), that a plan of reorganization cannot be confirmed unless these priority expenses are paid in full (unless such claimants agree to different treatment) in cash on the effective date of any reorganization plan.  After the petition date, the retainer shall be held and applied against the final Chapter 11 fee application.  At the conclusion of our representation of the Clients, we will apply the balance of the retainer against our final statement and refund any excess to the Clients.

This agreement, as well as our entire attorney-client relationship, shall be governed exclusively by State of New Jersey law.  Should any dispute arise regarding same which cannot be resolved amicably, the courts of the State of New Jersey shall be the exclusive jurisdiction for the dispute to be litigated.

If this agreement is acceptable, please indicate the Clients' understanding and acceptance of the terms and conditions set forth herein by countersigning and returning a copy of this letter



Thomas Sabatino, Esq.
September 22, 2023
Page 3

together with the initial retainer ($300,000.00).  The Firm's wiring instructions are attached for your convenience.

   We look forward to working with you.

         Very truly yours,

         */s/ Michael D. Sirota*

         Michael D. Sirota

MDS:cdc
Attachment
cc: Felice R. Yudkin, Esq.
   Warren A. Usatine, Esq.
   Seth Van Aalten, Esq.

We consent to the terms and conditions set forth above and in the Standard Terms of Engagement for Legal Services attached herewith.

Rite Aid Corporation and its subsidiaries

_____
By: Thomas Sabatino
Title:  EVP and Chief Legal Officer

Dated:  September 22, 2023



## STANDARD TERMS OF ENGAGEMENT
## FOR LEGAL SERVICES

This statement sets forth Cole Schotz P.C.'s ("we," "our," or the "Firm") standard terms of engagement as attorneys for the client(s) ("you" or "your") identified in the accompanying Engagement Letter.  The Engagement Letter sets forth additional terms and conditions, and those terms control in any case where the Engagement Letter conflicts with these standard terms.  The following terms are an integral part of our agreement and should be reviewed carefully.  We also suggest that you retain this statement in your files.  If at any time you have questions about these terms, please let us know as soon as possible so that we can provide you with timely answers.

### THE SCOPE OF OUR WORK
The scope of the legal services we agree to perform for you is described in the Engagement Letter.  If at any time you are not certain about the scope of our representation, please contact us for clarification.  We are happy to answer any questions you may have.

We will do our best to serve you efficiently.  The outcome of any matter is subject to inherent risks and other factors beyond our control.  Therefore, we have not made, and cannot make, any guarantees or promises concerning the outcome of this matter.  Any statements on our part concerning the likely outcome of a matter are expressions of our professional assessment of the matter in question, and such assessments always present a degree of uncertainty because they are limited by our knowledge of the facts, unsettled areas of the law, changes in the state of the law, equitable considerations, exercise of judgment in the application of the law, and many other unknown factors.

Any agreement reached in connection with the engagement may result in a variety of tax consequences.  Unless specifically stated in the accompanying Engagement Letter, the scope of our engagement does not include tax advice.  The Firm will only provide tax advice upon your request and entry into a separate written agreement or amendment to this engagement acceptable to you and the Firm.

Also, unless specifically stated in the accompanying Engagement Letter, the scope of our representation does not include determining whether you possess insurance coverage for any of the losses or expenses that you may incur in connection with this matter.  You should immediately contact your insurance company or broker if you believe such coverage may exist.  Alternatively, you may retain the Firm to assist with making that inquiry and determining coverage, but such

expansion of the scope of our engagement must be agreed to in writing.

### WHO PROVIDES THE LEGAL SERVICES
We assign an attorney as your primary contact at the Firm.  This should be someone in whom you have confidence and with whom you enjoy working.  You are free to request a change of contact person at any time.  The legal work we perform for you may be performed by other lawyers, paralegals and legal assistants in the Firm as well.  We delegate work among our lawyers, paralegals and legal assistants to promote effective and efficient rendition of necessary services.  We are happy to advise you of the names of those attorneys, paralegals and legal assistants who work on your matters and their billing rates.

