| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra, P.C. (admitted *pro hac vice*)<br>Ross J. Fiedler (admitted *pro hac vice*)<br>Zachary R. Manning (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>esassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br>ross.fiedler@kirkland.com<br>zach.manning@kirkland.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF REJECTION OF
### CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON <u>SCHEDULE 1</u> ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**PLEASE TAKE NOTICE** that on November 20, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject, assume, or assume and assign executory contracts and unexpired leases and (ii) granting related relief [Docket No. 702] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on Schedule 1 (the "Rejection Schedule") annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on Schedule 1 or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten days after the date that the Debtors filed and served this Notice:

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

(a) the Debtors, Rite Aid Corporation, 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112; (b) proposed counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Aparna Yenamandra, P.C., Ross J. Fiedler, and Zachary R. Manning; (c) proposed co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street; Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Felice R. Yudkin, and Seth Van Aalten; (d) the applicable Rejection Counterparty; (e) counsel to the Ad Hoc Secured Noteholder Group, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 1001 Attn.: Andrew N. Rosenberg (arosenberg@paulweiss.com), Brian S. Hermann (bhermann@paulweiss.com) and Christopher Hopkins (chopkins@paulweiss.com); (f) counsel to the Ad Hoc Secured Noteholder Group, Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey, 07960, Attn: Howard A. Cohen (hcohen@foxrothschild.com); Joseph J. DiPasquale (jdipasquale@foxrothschild.com) and Michael R. Herz (mherz@foxrothschild.com); (g) counsel to the DIP Agents, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com); Jonathan D. Marshall (jmarshall@choate.com); and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, New Jersey 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Oscar N. Pinkas (pinkaso@gtlaw.com) (h) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (jeffrey.m.sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); and (i) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (ARogoff@kramerlevin.com) and Nancy Bello

3

(nbello@kramerlevin.com) and Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, NJ 07054, Attn: Robert LeHane (rlehane@kelleydrye.com) and Connie Choe (cchoe@kelleydrye.com); (j) proposed counsel to the Official Committee of Tort Claimants, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Arik Preis (apreis@akingump.com), Mitchell P. Hurley (mhurley@akingump.com), Kate Doorley (kdoorley@akingump.com), Theodore James Salwen (jsalwen@akingump.com), and Brooks Barker (bbarker@akingump.com); and (k) Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., 457 Haddonfield Rd. #300, Cherry Hill, NJ 08002, Attn; Arthur J. Abramowitz (aabramowitz@shermansilverstein.com) and Ross Switkes (rswitkes@shermansilverstein.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date set forth on Schedule 1 or such other date to which the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order resolving the objection as between the objecting party and the Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon

---

[3] An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

further order of the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described on Schedule 1 shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (b) the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN

THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

Dated: November 27, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com
              svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:       esassower@kirkland.com
              joshua.sussberg@kirkland.com
              aparna.yenamandra@kirkland.com
              ross.fiedler@kirkland.com
              zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit 1</u>**

**Proposed Rejection Order**

Case 23-18993-MBK    Doc 796    Filed 11/27/23    Entered 11/27/23 22:01:18    Desc Main
Document    Page 8 of 18

Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## THIRD ORDER APPROVING THE REJECTION
## OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED
## LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

2

(Page | 3)
Debtors:         RITE AID CORPORATION, *et al*.
Case No.         23-18993 (MBK)
Caption of Order: Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 702] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agrees; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page | 4)
Debtors: RITE AID CORPORATION, *et al*.
Case No. 23-18993 (MBK)
Caption of Order: Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided*, *however*, that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such personal property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

(Page | 5)
Debtors: RITE AID CORPORATION, *et al*.
Case No. 23-18993 (MBK)
Caption of Order: Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

3. Notwithstanding the foregoing, the Debtors' abandonment of their interests in any equipment or other Personal Property belonging to PepsiCo, Inc. its affiliates, or affiliated bottlers (collectively, the "Pepsi Entities") shall not sever or otherwise impact any ownership interest of the Pepsi Entities in any equipment or Personal Property being abandoned.

4. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty days after the later of (A) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts**[1]

---

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | 102 STURGIS MI LLC | 549 EMPIRE BLVD BROOKLYN, NY 11225 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 4234 | 102 NORTH CENTERVILLE ROAD STURGIS, MI 49091 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | 102019 - CITY BLUE, INC. | 1000-1008 MARKET STREET PHILADELPHIA, PA 19107 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 37265* | 1000-1008 MARKET STREET PHILADELPHIA, PA 19107 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | 13925 E. AMAR RD., LLC | 13909 E AMAR RE, STE C LA PUENTE, CA 91746 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5593 | 13905 AMAR ROAD LA PUENTE, CA 91746 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | 3100 E. MICHIGAN, LLC | 3901 ROCKHAMPTON DRIVE TARZANA, CA 91356 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4350 | 3100 EAST MICHIGAN AVENUE JACKSON, MI 49202 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5 | 35250 CLINTON MI LLC | 549 EMPIRE BLVD BROOKLUN, NY 11225 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4318 | 35250 SOUTH GRATIOT AVENUE CLINTON TOWNSHIP, MI 48035 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | 4602-4626 GREENPOINT AVENUE, LLC | 1185 SIXTH AVE, 10TH FLOOR NEW YORK, NY 10036 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 39894* | 46-12 GREENPOINT AVENUE SUNNYSIDE, NY 11104 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | 507 LAFAYETTE, LLC | 5726 WILKINSON AVENUE VALLEY VILLAGE, CA 91607 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 1527 | 507 N LAFAYETTE STREET GREENVILLE, MI 48838 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | 577 LARKFIELD REALTY, LLC | 170 SUNRISE HIGHWAY VALLEY STREAM, NY 11581 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10635 | 577 LARKFIELD ROAD EAST NORTHPORT, NY 11731 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | 700 STEVENSON LLC | 25732 VISTA VERDE DR CALABASAS, CA 91302 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10900 | 700 STEVENSON BLVD. NEW KENSINGTON, PA 15068 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | 71-14 AUSTIN LLC | 575 EIGHTH AVENUE, SUITE 2400 NEW YORK, NY 10018 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 39900* | 71-14 AUSTIN STREET FOREST HILLS, NY 11375 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | 881709 - RISING MOON ENTERPRISES D/B/A THE URBAN PET | 7515 BEVERLY BOULEVARD LOS ANGELES, CA 90036 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 36159* | 4044 EAGLE ROCK BOULEVARD LOS ANGELES, CA 90065 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12 | 881723 - SILICON VALLEY RESTAURANTS GROUP, LLC DBA PHO HOA | 3203 CROW CANYON PLACE SAN RAMON, CA 94583 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 36124* | 3207 CROW CANYON PLACE SAN RAMON, CA 94583 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | 901 MERRICK ROAD LLC | C/O ARM CAPITAL RESOURCES CORP 20 OCEAN COURT BROOKLYN, NY 11223 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10633 | 901 MERRICK ROAD COPIAGUE, NY 11726-0000 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | ABS DFW OWNER LLC | P.O. BOX 20 BOISE, ID 83726 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35162* | 1834 NORTH 12TH STREET GRAND JUNCTION, CO 81501 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | ACV ASSOCIATES | 56 SKYLINE CREST MONTEREY, CA 93940 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6769 | 499 ALVARADO STREET MONTEREY, CA 93940 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | ALHAMBRA VALLEY PROPERTIES, LLC | 11812 SAN VICENTE BLVD, SUITE 500 LOS ANGELES, CA 90049 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5611 | 920 EAST VALLEY BOULEVARD ALHAMBRA, CA 91801 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | ALROSE PATCHOGUE, LLC | PO BOX 350 WOODMERE, NY 11598 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10657 | 397 SUNRISE HIGHWAY WEST PATCHOGUE, NY 11772 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | APS REALTY CORP. | 3859 NAZARETH PIKE, SUITE 201 BETHLEHEM, PA 18020-0000 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 