Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| |
| In re: |
| |
| RITE AID CORPORATION, *et al.*, |
| |
| Debtors.[1] |

Order Filed on December 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-18993 (MBK)

CORRECTED
**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following page, numbered three (3), is **ORDERED**.

**DATED: December 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

(Page 3)
Debtors: RITE AID CORPORATION, *et al.*
Case No. 23-18993 (MBK)
Caption of Order: Order Shortening Time Period for Notice

---

Upon review of the *Application for Order Shortening Time* (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") shortening the notice period for a hearing on the *Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code (I) Extending Debtors' Time to Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief* (the "365(d)(4) Extension Motion"),

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the 365(d)(4) Extension Motion on 12/14, 2023 at 11:00 a.m./p.m. (E.T.), before the Honorable Michael B. Kaplan, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8.

2. The Debtors must serve a copy of this Order and all related documents to all parties in interest by either regular mail or email, as applicable.

3. Service must be made within two days of the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the 365(d)(4) Extension Motion must be filed no later than 12/10/23 _____ days before the hearing.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.