| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>CERTILMAN BALIN ADLER & HYMAN, LLP<br>Thomas J. Monroe, Esq.<br>New Jersey Attorney ID #005782001<br>90 Merrick Avenue, 9th Fl<br>East Meadow, NY 11554<br>Telephone: (516) 296-7000<br>Fax: (516) 296-7111<br>tmonroe@certilmanbalin.com<br><br>Attorneys for 3214 Thirty First Street LLC | Hearing Date: January 8, 2024, at 11:30 a.m.<br><br>Oral Argument Requested |
| In Re:<br><br>RITE AID CORPORATION, et al.<br><br>Debtors[1]. | Case No. 23-18993 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS OF 3214 THIRTY FIRST STREET LLC

**PLEASE TAKE NOTICE** that a hearing on the *Application for Payment of Administrative Expense Claims of 3214 Thirty First Street LLC* (the "Application") will be held on January 8, 2024, at 11:30 a.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard (the "Hearing") before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that the Application sets for the relevant factual bases upon which the Court should grant the requested relief. The Application is submitted with

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claim and noticing agent at . The location of Debtor Rite Aid Corporation's principal place of business and the Debtor's services address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

a proposed Order granting the requested relief as well as the Declaration of Estralda Tudor-Davis in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the relief requested in the Application shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received on or before **January 2, 2024 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Application as requested by the Landlord.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Application shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring

Administration, LLC at https://restructuring.ra.kroll.com/RiteAid. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: East Meadow, New York
December 13, 2023

        CERTILMAN BALIN ADLER & HYMAN, LLP.
        Attorneys for 3214 Thirty First Street LLC

By:     /s/Thomas J. Monroe
       Thomas J. Monroe, Esq.
       New Jersey Attorney ID #005782001
       90 Merrick Avenue
       East Meadow, NY 11554
       (516) 296-7000

8190997.1