**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice*)
Aparna Yenamandra, P.C. (*pro hac vice*)
Ross J. Fiedler (*pro hac vice*)
Zachary R. Manning (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR DECEMBER 19, 2023 AT 11:30 A.M. (ET)**

The Debtors file this Witness and Exhibit List regarding the hearing scheduled for Tuesday, December 19, 2023 at 11:30 a.m. (ET) ("Hearing").

**WITNESSES**

The Debtors may call the following witnesses at the Hearing (in alphabetical order):

1. **Marc Liebman**, Debtors' Chief Transformation Officer, regarding the DIP Motion and Cash Management Motion.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

2. **Matthew Scheidemann**, Guggenheim Partners, regarding the DIP Motion and Seller Financing Motion.

3. **Jeffrey Stein**, Debtors' Chief Executive Officer and Chief Restructuring Officer, regarding the Seller Financing Motion.

The Debtors reserve the right to call any witness necessary to establish the authenticity or admissibility of documents; call any witness identified by any other party; cross examine any witness called by another party; and call rebuttal witnesses as necessary. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below:

| Ex. # | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| 1. | M. Liebman DIP Declaration [Docket No. 40] | | | |
| 2. | M. Scheidemann DIP Declaration [Docket No. 41] | | | |
| 3. | M. Scheidemann Seller Financing Declaration [Docket No. 668] | | | |
| 4. | J. Stein Seller Financing Declaration [Docket No. 669] | | | |
| 5. | DIP Term Loan Agreement | | | |
| 6. | Amended DIP Term Loan Agreement | | | |
| 7. | Agreed Form of Second Amended DIP Term Loan Agreement | | | |
| 8. | DIP Credit Agreement | | | |
| 9. | Amended DIP Credit Agreement | | | |
| 10. | Agreed Form of Second Amended DIP Credit Agreement | | | |
| 11. | Exhibit 1 to Proposed Seller Financing Order – Second Amended and Restated Credit Agreement [Docket No. 643 at 33] | | | |

| Ex. # | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| 12. | Exhibit 2 to Proposed Seller Financing Order – Amended Elixir Stalking Horse APA [Docket No. 643 at 199] | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtors further reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing. The Debtors further reserve the right to use and rely upon witness demonstratives.

Dated: December 17, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten (*pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice*)
Aparna Yenamandra, P.C. (*pro hac vice*)
Ross J. Fiedler (*pro hac vice*)
Zachary R. Manning (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:    esassower@kirkland.com
         joshua.sussberg@kirkland.com
         aparna.yenamandra@kirkland.com
         ross.fiedler@kirkland.com
         zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*