# BRICK 50 UTILITIES

**THE BRICK TOWNSHIP** YEARS **MUNICIPAL UTILITIES AUTHORITY**
1969-2019

1551 Highway 88 West * Brick, New Jersey 08724-2399
732-458-7000 * FAX 732-458-5378
www.brickmua.com

**CHRIS A. THEODOS, PE, PP, CME, CPWM, CFM**
*Executive Director*

**COMMISSIONERS**

**THOMAS C. CURTIS**
*Chair*

**PAUL L. MUMMOLO**
*Vice Chair*

**MICHAEL BLANDINA**
*Secretary*

**SUSAN LYDECKER**
*Treasurer*

**WILLIAM NEAFSEY**
*Asst Secretary/Treasurer*

**ALTERNATES**

**HARVEY LANGER**
**ERIN WHEELER**

December 12, 2023

Rite Aid Corporation
1200 intrepid Ave 2nd floor
Philadelphia, PA 19112

Subject:  Rite Aid Corporation
1041 BURNT TAVERN RD # 16154402-0
Bankruptcy Case# 23-18993-MBK

Dear Gentleman:

Enclosed is the post-petition proof of claim we have filed with your office and the U.S. Bankruptcy Court as requested of $281.71 as of the date of the petition.

This amount has been transferred to a bankruptcy account which will be held in abeyance interest free pending the outcome of the bankruptcy proceedings. Unpaid municipal water and sewer charges become a lien against the property in the same manner as the property taxes and therefore are not discharged with other debts.

By copy of this letter, we are advising the debtor that all billings rendered subsequent to October 2  2023 must be paid prior to the due dates shown or be subject to standard collection procedures.

Sincerely,

Customer Service Division

CC: Zachary r. Manning
CC: District Of New Jersey