UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ❒  Followed    ❒  Modified

# ORDER DENYING MOTION TO COMPEL DEBTORS TO COMPLY WITH SUCCESSORS AND ASSIGNS CLAUSE OF THEIR COLLECTIVE BARGAINING AGREEMENT BETWEEN 1199SEIU WITH RESPECT TO PROSPECTIVE BIDDERS FOR 1199SEIU STORES NY AND NJ

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 \_\_\_ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*