| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Edward O. Sassower, P.C. <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Aparna Yenamandra, P.C. (admitted *pro hac vice*) <br> Ross J. Fiedler (admitted *pro hac vice*) <br> Zachary R. Manning (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> esassower@kirkland.com <br> joshua.sussberg@kirkland.com <br> aparna.yenamandra@kirkland.com <br> ross.fiedler@kirkland.com <br> zach.manning@kirkland.com | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (admitted *pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Proposed Co-Counsel to the Debtors and* <br> *Debtors in Possession* |

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> RITE AID CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-18993 (MBK) <br><br> (Jointly Administered) <br> **Re: Docket No. 129** |

### NOTICE OF EXTENSION OF CERTAIN DATES AND DEADLINES RELATED TO THE DEBTORS' RETAIL SALE PROCESS

**PLEASE TAKE NOTICE** that on October 16, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Bidding Procedures Motion [Docket No. 33].[2]

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

[2] Capitalized terms used herein but not otherwise defined shall have meanings ascribed to them in the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that, on October 18, 2023, the Court entered the Bidding Procedures Order [Docket No. 129]. The approved bidding procedures were attached as Exhibit 1 to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 34 of the Bidding Procedures Order, the Debtors reserve the right to modify the Sale Schedules and Auction dates after consultation with the Consultation Parties and upon notice to the Court.

**PLEASE TAKE FURTHER NOTICE** that, on November 29, 2023, the Debtors filed the *Notice of Extension of Certain Dates and Deadlines Related to the Debtors' Bidding Procedures* [Docket No. 819], modifying the Sale Schedules and Auction dates with respect to the Rite Aid Retail Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2023, the Debtors filed the *Notice of Extension of Certain Dates and Deadlines Related to the Debtors' Retail Sale Process* [Docket No. 1152], providing notice that the Auction with respect to the Rite Aid Retail Assets, previously scheduled to commence on December 21, 2023, would be rescheduled.

**PLEASE TAKE FURTHER NOTICE** that, given the need for additional time to ensure the most value-maximizing transaction is achieved, and in accordance with the Bidding Procedures Order, the Debtors have modified the Sale Schedules solely as they relate to the sale of the Rite Aid Retail Assets as follows, following consultation with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to further modify the Sale Schedules or the Bidding Procedures in their reasonable business judgment, after consultation with the Consultation Parties, in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the Bidding Procedures.

## Sale Timeline

| Action | Description | Previous Deadline | New Deadline |
| --- | --- | --- | --- |
| Rite Aid Retail Bid Deadline | The deadline by which all binding bids with respect to the Rite Aid Retail Sale Transaction must be actually received pursuant to the Bidding Procedures. | November 30, 2023 at 5:00 p.m. prevailing Eastern Time | **January 19, 2024 at 5:00 p.m., prevailing Eastern Time** |
| Rite Aid Retail Auction (if necessary) | The date and time of the Rite Aid Retail Auction, if one is needed, which will be held at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022. | December 4, 2023 at 10:00 a.m. prevailing Eastern Time, if necessary | **January 24, 2024 at 10:00 a.m., prevailing Eastern Time, if necessary** |
| Rite Aid Retail Sale Objection Deadline (if necessary) | The deadline by which objections to the entry of an order by the Court approving the Rite Aid Retail Sale Transaction must be filed with the Court and served so as to be actually received by the appropriate notice parties. | December 15, 2023 at 4:00 p.m., prevailing Eastern Time | **January 29, 2024 at 4:00 p.m., prevailing Eastern Time** |
| Rite Aid Retail Sale Hearing (if necessary) | The hearing before the Court to consider approval of the successful bid or bids for any or all of the Rite Aid Retail Assets, pursuant to which the Debtors and the winning bidder or bidders will consummate the Rite Aid Retail Sale Transaction. | December 19, 2023 at 11:00 a.m., prevailing Eastern Time | **February 6, 2024 at a time to be determined by the Court, or as soon thereafter as the Debtors may be heard.** |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors have consulted with the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, the DIP Agents, and the Ad Hoc Secured Noteholder Group.

**PLEASE TAKE FURTHER NOTICE** that this notice does not, and shall not be construed to affect, impact, or otherwise alter the sale process with respect to the Debtors' Elixir Assets.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Kroll

at https://restructuring.ra.kroll.com/RiteAid.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: January 2, 2024

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
         wusatine@coleschotz.com
         fyudkin@coleschotz.com
         svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:    esassower@kirkland.com
         joshua.sussberg@kirkland.com
         aparna.yenamandra@kirkland.com
         ross.fiedler@kirkland.com
         zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*