| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Edward O. Sassower, P.C. <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Aparna Yenamandra, P.C. (admitted *pro hac vice*) <br> Ross J. Fiedler (admitted *pro hac vice*) <br> Zachary R. Manning (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> esassower@kirkland.com <br> joshua.sussberg@kirkland.com <br> aparna.yenamandra@kirkland.com <br> ross.fiedler@kirkland.com <br> zach.manning@kirkland.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* | **COLE SCHOTZ, P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (admitted *pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> RITE AID CORPORATION, *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-18993 (MBK) <br><br> (Jointly Administered) |

**NOTICE OF CHANGE IN HOURLY RATES OF WILSON SONSINI
GOODRICH & ROSATI, P.C., SPECIAL CORPORATE COUNSEL
TO THE BOARD OF DIRECTORS OF DEBTOR RITE AID CORPORATION**

[Related Docket No. 756 and 1435]

**PLEASE TAKE NOTICE** that on January 10, 2024, the United States Bankruptcy Court

for the District of New Jersey entered that certain *Order Authorizing the Employment and*

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4872-9527-1838.1

*Retention of Wilson Sonsini Goodrich & Rosati, P.C. as Special Board Counsel Effective as of the Petition Date* [Docket No. 1435] (the "WSGR Retention Order");

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the WSGR Retention Order, Wilson Sonsini Goodrich & Rosati, P.C. hereby provides notice of the following revised hourly rates, effective February 1, 2024:

| Billing Category | Range |
|---|---|
| Partners | $1,250 - $2,720 |
| Counsel | $1,165 - $2,120 |
| Associates | $660 - $1,400 |
| Paraprofessionals | $245 - $1,015 |

Dated: January 18, 2024

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
       wusatine@coleschotz.com
       fyudkin@coleschotz.com
       svanaalten@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  esassower@kirkland.com
       joshua.sussberg@kirkland.com
       aparna.yenamandra@kirkland.com
       ross.fiedler@kirkland.com
       zach.manning@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*