| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ, P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Edward O. Sassower, P.C. | Warren A. Usatine, Esq. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Aparna Yenamandra, P.C. (admitted *pro hac vice*) | Seth Van Aalten, Esq. (admitted *pro hac vice*) |
| Ross J. Fiedler (admitted *pro hac vice*) | Court Plaza North, 25 Main Street |
| Zachary R. Manning (admitted *pro hac vice*) | Hackensack, New Jersey 07601 |
| 601 Lexington Avenue | Telephone: (201) 489-3000 |
| New York, New York 10022 | msirota@coleschotz.com |
| Telephone: (212) 446-4800 | wusatine@coleschotz.com |
| Facsimile: (212) 446-4900 | fyudkin@coleschotz.com |
| esassower@kirkland.com | svanaalten@coleschotz.com |
| joshua.sussberg@kirkland.com | |
| aparna.yenamandra@kirkland.com | |
| ross.fiedler@kirkland.com | |
| zach.manning@kirkland.com | |
| | |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED NOTICE OF CHANGE IN HOURLY RATES OF WILSON SONSINI
GOODRICH & ROSATI, P.C., SPECIAL CORPORATE COUNSEL
TO THE BOARD OF DIRECTORS OF DEBTOR RITE AID CORPORATION**

[Related Docket Nos. 756, 1435 & 1528]

**PLEASE TAKE NOTICE** that on January 10, 2024, the United States Bankruptcy Court

for the District of New Jersey entered that certain *Order Authorizing the Employment and*

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4870-3950-3263.1

*Retention of Wilson Sonsini Goodrich & Rosati, P.C. as Special Board Counsel Effective as of the Petition Date* [Docket No. 1435] (the "WSGR Retention Order");

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the WSGR Retention Order, WSGR hereby provides notice[2] of the following revised hourly rates, effective February 1, 2024:

| Name | Title | 2023 Hourly Rate | 2024 Hourly Rate |
|---|---|---|---|
| Katharine A. Martin | Partner | $1,690 | $1,840 |
| John Aguirre | Partner | $1,500 | $1,635 |
| Amy L. Simmerman | Partner | $1,300 | $1,465 |
| Tamara Brightwell | Partner | $1,295 | $1,410 |
| Erin R. Fay | Partner | $1,100 | $1,250 |
| Gordon W. Grafft | Associate/Partner-Elect[3] | $1,050 | $1,250 |
| Jason B. Schoenberg | Associate | $1,020 | $1,145 |
| Catherine C. Lyons | Associate | $945 | $1,110 |
| Courtney R. Matteson | Associate | $945 | $1,110 |
| Sarah M. Hand | Associate | $705 | $850 |
| Lynzy McGee | Senior Paralegal | $445 | $485 |

---

[2]  This Amended Notice is being filed at the request of the Office of the United States Trustee for the District of New Jersey, to amend that certain *Notice of Change in Hourly Rates of Wilson Sonsini Goodrich & Rosati, P.C., as Special Corporate Counsel to the Board of Directors of Debtor Rite Aid Corporation* [D.I. 1528] (the "First Notice") to amend the First Notice to include the names and titles of the Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") attorneys and paraprofessionals who are expected to be primarily responsible for representing the Board in connection with these chapter 11 cases and their 2023 and 2024 standard hourly rates.

[3]  Effective February 1, 2024, Mr. Grafft will become a partner of WSGR. Mr. Grafft's 2024 hourly rate reflects this elevation.

4870-3950-3263.1

Dated: January 22, 2024

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  esassower@kirkland.com
            joshua.sussberg@kirkland.com
            aparna.yenamandra@kirkland.com
            ross.fiedler@kirkland.com
            zach.manning@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*

4870-3950-3263.1