**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Morgan C. Fiander (239812017)
One New York Plaza
New York, New York 10014
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
morgan.fiander@friedfrank.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: Rite Aid Corporation,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No.: 23-18993 (MBK)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST FOR MORGAN C. FIANDER**

Morgan C. Fiander of Fried, Frank, Harris, Shriver & Jacobson LLP, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey, hereby withdraws her appearance as counsel for Menashe Properties and MDB Landmark LLC and requests to be removed from any and all service lists in this matter including the Court's CM/ECF notification list. The undersigned is no longer associated with the law firm that continues to represent Menashe Properties and MDB Landmark LLC. A notice of appearance was filed by Aaron Davis, of Polsinelli PC, for both entities, on November 30, 2023 and they are not prejudiced by my withdrawal. [Dkt. No. 830.]

Dated: New York, New York  
       January 18, 2024

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER  
  & JACOBSON LLP

*/s/ Morgan C. Fiander*  
Morgan C. Fiander

One New York Plaza  
New York, New York 10004-1980  
(212) 859-8000  
morgan.fiander@friedfrank.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2024, I caused the foregoing document to be filed via the Court's CM/ECF system, and that, as a result, notice of this filing has been transmitted, via the CM/ECF system, to all case participants registered with the CM/ECF system.

*/s/ Morgan C. Fiander*  
Morgan C. Fiander