**COLE SCHOTZ P.C.**

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Michael D. Sirota
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6262
Writer's Direct Fax: 201.678.6262
Writer's E-Mail: msirota@coleschotz.com

January 25, 2024

<u>**Via CM/ECF**</u>
Honorable Chief Judge Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

  Re: In re Rite Aid Corporation, *et al.*
    Case No. 23-18993 (MBK)

Dear Chief Judge Kaplan:

  We write on behalf of Rite Aid Corporation, *et al.* (collectively, the "<u>Debtors</u>") in connection with the *Stipulation and Agreed Order (I) Appointing Hon. Shelley C. Chapman (Ret.) as Mediator to Mediate the Mediation Topics, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief* (the "<u>Mediation Order</u>") which was entered by the Court on January 12, 2024 at Docket Number 1469. As Your Honor is aware, the Mediation Order is an agreed upon form of Order among the key constituents in the case including the Debtors, Bank of America, N.A., the Ad Hoc Group of Secured Noteholders, the Official Committee of Unsecured Creditors and the Official Committee of Tort Claims. The Office of the United States Trustee (the "<u>UST</u>") is not a party to the Mediation Order.

  Following entry of the Mediation Order, the UST provided the Debtors with comments to the Mediation Order. The Debtors, working with the mediator, the Hon. Shelley C. Chapman (Ret.), and the other mediation parties, attempted to address the UST's comments but have been unable to come to a consensual resolution. As such, the Debtors respectfully request that the Court schedule a hearing with respect to the Mediation Order for January 29, 2024, the next scheduled hearing date in this matter.

  As always, we appreciate the Court's attention to this matter.

           Respectfully submitted,

           */s/ Michael D. Sirota*
           Michael D. Sirota

coleschotz.com