**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## TO BE HEARD ON JANUARY 29, 2024 AT 10:00 A.M. (ET)

To:      All Parties Receiving Electronic Notification of Filing
              via the Court's CM/ECF System

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## I.    **MATTERS GOING FORWARD**

1. Stipulation and Agreed Order (I) Appointing Hon. Shelley C. Chapman (Ret.) as Mediator to Mediate the Mediation Topics, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief [Docket No. 1469]

   A.    Related Documents

   - Debtors' Application in Lieu of Motion in Support of Entry of Stipulation and Agreed Order (I) Appointing Hon. Shelley C. Chapman (Ret.) as Mediator to Mediate the Mediation Topics, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief [Docket No. 1420];

   - Notice of Mediator's Notice of Extension of Mediation [Docket No. 1588];

   - Letter to Judge Regarding Mediation Order [Docket No. 1592].

   Status:  This matter is going forward at 10:00 a.m. with permission of the Court.

2. Debtors' Motion for Entry of an Amended Final Order (I) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to be Free and Clear of All Liens, Claims, And Encumbrances and (II) Granting Related Relief [Docket No. 1569]

   A.    Related Documents

   - Application for Order Shortening Time [Docket No. 1570];

   - Order Shortening Time Period for Notice [Docket No. 1573];

   - United States Trustee's Limited Objection to the Debtors' Motion for Entry of an Amended Final Order (I) Authorizing and Approving the Conduct of Store Closing Sales, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances and (II) Granting Related Relief [Docket No. 1628].

   Status:  This matter is going forward at 10:00 a.m. with permission of the Court.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Associate Wages, Salaries, Other Compensation, and Reimbursable Associate Expenses and (B) Continue Associate Benefits Programs, and (II) Granting Related Relief [Docket No. 17]

A.    Related Documents

- Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Associate Wages, Salaries, Other Compensation, and Reimbursable Associate Expenses and (B) Continue Associate Benefits Programs, and (II) Granting Related Relief [Docket No. 134]

Status: This matter is going forward at 10:00 a.m. with permission of the Court.

4. Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 25]

A.    Related Documents

- Objection of 32-14 31st Food LLC to the Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 519];

- Limited Objection of 32-14 31st Food LLC to Debtors' Motion for Entry of Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 549];

- Supplement to Objection of 32-14 31st Food LLC to the Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 1027];

- Subtenant 32-14 31st Food LLC's (I) Supplemental Objection to Debtors' Motion for Entry of Order, Authorizing, Among Other Things, Rejection of Certain Prime Lease and Certain Sublease Relating to Subleased Space at 32-14 31st Street, Astoria, New York, (II) Statement in Connection with Prime Landlord's Motion for Payment of Administrative Rent from Debtors, and (III) Request for Short Adjournment of "Virtual" Hearing Scheduled for January 29, 2024 [Docket No. 1559];

- Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 1603];

- Landlord's Response to Subtenant 32-14 31st Food's (I) Supplemental Objection to Debtors' Motion for Entry of Order, Authorizing, Among Other Things, Rejection of Certain Prime Lease and Certain Sublease Relating to Subleased Space at 32-14 31st Street, Astoria, New York, (II) Statement in Connection with Prime Landlord's Motion For Payment of Administrative Rent from Debtors, And (III) Request for Short Adjournment of "Virtual" Hearing Scheduled for January 29, 2024 [Docket No. 1623];

- Amended Declaration of Matthew Davidson in Support of Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 1626].

Status:  This matter is going forward at 10:00 a.m. with permission of the Court with respect to the aforementioned objections.

5.  Notice of Hearing on Application for Payment of Administrative Expense Claims of 3214 Thirty First Street LLC [Docket No. 1072]

A.   Related Documents

- Certificate of Service [Docket No. 1080];

- 32-14 31st Food LLC's Statement and Request for Adjournment in Response to Application for Payment of Administrative Claims of 3214 Thirty First Street LLC [Docket No. 1232];

- Adjournment Request [Docket No. 1390];

- Supplement to Application for Payment of Administrative Expense Claims of 3214 Thirty First Street LLC [Docket No. 1619].

Status:  This matter is going forward at 10:00 a.m. with permission of the Court.


II.   **MATTERS NOT GOING FORWARD**

1.  Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 25]

A.   <u>Responses</u>

- Objection of Over-Landlord A & C Ventures, Inc. to the Motion by Debtor Thrifty Payless, Inc. for entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 449];

- Limited Objection of Dollar Tree Stores, Inc., Family Dollar Stores, LLC, and Their Subsidiaries to the Debtors' Motions for Entry of Order (i) (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief; (ii) (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of any Personal Property, Each Effective as of the Rejection Date and (II) Granting Related Relief; (iii) Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing certain Fee Payments for Services Performed, and (V) Granting Related Relief; and (iv) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving the Conduct of Store Closing Sale, with such Sales to be Free and Clear of all Liens, Claims, and Encumbrances, and (II) Granting Related Relief [Docket No. 473];

- Objection of Over-Landlord EC TIC Manager LLC, EC TIC BD6 LLC, EC TIC AMG1 LLC, EC TIC AMG2 LLC, EC TIC Loretto LLC, as Tenants-in-Common, to  Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Any Personal Property, Each Effective as of the Rejection Date, and (II) Granting Related Relief Involving Co-Debtor Elixir RX Solutions, LLC, F/K/A Medtrak Services, L.L.C. [Docket No. 576].

Status:  A final hearing on this matter with respect to certain leases, listed on **<u>Exhibit 1</u>** attached hereto, will be adjourned to a later date.

Dated: January 28, 2024

/s/ *Michael D. Sirota*
_____

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            svanaalten@coleschotz.com


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel for Debtors and*
*Debtors in Possession*

**<u>Exhibit 1</u>**

**Adjourned Leases**

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property | Leases to Be Adjourned |
|---|---|---|---|---|---|---|---|---|
| 1 | CRE EXECUTIVE CENTER LLC | C/O ONWARD INVESTORS, LLC 6500 CITY WEST PARKWAY, SUITE 440 EDEN PRAIRIE, MINNESOTA 55344 | UNEXPIRED LEASE | 35170 | 10895 LOWELL AVENUE OVERLAND PARK, KANSAS 66210 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 2 | DOLLAR TREE STORES, INC. #1966 | 500 VOLVO PARKWAY CHESAPEAKE, VA 23320 | UNEXPIRED LEASE | 34995 | 3875 GRANDVIEW DRIVE SIMPSONVILLE, SC 29680 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 3 | FAMILY DOLLAR #8293 | 500 VOLVO PARKWAY CHESAPEAKE, VA 23320 | UNEXPIRED LEASE | 34955 | 701 SUNBURST HIGHWAY CAMBRIDGE, MD 21613 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 4 | GOODWILL INDUSTRIES OF THE OLYMPICS & RAINER REGION | 6628 N. BLACKSTONE FRESNO, CA 93710 | UNEXPIRED LEASE | 36754 | 680C WEST WASHINGTON STREET SEQUIM, WA 98382 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 5 | GRANDVIEW RETAIL INVESTORS, L.L.C | P. O. BOX 19868 CHARLOTTE, NC 28219 | UNEXPIRED LEASE | 34995 | 3875 GRANDVIEW DRIVE SIMPSONVILLE, SC 29680 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 6 | KRUCIAL STAFFING | 9800 METCALF AVE. 5TH FLOOR, OVERLAND PARK KS 66212 | UNEXPIRED LEASE | 35170 | 10895 LOWELL AVENUE OVERLAND PARK, KS 66210 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 7 | THE NIKI GROUP | C/O THE NIKI GROUP LLC 11720 EL CAMINO REAL STE 250 SAN DIEGO, CA 92130 | UNEXPIRED LEASE | 34955 | 701 SUNBURST HIGHWAY CAMBRIDGE, MD 21613 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |
| 8 | ACV SEQUIM, LLC., C/O AC VENTURES | 465 FIRST STREET WEST SONOMA, CA 95476 | UNEXPIRED LEASE | 36754 | 680C WEST WASHINGTON STREET SEQUIM, WA 98382 | 10/15/2023 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES | ADJOURNED |