**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR
## HEARING SCHEDULED FOR FEBRUARY 6, 2024 AT 11:00 AM (ET)

The Debtors file this Witness and Exhibit List regarding the hearing scheduled for Tuesday,

February 6, 2024 at 11:00 A.M. (ET) ("Hearing").

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## WITNESSES

In support of the Debtors' *Objection to Motions by Theresa D'Antonio and Lisa Helper for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* [Docket No. 1779], the Debtors intend to call **Anita Ward**, Vice President of Risk Management for the Debtors, as necessary to seek admission of the *Declaration of Anita Ward in Support of the Debtors' Objection to Motions by Theresa D'Antonio and Lisa Helper for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* [Docket No. 1779-1].

The Debtors reserve the right to call any witness necessary to establish the authenticity or admissibility of documents, call any witness identified by any other party, cross examine any witness called by another party, and call rebuttal witnesses as necessary.  The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below.

| Ex. # | Document Date | Description | Offered | Objection | Disposition |
|---|---|---|---|---|---|
| 1. | 01/30/2024 | Declaration of Anita Ward in Support of the Debtors' Objection to Motions by Theresa D'Antonio and Lisa Helper for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 1779-1] | | | |

The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing.

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing.  The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

Dated: February 4, 2024

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com
          svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email:    esassower@kirkland.com
          joshua.sussberg@kirkland.com
          aparna.yenamandra@kirkland.com
          ross.fiedler@kirkland.com
          zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and*

*Debtors in Possession*