**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNED**
**HEARING ON THE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on October 16, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed (i) the *Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates* [Docket No. 42] (as may be modified, amended, or supplemented from time to time, the "Plan") and (ii) the *Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* [Docket No. 43] (as modified, amended, or supplemented from time to time, the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 31, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 1791] (the "Disclosure Statement Motion") seeking to, among other things: (a) schedule dates and deadlines in connection with confirmation of the Plan; and (b) establish certain protocols in connection with those proceedings.

**PLEASE TAKE FURTHER NOTICE** that, on February 1, 2024, the Court entered the *Amended Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice* [Docket No. 1800], in which the Court ordered that: (a) a hearing would be held on the Disclosure Statement Motion on February 13, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Disclosure Statement Motion Hearing") and (b) objections to the Disclosure Statement Motion be filed and served by no later than close of business on February 9, 2024 (the "Objection Deadline"), which Disclosure Statement Motion Hearing is being adjourned and which Objection Deadline is being extended, each as set forth herein.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan or Disclosure Statement (as defined herein), as applicable.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Disclosure Statement Motion will be held remotely on **February 16, 2024, at 11:00 a.m. (prevailing Eastern Time)**, subject to the Court's availability, before the Honorable Chief Judge Michael B. Kaplan, United States Bankruptcy Judge, to consider the entry of an order (a) conditionally approving the Disclosure Statement; (b) approving solicitation packages; (c) approving the forms of ballots and notices of non-voting status; (d) approving procedures for soliciting, noticing, receiving, and tabulating votes on the Plan and for filing objections to the Plan; and (e) approving dates with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Disclosure Statement Motion shall: (a) be in writing, (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Court electronically by attorneys who regularly practice before the Court in accordance with the *General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002* (the "General Order") and the *Commentary Supplementing Administrative Procedures* dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary, and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Court) and, by all other parties in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be ***actually received* on or before February 13, 2024 at 4:00 p.m. (prevailing Eastern Time)**: (i) the Debtors, Rite Aid Corporation, 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Aparna Yenamandra, P.C. (aparna.yenamandra@kirkland.com), Ross J. Fiedler (ross.fiedler@kirkland.com), and Zachary R. Manning (zach.manning@kirkland.com); (iii) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com); (iv) Office of the United States Trustee for Region 3, District of New Jersey, Raymond Boulevard, Suite 2100, Newark, NJ 07102, Attn: Jeffrey M. Sponder and Lauren Bielskie; (v) counsel to the DIP Agents, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com); Jonathan D. Marshall (jmarshall@choate.com); and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, New Jersey 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Oscar N. Pinkas (pinkaso@gtlaw.com); (vi) counsel to the Ad Hoc Secured Noteholder Group, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 6th Avenue, New York, NY 10019, Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com); Brian S. Hermann (bhermann@paulweiss.com); and Christopher Hopkins (chopkins@paulweiss.com) and Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960, Attn: Howard A. Cohen (hcohen@foxrothschild.com); Joseph J. DiPasquale (jdipasquale@foxrothschild.com) and Michael R. Herz (mherz@foxrothschild.com); (vii) counsel to the Official Committee of Tort Claimants, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Arik Preis (apreis@akingump.com), Mitchell P. Hurley (mhurley@akingump.com), Kate Doorley (kdoorley@akingump.com), Theodore James Salwen (jsalwen@akingump.com) and Brooks Barker (bbarker@akingump.com); (viii) local counsel to the Official Committee of Tort Claimants, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., 308 Harper Drive Suite 200, Moorestown,

New Jersey 08057, Attn: Arthur Abramowitz (aabramowitz@shermansilverstein.com) and Ross Switkes (rswitkes@shermansilverstein.com); and (ix) counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee"), Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 Attn: Adam Rogoff (arogoff@kramerlevin.com), Rachael Ringer (rringer@kramerlevin.com), Megan Wasson (mwasson@kramerlevin.com), and Rose Bagley (rbagley@kramerlevin.com), and Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parisppany, NJ 07054 Attn: James S. Carr (jcarr@kelleydrye.com), Robert L. LeHane (rlehane@kelleydrye.com), and Kristin S. Elliott (kelliott@kelleydrye.com).

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, the Disclosure Statement Motion, this Adjournment Notice, and all other documents filed in these chapter 11 cases are available free of charge by visiting the Debtors' restructuring website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/RiteAid/.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  February 8, 2024

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
     wusatine@coleschotz.com
     fyudkin@coleschotz.com
     svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:    esassower@kirkland.com
     joshua.sussberg@kirkland.com
     aparna.yenamandra@kirkland.com
     ross.fiedler@kirkland.com
     zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*