| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra, P.C. (admitted *pro hac vice*)<br>Ross J. Fiedler (admitted *pro hac vice*)<br>Zachary R. Manning (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>esassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br>ross.fiedler@kirkland.com<br>zach.manning@kirkland.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                                Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF ASSUMPTION OF CERTAIN UNEXPIRED LEASES**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR LEASES ON SCHEDULE 1 ATTACHED TO EXHIBIT 1 TO THIS NOTICE AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on November 20, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order on the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") (a) authorizing and

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

approving procedures to reject, assume, or assume and assign executory contracts and unexpired leases and (b) granting related relief [Docket No. 702] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Assumption Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on Schedule 1 (the "Assumption Schedule") annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby assumed, effective as of the date specified in such Schedule 1 or such other date as the Debtors and the counterparty or counterparties to any such Contract agree (the "Assumption Date").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have the financial wherewithal to meet all future obligations under the Contracts, thereby satisfying the requirement of adequate assurance of future performance.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed assumption of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is *actually received* by the following parties no later than ten days after the date that the Debtors filed and served this Notice: (a) the Debtors, Rite Aid Corporation, 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112; (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Aparna Yenamandra, P.C., Ross J. Fiedler, and Zachary R. Manning; (c) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street; Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Warren A.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion or in the Procedures Order, as applicable.

Usatine, Felice R. Yudkin, and Seth Van Aalten; (d) the counterparty or counterparties to the applicable Contract(s); (e) counsel to the Ad Hoc Secured Noteholder Group, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 1001 Attn.: Andrew N. Rosenberg (arosenberg@paulweiss.com), Brian S. Hermann (bhermann@paulweiss.com) and Christopher Hopkins (chopkins@paulweiss.com); (f) co-counsel to the Ad Hoc Secured Noteholder Group, Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey, 07960, Attn: Howard A. Cohen (hcohen@foxrothschild.com); Joseph J. DiPasquale (jdipasquale@foxrothschild.com) and Michael R. Herz (mherz@foxrothschild.com); (g) counsel to the DIP Agents, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com); Jonathan D. Marshall (jmarshall@choate.com); and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, New Jersey 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Oscar N. Pinkas (pinkaso@gtlaw.com) (h) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (jeffrey.m.sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); (i) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (ARogoff@kramerlevin.com) and Nancy Bello (nbello@kramerlevin.com) and Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, NJ 07054, Attn: Robert LeHane (rlehane@kelleydrye.com) and Connie Choe (cchoe@kelleydrye.com); (j) counsel to the Official Committee of Tort Claimants, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Arik Preis (apreis@akingump.com), Mitchell P. Hurley (mhurley@akingump.com), Kate Doorley

(kdoorley@akingump.com), Theodore James Salwen (jsalwen@akingump.com), and Brooks Barker (bbarker@akingump.com) and Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., 457 Haddonfield Rd. #300, Cherry Hill, NJ 08002, Attn: Arthur J. Abramowitz (aabramowitz@shermansilverstein.com) and Ross Switkes (rswitkes@shermansilverstein.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors shall file an Assumption Order under a certificate of no objection. The assumption of each Contract shall be effective as of the applicable Assumption Date.

**PLEASE TAKE FURTHER NOTICE** that, the proposed cure amount as to each Contract is set forth in the Assumption Schedule. If a written objection to the proposed cure amount is not timely filed, then such cure amount shall be binding on all parties and no amount in excess thereof shall be paid for cure purposes.[3]

**PLEASE TAKE FURTHER NOTICE** that if an objection to the assumption of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. Such Contract will only be deemed assumed upon entry by the Court of a consensual form of Assumption Order resolving the objection as between the objecting party and the Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon further order of the Court, and shall be assumed as of the applicable Assumption Date or as ordered by the Court.

---

[3] An objection to the assumption of any particular Contract or cure amount listed in this Assumption Notice shall not constitute an objection to the assumption of any other Contract listed in this Assumption Notice. Any objection to the assumption of any particular Contract or cure amount listed in this Assumption Notice must state with specificity the Contract to which it is directed. For each particular Contract whose assumption is not timely or properly objected to, such assumption will be effective in accordance with this Assumption Notice and the Procedures Order.

Dated: February 28, 2024

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com
          svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       esassower@kirkland.com
             joshua.sussberg@kirkland.com
             aparna.yenamandra@kirkland.com
             ross.fiedler@kirkland.com
             zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

## **Exhibit 1**

**Proposed Assumption Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                            Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

## ORDER APPROVING THE ASSUMPTION OF CERTAIN UNEXPIRED LEASES

The relief set forth on the following pages, numbered three (3) through four (4), is **ORDERED.**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

(Page |3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Order Approving the Assumption of Certain Unexpired Leases |

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 702] (the "Procedures Order")[1] and the related assumption notice (the "Assumption Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served the Assumption Notice on each applicable party as set forth in the Assumption Schedule attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections having been filed to the assumption of such Contracts; and due and proper notice of the Procedures Order and the Assumption Notice having been provided to each applicable Assumption Counterparty as set forth in the Assumption Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to assume the Contracts listed on **Schedule 1**. Each Contract, as amended with the prior consent and written agreement of the applicable Assumption Counterparty, if applicable, is hereby deemed to be assumed by the applicable Debtor(s) pursuant to section 365(a) of the Bankruptcy Code. Such assumption is effective as the Assumption Date

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page |4)
Debtors:           RITE AID CORPORATION, *et al*.
Case No.           23-18993 (MBK)
Caption of Order:  Order Approving the Assumption of Certain Unexpired Leases

specified for each Contract in the Assumption Schedule.

    2.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

## Assumption Schedule[1]

| # | Counterparty | Debtor Party | Store # | Store Address | Description of Contract | Lease Type | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 1 | MCB-BF RA PORTFOLIO JV LLC | PERRY DRUG STORES, INC. | 4305 | 2971 WEST MAPLE ROAD, TROY, MI 48084 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 2 | PANOS PROPERTIES, L.L.C. | THRIFTY PAYLESS, INC. | 5181 | 16222 BOTHELL-EVERETT HIGHWAY, MILL CREEK, WA 98012 | Unexpired Lease | Store Lease | $36,373.93 | February 28, 2024 |
| 3 | GULL INDUSTRIES INC | THRIFTY PAYLESS, INC. | 5197 | 3023 78TH AVE SE, MERCER ISLAND, WA 98040 | Unexpired Lease | Store Lease | $26,090.72 | February 28, 2024 |
| 4 | KRG WOODINVILLE PLAZA LLC | THRIFTY PAYLESS, INC. | 5205 | 14035 NE WOODINVILLE-DUVALL, WOODINVILLE, WA 98072 | Unexpired Lease | Store Lease | $36,151.52 | February 28, 2024 |
| 5 | RAINTREE REALTY LLC | THRIFTY PAYLESS, INC. | 5464 | 11096 JEFFERSON BOULEVARD, CULVER CITY, CA 90230 | Unexpired Lease | Store Lease | $26,187.27 | February 28, 2024 |
| 6 | VESTAR PENINSULA RETAIL, LLC | THRIFTY PAYLESS, INC. | 5480 | 23 PENINSULA CENTER, ROLLING HILLS ESTS, CA 90274 | Unexpired Lease | Store Lease | $25,890.67 | February 28, 2024 |
| 7 | CARSON NORMANDIE PLAZA LLC | THRIFTY PAYLESS, INC. | 5492 | 1237 WEST CARSON STREET, TORRANCE, CA 90502 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 8 | THE QUAD AT WHITTIER LLC | THRIFTY PAYLESS, INC. | 5494 | 8508 PAINTER AVENUE, WHITTIER, CA 90602 | Unexpired Lease | Store Lease | $13,551.62 | February 28, 2024 |
| 9 | ATLANTIC SQUARE LLC | THRIFTY PAYLESS, INC. | 5597 | 2150 SOUTH ATLANTIC BOULEVARD, MONTEREY PARK, CA 91754 | Unexpired Lease | Store Lease | $7,338.34 | February 28, 2024 |
| 10 | TIERRASANTA TOWN CENTER LLC | THRIFTY PAYLESS, INC. | 5660 | 10631 TIERRASANTA BOULEVARD, SAN DIEGO, CA 92124 | Unexpired Lease | Store Lease | $47,552.39 | February 28, 2024 |

---

[1] The inclusion of a Contract on this schedule does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| # | Counterparty | Debtor Party | Store # | Store Address | Description of Contract | Lease Type | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 11 | GERSHMAN PROPERTIES, LLC | THRIFTY PAYLESS, INC. | 5668 | 1854 CORONADO AVENUE, SAN DIEGO, CA 92154 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024[2] |
| 12 | SUNQUITZ SWC, LLC | THRIFTY PAYLESS, INC. | 5684 | 111 S SUNRISE WAY, PALM SPRINGS, CA 92262 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 13 | SCHWAB CHILD 2016 IRRE TRUST | THRIFTY PAYLESS, INC. | 5749 | 801 NORTH EL CAMINO REAL, SAN CLEMENTE, CA 92672 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 14 | MONTECITO MARKET PLACE ASSOCIATES | THRIFTY PAYLESS, INC. | 5957 | 471 3RD STREET, SAN RAFAEL, CA 94901 | Unexpired Lease | Store Lease | $13,102.56 | February 28, 2024[3] |
| 15 | JOSEPH MURPHY CORPORATION | THRIFTY PAYLESS, INC. | 6023 | 1551 FARMERS LANE, SANTA ROSA, CA 95405 | Unexpired Lease | Store Lease | $64,137.26 | February 28, 2024 |
| 16 | RX COMPTON INVESTORS, DBT | THRIFTY PAYLESS, INC. | 6214 | 1001 NORTH CENTRAL AVENUE, COMPTON, CA 90222 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 17 | REALTY INCOME CORPORATION | THRIFTY PAYLESS, INC. | 6549 | 11200 OLIVE DRIVE, BAKERSFIELD, CA 93312 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 18 | MUSTANG SQUARE LLC | THRIFTY PAYLESS, INC. | 6549 | 11200 OLIVE DRIVE, BAKERSFIELD, CA 93312 | Unexpired Lease | Ground Lease | $0.00 | February 28, 2024 |
| 19 | VEDRES FAMILY INVESTMENT PARTNERSHIP, LP | THRIFTY PAYLESS, INC. | 6561 | 11352 BRYANT STREET, YUCAIPA, CA 92399 | Unexpired Lease | Store Lease | $26,979.02 | February 28, 2024 |
| 20 | GARTIN PROPERTIES LLC | THE BARTELL DRUG COMPANY | 6956 | 2345 42ND AVE SW, SEATTLE, WA 98116 | Unexpired Lease | Store Lease | $13,756.14 | February 28, 2024 |
| 21 | SKD CONSTRUCTION COMPANY, LLC | MAXI DRUG, INC. | 10386 | 1619 POST ROAD, FAIRFIELD, CT 06824 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 22 | PEQUA JAZ LLC AS AGENT FOR | GENOVESE DRUG STORES, INC. | 10648 | 5125 MERRICK ROAD, MASSAPEQUA PARK, NY 11762 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 23 | DERRY REALTY GROUP LLC | RITE AID OF NEW HAMPSHIRE, INC. | 3310 | 52 ROCKINGHAM ROAD, DERRY, NH 03038 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |

---

[2] The assumption of this Contract is subject to the Contract parties' entry into a mutually agreeable amendment to such Contract.

[3] The assumption of this Contract is subject to the Contract parties' entry into a mutually agreeable amendment to such Contract.

| # | Counterparty | Debtor Party | Store # | Store Address | Description of Contract | Lease Type | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 24 | BONNIE PROPERTIES, INC. | RITE AID OF MICHIGAN, INC. | 4695 | 28350 SOUTH RIVER ROAD, HARRISON TOWNSHIP, MI 48045 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 25 | SUNNYSIDE MARKET PLACE, LLC | THRIFTY PAYLESS, INC. | 5326 | 12002 SE SUNNYSIDE ROAD, CLACKAMAS, OR 97015 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 26 | AMERIKO, INC. | THRIFTY PAYLESS, INC. | 5426 | 1815 SOUTH VERMONT AVENUE, LOS ANGELES, CA 90006 | Unexpired Lease | Store Lease | $17,136.63 | February 28, 2024 |
| 27 | SVAP III PLAZA MEXICO LLC | THRIFTY PAYLESS, INC. | 5476 | 11325 LONG BEACH BOULEVARD, LYNWOOD, CA 90262 | Unexpired Lease | Store Lease | $1,036.13 | February 28, 2024 |
| 28 | DEVONSHIRE AND MASON INVESTORS, LLC | THRIFTY PAYLESS, INC. | 5545 | 10120 MASON AVENUE, CHATSWORTH, CA 91311 | Unexpired Lease | Store Lease | $55,546.90 | February 28, 2024 |
| 29 | FICUS COLUMNS PROPERTIES LP | THRIFTY PAYLESS, INC. | 5576 | 153 EAST GLADSTONE STREET, AZUSA, CA 91702 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 30 | BLP POLK, LP, A CALIFORNIA LIMITED PARTNERSHIP | THRIFTY PAYLESS, INC. | 5697 | 15510 MAIN STREET, HESPERIA, CA 92345 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 31 | CONSTANCE L. CHRISTENSEN, TRUSTEE | THRIFTY PAYLESS, INC. | 5704 | 27350 SUN CITY BOULEVARD, MENIFEE, CA 92586 | Unexpired Lease | Store Lease | $3,278.56 | February 28, 2024 |
| 32 | 2097 W SHAW LLC | THRIFTY PAYLESS, INC. | 5865 | 2011 WEST SHAW AVENUE, FRESNO, CA 93711 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 33 | BLUE MERCED R1414 LLC | THRIFTY PAYLESS, INC. | 5944 | 2819 HOPYARD ROAD, PLEASANTON, CA 94588 | Unexpired Lease | Store Lease | $17,673.78 | February 28, 2024 |
| 34 | MGP XI NORTHGATE LLC | THRIFTY PAYLESS, INC. | 5958 | 1500 NORTHGATE MALL, SAN RAFAEL, CA 94903 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 35 | AHM PROPERTIES LLC | THRIFTY PAYLESS, INC. | 6031 | 218 NORTH MAIN STREET, SEBASTOPOL, CA 95472 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 36 | HUBERT TSANG | THRIFTY PAYLESS, INC | 6033 | 680 SOUTH STATE STREET, UKIAH, CA 95482 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 37 | ALSCOTT REAL ESTATE LLC | THRIFTY PAYLESS, INC. | 6043 | 2805 BELL ROAD, AUBURN, CA 95603 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 38 | LF2 ROCK CREEK LP | THRIFTY PAYLESS, INC. | 6043 | 2805 BELL ROAD, AUBURN, CA 95603 | Unexpired Lease | Ground Lease | $0.00 | February 28, 2024 |

| # | Counterparty | Debtor Party | Store # | Store Address | Description of Contract | Lease Type | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|---|
| 39 | MANP CDM, LLC & DMP CDM, LLC | THRIFTY PAYLESS, INC. | 6207 | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA 92625 | Unexpired Lease | Store Lease | $28,311.69 | February 28, 2024 |
| 40 | JAMES & JULEE SIEVERS | THRIFTY PAYLESS, INC. | 6310 | 602 WILLIAMS ROAD, SALINAS, CA 93905 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 41 | THE COMMONS AT CALABASAS, LLC | THRIFTY PAYLESS, INC. | 6327 | 4710 COMMONS WAY, CALABASAS, CA 91302 | Unexpired Lease | Store Lease | $23,023.52 | February 28, 2024[4] |
| 42 | NEWMARK LLC | MAXI DRUG NORTH, INC | 10297 | 73 EXETER ROAD, NEWMARKET, NH 03857 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 43 | CHIV LAND COMPANY, LLC | THRIFT DRUG, INC. | 10892 | 417 CHARTIERS STREET, BRIDGEVILLE, PA 15017 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 44 | 824 CATHARINE STREET LLC | RITE AID OF PENNSYLVANIA, INC. | 3825 | 801 SOUTH 9TH STREET, PHILADELPHIA, PA 19147 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 45 | MANNINO INVESTMENT CO. | PERRY DRUG STORES, INC. | 4368 | 107 KERCHEVAL AVENUE, GROSSE POINTE FARMS, MI 48236 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 46 | SAAR'S INC. | THRIFTY PAYLESS, INC. | 5217 | 9000 RAINIER AVENUE S STE C, SEATTLE, WA 98118 | Unexpired Lease | Store Lease | $24,763.49 | February 28, 2024 |
| 47 | GLIDER RIDGE, LLC | THRIFTY PAYLESS, INC. | 5322 | 12575 SW WALKER ROAD, BEAVERTON, OR 97005 | Unexpired Lease | Store Lease | $18,152.48 | February 28, 2024 |
| 48 | B.A.G. RITE AID #188, L.P. | THRIFTY PAYLESS, INC. | 5567 | 7239 WOODMAN AVE, VAN NUYS, CA 91405 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 49 | OCEAN BLUE INVESTMENTS, LLC | THRIFTY PAYLESS, INC. | 5646 | 1735 EUCLID AVENUE, SAN DIEGO, CA 92105 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 50 | HW RIVERSIDE ARLINGTON LLC | THRIFTY PAYLESS, INC. | 5712 | 6150 VAN BUREN BOULEVARD, RIVERSIDE, CA 92503 | Unexpired Lease | Store Lease | $50,696.59 | February 28, 2024 |
| 51 | BRIXMOR MANAGEMENT JV 2 LLC | THRIFTY PAYLESS, INC. | 5732 | 405 WEST IMPERIAL HIGHWAY, BREA, CA 92821 | Unexpired Lease | Store Lease | $38,842.89 | February 28, 2024 |
| 52 | ARCADIA LIVE OAK INVESTMENTS LLC | THRIFTY PAYLESS, INC. | 5786 | 5845 EAST LOS ANGELES AVE., SIMI VALLEY, CA 93063 | Unexpired Lease | Store Lease | $18,991.35 | February 28, 2024 |

---

[4] The assumption of this Contract is subject to the Contract parties' entry into a mutually agreeable amendment to such Contract.

| #  | Counterparty | Debtor Party | Store # | Store Address | Description of Contract | Lease Type | Cure Amount | Assumption Date |
|----|---|---|---|---|---|---|---|---|
| 53 | HOROWITZ FAMILY TRUST AND FRANDSON FAMILY TRUST | THRIFTY PAYLESS, INC. | 5825 | 1690 EAST GRAND AVENUE, ARROYO GRANDE, CA 93420 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 54 | HAMILTON SAN JOSE CA SR LP | THRIFTY PAYLESS, INC. | 5988 | 1550 HAMILTON AVENUE, SAN JOSE, CA 95125 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 55 | MEGDAL SANTEE, LLC | THRIFTY PAYLESS, INC. | 5996 | 1050 NORTH WILSON WAY, STOCKTON, CA 95205 | Unexpired Lease | Store Lease | $540.00 | February 28, 2024 |
| 56 | LMK SERVICES, INC. | THRIFTY PAYLESS, INC. | 6059 | 2111 GOLDEN CENTRE LANE, RANCHO CORDOVA, CA 95670 | Unexpired Lease | Store Lease | $29,950.10 | February 28, 2024 |
| 57 | DAHA INVESTMENTS | THRIFTY PAYLESS, INC. | 6095 | 6424 WESTSIDE ROAD, REDDING, CA 96001 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 58 | CAMELOT HOLDING LP | THRIFTY PAYLESS, INC. | 6235 | 3860 SEPULVEDA BOULEVARD, TORRANCE, CA 90505 | Unexpired Lease | Store Lease | $18,394.43 | February 28, 2024 |
| 59 | RA2 PASADENA LP | THRIFTY PAYLESS, INC. | 6255 | 1038 EAST COLORADO BOULEVARD, PASADENA, CA 91106 | Unexpired Lease | Store Lease | $0.00 | February 28, 2024 |
| 60 | CP MANAGEMENT GROUP II LLC | ECKERD CORPORATION | 10512 | 811 FISCHER BOULEVARD, TOMS RIVER, NJ 08753 | Unexpired Lease | Store Lease | $12,133.68 | February 28, 2024 |
| 61 | PENTON COMPANY | ECKERD CORPORATION | 11153 | 1535 WEST CHESTER PIKE, WEST CHESTER, PA 19382 | Unexpired Lease | Store Lease | $17,205.74 | February 28, 2024 |