**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF RITE AID RETAIL SALE AUCTION**

**PLEASE TAKE NOTICE** that, on October 18, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Bidding Procedures Order [Docket No. 129]. On January 9, 2024, the Court entered the *Amended Order (I) Approving the Auction and Bidding Procedures, (I)Approving Bidding Procedures and Bid Procedures, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 1413] (the "Amended Bidding Procedures Order"), approving certain

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

dates, deadlines, and procedures for the potential sale of certain of the Debtors' assets, attached to the Amended Bidding Procedures Order as Exhibit 1 (the "Bidding Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 34 of the Amended Bidding Procedures Order, and following consultation with the Consultation Parties, the Debtors modified the Sale Schedules, as set forth in the *Notice of Extension of Certain Dates and Deadlines Related to the Debtors' Retail Sale Process* [Docket No. 1571] (the "Retail Sale Extension Notice").

**PLEASE TAKE FURTHER NOTICE** that the Retail Sale Extension Notice established February 6, 2024 as the deadline by which Bids must be submitted with respect to the Rite Aid Retail Assets (the "Retail Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to (i) discuss with the Consultation Parties, any Qualified Bidders, and other parties in interest potential transactions regarding the disposition of their Rite Aid Retail Assets and (ii) evaluate all options to maximize the value of their estates consistent with their fiduciary duties and the terms of the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section XVII of the Bidding Procedures, in consultation with the Consultation Parties, the Debtors, in their reasonable business judgment and in a manner consistent with the exercise of their fiduciary duties, **have elected to adjourn the Rite Aid Retail Auction to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will file an additional notice rescheduling the Rite Aid Retail Auction, if necessary, to a date certain, and rescheduling other dates in the Rite Aid Retail Asset Sale Schedule as appropriate (including the deadline to file objections to any Rite Aid Retail Asset Sale transaction and the hearing before the Bankruptcy Court to consider approval of the same).

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in accordance with section XVII of the Bidding Procedures, expressly reserve all rights under the Amended Bidding Procedures Order and the Bidding Procedures to seek further Court relief with regard to, among other things, the Bidding Procedures, the disposition of their Rite Aid Retail Assets, and a Rite Aid Retail Auction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Amended Bidding Procedures Order, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of the Debtors' notice, claims, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Bidding Procedures Order or Bidding Procedures, as applicable.

Dated: February 29, 2024

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
          wusatine@coleschotz.com
          fyudkin@coleschotz.com
          svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:    esassower@kirkland.com
          joshua.sussberg@kirkland.com
          aparna.yenamandra@kirkland.com
          ross.fiedler@kirkland.com
          zach.manning@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*