BSD

# Law Office of Shmuel Klein, PA

Attorneys & Counselors at Law
113 Cedarhill Ave.
Mahwah, NJ 07430
(845) 425-2510
email: DebtFreeLine@gmail.com

March 8, 2024

**Honorable Michael B. Kaplan, Chief Judge**
402 East State Street Court Room #8
Trenton, N.J. 08608

RE: RiteAid 23-18993 MBK
Error in Exit Order dated March 6, 2024

I am counsel for HVP2 LLC, a Creditor in the above referenced bankruptcy case.

Despite having given the Debtor the correct address for HVP2 LLC years ago, despite having given written objection to the Debtor again of its failing to give correct notice to HVP2 LLC stated in the opposition to the Exit motion and most concerning, the false representation by the Debtor to this Court that the Debtor had corrected the address for HVP2 LLC, the Debtor cannot get it right. The Exit Order, drafted by the Debtor, fails to list the correct notice at HVP2 LLC. The correct notice at HVP2 LLC is 117 South Main St., Spring Valley, NY 10977 and not the wrong address listed in the Exit Order.

It is respectfully requested that the Debtor correct the Order listing the correct address and contact each and every landlord by telephone to ensure it has the correct addresses for every landlord so they may receive proper notice.

Respectfully,

/s/ Shmuel Klein

cc
COLE SCHOTZ P.C.
Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601