Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| In re: |
| RITE AID CORPORATION, *et al.*, |
| Debtors.[1] |

Order Filed on March 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 23-18993 (MBK) (Jointly Administered)

## ELEVENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

DATED: March 20, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]   The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Caption in Compliance with D.N.J. LBR 9004-1(b)

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)
Debtors:            RITE AID CORPORATION, *et al.*
Case No.            23-18993 (MBK)
Caption of Order:   Eleventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 702] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.  The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1**, unless otherwise marked as "Adjourned," are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agrees; *provided* that the Rejection Date for a rejection

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page | 4)
Debtors: RITE AID CORPORATION, *et al.*
Case No. 23-18993 (MBK)
Caption of Order: Eleventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

of a lease of nonresidential real property shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided, however,* that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such personal property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may,

(Page | 5)
Debtors: RITE AID CORPORATION, *et al.*
Case No. 23-18993 (MBK)
Caption of Order: Eleventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3. Notwithstanding the foregoing, the Debtors' abandonment of their interests in any equipment or other Personal Property belonging to PepsiCo, Inc. its affiliates, or affiliated bottlers (collectively, the "Pepsi Entities") shall not sever or otherwise impact any ownership interest of the Pepsi Entities in any equipment or Personal Property being abandoned.

4. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty days after the later of (A) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

### Rejected Contracts[1]

---

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto. The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | LA CRESCENTA MARKET PLACE PROPERTIES, LLC | 11812 SAN VICENTE BLVD, SUITE 500, LOS ANGELES, CALIFORNIA 90049 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5538 | 2647 WEST FOOTHILL BOULEVARD, LA CRESCENTA, CA 91214 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | 1. A 1825 BROADWAY LLC (50/50 OWNERSHIP) 2. B 1825 BROADWAY LLC | 6848 25TH AVE NE, SEATTLE, WASHINGTON 98115 | UNEXPIRED LEASE | THE BARTELL DRUG COMPANY | 6948 | 1825 BROADWAY, EVERETT, WA 98201 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | REVERE WORKS, LLC | 620 RIGHTERS FERRY ROAD, BALA CYNWYD, PENNSYLVANIA 19004 | UNEXPIRED LEASE | MAXI DRUG, INC. | 10168 | 457 BROADWAY, REVERE, MA 02151 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | CAPITAL ENTERPRISES | 555 CITY AVENUE, SUITE 1130, BALA CYNWYD, PENNSYLVANIA 19004 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11085 | 472 N. MAIN STREET, DOYLESTOWN, PA 18901 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5 | CAPITAL ENTERPRISES | 555 CITY AVENUE, SUITE 1130, BALA CYNWYD, PENNSYLVANIA 19004 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11085 | 472 N. MAIN STREET, DOYLESTOWN, PA 18901 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | SKYLINE-FRI II, LP | 558 SACRAMENTO STREET, 4TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111 | UNEXPIRED LEASE | ECKERD CORPORATION | 11258 | 1200 BENNS CHURCH BLVD, SMITHFIELD, VA 23430 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | RT FRANKLIN, LLC | 39 WELCH RD, BROOKLINE, MASSACHUSETTS 02445 | UNEXPIRED LEASE | RITE AID OF NEW HAMPSHIRE, INC. | 190 | 951 CENTRAL STREET, FRANKLIN, NH 03235 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | DANIEL G. KAMIN BALTIMORE LLC | P.O. BOX 10234, PITTSBURGH, PENNSYLVANIA 15232 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 4295 | 250 WEST CHASE STREET, BALTIMORE, MD 21202 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | GIUSEPPE VENTIMIGLIA | 650 KINGS HIGHWAY NORTH, #202, CHERRY HILL, NEW JERSEY 08034 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11165 | 200 KIMBERTON ROAD, PHOENIXVILLE, PA 19460 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | WILLIAMSPORT RITE AID LLC | 19 DEVON DR, NEW HOPE, PENNSYLVANIA 18938 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 4415 | 14 FIFTH STREET WILLIAMSPORT, PA 17701 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | CRENSHAW PLAZA I LLC | 1801 CENTURY PARK EAST, SUITE 1818, LOS ANGELES, CALIFORNIA 90067 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC | 5451 | 3230 WEST SLAUSON AVENUE, LOS ANGELES, CA 90043 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 12 | FG-1350 BOSTON POST RD, LLC | 1221 FTELEY AVE, BRONX, NEW YORK 10472 | UNEXPIRED LEASE | RITE AID OF CONNECTICUT, INC. | 2574 | 1350 BOSTON POST ROAD, MILFORD, CT 06460 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | HERITAGE VILLAGE LLC | 801 RIVERSIDE AVE, STE 300, SPOKANE, WASHINGTON 99201 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5308 | 9120 NORTH DIVISION STREET, SPOKANE, WA 99218 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | KOULAS, LLC | 1845 DRYCREEK ROAD, CAMPBELL, CALIFORNIA 95008 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5925 | 969 MURRIETA BOULEVARD, LIVERMORE, CA 94550 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | FONTANA SIERRA CORPORATION | 17165 NEWHOPE ST., SUITE H, FOUNTAIN VALLEY, CALIFORNIA 92708 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5709 | 9540 SIERRA AVENUE, FONTANA, CA 92335 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | TRISINA, LLC | 8505 SOUTH EASTERN AVENUE, STE 150, LAS VEGAS, NEVADA 89123 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 712 | 5 EAST ASHTABULA STREET, JEFFERSON, OH 44047 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | 49 BROADWAY PARTNERS | P.O. BOX 8263, RADNOR, PENNSYLVANIA 19087 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 1150 | 435 EAST BROADWAY, SALEM, NJ 08079 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | FOOTHILLS MARKET LIMITED PARTNERSHIP | 270 W NEW ENGLAND AVE, WINTER PARK, FLORIDA 32789 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 1167 | 833 SOUTH BROADWAY, GENEVA, OH 44041 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19 | 2709 BROADWAY LLC | 614 HEMPSTEAD GARDENS DR, WEST HEMPSTEAD, NEW YORK 11552 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 4883 | 2709 BROADWAY AVENUE, LORAIN, OH 44052 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | MGP XII MOUNTAINGATE LLC | 425 CALIFORNIA ST., 10TH FL, SAN FRANCISCO, CALIFORNIA 94104 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5787 | 1159 EAST LOS ANGELES AVENUE, SIMI VALLEY, CA 93065 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | SOUTHGATE CENTER ASSOCIATES LLC | 23560 LIBBY ROAD, MAPLE HEIGHTS, OHIO 44137 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3163 | 21500 LIBBY ROAD, MAPLE HEIGHTS, OH 44137 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | PNS & DUPONT ASSOCIATES | 3304 OLD CAPITAL TRAIL, SUITE 100, WILMINGTON, DELAWARE 19808 | UNEXPIRED LEASE | RITE AID OF DELAWARE, INC. | 129 | 283 S MAIN STREET, NEWARK, DE 19711 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 23 | 2488 GROUP, INC. | 295 MAIN STREET, SUITE 210, BUFFALO, NEW YORK 14203 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 416 | 151 WEST MAIN STREET, LE ROY, NY 14482 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | COURTHOUSE SQUARE VENTURES, L.P. | 425 SPRUCE STREET, SUITE 200, SCRANTON, PENNSYLVANIA 18503 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 501 | 201 NORTH WASHINGTON AVENUE, SCRANTON, PA 18503 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | NW PLAZA ASSOCIATES 1, LLC | 31800 NORTHWESTERN HIGHWAY, STE 310, FARMINGTON HILLS, MICHIGAN 48334 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 1574 | 2005 N. SAGINAW ROAD, MIDLAND, MI 48640 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26 | OCTA CAPITAL, LLC | 287 SILBERHORN DRIVE, FOLSOM, CALIFORNIA 95630 | UNEXPIRED LEASE | THE LANE DRUG COMPANY | 2347 | 1221 WEST HIGH STREET, BRYAN, OH 43506 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | BUFFALO-PAL BUSINESS TRUST | 7878 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FLORIDA 34201 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3041 | 28800 CHAGRIN BOULEVARD, BEACHWOOD, OH 44122 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | RITECH LLC | 1853 JAY WAY, LOS ANGELES, CALIFORNIA 90069 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3153 | 15149 SNOW ROAD, BROOKPARK, OH 44142 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | RINI BROTHERS | 500 N BROADWAY, STE 201 JERICHO, NEW YORK 11753 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3155 | 29000 LORAIN ROAD, NORTH OLMSTED, OH 44070 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | TRIPLE CROWN CORPORATION | 524 WESTPOINT PARKWAY #50, WESTLAKE, OHIO 44145 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3466 | 11722 LORAIN AVENUE, CLEVELAND, OH 44111 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | REALTY INCOME PROPERTIES 28, LLC | 5351 JAYCEE AVE, STE B, HARRISBURG, PENNSYLVANIA 17112 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 4069 | 83003 VAN DYKE ROAD, WASHINGTON, MI 48095 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | HOWELL/NATIONAL ASSOCIATES, L.L.C. | 11995 EL CAMINO REAL, SAN DIEGO, CALIFORNIA 92130 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 4420 | 1002 EAST GRAND RIVER AVE., HOWELL, MI 48843 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 33 | RITECH LLC | P.O. BOX 784, WALLED LAKE, MICHIGAN 48390 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 4947 | 100 SOUTH LEAVITT ROAD, AMHERST, OH 44001 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | KIMCO L-3 LP | 1853 JAY WAY, LOS ANGELES, CALIFORNIA 90069 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5171 | 1231 AUBURN WAY NORTH, AUBURN, WA 98002 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | RETAIL ENTERPRISES LLC | 224 WESTLAKE AVENUE N, SUITE 500, SEATTLE, WASHINGTON 98109 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5220 | 2028 EAST ISAACS AVENUE, WALLA WALLA, WA 99362 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | SAFEWAY INC | 5918 STONERIDGE MALL RD PLEASANTON, CA 94588 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5327 | 1555 N.E. DIVISION STREET, GRESHAM, OR 97030 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | SONATALORO LLC | 5507 MARICOPA ST, TORRANCE, CALIFORNIA 90503 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5510 | 5550 WOODRUFF AVENUE, LAKEWOOD, CA 90713 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | FW CANAVAJO SHOPPING CENTER, LLC | ONE INDEPENDENCE DR., SUITE 114, JACKSONVILLE, FLORIDA 32202 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5656 | 8694 LAKE MURRAY BOULEVARD, SAN DIEGO, CA 92119 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | CUNHA ENTERPRISES, LP | 120 HAZEL DELL HEIGHTS, WATSONVILLE, CALIFORNIA 95076 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6105 | 1615 MAIN STREET, SUSANVILLE, CA 96130 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | RUSE PROPERTIES(10TH@HOYT)LP | 925 NW HOYT ST, PORTLAND, OREGON 97209 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6467 | 500 NW 10TH AVENUE, PORTLAND, OR 97209 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | BE FAIR LLC | 3316 FUHRMAN AVE E., SUITE 200, SEATTLE, WASHINGTON 98102 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6544 | 23940 NE STATE ROUTE 3, BELFAIR, WA 98528 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | 833 LORDENS PLAZA LLC | 601 UNION ST, STE 1115, SEATTLE, WASHINGTON 98101 | UNEXPIRED LEASE | MAXI DRUG NORTH, INC. | 10268 | 586 NASHUA STREET UNIT 6-9, MILFORD, NH 03055 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 43 | 1. THEODORE L. BUFFALOE 2. JOHN NICHOLS TRUST DATED 10/5/01 3. RUSSELL T. AND CAROL L. BEEMER 4. WILLARD AND IDA L. LEE, TRUSTEES 5. THREE PINES LLC 6. DANA L. CUNNINGHAM 7. JANET M. HAYDEN 8. LISA ELLEN GREENBERG, SUCCESSOR TRUSTEE 9. J. C. STEWART ENTERPRISES L.L.C. 10. RICHARD E. AND SHARON L. ALDRICH, TRUSTEES 11. LAURA B. AND DAVID TRAYSER, SUCCESSOR TRUSTEE 12. HAZEL TAYLOR 13. ROY M. AND REIKO ITO, TRUSTEES 14. 714-716 FOSTER ST., LLC 15. GEORGE H. SIMOL 16. CURTIS H. AND CHESTER R. CHRISTENSEN, CO-TRUSTEES DECLAR FOR BESSIE CHRISTENSEN 17. CURTIS H. AND CHESTER R. CHRISTENSEN, CO-TRUSTEES DECLAR FOR CHESTER CHRISTENSEN | 1300 WELLS FARGO PLACE, 30 EAST SEVENTH STREET, ST. PAUL, MN 55101 | UNEXPIRED LEASE | ECKERD CORPORATION | 10729 | 153 GRANT AVENUE, AUBURN, NY 13021 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | RAD NY ELMIRA 2 PROPERTY OWNER LLC | 650 OAK GROVE AVENUE, MENLO PARK, CALIFORNIA 94025 | UNEXPIRED LEASE | ECKERD CORPORATION | 10865 | 119 WEST 2ND STREET, ELMIRA, NY 14901 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | RACEWAY PLAZA II 2006 LIMITED PARTNERSHIP | 500 GRANT STREET, SUITE 2000, PITTSBURGH, PENNSYLVANIA 15219 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10937 | 2100 WASHINGTON PIKE, CARNEGIE, PA 15106 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | 64 NORTH MERCER AVENUE LLC | 1427 53RD STREET, BROOKLYN, NEW YORK 11219 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10956 | 64 NORTH MERCER AVE., SHARPSVILLE, PA 16150 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | 6822 HAMILTON DEVELOPERS CORP | 145-B FERRY ST - 1101, NEWARK, NEW JERSEY 07105 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11056 | 6822 HAMILTON BOULEVARD, ALLENTOWN, PA 18106 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | WARRINGTON PARTNERS, LLC | 7600 JERICHO TURNPIKE, STE 402, WOODBURY, NEW YORK 11797 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11097 | 542 EASTON ROAD, WARRINGTON, PA 18976 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | 847 STATION STREET, LLC | 847 STATION STREET, HERNDON, VIRGINIA 20170 | UNEXPIRED LEASE | ECKERD CORPORATION | 11297 | 5814 WEST HIGH STREET, PORTSMOUTH, VA 23703 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | WEC 97A-16 INVESTMENT TRUST | 150 GREAT NECK RD, STE 304, GREAT NECK, NEW YORK 11021 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 3751 | 798 SUNBURST HIGHWAY, CAMBRIDGE, MD 21613 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | EASTCHESTER DEVELOPERS LLC | 4 GABRIELLI COURT, MANHASSET, NEW YORK 11030 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 3774 | 2425-34 EASTCHESTER ROAD, BRONX, NY 10469 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | THE NEW YORK METHODIST HOSPITAL | 506 SIXTH STREET, BROOKLYN, NEW YORK 11215 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 4935 | 249 7TH AVENUE, BROOKLYN, NY 11215 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 53 | THE RACQUET CENTRE | 4606 LANKERSHIM BLVD, SUITE 707, NORTH HOLLYWOOD, CALIFORNIA 91602 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5573 | 10869 VENTURA BOULEVARD, STUDIO CITY, CA 91604 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | NOHO VICTORY, LLC | P.O. BOX 11115, BURBANK, CALIFORNIA 91510 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5574 | 11150 VICTORY BOULEVARD, NORTH HOLLYWOOD, CA 91606 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | 1050 BALL ROAD INC | 701 N BRAND BLVD STE 810, GLENDALE, CALIFORNIA 91203 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5701 | 700 EAST REDLANDS BLVD SUITE A, REDLANDS, CA 92373 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | KAROGLANOV FAMILY LIVING TRUST | 512 N ISABEL ST #C, GLENDALE, CALIFORNIA 91205 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6201 | 24991 ALESSANDRO BOULEVARD, MORENO VALLEY, CA 92553 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | 4830 REALTY ASSOCIATES | 455 CENTRAL PARK AVE, SCARSDALE, NEW YORK 10583 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10547 | 195 EAST HARTSDALE AVENUE, HARTSDALE, NY 10530 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | PHILIP J. BOWERS & COMPANY | P.O. BOX 757, RED BANK, NEW JERSEY 07701 | UNEXPIRED LEASE | RITE AID OF DELAWARE, INC. | 1600 | 1622 CAPITOL TRAIL NEWARK, DE 19711 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 59 | WRICHINO HILLS, LLC | P.O. BOX 824133, HOUSTON, TEXAS 77282 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5578 | 4200 CHINO HILLS PKWY STE 500, CHINO HILLS, CA 91709 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 60 | SUSAN CHO | 650 W 9TH ST #1202, LOS ANGELES, CALIFORNIA 90015 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5687 | 21735 US HIGHWAY 18, APPLE VALLEY, CA 92307 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 61 | MGP XI KINGSGATE LLC 717-2 | 425 CALIFORNIA ST, 10TH FLOOR, SAN FRANCISCO, CALIFORNIA 94104 | UNEXPIRED LEASE | THE BARTELL DRUG COMPANY | 6918 | 14442 124TH AVE NE, KIRKLAND, WA 98034 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 62 | PORT RICHMOND DEVELOPMENT, L.P. | 1845 WALNUT ST, 25TH FL, PHILADELPHIA, PENNSYLVANIA 19103 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11131 | 2545 ARAMINGO AVENUE, PHILADELPHIA, PA 19125 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 63 | BERGEN STREET LLC | 447 NORTHFIELD AVE, STE 200, WEST ORANGE, NEW JERSEY 07052 | UNEXPIRED LEASE | ECKERD CORPORATION | 10402 | 104 12TH AVENUE, NEWARK, NJ 07107 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 64 | RX HERMISTON INVESTORS, LLC | PO BOX 15427, SPRINGFIELD, MASSACHUSETTS 01115 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5697 | 835 SOUTH HIGHWAY 395, HERMISTON, OR 97838 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 65 | TRISINA, LLC | 8565 SOUTH EASTERN AVENUE, STE 150, LAS VEGAS, NEVADA 89123 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 4279 | 15596 WEST HIGH STREET, MIDDLEFIELD, OH 44062 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 66 | DDAL ASSOCIATES II, LLC | 415 PARK AVE, ROCHESTER, NEW YORK 14607 | UNEXPIRED LEASE | RITE AID OF DELAWARE, INC. | 4924 | 17099 SOUTH DUPONT HIGHWAY, HARRINGTON, DE 19952 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 67 | FLATLANDS 78 L.L.C. | 200 PARK AVENUE SOUTH, 10TH FL, NEW YORK, NEW YORK 10003 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 4954 | 7812 FLATLANDS AVENUE, BROOKLYN, NY 11236 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 68 | RA2 BOISE- FAIRVIEW, L.L.C. | 675 INDIANTOWN RD, STE 103, JUPITER, FLORIDA 33458 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5415 | 10600 FAIRVIEW AVENUE, BOISE ID 83713 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 69 | FOOTHILL CEDAR HOLDINGS INC | 12125 DAY ST, V207, MORENO VALLEY, CALIFORNIA 92557 | UNEXPIRED LEASE | ECKERD CORPORATION | 5639 | 1020 EAST BROADWAY STREET, NEEDLES, CA 92363 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 70 | RONALD CEBULLOS | 301 BONIFACIO ST, MONTEREY, CALIFORNIA 93940 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5724 | 260 NORTH SANDERSON AVE, HEMET, CA 92545 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 71 | WRI WEST GATE SOUTH, L.P. | P.O. BOX 924133, HOUSTON, TEXAS 77292 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5758 | 6767 WESTMINSTER BOULEVARD, WESTMINSTER, CA 92683 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 72 | PCG VILLAGE CENTER LLC | 133 PENN ST, EL SEGUNDO, CALIFORNIA 90245 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5763 | 17904 MAGNOLIA STREET, FOUNTAIN VALLEY, CA 92708 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 73 | LPT WINCHESTER ROAD INC | 655 REDWOOD HWY STE 177, MILL VALLEY, CALIFORNIA 94941 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6438 | 39782 WINCHESTER ROAD, TEMECULA, CA 92591 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 74 | WESTCHESTER PLAZA HOLDINGS, LLC | 580 55TH STREET, WEST NEW YORK, NEW JERSEY 07093 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10548 | 47 EAST PROSPECT AVENUE, MOUNT VERNON, NY 10550 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 75 | VEREIT REAL ESTATE LP | 11995 EL CAMINO REAL, SAN DIEGO, CALIFORNIA 92130 | UNEXPIRED LEASE | ECKERD CORPORATION | 11235 | 2450 GEORGE WASHINGTON MEMORIAL HAYES, VA 23072 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 76 | REALTY INCOME CORPORATION | 11995 EL CAMINO REAL, SAN DIEGO, CALIFORNIA 92130 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3062 | 2154 ELM ROAD NE, WARREN, OH 44483 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 77 | JADEAN MARTIN AND MICHAEL MARTIN | 47 CELESTIAL TERRACE, GREENCASTLE, PENNSYLVANIA 17225 | UNEXPIRED LEASE | KEYSTONE CENTERS, INC. | 220 | 220 NORTH ANTRIM WAY, GREENCASTLE, PA 17225 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 78 | PK II LARWIN SQUARE SC, LP | PO BOX 9010, JERICHO, NEW YORK 11753 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5755 | 630 EAST 1ST STREET, TUSTIN, CA 92780 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 79 | LEXINGTON MALL PARTNERSHIP LP | 259 LAKEMONT PARK BLVD STE 200, ALTOONA, PENNSYLVANIA 16602 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA INC | 6741 | 1600 9TH AVE STE 35, ALTOONA, PA 16602 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 80 | URBANA VILLAGE CENTER, LLC | 4909 CORDELL AVE, BETHESDA, MARYLAND 20814 | TERMINATION AGREEMENT | RITE AID OF MARYLAND, INC. | 7820 | MD ROUTE 80 & ROUTE 355, URBANA, MD 21704 | 2/29/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |