UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD OF
JANUARY 1, 2024 THROUGH AND INCLUDING JANUARY 31, 2024**

In re: Rite Aid Corporation, *et al.*[1]

Case No. 23-18993 (MBK)

Chapter 11

Applicant: Wilson Sonsini Goodrich & Rosati, P.C.

Client:  Board of Directors of Debtor Rite Aid Corporation

Case Filed: October 15, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Erin R. Fay_____     3/25/2024
ERIN R. FAY                                      Date

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

+-----------------------------------------------+
| **SECTION I**                                 |
| **FEE SUMMARY**                               |
+-----------------------------------------------+

<u>Summary of Amounts Requested for the Period</u>
<u>January 1, 2024 through January 31, 2024 (the "**Compensation Period**")</u>

| | |
|---|---:|
| Fee Total | $162,192.00 |
| Disbursement Total | $415.80 |
| Total Fees Plus Disbursements | $162,607.80 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $446,114.60 |
| Total Fees and Expenses Allowed to Date: | $356,892.70 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $89,221.90 |
| Total Received by Applicant: | $356,892.70 |

4872-5137-4762.1

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Katharine A. Martin Member | 1987 (CA) | 22.7 | $1,690 | $38,363.00 |
| John E. Aguirre Member | 1987 (CA) | 1.3 | $1,500 | $1,950.00 |
| Amy L. Simmerman Member | 2007 (DE) 2012 (PA) | 9.4 | $1,300 | $12,220.00 |
| Erin R. Fay Member | 2009 (DE) 2009 (WI) | 26.4 | $1,100 | $29,040.00 |
| Andy D. Cordo Member | 2004 (DE) | 0.9 | $1,100 | $990.00 |
| Jason B. Schoenberg Associate | 2017 (DE) | 21.0 | $1,020 | $21,420.00 |
| Leah León Associate | 2018 (DE) | 4.5 | $975 | $4,387.50 |
| Catherine C. Lyons Associate | 2022 (DE) 2019 (NY) 2023 (TX) | 37.8 | $945 | $35,721.00 |
| Courtney R. Matteson Associate | 2019 (CA) 2019 (D.C.) | 5.6 | $945 | $5,292.00 |
| Sarah M. Hand Associate | 2022 (DE) | 5.9 | $705 | $4,159.50 |
| Partha Vora Associate | 2023 (CA) | 0.2 | $525 | $105.00 |
| Lynzy McGee Senior Paralegal | n/a | 19.2 | $445 | $8,544.00 |
| **TOTALS** | **n/a** | **154.9** | **n/a** | **$162,192.00** |

4872-5137-4762.1

<div style="border:1px solid">

**SECTION II**
**SUMMARY OF SERVICES**

</div>

| Services Rendered | Hours | Fees |
|---|---|---|
| Case Administration | 12.3 | $8,397.50 |
| Court Hearing | 10.6 | $10,609.50 |
| Asset Disposition | 0.5 | $550.00 |
| Fee/Employment Applications – WSGR | 18.9 | $13,515.50 |
| Other Contested Matters | 8.7 | $8,287.00 |
| Board of Directors Matters | 94.4 | $112,214.00 |
| Plan and Disclosure Statement | 9.5 | $8,618.50 |
| **SERVICES TOTALS** | **154.9** | **$162,192.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| Lexis Database Service | $415.80 |
| **DISBURSEMENTS TOTAL** | **$415.80** |

4872-5137-4762.1

**SECTION IV**
**CASE HISTORY**

(1)    Date cases filed:    October 15, 2023

(2)    Chapter under which cases commenced: Chapter 11

(3)    Date of retention: January 10, 2024, *nunc pro tunc* to October 15, 2023.  *See* **Exhibit A**.

       If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[2]

    (a)    The Applicant advised the board of directors of Debtor Rite Aid Corporation (the "Board") regarding, among other things, the fulfilment of director obligations and duties under applicable law, negotiations with various parties, and the proposed resolution of numerous other issues in the chapter 11 cases.

    (b)    The Applicant reviewed, commented on, and advised the Board regarding the substance of the Debtors' motions for various relief, with particular attention to Board related issues.

    (c)    The Applicant attended hearings in the chapter 11 cases on behalf of the Board.

    (d)    The Applicant attended, transcribed minutes of, provided advice at, and assisted with materials related to meetings of the Board, meetings of the special committee of the Board, and meetings of various subcommittees of the Board.

    (e)    The Applicant advised the Board with respect to corporate governance considerations, other Board related issues, and disclosure obligations related to the Company's securities filings.  The Applicant reviewed and revised drafts of such securities filings.

    (f)    The Applicant drafted and filed an application for compensation for Wilson Sonsini Goodrich & Rosati, P.C., as special counsel to the Board.

    (g)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[3]

---

[2]    The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[3]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

6

(5)     Anticipated distribution to creditors:

      (a)     Administration expense: Unknown at this time.

      (b)     Secured creditors: Unknown at this time.

      (c)     Priority creditors: Unknown at this time.

      (d)     General unsecured creditors: Unknown at this time.

(6)     Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7)     This is the second monthly fee statement.

4872-5137-4762.1

**<u>Exhibit A</u>**

**Retention Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

**Order Filed on January 10, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
# WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL
# EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered three (3) through eight (8) is

**ORDERED**.

**DATED: January 10, 2024**

*Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Upon the application (the "<u>Application</u>")[2] of Rite Aid Corporation, and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases for entry of an order (this "<u>Order</u>") authorizing the Debtors' retention and employment of Wilson Sonsini Goodrich & Rosati, P.C. ("<u>WSGR</u>") as special counsel to the board of directors (the "<u>Board</u>") of Debtor Rite Aid Corporation, effective as of the Petition Date, with regard to Board Matters, pursuant to sections 327(e) and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016; and upon consideration of the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application, the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having found, based on the representations made in the Application and the Fay Declaration, that WSGR does not hold or represent any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which it is to be employed, as required by section 327(e) of the Bankruptcy Code; and this Court having found that sufficient cause exists to grant the relief set forth herein; and this Court having found that the Debtors' notice of the

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Application was appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Application and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due and deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Debtors are authorized, pursuant to section 327(e) of the Bankruptcy Code, to retain and employ WSGR as special counsel to the Board to the extent set forth herein, effective as of the Petition Date.

3.      WSGR is authorized to render professional services to the Board.

4.      WSGR shall apply for (a) compensation for professional services rendered and (b) reimbursement of expenses incurred in connection with these cases, in both cases subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, including sections 330 and 331, the Bankruptcy Rules, the Local Rules, and any other applicable procedures or orders of the Court. WSGR shall also make a reasonable effort to comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, both in connection with this Application and the fee applications filed by WSGR in the chapter 11 cases.

5.      Notwithstanding anything in the Application, the Fay Declaration, or any Engagement Letter to the contrary, WSGR shall apply any remaining amounts of its

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

prepetition retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to WSGR. At the conclusion of WSGR's engagement by the Debtors, if the amount of the prepetition retainer held by WSGR is in excess of the amount of WSGR's outstanding estimated fees, expenses and costs, WSGR will pay to the Debtors the amount by which the prepetition retainer exceeds such fees, expenses and costs. WSGR is authorized without further order of the Court to reserve and apply amounts from the prepetition retainer that would otherwise be applied toward payment of post-petition fees or expenses to compensate and reimburse WSGR for fees and expenses incurred on or prior to the Petition Date consistent with the Firm's ordinary course billing practice.

6.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, WSGR shall provide ten (10) days' prior notice of any such increases to the Debtors, the U.S. Trustee, the UCC, and the TCC and shall file any such notice with the Court. All parties in interest retain rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7.      WSGR (i) shall only bill 50% for non-working travel; and (ii) shall not seek the reimbursement of any fees or costs, including attorney's fees and costs, arising from the defense of any objections to any of WSGR's fee applications in these cases; (iii) shall use the billing and expense categories set forth in the U.S. Trustee Guidelines (Exhibit D-1

| Debtors: | RITE AID CORPORATION, *et al.* |
|---|---|
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

"Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.     Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.     In order to avoid any duplication of effort and provide service in the most efficient and cost-effective manner, WSGR shall coordinate with Kirkland & Ellis LLP, Kirkland & Ellis International LLP, Cole Schotz P.C., and any additional firms retained on behalf of the Debtors regarding their respective responsibilities in these chapter 11 cases. As such, WSGR shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

10.     Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall (i) to the extent that WSGR uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the costs of such Contractors at the same rate that WSGR pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for WSGR; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these chapter 11 cases.

(Page | 7)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

11.     No agreement or understanding exists between WSGR and any other person other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall WSGR share or agree to share compensation received for services rendered in connection with these cases with any other person, other than as permitted by section 504 of the Bankruptcy Code.

12.     The Debtors and WSGR are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

13.     If the Court denies the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 806] (the "Motion to Seal"), or the Motion to Seal is withdrawn or the relief requested therein is moot, WSGR will, within fourteen days of such denial, withdrawal or other resolution, and through a supplemental declaration, disclose the identities of all Confidential Transaction Parties that were filed under seal, and the connections of WSGR to such Confidential Transaction Parties.

14.     WSGR will file budget and staffing plans in connection with the filing of its fee applications.

15.     Notwithstanding anything in the Application, the Fay Declaration, or the Engagement Letter(s) to the contrary, termination or withdrawal from representation will only be allowed upon entry of an Order by this Court.

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No.: | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

16. Notwithstanding anything in the Application, the Fay Declaration, or the Engagement Letter(s) to the contrary, any provision regarding arbitration shall not be applicable during the pendency of these chapter 11 cases.

17. To the extent that there may be any inconsistency between the terms of the Application, the Fay Declaration, the Sabatino Declaration, and this Order, the terms of this Order shall govern in all respects.

18. Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the Local Rules are satisfied by such notice.

19. Upon its entry, the terms and conditions of this Order shall be immediately effective and enforceable.

20. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# **Exhibit B**

## **Invoices**

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Rite Aid Corporation
Attn: Bari Harlam, Chair of the Nominating and Governance
Committee
1200 Intrepid Ave 2nd Fl
Philadelphia, PA 19112

| | | |
|---|---|---|
| **Invoice #** | : | **2765534** |
| **Invoice Total** | : | **$ 162,607.80** |
| Invoice Date | : | 03/21/24 |
| Client-Matter | : | 64740-008 |
| Attorney | : | Katharine A. Martin |

Re: Post-Petition Time

---

### INVOICE SUMMARY

| | |
|---|---|
| $ 162,192.00 | Fees |
| $ 415.80 | Costs |
| **$ 162,607.80** | **Current Invoice Total** |
| | |
| *$ 89,221.90* | *Prior Balance Due* *** |
| *$ 251,829.70* | ***Total Current & Outstanding Invoices Due*** |

---

*** *Please see next page for outstanding invoice(s) on this matter.* ***

---

### REMITTANCE INFORMATION

**Pay by Check:**

Wilson Sonsini Goodrich & Rosati PC

P.O. Box 742866, Los Angeles, CA  90074-2866

**Pay by ACH or Wire**:

| | |
|---|---|
| Account Name: | Wilson Sonsini Goodrich & Rosati PC |
| Beneficiary's Banker: | Bank of America, N.A., 222 Broadway, New York, NY 10038 |
| | *(Local Branch office: 530 Lytton Avenue, Palo Alto, CA 94301)* |
| Account No.: | 14849-00602 |
| ACH Routing No.: | 121000358 |
| ABA No. (Wires): | 026009593 |
| SWIFT Code: | BOFAUS3N |

To initiate a payment plan, please use the following link:  https://tranch.com/checkout/?supplier=wilsonsonsini

**PAYMENT DUE APRIL 20, 2024**

| FEE SUMMARY BY TASK | FEES |
|---|---|
| B110 (Administration / Case Administration) | $ 8,397.50 |
| B115 (Administration / Court Hearing) | $ 10,609.50 |
| B130 (Administration / Asset Disposition) | $ 550.00 |
| B165 (Administration / Fee/Employment Applications - WSGR) | $ 13,515.50 |
| B190 (Administration / Other Contested Matters (excluding assumption/rejection motions)) | $ 8,287.00 |
| B260 (Operations / Board of Directors Matters) | $ 112,214.00 |
| B320 (Claims and Plan / Plan and Disclosure Statement (including Business Plan)) | $ 8,618.50 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| **B110 - CASE ADMINISTRATION** | | | |
| 01/02/24 | **(B110)** Catherine  Lyons – Review L. McGee draft of Critical Dates (.6) and correspond with WSGR team re same (.2) | 0.8 | $756.00 |
| 01/02/24 | **(B110)** Lynzy  McGee – Revise case calendar re recently filed pleadings | 0.4 | $178.00 |
| 01/03/24 | **(B110)** Erin R. Fay – Review docket re recent filings/board updates | 0.5 | $550.00 |
| 01/03/24 | **(B110)** Sarah M. Hand – Emails with WSGR team re updates to critical dates calendar | 0.1 | $70.50 |
| 01/03/24 | **(B110)** Catherine  Lyons – Review L. McGee edits to Critical Dates and correspondence re same | 0.1 | $94.50 |
| 01/03/24 | **(B110)** Lynzy  McGee – Review recently filed pleadings and revise case calendar re same | 0.7 | $311.50 |
| 01/04/24 | **(B110)** Erin R. Fay – Emails with C. Lyons re: budgeting and reporting | 0.2 | $220.00 |
| 01/08/24 | **(B110)** Lynzy  McGee – Revise critical dates calendar with respect to recently filed pleadings | 0.4 | $178.00 |
| 01/09/24 | **(B110)** Lynzy  McGee – Revise critical dates calendar | 0.6 | $267.00 |
| 01/10/24 | **(B110)** Lynzy  McGee – Revise critical dates with respect to recently filed pleadings | 0.7 | $311.50 |
| 01/11/24 | **(B110)** Catherine  Lyons – Review Critical Dates (.4) and correspond with L. McGee re same (.1) | 0.5 | $472.50 |
| 01/11/24 | **(B110)** Lynzy  McGee – Revise critical dates per C. Lyons | 0.5 | $222.50 |
| 01/12/24 | **(B110)** Erin R. Fay – Review critical dates | 0.2 | $220.00 |
| 01/12/24 | **(B110)** Catherine  Lyons – Correspondence re Critical Dates with WSGR team | 0.2 | $189.00 |
| 01/12/24 | **(B110)** Lynzy  McGee – Revise and circulate case calendar to WSGR team | 0.7 | $311.50 |
| 01/18/24 | **(B110)** Lynzy  McGee – Revise case calendar with respect to recently filed pleadings | 0.5 | $222.50 |
| 01/19/24 | **(B110)** Lynzy  McGee – Revise case calendar with respect to recently filed pleadings | 0.3 | $133.50 |
| 01/22/24 | **(B110)** Lynzy  McGee – Revise case calendar | 0.4 | $178.00 |
| 01/23/24 | **(B110)** Erin R. Fay – Emails with K. Kao re: budgeting | 0.2 | $220.00 |
| 01/23/24 | **(B110)** Catherine  Lyons – Communicate with L. McGee re critical dates (0.2); review docket and provide comments to draft of same (1.4) | 1.6 | $1,512.00 |
| 01/23/24 | **(B110)** Lynzy  McGee – Revise case calendar re recently filed pleadings (.6); Discuss with C. Lyons (.1) | 0.7 | $311.50 |
| 01/24/24 | **(B110)** Erin R. Fay – Review notice of extended mediation (.2); review docket re: other case updates (.1) | 0.3 | $330.00 |
| 01/24/24 | **(B110)** Catherine  Lyons – Review of docket (.1) and correspondence with WSGR team re extension of mediation and potential implications | 0.2 | $189.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| | of same for case milestones (.1) | | |
| 01/24/24 | **(B110)** Lynzy McGee – Review notice of extension of mediation deadlines | 0.2 | $89.00 |
| 01/25/24 | **(B110)** Erin R. Fay – Emails with A. Yenamandra et al re: weekly call | 0.2 | $220.00 |
| 01/25/24 | **(B110)** Catherine Lyons – Correspondence with WSGR team re 1/29 hearing (.1) and review of docket re orders entered re same (.2) | 0.3 | $283.50 |
| 01/26/24 | **(B110)** Lynzy McGee – Revise case calendar re recently filed pleadings | 0.3 | $133.50 |
| 01/31/24 | **(B110)** Lynzy McGee – Revise case calendar with respect to recently filed pleadings | 0.5 | $222.50 |

### B115 - COURT HEARING

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| 01/08/24 | **(B115)** Erin R. Fay – Review docket, agenda and sale filings | 0.5 | $550.00 |
| 01/08/24 | **(B115)** Catherine Lyons – Review of Agenda and docket re 1/9 hearing (.2) and correspondence with WSGR team re same (.1) | 0.3 | $283.50 |
| 01/08/24 | **(B115)** Lynzy McGee – Review and circulate 1/9/24 hearing agenda | 0.1 | $44.50 |
| 01/09/24 | **(B115)** Erin R. Fay – Prepare for and attend hearing | 0.7 | $770.00 |
| 01/09/24 | **(B115)** Catherine Lyons – Attend Hearing re Elixir Sale Order and Revised Bid Procedures Order | 0.6 | $567.00 |
| 01/09/24 | **(B115)** Lynzy McGee – Review docket re 1/9/24 hearing (.1); Discuss outcome with C. Lyons (.1) | 0.2 | $89.00 |
| 01/17/24 | **(B115)** Erin R. Fay – Emails with L. McGee re: hearings | 0.2 | $220.00 |
| 01/17/24 | **(B115)** Lynzy McGee – Research re 1/18/24 hearing | 0.1 | $44.50 |
| 01/26/24 | **(B115)** Lynzy McGee – Research re 1/26/24 hearing | 0.2 | $89.00 |
| 01/29/24 | **(B115)** Erin R. Fay – Monitor hearing (2.1); revise summary of same (.3); emails with C. Lyons re same (.2) | 2.6 | $2,860.00 |
| 01/29/24 | **(B115)** Katharine A. Martin – Review summary of hearing | 0.5 | $845.00 |
| 01/29/24 | **(B115)** Catherine Lyons – Attend Omnibus Hearing | 2.1 | $1,984.50 |
| 01/29/24 | **(B115)** Catherine Lyons – Prepare summary of 1/29 Omnibus Hearing for WSGR team (1.5), review documents re same (0.5) and correspond with E. Fay re same (0.2) | 2.2 | $2,079.00 |
| 01/29/24 | **(B115)** Lynzy McGee – Review amended agenda for 1/29/24 hearing | 0.1 | $44.50 |
| 01/31/24 | **(B115)** Catherine Lyons – Correspondence with L. McGee re summary of 1/29 hearing | 0.1 | $94.50 |
| 01/31/24 | **(B115)** Lynzy McGee – Correspondence with C. Lyons re 1/29/24 hearing | 0.1 | $44.50 |

### B130 - ASSET DISPOSITION

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| 01/10/24 | **(B130)** Erin R. Fay – Review revised bid procedures order briefly (.2) and Court submission re mediation (.3) | 0.5 | $550.00 |

### B165 - FEE/EMPLOYMENT APPLICATIONS - WSGR

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| 01/04/24 | **(B165)** Catherine Lyons – Communications and correspondence with WSGR team re status of budget, staffing plan, and fee applications (0.7) and review of same (1.2) | 1.9 | $1,795.50 |
| 01/04/24 | **(B165)** Catherine Lyons – Correspondence with Kirkland team re status of Retention Applications | 0.3 | $283.50 |
| 01/05/24 | **(B165)** Lynzy McGee – Research re supplemental declaration to WSGR retention application | 0.4 | $178.00 |
| 01/08/24 | **(B165)** Erin R. Fay – Emails with I. Paretti re: WSGR retention order | 0.1 | $110.00 |
| 01/08/24 | **(B165)** Catherine Lyons – Correspondence re filing of WSGR Retention Order with K&E team | 0.3 | $283.50 |
| 01/09/24 | **(B165)** Lynzy McGee – Review and revise WSGR's first monthly fee application | 2.1 | $934.50 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/10/24 | **(B165)** Erin R. Fay – Emails with L. McGee re: fee application (.1); review retention order (.1) | 0.2 | $220.00 |
| 01/10/24 | **(B165)** Catherine Lyons – Correspondence with L. McGee re fee application and staffing plan and next steps re same | 0.2 | $189.00 |
| 01/10/24 | **(B165)** Lynzy McGee – Research re additional supplement to WSGR retention application | 0.4 | $178.00 |
| 01/16/24 | **(B165)** Catherine Lyons – Review revised WSGR fee application (0.1) and correspond with L. McGee re next steps re same (0.1) | 0.2 | $189.00 |
| 01/17/24 | **(B165)** Catherine Lyons – Correspondence with L. McGee re WSGR fee application and updates to docket relevant to same | 0.1 | $94.50 |
| 01/18/24 | **(B165)** Erin R. Fay – Review and comment on rate notice (.1); emails with L. McGee re: same (.1) | 0.2 | $220.00 |
| 01/18/24 | **(B165)** Catherine Lyons – Review and revise draft of WSGR Fee Application (1.0) and correspond and communicate with WSGR team re same (0.5) | 1.5 | $1,417.50 |
| 01/18/24 | **(B165)** Catherine Lyons – Review and revise draft of Notice of Rates Increase (0.7) and correspond and communicate with WSGR team re same (0.4) | 1.1 | $1,039.50 |
| 01/18/24 | **(B165)** Lynzy McGee – Research re notice of rate increase in connection with WSGR retention (.3); Correspondence with C. Lyons re same (.1); Draft notice of rate increase (.7); Revise WSGR's first monthly fee application (.4); Finalize and coordinate filing of rate increase notice with F. Yudkin (.3); Discuss budget/staffing plan with C. Lyons (.2); Research re same (.4) | 2.4 | $1,068.00 |
| 01/19/24 | **(B165)** Erin R. Fay – Review revised fee notice (.1) and emails with C. Lyons re: same (.1) | 0.2 | $220.00 |
| 01/19/24 | **(B165)** Erin R. Fay – Emails with N. Sosnick re: fee examiner | 0.1 | $110.00 |
| 01/19/24 | **(B165)** Catherine Lyons – Review revised draft of WSGR Fee Application (0.1) and correspond with L. McGee re same (0.1) | 0.2 | $189.00 |
| 01/19/24 | **(B165)** Catherine Lyons – Review and revise draft of Amended Notice of Revised WSGR Rates (0.3) and correspond with L. McGee re same (0.3) and UST re same (0.2) | 0.8 | $756.00 |
| 01/19/24 | **(B165)** Lynzy McGee – Review UST response re notice of WSGR rate increases (.1); Research re same (.2); Correspondence with E. Fay and C. Lyons re amended notice (.1); Draft same (.4); Revise WSGR's first monthly fee application per C. Lyons (.2); Revise amended notice of WSGR rate increases (.3); Research re supplement to WSGR retention application (.4) | 1.7 | $756.50 |
| 01/20/24 | **(B165)** Erin R. Fay – Emails with N. Sosnick re fee examiner (.1) and C. Lyons re additional retention disclosures (.1) | 0.2 | $220.00 |
| 01/20/24 | **(B165)** Catherine Lyons – Correspondence with UST and Cole Schotz team re Amended Notice of Revised Rates and next steps re same | 0.2 | $189.00 |
| 01/20/24 | **(B165)** Catherine Lyons – Conduct research re WSGR Retention Application (0.5) and correspond with E. Fay re same (0.1) | 0.6 | $567.00 |
| 01/22/24 | **(B165)** Catherine Lyons – Correspondence with Cole Schotz re resolution of UST comments to WSGR Notice of Revised Fees and filing of same | 0.2 | $189.00 |
| 01/26/24 | **(B165)** Lynzy McGee – Correspondence with E. Fay re WSGR first interim fee application | 0.1 | $44.50 |
| 01/30/24 | **(B165)** Catherine Lyons – Review draft of WSGR Budget and Staffing Plan (0.6) and correspond and communicate with L. McGee re edits to same (0.7) (multiple emails) | 1.3 | $1,228.50 |

**PAYMENT DUE APRIL 20, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/30/24 | **(B165)** Lynzy  McGee – Review and revise WSGR staffing/budget for first interim period (.9); Discuss with C. Lyons (.3); Research re supplemental declaration in support of WSGR retention application (.4) | 1.6 | $712.00 |
| 01/31/24 | **(B165)** Lynzy  McGee – Research re supplemental declaration to WSGR retention application | 0.3 | $133.50 |

**B190 - OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTIONS)**

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/02/24 | **(B190)** Lynzy  McGee – Research re exit financing logistics | 0.7 | $311.50 |
| 01/09/24 | **(B190)** Erin R. Fay – Review FTC settlement motion | 0.5 | $550.00 |
| 01/26/24 | **(B190)** Erin R. Fay – Call with A. Yenamandra, K. Martin, et al re: discovery issue (.4); call with A. Cordo re: same (.1); emails with R. Strickland re: same (.2) | 0.7 | $770.00 |
| 01/29/24 | **(B190)** Erin R. Fay – Call with B. Sorrels re: plan discovery (.2); emails with A. Cordo re: same (.2) | 0.4 | $440.00 |
| 01/30/24 | **(B190)** Andy D. Cordo – Conference with E. Fay re plan litigation | 0.9 | $990.00 |
| 01/30/24 | **(B190)** Erin R. Fay – Meeting with A. Cordo re: plan discovery | 0.6 | $660.00 |
| 01/30/24 | **(B190)** Leah E. León – Conferences with A. Cordo and L. McGee re plan litigation (0.9); correspond with WSGR team re same (0.4) | 1.3 | $1,267.50 |
| 01/30/24 | **(B190)** Lynzy  McGee – Discuss potential discovery with L. Leon (.1) and research re same (.3) | 0.4 | $178.00 |
| 01/31/24 | **(B190)** Leah E. León – Correspondence with WSGR team re plan litigation (0.5) research and prepare draft of preservation notice re same (2.7) | 3.2 | $3,120.00 |

**B260 - BOARD OF DIRECTORS MATTERS**

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/03/24 | **(B260)** Erin R. Fay – Emails with C. Matteson re: 10-Q (.3); review updated critical dates (.2) | 0.5 | $550.00 |
| 01/03/24 | **(B260)** Katharine A. Martin – Correspondence with E. Fay re board meeting | 0.2 | $338.00 |
| 01/04/24 | **(B260)** Amy L. Simmerman – Attend committee meeting (.5); confer and emails with WSGR team re meetings (.2) | 0.7 | $910.00 |
| 01/04/24 | **(B260)** Erin R. Fay – Review materials re: meetings and A. Yenamandra emails (.6); attend special committee meeting (.8); summarize same and emails with A. Simmerman re: minutes (.5) | 1.9 | $2,090.00 |
| 01/04/24 | **(B260)** Katharine A. Martin – Attend board update call | 1.5 | $2,535.00 |
| 01/04/24 | **(B260)** Jason B. Schoenberg – Emails with WSGR team and analysis re draft minutes of board and committee meetings and related corporate governance matters (.5); review special committee discussion materials in connection with special committee meeting and emails re meeting discussion (1.1) | 1.6 | $1,632.00 |
| 01/04/24 | **(B260)** Sarah M. Hand – Emails with A. Simmerman and J. Schoenberg re board and committee meeting minutes (.1); review minutes re same (.1) | 0.2 | $141.00 |
| 01/05/24 | **(B260)** Erin R. Fay – Review docket re: board updates | 0.5 | $550.00 |
| 01/05/24 | **(B260)** Erin R. Fay – Emails with J. Schoenberg re: board meeting | 0.2 | $220.00 |
| 01/05/24 | **(B260)** Katharine A. Martin – Correspondence with S. Hinkle re compensation committee minutes (.5) and analysis re same (.5) | 1.0 | $1,690.00 |
| 01/05/24 | **(B260)** Jason B. Schoenberg – Emails with WSGR team and analysis re minutes of board and committee meetings and related corporate governance matters | 0.2 | $204.00 |
| 01/08/24 | **(B260)** Amy L. Simmerman – Review and analysis re minutes/approvals (.2); attend committee meeting (1.9) | 2.1 | $2,730.00 |
| 01/08/24 | **(B260)** Erin R. Fay – Attend board meeting | 1.8 | $1,980.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|----------------------|-------|--------|
| 01/08/24 | **(B260)**  Katharine A. Martin – Review materials re financial plan | 1.0 | $1,690.00 |
| 01/08/24 | **(B260)**  Katharine A. Martin – Attend Special Committee call | 1.5 | $2,535.00 |
| 01/08/24 | **(B260)**  Jason B. Schoenberg – Conference with directors, management team and advisors re financial forecasts and related matters (1.7); review and analyze board discussion materials in connection with same (1.1); draft minutes of board and committee meetings (.5); emails and analysis re meeting minutes and related corporate governance matters (.6) | 3.9 | $3,978.00 |
| 01/08/24 | **(B260)**  Sarah M. Hand – Emails with J. Schoenberg re special committee meeting minutes (.1); review and analysis of current drafts special meeting minutes re same (.2) | 0.3 | $211.50 |
| 01/08/24 | **(B260)**  Catherine  Lyons – Correspondence with E. Fay re Mediation Framework and analysis of same | 0.1 | $94.50 |
| 01/09/24 | **(B260)**  Amy L. Simmerman – Review and analysis re 8K | 0.2 | $260.00 |
| 01/09/24 | **(B260)**  Erin R. Fay – Review and comment on mediation proposal overview | 1.2 | $1,320.00 |
| 01/09/24 | **(B260)**  Erin R. Fay – Emails with C. Matteson and K&E re: 8K issues | 0.3 | $330.00 |
| 01/09/24 | **(B260)**  Katharine A. Martin – Call with T. Sabatino re accounting matter (.7) and follow-up with T. Sabatino re same (.3) | 1.0 | $1,690.00 |
| 01/09/24 | **(B260)**  Courtney R. Matteson – Review and revise Form 8-K obligations re sale of Elixir assets | 1.1 | $1,039.50 |
| 01/09/24 | **(B260)**  Jason B. Schoenberg – Emails with WSGR team and analysis re corporate governance issues and public filing obligations in connection with bankruptcy proceedings (.4); confer and analysis re mediation framework and related matters (.3) | 0.7 | $714.00 |
| 01/09/24 | **(B260)**  Sarah M. Hand – Review and analysis of mediation framework (.2); emails with WSGR team re disclosure implications re court hearing (.1) | 0.3 | $211.50 |
| 01/09/24 | **(B260)**  Catherine  Lyons – Review Mediation Framework and prepare analysis of same for WSGR team (2.4) and incorporate comments to same (.6) | 3.0 | $2,835.00 |
| 01/10/24 | **(B260)**  Amy L. Simmerman – Review and analysis re committee proposals (.6); review and analysis re accounting matters (.3); attend call with advisors (.5) | 1.4 | $1,820.00 |
| 01/10/24 | **(B260)**  Erin R. Fay – Emails with C. Matteson re 10Q | 0.2 | $220.00 |
| 01/10/24 | **(B260)**  Erin R. Fay – Calls re: SEC reporting issue with T. Sabatino, K. Martin etc. (.7); emails with same re: same (.5); review documents re: same (.4) | 1.6 | $1,760.00 |
| 01/10/24 | **(B260)**  Katharine A. Martin – Attend calls re accounting matter (1.5) and follow-up re same (.5) | 2.0 | $3,380.00 |
| 01/10/24 | **(B260)**  Courtney R. Matteson – Prepare for and attend call with advisors and client re accounting issues (0.9); review and revise Form 12b-25 (2.4) | 3.3 | $3,118.50 |
| 01/10/24 | **(B260)**  Jason B. Schoenberg – Emails with WSGR team and analysis re mediation framework proposal and related matters (.7); analysis re Rite Aid financial reporting and related securities law and corporate governance matters (.3); review and revise draft Form 12b-25 (.4) | 1.4 | $1,428.00 |
| 01/10/24 | **(B260)**  Sarah M. Hand – Review and analysis of mediation plan and summary (.4); emails with WSGR team re same (.1); review comments to 12b-25 filing (.2); emails with WSGR team re same (.1) | 0.8 | $564.00 |
| 01/10/24 | **(B260)**  Catherine  Lyons – Correspondence with WSGR team re analysis of Mediation Framework | 0.1 | $94.50 |

**PAYMENT DUE APRIL 20, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/11/24 | **(B260)**  Amy L. Simmerman – Review and analysis re filing (.6); attend advisor call (.7) | 1.3 | $1,690.00 |
| 01/11/24 | **(B260)**  Erin R. Fay – Call with K. Martin, A. Yenamandra, T. Sabatino etc. re: update and board issues (.6); emails with same re: SEC reporting issues (1.0); comment on drafts re: same (.3) | 1.9 | $2,090.00 |
| 01/11/24 | **(B260)**  Katharine A. Martin – Review revised 12b-25 (.3) and emails with E. Fay, A. Yenamandra, T. Sabatino etc. re same (.7) | 1.0 | $1,690.00 |
| 01/11/24 | **(B260)**  Katharine A. Martin – Attend advisor call | 0.5 | $845.00 |
| 01/11/24 | **(B260)**  Courtney R. Matteson – Attend standing advisor call (0.6); review and revise Form 12b-25 (0.6) | 1.2 | $1,134.00 |
| 01/11/24 | **(B260)**  Jason B. Schoenberg – Review and revise draft Form 12b-25 and emails and analysis re same (.7); conference with company management and advisors re bankruptcy proceedings and related matters (.7) | 1.4 | $1,428.00 |
| 01/11/24 | **(B260)**  Partha  Vora – Revise and edit 12b-25 filing | 0.2 | $105.00 |
| 01/11/24 | **(B260)**  Sarah M. Hand – Review additional comments to 12b-25 filing (.1); emails with WSGR team re same (.1) | 0.2 | $141.00 |
| 01/11/24 | **(B260)**  Catherine Lyons – Correspondence with WSGR, K&E, and Skadden teams re securities filings (0.4) and review of comments re same (0.3) | 0.7 | $661.50 |
| 01/11/24 | **(B260)**  Catherine  Lyons – Attend Standing Advisor Call re Ch. 11 Cases | 0.6 | $567.00 |
| 01/11/24 | **(B260)**  Catherine  Lyons – Conduct research (1.5) re Plan provisions for Board and prepare analysis of same for E. Fay (2.2) | 3.7 | $3,496.50 |
| 01/12/24 | **(B260)**  Erin R. Fay – Emails with A. Yenamandra re: 12b25 | 0.2 | $220.00 |
| 01/12/24 | **(B260)**  Erin R. Fay – Review as-filed 12b25 | 0.2 | $220.00 |
| 01/12/24 | **(B260)**  Jason B. Schoenberg – Review and revise draft Form 12b-25 (.2); emails and analysis re corporate governance issues in connection with bankruptcy proceedings (.5) | 0.7 | $714.00 |
| 01/12/24 | **(B260)**  Sarah M. Hand – Review and analysis of updates to critical dates calendar (.1); emails with A. Simmerman and J. Schoenberg re board and committee meeting minutes (.1) | 0.2 | $141.00 |
| 01/12/24 | **(B260)**  Catherine  Lyons – Conduct research re derivative and direct claims in bankruptcy (0.4) and prepare summary of same for E. Fay (0.5) | 0.9 | $850.50 |
| 01/12/24 | **(B260)**  Catherine  Lyons – Correspondence with K&E, Skadden, WSGR, and Company re filing of securities documents and final versions of same | 1.0 | $945.00 |
| 01/15/24 | **(B260)**  Catherine  Lyons – Correspondence with E. Fay re responses to mediation frameworks and next steps re same | 0.1 | $94.50 |
| 01/16/24 | **(B260)**  Amy L. Simmerman – Emails with WSGR team and review re minutes | 0.2 | $260.00 |
| 01/16/24 | **(B260)**  Jason B. Schoenberg – Draft minutes of board and committee meetings (.4); confer and analysis re corporate governance issues in connection with bankruptcy proceedings and related matters (.4) | 0.8 | $816.00 |
| 01/16/24 | **(B260)**  Catherine  Lyons – Analyze Ad Hoc Group's responses to Mediation Framework (0.3) and prepare side-by-side analysis for WSGR team re same (0.7) | 1.0 | $945.00 |
| 01/17/24 | **(B260)**  Katharine A. Martin – Coordinate with T. Sabatino re audit committee and board minutes (.8) and follow-up re same (.2) | 1.0 | $1,690.00 |
| 01/17/24 | **(B260)**  Catherine  Lyons – Review and revise summary of Mediation Frameworks for WSGR team (1.6) and prepare email summary of same | 2.1 | $1,984.50 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | (0.5) | | |
| 01/18/24 | **(B260)** Jason B. Schoenberg – Emails with WSGR team and analysis re debtors' and Ad Hoc Group responses to committees' mediation framework and related matters | 0.6 | $612.00 |
| 01/18/24 | **(B260)** Sarah M. Hand – Review and analysis of responses from the ad hoc group and debtors to the mediation framework | 0.4 | $282.00 |
| 01/18/24 | **(B260)** Catherine  Lyons – Review and revise summary of side-by-side mediation framework comparison (0.4) and correspond with E. Fay re same (0.1) | 0.5 | $472.50 |
| 01/19/24 | **(B260)** Katharine A. Martin – Draft and review Compensation committee minutes | 1.0 | $1,690.00 |
| 01/19/24 | **(B260)** Jason B. Schoenberg – Analysis re mediation framework and related corporate governance matters | 0.5 | $510.00 |
| 01/20/24 | **(B260)** John E. Aguirre – Multiple e-mails to WSGR team re compensation committee matters (.5); draft proposed language review same (.3) | 0.8 | $1,200.00 |
| 01/21/24 | **(B260)** Amy L. Simmerman – Review and comment on committee deck | 0.6 | $780.00 |
| 01/21/24 | **(B260)** Erin R. Fay – Review and comment on special committee presentation (1); emails with K. Martin and A. Herrera re same (.2) | 1.2 | $1,320.00 |
| 01/21/24 | **(B260)** Katharine A. Martin – Review special committee materials (.6) and follow up email with WSGR team re questions (.4) | 1.0 | $1,690.00 |
| 01/21/24 | **(B260)** Katharine A. Martin – Call with J. Aguirre re compensation issues (.3) and follow up emails with J. Aguirre re same (.2) | 0.5 | $845.00 |
| 01/21/24 | **(B260)** Jason B. Schoenberg – Review, analyze and revise special committee meeting discussion materials | 0.8 | $816.00 |
| 01/22/24 | **(B260)** Amy L. Simmerman – Attend committee meeting | 1.1 | $1,430.00 |
| 01/22/24 | **(B260)** Erin R. Fay – Attend special committee meeting (1.5); review revised board presentation (.5) | 2.0 | $2,200.00 |
| 01/22/24 | **(B260)** John E. Aguirre – Telephone conference with T. Sabatino, J. Kazmaier and K. Martin review compensation committee matters (.3) and edit compensation committee communication re bonuses and severance (.2) | 0.5 | $750.00 |
| 01/22/24 | **(B260)** Katharine A. Martin – Call with T. Sabatino, J. Aguirre and J. Kazmaier re compensation issues | 0.5 | $845.00 |
| 01/22/24 | **(B260)** Katharine A. Martin – Call with R. Knowling, C. Teffner and P. Keglevic re board matters | 1.0 | $1,690.00 |
| 01/22/24 | **(B260)** Katharine A. Martin – Attend special committee meeting | 1.5 | $2,535.00 |
| 01/22/24 | **(B260)** Jason B. Schoenberg – Review, analyze and revise special committee discussion materials (.6); conference with directors, advisors and management re bankruptcy proceedings and related corporate governance matters (1.5); draft minutes of board and committee meetings (.5) | 2.6 | $2,652.00 |
| 01/23/24 | **(B260)** Amy L. Simmerman – Review and advise re minutes | 0.4 | $520.00 |
| 01/23/24 | **(B260)** Erin R. Fay – Emails with J. Schoenberg re: minutes | 0.2 | $220.00 |
| 01/23/24 | **(B260)** Jason B. Schoenberg – Draft minutes of board and committee meetings (.8); emails with WSGR team and analysis re corporate governance issues related to bankruptcy proceedings and related matters (.3) | 1.1 | $1,122.00 |
| 01/23/24 | **(B260)** Sarah M. Hand – Emails with J. Schoenberg re board and special committee meeting minutes (.2); review and analysis of revised critical date calendar (.1) | 0.3 | $211.50 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/24/24 | **(B260)** Jason B. Schoenberg – Draft minutes of board and committee meetings (2.8); emails with WSGR team and analysis re corporate governance issues in connection with bankruptcy proceedings and related matters (.3) | 3.1 | $3,162.00 |
| 01/24/24 | **(B260)** Sarah M. Hand – Review and revise drafts of special committee and board meeting minutes (.3); emails with J. Schoenberg and A. Simmerman re same (.1); review and analysis of notice re extension of mediation (.1) | 0.5 | $352.50 |
| 01/25/24 | **(B260)** Amy L. Simmerman – Review minutes and advise re same | 0.5 | $650.00 |
| 01/25/24 | **(B260)** Erin R. Fay – Emails with K. Martin and A. Simmerman re: minutes | 0.2 | $220.00 |
| 01/25/24 | **(B260)** Katharine A. Martin – Attend compensation committee meeting (1.0) and draft minutes re same (0.5) | 1.5 | $2,535.00 |
| 01/25/24 | **(B260)** Sarah M. Hand – Emails with A. Simmerman, E. Fay and J. Schoenberg re special committee and board meeting minutes | 0.1 | $70.50 |
| 01/26/24 | **(B260)** Amy L. Simmerman – Call with Kirkland & Ellis re board matters | 0.5 | $650.00 |
| 01/26/24 | **(B260)** Erin R. Fay – Emails with K. Martin re: board call | 0.1 | $110.00 |
| 01/26/24 | **(B260)** Katharine A. Martin – Review and comment on special committee meeting minutes | 0.5 | $845.00 |
| 01/26/24 | **(B260)** Katharine A. Martin – Call with A. Yenamandra, E. Fay, et al. re discovery issues | 0.5 | $845.00 |
| 01/26/24 | **(B260)** Sarah M. Hand – Review and analysis of slide deck for special committee meeting (.3); draft minutes for special committee meeting (1.4); review and revise draft of minutes (.4); emails with J. Schoenberg re same (.1) | 2.2 | $1,551.00 |
| 01/26/24 | **(B260)** Catherine  Lyons – Correspondence re Rite Aid hearing and professionals' meetings re same | 0.1 | $94.50 |
| 01/27/24 | **(B260)** Catherine  Lyons – Correspondence re board minutes | 0.1 | $94.50 |
| 01/29/24 | **(B260)** Amy L. Simmerman – Review and advice re minutes | 0.4 | $520.00 |
| 01/29/24 | **(B260)** Erin R. Fay – Comment on meeting minutes (.4); emails with J. Schoenberg re: same (.2); emails with M. Thompson re: same (.1) | 0.7 | $770.00 |
| 01/29/24 | **(B260)** Katharine A. Martin – Attend Nominating and Governance committee meeting | 1.0 | $1,690.00 |
| 01/29/24 | **(B260)** Katharine A. Martin – Comment on minutes | 0.5 | $845.00 |
| 01/29/24 | **(B260)** Jason B. Schoenberg – Confer and analysis re omnibus hearing in bankruptcy cases and related matters (.4): review and revise draft minutes of board and committee meetings (.7); emails with WSGR team and analysis re corporate governance issues in connection with bankruptcy proceedings and related maters (.5) | 1.6 | $1,632.00 |
| 01/29/24 | **(B260)** Sarah M. Hand – Review comments to board and committee meeting minutes (.1); emails with A. Simmerman, E. Fay, and J. Schoenberg re same (.1); review and analysis re summary of hearing and related considerations (.1) | 0.3 | $211.50 |
| 01/30/24 | **(B260)** Katharine A. Martin – Draft and revise compensation committee minutes (1.4) and follow-up re same (0.6) | 2.0 | $3,380.00 |

## B320 - PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 01/08/24 | **(B320)** Erin R. Fay – Briefly review Committee mediation framework (.4); email C. Lyons re: same (.1) | 0.5 | $550.00 |
| 01/10/24 | **(B320)** Catherine  Lyons – Conduct research re Plan provisions and Mediation Framework (3.0) and prepare analysis of same (2.9) | 5.9 | $5,575.50 |
| 01/10/24 | **(B320)** Lynzy  McGee – Research re Rite Aid Plan and Mediation | 1.4 | $623.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| | Framework | | |
| 01/12/24 | **(B320)** Erin R. Fay – Review research re: board issues re: mediation | 1.0 | $1,100.00 |
| 01/17/24 | **(B320)** Erin R. Fay – Review mediation position overview (.5); emails with C. Lyons re: same (.2) | 0.7 | $770.00 |
| | **TOTAL HOURS AND FEES** | 154.9 | $162,192.00 |

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| John E. Aguirre | 1.3 | 1,500.00 | $ 1,950.00 |
| Andy D. Cordo | 0.9 | 1,100.00 | $ 990.00 |
| Erin R. Fay | 26.4 | 1,100.00 | $ 29,040.00 |
| Katharine A. Martin | 22.7 | 1,690.00 | $ 38,363.00 |
| Amy L. Simmerman | 9.4 | 1,300.00 | $ 12,220.00 |
| Sarah M. Hand | 5.9 | 705.00 | $ 4,159.50 |
| Leah E. León | 4.5 | 975.00 | $ 4,387.50 |
| Catherine  Lyons | 37.8 | 945.00 | $ 35,721.00 |
| Courtney R. Matteson | 5.6 | 945.00 | $ 5,292.00 |
| Jason B. Schoenberg | 21.0 | 1,020.00 | $ 21,420.00 |
| Partha  Vora | 0.2 | 525.00 | $ 105.00 |
| Lynzy  McGee | 19.2 | 445.00 | $ 8,544.00 |
| **Total Current Fees** | | | $ 162,192.00 |

| COSTS AND SUPPORT SERVICES | AMOUNT |
|---|---|
| Lexis Database Service | 415.80 |
| **CURRENT COSTS** | $ 415.80 |

**Total Invoice Due**   **$ 162,607.80**

**PAYMENT DUE APRIL 20, 2024**