Anthony Sodono, III
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
Telephone: 973.721.5038
Email: asodono@msbnj.com

Dennis Twomey (admitted *pro hac vice*)
Julia Philips Roth (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, ILL 60603
Telephone:  312.853.7438
Email: dtwomey@sidley.com; julia.roth@sidley.com

John J. Kuster (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  212.839.7336
Email: jkuster@sidley.com

Jeffrey K. Garfinkle (admitted *pro hac vice*)
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.224.6252
Email: jgarfinkle@buchalter.com

*Counsel to McKesson Corporation*
*and certain corporate affiliates*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-18993 (MBK)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: April 22, 2024, 10:00 a.m. (ET)**<br>) **Objection Deadline: April 17, 2024, 4:00 pm (ET)**<br>) **Re: Docket Nos. 2511, 2512, 2675, 2681, 2697** |

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## MCKESSON CORPORATION'S RESERVATION OF RIGHTS REGARDING THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF RITE AID CORPORATION AND ITS DEBTOR AFFILIATES

McKesson Corporation and certain corporate affiliates (collectively, "McKesson") respectfully submit this reservation of rights (the "Reservation of Rights") regarding the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates* [Docket No. 2511] and the supplements thereto [Docket Nos. 2675, 2681, 2697], as may be amended or supplemented from time to time (collectively, the "Plan")[2] filed by Rite Aid Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors").

Over the past several months, McKesson has been negotiating in good faith with the Debtors and certain other key stakeholders in an effort to agree upon a mutually acceptable settlement agreement concerning, among other things, the treatment of McKesson's Claims under section 503(b)(9) of the Bankruptcy Code and the terms of the New Supply Agreement that will take effect when the Debtors emerges from bankruptcy (the "McKesson Settlement"). After extensive negotiations and mediation, McKesson and the Debtors have reached an agreement in principle with respect to the McKesson Settlement.[3] However, as of the filing of this Reservation of Rights, the definitive documentation for the McKesson Settlement, including certain language in the Plan (collectively, the "McKesson Settlement Documents"), remains subject to ongoing review and finalization. For the avoidance of doubt, McKesson's support for the Plan and its willingness to enter into the New Supply Agreement remain subject to the completion of McKesson Settlement Documents acceptable to McKesson.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

[3] *See Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates* [Docket No. 2512] at 5, 69.

McKesson and the Debtors are parties to certain agreements unrelated to the primary pharmaceutical product supply agreement.  A schedule of those agreements is attached hereto as **Exhibit A**.  The Debtors have not yet indicated whether these agreements will be assumed or rejected and any cure amounts with respect to those agreements that will be assumed.

Pending the finalization and approval by McKesson of the McKesson Settlement Documents, McKesson reserves all rights with respect to confirmation of the Plan.  McKesson further reserves all rights with respect to the agreements listed on **Exhibit A**.

Dated: April 17, 2024

/s/ *Anthony Sodono, III*

Anthony Sodono, III
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
Telephone: 973.721.5038
Email: asodono@msbnj.com

Dennis Twomey (admitted *pro hac vice*)
Julia Philips Roth (*pro hac vice pending*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, ILL 60603
Telephone:  312.853.7438
Email: dtwomey@sidley.com
            julia.roth@sidley.com

John J. Kuster (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  212.839.7336
Email: jkuster@sidley.com

Jeffrey K. Garfinkle (admitted *pro hac vice*)
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.224.6252
Email: jgarfinkle@buchalter.com

*Counsel to McKesson Corporation
and certain corporate affiliates*

3

**Exhibit A**

McKESSON AGREEMENT WITH RITE AID

| McKesson Business Unit | Macro Helix LLC | Masters Drug Company, Inc. | McKesson Plasma and Biologics LLC | RelayHealth |
|---|---|---|---|---|
| Name of Agreement | 340B Program Processor Agreement with **Rite Aid Hdqtrs. Corp.** | Supply Agreement with **Rite Aid HDQTRS. Corp.** | Supply Agreement with **Elixir Pharmacy, LLC** | Service Agreement with Rite Aid Corporation and NDCHealth Corporation d/b/a RelayHealth |
| RAD Counterparty | Rite Aid HDQTRS. CORP. | Rite Aid HDQTRS. CORP. | Elixir Pharmacy, LLC | Rite Aid Corporation |
| Brief Summary of Agreement | Coordinate, manage, and facilitate RAD's 340B Program | Supply Agreement for the sale of generic prescription drugs, over the counter drugs, and non-drug products stocked by Masters | Supply Agreement for the purchase of subcutaneous and intravenous immune globulin, alburnin factor, hyperimmune, and gemostatis products ("Plasma Products") and all other pharmaceutical products that a wholesale phamaceutical distributor for plasma or specialty products may distribute to its customers | RelayHealth providing certain network and other services to pharmacies. |
| Effective Date | 3/24/2022 | 1/7/2022 | 6/1/2021 | 6/1/2008 |
| Termination Date | 3 year term, auto renew for subsequent one year terms | Continues until terminated | two years and renewed for 1 successive one year period. | two years and auto renews for 1 year periods |
| Amendment(s) | N/A | N/A | 1st and 2nd | Numerous Amendments and Statements of Work |

McKESSON AGREEMENT WITH RITE AID

| McKesson Business Unit | McKesson Pharmacy Systems | High Volume Solutions | Summa Script | McKesson Medical Surgical | Strategic Health Alliance II Inc. dba AccessHealth (HMA) |
|---|---|---|---|---|---|
| Name of Agreement | Bartell Drug Company Master License and Services Agreement | Purchase and License Contract | Summa Script Prescription Discount Pharmacy Network Agreement | No Contract - Customer applications | Participating Pharmacy Agreement |
| RAD Counterparty | Rite Aid Corporation | 2 Contracts: (i) Rite Aid of Ohio, Inc., (ii) Rite Aid of New Jersey, Inc. | Rite Aid HDQTRS. CORP. | Rite Aid Corporation, RediClinic LLC, The Bartell Drug Company, Rite Aid HDQTRS. CORP. | Rx Options, LLC |
| Brief Summary of Agreement | Software license and services agreement. McKesson is providing hosting of EnterpriseRX. Original contract was with Bartell Drugs. Rite Aid assumed contract in Oct 2021 | Prescription Automation, Purchase and license of McKesson system, software, and equipment | Discount prescription drug program | | HMA is a PSAO providing pharmacy services to network clients |
| Effective Date | 4/18/2008 | 8/20/2015 | 12/10/2019 | | 11/15/2013 |
| Termination Date | Amendment to Mutual Termaination Agreement set 1/31/2022 as Termination Date | 1 year term from supplement date (4/3/23), auto renews for 1-year periods | Initial term was 1 year, auto renews for consecutive 1 year terms. | | Initial term was 12/31/2014, auto renews for 1-year periods |
| Amendment(s) | 10/17/2019 | There is an amendment to the supplement, dated 4/3/23 | One amendment, dated 5/1/2021 | | 11/15/2013 |