**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' MOTION FOR**
**ENTRY OF A SECOND AMENDED ORDER**
**(I) AUTHORIZING AND APPROVING PROCEDURES FOR EXITING**
**CERTAIN LEASED REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully state the following in support of this motion (this "Motion"):[2]

## Relief Requested

1.      The Debtors seek entry of an amended order, substantially in the form attached hereto as **Exhibit A** (the "Second Amended Order"), (a) authorizing and approving procedures governing the Debtors' exit from Specified Leased Locations (as defined below) in connection with the Debtors' rejection of the related leases (the "Exit Procedures"); and (b) granting related relief.

## Jurisdiction and Venue

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.).  The Debtors confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 105(a) and 365(d)(4) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 6007-1 and 9013-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules").

---

[2]    Capitalized terms used but not defined herein have the meanings given to such terms in Docket No. 2319 (the "Amended Exit Procedures Order") and Docket No. 2024 (the "Initial Exit Procedures Motion").

## Background and Basis for Relief

5.      On March 8, 2024, the Court entered the Amended Exit Procedures Order.  As detailed in the Initial Exit Procedures Motion, the Debtors' goal in these chapter 11 cases is to implement a comprehensive financial and operational restructuring that preserves as many stores and jobs as possible, a key component of which is the rationalization of the Debtors' retail pharmacy store footprint.  The Exit Procedures are critical to the Debtors' ability to exit stores governed by Non-Extended Leases in an orderly manner that maximizes value for their estates and ensures continuity of patient care.  To that end, the Debtors now believe it is appropriate to extend the Exit Date under the Exit Procedures from May 31, 2024, to July 31, 2024.  This relief will provide the Debtors the necessary time to (a) complete Store Closings and related Sales at Specified Leased Locations (and thereby maximize the value realized from such Sales), (b) complete an orderly exit from the premises on a timeline consistent with the Debtors' overall restructuring process, and (c) appropriately address patient care needs at the closing locations.

6.      For clarity, this Motion solely concerns the Debtors' approximately 107 unexpired commercial real estate leases that (a) remain subject to the Initial 365(d)(4) Deadline and (b) are not included in a proposed assumption order filed under a certificate of no objection (or, if included in any such order, are marked as "adjourned") (the "Non-Extended Leases").  A list of such Non-Extended Leases is attached to the proposed Second Amended Order as Exhibit 1.

7.      For the avoidance of doubt, the extension of the Exit Date is the only proposed modification of the existing Exit Procedures specified in the Amended Exit Procedures Order previously entered by the Court.  The reasoning and arguments for approval of the Exit Procedures set forth in the Initial Exit Procedures Motion apply with equal force here and now, and support entering the proposed Second Amended Order.  In particular, the relief sought herein is essential to ensure continuity of patient care through the orderly transition of patient services from closing

pharmacies.  Furthermore, prior to filing this Motion, the Debtors shared draft versions of the proposed Second Amended Order with counsel to the DIP Agents, the Ad Hoc Secured Noteholder Group, and the Committees, and understand that all parties are supportive of the requested relief.

### Waiver of Bankruptcy Rule 6004(a) and 6004(h)

8.      To implement the foregoing successfully, the Debtors seek a waiver of the notice requirements under Bankruptcy Rule 6004(a) and the 14-day stay of an order authorizing the use, sale, or lease of property under Bankruptcy Rule 6004(h).

### Waiver of Memorandum of Law

9.      The Debtors respectfully request that the Court waive the requirement to file a separate memorandum of law pursuant to Local Rule 9013-1(a)(3) because the legal basis upon which the Debtors rely is set forth herein and the Motion does not raise any novel issues of law.

### Reservation of Rights

10.      Nothing contained in this Motion or any order granting the relief requested in this motion, and no action taken pursuant to the relief requested or granted, is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in this Motion or any order granting the relief requested by this Motion; (f) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

**No Prior Request**

11.    The relief request in this Motion encompasses certain of the relief requested in the

Initial Exit Procedures Motion and granted in the Amended Exit Procedures Order.  Except for the

Initial Exit Procedures Motion, no prior request for the relief sought in this Motion has been made

to this Court or any other court.

**Notice**

12.    The Debtors will provide notice of this motion to the following parties and/or their

respective counsel, as applicable:  (a) the office of the United States Trustee for the District of

New Jersey; (b) Kramer Levin Naftalis & Frankel LLP and Kelley Drye & Warren LLP as counsel

to the Official Committee of Unsecured Creditors; (c) Akin Gump Strauss Hauer & Feld LLP and

Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. as counsel to the Official Committee of Tort

Claimants; (d) the agents under the Prepetition Credit Facilities and counsel thereto; (e) the DIP

Agents and counsel thereto; (f) Paul, Weiss, Rifkind, Wharton & Garrison LLP and Fox Rothschild

LLP, as counsel to the Ad Hoc Secured Noteholder Group; (g) the indenture trustees for the Senior

Secured Notes; (h) the indenture trustee for the Senior Unsecured Notes; (i) the United States

Attorney's Office for the District of New Jersey; (j) the Internal Revenue Service; (k) the U.S.

Securities and Exchange Commission; (l) the attorneys general in the states where the Debtors

conduct their business operations; (m) the Landlords under the Specified Leases; (n) the

Consultants; and (o) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The

Debtors submit that, in light of the nature of the relief requested, no other or further notice need

be given.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Second Amended Order, substantially in the form attached hereto as **Exhibit A**, (a) granting the relief requested herein and (b) granting such other relief as is just and proper.

Dated:  April 24, 2024

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
Email:        msirota@coleschotz.com
                    wusatine@coleschotz.com
                    fyudkin@coleschotz.com
                    svanaalten@coleschotz.com


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      esassower@kirkland.com
                  joshua.sussberg@kirkland.com
                  aparna.yenamandra@kirkland.com
                  ross.fiedler@kirkland.com
                  zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SECOND AMENDED ORDER
## (I) AUTHORIZING AND APPROVING PROCEDURES FOR EXITING
## CERTAIN LEASED REAL PROPERTY AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through eight (8), is

**ORDERED**.

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice)*
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an amended order (this "Order") (a) authorizing and approving procedures governing the Debtors' exit from Specified Leased Locations in connection with the Debtors' rejection of Specified Leases (the "Exit Procedures"); and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, including with respect to access to, and orderly transition of, pharmacy services of the Debtors' patients and; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

---

[1]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

2.      The following Exit Procedures for Specified Leases and Specified Leased

Locations are hereby approved in all respects:[2]

(a)      ***Store Closings and Related Sales at Specified Leased Locations; Exit Date.***  Store Closings and related Sales at Specified Leased Locations conducted pursuant to and in accordance with the Amended Final Store Closing Order may continue through July 31, 2024, or such later date as may be agreed to by the Debtors and the applicable Specified Landlord(s) or further ordered by the Court (the "Exit Date").  The Debtors shall surrender possession and control of each Specified Leased Location to the applicable Specified Landlord on the Exit Date (or with respect to any Specified Leased Location, prior to the Exit Date, with the prior written consent of the DIP Agents (as defined in Docket No. 2656) to the extent any Sales are occurring or are anticipated to occur at the applicable Specified Leased Location pursuant to the Amended Final Store Closing Order).  If the Debtors determine that they are not or will not be in a position to surrender possession and control of a Specified Leased Location to the applicable Specified Landlord by the Exit Date, the Debtors shall promptly notify the Specified Landlord of such determination.  To the extent that the Debtors do not surrender possession and control of a Specified Leased Location on the Exit Date, and the Debtors and Specified Landlord have been unable to reach an agreement for continued possession, either the Debtors or the Specified Landlord may request an immediate telephonic hearing with the Court, on notice by email to the other party.  Such hearing shall, subject to the availability of the Court, be scheduled within five (5) business days of such request.  This scheduling shall not be deemed to preclude additional hearings for the presentation of evidence or arguments as necessary.  With respect to any Specified Lease being rejected by the Debtors, such rejection shall be effective as of the later of (i) the Exit Date, and (ii) the date that the Debtors actually relinquish possession and control of the Specified Leased Location by (A) notifying the Specified Landlord in writing, with email being sufficient, of the Debtors' surrender of the Specified Leased Location and turning over the keys, key codes, and security codes, if any, to the Specified Landlord or (B) notifying the Specified Landlord in writing of the Debtors' surrender of the Specified

---

[2]      For the avoidance of doubt, nothing contained in this Order shall apply to (a) any lease for which the landlord has consented to extend or consents to extend the Initial Extended 365(d)(4) Deadline through the earlier of (i) the entry of an order confirming a chapter 11 plan for the Debtors (subject to the occurrence of the effective date of such plan); and (ii) September 30, 2024; or (b) any Specified Lease for which the applicable Specified Landlord consents (before the Initial Extended 365(d)(4) Deadline) to the conduct of Sales at the corresponding Specified Leased Location through July 31, 2024 (or such later date as may be agreed to by the Debtors and such Specified Landlord).

(Page | 5)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

Leased Location, with email being sufficient, and that the keys, key codes, and security codes, if any, are not available, but that the Specified Landlord may rekey the Specified Leased Location (the "Rejection Effective Date"). Until the later of the Exit Date and the Rejection Effective Date as to a Specified Leased Location, and subject to the Amended Final Store Closing Order, (i) the Debtors shall timely perform all of their obligations under the Specified Lease for such Specified Leased Location (including any postpetition payment obligations) as required by section 365(d)(3) of the Bankruptcy Code; and (ii) no person or entity shall interfere in any manner with the Debtors' possession or use of such Specified Leased Location; *provided* that, from the Initial Extended 365(d)(4) Deadline through the later of the Exit Date or the Rejection Effective Date as to a Specified Leased Location, the Debtors shall provide the applicable Specified Landlord with reasonable access to such Specified Leased Location to the extent necessary for the Specified Landlord to (x) address health and safety issues (if any) at the Specified Leased Location (to the extent such issues cannot be addressed by the Debtors), (y) perform a reasonable assessment of the condition of the Specified Leased Location, and (z) market the Specified Leased Location to potential new tenants; and, in each case, such access by the Specified Landlord shall be subject to any applicable requirements under applicable law; and the Debtors and the Specified Landlord shall cooperate in good faith with respect to such access by the Specified Landlord.

(b)  ***Rejection of Specified Leases***.  Any Specified Lease that is not listed in the Schedule of Assumed Executory Contracts and Unexpired Leases (as defined in Docket No. 2511 (as amended, supplemented, or otherwise modified from time to time, the "Plan")) on the Initial Extended 365(d)(4) Deadline shall be rejected effective as of the Rejection Effective Date unless the Debtors and the applicable Specified Landlord agree otherwise in writing (with the consent of the DIP Agents and the reasonable consent of the Required Consenting Noteholders (as defined in Docket No. 2656)).  The Debtors shall provide notice of rejection to the applicable Specified Landlord by no later than the Initial Extended 365(d)(4) Deadline. Such rejection shall be pursuant to this Order and not a "deemed" rejection under section 365(d)(4)(A) of the Bankruptcy Code.

(c)  ***Abandoned Property***.  As to any Specified Lease being rejected by the Debtors, (i) the Debtors and the Consultants, as applicable, may remove or abandon any of the Debtors' personal property that may be located at the related Specified Leased Location at any time on or before the applicable Rejection Effective Date, in each case, subject to and in accordance with the Amended Final Store Closing Order; and (ii) any and all property located at such Specified Leased Location as of the rejection of the related Specified

(Page | 6)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

Lease shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Effective Date (such property, "Abandoned Property"); *provided*, *however*, that (x) nothing in this Order modifies any requirement under applicable law regarding the removal of any hazardous materials (as defined under applicable law) from any of the Specified Leased Locations; and (y) the Debtors and the Consultants shall not abandon any medications or medicines. Specified Landlords may, in their sole discretion, and without further notice or order of the Court, utilize and/or dispose of Abandoned Property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

3.      This Order does not apply to any of the Debtors' unexpired leases of non-residential real property that are not listed in **Exhibit 1** to this Order or to any landlord that enters into a written agreement with the Debtors providing for the Debtors' continued occupancy and use of the leased premises through July 31, 2024 (or such later date as may be agreed to by the Debtors and such landlord or further ordered by the Court) and the conduct of Sales at the premises through such date.

4.      All rights and defenses of the Debtors and the Specified Landlords in relation to the Specified Leases are preserved, including all rights and defenses of the Debtors and Specified Landlords with respect to any claim(s) for damages arising from rejection of the Specified Leases.

5.      Nothing in this Order shall affect or limit the relief granted in the Amended Final Store Closing Order and, for the avoidance of doubt, Store Closings and related Sales at Specified Leased Locations shall be conducted pursuant to and in accordance with the Amended Final Store Closing Order.

6.      Nothing in this Order or any other order entered in the above bankruptcy cases through the date of the entry of this Order shall affect or otherwise limit or relieve the Debtors from their obligations with respect to (a) that certain Western Union North America Agency

| Debtors: | RITE AID CORPORATION, *et al.* |
|---|---|
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

Agreement (the "Agency Agreement") between certain of the Debtor parties and Western Union Financial Services, Inc. ("Western Union"), and (b) Western Union's property described under the Agency Agreement, including, but to not limited to, the Equipment (as defined in the Agency Agreement); *provided* that the Debtors shall dispose of or return Western Union's property and Equipment in a manner as is mutually agreed to between the Debtors and Western Union in writing with email being sufficient. Western Union's right to assert an administrative expense claim to the extent the Debtors sell, abandon, or otherwise misplace Western Union's property being held or controlled by the Debtors pursuant to the Agency Agreement, including the Equipment, or Western Union is otherwise damaged by the Debtors' breach of its obligations to return or destroy Equipment in accordance with the Agency Agreement, is preserved and reserved.  Furthermore, nothing in this Order shall alter the parties' rights and obligations under the Agency Agreement and the Bankruptcy Code.

7.      Nothing contained in the Motion or this Order, and no action taken pursuant to the relief requested or granted is intended as or shall be construed or deemed to be:  (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Motion or this Order; (e) an admission as to the validity, priority, enforceability or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action or other rights of the Debtors or any other

(Page | 8)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Second Amended Order (I) Authorizing and Approving Procedures for Exiting Certain Leased Real Property and (II) Granting Related Relief |

party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

10.      The Debtors are authorized to take all actions necessary to effectuate the relief granted under this Order in accordance with the Motion.

11.      Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order shall be effective and enforceable immediately upon entry hereof.

12.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Non-Extended Leases**

| No. | Non-Debtor Counterparty | Counterparty Address | Debtor Party | Store # | Lease Type | Location Address |
|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ FAMILY TRUST | PO BOX 11118, BURBANK, CALIFORNIA 91510 | KEYSTONE CENTERS, INC. | 229 | Store Lease | 1184 TEXAS PALMYRA HIGHWAY, HONESDALE, PA 18431 |
| 2 | CKAD HOLDINGS LLC | 285 DUNHAM DR, HUMMELSTOWN, PENNSYLVANIA 17033 | KEYSTONE CENTERS, INC. | 246 | Store Lease | 337 WEST CHOCOLATE AVENUE, HERSHEY, PA 17033 |
| 3 | SHADRALL NEW BRUNSWICK LP | 50 TICE BLVD, STE 320, WOODCLIFF LAKE, NEW JERSEY 07677 | RITE AID OF NEW JERSEY, INC. | 407 | Store Lease | 366 GEORGE STREET, NEW BRUNSWICK, NJ 08901 |
| 4 | B.A.G. NORTHEAST NO. 195, L.P. | 10100 CULVER BLVD, SUITE D, CULVER CITY, CALIFORNIA 90232 | RITE AID OF NEW YORK, INC. | 652 | Store Lease | 400 CHESTNUT STREET, ONEONTA, NY 13820 |
| 5 | RONGRANT ASSOCIATES, L.L.C. | 255 EXECUTIVE DRIVE, SUITE 302, PLAINVIEW, NEW YORK 11803 | RITE AID OF NEW YORK, INC. | 668 | Store Lease | 139 RONKONKOMA AVENUE, LAKE RONKONKOMA, NY 11779 |
| 6 | 69TH STREET RETAIL OWNER L.P. | 600 MADISON AVE,  15TH FLOOR, NEW YORK, NEW YORK 10022 | RITE AID OF PENNSYLVANIA, INC. | 679 | Store Lease | 123 SOUTH 69TH STREET, UPPER DARBY, PA 19082 |
| 7 | TROY PLAZA ASSOCIATES | 180 MAIN STREET, MADISON, NEW JERSEY 07940 | RITE AID OF NEW JERSEY, INC. | 994 | Store Lease | 480 NORTH BEVERWYCK ROAD, LAKE HIAWATHA, NJ 07034 |
| 8 | SLIGO REALTY AND SERVICE CORP. | 40 RICHARDS AVE PO BOX 14, NORWALK, CONNECTICUT 06854 | RITE AID OF NEW YORK, INC. | 1225 | Store Lease | 534 HUDSON STREET, NEW YORK, NY 10014 |
| 9 | MID-TOWN SHOPPING CENTER, LTD. | PO BOX 254, NORWALK, OHIO 44857 | RITE AID OF OHIO, INC. | 1433 | Store Lease | 99 WHITTLESEY AVENUE, NORWALK, OH 44857 |
| 10 | DIERKE'S ENTERPRISES | 513 FURLONG ROAD, SEBASTOPOL, CALIFORNIA 95472 | RITE AID OF PENNSYLVANIA, INC. | 1563 | Store Lease | 6201 GERMANTOWN AVENUE, PHILADELPHIA, PA 19144 |
| 11 | RULLO FAMILY LIMITED PARTNERSHIP | 146 WEST MAIN STREET, SOMERSET, PENNSYLVANIA 15501 | RITE AID OF PENNSYLVANIA, INC. | 1780 | Store Lease | 1516 JEFFERSON AVENUE, WINDBER, PA 15963 |
| 12 | RA STONEROOK/4150 N GEORGE ST | 161 HAMILTON RD, STE 101, LANCASTER, PENNSYLVANIA 17603 | RITE AID OF PENNSYLVANIA, INC. | 2271 | Store Lease | 4135 NORTH GEORGE STREET, EXT., MANCHESTER, PA 17345 |
| 13 | FORT DEFIANCE REALTY, INC. | 1875 RIVERVIEW DRIVE, DEFIANCE, OHIO 43512 | THE LANE DRUG COMPANY | 2352 | Store Lease | 1816 EAST SECOND STREET, DEFIANCE, OH 43512 |
| 14 | RAC RYAN LLC | 4036 TELEGRAPH ROAD, SUITE 201, BLOOMFIELD HILLS, MICHIGAN 48302 | RITE AID OF MICHIGAN, INC. | 2509 | Store Lease | 32983 RYAN ROAD, WARREN, MI 48092 |
| 15 | DERRY REALTY GROUP LLC | 20 DEPOT ST, STE 220, PETERBOROUGH, NEW HAMPSHIRE 03458 | RITE AID OF NEW HAMPSHIRE, INC. | 3310 | Store Lease | 52 ROCKINGHAM ROAD, DERRY, NH 03038 |
| 16 | HAROLD D. LEISTER | 6020 WINGED FOOT DRIVE, GILROY, CALIFORNIA 95020 | RITE AID OF MICHIGAN, INC. | 3315 | Store Lease | 2985 MAIN STREET, MARLETTE, MI 48453 |
| 17 | LITTLE ITALY MANAGEMENT CORP. | P.O. BOX 50075, BROOKLYN, NEW YORK 11205 | RITE AID OF NEW YORK, INC. | 3663 | Store Lease | 592 EAST 183RD STREET, BRONX, NY 10458 |
| 18 | B.A.G. RITE AID #188, L.P. | 10100 CULVER BLVD, SUITE D, CULVER CITY, CALIFORNIA 90232 | RITE AID OF NEW YORK, INC. | 3753 | Storage Lease | 129 SOUTH AVENUE, POUGHKEEPSIE, NY 12601 |
| 19 | QUEENS VILLAGE MGMT CORP | PO BOX 50075, BROOKLYN, NEW YORK 11205 | RITE AID OF NEW YORK, INC. | 3865 | Store Lease | 218-35 HEMPSTEAD AVENUE, QUEENS VILLAGE, NY 11429 |
| 20 | MURRAY BREIDBART D/B/A BRITHYM REALTY CO. | 52 ARLEIGH RD, GREAT NECK, NEW YORK 11021 | RITE AID OF NEW YORK, INC. | 3870 | Store Lease | 3700-06 JUNCTION BOULEVARD, FLUSHING, NY 11368 |
| 21 | 1679, LLC | 124-19 METROPOLITAN AVENUE, KEW GARDENS, NEW YORK 11415 | RITE AID OF NEW YORK, INC. | 3978 | Store Lease | 1679 BEDFORD AVENUE, BROOKLYN, NY 11225 |
| 22 | JOHNS HOPKINS MEDICAL SERVICES CORP. | 3100 WYMAN PARK DRIVE, SUITE 300, BALTIMORE, MARYLAND 21211 | RITE AID OF MARYLAND, INC. | 4250 | Store Lease | 1000 EAST EAGER STREET, BALTIMORE, MD 21202 |
| 23 | MCB-BF RA PORTFOLIO JV LLC | 280 N OLD WOODWARD AVE,STE 104, BIRMINGHAM , MICHIGAN 48009 | PERRY DRUG STORES, INC. | 4305 | Store Lease | 2971 WEST MAPLE ROAD, TROY, MI 48084 |
| 24 | MANNINO INVESTMENT CO. | 1223 WOODSBORO DRIVE, ROYAL OAK, MICHIGAN 48067 | PERRY DRUG STORES, INC. | 4368 | Store Lease | 107 KERCHEVAL AVENUE, GROSSE POINTE FARMS, MI 48236 |
| 25 | MANN MILFORD RITE AID LLC | 4273 CLEAR VALLEY DRIVE, ENCINO, CALIFORNIA 91436 | PERRY DRUG STORES, INC. | 4372 | Store Lease | 640 NORTH MILFORD ROAD, MILFORD, MI 48381 |
| 26 | ASHMAN HILLSIDE, LLC | C/O DPI RETAIL, LLC, 445 S DOUGLAS ST, STE 100, EL SEGUNDO, CALIFORNIA 90245 | PERRY DRUG STORES, INC. | 4382 | Store Lease | 2910 ASHMAN STREET, MIDLAND, MI 48640 |
| 27 | SOUTH ALLEN ASSOCIATES, LLC | ONE TOWN SQUARE,  STE 1200, SOUTHFIELD, MICHIGAN 48076 | APEX DRUG STORES, INC. | 4445 | Store Lease | 15411 SOUTHFIELD ROAD, ALLEN PARK, MI 48101 |
| 28 | 238 240 S BATTLEFIELD BLVD LLC | 142 INDEPENDENCE BLVD, VIRGINIA BEACH, VIRGINIA 23462 | RITE AID OF VIRGINIA, INC. | 4692 | Store Lease | 240 SOUTH BATTLEFIELD BLVD, CHESAPEAKE, VA 23322 |
| 29 | BONNIE PROPERTIES, INC. | P.O. BOX 71255, MADISON HEIGHTS, MICHIGAN 48071 | RITE AID OF MICHIGAN, INC. | 4695 | Store Lease | 28350 SOUTH RIVER ROAD, HARRISON TOWNSHIP, MI 48045 |

| No. | Non-Debtor Counterparty | Counterparty Address | Debtor Party | Store # | Lease Type | Location Address |
|---|---|---|---|---|---|---|
| 30 | HIDDEN OAK DEVELOPMENT COMPANY, INC. | P.O. BOX 3953, VISALIA, CALIFORNIA 93278 | RITE AID OF OHIO, INC. | 4708 | Store Lease | 501 EAST EMMITT AVENUE, WAVERLY, OH 45690 |
| 31 | NOSTRAND PROPERTY OWNER LLC | 600 MADISON AVE, 15TH FL, NEW YORK, NEW YORK 10022 | RITE AID OF NEW YORK, INC. | 4876 | Store Lease | 3823 NOSTRAND AVENUE, BROOKLYN, NY 11235 |
| 32 | WEC 98G-21, LLC | 65 LEDGESIDE LANE, PLYMOUTH, NEW HAMPSHIRE 03264 | RITE AID OF NEW HAMPSHIRE, INC. | 4961 | Store Lease | 48 ATWOOD ROAD, PO BOX 688, PELHAM, NH 03076 |
| 33 | NEFESH MANAGEMENT CORP. | P.O. BOX 110158, BROOKLYN, NEW YORK 11211 | RITE AID OF NEW YORK, INC. | 4991 | Store Lease | 109-07 101ST AVENUE, JAMAICA, NY 11419 |
| 34 | MPJ INVESTMENTS LLC | 119 WEST ROY STREET, #4, SEATTLE, WASHINGTON 98119 | THRIFTY PAYLESS, INC. | 5180 | Store Lease | 19107 BOTHELL WAY, N.E., BOTHELL, WA 98011 |
| 35 | PANOS PROPERTIES, L.L.C. | 6850 E. GREEN LAKE WAY NORTH, SUITE 201, SEATTLE, WASHINGTON 98115 | THRIFTY PAYLESS, INC. | 5181 | Store Lease | 16222 BOTHELL-EVERETT HIGHWAY, MILL CREEK, WA 98012 |
| 36 | ASP REALTY, INC. | P.O. BOX 20, BOISE, IDAHO 83726 | THRIFTY PAYLESS, INC. | 5186 | Store Lease | 2131 SW 336TH STREET, FEDERAL WAY, WA 98023 |
| 37 | 1170 NW GILMAN HOLDINGS LLC | 14205 DE 36TH ST, STE 215, BELLEVUE, WASHINGTON 98006 | THRIFTY PAYLESS, INC. | 5187 | Store Lease | 1065 N.W. GILMAN BLVD., ISSAQUAH, WA 98027 |
| 38 | PANOS PROPERTIES LLC | 6850 E. GREEN LAKE WAY NORTH, SUITE 201, SEATTLE, WASHINGTON 98115 | THRIFTY PAYLESS, INC. | 5200 | Storage Lease | 14880 N.E. 24TH ST., REDMOND, WA 98052 |
| 39 | KRG WOODINVILLE PLAZA LLC | 30 S MERIDIAN ST, STE 1100, INDIANAPOLIS, INDIANA 46204 | THRIFTY PAYLESS, INC. | 5205 | Store Lease | 14035 NE WOODINVILLE-DUVALL, WOODINVILLE, WA 98072 |
| 40 | SAAR'S INC. | 32199 STATE ROUTE 20, OAK HARBOR, WASHINGTON 98277 | THRIFTY PAYLESS, INC. | 5217 | Store Lease | 9000 RAINIER AVENUE S STE C, SEATTLE, WA 98118 |
| 41 | MGPXI-A TWN CTR LAKEFOREST LLC | 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CALIFORNIA 94104 | THRIFTY PAYLESS, INC. | 5225 | Store Lease | 17171 BOTHELL WAY, NE, STE.150, LAKE FOREST PARK, WA 98155 |
| 42 | BM ASSOCIATES LIMITED PARTNERS | 2501 N. NORTHLAKE WAY, STE 201, SEATTLE, WASHINGTON 98103 | THRIFTY PAYLESS, INC. | 5238 | Store Lease | 220 36TH STREET, BELLINGHAM, WA 98225 |
| 43 | BLI SUNSET SQUARE, LLC | 11250 EL CAMINO REAL,STE 102 , SAN DIEGO, CALIFORNIA 92130 | THRIFTY PAYLESS, INC. | 5239 | Store Lease | 1225 EAST SUNSET DR STE 110, BELLINGHAM, WA 98226 |
| 44 | ISLAND VENTURES, L.L.C. | 14205 SE 36TH, STE 215, BELLEVUE, WASHINGTON 98006 | THRIFTY PAYLESS, INC. | 5247 | Store Lease | 31645 STATE ROUTE 20, OAK HARBOR, WA 98277 |
| 45 | SURPRISE LAKE SQUARE LLC | 2940 FAIRVIEW AVE E, SEATTLE, WASHINGTON 98102 | THRIFTY PAYLESS, INC. | 5256 | Store Lease | 900 EAST MERIDIAN  SUITE 23, MILTON, WA 98354 |
| 46 | CONTINGENCE, L.L.C. | 12419 N.E. 28TH STREET, BELLEVUE, WASHINGTON 98005 | THRIFTY PAYLESS, INC. | 5267 | Store Lease | 21302 STATE ROUTE 410 EAST, BONNEY LAKE, WA 98391 |
| 47 | USPA GREEN FIRST TOWNE CENTER LLC | 711 HIGH STREET, DES MOINES, IOWA 50392 | THRIFTY PAYLESS, INC. | 5275 | Store Lease | 3840 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WA 98466 |
| 48 | HARLAN D. DOUGLASS | EAST 815 ROSEWOOD, SPOKANE, WASHINGTON 99208 | THRIFTY PAYLESS, INC. | 5313 | Store Lease | 4514 SOUTH REGAL STREET, SPOKANE, WA 99223 |
| 49 | CASCADE SQUARE, LLC | 15350 SW SEQUOIA PKY STE 140, PORTLAND, OREGON 97224 | THRIFTY PAYLESS, INC. | 5334 | Store Lease | 1400 WEST 6TH STREET, THE DALLES, OR 97058 |
| 50 | SE SHOPPING CENTER, LLC | 814 COMMERCE DR, STE 300, OAK BROOK, ILLINOIS 60523 | THRIFTY PAYLESS, INC. | 5338 | Store Lease | 2425 SE TUALATIN VALLEY HWY., HILLSBORO, OR 97123 |
| 51 | BINGHAM INVESTMENT COMPANY | 3939 N.W. ST. HELENS ROAD, PORTLAND, OREGON 97210 | THRIFTY PAYLESS, INC. | 5351 | Store Lease | 5431 SW BEAVERTON HILLSDALE, PORTLAND, OR 97221 |
| 52 | BSM REALTY LLC | 31 GOLDEN SUNRAY LANE, LAS VEGAS, NEVADA 89135 | THRIFTY PAYLESS, INC. | 5354 | Store Lease | 12080 SW MAIN STREET, TIGARD, OR 97223 |
| 53 | PETERKORT TOWNE SQUARE, L.L.C. | 200 SW MARTKET ST, STE 200, PORTLAND, OREGON 97201 | THRIFTY PAYLESS, INC. | 5356 | Store Lease | 11190 SW BARNES RD., PORTLAND, OR 97225 |
| 54 | SAFEWAY INC. | ATTN: RE LAW/FAC #98-5661-00, 5918 STONERIDGE MALL ROAD, PLEASANTON, CALIFORNIA 94588 | THRIFTY PAYLESS, INC. | 5369 | Store Lease | 30 EAST OAK STREET, LEBANON, OR 97355 |
| 55 | SHELDON PLAZA, L.L.C. | 107 E WASHINGTON AVE, FAIRFIELD, IOWA 52556 | THRIFTY PAYLESS, INC. | 5373 | Store Lease | 1560 COBURG ROAD, EUGENE, OR 97401 |
| 56 | STATE STREET PARTNERS, LLC | 1720 WAZEE, SUITE 1A, DENVER, COLORADO 80202 | THRIFTY PAYLESS, INC. | 5413 | Store Lease | 1515 WEST STATE STREET, BOISE, ID 83702 |
| 57 | RA2 LOS ANGELES-VERMONT LP | 9034 W SUNSET BLVD, WEST HOLLYWOOD, CALIFORNIA 90069 | THRIFTY PAYLESS, INC. | 5425 | Store Lease | 334 SOUTH VERMONT AVENUE, LOS ANGELES, CA 90020 |
| 58 | BALDWIN HILLS, LLC | 23622 CALABASAS RD, SUITE 200, CALABASAS, CALIFORNIA 91302 | THRIFTY PAYLESS, INC. | 5458 | Storage Lease | 3550 SOUTH LA BREA AVENUE, LOS ANGELES, CA 90016 |

| No. | Non-Debtor Counterparty | Counterparty Address | Debtor Party | Store # | Lease Type | Location Address |
|---|---|---|---|---|---|---|
| 59 | VESTAR PENINSULA RETAIL, LLC | 2415 E. CAMELBACK, SUITE 100, PHOENIX, ARIZONA 85016 | THRIFTY PAYLESS, INC. | 5480 | Store Lease | 23 PENINSULA CENTER, ROLLING HILLS ESTS, CA 90274 |
| 60 | LOS ALTOS XXXIII LP | 1201 N MAGNOLIA AVE, ANAHEIM, CALIFORNIA 92618 | THRIFTY PAYLESS, INC. | 5484 | Store Lease | 9715 OTIS STREET, SOUTHGATE, CA 90280 |
| 61 | JAIME L. SANTANA FAMILY TRUST | P.O. BOX 6471, VENTURA, CALIFORNIA 93006 | THRIFTY PAYLESS, INC. | 5508 | Store Lease | 15924 BELLFLOWER BOULEVARD, BELLFLOWER, CA 90706 |
| 62 | WINTERBERRY PROPERTIES, L.P. | 6420 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90048 | THRIFTY PAYLESS, INC. | 5551 | Store Lease | 14727 RINALDI STREET, SAN FERNANDO, CA 91340 |
| 63 | RA2 ENCINITAS LP | 9034 W SUNSET BLVD, WEST HOLLYWOOD, CALIFORNIA 90069 | THRIFTY PAYLESS, INC. | 5627 | Store Lease | 439 SANTA FE DRIVE, ENCINITAS, CA 92024 |
| 64 | TIERRASANTA TOWN CENTER LLC | 4698 MACARTHUR CT, STE 700, NEWPORT BEACH, CALIFORNIA 92660 | THRIFTY PAYLESS, INC. | 5660 | Store Lease | 10631 TIERRASANTA BOULEVARD, SAN DIEGO, CA 92124 |
| 65 | CHURCHILL SECURITY INVESTMENTS, LLC | C/O LAURICH PROPERTIES, INC, 10655 PARK RUN DR, STE 160, LAS VEGAS, NEVADA 89144 | THRIFTY PAYLESS, INC. | 5673 | Ground Lease | 616 EAST HOBSONWAY, BLYTHE, CA 92225 |
| 66 | BRIXMOR MANAGEMENT JV 2 LLC | PO BOX 645351, CINCINNATI, OHIO 45264 | THRIFTY PAYLESS, INC. | 5732 | Store Lease | 405 WEST IMPERIAL HIGHWAY, BREA, CA 92821 |
| 67 | ZENTMYER PROPERTIES II LLC | 1434 FOOTHILL BOULEVARD, LA CANADA, CALIFORNIA 91011 | THRIFTY PAYLESS, INC. | 5842 | Store Lease | 26 OLD MAMMOTH ROAD, PO BOX 128, MAMMOTH LAKES, CA 93546 |
| 68 | THE CHEN 1998 FAMILY TRUST & 170 SAN MATEO ROAD PARTNERSHIP | 340 23RD AVENUE, SAN MATEO, CALIFORNIA 94403 | THRIFTY PAYLESS, INC. | 5885 | Store Lease | 170 SAN MATEO ROAD, HALF MOON BAY, CA 94019 |
| 69 | FAIR OAKS LLC | P.O. BOX 1203, LOS ALTOS, CALIFORNIA 94023 | THRIFTY PAYLESS, INC. | 5893 | Store Lease | 2150 ROOSEVELT AVENUE, REDWOOD CITY, CA 94061 |
| 70 | MGP XI NORTHGATE LLC | 425 CALIFORNIA ST, 10TH FL, SAN FRANCISCO, CALIFORNIA 94104 | THRIFTY PAYLESS, INC. | 5958 | Store Lease | 1500 NORTHGATE MALL, SAN RAFAEL, CA 94903 |
| 71 | RANCHO DEL MAR CENTER, LLC | 4695 MACARTHUR CT, STE 700, NEWPORT BEACH, CALIFORNIA 92660 | THRIFTY PAYLESS, INC. | 5965 | Store Lease | 80 RANCHO DEL MAR, APTOS, CA 95003 |
| 72 | WHITE ROAD PARTNERS, LLC | 445 S DOUGLAS ST, STE 100, EL SEGUNDO, CALIFORNIA 90245 | THRIFTY PAYLESS, INC. | 5992 | Store Lease | 1030 SOUTH WHITE ROAD, SAN JOSE, CA 95127 |
| 73 | PETER BOLLINGER INVESTMENT | 540 FULTON AVENUE, SACRAMENTO, CALIFORNIA 95825 | THRIFTY PAYLESS, INC. | 6084 | Store Lease | 980 FLORIN ROAD, SACRAMENTO, CA 95831 |
| 74 | MANP CDM, LLC & DMP CDM, LLC | 250 NEWPORT CENTER DR STE 300, NEWPORT BEACH, CALIFORNIA 92660 | THRIFTY PAYLESS, INC. | 6207 | Store Lease | 3141 EAST COAST HIGHWAY, CORONA DEL MAR, CA 92625 |
| 75 | THE COMMONS AT CALABASAS, LLC | 101 THE GROVE DRIVE, LOS ANGELES, CALIFORNIA 90036 | THRIFTY PAYLESS, INC. | 6327 | Store Lease | 4710 COMMONS WAY, CALABASAS, CA 91302 |
| 76 | T RIO RANCHO CA, LLC | 16600 DALLAS PARKWAY, STE 300, DALLAS, TEXAS 75248 | THRIFTY PAYLESS, INC. | 6338 | Store Lease | 2059 SOUTH GAREY AVENUE, POMONA, CA 91766 |
| 77 | LAGUNA PROMENADE, LLC | 656 HILLCREST WAY, REDWOOD CITY, CALIFORNIA 94062 | THRIFTY PAYLESS, INC. | 6432 | Store Lease | 7211 ELK GROVE BOULEVARD, ELK GROVE, CA 95758 |
| 78 | TURNER ISLAND FARMS | 1269 W I STREET, LOS BANOS, CALIFORNIA 93635 | THRIFTY PAYLESS, INC. | 6509 | Store Lease | 16491 LAKESHORE DRIVE, LAKE ELSINORE, CA 92530 |
| 79 | MUSTANG SQUARE LLC | 1401 19TH STREET STE 400, BAKERSFIELD, CALIFORNIA 93301 | THRIFTY PAYLESS, INC. | 6549 | Ground Lease | 11200 OLIVE DRIVE, BAKERSFIELD, CA 93312 |
| 80 | 1201 BLAIR STREET LLC | 2287 MAPLE MANOR COURT, TOMS RIVER, NEW JERSEY 08755 | RITE AID OF PENNSYLVANIA INC | 6738 | Store Lease | 1201 BLAIR ST, HOLLIDAYSBURG, PA 16648 |
| 81 | HUOYEN INTERNATIONAL INC | 700 E BIRCH ST, UNIT 1071, BREA, CALIFORNIA 92822 | THRIFTY PAYLESS, INC | 6833 | Store Lease | 35946 WINCHESTER ROAD, WINCHESTER, CA 92596 |
| 82 | INGLEWOOD VILLAGE LLC | 11250 EL CAMINO REAL, STE 102, SAN DIEGO, CALIFORNIA 92130 | THE BARTELL DRUG COMPANY | 6928 | Store Lease | 14130 JUANITA DR NE STE 107, KIRKLAND, WA 98034 |
| 83 | WWR PROPERTIES | 3803 BRIDGEPORT WAY WEST, UNIVERSITY PLACE, WASHINGTON 98466 | THE BARTELL DRUG COMPANY | 6939 | Store Lease | 5500 OLYMPIC DR, GIG HARBOR, WA 98335 |
| 84 | GARTIN PROPERTIES LLC | 919 SW 150TH ST, STE A, BURIEN, WASHINGTON 98166 | THE BARTELL DRUG COMPANY | 6956 | Store Lease | 2345 42ND AVE SW, SEATTLE, WA 98116 |
| 85 | CHARLES M. ORGAN AND MARY R. ORGAN | 809 CHERRY HILL DRIVE, BOWLING GREEN, OHIO 43402 | RITE AID OF OHIO, INC. | 7728 | Ground Lease | 722-740 SOUTH MAIN STREET, BOWLING GREEN, OH 43402 |
| 86 | WILBUR J. DOREN, JR. | 19274 NORTH MERCER ROAD, BOWLING GREEN, OHIO 43402 | RITE AID OF OHIO, INC. | 7728 | Ground Lease | 722-740 SOUTH MAIN STREET, BOWLING GREEN, OH 43402 |
| 87 | ROBERT E DAHMS JR | 4005 VIA MANZANA, SAN CLEMENTE, CALIFORNIA 92673 | MAXI DRUG NORTH, INC. | 10269 | Store Lease | 15 MONT VERNON STREET, MILFORD, NH 03055 |

| No. | Non-Debtor Counterparty | Counterparty Address | Debtor Party | Store # | Lease Type | Location Address |
|---|---|---|---|---|---|---|
| 88 | GEORGE APOSTOLICAS | 27 EASTMAN STREET, NASHUA, NEW HAMPSHIRE 03060 | MAXI DRUG NORTH, INC. | 10273 | Store Lease | 53 SOUTH BROADWAY, SALEM, NH 03079 |
| 89 | NEWMARK LLC | 100 CONIFER HILL DR, STE 402, DANVERS, MASSACHUSETTS 01923 | MAXI DRUG NORTH, INC | 10297 | Store Lease | 73 EXETER ROAD, NEWMARKET, NH 03857 |
| 90 | RUI LING LU | 284 AVENUE P, BROOKLYN, NEW YORK 11204 | MAXI GREEN, INC. | 10309 | Ground Lease | 12 NORTH MAIN STREET, RANDOLPH, VT 05060 |
| 91 | 508 MONROE TURNPIKE, LLC | 6020 MAIN STREET, STRATFORD, CONNECTICUT 06614 | MAXI DRUG, INC. | 10369 | Store Lease | 508 MONROE TRNPK., MONROE, CT 06468 |
| 92 | SKD CONSTRUCTION COMPANY, LLC | 929 KINGS HIGHWAY EAST, FAIRFIELD, CONNECTICUT 06825 | MAXI DRUG, INC. | 10386 | Store Lease | 1619 POST ROAD, FAIRFIELD, CT 06824 |
| 93 | NORTH NEW PROSPECT ASSOCIATES, | 55 WILLOW LANE, STE 202, ENGLISHTOWN, NEW JERSEY 07726 | THRIFT DRUG, INC. | 10496 | Store Lease | 1 NORTH NEW PROSPECT ROAD, JACKSON, NJ 08527 |
| 94 | CP BECKETT GROUP, INC. | 192 ROUTE 22 WEST, GREEN BROOK, NEW JERSEY 08812 | THRIFT DRUG, INC. | 10509 | Store Lease | 702 GRAND CENTRAL AVENUE, LAVALLETTE, NJ 08735 |
| 95 | 8222 PROPERTY LLC | 136-40 34TH AVE, FLUSHING, NEW YORK 11354 | GENOVESE DRUG STORES, INC. | 10577 | Store Lease | 8222 18TH AVENUE, BROOKLYN, NY 11214 |
| 96 | JSK REALTY COMPANY | 2 BAYCLUB DR., UNIT 17-C, BAYSIDE, NEW YORK 11360 | GENOVESE DRUG STORES, INC. | 10601 | Store Lease | 60-26 WOODSIDE AVENUE, WOODSIDE, NY 11377 |
| 97 | PEQUA JAZ LLC AS AGENT FOR | 500 OLD COUNTRY RD, STE 20, GARDEN CITY, NEW YORK 11530 | GENOVESE DRUG STORES, INC. | 10648 | Store Lease | 5125 MERRICK ROAD, MASSAPEQUA PARK, NY 11762 |
| 98 | HVP 2 LLC | 117 SOUTH MAIN ST. SPRING VALLEY, NY 10977 | ECKERD CORPORATION | 10687 | Store Lease | 76 VANDENBURGH AVE, TROY, NY 12180 |
| 99 | FISHS EDDY IV, LLC | 101 KNIGHT ROAD, VESTAL, NEW YORK 13850 | ECKERD CORPORATION | 10790 | Store Lease | 511 HOOPER ROAD, ENDWELL, NY 13760 |
| 100 | JURI PROPERTIES LLC | 17547 VENTURA BOULEVARD,STE304, ENCINO, CALIFORNIA 91316 | ECKERD CORPORATION | 10837 | Store Lease | 3249 SHERIDAN DRIVE, AMHERST, NY 14226 |
| 101 | THE JACKSON INVST COMPANY, LLC | 511 W CLEVELAND ST #S-608, TAMPA, FLORIDA 33606 | THRIFT DRUG, INC. | 11009 | Store Lease | 5430 PEACH STREET, ERIE, PA 16509 |
| 102 | WAYNE HEIGHTS MALL, LLC | 11155 RED RUN BLVD, STE 320, OWINGS MILLS, MARYLAND 21117 | THRIFT DRUG, INC. | 11024 | Store Lease | 1513 EAST MAIN STREET, WAYNESBORO, PA 17268 |
| 103 | CARBON PLAZA SHOPPING CTR LLC | 1250 ROUTE 28, SUITE 101, BRANCHBURG, NEW JERSEY 08876 | THRIFT DRUG, INC. | 11059 | Store Lease | 1241 BLAKESLEE BLVD. DR. S#2, LEHIGHTON, PA 18235 |
| 104 | INLAND COMMERCIAL REAL ESTATE SERVICES LLC | 2901 BUTTERFIELD ROAD, OAK BROOK, ILLINOIS 60523 | THRIFT DRUG, INC. | 11114 | Store Lease | 696 STONEY HILL ROAD, YARDLEY, PA 19067 |
| 105 | MAR-ANN HOLDING ASSOCIATES | 2024 SPROUL ROAD, BROOMALL, PENNSYLVANIA 19008 | THRIFT DRUG, INC. | 11148 | Ground Lease | 120 SOUTH MILL ROAD, KENNETT SQUARE, PA 19348 |
| 106 | NMP-C4 FAIRFIELD S/C LLC | 50 S 16TH ST, SRE 3325, PHILADELPHIA, PENNSYLVANIA 19102 | ECKERD CORPORATION | 11273 | Store Lease | 5232 FAIRFIELD SHOPPING CENTER, VIRGINIA BEACH, VA 23464 |
| 107 | FARLEY WHITE BEDFORD, LLC | 155 FEDERAT STREET, STE 1800, BOSTON, MASSACHUSETTS 02110 | HEALTH DIALOG SERVICES CORPORATION | 21011 | Non-Retail Lease | 6 BEDFORD FARMS DRIVE, BEDFORD, NH 03110 |