UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD OF
MARCH 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024**

In re: Rite Aid Corporation, *et al.*[1]

Case No. 23-18993 (MBK)

Chapter 11

Applicant: Wilson Sonsini Goodrich & Rosati, P.C.

Client:  Board of Directors of Debtor Rite Aid Corporation

Case Filed: October 15, 2023

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Erin R. Fay_____  5/14/2024
ERIN R. FAY                        Date

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

---

**SECTION I**
**FEE SUMMARY**

---

<u>Summary of Amounts Requested for the Period</u>
<u>March 1, 2024 through March 31, 2024 (the "**Compensation Period**")</u>

| | |
|---|---|
| Fee Total | $220,228.50 |
| Disbursement Total | $83.40 |
| Total Fees Plus Disbursements | $220,311.90 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $818,798.30 |
| Total Fees and Expenses Allowed to Date: | $655,123.90 |
| Total Retainer Remaining: | $239,717.16 |
| Total Holdback: | $163,674.40 |
| Total Received by Applicant: | $655,123.90 |

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Katharine A. Martin Member | 1987 (CA) | 13.6 | $1,840 | $25,024.00 |
| Ignacio E. Salceda Member | 1993 (CA) | 0.6 | $1,745 | $1,047.00 |
| Amy L. Simmerman Member | 2007 (DE) 2012 (PA) | 12.9 | $1,465 | $18,898.50 |
| Madeleine Boshart Member | 1999 (CA) | 6.8 | $1,460 | $9,928.00 |
| Tamara M. Brightwell Member | 2003 (VA) 2023 (DC) | 13.2 | $1,410 | $18,612.00 |
| Erin R. Fay Member | 2009 (DE) 2009 (WI) | 28.8 | $1,250 | $36,000.00 |
| Rebecca L. Stuart Member | 2007 (CA) | 1.6 | $1,250 | $2,000.00 |
| Jason B. Schoenberg Associate | 2017 (DE) | 28.5 | $1,145 | $32,632.50 |
| Catherine C. Lyons Associate | 2022 (DE) 2019 (NY) 2023 (TX) | 27.7 | $1,110 | $30,747.00 |
| Courtney R. Matteson Associate | 2019 (CA) 2019 (D.C.) | 11.2 | $1,110 | $12,432.00 |
| Sarah M. Hand Associate | 2022 (DE) | 9.3 | $850 | $7,905.00 |
| Isaac Reed Associate | 2022 (CA) | 11.7 | $770 | $9,009.00 |
| Partha Vora Associate | 2023 (CA) | 0.2 | $670 | $134.00 |
| Lynzy McGee Senior Paralegal | n/a | 32.7 | $485 | $15,859.50 |
| **TOTALS** | **n/a** | **198.8** | **n/a** | **$220,228.50** |

3

4878-9876-7294.1

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fees |
|---|---|---|
| Case Administration | 7.9 | $5,617.00 |
| Court Hearing | 4.2 | $4,148.00 |
| Fee/Employment Applications – WSGR | 40.7 | $28,852.50 |
| Employee Benefits/Pensions | 9.9 | $13,803.00 |
| Board of Directors Matters | 119.6 | $148,251.50 |
| Plan and Disclosure Statement | 16.5 | $19,556.50 |
| **SERVICES TOTALS** | **198.8** | **$220,228.50** |

4878-9876-7294.1

<table>
<tr><td colspan="2" align="center"><b>SECTION III<br>SUMMARY OF DISBURSEMENTS</b></td></tr>
</table>

| Disbursements | Amount |
|---|---|
| Reproduction | $7.20 |
| Lexis Database Service | $76.20 |
| **DISBURSEMENTS TOTAL** | **$83.40** |

> **SECTION IV**
> **CASE HISTORY**

(1)    Date cases filed:      October 15, 2023

(2)    Chapter under which cases commenced: Chapter 11

(3)    Date of retention: January 10, 2024, *nunc pro tunc* to October 15, 2023.  *See* **Exhibit A**.

      If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[2]

    (a)    The Applicant advised the board of directors of Debtor Rite Aid Corporation (the "Board") regarding, among other things, the fulfilment of director obligations and duties under applicable law, negotiations with various parties, and the proposed resolution of numerous other issues in the chapter 11 cases.

    (b)    The Applicant reviewed, commented on, and advised the Board regarding the substance of the Debtors' motions for various relief, with particular attention to Board related issues.

    (c)    The Applicant attended hearings in the chapter 11 cases on behalf of the Board.

    (d)    The Applicant attended, transcribed minutes of, provided advice at, and assisted with materials related to meetings of the Board, meetings of the special committee of the Board, and meetings of various subcommittees of the Board.

    (e)    The Applicant advised the Board with respect to corporate governance considerations, other Board related issues, and disclosure obligations related to the Company's securities filings.  The Applicant reviewed and revised drafts of such securities filings.

    (f)    The Applicant drafted and filed two monthly applications for compensation for Wilson Sonsini Goodrich & Rosati, P.C., as special counsel to the Board.

    (g)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[3]

---

[2]    The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[3]    The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

    (c)    Priority creditors: Unknown at this time.

    (d)    General unsecured creditors: Unknown at this time.

(6)    Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7)    This is the fourth monthly fee statement.

4878-9876-7294.1

## Exhibit A

### Retention Order

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

**Order Filed on January 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
## WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL
## EFFECTIVE AS OF THE PETITION DATE

        The relief set forth on the following pages, numbered three (3) through eight (8) is

**ORDERED**.

**DATED: January 10, 2024**

                                     _Honorable Michael B. Kaplan_
                                       United States Bankruptcy Judge

---

[1]    The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Upon the application (the "Application")[2] of Rite Aid Corporation, and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases for entry of an order (this "Order") authorizing the Debtors' retention and employment of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") as special counsel to the board of directors (the "Board") of Debtor Rite Aid Corporation, effective as of the Petition Date, with regard to Board Matters, pursuant to sections 327(e) and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016; and upon consideration of the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application, the Fay Declaration, the Sabatino Declaration, and the First Day Declaration; and the Court having found, based on the representations made in the Application and the Fay Declaration, that WSGR does not hold or represent any interest adverse to the Debtors or to the Debtors' estates with respect to the matters on which it is to be employed, as required by section 327(e) of the Bankruptcy Code; and this Court having found that sufficient cause exists to grant the relief set forth herein; and this Court having found that the Debtors' notice of the

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

Application was appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Application and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due and deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

2.      The Debtors are authorized, pursuant to section 327(e) of the Bankruptcy Code, to retain and employ WSGR as special counsel to the Board to the extent set forth herein, effective as of the Petition Date.

3.      WSGR is authorized to render professional services to the Board.

4.      WSGR shall apply for (a) compensation for professional services rendered and (b) reimbursement of expenses incurred in connection with these cases, in both cases subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, including sections 330 and 331, the Bankruptcy Rules, the Local Rules, and any other applicable procedures or orders of the Court. WSGR shall also make a reasonable effort to comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, both in connection with this Application and the fee applications filed by WSGR in the chapter 11 cases.

5.      Notwithstanding anything in the Application, the Fay Declaration, or any Engagement Letter to the contrary, WSGR shall apply any remaining amounts of its

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

prepetition retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to WSGR. At the conclusion of WSGR's engagement by the Debtors, if the amount of the prepetition retainer held by WSGR is in excess of the amount of WSGR's outstanding estimated fees, expenses and costs, WSGR will pay to the Debtors the amount by which the prepetition retainer exceeds such fees, expenses and costs. WSGR is authorized without further order of the Court to reserve and apply amounts from the prepetition retainer that would otherwise be applied toward payment of post-petition fees or expenses to compensate and reimburse WSGR for fees and expenses incurred on or prior to the Petition Date consistent with the Firm's ordinary course billing practice.

6. Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, WSGR shall provide ten (10) days' prior notice of any such increases to the Debtors, the U.S. Trustee, the UCC, and the TCC and shall file any such notice with the Court. All parties in interest retain rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7. WSGR (i) shall only bill 50% for non-working travel; and (ii) shall not seek the reimbursement of any fees or costs, including attorney's fees and costs, arising from the defense of any objections to any of WSGR's fee applications in these cases; (iii) shall use the billing and expense categories set forth in the U.S. Trustee Guidelines (Exhibit D-1

| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

"Summary of Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

8.     Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.     In order to avoid any duplication of effort and provide service in the most efficient and cost-effective manner, WSGR shall coordinate with Kirkland & Ellis LLP, Kirkland & Ellis International LLP, Cole Schotz P.C., and any additional firms retained on behalf of the Debtors regarding their respective responsibilities in these chapter 11 cases. As such, WSGR shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

10.     Notwithstanding anything in the Application, the Fay Declaration, or the Sabatino Declaration to the contrary, WSGR shall (i) to the extent that WSGR uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the costs of such Contractors at the same rate that WSGR pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for WSGR; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these chapter 11 cases.

| Debtors: | RITE AID CORPORATION, *et al.* |
|---|---|
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

11.    No agreement or understanding exists between WSGR and any other person other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall WSGR share or agree to share compensation received for services rendered in connection with these cases with any other person, other than as permitted by section 504 of the Bankruptcy Code.

12.    The Debtors and WSGR are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

13.    If the Court denies the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 806] (the "Motion to Seal"), or the Motion to Seal is withdrawn or the relief requested therein is moot, WSGR will, within fourteen days of such denial, withdrawal or other resolution, and through a supplemental declaration, disclose the identities of all Confidential Transaction Parties that were filed under seal, and the connections of WSGR to such Confidential Transaction Parties.

14.    WSGR will file budget and staffing plans in connection with the filing of its fee applications.

15.    Notwithstanding anything in the Application, the Fay Declaration, or the Engagement Letter(s) to the contrary, termination or withdrawal from representation will only be allowed upon entry of an Order by this Court.

(Page | 8)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WILSON SONSINI GOODRICH & ROSATI, P.C. AS SPECIAL BOARD COUNSEL EFFECTIVE AS OF THE PETITION DATE |

16.     Notwithstanding anything in the Application, the Fay Declaration, or the Engagement Letter(s) to the contrary, any provision regarding arbitration shall not be applicable during the pendency of these chapter 11 cases.

17.     To the extent that there may be any inconsistency between the terms of the Application, the Fay Declaration, the Sabatino Declaration, and this Order, the terms of this Order shall govern in all respects.

18.     Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the Local Rules are satisfied by such notice.

19.     Upon its entry, the terms and conditions of this Order shall be immediately effective and enforceable.

20.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit B**

**Invoices**

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

Rite Aid Corporation
Attn:   Bari Harlam, Chair of the Nominating and Governance
Committee
1200 Intrepid Ave 2nd Fl
Philadelphia, PA 19112

| | | |
|---|---|---|
| **Invoice #** | : | **2788743** |
| **Invoice Total** | : | **$ 220,311.90** |
| Invoice Date | : | 05/13/24 |
| Client-Matter | : | 64740-008 |
| Attorney | : | Katharine A. Martin |

Re: Post-Petition Time                    **E-Billing Required**

## INVOICE SUMMARY

| | |
|---|---|
| $ 220,228.50 | Fees |
| $ 83.40 | Costs |
| **$ 220,311.90** | **Current Invoice Total** |
| | |
| *$ 163,674.40* | *Prior Balance Due \*\*\** |
| **$ 383,986.30** | ***Total Current & Outstanding Invoices Due*** |

*** *Please see next page for outstanding invoice(s) on this matter.* ***

## REMITTANCE INFORMATION

**Pay by Check:**

Wilson Sonsini Goodrich & Rosati PC

P.O. Box 742866, Los Angeles, CA   90074-2866

**Pay by ACH or Wire**:

| | |
|---|---|
| Account Name: | Wilson Sonsini Goodrich & Rosati PC |
| Beneficiary's Banker: | Bank of America, N.A., 222 Broadway, New York, NY 10038 |
| | *(Local Branch office: 530 Lytton Avenue, Palo Alto, CA 94301)* |
| Account No.: | 14849-00602 |
| ACH Routing No.: | 121000358 |
| ABA No. (Wires): | 026009593 |
| SWIFT Code: | BOFAUS3N |

To initiate a payment plan, please use the following link:      https://tranch.com/checkout/?supplier=wilsonsonsini

**PAYMENT DUE JUNE 12, 2024**

**OUTSTANDING BALANCES ON PRIOR INVOICES - THIS MATTER ONLY**

| Invoice No. | Invoice Date | Total Billed | Total Balance |
|---|---|---|---|
| 2733135 | 02/26/24 | $ 166,219.60 | $ 33,242.90 |
| 2733136 | 02/26/24 | $ 161,186.00 | $ 32,237.20 |
| 2733137 | 02/26/24 | $ 118,709.00 | $ 23,741.80 |
| 2765534 | 03/21/24 | $ 162,607.80 | $ 32,438.40 |
| 2765535 | 03/21/24 | $ 210,075.90 | $ 42,014.10 |
| | | | $ 163,674.40 |

For questions on your account, or to obtain copies of unpaid invoices, please contact your
Account Manager, Syreeta Parker, at SYREETA.PARKER@wsgr.com or (650) 493-9300 ext. 6583.

**PAYMENT DUE JUNE 12, 2024**

| Fee Summary by Task | Fees |
|---|---|
| *B110 (Administration / Case Administration)* | $ 5,617.00 |
| *B115 (Administration / Court Hearing)* | $ 4,148.00 |
| *B165 (Administration / Fee/Employment Applications - WSGR)* | $ 28,852.50 |
| *B220 (Operations / Employee Benefits/Pensions)* | $ 13,803.00 |
| *B260 (Operations / Board of Directors Matters)* | $ 148,251.50 |
| *B320 (Claims and Plan / Plan and Disclosure Statement (including Business Plan))* | $ 19,556.50 |

| Date | Professional Services | Hours |
|---|---|---|
| **B110 - Case Administration** | | |
| 03/01/24 | **(B110)**   Catherine   Lyons – Review Amended DIP Order and revise critical dates re same (0.7) and correspond with L. McGee re same (0.2) | 0.9 |
| 03/04/24 | **(B110)**   Lynzy   McGee – Revise critical dates calendar re recently filed pleadings | 0.2 |
| 03/05/24 | **(B110)**   Lynzy   McGee – Revise critical dates with respect to recently filed pleadings | 0.8 |
| 03/06/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings | 0.2 |
| 03/07/24 | **(B110)**   Lynzy   McGee – Revise critical dates re recently filed pleadings | 0.2 |
| 03/09/24 | **(B110)**   Erin R. Fay – Emails with A. Simmerman and K. Martin re: status issue | 0.5 |
| 03/11/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings | 0.3 |
| 03/12/24 | **(B110)**   Lynzy   McGee – Revise critical dates re recently filed pleadings | 0.4 |
| 03/14/24 | **(B110)**   Catherine   Lyons – Review docket and revise Critical Dates (0.3) and correspond with L. McGee re same (0.1) | 0.4 |
| 03/14/24 | **(B110)**   Lynzy   McGee – Revise critical dates calendar re recently filed pleadings | 0.4 |
| 03/15/24 | **(B110)**   Catherine   Lyons – Review docket entries and correspond with L. McGee re updates to critical dates re same | 0.2 |
| 03/15/24 | **(B110)**   Lynzy   McGee – Revise critical dates re recently filed pleadings | 0.3 |
| 03/18/24 | **(B110)**   Catherine   Lyons – Review docket re adjournment of hearings and critical dates re same | 0.2 |
| 03/18/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings | 0.3 |
| 03/20/24 | **(B110)**   Catherine   Lyons – Review and revise draft of Critical Dates (0.2) and correspond with L. McGee re same (0.1) | 0.3 |
| 03/20/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings and circulate to C. Lyons for comments (.8); revise same and circulate to WSGR team (.2) | 1.0 |
| 03/28/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings | 0.7 |
| 03/29/24 | **(B110)**   Erin R. Fay – Review critical dates | 0.2 |
| 03/29/24 | **(B110)**   Lynzy   McGee – Revise case calendar re recently filed pleadings (.3); Correspondence with C. Lyons re same (.1) | 0.4 |
| **B115 - Court Hearing** | | |
| 03/04/24 | **(B115)**   Lynzy   McGee – Review Court calendar re status of 3/5/24 hearing | 0.1 |

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/05/24 | **(B115)**   Catherine   Lyons – Monitor hearing | 0.4 |
| 03/19/24 | **(B115)**   Lynzy   McGee – Revise calendar re upcoming hearings | 0.2 |
| 03/22/24 | **(B115)**   Lynzy   McGee – Review docket re 3/25/24 hearing | 0.1 |
| 03/25/24 | **(B115)**   Catherine   Lyons – Monitor omnibus hearing and correspond with L. McGee and E. Fay re updates to and ultimate adjournment of same | 0.5 |
| 03/25/24 | **(B115)**   Lynzy   McGee – Review docket and Court site re 3/25/24 hearing (.1); Correspondence with E. Fay and C. Lyons re same (.1); Revise case calendar re rescheduled hearing (.1) | 0.3 |
| 03/26/24 | **(B115)**   Catherine   Lyons – Attend hearing before Judge Kaplan | 0.3 |
| 03/26/24 | **(B115)**   Lynzy   McGee – Review docket and Court site re 3/26/24 hearing | 0.1 |
| 03/27/24 | **(B115)**   Lynzy   McGee – Review docket re 3/28/24 hearing | 0.1 |
| 03/28/24 | **(B115)**   Catherine   Lyons – Prepare for (0.3) and attend omnibus hearing (1.3) and prepare summary of same (0.5) | 2.1 |
| 03/28/24 | **(B115)**   Lynzy   McGee – Review docket re 3/28/24 hearing | 0.1 |

**B165 - FEE/EMPLOYMENT APPLICATIONS - WSGR**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/01/24 | **(B165)**   Erin R. Fay – Emails with L. McGee re: fee application | 0.1 |
| 03/01/24 | **(B165)**   Catherine   Lyons – Correspondence with L. McGee and E. Fay re filing of WSGR First Interim Fee Application | 0.2 |
| 03/01/24 | **(B165)**   Lynzy   McGee – Correspondence with A. Milliaressis re WSGR's first combined monthly fee application | 0.1 |
| 03/04/24 | **(B165)**   Catherine   Lyons – Correspondence with L. McGee re January fee application | 0.1 |
| 03/04/24 | **(B165)**   Lynzy   McGee – Draft WSGR fee application for January 2024 (2.9); Research re additional supplemental declaration re WSGR retention application (.4) | 3.3 |
| 03/05/24 | **(B165)**   Catherine   Lyons – Communications and correspondence with L. McGee re status of January fee application and next steps re same | 0.2 |
| 03/05/24 | **(B165)**   Lynzy   McGee – Revise WSGR's January 2024 monthly fee application | 0.6 |
| 03/07/24 | **(B165)**   Erin R. Fay – Emails with L. McGee re: fee examiner | 0.2 |
| 03/07/24 | **(B165)**   Catherine   Lyons – Review and revise draft of January WSGR fee application (0.6) and correspond with L. McGee re same (0.2) | 0.8 |
| 03/07/24 | **(B165)**   Lynzy   McGee – Review and analyze motion to appoint fee examiner (.7); Correspondence with E. Fay re same (.1); Review and analyze large case fee guidelines (.2) | 1.0 |
| 03/07/24 | **(B165)**   Lynzy   McGee – Further revise WSGR's January 2024 monthly fee application | 0.4 |
| 03/08/24 | **(B165)**   Catherine   Lyons – Correspondence (0.1) and communications (0.2) with L. McGee re staffing plan and budget, Fee Examiner Motion and next steps re same | 0.3 |
| 03/08/24 | **(B165)**   Catherine   Lyons – Correspondence with WSGR team and A&M re professional fee accruals and next steps re same | 0.2 |
| 03/08/24 | **(B165)**   Lynzy   McGee – Revise and analyze proposed budget/staffing plan for interim period (1.7); Correspondence with C. Lyons re same (.1) | 1.8 |

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|------------------------|-------|
| 03/11/24 | **(B165)**  Erin R. Fay – Emails with K. Kao re: budgeting | 0.1 |
| 03/11/24 | **(B165)**  Lynzy  McGee – Review and analyze A&M budget accruals (.2); Revise WSGR interim fee application (.8); Correspondence with C. Lyons re same (.3); Further revise same (.6) | 1.9 |
| 03/12/24 | **(B165)**  Catherine  Lyons – Review and revise draft of interim fee application (2.8) and communicate with L. McGee and E. Fay re same (0.4) | 3.2 |
| 03/12/24 | **(B165)**  Lynzy  McGee – Conferences with C. Lyons re WSGR interim fee application (.4); Revise same (1.2) | 1.6 |
| 03/14/24 | **(B165)**  Catherine  Lyons – Communications with L. McGee re revisions to February fee application and next steps re same | 0.4 |
| 03/15/24 | **(B165)**  Catherine  Lyons – Review and revise draft of February monthly fee application (0.4) and correspond with L. McGee re same (0.2) | 0.6 |
| 03/15/24 | **(B165)**  Lynzy  McGee – Revise WSGR's February 2024 monthly fee application | 0.3 |
| 03/18/24 | **(B165)**  Erin R. Fay – Review and comment on January WSGR fee application | 0.5 |
| 03/18/24 | **(B165)**  Catherine  Lyons – Correspondence with L. McGee and E. Fay re status of fee applications and next steps re same | 0.2 |
| 03/18/24 | **(B165)**  Lynzy  McGee – Revise WSGR's January 2024 monthly fee application | 0.6 |
| 03/19/24 | **(B165)**  Erin R. Fay – Emails with L. McGee re: WSGR fee application CNO | 0.1 |
| 03/19/24 | **(B165)**  Catherine  Lyons – Review and revise CNO re WSGR First Interim Fee Application (0.2) and correspond with L. McGee re same (0.1) | 0.3 |
| 03/19/24 | **(B165)**  Catherine  Lyons – Communications with L. McGee re January and February fee applications and WSGR retainer | 0.2 |
| 03/19/24 | **(B165)**  Catherine  Lyons – Review and revise draft of fee request letter and correspond with L. McGee re same | 0.2 |
| 03/19/24 | **(B165)**  Lynzy  McGee – Conference with E. Fay and C. Lyons re WSGR monthly fee applications (.1); Review WSGR retention order (.1); Correspondence with A. Milliaressis re certificate of no objection re WSGR's first monthly fee application (.1); Draft same (.6); Coordinate filing of same with A. Milliaressis (.1); Revise WSGR's February 2024 monthly fee application (.4); Prepare letter to B. Harlam re payment of WSGR fees (.5) | 1.9 |
| 03/20/24 | **(B165)**  Catherine  Lyons – Further revisions to Fee Request Letter and correspondence with L. McGee and E. Fay re same | 0.2 |
| 03/21/24 | **(B165)**  Catherine  Lyons – Review and revise draft of WSGR January Fee Application (0.4) and correspond with L. McGee re same (0.2) | 0.6 |
| 03/21/24 | **(B165)**  Catherine  Lyons – Communicate with L. McGee re fee applications and next steps (0.1) and conduct research re sample interim fee application (0.2) | 0.3 |
| 03/21/24 | **(B165)**  Lynzy  McGee – Revise WSGR's January 2024 monthly fee application (.8); Draft WSGR's February 2024 monthly fee application (.9) | 1.7 |
| 03/22/24 | **(B165)**  Erin R. Fay – Review and comment on WSGR fee application (.2); emails with L. McGee re: same (.1) | 0.3 |

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/22/24 | **(B165)**   Lynzy   McGee – Correspondence with E. Fay re WSGR's January 2024 monthly fee application (.1); Revise same and compile for filing (.3); Correspondence with F. Yudkin and A. Milliaressis re filing of same (.1); Draft WSGR's first interim fee application (2.6) | 3.1 |
| 03/25/24 | **(B165)**   Catherine   Lyons – Review of docket (0.2) and correspondence with E. Fay and L. McGee re WSGR Second Monthly Fee Application (0.1) | 0.3 |
| 03/25/24 | **(B165)**   Lynzy   McGee – Revise WSGR's second monthly fee application (.2); Correspondence with A. Milliaressis re filing of same (.1) | 0.3 |
| 03/26/24 | **(B165)**   Catherine   Lyons – Review and revise draft of February Fee Application (0.6) and correspond with L. McGee re same (0.2) | 0.8 |
| 03/26/24 | **(B165)**   Catherine   Lyons – Correspondence with L. McGee re First Interim Fee Application draft and next steps re same | 0.2 |
| 03/26/24 | **(B165)**   Lynzy   McGee – Revise WSGR's February 2024 monthly fee application (.7); Correspondence with C. Lyons re same (.1); Revise WSGR's first interim fee application (2.3); Correspondence with C. Lyons re same (.1) | 3.2 |
| 03/27/24 | **(B165)**   Erin R. Fay – Review February fee application | 0.2 |
| 03/27/24 | **(B165)**   Catherine   Lyons – Correspondence with Cole Schotz re filing of WSGR Second Monthly Fee Application | 0.2 |
| 03/27/24 | **(B165)**   Catherine   Lyons – Review and revise draft of First Interim Fee Application for WSGR (1.7) and conduct research re same (0.3) | 2.0 |
| 03/27/24 | **(B165)**   Lynzy   McGee – Correspondence with E. Fay re WSGR's February 2024 monthly fee application (.1); Finalize same for filing (.2); Correspondence with A. Milliaressis re same (.1); Correspondence with C. Lyons re WSGR's first interim fee application (.2); Revise same (1.3) | 1.9 |
| 03/28/24 | **(B165)**   Catherine   Lyons – Correspondence with L. McGee re interim fee application (0.3) and conduct research re rates to be disclosed in same (0.4) | 0.7 |
| 03/28/24 | **(B165)**   Lynzy   McGee – Revise WSGR's first interim fee application (1.8); Correspondence with C. Lyons re same (.3); Research and review UST Guidelines re same (.6) | 2.7 |
| 03/29/24 | **(B165)**   Erin R. Fay – Emails with L. McGee re: interim fee application | 0.2 |
| 03/29/24 | **(B165)**   Catherine   Lyons – Correspondence with L. McGee and WSGR team re interim fee application | 0.3 |
| 03/29/24 | **(B165)**   Lynzy   McGee – Correspondence with H. Fisher re WSGR's first interim fee application | 0.1 |

**B220 - EMPLOYEE BENEFITS/PENSIONS**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/25/24 | **(B220)**   Rebecca L. Stuart – Discuss employee concerns with E. Fay | 0.2 |
| 03/27/24 | **(B220)**   Rebecca L. Stuart – Research re ERISA plan, discuss practical implications of same with M. Boshart (0.9), discuss same with corporate counsel (0.5) | 1.4 |
| 03/27/24 | **(B220)**   Erin R. Fay – Research re: employee issue (.5); call and emails with M. Boshart re: same (.5) | 1.0 |
| 03/27/24 | **(B220)**   Madeleine   Boshart – Review (0.8) and respond to e-mail correspondence with WSGR team related to 401(k) plan aspects (0.5) | 1.3 |
| 03/28/24 | **(B220)**   Erin R. Fay – Review employee benefit plan (.3); emails and call with M. Boshart re: same (.2) | 0.5 |

| DATE | | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/28/24 | **(B220)** | Madeleine    Boshart – Review Debtors' insurance policies | 1.7 |
| 03/29/24 | **(B220)** | Madeleine    Boshart – Review Debtors' insurance policies (3.0) and provide guidance review same (0.8) | 3.8 |

**B260 - BOARD OF DIRECTORS MATTERS**

| | | | |
|---|---|---|---|
| 02/02/24 | **(B260)** | Tamara M. Brightwell – Discuss 8-K disclosure with WSGR team | 0.2 |
| 02/20/24 | **(B260)** | Tamara M. Brightwell – Review draft 10-K/A and related SEC materials (3.0); discuss considerations with WSGR team (0.2) | 3.2 |
| 02/21/24 | **(B260)** | Tamara M. Brightwell – Review proposed 10-K/A revisions | 0.5 |
| 02/22/24 | **(B260)** | Tamara M. Brightwell – Review (0.5) and respond to draft 10-Q/A (0.5) | 0.8 |
| 02/26/24 | **(B260)** | Tamara M. Brightwell – Review draft 10-K/A | 1.0 |
| 03/01/24 | **(B260)** | Erin R. Fay – Emails with J. Schoenberg and WSGR team re: minutes (.2); review critical dates and docket (.3) | 0.5 |
| 03/01/24 | **(B260)** | Jason B. Schoenberg – Draft minutes of board and committee meetings (1.7); emails with S. Hand, A. Simmerman and E. Fay re meeting minutes and related corporate governance matters (.5) | 2.2 |
| 03/01/24 | **(B260)** | Sarah M. Hand – Emails with WSGR team re progress on board and committee meeting minutes | 0.1 |
| 03/03/24 | **(B260)** | Amy L. Simmerman – Review (0.4) and comment on (0.3) board and committee minutes | 0.7 |
| 03/03/24 | **(B260)** | Sarah M. Hand – Emails with A. Simmerman and J. Schoenberg re comments to board and committee minutes | 0.1 |
| 03/04/24 | **(B260)** | Amy L. Simmerman – Review and comment on minutes (.3); review committee deck (.3); attend special committee meeting (1.5) | 2.1 |
| 03/04/24 | **(B260)** | Erin R. Fay – Review and comment on board materials (.3); review lender issues list (.2); attend board call (1.5); emails with S. Hand re: minutes (.1) | 2.1 |
| 03/04/24 | **(B260)** | Katharine A. Martin – Attend pre-call with P. Keglevic and C. Teffner | 0.2 |
| 03/04/24 | **(B260)** | Katharine A. Martin – Review special committee meeting materials | 0.5 |
| 03/04/24 | **(B260)** | Katharine A. Martin – Attend special committee meeting | 1.5 |
| 03/04/24 | **(B260)** | Jason B. Schoenberg – Attend special committee meeting (1.5); review and analyze special committee discussion materials (.9); draft minutes of board and committee meetings (1.4) | 3.8 |
| 03/04/24 | **(B260)** | Sarah M. Hand – Review and analysis of comments to special committee and audit committee meeting minutes (.2); review and revise minutes to incorporate same (.3); emails with WSGR team re same (.2) | 0.7 |
| 03/06/24 | **(B260)** | Sarah M. Hand – Review materials for special committee meeting (.4); draft special committee meeting minutes (1.3); review and revise special committee meeting minutes (.3); emails with J. Schoenberg re same (.1) | 2.1 |
| 03/07/24 | **(B260)** | Erin R. Fay – Call with A. Yenamandra, T. Sabatino, and WSGR team re: status (.5); emails with C. Matteson re: 10-K (.1) | 0.6 |
| 03/07/24 | **(B260)** | Courtney R. Matteson – Conduct research re SEC filings | 0.8 |
| 03/07/24 | **(B260)** | Catherine    Lyons – Attend weekly sync up call with Kirkland, Company and WSGR team | 0.4 |

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/08/24 | **(B260)**    Amy L. Simmerman – Review and advise re minutes (.3) and board matters (.3) | 0.6 |
| 03/08/24 | **(B260)**    Tamara M. Brightwell – Analyze possible SEC authorities | 1.5 |
| 03/08/24 | **(B260)**    Tamara M. Brightwell – Call with K. Martin and C. Matteson re reporting requirements | 0.5 |
| 03/08/24 | **(B260)**    Erin R. Fay – Emails with C. Matteson re: 10-K issues | 0.2 |
| 03/08/24 | **(B260)**    Erin R. Fay – Emails with J. Schoenberg re: minutes | 0.2 |
| 03/08/24 | **(B260)**    Katharine A. Martin – Call with T. Brightwell and C. Matteson re de-registration issues | 0.5 |
| 03/08/24 | **(B260)**    Katharine A. Martin – Call with B. Harlam re liquidity matters (0.3); review follow-up email re same (0.2) | 0.5 |
| 03/08/24 | **(B260)**    Courtney R. Matteson – Conduct research re securities matters (1.6) and attend call re same (0.5) | 2.1 |
| 03/08/24 | **(B260)**    Jason B. Schoenberg – Draft minutes of board and committee meetings | 1.1 |
| 03/08/24 | **(B260)**    Sarah M. Hand – Review and incorporate additional comments to board and committee meeting minutes (.6); emails with WSGR team re same (.1) | 0.7 |
| 03/08/24 | **(B260)**    Catherine    Lyons – Correspondence with WSGR team, Kirkland and Company re securities filings and next steps re same | 0.1 |
| 03/09/24 | **(B260)**    Amy L. Simmerman – Review and advise Company and WSGR team re governance matters | 0.5 |
| 03/11/24 | **(B260)**    Amy L. Simmerman – Review and analysis re materials for committee (.5); attend committee call (1.5) | 2.0 |
| 03/11/24 | **(B260)**    Erin R. Fay – Review materials re: board meeting (.5); attend meeting (1.7) | 2.2 |
| 03/11/24 | **(B260)**    Katharine A. Martin – Review committee materials (0.5) and attend the special committee meeting (1.5) | 2.0 |
| 03/11/24 | **(B260)**    Jason B. Schoenberg – Review and analyze special committee discussion materials (.4); attend meeting of special committee re bankruptcy proceedings and related matters (1.5) | 1.9 |
| 03/11/24 | **(B260)**    Sarah M. Hand – Review and update board and committee minute tracker (0.1); emails with J. Schoenberg re committee minutes (0.1) | 0.2 |
| 03/12/24 | **(B260)**    Jason B. Schoenberg – Emails with E. Fay, A. Simmerman and S. Hand re board and committee meeting minutes and related corporate governance matters | 0.3 |
| 03/12/24 | **(B260)**    Sarah M. Hand – Emails with WSGR team, Skadden, and K&E re approach to Form 10-K | 0.1 |
| 03/13/24 | **(B260)**    Amy L. Simmerman – Review and provide comments to minutes | 0.4 |
| 03/13/24 | **(B260)**    Tamara M. Brightwell – Discuss re plan for reviewing SEC authorities and actions with WSGR team | 0.3 |
| 03/13/24 | **(B260)**    Tamara M. Brightwell – Discuss re required filings and process with WSGR team | 0.6 |
| 03/13/24 | **(B260)**    Tamara M. Brightwell – Review SEC filing requirements and remedies | 1.6 |
| 03/13/24 | **(B260)**    Erin R. Fay – Call with K. Martin, T. Sabatino and WSGR team re: SEC reporting (.3); emails with J. Schoenberg re: minutes (.2) | 0.5 |

**PAYMENT DUE JUNE 12, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/13/24 | **(B260)**   Katharine A. Martin – Review draft minutes and email to J. Schoenberg re same | 0.5 |
| 03/13/24 | **(B260)**   Courtney R. Matteson – Prepare for (0.7) and attend call re securities matters (0.5) | 1.2 |
| 03/13/24 | **(B260)**   Jason B. Schoenberg – Conference call with company in-house team and outside counsel re strategy for filing 10-K and related matters; (.5) emails with K. Martin, E. Fay, A. Simmerman, S. Hand and special committee members re minutes of special committee meetings and related matters (.7) | 1.2 |
| 03/13/24 | **(B260)**   Sarah M. Hand – Emails with WSGR team re finalization of board and special committee meeting minutes (.2); review and revise various minutes re same (.2); review and update meeting minute tracker (.2); review and analyze special committee meeting deck (.4); draft special committee meeting minutes (1.1); review and revise same (.3); emails with J. Schoenberg re same (.1) | 2.5 |
| 03/13/24 | **(B260)**   Catherine   Lyons – Attend call with Skadden, company, Kirkland, and WSGR teams re securities filings | 0.7 |
| 03/14/24 | **(B260)**   Amy L. Simmerman – Call with T. Sabatino and C. Bassett re board matters | 0.3 |
| 03/14/24 | **(B260)**   Erin R. Fay – Call with K. Martin, T. Sabatino and WSGR team re: weekly update (.3); call with A. Simmerman re: same (.2) | 0.5 |
| 03/14/24 | **(B260)**   Katharine A. Martin – Attend weekly standing advisor call | 0.5 |
| 03/14/24 | **(B260)**   Jason B. Schoenberg – Conference call with Company, E. Fay, A. Simmerman, C. Matteson, C. Lyons re corporate governance matters (.4); emails with S. Hinkle re meeting minutes and related matters (.3) | 0.7 |
| 03/18/24 | **(B260)**   Amy L. Simmerman – Review committee materials (.2); attend committee call (1.4) | 1.6 |
| 03/18/24 | **(B260)**   Tamara M. Brightwell – Discuss re potential SEC authorities with WSGR team | 0.7 |
| 03/18/24 | **(B260)**   Erin R. Fay – Comment on board materials and emails with A. Simmerman, K. Martin and WSGR team re: same (.3); attend board call (1.4); emails with J. Schoenberg re: minutes (.2) | 1.9 |
| 03/18/24 | **(B260)**   Katharine A. Martin – Attend special committee meeting | 1.5 |
| 03/18/24 | **(B260)**   Courtney R. Matteson – Conduct research re securities matters | 5.9 |
| 03/18/24 | **(B260)**   Jason B. Schoenberg – Review, revise and analyze special committee discussion materials (.7); attend meeting of special committee (1.5); emails with WSGR team re minutes of special committee meetings and related matters (.3) | 2.5 |
| 03/19/24 | **(B260)**   Tamara M. Brightwell – Discuss re approach to considering securities law authorities with WSGR team | 0.5 |
| 03/19/24 | **(B260)**   Erin R. Fay – Review (0.4) and comment on minutes (0.4) | 0.8 |
| 03/19/24 | **(B260)**   Courtney R. Matteson – Conduct research (0.8) and correspond with specialists re securities regulations (0.4) | 1.2 |
| 03/19/24 | **(B260)**   Isaac   Reed – Conduct research re securities issues (4.9) and correspond re same with WSGR team (0.5) | 5.4 |
| 03/20/24 | **(B260)**   Tamara M. Brightwell – Analyze securities law authorities | 0.6 |

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/20/24 | **(B260)**    Erin R. Fay – Emails re: minutes with J. Schoenberg (.2); review and comment on same (.8); review critical dates (.2) | 1.2 |
| 03/20/24 | **(B260)**    Jason B. Schoenberg – Emails with WSGR and Kirkland teams re bankruptcy hearings and related matters (.3); draft minutes of board and committee meetings (.5) | 0.8 |
| 03/20/24 | **(B260)**    Isaac    Reed – Conduct further research re SEC issues (2.0) and correspond re same with WSGR team (0.5) | 2.5 |
| 03/20/24 | **(B260)**    Sarah M. Hand – Emails with WSGR and K&E teams re progress toward confirmation hearing and review and analysis of committees' preliminary witness list (.2); review and analysis of updates to critical dates calendar (.1) | 0.3 |
| 03/21/24 | **(B260)**    Amy L. Simmerman – Review and provide comments to minutes | 0.2 |
| 03/21/24 | **(B260)**    Tamara M. Brightwell – Strategize research on SEC authorities | 0.7 |
| 03/21/24 | **(B260)**    Erin R. Fay – Emails with B. Bodaken; K. Martin and M. Thompson re: discovery issues (.5); research re: same (.5); emails with J. Schoenberg re: minutes (.2) | 1.2 |
| 03/21/24 | **(B260)**    Jason B. Schoenberg – Draft minutes of board and committee meetings (1.0); emails with WSGR and Kirkland team re production of board materials and related matters (.3) | 1.3 |
| 03/21/24 | **(B260)**    Isaac    Reed – Conduct research regarding (2.5) and review various securities filings (1.3) | 3.8 |
| 03/21/24 | **(B260)**    Sarah M. Hand – Review and analysis of special committee meeting materials (.2); draft special committee meeting minutes re same (.9); review and revise draft of special committee meeting minutes (.2); emails with J. Schoenberg re same (.1) | 1.4 |
| 03/21/24 | **(B260)**    Catherine    Lyons – Correspond and communicate with Company and WSGR team re advisor sync call | 0.3 |
| 03/22/24 | **(B260)**    Amy L. Simmerman – Calls with Kirkland. C. Bassett and T. Sabatino re board matters | 0.9 |
| 03/22/24 | **(B260)**    Ignacio E. Salceda – Attend call with K. Martin, C. Matteson and T. Brightwell re disclosure issues | 0.6 |
| 03/22/24 | **(B260)**    Tamara M. Brightwell – Call with K. Martin, I. Salceda, and C. Matteson re SEC filing requirements | 0.5 |
| 03/22/24 | **(B260)**    Katharine A. Martin – Attend weekly advisor call | 0.5 |
| 03/22/24 | **(B260)**    Katharine A. Martin – Call with K&E re revised plan and other matters | 0.7 |
| 03/22/24 | **(B260)**    Katharine A. Martin – Call with T. Brightwell, I. Salceda and C. Matteson re post-petition SEC filing requirements | 1.0 |
| 03/22/24 | **(B260)**    Jason B. Schoenberg – Conference calls with WSGR team, Kirkland team and in-house team re bankruptcy proceedings and related matters (.8); draft minutes of board and committee meetings (4.1) | 4.9 |
| 03/22/24 | **(B260)**    Sarah M. Hand – Review and revise proposed comments to special committee minutes (.3); emails with A. Simmerman and J. Schoenberg re same (.1) | 0.4 |
| 03/22/24 | **(B260)**    Catherine    Lyons – Attend call with Kirkland and WSGR teams re negotiations update and Disclosure Statement | 0.5 |

**PAYMENT DUE JUNE 12, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/22/24 | **(B260)**    Catherine    Lyons – Attend call with Kirkland, WSGR team, and Company re weekly update | 0.5 |
| 03/23/24 | **(B260)**    Amy L. Simmerman – Review and advise Company re governance matters | 0.5 |
| 03/25/24 | **(B260)**    Amy L. Simmerman – Review and advise Company re governance matters | 0.6 |
| 03/25/24 | **(B260)**    Erin R. Fay – Attend special committee meeting and prepare for same (.1); email re: same with A. Simmerman (.3); emails with R. Stuart re: employee issue (.2) | 1.5 |
| 03/25/24 | **(B260)**    Katharine A. Martin – Attend special committee meeting | 1.5 |
| 03/25/24 | **(B260)**    Jason B. Schoenberg – Attend special committee meeting (1.0); review, revise and analyze draft 10-Q (.5); emails with WSGR team re corporate governance matters (.2) | 1.7 |
| 03/25/24 | **(B260)**    Partha    Vora – Correspondence with WSGR team re: 10-Q | 0.2 |
| 03/25/24 | **(B260)**    Catherine    Lyons – Review and revise draft 10-Q and correspond with E. Fay re comments to same | 0.7 |
| 03/26/24 | **(B260)**    Amy L. Simmerman – Review, analyze, and provide comments to drafts of 10-Q (.4), minutes (.5) and various governance matters (.4) | 1.3 |
| 03/26/24 | **(B260)**    Erin R. Fay – Review and revise 10-Q (.9); emails with C. Matteson and J. Godfrey re: same (.1) | 1.0 |
| 03/26/24 | **(B260)**    Jason B. Schoenberg – Review, revise and analyze draft Form 10-Q (.5); draft minutes of board and committee meetings (.4) | 0.9 |
| 03/26/24 | **(B260)**    Sarah M. Hand – Review and analysis of proposed comments to updated Form 10-Q (.1); review and update board and committee minute tracker (.1) | 0.2 |
| 03/26/24 | **(B260)**    Catherine    Lyons – Correspondence with WSGR, Kirkland and Skadden teams re comments to 10-K and next steps re same | 0.3 |
| 03/27/24 | **(B260)**    Amy L. Simmerman – Review and analyze research re board matters | 0.6 |
| 03/27/24 | **(B260)**    Erin R. Fay – Attend special committee call and prepare for same | 1.0 |
| 03/27/24 | **(B260)**    Katharine A. Martin – Attend special committee meeting | 1.5 |
| 03/27/24 | **(B260)**    Jason B. Schoenberg – Emails with in-house team re meeting minutes and related matters (.3); emails with WSGR team re corporate governance matters (.6); attend special committee meeting (1.0) | 1.9 |
| 03/27/24 | **(B260)**    Catherine    Lyons – Correspondence with Kirkland and WSGR teams re board updates and case status | 0.1 |
| 03/28/24 | **(B260)**    Erin R. Fay – Weekly call with K. Martin, R. Fiedler, T. Sabatino and WSGR team | 0.4 |
| 03/28/24 | **(B260)**    Katharine A. Martin – Call with advisors re outstanding matters | 0.7 |
| 03/28/24 | **(B260)**    Jason B. Schoenberg – Conference call with WSGR, Kirkland and in-house teams re bankruptcy proceedings and related corporate governance matters (.5); emails with WSGR team and analysis re disclosure statement hearing, amendment to plan of reorganization and related matters (1.2) | 1.7 |
| 03/28/24 | **(B260)**    Sarah M. Hand – Correspondence with WSGR team re status of bankruptcy proceedings and developments at recent hearing | 0.1 |

**PAYMENT DUE JUNE 12, 2024**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/28/24 | **(B260)**  Catherine  Lyons – Attend call with WSGR, Kirkland, and Company re case updates | 0.5 |
| 03/29/24 | **(B260)**  Amy L. Simmerman – Review and analyze research re board matters | 0.3 |
| 03/29/24 | **(B260)**  Jason B. Schoenberg – Emails with WSGR team and analysis re corporate governance matters | 0.3 |
| 03/29/24 | **(B260)**  Sarah M. Hand – Correspondence with WSGR team re updates to critical dates calendar and developments from disclosure statement hearing | 0.1 |
| 03/30/24 | **(B260)**  Amy L. Simmerman – Review and analyze research re board matters | 0.3 |

**B320 - PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| 03/20/24 | **(B320)**  Erin R. Fay – Emails with M. Thompson re: plan discovery (.2); review same and discovery proposal (.5) | 0.7 |
| 03/22/24 | **(B320)**  Erin R. Fay – Call with A. Yenamandra, K. Martin, and WSGR team re: plan negotiations (.5); call with same and T. Sabatino re: same (.5) | 1.0 |
| 03/23/24 | **(B320)**  Erin R. Fay – Emails with A. Yenamandra re: plan issues (.2); review and comment on plan (4.5); emails and call with C. Lyons re: same (.4) | 5.1 |
| 03/23/24 | **(B320)**  Jason B. Schoenberg – Review, revise and analyze Amended Plan | 1.3 |
| 03/23/24 | **(B320)**  Sarah M. Hand – Review and analysis of proposed comments to amended plan (.2); emails with WSGR team re same (.1) | 0.3 |
| 03/23/24 | **(B320)**  Catherine  Lyons – Correspond with Kirkland and WSGR teams re amended plan (0.7), conduct research re same (2.0), discuss comments to same with E. Fay (0.3), and prepare analysis of same (0.9) | 3.9 |
| 03/25/24 | **(B320)**  Erin R. Fay – Emails with C. Lyons re: hearing scheduling (.3); call emails with M. Thompson re: plan discovery (.3) | 0.6 |
| 03/28/24 | **(B320)**  Erin R. Fay – Attend hearing portion (1.1); review recent plan filings (0.4) | 1.5 |
| 03/28/24 | **(B320)**  Catherine  Lyons – Review of Amended Plan and Amended Disclosure Statement (0.9) and revisions to Critical Dates re same (0.8) and correspondence with L. McGee re same (0.2) | 1.9 |
| 03/29/24 | **(B320)**  Erin R. Fay – Review K. Martin email re: DS hearing recap | 0.2 |

|  |  | |
|---|---|---|
| | **TOTAL HOURS** | 198.8 |

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Madeleine  Boshart | 6.8 | 1,460.00 | $ 9,928.00 |
| Tamara M. Brightwell | 13.2 | 1,410.00 | $ 18,612.00 |
| Erin R. Fay | 28.8 | 1,250.00 | $ 36,000.00 |
| Katharine A. Martin | 13.6 | 1,840.00 | $ 25,024.00 |
| Ignacio E. Salceda | 0.6 | 1,745.00 | $ 1,047.00 |
| Amy L. Simmerman | 12.9 | 1,465.00 | $ 18,898.50 |
| Rebecca L. Stuart | 1.6 | 1,250.00 | $ 2,000.00 |
| Sarah M. Hand | 9.3 | 850.00 | $ 7,905.00 |
| Catherine  Lyons | 27.7 | 1,110.00 | $ 30,747.00 |
| Courtney R. Matteson | 11.2 | 1,110.00 | $ 12,432.00 |
| Isaac  Reed | 11.7 | 770.00 | $ 9,009.00 |
| Jason B. Schoenberg | 28.5 | 1,145.00 | $ 32,632.50 |

**PAYMENT DUE JUNE 12, 2024**

| FEE SUMMARY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Partha | Vora | 0.2 | 670.00 | $ 134.00 |
| Lynzy | McGee | 32.7 | 485.00 | $ 15,859.50 |
| | Total Current Fees | | | $ 220,228.50 |

| COSTS AND SUPPORT SERVICES | AMOUNT |
|---|---|
| Reproduction | 7.20 |
| Lexis Database Service | 76.20 |
| CURRENT COSTS | $ 83.40 |

| | |
|---|---|
| **Total Invoice Due** | **$ 220,311.90** |

**PAYMENT DUE JUNE 12, 2024**