**HUSCH BLACKWELL LLP**
David Stauss (NJ I.D. #013862005)
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: 303.749.7200
Facsimile: 303.749.7272
Email: david.stauss@huschblackwell.com

**HUSCH BLACKWELL LLP**
Caleb T. Holzaepfel, Esq.
Admitted *pro hac vice*
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  423.755.2654
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Bayer Healthcare, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------------x
                                                             :
In re                                                        :        Chapter 11
                                                             :
RITE AID CORPORATION, *et al.*,                              :
                                                             :        Case No. 23-18993 (MBK)
                                                             :
Debtors. [1]                                                 :        (Jointly Administered)
                                                             :        **RE: Docket 2511, 2681, 2933, 3420**
-------------------------------------------------------------x

### BAYER HEALTHCARE, LLC'S RENEWED OBJECTION TO DEBTORS' ASSUMPTION AND STATED CURE AMOUNTS

Bayer Healthcare, LLC ("Bayer"), pre-petition creditor and contract counter-party with Debtors, by and through counsel, hereby files this renewed Objection (the "Objection") to Debtors' *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* (as amended, supplemented, or otherwise modified from time to time, the

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1

HB: 4895-5999-9166.1

"Plan") [Docket No. 2511] and Debtors' *Third Amended Plan Supplement* [Dkt. No. 3420] (the

"Plan Supplement" and together with, the Plan, collectively the "Cure Notice") and, in support

thereof, states as follows:

1. On October 15, 2023 (the "Petition Date"), Rite Aid Corporation and certain of its

affiliates (the "Debtors"), filed a Voluntary Petition for relief under Chapter 11 of the

Bankruptcy Code before the United States Bankruptcy Court for the District of New Jersey (the

"Bankruptcy Court").

2. Debtors have continued to operate their business and manage their properties as

debtor's-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.[2]

3. Debtors scheduled $299,564.40 as being owed to Bayer prior to the Petition Date.

*See Claims Register*, Schedule No. 8770420; Dkt. No. 977 (Rite Aid Hdqtrs. Corp., *Schedule*

*E/F*, 3.105).

4. On January 12, 2024, Bayer filed its Proof of Claim number 7819 in the total

amount of $352,577.29 asserting a section 503(b)(9) claim for the full amount of the claim.

5. Debtors have made no post-petition payment on the pre-petition amounts owed.

6. On March 28, 2024, this Court issued its *Order (I) Conditionally Approving the*

*Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of*

*Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with the Respect*

*Thereto, and (V) Granting Related Relief* [Dkt. No. 2482].

7. On April 2, 2024, the Debtors filed the solicitation version of the Plan.

8. On April 8, 2024, the Debtors filed their *Amended Plan Supplement* [Dkt. No.

2681].

---

[2] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

HB: 4895-5999-9166.1

9. On April 19, 2024, Bayer filed its *Objection to Debtors' Assumption and Stated Cure Amounts* [Dkt. No. 2933] (the "First Cure Objection").

10. Prior to the Petition Date, Debtors entered into that certain *Master Service Agreement* (the "Agreement") dated December 28, 2010 with Bayer pursuant to which Debtors ordered product from Bayer. The Agreement expired on or about December 28, 2012.

11. Prior to the Petition Date, Debtors entered into certain *Sales Agreements* (the "Sales Agreement") with Bayer pursuant to which Debtors ordered product from Bayer.

12. Despite failing to engage with Bayer following the filing of its First Cure Objection, Debtors filed the Plan Supplement on May 13, 2024.

13. The Agreement appears on the Cure Notice with a cure amount listed as $0.00 (the "Proposed Cure Amount").

14. The Sales Agreements (or any open purchase orders otherwise) do not appear on the Cure Notice. To the extent Debtors wish to assume an unexpired contract with Bayer, Bayer supposes that Debtors wish to assume the Sales Agreements.

## ASSUMPTION AND CURE CLAIM OBJECTION

15. Bayer herein objects to the assumption of the expired Agreement.

16. Further, as of the First Cure Objection, the actual cure amount under the Sales Agreement was $3,959,243.26 (the "Original Cure Amount"). As of this date of this Objection, $352,577.29 (the "Revised Cure Amount") remains due and owing. See Exhibit A.

17. Bayer herein further objects to assumption of the Sales Agreements absent full payment of the Revised Cure Amount, including any additional amounts due and owing following the date of this Objection and prior to the effective date of any assumption.

HB: 4895-5999-9166.1

18.    Bayer incorporates by references in this Objection its statements and arguments in the First Cure Objection as if re-stated herein.

## JOINDER

19.    In addition to the foregoing, Bayer further joins in the objections filed by Debtors' other trade vendors to the extent that such objections are not inconsistent with the relief requested in this Objection.

## RESERVATION OF RIGHTS

20.    Bayer hereby reserves its rights to make such other and further objections as may be appropriate, including, but not limited to, objections regarding adequate assurance of future performance under Section 365.

## CONCLUSION

21.    For the reasons set forth above, Bayer respectfully requests that this Court (i) sustain this Objection; (ii) require that any order authorizing the assumption of the Sales Agreements affirmatively require Debtors to pay the Revised Cure Amount and all amounts accrued but not yet billed following the date of this Objection; and (iii) grant Bayer such further relief as it deems proper.

Dated:  May 17, 2024

4

HB: 4895-5999-9166.1

Respectfully Submitted,

*/s/ David Stauss*
David Stauss (NJ I.D. #013862005)
**HUSCH BLACKWELL LLP**
1801 Wewatta Street, Suite 1000
Denver, CO 80202
T: 303.749.7200; F: 303.749.7272
Email: david.stauss@huschblackwell.com


Caleb T. Holzaepfel, Esq. (admitted *pro hac vice*)
**HUSCH BLACKWELL LLP**
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
T: 423.755.2654; F: 423.266.5500
Email:  caleb.holzaepfel@huschblackwell.com

*Attorneys for Bayer Healthcare, LLC*

5

HB: 4895-5999-9166.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2024, I caused a copy of the foregoing to be served by electronic means through the ECF system to all registered ECF participants on the creditor matrix as well as by e-mail on the following parties:

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Edward O. Sassower, P.C.,
Joshua A. Sussberg, P.C.,
Aparna Yenamandra, P.C,
Ross J. Fiedler, and
Zachary R. Manning
joshua.sussberg@kirkland.com
edward.sassower@kirkland.com
aparan.yenamandra@kirkland.com
ross.fielder@kirkland.com
zachary.manning@kirkland.com

Cole Schotz P.C.
Michael D. Sirota, Esq.
Warren A. Usatine, Esq., and
Felice R. Yudkin, Esq.
25 Main Street Hackensack
New Jersey 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Adam Rogoff;
Rachael Ringer;
Megan Wasson;
Rose Bagley
keckstein@kramerlevin.com
arogoff@kramerlevin.com
rringer@kramerlevin.com
mwasson@kramerlevin.com

Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, New Jersey 07054
Attn: James S. Carr;
Robert L. LeHane;
Kristin S. Elliott
jcarr@kelleydrye.com
rlehane@kelleydrye.com
kelliott@kelleydrye.com

Office of the United States Trustee
Andrew R.Vara, U.S. Trustee, Regions 3 & 9
Fran B. Steele, Esq.
Fran.B.Steele@usdoj.gov

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Arik Preis;
Mitchell P. Hurley;
Kate Doorley;
Theodore James Salwen;
Brooks Barker
apreis@akingump.com
mhurley@akingump.com
jsalwen@akingump.com
bbarker@akingump.com

6

HB: 4895-5999-9166.1

Sherman, Silverstein, Kohl, Rose & Podolsky
P.A.
308 Harper Drive Suite 200
Moorestown, New Jersey 08057
Attn: Arthur Abramowitz;
Ross Switkes
aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Attn: John F. Ventola;
Jonathan D. Marshall;
Mark D. Silva
jventola@choate.com
jmarshall@choate.com
msilva@choate.com

Greenberg Traurig LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Attn: Alan J. Brody;
Oscar N. Pinkas
brodya@gtlaw.com
pinkaso@gtlaw.com

And via First-Class Mail:

Rite Aid Corporation
1200 Intrepid Avenue, 2nd Floor
Philadelphia, Pennsylvania 19112

/s/ David Stauss
David Stauss (NJ I.D. #013862005)

7

HB: 4895-5999-9166.1

## Exhibit A

### Pre-Petition

| INVOICE # | DATE OF INVOICE | INVOICE AMOUNT |
|---|---|---|
| 6010827977 | 9/21/2023 | $42,680.23 |
| 6010827978 | 9/21/2023 | $23,814.34 |
| 6010829790 | 9/22/2023 | $80,003.36 |
| 6010829794 | 9/22/2023 | $65,674.30 |
| 6010829789 | 9/22/2023 | $18,129.27 |
| 6010829787 | 9/22/2023 | $16,168.26 |
| 6010829793 | 9/22/2023 | $34,045.97 |
| 6010830901 | 9/25/2023 | $72,061.56 |
| **TOTAL:** | | **$352,577.29** |

8

**Post-Petition:**

Current as of 5/15/2024.

HB: 4895-5999-9166.1