| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra, P.C. (admitted *pro hac vice*)<br>Ross J. Fiedler (admitted *pro hac vice*)<br>Zachary R. Manning (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>esassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br>ross.fiedler@kirkland.com<br>zach.manning@kirkland.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF REJECTION OF
### CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR LEASES ON SCHEDULE 1 ATTACHED TO EXHIBIT 1 TO THIS NOTICE AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**PLEASE TAKE NOTICE** that on November 20, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors") (i) authorizing and approving procedures to reject, assume, or assume and assign executory contracts and unexpired leases and (ii) granting related relief [Docket No. 702] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on Schedule 1 (the "Rejection Schedule") annexed to the proposed form of order attached hereto as **Exhibit 1** is hereby rejected effective as of the date (the "Rejection Date") set forth on Schedule 1 or such other date to which the Debtors and the counterparty or counterparties to any such Contract agree. For unexpired leases, the rejection effective date shall be the later of (a) the proposed effective date set forth on the Rejection Notice; and (b) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (2) notifying the affected landlord in writing, with email being sufficient, that the keys, key codes, and security codes, if any, are not available, but that the landlord may rekey the leased premises.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is ***actually received*** by the following parties no later than ten days after the date that the Debtors filed and served this Notice:

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

(a) the Debtors, Rite Aid Corporation, 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112; (b) proposed counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., Aparna Yenamandra, P.C., Ross J. Fiedler, and Zachary R. Manning; (c) proposed co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street; Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Felice R. Yudkin, and Seth Van Aalten; (d) the applicable Rejection Counterparty; (e) counsel to the Ad Hoc Secured Noteholder Group, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 1001 Attn.: Andrew N. Rosenberg (arosenberg@paulweiss.com), Brian S. Hermann (bhermann@paulweiss.com) and Christopher Hopkins (chopkins@paulweiss.com); (f) counsel to the Ad Hoc Secured Noteholder Group, Fox Rothschild LLP, 49 Market Street, Morristown, New Jersey, 07960, Attn: Howard A. Cohen (hcohen@foxrothschild.com); Joseph J. DiPasquale (jdipasquale@foxrothschild.com) and Michael R. Herz (mherz@foxrothschild.com); (g) counsel to the DIP Agents, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: John F. Ventola (jventola@choate.com); Jonathan D. Marshall (jmarshall@choate.com); and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, New Jersey 07932, Attn: Alan J. Brody (brodya@gtlaw.com) and Oscar N. Pinkas (pinkaso@gtlaw.com) (h) the Office of the United States Trustee for the District of New Jersey, One Newark Center, 1085 Raymond Boulevard, suite 2100, Newark, New Jersey 07102, Attn: Jeffrey M. Sponder (jeffrey.m.sponder@usdoj.gov) and Lauren Bielskie (lauren.bielskie@usdoj.gov); and (i) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (ARogoff@kramerlevin.com) and Nancy Bello

(nbello@kramerlevin.com) and Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, NJ 07054, Attn: Robert LeHane (rlehane@kelleydrye.com) and Connie Choe (cchoe@kelleydrye.com); (j) proposed counsel to the Official Committee of Tort Claimants, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Arik Preis (apreis@akingump.com), Mitchell P. Hurley (mhurley@akingump.com), Kate Doorley (kdoorley@akingump.com), Theodore James Salwen (jsalwen@akingump.com), and Brooks Barker (bbarker@akingump.com); and (k) Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., 457 Haddonfield Rd. #300, Cherry Hill, NJ 08002, Attn; Arthur J. Abramowitz (aabramowitz@shermansilverstein.com) and Ross Switkes (rswitkes@shermansilverstein.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the Debtors shall file a Rejection Order under a certificate of no objection. The rejection of each Contract listed in this Rejection Notice shall become effective on the applicable Rejection Date set forth on Schedule 1 or such other date to which the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract will only be deemed rejected upon entry by the Court of a consensual form of Rejection Order resolving the objection as between the objecting party and the Debtors or, if resolution is not reached and/or the objection is not withdrawn, upon

---

[3] An objection to the rejection of any particular Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order.

further order of the Court and shall be rejected as of the applicable Rejection Date set forth in the Rejection Notice or such other date to which the Debtors and the applicable Rejection Counterparty agree, or as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Contracts otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described on Schedule 1 shall be deemed abandoned as of the Rejection Date. With respect to unexpired leases, on the Rejection Date landlords may, in their sole discretion and without further notice or order of the Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay will be modified to allow such disposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and, (b) thirty days after the later of (A) the date of entry of the Rejection Order approving rejection of the applicable Contract, and (b) the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN

5

THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

[*Remainder of page intentionally left blank*]

Dated: May 31, 2024

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

## Exhibit 1

**Proposed Rejection Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

# FOURTEENTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED.**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

(Page | 3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any |

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 702] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Schedule 1**, in accordance with the terms of the Procedures Order; and no timely objections having been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Contracts listed on the Rejection Schedule attached hereto as **Schedule 1** are rejected under section 365 of the Bankruptcy Code effective as of the later of the Rejection Date listed on **Schedule 1** or such other date as the Debtors and the applicable Rejection Counterparty agrees; *provided*, that the Rejection Date for a rejection of a lease of nonresidential real property shall not occur until the later of (i) the Rejection Date set forth on **Schedule 1** and (ii) the date the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page | 4)
Debtors: RITE AID CORPORATION, *et al*.
Case No. 23-18993 (MBK)
Caption of Order: Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

Debtors relinquish control of the premises by (A) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises and turning over keys, key codes, and security codes, if any, to the affected landlord or (B) notifying the affected landlord in writing, with email being sufficient, of the Debtors' surrender of the premises that the keys, key codes, and security codes, if any, are not available, but the landlord may rekey the leased premises.

2. The Debtors are authorized, but not directed, at any time on or before the applicable Rejection Date, to remove or abandon any of the Debtors' personal property that may be located on the Debtors' leased premises that are subject to a rejected Contract; *provided, however*, that (i) nothing shall modify any requirement under applicable law with respect to the removal of any hazardous materials as defined under the applicable law from any of the Debtors' leased premises, (ii) to the extent the Debtors seek to abandon personal property that contains "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code (the "PII"), the Debtors shall remove the PII from such personal property before abandonment, and (iii) the Debtors shall not abandon any medications or medicines. The property will be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. For the avoidance of doubt, and absent any sustained objection as it relates to property at a particular premises, any and all property located on the Debtors' leased premises on the Rejection Date of the applicable lease of nonresidential real property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, as is, effective as of the Rejection Date. Landlords may, in their sole discretion and without further notice or order of this Court, utilize and/or dispose of such property without notice or liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition.

(Page | 5)
Debtors:            RITE AID CORPORATION, *et al*.
Case No.            23-18993 (MBK)
Caption of Order:   Fourteenth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of Certain Personal Property, If Any

3. Notwithstanding the foregoing, the Debtors' abandonment of their interests in any equipment or other Personal Property belonging to PepsiCo, Inc. its affiliates, or affiliated bottlers (collectively, the "Pepsi Entities") shall not sever or otherwise impact any ownership interest of the Pepsi Entities in any equipment or Personal Property being abandoned.

4. Claims arising out of the rejection of Contracts, if any, must be filed on or before the later of (i) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (ii) thirty days after the later of (A) the date of entry of this Order approving rejection of the applicable Contract, and (b) the Rejection Date. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Contracts**[1]

---

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including guaranties or assignments thereof, and any amendments, modifications, subleases, or termination agreements related thereto.  The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 1 | 1200 WEST MARKET STREET LLC | 3528 CONCORD RD, YORK, PENNSYLVANIA 17402 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 451 | 1200 WEST MARKET STREET, YORK, PA 17404 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 2 | THE LINTON FAMILY TRUST | 164 LOMBARDY LANE, ORINDA, CALIFORNIA 94563 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 3016 | 2840 YOUNGSTOWN ROAD SE, WARREN, OH 44484 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 3 | NJEC ASSOCIATES, L.L.C. | 370 7TH AVENUE-SUITE 618, NEW YORK, NEW YORK 10001 | UNEXPIRED LEASE | ECKERD CORPORATION | 10472 | 7835 MAPLE AVENUE, PENNSAUKEN, NJ 08109 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 4 | REMHY LLC | 228 E ROUTE 59 #458, NANUET, NEW YORK 10954 | UNEXPIRED LEASE | ECKERD CORPORATION | 10821 | 47 NIAGARA STREET, TONAWANDA, NY 14150 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 5 | NORTH BROAD DEVELOPMENT COMPANY | 1429 MONK ROAD, GLADWYNE, PENNSYLVANIA 19035 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 1127 | 2131-59 NORTH BROAD STREET, PHILADELPHIA, PA 19122 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 6 | TACO AIDE LLC | 9819 MIRA MESA BLVD, SAN DIEGO, CALIFORNIA 92131 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5618 | 7224 BROADWAY, LEMON GROVE, CA 91945 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 7 | MARKETPLACE PARTNERS 3, L.P. | 195 SOUTH C ST, STE 250, TUSTIN, CALIFORNIA 92780 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5778 | 3941 SPRING ROAD, MOORPARK, CA 93021 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 8 | NFNY BUSINESS TRUST | 7978 COOPER CREEK BLVD, STE 100, UNIVERSITY PARK, FLORIDA 34201 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 821 | 6744-46 NORTH FIFTH STREET, PHILADELPHIA, PA 19126 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 9 | CALIFORNIA PROPERTIES GARDENS, LLP | 6301 NORTH OCEAN BOULEVARD, OCEAN RIDGE, FLORIDA 33435 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 1304 | 124 SOUTH FRONT STREET, STEELTON, PA 17113 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 10 | 1093 GROUP, LLC | 295 MAIN STREET, SUITE 210, BUFFALO, NEW YORK 14203 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 1910 | 2047 SHERIDAN DRIVE, BUFFALO, NY 14223 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 11 | BECRETT LIMITED LIABILITY COMP | 100 KINGSLAND ROAD, BOONTON TOWNSHIP, NEW JERSEY 07005 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 1929 | 118 EAGLEVIEW BOULEVARD, EXTON, PA 19341 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 12 | RICHMOND SHOPPING LLC | 337 WASHINGTON AVE, CEDARHURST, NEW YORK 11516 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 2744 | 2271 RICHMOND AVENUE, STATEN ISLAND, NY 10314 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 13 | DODGE ENTERPRISE, LLC | 27600 NORTHWESTERN HIGHWAY, STE 200, SOUTHFIELD, MICHIGAN 48034 | UNEXPIRED LEASE | PERRY DRUG STORES, INC. | 4339 | 11743 15 MILE ROAD, STERLING HEIGHTS, MI 48312 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 14 | RP 121, LLC | 29 WEST 38 STREET, 8TH FLOOR, NEW YORK, NEW YORK 10018 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 4866 | 95-14 63RD DRIVE, REGO PARK, NY 11374 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 15 | LINCOLN CENTER, LLC | 6033 CRESCENT KNOLL DRIVE, RALEIGH, NORTH CAROLINA 27614 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5485 | 888 LINCOLN BOULEVARD, VENICE, CA 90291 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 16 | ROIC CYPRESS WEST, LLC | 11250 EL CAMINO REAL, STE 200, SAN DIEGO, CALIFORNIA 92130 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5500 | 4037 BALL ROAD, CYPRESS, CA 90630 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 17 | KIF LLC | 199 SOUTH LOS ROBLES AVE STE 840, PASADENA, CALIFORNIA 91101 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5844 | 37950 47TH ST E, PALMDALE, CA 93552 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 18 | UNTION SQUARE MARKETPLACE | 4020 MOORPARK AVE,STE 218, SAN JOSE, CALIFORNIA 95117 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5943 | 1650 DECOTO ROAD, UNION CITY, CA 94587 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 19 | LONG SIGHT PROPERTIES LLC | 150 MIRALOMA DRIVE, SAN FRANCISCO, CALIFORNIA 94127 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6074 | 5610 STOCKTON BOULEVARD, SACRAMENTO, CA 95824 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 20 | JOHN MIGLIOZZI TRUST UAD FEB 6 2001 | 25119 TEPA WAY, LOS ALTOS HILLS, CALIFORNIA 94022 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6243 | 2500 NORTH 10TH AVENUE, HANFORD, CA 93230 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 21 | NOVARA PROPERTIES, LLC | 4521 CAMPUS DR #267, IRVINE, CALIFORNIA 92612 | UNEXPIRED LEASE | RITE AID OF MICHIGAN, INC. | 7869 | 42481 WEST 13 MILE ROAD, NOVI, MI 48377 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 22 | B.S. REALTY LLC | 92 KILBURN ST, NEW BEDFORD, MASSACHUSETTS 02740 | UNEXPIRED LEASE | MAXI DRUG, INC. | 10199 | 10 STAFFORD ROAD, FALL RIVER, MA 02721 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 23 | 290 N. MAPLE, LLC | 400 LINCOLN STREET, DEMAREST, NEW JERSEY 07627 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 10451 | 235 N MAPLE AVE, MARLTON, NJ 08053 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 24 | EAST MEADOW PLAZA REGENCY LLC | PO BOX 844235, BOSTON, MASSACHUSETTS 02284 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10614 | 1910 HEMPSTEAD TURNPIKE, EAST MEADOW, NY 11554 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 25 | 1825 BRENTWOOD ROAD ASSOCIATES LLC | 444 ROUTE 111, STE 1, SMITHTOWN, NEW YORK 11787 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10631 | 1825 BRENTWOOD ROAD, BRENTWOOD, NY 11717 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 26 | WALRO REALTY CO. | 145-76 3RD AVE., WHITESTONE, NEW YORK 11357 | UNEXPIRED LEASE | GENOVESE DRUG STORES, INC. | 10641 | 283 WEST JERICHO TURNPIKE, HUNTINGTON STATION, NY 11746 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 27 | FERRYPORT WINGS LLC | 1633 SOUTH LA CIENEGA BLVD, STE 2, LOS ANGELES, CALIFORNIA 90035 | UNEXPIRED LEASE | ECKERD CORPORATION | 10817 | 459 SOUTH TRANSIT STREET, LOCKPORT, NY 14094 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 28 | KOHL 1536 N ATHERTON LLC | 234 GREENFIELD RD, PENNSYLVANIA FURNACE, PENNSYLVANIA 16865 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11014 | 1536 NORTH ATHERTON STREET, STATE COLLEGE, PA 16803 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 29 | NATIONAL RETAIL PROPERTIES, INC. | 450 SOUTH ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11143 | 3807 LINCOLN HIGHWAY, DOWNINGTOWN, PA 19335 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 30 | 1808 SALEM LLC | P.O. BOX 640186, OAKLAND GARDENS, NEW YORK 11364 | UNEXPIRED LEASE | ECKERD CORPORATION | 11271 | 1808 SALEM ROAD, VIRGINIA BEACH, VA 23456 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 31 | SUBURBAN PARK DEV ASSOC LLC | 112 S BURDICK ST, FAYETTEVILLE, NEW YORK 13066 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 1800 | 4551 MILFORD ROAD, EAST STROUDSBURG, PA 18302 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 32 | NEW GROUP GARDENA, LLC | PO BOX 66369, LOS ANGELES, CA 90066 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5471 | 1208 WEST REDONDO BEACH BLVD., GARDENA, CA 90247 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 33 | 510 EAST BALTIMORE PIKE, LLC | 200 DRYDEN RD, STE 2000, DRESHER, PENNSYLVANIA 19025 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11113 | 510 EAST BALTIMORE PIKE, MEDIA, PA 19063 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 34 | TSCO LA HABRA LLC | 1801 CENTURY PARK EAST, STE 2101, LOS ANGELES, CALIFORNIA 90067 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6441 | 1700 W WHITTIER BOULEVARD, LA HABRA, CA 90631 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 35 | RALPH & MARY SHIMER LIVING TRU | 1071 EAST AVOCADO CREST ROAD, LAHABRA HEIGHTS, CALIFORNIA 90631 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6441A | 1700 W WHITTIER BOULEVARD, LA HABRA, CA 90631 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 36 | WASHREIT WESTMINSTER SC LLC | 1775 EYE STREET NW, SUITE 1000, WASHINGTON, DISTRICT OF COLUMBIA 20006 | UNEXPIRED LEASE | RITE AID OF MARYLAND, INC. | 347 | 250 ENGLAR ROAD, STE 22, WESTMINSTER, MD 21157 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 37 | PHILADELPHIA WOODLAND LLC | 1401 BROAD STREET, CLIFTON , NEW JERSEY 07013 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC | 4554 | 6731 WOODLAND AVENUE, PHILADELPHIA, PA 19142 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 38 | LITTLE ITALY MANAGEMENT CORP. | P.O. BOX 50075, BROOKLYN, NEW YORK 11205 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 3663 | 592 EAST 183RD STREET, BRONX, NY 10458 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 39 | QUEENS VILLAGE MGMT CORP | PO BOX 50075, BROOKLYN, NEW YORK 11205 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 3865 | 218-35 HEMPSTEAD AVENUE, QUEENS VILLAGE, NY 11429 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 40 | TROY PLAZA ASSOCIATES | 180 MAIN STREET, MADISON, NEW JERSEY 07940 | UNEXPIRED LEASE | RITE AID OF NEW JERSEY, INC. | 994 | 480 NORTH BEVERWYCK ROAD, LAKE HIAWATHA, NJ 07034 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 41 | HIDDEN OAK DEVELOPMENT COMPANY, INC. | P.O. BOX 3953, VISALIA, CALIFORNIA 93278 | UNEXPIRED LEASE | RITE AID OF OHIO, INC. | 4708 | 501 EAST EMMITT AVENUE, WAVERLY, OH 45690 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 42 | WINTERBERRY PROPERTIES, L.P. | 6420 WILSHIRE BOULEVARD, SUITE 1500, LOS ANGELES, CALIFORNIA 90048 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5551 | 14727 RINALDI STREET, SAN FERNANDO, CA 91340 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 43 | TURNER ISLAND FARMS | 1269 W I STREET, LOS BANOS, CALIFORNIA 93635 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6509 | 16491 LAKESHORE DRIVE, LAKE ELSINORE, CA 92530 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 44 | HUOYEN INTERNATIONAL INC | 700 E BIRCH ST, UNIT 1071, BREA, CALIFORNIA 92822 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC | 6833 | 35946 WINCHESTER ROAD, WINCHESTER, CA 92596 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 45 | JURI PROPERTIES LLC | 17547 VENTURA BOULEVARD,STE304, ENCINO, CALIFORNIA 91316 | UNEXPIRED LEASE | ECKERD CORPORATION | 10837 | 3249 SHERIDAN DRIVE, AMHERST, NY 14226 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 46 | WESTCORE BRAVO WOODLAND, LLC | 505 14TH AVE, STE 300, OAKLAND, CALIFORNIA 94612 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC | 81 | 1755 EAST BEAMER STREET, WOODLAND, CA 95776 | 5/13/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 47 | NATIONAL RETAIL PROPERTIES, INC. | 450 SOUTH ORANGE AVENUE, SUITE 900, ORLANDO, FLORIDA 32801 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11148 | 120 SOUTH MILL ROAD, KENNETT SQUARE, PA 19348 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 48 | MAR-ANN HOLDING ASSOCIATES | 2024 SPROUL ROAD, BROOMALL, PENNSYLVANIA 19008 | UNEXPIRED LEASE | THRIFT DRUG, INC. | 11148A | 120 SOUTH MILL ROAD, KENNETT SQUARE, PA 19348 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 49 | WHITE ROAD PARTNERS, LLC | 445 S DOUGLAS ST, STE 100, EL SEGUNDO, CALIFORNIA 90245 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5992 | 1030 SOUTH WHITE ROAD, SAN JOSE, CA 95127 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 50 | DIERKE'S ENTERPRISES | 513 FURLONG ROAD, SEBASTOPOL, CALIFORNIA 95472 | UNEXPIRED LEASE | RITE AID OF PENNSYLVANIA, INC. | 1563 | 6201 GERMANTOWN AVENUE, PHILADELPHIA, PA 19144 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 51 | RA2 LOS ANGELES-VERMONT LP | 9034 W SUNSET BLVD, WEST HOLLYWOOD, CALIFORNIA 90069 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5425 | 334 SOUTH VERMONT AVENUE, LOS ANGELES, CA 90020 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 52 | JAIME L. SANTANA FAMILY TRUST | P.O. BOX 6471, VENTURA, CALIFORNIA 93006 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5508 | 15924 BELLFLOWER BOULEVARD, BELLFLOWER, CA 90706 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

| No. | Non-Debtor Counterparty | Counterparty Address | Contract Description | Debtor Party | Store or Surplus # | Location Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|---|---|
| 53 | RA2 ENCINITAS LP | 9034 W SUNSET BLVD, WEST HOLLYWOOD, CALIFORNIA 90069 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 5627 | 439 SANTA FE DRIVE, ENCINITAS, CA 92024 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 54 | RONGRANT ASSOCIATES, L.L.C. | 255 EXECUTIVE DRIVE, SUITE 302, PLAINVIEW, NEW YORK 11803 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 668 | 139 RONKONKOMA AVENUE, LAKE RONKONKOMA, NY 11779 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 55 | RONGRANT ASSOCIATES, L.L.C. | 255 EXECUTIVE DRIVE, SUITE 302, PLAINVIEW, NEW YORK 11803 | UNEXPIRED LEASE | RITE AID OF NEW YORK, INC. | 668A | 139 RONKONKOMA AVENUE, LAKE RONKONKOMA, NY 11779 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 56 | LAGUNA PROMENADE, LLC | 656 HILLCREST WAY, REDWOOD CITY, CALIFORNIA 94062 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6432 | 7211 ELK GROVE BOULEVARD, ELK GROVE, CA 95758 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 57 | LAGUNA PROMENADE, LLC | 656 HILLCREST WAY, REDWOOD CITY, CALIFORNIA 94062 | UNEXPIRED LEASE | THRIFTY PAYLESS, INC. | 6432A | 7211 ELK GROVE BOULEVARD, ELK GROVE, CA 95758 | 5/31/2024 | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |
| 58 | L/S 1200 INTREPID AVENUE, LP | 3030 N 3RD STREET, SUITE 525, PHOENIX, AZ 85012 | UNEXPIRED LEASE | RITE AID HDQTRS . CORP. | 9502 | 1200 INTREPID AVENUE, PHILADELPHIA, PA 19112 | Plan Effective Date[1] | MISCELLANEOUS FF&E AND/OR RETAIL FIXTURES |

---

[1] As defined in the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* [Docket No. 2511] (as amended, supplemented, or otherwise modified from time to time, the "Plan").