| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Edward O. Sassower, P.C. <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Aparna Yenamandra, P.C. (admitted *pro hac vice*) <br> Ross J. Fiedler (admitted *pro hac vice*) <br> Zachary R. Manning (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> esassower@kirkland.com <br> joshua.sussberg@kirkland.com <br> aparna.yenamandra@kirkland.com <br> ross.fiedler@kirkland.com <br> zach.manning@kirkland.com | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Seth Van Aalten, Esq. (*pro hac vice*) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> svanaalten@coleschotz.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> RITE AID CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-18993 (MBK) <br><br> (Jointly Administered) |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR JUNE 20, 2024 AT 11:30 AM (ET)**

The Debtors serve this amended Witness and Exhibit List regarding the hearing scheduled

for Thursday, June 20, 2024 at 11:30 A.M. (ET) ("Hearing") in connection with the *Debtors'*

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

*Motion to Enforce the Sale Order and Compel Performance By MedImpact Healthcare Systems, Inc. Under the MedImpact Asset Purchase Agreement* [Docket No. 3664] ("Motion to Enforce").

The Debtors reserve the right to amend or supplement these lists prior to and during the Hearing, including at the conclusion of the case presented by MedImpact Healthcare Systems, Inc. ("MedImpact").

## DEBTORS' WITNESSES

The Debtors may call the following witnesses at the Hearing (in alphabetical order):

1. **James Gollaher, Chief Financial Officer, MedImpact**: Mr. Gollaher may testify as an adverse witness regarding the topics set forth in the *Declaration of James Gollaher in response to Debtors' Motion to Enforce the Sale Order and Compel Performance by MedImpact Healthcare Systems, Inc. Under the MedImpact Asset Purchase Agreement* [Docket No. 3797-1], regarding the negotiations of the deal between the Debtors and MedImpact, the negotiation and substance of Exhibit E, MedImpact's evaluation of the Elixir business, the diligence that MedImpact conducted on Elixir, MedImpact's valuation of Elixir, MedImpact's valuation of Elixir's net working capital, MedImpact's April 30, 2024 Closing Working Capital Statement, and other subjects as necessary to address and respond to contentions made by MedImpact (including in connection with ongoing discovery).

2. **Anna Khais, VP of Transition Services and CFO of Elixir Insurance Company**: Ms. Khais may testify regarding the substance of Exhibit E, MedImpact's April 30, 2024 Closing Working Capital Statement, the Debtors' operating procedures and accounting practices regarding the amounts in dispute, and other subjects as necessary to address and respond to contentions made by MedImpact (including in connection with ongoing discovery and rebuttal to contentions made by MedImpact, including Mr. Kleinrichert and Mr. Gollaher).

3. **Jeffrey Kirshner, Managing Director, Guggenheim Securities**: Mr. Kirshner may testify regarding the topics set forth in the *Declaration of Jeffrey Kirshner in Support of the Debtors' Motion to Enforce* [Docket No. 3666], including negotiations of the business deal between the Debtors and MedImpact and regarding Exhibit E, the diligence that MedImpact conducted on Elixir, and other subjects as necessary to address and respond to contentions made by MedImpact (including in connection with ongoing discovery and rebuttal to contentions made by MedImpact, including Mr. Kleinrichert and Mr. Gollaher).

4. **Gary Kleinrichert, Managing Director, Secretariat Advisors, LLC**: Mr. Kleinrichert may testify as an adverse witness regarding the topics set forth in the *Declaration of Gary Kleinrichert in Response to Debtors Motion to Enforce the*

*Sale Order and Compel Performance by MedImpact Healthcare Systems, Inc. Under the MedImpact Asset Purchase Agreement* [Docket No. 3797-2], as well as other subjects as necessary to address and respond to contentions made by MedImpact (including in connection with ongoing discovery).

5. **Marc Liebman, Managing Director, Alvarez & Marsal North America, LLC (Remote)**: Mr. Liebman may testify regarding the topics set forth in the *Declaration of Marc Liebman in Support of the Debtors' Motion to Enforce* [Docket No. 3665], negotiations of the business deal between the Debtors and MedImpact and regarding Exhibit E, the diligence that MedImpact conducted on Elixir, the context of the Debtors' sale of Elixir in the overall restructuring, and other subjects as necessary to address and respond to contentions made by MedImpact (including in connection with ongoing discovery and rebuttal to contentions made by MedImpact, including Mr. Kleinrichert and Mr. Gollaher).

6. One or more members of the Debtors' management team, Guggenheim Securities, or Alvarez & Marsal North America, LLC, as necessary to rebut contentions made by MedImpact.

7. One or more members of the MedImpact's management team, UBS, BDO, or Secretariat Advisors, LLC, as necessary to rebut contentions made by MedImpact.

8. Any witness on MedImpact's witness list.

9. Any witness called by any other party.

10. Any witness necessary to authenticate or otherwise lay foundation for documents or information.

The Debtors reserve the right to call any witness identified by any other party, cross examine any witness called by another party, and call impeachment witnesses as necessary. The Debtors reserve the right to ask the Court to take judicial notice of filings, orders, and notices on its docket for the Debtors' ongoing chapter 11 proceedings. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing, including at the conclusion of MedImpact's case.

## **DEBTORS' EXHIBITS**

A list of exhibits on which the Debtors may rely at the Hearing is set forth below.

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 1. | 5/30/2024 | Declaration of J. Kirshner ISO Motion to Enforce [Docket No. 3666] | | |
| 2. | 5/30/2024 | Declaration of M. Liebman ISO Motion to Enforce [Docket No. 3665] | | |
| 3. | 1/31/2024 | MedImpact APA (execution copy), Motion to Enforce Ex. 2 [Docket No. 3664] | | |
| 4. | 10/15/2023 | Exhibit E to MedImpact APA, Motion to Enforce Ex. 3 [Docket No. 3664] | | |
| 5. | 10/15/2023 | Exhibit E to MedImpact APA (Excel) | | |
| 6. | 2/1/2024 | Transition Services Agreement ("TSA"), Motion to Enforce Ex. 4 [Docket No. 3664] | | |
| 7. | 2/1/2024 | Schedule B to the TSA ("Reverse TSA"), Motion to Enforce Ex. 4 at p.38 [Docket No. 3664] | | |
| 8. | 2/1/2024 | Amendment No. 8 to Revised and Restated Pharmacy Benefit Management Services Agreement, by and between MedImpact Healthcare System, Inc., and Elixir Insurance Company ("ROI Agreement"), Motion to Enforce Ex. 5 [Docket No. 3664] | | |
| 9. | 12/21/2023 | Notice of Successful Bidder and Cancellation of Auction | | |

4

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| | | Solely with respect to Elixir Assets [Docket No. 1145] | | |
| 10. | 1/3/24 | Notice of (I) Proposed Assumed and Assigned Executory Contracts and Unexpired Leases, (II) Proposed Cure Payments, and (III) Proposed Elixir Stalking Horse APA, Each Solely with Respect to Elixir Assets [Docket No. 1155] | | |
| 11. | 1/17/24 | Sale Order Approving the MedImpact APA [Docket No. 1510] | | |
| 12. | 8/11/2023 | Project Poet DRAFT FDD Spreadsheet | DEBTORS-MI-00006221 | DEBTORS-MI-00006221 |
| 13. | 8/11/2023 | Project Poet DRAFT FDD Report | DEBTORS-MI-00006222 | DEBTORS-MI-00006258 |
| 14. | 8/21/2023 | Project Poet DRAFT FDD Spreadsheet | DEBTORS-MI-00006217 | DEBTORS-MI-00006217 |
| 15. | 9/5/2023 | Project Poet - Draft FDD Report_09.05.23 addendum | DEBTORS-MI-00006173 | DEBTORS-MI-00006173 |
| 16. | 9/8/2023 | J. Chan (UBS) Email re MedImpact Indication of Interest ("IOI") | DEBTORS-MI-00005514 | DEBTORS-MI-00005514 |
| 17. | 9/8/2023 | MedImpact IOI Letter | DEBTORS-MI-00005515 | DEBTORS-MI-00005516 |
| 18. | 9/21/2023 | 3.2.1.3.1_Project Poet - NWC Spreadsheet | DEBTORS-MI-00005648 | DEBTORS-MI-00005648 |
| 19. | 9/29/2023 | Moody's Rating Action Assigns B2 CFR to MI | DEBTORS-MI-00005705 | DEBTORS-MI-00005710 |
| 20. | 9/30/2023 | C. Taylor (UBS) Email re "Project Poet | Diligence Process (Guggenheim / BDO QoE & FDD)" | DEBTORS-MI-00005543 | DEBTORS-MI-00005548 |

5

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 21. | 9/30/2023 | BDO FDD Discussion Agenda | DEBTORS-MI-00005549 | DEBTORS-MI-00005551 |
| 22. | 9/30/2023 | BDO QOE Spreadsheet | DEBTORS-MI-00005552 | DEBTORS-MI-00005552 |
| 23. | 10/3/2023 | 3.2.1.3.3_Project Poet - DRAFT NWC Analysis Spreadsheet | DEBTORS-MI-00005993 | DEBTORS-MI-00005993 |
| 24. | 10/4/2023 | J. Chan (UBS) Email re "Project Poet - MedImpact APA Markup" | DEBTORS-MI-00003399 | DEBTORS-MI-00003400 |
| 25. | 10/10/2023 | J. Chan (UBS) Email re "Poet - NWC/Purchase Price Walk Call" | DEBTORS-MI-00002123 | DEBTORS-MI-00002124 |
| 26. | 10/10/2023 | Project Poet- Purchase Price Walkthrough_S_v3.xlsx | DEBTORS-MI-00002125 | DEBTORS-MI-00002125 |
| 27. | 10/12/2023 | B. Chow (Guggenheim) Email re "Project Poet | Legal Due Diligence" | MedImpact_0008094 | MedImpact_0008094 |
| 28. | 10/12/2023 | Project Poet Diligence Request Tracker - 10.12.2023_vSent | MedImpact_0008095 | MedImpact_0008095 |
| 29. | 10/13/2023 | B. Chow (Guggenheim) Email re "Project Poet | Key Outstanding Requests" | DEBTORS-MI-00001986 | DEBTORS-MI-00001987 |
| 30. | 10/13/2023 | Elixir AR Summary 2023.10.09 1400 Spreadsheet | DEBTORS-MI-00001988 | DEBTORS-MI-00001988 |
| 31. | 10/13/2023 | Project Poet - 8.31 Consolidated AP (9.29.23 v.Ext) | DEBTORS-MI-00001989 | DEBTORS-MI-00001989 |
| 32. | 10/14/2023 | C. Taylor (UBS) Email re "RE: Project Poet: Critical Requests" | DEBTORS-MI-00006053 | DEBTORS-MI-00006109 |
| 33. | 10/14/2023 | Poet - Rebate Liability by Year Spreadsheet | DEBTORS-MI-00006110 | DEBTORS-MI-00006110 |

6

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 34. | 10/27/2023 | T. Toronto (MedImpact) Email re "Poet" | DEBTORS-MI-00005925 | DEBTORS-MI-00005927 |
| 35. | 10/15/2023 | BDO, Project Poet DRAFT Financial Due Diligence Report | DEBTORS-MI-00005928 | DEBTORS-MI-00005982 |
| 36. | 12/31/2023 | MI OpCo Holdings, Inc. Combined Guarantor Financial Statements | DEBTORS-MI-00005722 | DEBTORS-MI-00005828 |
| 37. | 12/31/2023 | MI OpCo Holdings 2023 Annual Report | DEBTORS-MI-00005643 | DEBTORS-MI-00005647 |
| 38. | 1/29/2024 | S. Toth (K&E) Email re "Elixir APA Estimated Closing Working Capital Statement" | DEBTORS-MI-00003394 | DEBTORS-MI-00003394 |
| 39. | 1/29/2024 | MedImpact APA Estimated Closing Funds Flow Spreadsheet | DEBTORS-MI-00003395 | DEBTORS-MI-00003395 |
| 40. | 1/29/2024 | MedImpact APA Estimated Closing NWC Calculation Spreadsheet | DEBTORS-MI-00003396 | DEBTORS-MI-00003396 |
| 41. | 1/30/2024 | S. Toth (K&E) Email re "Elixir APA Estimated Closing Working Capital Statement" | DEBTORS-MI-00005118 | DEBTORS-MI-00005120 |
| 42. | 1/30/2024 | Estimated Consolidated Cure Costs Spreadsheet | DEBTORS-MI-00005121 | DEBTORS-MI-00005121 |
| 43. | 1/30/2024 | S. Toth (K&E) Email re "Rite Aid--Pharmacies" | DEBTORS-MI-00005345 | DEBTORS-MI-00005346 |
| 44. | 1/31/2024 | Email re A&M Estimated Closing NWC | DEBTORS-MI-00005531 | DEBTORS-MI-00005535 |
| 45. | 1/31/2024 | Exhibit E Q&A Spreadsheet | DEBTORS-MI-00005536 | DEBTORS-MI-00005536 |
| 46. | 1/31/2024 | Q1-3 October November Billing Spreadsheet | DEBTORS-MI-00005539 | DEBTORS-MI-00005539 |

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 47. | 1/31/2024 | FY22-24 ROI MTK Commercial Liability Spreadsheet | DEBTORS-MI-00005537 | DEBTORS-MI-00005537 |
| 48. | 1/31/2024 | Poet - Rebate Liability by Year Spreadsheet | DEBTORS-MI-00005538 | DEBTORS-MI-00005538 |
| 49. | 1/31/2024 | S. Toth (K&E) Email re "APA Amendment No. 15" | DEBTORS-MI-00003914 | DEBTORS-MI-00003923 |
| 50. | 2/1/2024 | S. Toth (K&E) Email re "Elixir APA Estimated Closing Working Capital Statement" | DEBTORS-MI-00005337 | DEBTORS-MI-00005337 |
| 51. | 4/30/2024 | S. Layfield (DLA) Email re "Project Poet: Closing Working Capital Statement" | MedImpact_0012196 | MedImpact_0012196 |
| 52. | 4/30/2024 | MedImpact's Closing Working Capital Statement (PDF) | MedImpact_0012197 | MedImpact_0012227 |
| 53. | 4/30/2024 | MedImpact's Closing Working Capital Calculation Spreadsheet | MedImpact_0012228 | MedImpact_0012228 |
| 54. | 5/24/2024 | MedImpact's Responses to Debtors' Preliminary Information Request re Purchaser's Closing Working Capital Statement | DEBTORS-MI-00006158 | DEBTORS-MI-00006165 |
| 55. | 6/11/2024 | Debtors' Follow-Up Information Request re Purchaser's Closing Working Capital Statement | DEBTORS-MI-00006166 | DEBTORS-MI-00006172 |
| 56. | 6/14/2024 | Debtors' Statement of Objections re Purchaser's Closing Working Capital Statement Delivered to Sellers on April 30, 2024 | | |
| 57. | 6/14/2024 | Debtors' Statement of Objections Attachment A, Cash Payment Determination | | |

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 58. | 6/14/2024 | Debtors' Statement of Objections Attachment B, Working Capital Calculation | | |
| 59. | 6/14/2024 | Debtors' Statement of Objections Attachment C, Listing of Purchaser's Erroneous Adjustments | | |
| 60. | 6/14/2024 | MedImpact's Responses & Objections to the Debtors' Interrogatory Requests | | |
| 61. | 6/14/2024 | MedImpact's Responses & Objections to the Debtors' Requests for Admission | | |
| 62. | 6/14/2024 | The Debtors' Responses & Objections to MedImpact's Interrogatory Requests | | |
| 63. | 6/14/2024 | The Debtors' Responses & Objections to MedImpact's Requests for Admission | | |
| 64. | 12/24/2014 | Walmart PPA Agreement | DEBTORS-MI-00005555 | DEBTORS-MI-00005605 |
| 65. | 10/10/2023 | J. Chan (UBS) Email re: "Poet-NWC/Purchase price Walk Call" | MedImpact_0027765 | MedImpact_0027765 |
| 66. | 10/17/2023 | Interim DIP Order [Docket No. 120] | | |
| 67. | 12/22/2023 | Final DIP Order [Docket No. 1159] | | |
| 68. | 10/3/2023 | DLA Piper Draft APA By and Among MedImpact and Hunter Lane, LLC | DEBTORS-MI-00003401 | DEBTORS-MI-00003525 |
| 69. | 10/11/2023 | K&E Draft APA By and Among MedImpact and Hunter Lane, LLC | DEBTORS-MI-00004885 | DEBTORS-MI-00005008 |

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 70. | 10/12/2023 | S. Toth Email re: "Elixir – APA" | DEBTORS-MI-00004883 | DEBTORS-MI-00004884 |
| 71. | 10/13/2023 | DLA Piper Draft APA By and Among MedImpact and Hunter Lane, LLC | DEBTORS-MI-00001457 | DEBTORS-MI-00001574 |
| 72. | 10/14/2023 | S. Toth Email re: "Elixir – APA" | DEBTORS-MI-00001101 | DEBTORS-MI-00001103 |
| 73. | 10/14/2023 | K&E Draft APA By and Among MedImpact and Hunter Lane, LLC | DEBTORS-MI-00001104 | DEBTORS-MI-00001223 |
| 74. | 10/14/2023 | S. Layfield Email re: "Elixir – APA" | DEBTORS-MI-00001339 | DEBTORS-MI-00001341 |
| 75. | 10/15/2023 | S. Layfield Email re: "Elixir – APA" | DEBTORS-MI-00000631 | DEBTORS-MI-00000635 |
| 76. | 10/15/2023 | DLA Piper Draft APA By and Among MedImpact and Hunter Lane, LLC | DEBTORS-MI-00000749 | DEBTORS-MI-00000865 |
| 77. | 6/12/2024 | J. Torosian Letter to Chambers [Docket No. 3763] | | |
| 78. | 1/3/2024 | Monthly Operating Report [Docket No. 1253] | | |
| 79. | 6/5/2024 | M. McKane Letter to Chambers re: MedImpact's 6/4 Submission [Docket No. 3705] | | |
| 80. | 6/13/2024 | M. McKane Letter to Chambers re: MedImpact's 6/12 Letter [Docket No. 3765] | | |
| 81. | 5/9/2024 | Supplemental Objection of Pharmacies [Docket No. 3386] | | |
| 82. | 4/21/2024 | MedImpact Reservation of Rights [Docket No. 2961] | | |
| 83. | 5/9/2024 | Pharmacies Lift Stay Motion [Docket No. 3384] | | |

| Ex. # | Document Date | Description | Start Bates | End Bates |
|---|---|---|---|---|
| 84. | 4/16/2024 | Pharmacies Objection [Docket No. 2858] | | |
| 85. | 2/23/2024 | MedImpact APA Closing NWC Calculation Actuals Spreadsheet | MedImpact_0026827 | MedImpact_0026827 |
| 86. | 10/11/2023 | J. Vierig Email re: Project Poet FDD Report | MedImpact_0027975 | MedImpact_0027979 |
| 87. | 10/16/2023 | 10/16 BofA MedImpact transaction summary | DEBTORS-MI-00005901 | DEBTORS-MI-00005907 |
| 88. | 3/31/24 | MI Opco Holdings Quarterly Report | | |
| 89. | | [*Deposition exhibits to the extent not otherwise listed above, including in connection with ongoing exhibits*] | | |
| 90. | | [*Exhibits attached to the Debtors' reply brief, if any, to the extent not otherwise listed above*] | | |

The Debtors reserve the right to supplement and amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtors further reserve the right to add documents or evidence used for impeachment, rebuttal, and/or refreshing recollection. By including a document on this Exhibit List, the Debtors do not agree or admit that a document or category of documents is admissible for any or all purposes. The Debtors reserve the right to object if MedImpact seeks to introduce into evidence exhibits that the Debtors have identified.

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing, including at the conclusion of MedImpact's case.

*[Signature page follows.]*

| | |
|---|---|
| Dated: June 19, 2024 | */s/ Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. |
| | Warren A. Usatine, Esq. |
| | Felice R. Yudkin, Esq. |
| | Seth Van Aalten (admitted *pro hac vice*) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | Telephone: (201) 489-3000 |
| | Email:    msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | fyudkin@coleschotz.com |
| | svanaalten@coleschotz.com |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Edward O. Sassower, P.C. |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| | Ross J. Fiedler (admitted *pro hac vice*) |
| | Zachary R. Manning (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:    esassower@kirkland.com |
| | joshua.sussberg@kirkland.com |
| | aparna.yenamandra@kirkland.com |
| | ross.fiedler@kirkland.com |
| | zach.manning@kirkland.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |