| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**DLA PIPER LLP (US)**<br>Stuart M. Brown (NJ Bar No. 26641988)<br>Matthew S. Sarna (admitted *pro hac vice*)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Email: stuart.brown@us.dlapiper.com<br>         matthew.sarna@us.dlapiper.com<br><br>**DLA PIPER LLP (US)**<br>Richard A. Chesley (admitted *pro hac vice*)<br>Jeffrey S. Torosian (admitted *pro hac vice*)<br>Joseph A. Roselius (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-3430<br>Email: richard.chesley@us.dlapiper.com<br>         jeffrey.torosian@us.dlapiper.com<br>         joseph.roselius@us.dlapiper.com<br><br>*Counsel to MedImpact Healthcare Systems, Inc.* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                                 Debtors.[1] | Case No. 23-18993 (MBK)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

# NOTICE OF APPEAL

MedImpact Healthcare Systems, Inc. (the "Appellant"), by and through its undersigned counsel, hereby submits this notice of appeal and respectfully states as follows:

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**Part 1: Identify the appellants:**

1. The name of the Appellant is MedImpact Healthcare Systems, Inc.

2. The Appellant appeals the *Memorandum Opinion* [ECF No. 3920] (the "Memorandum Opinion") and the related order, if and when entered by the Court (the "Order") insofar as each pertains to a ruling on the *Debtors' Motion to Enforce the Sale Order and Compel Performance by MedImpact Healthcare Systems, Inc. Under the MedImpact Asset Purchase Agreement* [ECF No. 3664].

3. The Appellant is a party in interest in the above-captioned bankruptcy cases.

**Part 2: Identify the subject of this appeal:**

4. This appeal is from the Memorandum Opinion issued on June 25, 2024 and the related Order, if and when entered by the Court. A copy of the Memorandum Opinion is attached as **Exhibit A**.

**Part 3: Identify the other parties to this appeal:**

5. The parties to the Memorandum Opinion and the Order from which this appeal is taken are:

| Party: | COLE SCHOTZ P.C. |
|---|---|
| **Debtors and Debtors in Possession** | Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Email: msirota@coleschotz.com<br>          wusatine@coleschotz.com<br>          fyudkin@coleschotz.com<br>          svanaalten@coleschotz.com |

1610782770.2

|  |  |
|---|---|
|  | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice)*<br>Aparna Yenamandra, P.C. (admitted *pro hac vice)*<br>Ross J. Fiedler (admitted *pro hac vice)*<br>Zachary R. Manning (admitted *pro hac vice)*<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: esassower@kirkland.com<br>      joshua.sussberg@kirkland.com<br>      aparna.yenamandra@kirkland.com<br>      ross.fiedler@kirkland.com<br>      zach.manning@kirkland.com |
| Dated: June 27, 2024 | /s/ *Stuart M. Brown*<br>Stuart M. Brown (NJ Bar No. 26641988)<br>Matthew S. Sarna (admitted *pro hac vice*)<br>**DLA Piper LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Email: stuart.brown@us.dlapiper.com<br>      matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>Jeffrey S. Torosian (admitted *pro hac vice*)<br>Joseph A. Roselius (admitted *pro hac vice*)<br>**DLA Piper LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-3430<br>Email: richard.chesley@us.dlapiper.com<br>      jeffrey.torosian@us.dlapiper.com<br>      joseph.roselius@us.dlapiper.com<br><br>*Counsel to MedImpact Healthcare Systems, Inc.* |