### HOW FEES ARE SET
We bill you based on the hourly rates for our attorneys and other professionals, depending on the time involved in rendering the necessary services.  We record the time spent on your work, such as internal and external meetings, conferences, negotiations, factual and legal research and analysis, court appearances, document preparation and revision, drafting and review of correspondence, travel on your behalf, and other related services.

The hourly rates of our lawyers, paralegals and legal assistants are based on each timekeeper's knowledge and experience in his/her field and are reviewed and adjusted annually (typically in September) to reflect current levels of legal experience, changes in overhead costs, and other relevant factors.  Any rate changes will be reflected in our monthly invoices.  You will not receive a separate rate change notice.

Our current range of hourly rates is as follows:

| | |
|---|---|
| Members | $575.00 to $1,475.00 per hour |
| Special Counsel | $620.00 to $1,100.00 per hour |
| Associates | $350.00 to $645.00 per hour |
| Paralegals | $260.00 to $440.00 per hour |
| Litigation Support Specialists | $405.00 to $510.00 per hour |

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter.  Whenever possible, we furnish such an estimate based upon our professional judgment, but when we do so, it is always with the understanding that it is not a maximum or fixed-fee quotation.  The

1

COLE SCHOTZ P.C.

ultimate cost frequently is more or less than the amount estimated.

For certain well-defined services, we may quote a fixed fee. Generally, however, we do not accept a fixed fee engagement except in such circumstances or pursuant to a special arrangement tailored to the needs of a particular client. In all such situations, the fixed fee arrangement is expressed in the Engagement Letter, setting forth both the amount of the fee and the scope of the services to be provided in exchange for the fixed fee.

In certain situations, we provide legal services on a contingent fee basis. Any such arrangement must be reflected in a written contingent fee agreement.

OUT-OF-POCKET EXPENSES

As part of our representation, we may incur expenses on your behalf, and these must be paid by you on a timely basis. Whenever such costs are incurred, we itemize and bill them. Typical of such costs are conference calls; postage; messenger services, and express delivery charges; filing fees; deposition and transcript costs; witness fees; travel and overnight expenses; copying, scanning and printing charges; computer research charges (e.g. Lexis and Westlaw research); charges from outside experts and consultants (including accountants, appraisers, and other legal counsel) and fees and expenses related to collecting, hosting and processing electronically stored information. We generally request that outside service providers directly bill our clients for individual charges in excess of $500, or we may invoice you for such charges billed to the Firm prior to your regularly scheduled invoicing.

RETAINER AND TRUST DEPOSITS

You may be asked to pay a retainer in connection with our representation of you. If so, the Engagement Letter provides details about the terms of the retainer.

During the course of our representation, it may be necessary for us to hold funds on your behalf in our Attorney Trust Account. Such trust funds will be deposited and held in a financial institution insured by the Federal Deposit Insurance Corporation ("FDIC").

Federal depository insurance coverage is currently limited to $250,000.00 per account holder in each insured financial institution. Funds held for you in our Attorney Trust Account are aggregated with all other funds belonging to you in the same financial institution in determining whether your deposit balance exceeds insurance limits. You will be notified by our trust accounting department of the financial institution(s) being used. The funds being held on your behalf in

trust together with other funds not held by us on your behalf but to your credit in the same financial institution may exceed FDIC insurance coverage and therefore may not be insured in the event of a bank failure.

If you have any questions, you may contact our Accounting Department.

BILLING ARRANGEMENTS AND TERMS OF PAYMENT

We bill you on a regular basis, normally each month, for both fees and disbursements. To efficiently render our bills, we may render a bill through a date other than month-end. Fees and expenses, and the associated retainer, will be considered to be "earned" at the time that any fees and expenses are incurred. Our bills are due and payable upon receipt.

If your account becomes delinquent, you agree to promptly bring the account current. If the delinquency continues and you do not arrange satisfactory payment terms, we may withdraw from the representation (subject to court approval, if necessary) and pursue collection of your account. You agree to pay the costs of collecting the debt, including court costs, filing fees, and reasonable attorneys' fees.

FEE DISPUTES

If you disagree with any particular invoice, you must send us a written objection within thirty (30) days of your receipt of the invoice or you will be deemed to have approved the charges. Typically, such disagreements are resolved to the satisfaction of both sides, with little inconvenience or formality. In the event of a fee dispute that is not readily resolved, you may have the right to request arbitration under supervision of the state bar for the jurisdictions in which we practice.

POTENTIAL CONFLICTS/UNRELATED MATTERS WAIVER

Our Firm represents many other clients. It is possible that during the time we are representing you some of our present or future clients may have disputes with you. You agree that we may continue to represent, or may undertake in the future to represent, existing or new clients in any matter that is not substantially related to our work for you, even if the interests of such clients in those other matters are directly adverse to your interests. We agree, however, that your prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of our representation of you, we have obtained proprietary or other confidential information of a nonpublic nature that, if known to such

2

COLE SCHOTZ P.C.

other client, could be used in any such other matter by such client to your material disadvantage.

In bankruptcy matters, it is possible that we will be asked to represent other creditors or parties-in-interest. You agree that we may continue to represent or may undertake in the future to represent existing and new clients in such matters. Of course, we will not represent another client in such matters who will take action directly adverse to you.

PRESERVATION OF ELECTRONICALLY STORED AND OTHER INFORMATION
If the matter for which we are engaged involves a dispute which could reasonably lead to litigation, you may be required to produce documents and other materials relating to such matter in the event of litigation. Therefore, it is vital in any such matter that you preserve all documents (hard copy and electronic), data compilations and tangible objects. The requirement to preserve these materials is a continuing one and will last until you are advised to stop. Failure to preserve these materials could result in Court-imposed penalties or sanctions against you and/or others and can expose those involved to claims for spoliation of evidence. In applicable matters, a "Legal Hold Notice" that further discusses these issues will accompany the Engagement Letter.

TERMINATION
You may terminate our representation at any time by notifying us in writing. Your termination of our services does not affect your responsibility for payment of fees for legal services rendered and out-of-pocket costs incurred before termination and in connection with an orderly transition of the matter, including the collection, processing and transmittal of your file to you or substitute counsel.

Subject to the rules of professional responsibility for the jurisdictions in which we practice, we may withdraw from representation if you fail to abide by these Terms of Engagement as modified by the Engagement Letter, including, for example, nonpayment of fees or costs, misrepresentation or failure to disclose material facts, conflicts of interest with another client, or your failure to communicate or cooperate with us. We try to identify in advance and discuss with our client(s) any situation that may lead to our withdrawal and, if withdrawal ever becomes necessary, we immediately give written notice of our withdrawal. Our right to withdraw depends upon the circumstances existing at the time we seek withdrawal, and we will not withdraw

unless withdrawal can be accomplished without violation of applicable rules of professional conduct.

CONCLUSION OF REPRESENTATION; DISPOSITION OF DOCUMENTS
Unless previously terminated, our representation of you concludes upon our sending our final statement for services rendered in the matter covered in our Engagement Letter. We maintain in confidence any otherwise nonpublic information that you have supplied to us, and that we retain, in accordance with applicable rules of professional conduct. At your request, your papers and property are returned promptly upon receipt of payment for outstanding fees and costs. We may retain copies pertaining to the matter for our files. Any such documents retained by us may be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials after the termination of the engagement. We may also transfer the information on the documents to electronic media. If we are served with a subpoena for your file, we will notify you. If we are required to comply with the subpoena, you will be responsible for the legal fees and costs incurred, including the review and analysis of documents to determine if privileged documents should be withheld.

DISCLOSURE OF REPRESENTATION
You hereby acknowledge and agree that, subject to the attorney-client privilege, we may represent to third parties that you are a client of the Firm, we may use your logo in connection with marketing and business development initiatives, and we may provide a general description of the services rendered for your benefit.

POST-ENGAGEMENT MATTERS
You are engaging us to provide legal services in connection with a specific matter. After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact upon your rights and liabilities. Unless you engage us with regard to future legal development(s) relating to this matter, we have no continuing obligation to advise you with respect to future legal developments concerning the matter. It is your responsibility, and we assume no responsibility for keeping track of critical dates, time periods by which notices must be given or advising you of the dates, or time periods by which you must address future deadlines or critical dates such as renewal options, UCC continuation statements or payment due dates.