443 | 350 MAIN STREET PENNSBURG, PA 18073-1316 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19 | ATTVAL I, LLC | 4057 ASHBURY AVENUE TINTON FALLS, NJ 07753 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 1796 | 4057 ASBURY AVE 8 TINTON FALLS, NJ 7753 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | B5 881272 - BIG 5 SPORTING GOODS #71 - AKA FORMER UNITED MERCHANDISING CORP | 3203 CROW CANYON PLACE SAN RAMON, CA 94583 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 36125* | 3207 CROW CANYON PLACE SAN RAMON, CA 94583 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | BELMONT SHOPPING CENTER LP | 20630 HARPER AVENUE, SUITE 107 HARPER WOODS, MI 48225 | UNEXPIRED LEASE | APEX DRUG STORES, INC. | 4526 | BELMONT SHOPPING CENTER 1900 EAST 8 MILE ROAD, MI 48234 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | BETHPAGE PROPERTIES LLC | PO BOX 348 CARLE PLACE, NY 11514 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 4981 | 3131 HEMPSTEAD TURNPIKE LEVITTOWN, NY 11756 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | BGN FREMONT SQUARE, LTD. | 3720 S. SUSAN ST., SUITE 100 SANTA ANA, CA 92704 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5780 | 720 NORTH VENTURA ROAD OXNARD, CA 93030 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | BMBG INVESTMENTS LLC | PO BOX 15494 BEVERLY HILLS, CA 90209 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6213 | 3029 HARBOR BOULEVARD COSTA MESA, CA 92626 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | BONACCORSO LAND COMPANY | 600 N. ROSEMEAD BLVD STE 225 PASADENA, CA 91107 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10901 | 351 BRIGHTON AVENUE ROCHESTER, PA 15074-0000 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26 | BRIXMOR LEHIGH SC LLC | C/O BRIXMOR PROP GROUP PO BOX 645344 CINCINNATI, OH 45264 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11042 | 2178 WEST UNION BOULEVARD BETHLEHEM, PA 18018-0000 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | BRIXMOR PLYMOUTH SQUARE LLC | PO BOX 645344 CINCINNATI, OH 45264 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11160 | 200 W. RIDGE AVENUE STE 112 CONSHOHOCKEN, PA 19428 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | BRIXMOR SUNSHINE SQUARE LLC | C/O BRIXMOR PROPERTY GROUP 450 LEXINGTON AVE 13TH FLOOR NEW YORK, NY 10017 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10650 | 700-43 PATCHOGUE-YAPHANK ROAD MEDFORD, NY 11763 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | C & P PROPERTIES #10, LLC | 101 S. FIRST STREET, STE 400 BURBANK, CA 91502-0000 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5571 | 935 NORTH HOLLYWOOD WAY BURBANK, CA 91505-2816 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | C. P. GRELLAS PARTNERSHIP | P.O. BOX 660116 SACRAMENTO, CA 95866-0000 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6080 | 1309 FULTON AVENUE SACRAMENTO, CA 95825-3603 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | CHESTNUT HILL PLAZA | 413 LARCH CIRCLE NEWPORT, DE 19804 | UNEXPIRED LEASE | ECKERD CORPORATION | 11182 | 25 CHESTNUT HILL PLAZA NEWARK, DE 19713 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | CITIZENS PLAZA LLC | 5550 HAMPSHIRE DRIVE WEST BLOOMFIELD, MI 48322 | UNEXPIRED LEASE | APEX DRUG STORES, INC. | 4504 | 2838 EAST COURT STREET FLINT, MI 48506 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | COMREF HOMESTEAD SQUARE, LLC | 2415 E CAMELBACK RD, STE 100 PHOENIX, AZ 85016 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5967 | 20572 HOMESTEAD ROAD CUPERTINO, CA 95014 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | CULVER TROPICAL GARDENS COMPANY | 11602 ARROYO AVENUE SANTA ANA, CA 92705 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5457 | 4046 SOUTH CENTINELA AVENUE LOS ANGELES, CA 90066 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | DEVELOPMENT SERVICES OF AMERICA | PO BOX 25139 SCOTTSDALE, AZ 85255 | UNEXPIRED LEASE | The Bartell Drug Company | 6952 | 7370 170TH AVE NE REDMOND, WA 98052 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | EDWARD NATHANSON, DAVID S. LOEB, JOAN MAULE, | 1000-1008 MARKET STREET PHILADELPHIA, PA 19107 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 37265* | 1000-1008 MARKET STREET PHILADELPHIA, PA 19107 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | ELLIOT MEGDAL AND ALANA MEGDAL | 252-C SOUTH BEVERLY DRIVE BEVERLY HILLS, CA 90212 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5448 | 4044 EAGLE ROCK BOULEVARD LOS ANGELES, CA 90065 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | ELMWOOD AVENUE REALTY, LLC | 216-18 28TH AVENUE BAYSIDE, NY 11360 | UNEXPIRED LEASE | ECKERD CORPORATION | 10828 | 2453 ELMWOOD AVENUE KENMORE, NY 14217 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | FERNWOOD BUILDERS, INC. | C/O LONGVIEW MANAGEMENT LP 309 LANCASTER AVE, STE C-3 MALVERN, PA 19355 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 2442 | 950 EAST BALTIMORE AVENUE YEADON, PA 19050-2702 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | FERNWOOD BUILDERS, INC. | C/O LONGVIEW MANAGEMENT LP 309 LANCASTER AVE, STE C-3 MALVERN, PA 19355 | GROUND LEASE ASSIGNMENT | RITE AID OF PENNSYLVANIA, LLC | 2442 | 950 EAST BALTIMORE AVENUE YEADON, PA 19050-2702 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 41 | FESTIVAL AT BEL AIR, LLC | 4445 WILLARD AVENUE, SUITE 700 CHEVY CHASE, MD 20815 | UNEXPIRED LEASE | Eckerd Corporation | 11208 | 5 BEL AIR SOUTH PKY, SUITE1347 BEL AIR, MD 21015 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | FR CROW CANYON, LLC | 909 ROSE AVE, STE 200 NORTH BETHESDA, MD 20852 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5940 | 3207 CROW CANYON PLACE SAN RAMON, CA 94583 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 43 | G&G DEV - GRAND LEDGE LLC | 6206 WEST SAGINAW HIGHWAY, SUITE A LANSING, MI 48917 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 1530 | 715 SOUTH CLINTON STREET GRAND LEDGE, MI 48837 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | GATOR HILLSIDE VILLAGE, LLC | 7850 NW 146TH ST, 4TH FL MIAMI LAKES, FL 33016 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10663 | 65 ROUTE 111 SMITHTOWN, NY 11787 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | GGF, LLC | 100 WEST BROADWAY, SUITE 950 GLENDALE, CA 91210 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5521 | 4402 ATLANTIC AVENUE LONG BEACH, CA 90807-2207 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | GSL GLOBAL LLC | 75A LAKE RD, NO 316 CONGERS, NY 10920 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 1854 | 1709 LIBERTY AVENUE ERIE, PA 16502-1650 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | HF REAL ESTATE PARTNERSHIP | 10129 TRANQUILITY WAY TAMPA, FL 33625 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 12999 | 301 EISENHOWER DRIVE HANOVER, PA 17331 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | HIP ATWATER LP | C/O WESTERLAY GROUP 315 MEIGS ROAD, SUITE A407 SANTA BARBARA, CA 93109 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6001 | 571 BELLEVUE ROAD ATWATER, CA 95301-2928 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | HPT (TITUSVILLE), L.P. | PO BOX 158247 NASHVILLE, TN 37315 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 4616 | 208 EAST CENTRAL AVENUE TITUSVILLE, PA 16354 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | INSERRA WEST MILFORD II LLC | 20 RIDGE RD, STE 210 MAHWAH, NJ 07430 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10415 | 3 MARSHALL HILL ROAD WEST MILFORD, NJ 7480 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | INVESTORS HOLDING FUND, LLC | 15 WEST STREET EAST HANOVER, NJ 07936 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 1970 | 431 HALEDON AVENUE HALEDON, NJ 7508 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | JAIME L. SANTANA FAMILY TRUST | P.O. BOX 6471 VENTURA, CA 93006 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5753 | 30222 CROWN VALLEY PARKWAY LAGUNA NIGUEL, CA 92677 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53 | JL 881442 - JIFFY LUBE | 5005 W. OVERLAND ROAD BOISE, ID 83705 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 36662* | 5005 WEST OVERLAND ROAD BOISE, ID 83705 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | KHASIGIAN PROPERTIES LP | 7305 S PEACH FOWLER, CA 93625 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35191* | 82451-C HIGHWAY 111 INDIO, CA 92201 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | KINGS OCEAN REALTY, L.L.C. | 337 WASHINGTON AVE CEDARHURST, NY 11516 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 3958 | 2002 AVENUE U BROOKLYN, NY 11229 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | LEEPER SHOPPING CENTER | 145 ORCHARD DRIVE LEVITTOWN, PA 19054-0000 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 850 | 8716 NEW FALLS ROAD LEVITTOWN, PA 19054-1708 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | LMK SERVICES, INC. | 3265 FAIRLANDS DRIVE RENO, NV 89523 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35214* | 990 PLEASANT GROVE BLVD ROSEVILLE, CA 95678 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | LUTON HOLDINGS MUSKEGO LLC | 25591 PARDO DE LAS FLORES CALABASAS, CA 91302 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10991 | 1730 WILMINGTON ROAD NEW CASTLE, PA 16105 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59 | MABY LLC | 185 NW SPANISH RIVER BLVD #100 BOCA RATON, FL 33431 | UNEXPIRED LEASE | ECKERD CORPORATION | 11188 | 3209 KIRKWOOD HIGHWAY WILMINGTON, DE 19808 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60 | MADISON CITRUS HEIGHTS CA SR LP | 4300 E. FIFTH AVENUE CITRUS HEIGHTS, CA 95610 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6045 | 5409 SUNRISE BOULEVARD CITRUS HEIGHTS, CA 95610 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | MARJACK, LLC | C/O KIDDER MATTHEWS PO BOX 516532 LOS ANGELES, CA 90051 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5735 | 24829 DEL PRADO DANA POINT, CA 92629-2852 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | MCKNIGHT REALTY GROUP 4 | 310 GRANT STREET, SUITE 2500 PITTSBURGH, PA 15219 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10967 | 6090 ROUTE 30 GREENSBURG, PA 15601 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | MI 2012 LLC | 124-19 METROPOLITAN AVE KEW GARDENS, NY 11415 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4321 | 51037 VAN DYKE AVENUE SHELBY TOWNSHIP (UTICA), MI 48316 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | MILL RUN LLC | 1750 WALKER AVENUE UNION, NJ 07083 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 1977 | 35 MILL ROAD IRVINGTON, NJ 7111 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65 | MIP CAPITAL LLC | 2600 SOUTH DOUGLASS RD, STE 600 CORAL GABLES, FL 33134 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4466 | 29447 FORD ROAD GARDEN CITY, MI 48135 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | MOONLITE ASSOCIATES LLC | 1350 OLD BAYSHORE HIGHWAY, STE 800 BURLINGAME, CA 94010 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5976 | 2620 EL CAMINO REAL SANTA CLARA, CA 95051 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67 | MOUNTAINVILLE SHOPPING CENTER LLC | 1985 CEDAR BRIDGE AVE, STE 1 LAKEWOOD, NJ 08701 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11053 | 1628 SOUTH FOURTH STREET ALLENTOWN, PA 18103 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | MULLICA HILL MANAGEMENT ASSOCIATES | P.O. BOX 7591 NORTH BRUNSWICK, NJ 08902 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10456 | 108 SWEDESBORO ROAD SUITE 20 MULLICA HILL, NJ 8062 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | NFNY BUSINESS TRUST | 7978 COOPER CREEK BLVD, STE 100 UNIVERSITY PARK, FL 34201 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5635 | 3813 PLAZA DRIVE OCEANSIDE, CA 92056 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | NICOLA ABBATE | 2375 SICKLERVILLE RD SICKLERVILLE, NJ 08081 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 4045 | 1434 S BLACK HORSE PIKE WILLIAMSTOWN, NJ 8094 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | NNN REIT, LP | 450 SOUTH ORANGE AVE, STE 900 ORLANDO, FL 38201 | UNEXPIRED LEASE | APEX DRUG STORES, INC. | 4537 | 36485 GARFIELD ROAD CLINTON TOWNSHIP, MI 48035 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72 | OCEANSIDE PLAZA ASSOCIATES, LLC | 151 IRVING PLACE WOODMERE, NY 11598 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10619 | 3199 LONG BEACH ROAD OCEANSIDE, NY 11572 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | OR 881234 - O'REILLY AUTOMOTIVE #3044 - AKA C.S.K. AUTO #3044 | P.O. BOX 1156 233 SOUTH PATTERSON SPRINGFIELD, MO 65802-2298 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 36135* | 4044 EAGLE ROCK BOULEVARD LOS ANGELES, CA 90065 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74 | OW FAMILY - 901 SOQUEL, LLC | 1601 41ST AVENUE, SUITE 202 CAPITOLA, CA 95010 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5979 | 901 SOQUEL AVENUE SANTA CRUZ, CA 95062 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | P & P REAL ESTATE INVESTMENTS, INC. | 5006 LEROY COURT WEST BLOOMFIELD, MI 48324 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4366 | 9155 TELEGRAPH ROAD TAYLOR, MI 48180 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76 | PANOS PROPERTIES LLC | 6850 E GREEN LAKE WAY N #201 SEATTLE, WA 98115 | UNEXPIRED LEASE | The Bartell Drug Company | 6920 | 3620 FACTORIA BLVD SE BELLEVUE, WA 98006 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 77 | PARAMOUNT LMS LLC-LIMERICK | 120 N POINTE BLVD, STE 301 LANCASTER, PA 17601 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 39946* | LIMERICK CROSSING SC 33 W RIDGE STE 101, PA 19468 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78 | PARIS ROSE LLC | 2001 ELLIS AVE HUNTINGDON, PA 16652 | UNEXPIRED LEASE | KEYSTONE CENTERS, INC. | 225 | 5612 N. FIFTH STREET PHILADELPHIA, PA 19120 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | PASI INC | 3795 WYSE RD DAYTON, OH 45414 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 2629 | 120 SOUTH MAIN STREET NEW CARLISLE, OH 45344 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 80 | PAULO, CHARISE, PEDRO AND CAROL PETROVITCH | 23001 DAVIS MILL ROAD GERMANTOWN, MD 20876 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 1859 | 7501 RITCHIE HIGHWAY GLEN BURNIE, MD 21061 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 81 | PENFIELD TK OWNER LLC | 415 PARK AVE ROCHESTER, NY 14607 | UNEXPIRED LEASE | ECKERD CORPORATION | 10868 | 1567 PENFIELD ROAD ROCHESTER, NY 14625 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 82 | PINE HOLLOW ASSOCIATES LLC | P.O. BOX 188 MT. VERNON, NY 10552 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10655 | 273 PINE HOLLOW ROAD OYSTER BAY, NY 11771 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 83 | POSEL ENTERPRISES | 212 WALNUT STREET PHILADELPHIA, PA 19106 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 852 | 11750 BUSTLETON AVENUE PHILADELPHIA, PA 19116 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 84 | PREMIER COMMERCIAL PROPERTIES | 11 TREVINO CIRCLE ANDOVER, MD 01810 | UNEXPIRED LEASE | RITE AID OF NEW HAMPSHIRE, INC. | 1070 | 420 DANIEL WEBSTER HIGHWAY MERRIMACK, NH 3054 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 85 | R & H MISSION GORGE, LTD. | 1620 FIFTH AVE, STE 770 SAN DIEGO, CA 92101 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5657 | 6505 MISSION GORGE ROAD SAN DIEGO, CA 92120 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 86 | R-A BROOKLYN PARK, LLC | 2404 RICHMOND GREENS COURT SUN CITY CENTER, FL 33573 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 385 | 5804 RITCHIE HIGHWAY BALTIMORE, MD 21225 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 87 | RA2 BOISE- OVERLAND, L.L.C. | 675 INDIANTOWN RD, STE 103 JUPITER, FL 33458 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5417 | 5005 WEST OVERLAND ROAD BOISE, ID 83705 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 88 | RAD EQUITIES LLC | 14000 HORIZON WAY, STE 100 MOUNT LAUREL, NJ 08054 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 39907* | 108 EAST ROUTE 130 S BURLINGTON, NJ 8016 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 89 | REALTY INCOME CORP | 600 LA TERRAZA BLVD ESCONDIDO, CA 92025 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 39933* | 1233 SOM CENTER ROAD MAYFIELD HEIGHTS, OH 44124 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 90 | REALTY INCOME CORPORATION | 11995 EL CAMINO REAL SAN DIEGO, CA 92130 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 2442 | 950 EAST BALTIMORE AVENUE YEADON, PA 19050-2702 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 91 | REALTY INCOME CORPORATION | 11995 EL CAMINO REAL SAN DIEGO, CA 92130 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 365 | 728 EAST PULASKI HIGHWAY ELKTON, MD 21921 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 92 | REALTY INCOME PROPERTIES 28, LLC | 11995 EL CAMINO REAL SAN DIEGO, CA 92130 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 3880 | 15250 24 MILE ROAD MACOMB, MI 48042 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 93 | RETAIL PROPERTIES OF AMERCIA, INC. | 30 S MERIDIAN ST, STE 1100 INDIANAPOLIS, IN 46204 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10626 | 836 SUNRISE HIGHWAY BAY SHORE, NY 11706 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 94 | RITE SOMERSET LLC | 128 MERRITT DRIVE ORADELL, NJ 07649 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 3477 | 773 HAMILTON STREET SOMERSET, NJ 8873 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 95 | RIVER OAKS II, LLC | PO BOX 4280 PASO ROBLES, CA 93447 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5638 | 1670 MAIN STREET RAMONA, CA 92065-5240 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 96 | RJNB, LLC | 6028 MAYFIELD ROAD, SUITE 7 MAYFIELD HEIGHTS, OH 44124 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 39933A* | 1233 SOM CENTER ROAD MAYFIELD HEIGHTS, OH 44124 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 97 | ROIC WASHINGTON, LLC | 11250 EL CAMINO REAL, STE 200 SAN DIEGO, CA 92130 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5231 | 10103 EVERGREEN WAY EVERETT, WA 98204 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 98 | ROIC WASHINGTON, LLC | 11250 EL CAMINO REAL, STE 200 SAN DIEGO, CA 92130 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5204 | 3202 132ND STREET, S.E. MILL CREEK, WA 98012 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 99 | S & H HOTEL INC. | 6978 LEXINGTON DRIVE WEST BLOOMFIELD, MI 48322 | UNEXPIRED LEASE | PDS-1 MICHIGAN, INC. | 4407 | 1243 U.S. 31 SOUTH MANISTEE, MI 49660 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 100 | S & N HOTEL LIMITED PARTNERSHIP | 7243 DARBY DOWNS ELKRIDGE, MD 21075 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 2264 | 2722 WEST 9TH STREET CHESTER, PA 19013-2043 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 101 | SANTIAGO HOLDINGS LLC | 9454 WILSHIRE BLVD #650 BEVERLY HILLS, CA 90212 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6288 | 959 CRENSHAW BOULEVARD LOS ANGELES, CA 90019-1938 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 102 | SAUL HOLDINGS LIMITED PARTNERSHIP | 7501 WISCONSIN AVE., SUITE 1500 BETHESDA, MD 20814 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 2521 | 1636 ROUTE 38 SUITE 49 LUMBERTON, NJ 8048 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 103 | SH 102002 - SPIRIT HALLOWEEN SUPERSTORES, LLC | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | ECKERD CORPORATION | 39448* | 677 CROSS KEYS ROAD WILLIAMSTOWN, NJ 8081 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 104 | SJRA, L.L.C. | 24 MAPLE ST MARCELLUS, NY 13108 | UNEXPIRED LEASE | PDS-1 MICHIGAN, INC. | 4577 | 109 NORTH WHITTEMORE STREET ST. JOHNS, MI 48879 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 105 | SPIRIT EK MANTUA NJ, LLC | 2727 NORTH HARWOOD ST, STE 300 DALLAS, TX 75201 | UNEXPIRED LEASE | ECKERD CORPORATION | 10449 | 210 BRIDGETON PIKE MANTUA, NJ 8051 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 106 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 39893* | 343 S. BROAD STREET WOODBURY, NJ 8096 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 107 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 39903* | 1000-1008 MARKET STREET PHILADELPHIA, PA 19107 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 108 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 39900* | 71-14 AUSTIN STREET FOREST HILLS, NY 11375 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 109 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 39894* | 46-12 GREENPOINT AVENUE SUNNYSIDE, NY 11104 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 110 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 39907* | 108 EAST ROUTE 130 S BURLINGTON, NJ 8016 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 111 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35191* | 82451-C HIGHWAY 111 INDIO, CA 92201 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 112 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35214* | 990 PLEASANT GROVE BLVD ROSEVILLE, CA 95678 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 113 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35186* | 2990 EAST NEES AVENUE FRESNO, CA 93720 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 114 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, LLC | 39946* | LIMERICK CROSSING SC 33 W RIDGE STE 101, PA 19468 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 115 | SPIRIT HALLOWEEN | 6826 BLACK HORSE PIKE EGG HARBOR TOWNSHIP, NJ 08234 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 39933* | 1233 SOM CENTER ROAD MAYFIELD HEIGHTS, OH 44124 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 116 | SPP KR FUND LLC | 1045 S WOODS MILL RD, STE 1 TOWN & COUNTRY, MO 63017 | UNEXPIRED LEASE | RDS DETROIT, INC. | 4548 | 25922 MIDDLEBELT ROAD FARMINGTON HILLS, MI 48336 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 117 | TERRYVILLE ASSOCIATES, INC | PO BOX 2009 NEW YORK, NY 10021 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10658 | 593 OLD TOWN RD. PORT JEFFERSON STATI, NY 11776 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 118 | THE IRVINE COMPANY LLC | PO BOX 846047 LOS ANGELES, CA 90084 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6717 | 8509 IRVINE CENTER DRIVE IRVINE, CA 92618 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 119 | THE KANTER FAMILY LIMITED PARTNERSHIP | 16 CHICHESTER ROAD MONROE TOWNSHIP, NJ 08831 | UNEXPIRED LEASE | ECKERD CORPORATION | 39448* | 677 CROSS KEYS ROAD WILLIAMSTOWN, NJ 8081 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 120 | TOM ALIZA | 29492 COLEBROOK DR LAGUNA NIGUEL, CA 92677 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5757 | 19701 YORBA LINDA BOULEVARD YORBA LINDA, CA 92886 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 121 | TWELFTH AND ORCHARD LLC | 1851 VENETIAL DR GRAND JUNCTION, CO 81506 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35162* | 1834 NORTH 12TH STREET GRAND JUNCTION, CO 81501 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 122 | URSTADT BIDDLE PROPERTIES INC | 321 RAILROAD AVE GREENWICH, CT 06830 | UNEXPIRED LEASE | MAXI DRUG, INC. | 10382 | 289 GREENWOOD AVE. BETHEL, CT 6801 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 123 | VANGUARD PASADENA I LLC | 10096 RED RUN BLVD, SUITE 100 OWINGS MILLS, MD 21117 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 3781 | 7967 BALTIMORE ANNAPOLIS BLVD GLEN BURNIE, MD 21060 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 124 | VENANGO STREET REALTY LLC | 280 CHESTNUT STREET NEWARK, NJ 07105 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11134 | 2401 EAST VENANGO STREET PHILADELPHIA, PA 19134-0000 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 125 | WALGREEN CO | 104 WILMOT RD DEERFIELD, IL 60015 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 39893* | 343 S. BROAD STREET WOODBURY, NJ 8096 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 126 | WALL REALTY 1017-1020, LLC | PO BOX 9010 JERICHO, NY 11753 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10586 | 2981 OCEAN AVENUE BROOKLYN, NY 11235 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 127 | WEC 98D-17 LLC | 675 W. INDIANTOWN RD., SUITE 103 JUPITER, FL 33458 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 1524 | 924 WEST MAIN STREET FREMONT, MI 49412 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 128 | WEST MOON TOWNSHIP ASSOCIATES | 5700 CORPORATE DRIVE, STE 520 PITTSBURGH, PA 15237 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10908 | 5990 UNIVERSITY BLVD STE30 CORAOPOLIS, PA 15108 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 129 | WHITING EQUITIES, LLC | 14000 HORIZON WAY, SUITE 100 MOUNT LAUREL, NJ 08054 | UNEXPIRED LEASE | ECKERD CORPORATION | 10517 | 86 B LACEY ROAD WHITING, NJ 8759 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 130 | WHITNEY NORSE REALTY LLC | 2001 MARCUS AVE., SUITE W-183 LAKE SUCCESS, NY 11042 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 4552 | 2 WHITNEY AVENUE FLORAL PARK, NY 11001 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 131 | WILLOW & NEES PROPERTIES, LLC | P.O. BOX 2765 SANTA FE SPRINGS, CA 90670 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 35186* | 2990 EAST NEES AVENUE FRESNO, CA 93720 | 11/30/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |