**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF MARC LIEBMAN IN SUPPORT OF
## THE DEBTORS' SECOND MOTION TO ENFORCE THE SALE ORDER

I, Marc Liebman, declare as follows under penalty of perjury:

1. I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), the

Debtors' financial advisor. I am also the Chief Transformation Officer of the Debtors. I submit

this declaration (the "Declaration") in support of the *Debtors' Second Motion to Enforce the Sale*

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

*Order and Compel Performance by MedImpact Healthcare Systems, Inc. Under the MedImpact*

*Asset Purchase Agreement* (the "<u>Motion</u>").

2.  I am over the age of 18 and authorized to submit this Declaration on behalf of the

Debtors.  Except as otherwise indicated, this Declaration is based upon my personal knowledge,

my discussions with the Debtors' management team and advisors, and my review of relevant

documents and information concerning the Debtors.  If called as a witness, I would testify as

follows.

<b><u>Background</u></b>

3.  I have been a financial advisor to stressed and distressed companies for over 22 years,

and I have served in various positions at A&M for over 20 years.  A&M is a restructuring

consulting firm with extensive experience providing high quality, specialized management and

restructuring advisory services to debtors and distressed companies.  A&M's services include

turnaround advisory services, interim and crisis management, revenue enhancement, claims

management, and creditor and risk management advisory services.   My representative

engagements include AMERCO/U-Haul, Clover Technologies, Conexant Semiconductor, Euro

Fresh Farms, Forbes Energy, Fresh & Easy Markets, Grubb & Ellis, Isola, LBI Media, Nellson

Nutraceutical, Relativity Media, Shea Homes, Washington Group, Whiting Petroleum, William

Lyon Homes, and World Kitchen. I have a bachelor's degree in business administration with a

concentration in accounting from the University of Notre Dame and an MBA in finance from the

University of Chicago.

4.  A&M has advised the Debtors since May 2023.  Through A&M's engagement and

my officer role with the Debtors, I am familiar with the Debtors' capital structure, day-to-day

operations, liquidity and cash forecasts, business and financial affairs, and books and records.

Members of the A&M team and I have assisted the Debtors, among other things, in preparing cash flow projections, budgets, and other financial information; supporting the Debtors' sale and marketing processes; analyzing various considerations related to the rationalization of the Debtors' retail footprint; and developing, negotiating, and implementing the Debtors' operational turnaround, cost-saving initiatives, and strategic transformation plans.

### The APA Purchase Price Adjustment

5.   In summer 2023, A&M (on behalf of the Debtors) and BDO (on behalf of MedImpact) exchanged information and facilitated diligence in connection with the sale of Elixir.   The Debtors and MedImpact memorialized their agreement in an asset purchase agreement dated as of October 15, 2023.   The Debtors and MedImpact amended the APA several times between October 15, 2023, and February 1, 2024, when the sale closed.   Attached hereto as **Exhibit A** is a true and correct copy of Amendment No. 15 to the Asset Purchase Agreement dated as of January 31, 2024.

6.   On April 30, 2024, MedImpact delivered to the Debtors a post-closing adjustment statement in PDF and Excel formats (together, the "Closing Working Capital Statement"), which deviated from the agreed-upon methodology set forth in Exhibit E but which determined that the amount of Closing Working Capital[2] exceeded the Target Working Capital amount by more than $50,000,000.   Attached hereto as **Exhibit B** is a true and correct copy of the PDF version of the Closing Working Capital Statement as delivered by MedImpact to the Debtors on April 30, 2024.

7.   On June 14, 2024, the Debtors prepared and delivered a statement of objections to MedImpact's Closing Working Capital Statement ("Debtors' Statement of Objections"), wherein

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them as set forth in the APA.

the Debtors disputed MedImpact's methodology for calculating the Closing Working Capital Statement but agreed that the amount of Closing Working Capital exceeded the Target Working Capital amount by more than $50,000,000.  As a result, the Debtors confirmed that "there is no Disputed Amount" concerning the cash payment MedImpact owes the Debtors.  The Debtors therefore requested that MedImpact (i) pay the Debtors $35,660,920 within five business days pursuant to Section 2.7(d)(iv) of the APA, and (ii) direct the Escrow Agent to release to the Debtors the Purchase Price Adjustment Escrow Amount.  Attached hereto as **Exhibit C** is a true and correct copy of the Debtors' Statement of Objections together with its exhibits, as addressed and delivered to MedImpact's Chief Financial Officer, James Gollaher, and MedImpact's counsel, on June 14, 2024.

8.  On June 23, 2024, the Debtors sent MedImpact an email (pursuant to the notice provisions of the APA) noting that the Cash Payment and escrow release were due.  The Debtors requested MedImpact's confirmation that the Cash Payment would be paid and direction to the Escrow Agent be made immediately.  Attached hereto as **Exhibit D** is a true and correct copy of the Debtors' email as addressed and sent to James Gollaher at MedImpact and MedImpact's counsel on June 23, 2024.[3]

### **MedImpact's Failure to Pay Imperils the Debtors' Restructuring**

9.  MedImpact has not paid the Debtors the Cash Payment (*i.e.*, $35,660,920) nor has MedImpact released to the Debtors the Purchase Price Adjustment Escrow Amount (*i.e.*, $14,375,000), both of which MedImpact acknowledged it owed the Debtors in its Closing Working Capital Statement.

---

[3]     Exhibit E does not enclose the wire instructions attached to the Debtors' June 23 email for confidentiality reasons.

10. By withholding approximately $50 million in total from the Debtors, MedImpact threatens the Debtors' ability to emerge from Chapter 11.  The Debtors and their advisors closely monitor the Debtors' liquidity position daily to prudently fund operations and chapter 11 process costs through a successful emergence.  The Debtors' liquidity projections take into account numerous factors, including ordinary course receipts and disbursements, proceeds and costs associated with asset divestitures, and the deterioration of liquidity resulting from vendor trade terms contraction due to the bankruptcy filing.

11. Receipt of the $35,660,920 cash payment and the Purchase Price Adjustment Escrow Amount from MedImpact has long been part of the pre-emergence liquidity forecast for the Debtors' business and a key enabler to performing on vendor obligations during the pendency of this case.  The Debtors have committed to maintain at least $450 million in exit liquidity.  *See* Fourth Amended Plan Supplement [Docket No. 3790], Exhibit E-1, § 4.01(j) ("Pro Forma Liquidity Condition").  The Debtors cannot meet minimum liquidity covenants required for exit financing in order to emerge under the confirmed chapter 11 plan absent receipt of these funds from MedImpact.

12. Due to the high costs of administering these chapter 11 cases (primarily, professional fees, interest on the DIP facilities, and U.S. Trustee fees) and the sustained adverse impact on its vendor base, the Debtors cannot afford to linger in chapter 11.  While the Debtors anticipate receiving an additional $37.5 million of DIP funding upon entry of the final Confirmation Order, *see* Third Amended DIP Order [Docket No. 3836], Exhibit H, New Money Notes Term Sheet, this financing is not sufficient to cover the Debtors' needs indefinitely.  The Debtors do not have the DIP financing or secured creditor support to emerge from chapter 11 beyond August 2024.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2024                              Respectfully submitted,


                                                 */s/ Marc Liebman*
                                                 Marc Liebman
                                                 Managing Director
                                                 Alvarez & Marsal North America, LLC

## Exhibit A

**Amendment No. 15 to Asset Purchase Agreement**

## AMENDMENT NO. 15 TO ASSET PURCHASE AGREEMENT

January 31, 2024

This AMENDMENT NO. 15 TO ASSET PURCHASE AGREEMENT (this "Amendment") is made and entered into as of the date first above written, by and among MedImpact Healthcare Systems, Inc., a California corporation ("Purchaser") and Hunter Lane, LLC, a Delaware limited liability company (as in existence on the date hereof, as a debtor-in-possession and a reorganized Debtor, as applicable, "Elixir"). Purchaser and Elixir are referred to herein individually as a "Party" and collectively as the "Parties." Capitalized terms used but not otherwise defined in herein have the respective meanings ascribed to such terms in the Purchase Agreement (as defined below).

WHEREAS, the Parties and certain other parties have entered into that certain Asset Purchase Agreement, dated as of October 15, 2023 (the "Signing Date"), as amended (the "Purchase Agreement");

WHEREAS, the Parties wish to amend the Purchase Agreement in accordance with the terms of the Purchase Agreement and this Amendment; and

WHEREAS, Section 10.5 (Amendment and Waiver) of the Purchase Agreement provides that the Purchase Agreement be amended only in a writing signed by Purchaser and Sellers (or Elixir, on behalf of Sellers, pursuant to Section 10.19 of the Purchase Agreement).

NOW, THEREFORE, in consideration of premises, and of the representations, warranties, covenants and agreements contained herein, the value, receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:

1.    Amendment to Purchase Agreement.  The Purchase Agreement is hereby amended by making the additions in blue or green underlined text (indicated textually in the same manner as the following example: underlined text or underlined text) and deletions in green or red stricken text (indicated textually in the same manner as the following example: stricken text or stricken text) as set forth in Exhibit A attached hereto; provided, for the purpose of clarity, certain such additions in blue or green underlined text and deletions in green or red stricken text reflect amendments to the Purchase Agreement previously effected by Amendment No. 5 through Amendment No. 14, which will remain in full force and effect and are hereby ratified and confirmed by the Parties.

2.    Amendment to Schedules to Purchase Agreement.  Schedule 1.1(a)(i) to the Purchase Agreement is hereby amended and restated in its entirety as set forth in Exhibit A attached hereto.

3.    Estimated Closing Working Capital.  Sellers delivered to Purchaser on January 29, 2024 the Estimated Closing Working Capital Statement.  Notwithstanding such delivery, the Estimated Closing Working Capital shall be deemed to be an amount equal to negative

$192,288,920; provided that the foregoing is without prejudice to any Party's rights or obligations under Section 2.7(b) through (e) of the Purchase Agreement.

4.    ROI Amendment.  At the Closing, Sellers shall cause EIC to and Purchaser shall duly execute and deliver the ROI Amendment, substantially in the form attached hereto as Exhibit B.

5.    TSA.  Exhibit G to the Purchase Agreement is hereby amended and replaced in its entirety with the form attached hereto as Exhibit C.

6.    Effect of Amendment.  This Amendment shall be deemed incorporated into, and form a part of, the Purchase Agreement and have the same legal validity and effect as the Purchase Agreement.  Except as expressly and specifically amended hereby, all terms and provisions of the Purchase Agreement are and shall remain in full force and effect, and all references to the Purchase Agreement in this Amendment and in any ancillary agreements or documents delivered in connection with the Purchase Agreement shall hereafter refer to the Purchase Agreement as amended by this Amendment, and as it may hereafter be further amended or restated.  Each reference in the Purchase Agreement to "this Agreement," "herein," "hereof," "hereunder" or words of similar import shall hereafter be deemed to refer to the Purchase Agreement as amended hereby (except that references in the Purchase Agreement to the "date hereof" or "date of this Agreement" or words or phrases of similar import shall continue to mean the Signing Date).

7.    Inconsistency or Conflict.  In the event of any inconsistency or conflict between the terms and provisions of the Purchase Agreement, on the one hand, and this Amendment, on the other hand, the terms and provisions of this Amendment shall govern and control.

8.    Additional Provisions.  The provisions set forth in Article X (Miscellaneous) (except Section 10.18 (Bulk Sales Laws)) and Section 11.3 (Rules of Interpretation) of the Purchase Agreement are incorporated herein by reference as if set forth in full herein and shall apply to the terms and provisions of this Amendment and the Parties hereto *mutatis mutandis*.

*(Signature pages follow)*

2

IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed by their respective duly authorized officers as of the date first above written.

**PURCHASER:**

MEDIMPACT HEALTHCARE SYSTEMS, INC.

By: _____

Name:    Frederick Howe

Title:    Chief Executive Officer

**ELIXIR**:

HUNTER LANE, LLC

By: _Christopher DuPaul_
Name: Chris DuPaul
Title:  EVP and President

[Signature Page to Amendment No. 15 to Asset Purchase Agreement]

**Exhibit A**

Schedule 1.1(a)

*Please see attached.*

**Execution Copy**

---

**ASSET PURCHASE AGREEMENT**

**DATED AS OF OCTOBER 15, 2023**

**BY AND AMONG**

**MEDIMPACT HEALTHCARE SYSTEMS, INC., AS PURCHASER,**

**AND**

**HUNTER LANE, LLC**

**AND ITS SUBSIDIARIES NAMED HEREIN, AS SELLERS**

---

**TABLE OF CONTENTS**

**Page**

**ARTICLE I PURCHASE AND SALE OF ACQUIRED ASSETS; ASSUMPTION OF ASSUMED LIABILITIES** ........................................................ 1
Section 1.1    Purchase and Sale of the Acquired Assets ........................................ 1
Section 1.2    Excluded Assets ........................................................................ 4
Section 1.3    Assumption of Certain Liabilities ................................................ 5
Section 1.4    Excluded Liabilities .................................................................. 6
Section 1.5    Assumption/Rejection of Certain Contracts / Non-Assignment .......... 10
Section 1.6    Excluded Asset Designation ...................................................... 12
Section 1.7    EIC ........................................................................................ 12

**ARTICLE II CONSIDERATION; PAYMENT; CLOSING** ...................................... 132
Section 2.1    Consideration; Payment ............................................................ 132
Section 2.2    Deposit; Purchase Price Adjustment Escrow .................................. 13
Section 2.3    Closing .................................................................................. 15
Section 2.4    Closing Deliveries by Sellers .................................................... 15
Section 2.5    Closing Deliveries by Purchaser ................................................ 16
Section 2.6    Withholding ............................................................................ 176
Section 2.7    Purchase Price Adjustment ........................................................ 176

**ARTICLE III REPRESENTATIONS AND WARRANTIES OF SELLERS** ...................... 21
Section 3.1    Organization and Qualification .................................................. 21
Section 3.2    Authorization of Agreement ...................................................... 21
Section 3.3    Conflicts; Consents .................................................................. 22
Section 3.4    Financial Statements ................................................................ 22
Section 3.5    Title to Properties; Sufficiency of Assets .................................... 23
Section 3.6    Contracts ................................................................................ 25
Section 3.7    No Litigation .......................................................................... 27
Section 3.8    Permits; Compliance with Laws .................................................. 28
Section 3.9    Environmental Matters .............................................................. 28
Section 3.10   Intellectual Property ................................................................ 29
Section 3.11   Privacy and Security Matters. .................................................... 32
Section 3.12   Healthcare Matters .................................................................. 33
Section 3.13   Tax Matters ............................................................................ 34
Section 3.14   Employees .............................................................................. 35
Section 3.15   Insurance ................................................................................ 36
Section 3.16   Affiliate Transactions .............................................................. 36
Section 3.17   Brokers .................................................................................. 36
Section 3.18   Anti-Corruption ...................................................................... 36
Section 3.19   Absence of Certain Changes ...................................................... 37
Section 3.20   Bank Accounts ........................................................................ 37
Section 3.21   Employee Benefit Plans ............................................................ 37
Section 3.22   No Other Representations or Warranties ...................................... 37

i

**TABLE OF CONTENTS**

**Page**

**ARTICLE IV REPRESENTATIONS AND WARRANTIES OF PURCHASER**......................**38**
Section 4.1    Organization and Qualification.........................38
Section 4.2    Authorization of Agreement............................38
Section 4.3    Conflicts; Consents...................................39~~38~~
Section 4.4    Financing.............................................39
Section 4.5    Brokers...............................................39
Section 4.6    No Litigation.........................................~~40~~39
Section 4.7    Certain Arrangements..................................40
Section 4.8    Solvency..............................................40
Section 4.9    WARN Act and Mass Layoffs.............................40
Section 4.10   No Additional Representations or Warranties...........40

**ARTICLE V BANKRUPTCY COURT MATTERS**.......................................**40**
Section 5.1    Bankruptcy Actions....................................40
Section 5.2    Cure Costs............................................42
Section 5.3    Approval..............................................42

**ARTICLE VI COVENANTS AND AGREEMENTS**......................................**43**
Section 6.1    Conduct of the Business of Sellers....................43
Section 6.2    Access to Information.................................46
Section 6.3    Employee Matters......................................47
Section 6.4    Regulatory Approvals..................................50
Section 6.5    Antitrust Notification................................50
Section 6.6    Reasonable Efforts; Cooperation.......................52
Section 6.7    Certain Financing Matters.............................52
Section 6.8    Further Assurances....................................53
Section 6.9    Insurance Matters.....................................54
Section 6.10   Receipt of Misdirected Assets; Liabilities............54
Section 6.11   Guarantees; Third Party Assurances....................55
Section 6.12   Acknowledgment by Purchaser...........................56
Section 6.13   Guaranty..............................................57
Section 6.14   Confidentiality.......................................58
Section 6.15   No Successor Liability................................60
Section 6.16   Retained Privileged Materials.........................60
Section 6.17   Notification of Certain Matters.......................61
Section 6.18   Change of Name........................................61
Section 6.19   Open Source Remediation...............................61
Section 6.20   ~~CMS Novation~~[intentionally omitted]...............61
Section 6.21   ~~Completion of TSA Schedules~~          [intentionally omitted]......62~~1~~
Section 6.22   Privacy Compliance....................................61

**ARTICLE VII CONDITIONS TO CLOSING**.......................................**62**
Section 7.1    Conditions Precedent to the Obligations of Purchaser and Sellers......62
Section 7.2    Conditions Precedent to the Obligations of Purchaser..62

ii

<u>**TABLE OF CONTENTS**</u>

<u>**Page**</u>

Section 7.3   Conditions Precedent to the Obligations of Sellers ..................... 63
Section 7.4   Waiver of Conditions ....................................................... 64

**ARTICLE VIII TERMINATION** ............................................................ **64**
Section 8.1   Termination of Agreement ............................................... 64
Section 8.2   Effect of Termination ..................................................... 66

**ARTICLE IX TAXES** ........................................................................ **67**
Section 9.1   Transfer Taxes ............................................................... 67
Section 9.2   Allocation of Purchase Price ........................................... 67
Section 9.3   Cooperation .................................................................. 68
Section 9.4   Post-Closing Actions ..................................................... 68
Section 9.5   Preparation of Tax Returns and Payment of Taxes .............. 68

**ARTICLE X MISCELLANEOUS** ............................................................ **69**
Section 10.1   Non-Survival of Representations and Warranties and Certain Covenants;
                Certain Waivers .......................................................... 69
Section 10.2   Expenses .................................................................... 70
Section 10.3   Notices ...................................................................... 70
Section 10.4   Binding Effect; Assignment; Designated Purchasers ......... 71
Section 10.5   Amendment and Waiver ............................................... 72
Section 10.6   Third Party Beneficiaries ............................................. 72
Section 10.7   Non-Recourse ............................................................. 72
Section 10.8   Severability ................................................................. 732
Section 10.9   Construction ............................................................... 732
Section 10.10  Schedules .................................................................. 732
Section 10.11  Complete Agreement ................................................... 73
Section 10.12  Specific Performance ................................................... 743
Section 10.13  Jurisdiction and Exclusive Venue .................................. 74
Section 10.14  Governing Law; Waiver of Jury Trial .............................. 754
Section 10.15  No Right of Set-Off ..................................................... 75
Section 10.16  Counterparts and PDF .................................................. 75
Section 10.17  Publicity .................................................................... 765
Section 10.18  Bulk Sales Laws .......................................................... 76
Section 10.19  Sellers' Representative ................................................. 76
Section 10.20  Financing Sources ....................................................... 76

**ARTICLE XI ADDITIONAL DEFINITIONS AND INTERPRETIVE MATTERS** ......... **77**
Section 11.1   Certain Definitions ...................................................... 77
Section 11.2   Index of Defined Terms ................................................ 1
Section 11.3   Rules of Interpretation ................................................. 2

Active\1607011839.2

## INDEX OF EXHIBITS

EXHIBIT A   FORM OF BILL OF SALE AND ASSIGNMENT AND ASSUMPTION
            AGREEMENT
EXHIBIT B   FORM OF PATENT ASSIGNMENT AGREEMENT
EXHIBIT C   FORM OF TRADEMARK ASSIGNMENT AGREEMENT
EXHIBIT D   FORM OF DOMAIN NAME ASSIGNMENT AGREEMENT
EXHIBIT E   FORM OF CLOSING WORKING CAPITAL STATEMENT AND EXAMPLE
            CALCULATION
EXHIBIT F   FORM OF BIDDING PROCEDURES ORDER
EXHIBIT G   FORM OF TSA

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (this "Agreement"), dated as of October 15, 2023, is made by and among MedImpact Healthcare Systems, Inc., a California corporation (subject to Section 10.4(b), "Purchaser"), MI OpCo Holdings, Inc., a Delaware corporation ("Guarantor"), and Hunter Lane, LLC, a Delaware limited liability company (as in existence on the date hereof, as a debtor-in-possession and a reorganized Debtor, as applicable, "Elixir") and the Subsidiaries of Elixir that are indicated on the signature pages attached hereto (together with Elixir, each a "Seller" and collectively "Sellers"). Purchaser and Sellers are referred to herein individually as a "Party" and collectively as the "Parties." Capitalized terms used herein shall have the meanings set forth herein including Article XI.

WHEREAS, on October 15, 2023 (the "Petition Date"), Sellers, together with certain of Sellers' Subsidiaries and Affiliates, commenced voluntary cases under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), which cases are jointly administered for procedural purposes under Case No. [●] ([●]) (Bankr. D.N.J.) (collectively, the "Bankruptcy Cases"); and

WHEREAS, Purchaser desires to purchase the Acquired Assets and assume the Assumed Liabilities from Sellers, and Sellers desire to sell, convey, assign, and transfer to Purchaser the Acquired Assets together with the Assumed Liabilities, in a sale authorized by the Bankruptcy Court pursuant to, inter alia, sections 105, 363 and 365 of the Bankruptcy Code, in accordance with the other applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure and the local rules for the Bankruptcy Court, all on the terms and subject to the conditions set forth in this Agreement and subject to the entry and terms of the Sale Order;

NOW, THEREFORE, in consideration of the foregoing and the mutual representations, warranties, covenants, and agreements set forth herein, intending to be legally bound hereby, the Parties hereby agree as follows.

## ARTICLE I
## PURCHASE AND SALE OF ACQUIRED ASSETS;
## ASSUMPTION OF ASSUMED LIABILITIES

**Section 1.1**   **Purchase and Sale of the Acquired Assets**. Pursuant to sections 105, 363 and 365 of the Bankruptcy Code, on the terms and subject to the conditions set forth herein and in the Sale Order, at the Closing, Sellers shall sell, transfer, assign, convey, and deliver to Purchaser, and Purchaser shall purchase, acquire, and accept from Sellers, all of Sellers' right, title and interest in and to, as of the Closing, the Acquired Assets, free and clear of all Encumbrances other than Permitted Encumbrances. "Acquired Assets" means all of the properties, rights, interests and other assets owned by or held by a Seller as of the Closing, whether tangible or intangible, real, personal, or mixed, wherever located and whether or not required to be reflected on a balance sheet prepared in accordance with GAAP, including any such properties, rights, interests, and other assets acquired by any Seller after the date hereof and

prior to the Closing, and including Sellers' right, title and interest in and to, as of the Closing, the following assets of each Seller, but excluding in all cases the Excluded Assets:

(a)   (i) subject to Section 1.5, all Contracts listed on Schedule 1.1(a)(i) to which any Seller is a party, but, in all cases, excluding Leases, which are addressed in Section 1.1(g) and (ii) the Contracts listed on Schedule 1.1(a)(ii) (the "Commercial Interco Contracts" and, together with (i), the "Assigned Contracts"), including that certain Pharmacy Benefit Management Services Agreement ~~(the "ROI Agreement"~~, as amended from time to time (including pursuant to that certain Amendment No. 8 to Revised and Restated Pharmacy Benefit Management Services Agreement (Medicare Part D) to be effective on the Closing Date (the "ROI Amendment")), effective the 1st day of January, 2010, by and between Rx Options, Inc., an Ohio ~~c~~Corporation ~~and a Seller~~ ("ROI")~~,~~ and EIC (~~f/k/a Envision Insurance Company~~as so amended, the "ROI Agreement");

(b)   all rights under non-disclosure, confidentiality, and similar arrangements with (or for the benefit of) employees and agents of Sellers or with third parties (including any non-disclosure, confidentiality agreements or similar arrangements entered into in connection the Auction), which any such agreements will be Assigned Contracts subject to designation as an Excluded Contract pursuant to Section 1.5;

(c)   all accounts receivable (including Rebate Assets), notes receivable, negotiable instruments and chattel paper owing from Persons other than Sellers and their Affiliates, together with any unpaid interest or fees accrued thereon or other amounts due with respect thereto, but in all cases excluding any CMS Receivable;

(d)   all bank accounts;

(e)   all credits, prepaid expenses, deferred charges and expenses, advance payments, and prepaid items and duties, including all lease and rental payments that have been prepaid by any Seller with respect to any Acquired Leased Real Property;

(f)   all Documents (excluding any credit card numbers or related customer payment sources, social security numbers, or other information to the extent prohibited by any Law);

(g)   subject to Section 1.5, the Leased Real Property listed on Schedule 1.1(g) (the "Acquired Leased Real Property" and the Lease governing any Acquired Leased Real Property, an "Acquired Lease") and any security deposits related thereto;

(h)   all land, together with all buildings, structures, improvements, and fixtures located thereon, and all easements, privileges, appurtenances and other rights and interests appurtenant thereto and all right, title and interest in and to any streets, alleys, passages or other rights-of-way or appurtenances included in, adjacent to or used in connection with such land and all right, title and interest in all mineral rights appurtenant to such land, owned by the Sellers (the "Owned Real Property");

2

(i)     all tangible assets (including Equipment) of Sellers, including the tangible assets of Sellers located at any Acquired Leased Real Property or the Owned Real Property and any tangible assets on order to be delivered to any Seller; provided that, with respect to any such tangible asset that is leased to any Seller, the lease agreement covering such leased tangible asset is an Assigned Contract;

(j)     all rights against third parties (including customers, suppliers, vendors, merchants, manufacturers (including pharmaceutical drug manufacturers), Group Purchasing Organizations, and counterparties to any Assigned Contract), including causes of action, claims, counterclaims, defenses, credits, rebates (including any vendor, manufacturers (including pharmaceutical drug manufacturers), Group Purchasing Organizations, or supplier rebates), demands, allowances, refunds (other than Tax refunds attributable to a Pre-Closing Tax Period), causes of action, rights of set off, rights of recovery, rights of recoupment or rights under or with respect to express or implied guarantees, warranties, representations, covenants or indemnities made by such third parties, in each case arising out of or relating to events or circumstances occurring from and after the Closing Date with respect to any of the Acquired Assets or Assumed Liabilities (in each case, other than against any Seller or its Affiliates and excluding any CMS Receivable);

(k)     to the extent transferable under applicable Law, all of the rights, interests and benefits (if any) accruing under all Permits and Governmental Authorizations, and all pending applications therefor and copies of all governmental filings associated therewith, including, to the extent transferable under applicable Law, those Permits and Governmental Authorizations listed on Schedule 1.1(k);

(l)     to the extent transferable, excluding (A) all director and officer insurance policies, (iB) all ~~current and prior insurance policies of any Seller, and (ii)~~ liability policies, (C) all punitive damages policies, (D) Travelers Casualty and Surety Company of America, Managed Care Errors and Omissions Liability Policy No. 107576598, and (E) Allied World Surplus Lines Insurance Company Excess Liability Insurance Policy No. 0313-7399 (A, B, C, D, and E together the "Excluded Insurance Policies") and all insurance rights and benefits (including proceeds) of ~~any nature~~ the Excluded Insurance Policies (together with the Excluded Insurance Policies, the "Excluded Insurance Assets"), all insurance rights and benefits (including proceeds) to the extent arising from or relating to any of the Acquired Assets or Assumed Liabilities (including returns and refunds of any premiums paid, or other amounts due back to Sellers, with respect to cancelled policies), including all such insurance recoveries and rights to assert claims with respect to any such insurance recoveries (the ~~foregoing clauses (i) and (ii), collectively, the~~ "Acquired Insurance Assets");

(m)     all Intellectual Property owned or purported to be owned by the Sellers, all rights to collect royalties and proceeds in connection with such Intellectual Property that are or were due or payable prior to, on, or after the Closing, all rights to sue and recover for past, present and future infringements, dilutions, misappropriations, violations of, or other conflicts with, such Intellectual Property, and any and all corresponding rights that, now or hereafter, may be secured throughout the world, including the Laker Software and

3

the Intellectual Property set forth on <u>Schedule 1.1(m)</u> (collectively, the "<u>Acquired Intellectual Property</u>");

(n)      all Inventory and supplies of the Sellers;

(o)      (i) all avoidance claims or causes of action available to Sellers under chapter 5 of the Bankruptcy Code (including sections 544, 545, 547, 548, 549, 550 and 553) or any similar actions under any other applicable Law (whether or not asserted as of the Closing Date) ("<u>Avoidance Actions</u>") against any trade creditor, customer, supplier, manufacturer, distributor, broker, licensee, licensor, agent, or vendor of any Seller or any other Person with whom any Seller has an ordinary course commercial relationship, (ii) all Avoidance Actions relating to the Acquired Assets or Assumed Liabilities, or against any of the Sellers' counterparties to the Assigned Contracts, and (iii) all rights, claims, causes of action, rights of recovery, rights of set-off, and rights of recoupment of any Seller against any Transferred Employee (the foregoing clauses (i), (ii), and (iii), collectively, the "<u>Acquired Avoidance Actions</u>"); <u>provided</u> that, for the avoidance of doubt, the Acquired Avoidance Actions extend solely to actions related to the Acquired Assets and the Business and shall not include preference claims or avoidance claims and actions (including any such claims and actions arising under Sections 544, 545, 547, 548, 549, 550 and 553 of the Bankruptcy Code) against any representatives of the Debtors, or the Debtors' non-debtor Affiliates, Subsidiaries, or representatives of any of the foregoing; <u>provided</u> <u>further</u> that Purchaser will not pursue or cause to be pursued either directly or indirectly any Acquired Avoidance Actions except as a defense (to the extent permitted under applicable Law) against any claim or cause of action asserted by any Person enumerated in clauses (i), (ii), and (iii);

(p)      all deposits, including maintenance deposits, and security deposits for rent, electricity, telephone or otherwise; and

(q)      all goodwill, payment intangibles and general intangible assets and rights of Sellers.

**Section 1.2      Excluded Assets**. Notwithstanding anything to the contrary in this Agreement, in no event shall Sellers be deemed to sell, transfer, assign, convey or deliver, and Sellers shall retain all right, title and interest to, in and under the following properties, rights, interests and other assets of Sellers (collectively, the "<u>Excluded Assets</u>"):

(a)      all Cash and Cash Equivalents, such bank account(s) as the Parties reasonably agree prior to the Closing for Sellers to retain for winddown and related purposes, and any retainers or similar amounts paid to Advisors or other professional service providers;

(b)      subject to <u>Section 1.5</u>, all Contracts of Sellers other than Assigned Contracts and any Acquired Lease (the "<u>Excluded Contracts</u>"), including the Rejection Contracts;

(c)      all Documents (including information stored on the computer systems, data networks or servers of any Seller) (i) that exclusively relate to any of the Excluded

4

Assets or Excluded Liabilities, (ii) that are Sellers' financial accounting Documents, all minute books, Organizational Documents, stock certificates or other Equity Interests instrument, stock registers and such other books and records of any Seller pertaining to the ownership, organization or existence of such Seller, Tax Returns (and any related work papers), corporate seal, checkbooks, and canceled checks, or (iii) that any Seller is required by Law or Healthcare Law to retain; provided that Purchaser shall have the right to make copies of any portions of such Documents (other than Excluded Tax Returns) to the extent not prohibited by applicable Law or Healthcare Law;

(d)      all documents prepared or received by any Seller or any of its Affiliates or on their behalf in connection with the sale of the Acquired Assets, this Agreement or the other Transaction Agreements, the Transactions, or the Bankruptcy Case, that are subject to any attorney-client privilege and the transfer of which to Purchaser would result in the waiver of any such privilege ("Retained Privileged Materials");

(e)      other than the Acquired Insurance Assets, all current and prior insurance policies and Employee Benefit Plans of any Seller or its Affiliates, including for the avoidance of doubt ~~all director and officer insurance policies, and all rights and benefits of any nature of Sellers or its Affiliates with respect thereto, including all insurance recoveries thereunder and rights to assert claims with respect to any such insurance recoveries;~~the Excluded Insurance Assets;

(f)      all Equity Interests of any Seller or any of their respective Subsidiaries, including, EIC;

(g)      except for the Acquired Avoidance Actions, (i) all rights, claims, causes of action, rights of recovery, rights of set-off, and rights of recoupment as of the Closing of any Seller or its Affiliates, in each case, directly arising out of events occurring prior to the Closing Date, and (ii) all claims that any Seller or any of its Affiliates may have against any Person with respect to any other Excluded Assets or any Excluded Liabilities;

(h)      Sellers' claims, causes of action or other rights under this Agreement, including the Purchase Price hereunder, or any agreement, certificate, instrument, or other document executed and delivered between any Seller or its Affiliates and Purchaser in connection with the Transactions, or any other agreement between any Seller or its Affiliates and Purchaser entered into on or after the date hereof;

(i)      all Tax refunds attributable to a Pre-Closing Tax Period, and Tax attributes and Tax assets;

(j)      any CMS Receivable and any billed and unbilled rebate receivables related to EIC;

(k)      except for the Acquired Avoidance Actions and Rebate Assets, all demands, credits, statements, allowances, refunds, rebates (including any vendor or supplier rebates), rights (including under or with respect to express or implied guarantees, warranties, representations, covenants and indemnities), claims, counterclaims, defenses, credits, causes of action, rights of set off, rights of recovery or rights of recoupment

5

relating to or arising against suppliers, vendors, merchants, manufacturers and counterparties to Leases, licenses or any Contract, directly arising out of events occurring prior to the Closing Date;

(l)    any properties, rights, interests, and assets of Sellers designated as an Excluded Asset pursuant to <u>Section 1.6</u>; and

(m)    all Liabilities or other amounts owing from any Sellers or any of their respective Affiliates (other than any such Liabilities under any Assigned Contract).

**Section 1.3    Assumption of Certain Liabilities**. On the terms and subject to the conditions set forth herein and in the Sale Order, effective as of the Closing, in addition to the issuance of the Term Loans in accordance with <u>Section 2.1</u>, Purchaser shall irrevocably assume from each Seller (or with respect to Taxes, if applicable, from such Seller's applicable Affiliate) (and after the Closing pay, perform, discharge, or otherwise satisfy in accordance with their respective terms), and Sellers (or with respect to Taxes, if applicable, from such Seller's applicable Affiliate) shall irrevocably transfer, assign, convey, and deliver to Purchaser, only the following Liabilities (and no other Liabilities, which other Liabilities shall be retained by Sellers), without duplication and only to the extent not paid, performed, discharged or otherwise satisfied on or prior to the Closing (collectively, the "<u>Assumed Liabilities</u>"):

(a)    all Cure Costs in an amount not to exceed $1,400,000 (the "<u>Assumed Cure Costs</u>");

(b)    all Liabilities and obligations of any Seller under the Assigned Contracts and any Acquired Lease solely to the extent first arising after the Closing and, for the avoidance of doubt, excluding any Excluded Rebate Liability;

(c)    all Liabilities arising out of the conduct of the Business or the ownership or operation of the Acquired Assets or the Business, in each case, by Purchaser on or after the Closing Date;

(d)    all trade payables of Sellers to non-Affiliated third parties in connection with the Business existing on the Closing Date that remain unpaid and are not delinquent as of the Closing Date and incurred in the Ordinary Course and other Liabilities of Sellers of the types included in the definition of Closing Working Capital but not including any Excluded Rebate Liability or any Liabilities to the extent relating to or otherwise arising, whether before, on or after the Closing, under any of the Excluded Contracts (collectively, the "<u>Assumed Current Liabilities</u>");

(e)    all recoupment obligations of any Seller under any Assigned Contracts or Excluded Contracts solely to the extent related to claims by any pharmaceutical drug manufacturer or Group Purchasing Organizations pursuant to any Assigned Contract, or Excluded Contract, for the recoupment of any Rebate Assets (collectively, the "<u>Assumed Rebate Liability</u>"), but excluding any Liabilities related to any billed and unbilled manufacture rebate receivable related to the business of EIC;

6

(f)     without duplication: (i) all Liabilities for Taxes with respect to the Acquired Assets, the Business, or the Transferred Employees for any taxable period (or portion thereof) beginning after the Closing Date, and (ii) all Transfer Taxes pursuant to Section 9.1;

(g)     all Liabilities relating to the Transferred Employees that arise after the Closing Date; and

(h)     all Liabilities relating to the termination of Scheduled Employees who do not receive a Transfer Offer from Purchaser in compliance with Section 6.3(a).

**Section 1.4     Excluded Liabilities**. Purchaser shall not assume, be obligated to pay, perform or otherwise discharge or in any other manner be liable or responsible for any Liabilities of, or Action against, any Seller of any kind or nature whatsoever, whether absolute, accrued, contingent or otherwise, liquidated or unliquidated, due or to become due, known or unknown, currently existing or hereafter arising, matured or unmatured, direct or indirect, and however arising, whether existing on the Closing Date or arising thereafter as a result of any act, omission, or circumstances taking place on or prior to the Closing, other than the Assumed Liabilities (all such Liabilities that are not Assumed Liabilities being referred to collectively herein as the "Excluded Liabilities"). Without limiting the generality of the foregoing, the Excluded Liabilities shall include the following Liabilities of any Seller:

(a)     all Cure Costs other than the Assumed Cure Costs (the "Excluded Cure Costs");

(b)     except to the extent of any Assumed Cure Costs, Assumed Current Liabilities, or Assumed Rebate Liability expressly assumed pursuant to Section 1.3, any Liability arising out of facts or circumstances in existence on or prior to the Closing and from or related to any breach, default under, failure to perform, torts related to the performance of, violations of Law, infringements or indemnities under, guaranties pursuant to and overcharges, underpayments or penalties on the part of the Sellers or any of their Affiliates under any Contract, agreement, arrangement or understanding to which any Seller or any of its Affiliates is a party prior to the Closing;

(c)     except to the extent of any Assumed Cure Costs, Assumed Current Liabilities, or Assumed Rebate Liability expressly assumed pursuant to Section 1.3, all Liabilities arising out of, relating to or otherwise in respect of the operation of the Business or businesses of Sellers' Affiliates, or any of the Sellers', or Sellers' Affiliates', products or services, or the operation or condition of the Acquired Assets or the Assumed Liabilities, in each case, on or prior to the Closing or facts, actions, omissions, circumstances or conditions existing, occurring or accruing on or prior to the Closing;

(d)     all Liabilities arising from or related to any Action (whether civil, criminal, administrative, investigative, or informal) against any Sellers or their Affiliates, (including, for the avoidance of doubt, any Action related to fraud, breach of fiduciary duty, misfeasance or under any other theory relating to conduct, performance or non-performance of any Seller, or any of their Affiliates, or any of their respective

7

directors, officers, or employees), or related to the Acquired Assets or the Assumed Liabilities, pending or threatened or having any other status or with respect to facts, actions, omissions, circumstances or conditions existing, occurring or accruing prior to the Closing (including any breach, default, failure to perform, torts related to performance, violations of Law, infringements or indemnities, guaranties and overcharges, underpayments or penalties, whether in respect of any Contract, agreement, arrangement, promise or understanding of any kind) including any successor liability claims or that may be owed to or assessed by, any Governmental Body or other Person, and whether commenced, filed, initiated, or threatened prior to, on or following the Closing;

(e)     all Liabilities to the extent relating to or otherwise arising, whether before, on or after the Closing, under any of the Excluded Contracts;

(f)     all Liabilities of Sellers for Indebtedness and any Liability, including, any Assumed Rebate Liability, related to any billed and unbilled rebate receivables related to EIC;

(g)     all guarantees of Indebtedness made by the Sellers and all reimbursement obligations to guarantors of the Sellers' obligations or under letters of credit or other similar agreements or instruments;

(h)     other than the Assumed Rebate Liability, all Liabilities related to claims or Actions by any pharmaceutical drug manufacturer, Group Purchasing Organizations, or any other Person related to rebates, recoupment, ~~payments~~ or similar items, whether or not pursuant to any Assigned Contract or any other Contract (the "Excluded Rebate Liability"); provided that, (i) for the avoidance of doubt, Excluded Rebate Liability shall not include any Liability for "direct or indirect renumeration" (sometimes referred to as "DIR"), as contemplated by and as such term is interpreted under 42 C.F.R. 423.308, that is otherwise an Assumed Liability to any pharmaceutical drug manufacturer, Group Purchasing Organization, or pharmacy, and (ii) Excluded Rebate Liability shall not include any rebate obligations of Sellers payable to plan sponsors, customers or clients;

(i)     all Liabilities related to, resulting from or arising out of, prior to, on or after the Closing, any (i) unredeemed refund amounts, rebates (except for any Assumed Rebate Liability), or similar items, (ii) customer deposits or (iii) customer promotions and loyalty programs;

(j)     all Liabilities to (i) any current or former owner of capital stock or other Equity Interests of the Sellers or any securities convertible into, exchangeable or exercisable for shares of capital stock or other Equity Interests of the Sellers, (ii) any current or former holder of indebtedness for borrowed money of the Sellers or (iii) in respect of obligations for indemnification or advancement of expenses, any current or former officer or director of the Sellers, in each case of (i), (ii), and (iii), solely in such Person's capacity as such;

8

(k)      the sponsorship of and all Liabilities at any time arising under, pursuant to or in connection with any Employee Benefit Plans (whether arising prior to, on or after the Closing Date) and all Liabilities for compliance with the requirements of section 4980B of the Tax Code and the rules and regulations thereunder with respect to all individuals who are "M&A qualified beneficiaries" (as such term is defined in 26 C.F.R. § 54.4980B-9);

(l)      Except as expressly assumed by Purchaser in <u>Section 6.3(g)</u>, Liabilities arising under the WARN Act and similar Laws relating to the termination of any current or former employee or contractor of any Seller, or any Affiliate of a Seller, (including any Transferred Employees), and including any current, threatened or potential claims for compensation or benefits, in each such case, to the extent related to employment or contracting with the Sellers (or any of their Affiliates) or termination thereof, whether arising prior to, on or after the Closing Date

(m)      all Liabilities and other payments incurred or otherwise payable by any of the Sellers or their respective Affiliates, or for which any of the Sellers or their respective Affiliates is liable, in connection with in connection with the administration of the Bankruptcy Cases or the negotiation, execution and consummation of the Transactions or any Transaction Agreement (including any preparation for a transaction process, bankruptcy process, any sale process involving other potential buyers or any contemplated public offering or financing), including the fees and expenses of financial advisors, accountants, legal counsel, consultants, brokers and other advisors with respect thereto, whether incurred, accrued or payable on or prior to or after the date of this Agreement or the Closing Date;

(n)      all Liabilities of Sellers arising under or pursuant to Environmental Laws, including with respect to any real property owned, operated, leased or otherwise used by Sellers, whether or not used in the Ordinary Course, including any Liabilities for noncompliance with Environmental Laws or the Release of Hazardous Substances, to the extent arising as a result of any act, omission, or circumstances taking place on or prior to the Closing, whether known or unknown as of the Closing;

(o)      other than the Assumed Rebate Liability or any Assumed Current Liability expressly assumed pursuant to <u>Section 1.3</u>, all Liabilities relating to any Product that is or has been manufactured, tested, distributed, held or marketed by or on behalf of any Seller, or the Affiliate of any Seller, arising from any recall, withdrawal or suspension (whether voluntarily or otherwise), except to the extent that such recall, withdrawal or suspension results from Purchaser's operation of the Business or the Acquired Assets following the Closing;

(p)      all Liabilities as to which any Seller is an obligor, or is otherwise responsible or liable, to any Seller or any of its Affiliates, other than any Assumed Current Liability.

(q)      all Liabilities of Sellers arising out of any (i) Excluded Contract, (ii) Permit that is not transferred to Purchaser as part of the Acquired Assets or,

9

(iii) Contract or Permit that is not transferred to Purchaser (subject to Section 1.5(c)) because of any failure to obtain any Consent or Governmental Authorization required for such transfer;

(r)      all Liabilities of Sellers related to any Contract of any Seller, or an Affiliate of any Seller, with Virginia Premier, which such Contracts shall be an Excluded Contract;

(s)      all Liabilities relating to Transferred Employees that arise on or prior to the Closing Date;

(t)      all Liabilities arising with respect to any Business Employees who are not required to receive a Transfer Offer or who otherwise fails to become employed by Purchaser or its Affiliates immediately following the Closing Date (including due to refusing to accept a Transfer Offer that complies with Section 6.3), other than as a result of Purchaser's breach of Section 6.3;

(u)      (i) all Liabilities relating to income Taxes imposed upon any of the Sellers (or for which any of the Sellers may otherwise be liable, including as a transferee, successor, or by contract (other than as expressly provided in this Agreement)), without regard to whether such Taxes relate to periods (or portions thereof) ending on or prior to the Closing Date, (ii) all Liabilities relating to Taxes imposed on or with respect to the Acquired Assets for any Pre-Closing Tax Period, and (iii) all Liabilities of any of the Sellers relating to the payment for the income Taxes of any Person under Treasury Regulation Section 1.1502-6 (or any similar provision of state, local, or non-U.S. Law); and

(v)      drafts or checks outstanding as of the Closing;

provided that in the event of any conflict between the terms of Section 1.3 and this Section 1.4, the terms of Section 1.3 shall control.

**Section 1.5      Assumption/Rejection of Certain Contracts / Non-Assignment**.

(a)      Assumption and Assignment of Executory Contracts. Sellers shall provide timely and proper written notice of the motion seeking entry of the Sale Order to all parties to any executory Contracts or unexpired Leases to which any Seller is a party that are Assigned Contracts or an Acquired Lease and take all other actions reasonably necessary to cause such Contracts to be assumed by Sellers and assigned to Purchaser pursuant to section 365 of the Bankruptcy Code to the extent that such Contracts are Assigned Contracts or an Acquired Lease at Closing. The Sale Order shall provide that as of and conditioned on the occurrence of the Closing, the applicable Sellers shall assume and assign or cause to be assigned to Purchaser, as applicable, the Assigned Contracts and any Acquired Lease, each of which shall be identified by the name or appropriate description and date of the Assigned Contract and any Acquired Lease (if available), the other party to the Assigned Contract, and any Acquired Lease, and the address of such party for notice purposes, all included in a notice filed with the Bankruptcy Court. Such notice shall also set forth Sellers' good faith estimate of the amounts necessary to cure

10

any defaults under each of the Assigned Contracts and any Acquired Lease as determined by Sellers based on their books and records or as otherwise determined by the Bankruptcy Court. At the Closing, Sellers shall, pursuant to the Sale Order, and the Assignment and Assumption Agreement(s) assume and assign to Purchaser (the consideration for which is included in the Purchase Price), all Assigned Contracts and any Acquired Lease that may be assigned by any such Seller to Purchaser pursuant to sections 363 and 365 of the Bankruptcy Code, subject to adjustment pursuant to <u>Section 1.5(b)</u>. At the Closing, (i) Purchasers shall pay all Assumed Cure Costs and Sellers shall pay all Excluded Cure Costs, and (ii) Purchaser shall assume, and thereafter in due course and in accordance with its respective terms pay, fully satisfy, discharge and perform all of the obligations under each Assigned Contract and any Acquired Lease pursuant to section 365 of the Bankruptcy Code. On the date hereof, Sellers shall set forth on <u>Schedule 3.6(a)</u> their good faith estimate of the Cure Costs of each executory Assigned Contract, Material Contract, and unexpired Lease, including the Acquired Lease.

(b)    <u>Excluding or Adding Assigned Contracts and any Acquired Lease Prior to Closing</u>. Purchaser shall have the right to notify Sellers in writing of any Assigned Contract (other than Contracts with customers or pharmacies or any Commercial Interco Contract) and any Acquired Lease that it does not wish to assume or a Contract or Lease (other than any Contract set forth on <u>Schedule 1.5(b)</u> (the "<u>Rejection Contracts</u>")) to which any Seller is a party that Purchaser wishes to add as an Assigned Contract or an Acquired Lease, as applicable, at any time, and from time to time, up to one Business Day prior to the Bid Deadline (as defined in the Bidding Procedures Order), and (i) any such previously considered Assigned Contract (other than Contracts with customers or pharmacies or any Commercial Interco Contract) or Acquired Lease that Purchaser no longer wishes to assume shall be automatically deemed removed from the Schedules related to Assigned Contracts or Acquired Lease, as applicable, and automatically deemed an Excluded Contract, in each case, without any adjustment to the Purchase Price, and (ii) any such previously considered Excluded Contract (other than any Rejection Contract) that Purchaser wishes to assume as an Assigned Contract, or Acquired Lease, as applicable, shall be automatically deemed added to the Schedules related to Assigned Contracts, or Acquired Lease, as applicable, and automatically no longer deemed an Excluded Contract, and assumed by the applicable Seller to sell and assign to Purchaser, in each case, without any adjustment to the Purchase Price.

(c)    <u>Non-Assignment</u>.

(i)    Notwithstanding anything to the contrary in this Agreement, a Contract shall not be an Assigned Contract or an Acquired Lease hereunder and shall not be assigned to, or assumed by, Purchaser to the extent that such Contract is terminated by a Seller, its Affiliates or any other party thereto, or terminates or expires by its terms, on or prior to such time as it is to be assumed by Purchaser as an Assigned Contract or an Acquired Lease hereunder and is not continued or otherwise extended upon assumption.

(ii)    Notwithstanding anything to the contrary in this Agreement, to the extent an Acquired Asset requires a Consent or Governmental Authorization

11

(other than, and in addition to and determined after giving effect to any Order of the Bankruptcy Court, including the Sale Order) in order to permit the sale or transfer to Purchaser of the applicable Seller's right, title and interest in and to such asset, and such Consent or Governmental Authorization has not been obtained prior to such time as such right, title and interest is to be transferred by Purchaser as an Acquired Asset hereunder, such asset shall not be an Acquired Asset hereunder and shall not be transferred to, or received by, Purchaser. If any Acquired Asset is deemed not to be assigned pursuant to this clause (ii), the Closing shall nonetheless take place subject to the terms and conditions set forth herein and, thereafter, through the earlier of such time as such Consent or Governmental Authorization is obtained and six (6) months following the Closing or the election of Purchaser, upon written notice to Sellers and in the sole discretion of Purchaser(or the closing of the Bankruptcy Cases or dissolution of the applicable Seller(s) if earlier), Sellers and Purchaser shall (A) use reasonable best efforts to secure such Consent or Governmental Authorization as promptly as practicable after the Closing and (B) cooperate in good faith in any lawful and commercially reasonable arrangement reasonably proposed by Purchaser, including subcontracting, licensing, or sublicensing to Purchaser any or all of any Seller's rights and obligations with respect to any such Acquired Asset, under which (1) Purchaser shall obtain (without infringing upon the legal rights of such third party or violating any Law) the economic rights and benefits (net of the amount of any related Tax costs imposed on Sellers or their respective Affiliates or any direct costs associated with the retention and maintenance of such Acquired Asset incurred by any Seller or its Affiliates) with respect to such Acquired Asset with respect to which the Consent or Governmental Authorization has not been obtained and (2)Purchaser shall assume and timely discharge any related burden and obligation with respect to such Acquired Asset. Upon satisfying any requisite Consent or Governmental Authorization requirement applicable to such Acquired Asset after the Closing, the applicable Seller's right, title and interest in and to such Acquired Asset shall promptly be transferred and assigned to Purchaser in accordance with the terms of this Agreement and the Sale Order. Notwithstanding anything herein to the contrary, (x) the provisions of this Section 1.5(c) shall not apply to any Consent or approval required under the HSR Act and any Foreign Competition Laws, which Consent or approval shall be governed by Section 6.5 and (y) no Seller will be obligated to pay any consideration therefor to any third party from whom Consent or Governmental Authorization is requested or to initiate any litigation to obtain any such Consent or Governmental Authorization.

**Section 1.6    Excluded Asset Designation**. At any time at least two (2) Business Day prior to the Closing, Purchaser may, in its sole discretion and by written notice to the Sellers, designate any of the Acquired Assets (other than any executory Contracts or unexpired Lease subject to Section 1.5(b)), as additional Excluded Assets. Purchaser acknowledges and agrees that there shall be no reduction in the Purchase Price if it elects to designate any Acquired Assets as Excluded Assets pursuant to the operation of this section.

**Section 1.7**     <u>EIC</u>.

(a)     "<u>EIC</u>" means Elixir Insurance Company, an Ohio corporation and wholly-owned Subsidiary of Sellers that is not a Debtor.

(b) At the Closing, subject to the terms and subject to the conditions set forth herein, Sellers shall cause EIC to sell, transfer, assign, convey, and deliver to Purchaser, and Purchaser shall purchase, acquire, and accept from EIC, all of EIC's right, title and interest in and to, as of the Closing, the following assets, free and clear of all Encumbrances other than Permitted Encumbrances:

(i) the CMS Contracts;

(ii) the EGWP Contracts; and

(iii) all books and records maintained by or on behalf of EIC or any Affiliate for and with respect to the CMS Contracts and any EGWP Contracts.

(c) On the terms and subject to the conditions set forth herein, effective as of the Closing, Purchaser shall irrevocably assume from EIC (and after the Closing pay, perform, discharge, or otherwise satisfy in accordance with their respective terms), and EIC shall irrevocably transfer, assign, convey, and deliver to Purchaser, all Liabilities and obligations of, and claims against, EIC under the CMS Contracts incurred from and after the Closing.

(d) On the terms and subject to the conditions set forth herein, effective as of the Closing, Purchaser shall irrevocably assume from EIC (and after the Closing pay, perform, discharge, or otherwise satisfy in accordance with their respective terms), and EIC shall irrevocably transfer, assign, convey, and deliver to Purchaser, all Liabilities and obligations of EIC under the EGWP Contracts incurred from and after the Closing.

(e) Where applicable, the CMS Contracts and the EGWP Contracts shall constitute Acquired Assets; provided that (i) the Parties acknowledge and agree that EIC is not and shall not in any event be a Debtor and (ii) as such, none of the provisions of this Agreement related to or involving the Bankruptcy Code shall apply to the transactions contemplated by this Section 1.7.

(f) "CMS Contracts" means collectively, (i) that certain Contract titled "Contract with Approved Entity pursuant to Sections 1860D-1 Through 1860D-43 of the Social Security Act for the Operation of an Employer Group Only Voluntary Medicare Prescription Drug Plan" (Contract No. S7694), by and between CMS and EIC, executed on or about September 11, 2023, including all documents incorporated therein by reference and addenda thereto, (ii) any plans entered into thereunder, (iii) any "lives" covered by any of the foregoing], and (iv) that certain Contract titled "Medicare Mark License Agreement" (Contract No. S7694), by and between CMS and EIC, executed on or about September 11, 2023.

Active\1607011839.2

## ARTICLE II
### CONSIDERATION; PAYMENT; CLOSING

**Section 2.1    Consideration; Payment**.

(a)    The aggregate consideration (collectively, the "Purchase Price") to be provided by Purchaser for the purchase of the Acquired Assets shall be: (i) the assumption of Assumed Liabilities, (ii) subject to adjustment pursuant to Section 2.7(a)(i), issuance of the Term Loans by Guarantor, (iii) pursuant to Section 2.2(e), the Deposit minus the Purchase Price Adjustment Escrow Amount, (iv) subject to Section 2.7(d), the Purchase Price Adjustment Escrow Amount, and (v) other than the Purchase Price Adjustment Escrow Amount, any cash payment required to be made by Purchaser pursuant to Section 2.7(d)(i) (the "Cash Payment").

(i)    The "Term Loans" means those certain 2023 Term Loans pursuant to that certain Second Amended and Restated Credit Agreement, dated as of November 8, 2023,  (the "Credit Agreement") among Guarantor, MI OpCo H2, LLC, certain Guarantors (as defined in the Credit Agreement), certain Lenders (as defined in the Credit Agreement),  and Bank of America, N.A., to be issued by Guarantor to Term Loan Holder at the Closing in a principal amount of the Principal Amount.

(ii)    The "Principal Amount" means an amount equal to (A) subject to adjustment pursuant to Section 2.7(a)(i), $576,5,000,000 less the Deposit ("Term Loans Consideration Amount"), divided by (B) 0.94.

(iii)    The "Term Loan Holder" means Elixir, or any other debtor in the Bankruptcy Cases designated in writing by Elixir to Purchaser not less than five (5) Business Days prior to the Closing.

(b)    At the Closing, pursuant to the Credit Agreement, Guarantor shall issue the Term Loans to the Term Loan Holder. Any payment required to be made pursuant to any other provision hereof shall be made in cash by wire transfer of immediately available funds to such bank account as shall be designated in writing by the applicable Party to (or for the benefit of) whom such payment is to be made at least two (2) Business Days prior to the date such payment is to be made.

**Section 2.2    Deposit; Purchase Price Adjustment Escrow**.

(a)    Deposit.

(i)    Purchaser has, on or prior to the date hereof (or, if the date hereof is not a Business Day, the first Business Day immediately following the date hereof) and pursuant to the Escrow Agreement, made an earnest money deposit with the Escrow Agent in the amount equal to $12,000,000 (the "Initial Deposit"), by wire transfer of immediately available funds for deposit into a separate segregated,  non-interest bearing escrow account  (the "Escrow Account")

14

maintained by the Escrow Agent in accordance with the Escrow Agreement and Bidding Procedures Order.

(ii)    So long as this Agreement has not been earlier terminated, Purchaser will, on or prior to October 23, 2023, and pursuant to the Escrow Agreement, make a second earnest money deposit with the Escrow Agent in the amount equal to $3,000,000 (the "Second Deposit"), by wire transfer of immediately available funds for deposit into the Escrow Account maintained by the Escrow Agent in accordance with the Escrow Agreement and Bidding Procedures Order.

(iii)    So long as this Agreement has not been earlier terminated, Purchaser will, on or prior to November 8, 2023, and pursuant to the Escrow Agreement, make a third earnest money deposit with the Escrow Agent in the amount equal to the difference (i) $57,500,000 minus (ii) the sum of the Initial Deposit and the Second Deposit (such difference, the "Final Deposit"), by wire transfer of immediately available funds for deposit into the Escrow Account maintained by the Escrow Agent in accordance with the Escrow Agreement and Bidding Procedures Order, such that immediately after the Final Deposit is made the amount in the Escrow Account equals $57,500,000 (the total amount of funds held in the Escrow Account at any given time from the Initial Deposit, Second Deposit, or Final Deposit, shall be referred to herein as the "Deposit"). The Deposit shall not be subject to any lien, attachment, trustee process, or any other judicial process of any creditor of any Seller or Purchaser and shall be applied against payment of the Purchase Price on the Closing Date.

(b)    If this Agreement has been terminated by (i) Sellers pursuant to Section 8.1(d), Section 8.1(f), or Section 8.1(p) or (ii) Purchaser pursuant to Section 8.1(n) or Section 8.1(o), then, in any such case, the Parties shall promptly, but in any event within five (5) Business Days after such termination hereof, deliver joint written instructions to the Escrow Agent directing the Escrow Agent to transfer by wire transfer of immediately available funds 100% of the Deposit (together with any and all investment interest thereon (less any Taxes with respect to such interest), if any) to such account(s) as may be designated by Elixir, and Elixir shall retain the Deposit (together with any and all investment interest thereon (less any Taxes with respect to such interest), if any); provided that nothing in this paragraph shall be deemed to limit any other remedies to which Sellers may be entitled under this Agreement or applicable Law; provided that Sellers acknowledge and agree that retaining the Deposit pursuant to this Section 2.2(b) shall be Sellers' sole and exclusive remedy arising (i) from Seller's termination of this Agreement pursuant to Section 8.1(d), Section 8.1(f), or Section 8.1(p) (or upon any other grounds) as a result of Purchaser's breach of Section 2.2(a) or Section 4.4, (ii) from Purchaser's breach of Section 2.2(a) or Section 4.4, or (iii) from Purchaser's termination of this Agreement pursuant to Section 8.1(n) or Section 8.1(o); provided that nothing herein shall limit any Party's Liability for Fraud.

(c)    If this Agreement has been terminated by any Party, other than as contemplated by Section 2.2(b), then the Parties shall promptly, but in any event within

15

five (5) Business Days after such termination hereof, deliver joint written instructions to the Escrow Agent directing the Escrow Agent to transfer by wire transfer of immediately available funds 100% of the Deposit (together with any and all investment interest thereon (less any Taxes with respect to such interest), if any) to such account(s) as may be designated by Purchaser, and the Deposit, together with any and all investment interest thereon (less any Taxes with respect to such interest), if any, shall be returned to Purchaser within five (5) Business Days after such termination.

(d)      The Parties agree that Sellers' right to retain the Deposit, as set forth in Section 2.2(b), is not a penalty, but rather is liquidated damages in a reasonable amount that will compensate Sellers for their efforts and resources expended and the opportunities foregone while negotiating this Agreement and in reliance on this Agreement and on the expectation of the consummation of the Transactions, which amount would otherwise be impossible to calculate with precision.

(e)      If the Closing occurs, at the Closing the Parties shall deliver a joint written instruction to the Escrow Agent directing the Escrow Agent to (i) transfer by wire transfer of immediately available funds an amount equal to (i) 100% of the Deposit (together with any and all investment interest thereon, if any) minus (ii) the Purchase Price Adjustment Escrow Amount, which shall continue to be held in accordance with the Escrow Agreement, to such account(s) as may be designated by Elixir. The Purchase Price Adjustment Escrow Amount shall not be subject to any lien, attachment, trustee process, or any other judicial process of any creditor of any Seller or Purchaser.

**Section 2.3      Closing**. The closing of the purchase and sale of the Acquired Assets, the delivery of the Purchase Price, the assumption of the Assumed Liabilities in accordance with this Agreement (the "Closing") will take place by telephone conference and electronic exchange of documents (or, if the Parties agree to hold a physical closing, at the offices of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022) at 10:00 a.m. Eastern Time on the first day of the month immediately following full satisfaction or due waiver (by the Party entitled to the benefit of such condition) of the closing conditions set forth in Article VII (other than conditions that by their terms or nature are to be satisfied at the Closing), or at such other place and time as the Parties may agree in writing. The date on which the Closing actually occurs is referred to herein as the "Closing Date;" provided that if the Closing Date would otherwise occur on January 1, 2024, the Closing Date shall be January 2, 2024.

**Section 2.4      Closing Deliveries by Sellers**. At or prior to the Closing, Sellers shall deliver to Purchaser:

(a)      a bill of sale and assignment and assumption agreement substantially in the form of Exhibit A (the "Assignment and Assumption Agreement") duly executed by the applicable Sellers;

(b)      a short-form patent assignment agreement substantially in the form of Exhibit B, duly executed by the applicable Sellers;

Active\1607011839.2

(c)    a short-form trademark assignment agreement substantially in the form of Exhibit C, duly executed by the applicable Sellers;

(d)    a short-form domain name assignment agreement substantially in the form of Exhibit D, duly executed by the applicable Sellers;

(e)    the TSA, duly executed by the applicable Sellers or their Affiliates;

(f)    ~~chain of custody agreements, in customary form and only to the extent necessary in accordance with applicable Law to transfer Sellers' right, title, and interest in any pharmaceutical Inventory to Purchaser, which agreements shall not expand any representation or warranty, or any remedy or Liability, of any Party, duly executed by the applicable Sellers;~~[intentionally omitted];

(g)    a special warranty deed with respect to each Owned Real Property, conveying to Purchaser fee simple title to such Owned Real Property, subject only to Permitted Encumbrances;

(h)    an IRS Form W-9 or IRS Form W-8, as applicable, executed by each Seller or each Seller's regarded owner for U.S. federal income Tax purposes; provided that the Purchaser's sole remedy for the failure to provide any such form shall be to withhold any required amount under applicable Tax Law; and

(i)    an officer's certificate, dated as of the Closing Date, executed by a duly authorized officer of Elixir certifying that the conditions set forth in Section 7.2(a), Section 7.2(b), and Section 7.2(d) have been satisfied.

**Section 2.5    Closing Deliveries by Purchaser**. At the Closing, Purchaser shall deliver to (or at the direction of) Sellers:

(a)    written confirmation that upon the Closing, the Term Loan Holder will be the holder of the Term Loans in the Principal Amount;

(b)    the Assignment and Assumption Agreement, duly executed by Purchaser;

(c)    a short-form patent assignment agreement substantially in the form of Exhibit B, duly executed by the Purchaser;

(d)    a short-form trademark assignment agreement substantially in the form of Exhibit C, duly executed by the Purchaser;

(e)    a short-form domain name assignment agreement substantially in the form of Exhibit D, duly executed by the Purchaser;

(f)    the TSA, duly executed by the applicable Sellers or their Affiliates;

(g)    ~~chain of custody agreements, in customary form and only to the extent necessary in accordance with applicable Law to transfer Sellers' right, title, and interest~~

17

~~in any pharmaceutical Inventory to Purchaser, which agreements shall not expand any representation or warranty, or any remedy or Liability, of any Party, duly executed by the applicable Purchaser; and~~[intentionally omitted]; and

(h)      an officer's certificate, dated as of the Closing Date, executed by a duly authorized officer of Purchaser certifying that the conditions set forth in <u>Section 7.3(a)</u> and <u>Section 7.3(b)</u> have been satisfied.

**Section 2.6      <u>Withholding</u>**. Purchaser, the Sellers, and their Affiliates (or any applicable agents thereof) shall be entitled to deduct and withhold from the Cash Payment or other consideration payable pursuant to this Agreement such amounts as may be required to be deducted and withheld under the Tax Code or any provision of applicable Law; <u>provided</u> that Purchaser and its Affiliates shall use commercially reasonable efforts to provide notice of any such intent by them to withhold or deduct (other than in respect of payments that are compensatory in nature) to Sellers at least five (5) Business Days in advance of such withholding or deduction, and Purchaser and its Affiliates shall cooperate in good faith with Sellers to reduce or eliminate any such withholding or deduction. To the extent that such amounts are paid over to the appropriate Taxing Authority, such amounts shall be treated for all purposes of this Agreement as having been paid to the Person in respect of which such deduction and withholding were made.

**Section 2.7      <u>Purchase Price Adjustment</u>**.

(a)      <u>Closing Adjustment</u>.

(i)      At the Closing, the Term Loans Consideration Amount shall be adjusted in the following manner: either (1) an increase by the amount, if any, by which the Estimated Closing Working Capital (as determined in accordance with <u>Section 2.7(a)(ii)</u>) is greater than the Target Working Capital provided that in no event will such increase be more than $50,000,000, or (2) a decrease by the amount, if any, by which the Estimated Closing Working Capital is less than the Target Working Capital.

(ii)      At least 3 Business Days before the Closing, Sellers shall prepare and deliver to Purchaser a statement setting forth its good faith estimate of Closing Working Capital (the "<u>Estimated Closing Working Capital</u>"), which statement shall be substantially in the form of <u>Exhibit E</u> and contain a calculation of Estimated Closing Working Capital (the "<u>Estimated Closing Working Capital Statement</u>"), and prepared in accordance with GAAP applied using the accounting methods, practices, principles, policies and procedures, with consistent classifications, judgments and valuation and estimation methodologies used by Sellers and their Affiliates in the preparation of the Financial Statements, subject to any modifications and limitations set forth on <u>Exhibit E</u>. During the period after the delivery of the Estimated Closing Working Capital Statement and prior to the Closing Date, Purchaser shall have an opportunity to review the Estimated Closing Working Capital Statement and Elixir (on behalf of the Sellers) shall provide Purchaser and its Advisors reasonable access to all properties, books and

18

records relating thereto and the officers and other employees and advisors of the Sellers and their Affiliates, in each case, to the extent reasonably necessary to assist Purchaser and its Advisors in their review of the Estimated Closing Working Capital Statement; provided that such access shall be in a manner that does not interfere with the normal business operations of Sellers.  The Sellers shall in good faith consider any questions or comments received from Purchaser regarding the Estimated Closing Working Capital Statement; provided that, to the extent that Elixir and Purchaser disagree as to any one or more items, then with respect to each such item, the amount of such item set forth in the initial Estimated Closing Working Capital Statement sent by Elixir will be used for purposes of calculating the Term Loans Consideration Amount for the Closing. The agreement, if any, of the Parties to revisions to the Estimated Closing Working Capital Statement or the failure of the Parties to agree to any such revisions shall not constitute a waiver or limitation of a Party's rights and obligations pursuant to Section 2.7(b), Section 2.7(c), or Section 2.7(d).

(iii)     The Parties agree that the amounts set forth in Exhibit E are solely for the purposes of providing an example calculation of Closing Working Capital in accordance with the terms of this Agreement but that such amounts are solely illustrative and do not constitute any agreement or representation or warranty by any Party as to what such amounts shall be in the Estimate Closing Working Capital or the Closing Working Capital and none of the Estimated Closing Working Capital Statement, the Closing Working Capital Statement, or the Statement of Objections shall be bound by or required to include the amounts set forth in Exhibit E.

(b)     Post-Closing Adjustment. Within 90 days after the Closing Date, Purchaser shall prepare and deliver to Seller a statement setting forth Purchaser's good faith calculation of Closing Working Capital, which statement shall be substantially in the form of Exhibit E (the "Closing Working Capital Statement"), and prepared in accordance with GAAP applied using the same accounting methods, practices, principles, policies and procedures, with consistent classifications, judgments and valuation and estimation methodologies used by Sellers and their Affiliates in the preparation of the Financial Statements, subject to any modifications and limitations set forth on Exhibit E.

(c)     Review.

(i)     After receipt of the Closing Working Capital Statement, Sellers shall have 45 days (or such longer period as the Parties may agree in writing, the "Review Period") to review the Closing Working Capital Statement. During the Review Period, Sellers and Sellers' Advisors shall have full access to the relevant books and records of Purchaser, the personnel of, and work papers prepared by, Purchaser or Purchaser's financial Advisors to the extent that they relate to Closing Working Capital and to such historical financial information (to the extent in Purchaser's possession) relating to Closing Working Capital as Sellers may reasonably request for the purpose of reviewing the Closing Working Capital Statement and to prepare a Statement of Objections; provided that such access

19

shall be in a manner that does not interfere with the normal business operations of Purchaser.

(ii)     On or prior to the last day of the Review Period, Sellers may object to the Closing Working Capital Statement by delivering to Purchaser a written statement setting forth Sellers' objections in reasonable detail, indicating each disputed item or amount and the basis for Sellers' disagreement therewith (the "Statement of Objections"). If Sellers fail to deliver the Statement of Objections before the expiration of the Review Period, the Closing Working Capital reflected in the Closing Working Capital Statement will be deemed to have been accepted by Sellers and will be final and binding. If Sellers deliver the Statement of Objections before the expiration of the Review Period, Purchaser and Sellers shall negotiate in good faith to resolve such objections within 45 days after the delivery of the Statement of Objections or such longer period as the Parties may agree in writing (the "Resolution Period"), and, if the same are so resolved within the Resolution Period, the Closing Working Capital Statement with such changes as may have been previously agreed in writing by Purchaser and Sellers, shall be final and binding on the Parties. All discussions related thereto will be governed by Rule 408 of the Federal Rules of Evidence (as in effect as of the date of this Agreement) and any applicable similar state rule, unless otherwise agreed in writing by Sellers and Purchaser.

(iii)     If Sellers and Purchaser fail to reach an agreement with respect to all of the matters set forth in the Statement of Objections before expiration of the Resolution Period, then any amounts remaining in dispute ("Disputed Amounts") shall be submitted for resolution to RSM US LLP or Grant Thornton LLP, at the election of Purchaser, (the "Independent Accountant") who, acting as an expert and not an arbitrator, shall resolve the Disputed Amounts only and make any adjustments to the Closing Working Capital Statement. The Parties will execute a customary engagement letter if so requested by the Independent Accountant and will cooperate with the Independent Accountant during the term of its engagement. The Independent Accountant will have exclusive jurisdiction over any disputes arising out of or relating to the adjustments pursuant to this Section 2.7, and resort to the process involving the Independent Accountant as provided in this Section 2.7(c) will be the only recourse and remedy of the Parties against one another with respect to any such dispute. The Parties agree that all adjustments shall be made without regard to materiality. The Independent Accountant shall decide only the Disputed Amounts and its decision for each Disputed Amount must be within the range of values assigned to each such item in the Closing Working Capital Statement and the Statement of Objections, respectively. The fees and expenses of the Independent Accountant (the "Accounting Fees") shall be paid *pro rata* by Sellers, on the one hand, and Purchaser, on the other hand, based upon the percentage that the amount actually contested but not awarded to Sellers or Purchaser, respectively, bears to the aggregate amount actually contested by Sellers or Purchaser, respectively, as determined by the Independent Accountant. The Independent Accountant shall make a determination as soon as practicable within 30 days (or such other time as

20

the Parties shall agree in writing) after its engagement, and its resolution of the Disputed Amounts and its adjustments to the Closing Working Capital Statement and allocation of Accounting Fees between Purchaser and Sellers shall, in each case, be final, conclusive and binding upon the Parties.

(iv)    Closing Working Capital (i) will be determined in accordance with the definitions set forth in this Agreement, and (ii)(A) will not include any changes in assets or liabilities as a result of purchase accounting adjustments or other changes arising from or resulting as a consequence of the Transactions, (B) will be, and will be based on facts and circumstances as they exist as of the Closing, expressly including "Type 1" subsequent event evidence to the extent permitted under GAAP, but otherwise will exclude the effects of any act, decision, change in circumstances or event arising or occurring on or after the Closing, (C) will not include any reserve or accrual, or any line item or line item entry, not reflected in Exhibit E. The Parties agree that the purpose of determining the Closing Working Capital in accordance with this Section 2.7 is solely to accurately measure changes (if any) in the amounts of the Closing Working Capital from the Estimated Closing Working Capital set forth in the Estimated Closing Working Capital Statement in order to determine the final Closing Working Capital and that such processes are not intended to permit the introduction of principles, policies, practices, procedures, methodologies, classifications, methods, conventions, assumptions, judgments or estimation techniques that are different from those used in the calculation of the Term Loans Consideration Amount (including any exclusions or deviations from GAAP and the methodology used by Sellers to prepare such estimates).

(d)    Payments.

(i)    If the amount of the Closing Working Capital set forth in the Closing Working Capital Statement as finally determined in accordance with Section 2.7(c) is greater than the Estimated Closing Working Capital, Purchaser shall pay to Sellers an amount equal to such difference and the Parties shall direct the Escrow Agent to release to Sellers the Purchase Price Adjustment Escrow Amount from the Escrow Account; provided that notwithstanding anything contained in this Agreement to the contrary, in no event shall the sum of (A) the Term Loans Consideration Amount as adjusted pursuant to this Section 2.7, (B) the Deposit, and (C) the Cash Payment required pursuant to this Section 2.7(d)(i), if any, exceed $626,5,000,000.

(ii)    If the amount of the Closing Working Capital set forth in the Closing Working Capital Statement as finally determined in accordance with Section 2.7(c) is less than the Estimated Closing Working Capital (any such excess, the "Purchaser Adjustment Amount"), Sellers shall pay to Purchaser an amount equal to such difference as follows: (A) if such difference equals or exceeds the amount available in the Escrow Account, the Parties shall direct the Escrow Agent (pursuant to the terms of the Escrow Agreement) to release to Purchaser the entire Purchase Price Adjustment Escrow Amount from the Escrow

21

Account, and (B) if such difference is less than the amount available in the Escrow Account, the Parties shall direct the Escrow Agent (pursuant to the terms of the Escrow Agreement) to release to Purchaser an amount equal to such difference from the Escrow Account and release any remaining amounts in the Escrow Account to Sellers.

(iii)    Purchaser agrees that (i) payment of the Purchaser Adjustment Amount (if any) from the Escrow Account in accordance with the Escrow Agreement shall be the sole and exclusive remedy for Purchaser for payment of the Purchaser Adjustment Amount, if any, and the Purchase Price Adjustment Escrow Amount in the Escrow Account will be Purchaser's sole and exclusive source of recovery for any amounts owing to Purchaser pursuant to this Section 2.7, even if the Purchaser Adjustment Amount exceeds the Purchase Price Adjustment Escrow Amount, and (ii) the adjustments to the Purchase Price provided for in this Section 2.7, and the dispute resolution provisions provided for in this Section 2.7, will be the exclusive remedy for the matters addressed or could be addressed by this Section 2.7. For the avoidance of doubt, and without limiting the generality of the foregoing, no claim by Purchaser or any of its Affiliates or Advisors for the payment of the Purchaser Adjustment Amount will be asserted against any of the Sellers; provided that, for the avoidance of doubt, this sentence will not limit the obligations of Sellers expressly set forth in this Section 2.7, including with respect to the obligation, if any, to instruct the Escrow Agent to release the Purchaser Adjustment Amount from the Escrow Account.

(iv)    Any payments required to be made pursuant to this Section 2.7(d) will (A) be due (x) within five (5) Business Days of acceptance of the applicable Closing Working Capital Statement or (y) if there are Disputed Amounts, then within five (5) Business Days of the resolution of any Disputed Amounts pursuant to Section 2.7(c)(iii); and (B) be paid by wire transfer of immediately available funds to such account as is directed by Purchasers or Sellers, as the case may be.

(e)    Adjustments for Tax Purposes. Any payments made pursuant to Section 2.7 shall be treated as an adjustment to the Purchase Price by the Parties for Tax purposes, unless otherwise required by Law.

## ARTICLE III
### REPRESENTATIONS AND WARRANTIES OF SELLERS

Except as disclosed in the forms, reports, schedules, statements, exhibits and other documents filed during the 6 months preceding the date hereof with the SEC by Rite Aid Corporation, a Delaware corporation and parent of Elixir, in respect of Sellers, their Affiliates, and their businesses to the extent publicly available on the EDGAR system of the United States Securities and Exchange Commission (the "Filed SEC Documents") (other than any disclosures set forth under the headings "Risk Factors" or "Forward-Looking Statements" and any other disclosures included therein to the extent they are forward-looking in nature) or set forth in the Schedules delivered by Sellers concurrently herewith (each, a "Schedule" and collectively, the

22

"Schedules") and subject to <u>Section 10.10</u>, Sellers represent and warrant to Purchaser as of the date hereof as follows.

**Section 3.1**     <u>**Organization and Qualification**</u>. Each Seller is a corporation, limited liability company or limited partnership, as applicable, duly incorporated or organized, validly existing, and in good standing under the Laws of the jurisdiction of its incorporation or formation. Each Seller is duly licensed or qualified to do business under the Laws of each jurisdiction in which the nature of the business conducted by it makes such licensing or qualification necessary, except where failure to be so licensed, qualified or in good standing would not, individually or in the aggregate, reasonably be expected to result in a Material Adverse Effect.

**Section 3.2**     <u>**Authorization of Agreement**</u>. Subject to requisite Bankruptcy Court approvals:

    (a)    each Seller has all necessary power and authority to execute and deliver this Agreement and the other Transaction Agreements to which each such Seller is a party and to perform its obligations hereunder and to consummate the Transactions;

    (b)    the execution, delivery and performance by each Seller of this Agreement and the other Transaction Agreements to which such Seller is a party, and the consummation by such Seller of the Transactions, subject to requisite Bankruptcy Court approvals being granted, have been duly authorized by all requisite corporate action, limited liability company action or limited partnership action on the part of such Seller, as applicable, and no other organizational proceedings on such Seller's part are necessary to authorize the execution, delivery and performance by such Seller of this Agreement or the other Transaction Agreements and the consummation by it of the Transactions; and

    (c)    this Agreement and the other Transaction Agreements to which each Seller is a party have been, or will be, duly executed and delivered by such Seller and, assuming due authorization, execution and delivery hereof and thereof by the other parties hereto and thereto, constitutes, or will constitute, legal, valid and binding obligations of such Seller, enforceable against such Seller in accordance with its and their terms, except that such enforceability (a) may be limited by bankruptcy, insolvency, fraudulent transfer, reorganization, moratorium and other similar Laws of general application affecting or relating to the enforcement of creditors' rights generally and (b) is subject to general principles of equity, whether considered in a proceeding at law or in equity (collectively, the "<u>Enforceability Exceptions</u>").

**Section 3.3**     <u>**Conflicts; Consents**</u>. Assuming that (a) requisite Bankruptcy Court approvals are obtained, (b) the notices, authorizations, approvals, Orders, Permits or consents set forth on <u>Schedule 3.3</u> are made, given or obtained (as applicable), and (c) the requirements of the HSR Act and any other applicable antitrust, competition, foreign direct involvement or "<u>FDI</u>", or merger control Laws promulgated by any Governmental Body ("<u>Foreign Competition Laws</u>") are complied with, neither the execution and delivery by Sellers of this Agreement or the other Transaction Agreements, nor the consummation by Sellers of the Transactions, nor performance or compliance by Sellers with any of the terms or provisions hereof or thereof, will (i) conflict

23

with or violate any provision of any Seller's certificate of incorporation or bylaws, certificate of formation or limited liability company agreement, certificate of limited partnership, partnership agreement or other governing documents, as applicable, (ii) violate or constitute a breach of or default (with or without notice or lapse of time, or both) under or give rise to a right of termination, modification, or cancelation of any obligation or to the loss of any benefit, any of the terms or provisions of any Material Contract or accelerate any Seller's obligations under any such Material Contract, (iii) conflict with or violate any Law or Order applicable to any Seller or any of the Acquired Assets, or by which any Seller, or any of the Acquired Assets, may be bound or affected, or (iv) result in the creation of any Encumbrance (other than a Permitted Encumbrance) on any Acquired Assets, except, in each case of clauses (ii) thru (iv), as would not, individually or in the aggregate, reasonably be expected to be material to the Acquired Assets or the Assumed Liabilities, taken as a whole.

**Section 3.4**    **Financial Statements**.

(a)    Rite Aid Corporation, a Delaware corporation and direct or indirect parent of Sellers ("RAD"), has filed with the EDGAR system of the United States Securities and Exchange Commission:

(i)    its Form 10K, filing date May 1, 2023, which includes the audited consolidated balance sheet of RAD and subsidiaries as of March 4, 2023 and the related audited consolidated statements of operations, comprehensive loss, stockholders' (deficit) equity, and cash flows for the fiscal year ended March 4, 2023; and

(ii)    its Form 10Q, filing date July 11, 2023, which includes the unaudited consolidated balance sheet of RAD and subsidiaries as of June 3, 2023, the related unaudited consolidated statements of operations, comprehensive loss, stockholders' (deficit) equity, and cash flows for the thirteen weeks ended June 3, 2023.

(b)    Attached to Schedule 3.4(b) are:

(i)    the unaudited balance sheet of the Pharmacy Services Segment of RAD as of March 4, 2023 and the related unaudited statements of operations and cash flows for the fiscal year ended March 4, 2023; and

(ii)    the unaudited balance sheet of the Pharmacy Services Segment of RAD as of June 30, 2023 and the related unaudited statements of operations and cash flows for the six months ended June 30, 2023 ((a), and (b), collectively, the "Financial Statements").

(c)    The Financial Statements have been prepared in accordance with GAAP applied on a consistent basis during the periods involved (except as may be indicated in the notes thereto and, in the case of unaudited Financial Statements, subject to normal year-end audit adjustments, to the absence of notes and to any other adjustments described therein, including in any notes thereto) and fairly present in all material respects the consolidated financial position of the Sellers and their respective

24

consolidated Subsidiaries as of the dates thereof and the consolidated results of their operations and cash flows for the periods shown, except as may be indicated in the notes thereto.

(d)     Each of the Sellers maintain a system of internal accounting controls sufficient to provide reasonable assurance that (i) transactions are executed with management's general or specific authorizations; (ii) transactions are recorded as necessary to permit preparation of financial statements in conformance with GAAP, and to maintain accountability for assets; (iii) access to Sellers' assets are permitted only in accordance with management's authorization; and (iv) the recorded accountability for assets is compared with existing assets at reasonable intervals and appropriate action is taken with respect to any differences (v) violations of the applicable Anti-Corruption Laws will be prevented and detected. None of RAD, to the extent directly related to the Business, any of the Sellers or, to the Knowledge of Sellers, any of their respective independent auditors, has identified or been made aware of "significant deficiencies" or "material weaknesses" (as defined by the Public Company Accounting Oversight Board) in the design or operation of the their internal controls over financial reporting which would reasonably be expected to adversely affect in any material respect their ability to record, process, summarize and report financial data, in each case which has not been subsequently remediated.

**Section 3.5      Title to Properties; Sufficiency of Assets**.

(a)     (i) The Sellers own good and valid title to, or hold a valid leasehold interest in, all of the Acquired Assets, whether tangible or intangible, free and clear of all Encumbrances (other than Permitted Encumbrances), and (ii) at the Closing, Sellers will transfer, convey and assign good and valid title to, or a valid leasehold interest in, all of the Acquired Assets free and clear of all Encumbrances (other than Permitted Encumbrances).

(b)     Other than the Excluded Assets, but together with the rights and services set forth in the TSA, the Acquired Assets constitute all of the assets, properties and rights necessary to operate and conduct the Business in substantially the same manner as the Business was operated and conducted immediately as of the date hereof.

(c)     Schedule 3.5(c) sets forth the address of each Owned Real Property.

(d)     With respect to the Owned Real Property:

(i)     a Seller has good and marketable fee simple title to such Owned Real Property, which shall be, free and clear of all Encumbrances as of the Closing Date, except for Permitted Encumbrances;

(ii)     no Seller has leased or otherwise granted to any Person the right to use or occupy such Owned Real Property or any portion thereof or otherwise transferred any of its rights to the Owned Real Property or any improvements thereon;

25

(iii)   other than the right of Purchaser pursuant to this Agreement, there are no outstanding options, rights of first offer or rights of first refusal to purchase such Owned Real Property or any portion thereof or interest therein; and

(iv)   the Sellers are not a party to any agreement or option to purchase any real property or interest therein relating to, or used in connection with, the Business.

(e)   One or more of the Sellers has a good and valid leasehold interest to all real property leased by Sellers (the "Leased Real Property"), free and clear of all Encumbrances (other than Permitted Encumbrances). There are no leases, license agreements or other rights to occupy the Leased Real Property, or any portion thereof, except those rights of Seller as tenant pursuant to the applicable Acquired Lease or pursuant to any Permitted Encumbrance.

(f)   Schedule 3.5(f) sets forth the address of each Leased Real Property. The Sellers have made available to the Purchaser or the Purchaser's Advisors true, correct and complete copies of each Acquired Lease. Except as set forth on Schedule 3.5(f) (and subject to entry of the Sale Order), with respect to each Acquired Lease (i) such Acquired Lease is legal, valid, binding, enforceable and in full force and effect; (ii) to the Knowledge of Sellers, there are no existing material disputes with respect to such Acquired Lease; (iii) none of Sellers or, to the Knowledge of Sellers, any other party to the Acquired Lease is in material breach or material default under such Acquired Lease, and, to the Knowledge of Sellers, no event has occurred since January 1, 2022 or circumstance exists which, with the delivery of notice, the passage of time or both, would constitute such a material breach or material default, or permit the termination, modification or acceleration of rent under such Acquired Lease; (iv) no Seller has currently subleased, licensed or otherwise granted any Person the right to use or occupy such Leased Real Property or any portion thereof; (v) none of the Acquired Leases, or any interest therein, is collaterally assigned or subject to a security interest (other than Permitted Encumbrances); and (vi) a Seller has a valid leasehold interest in the Leased Real Property; and (vii) no notice of termination or default has been delivered or received with respect to any Acquired Lease.

(g)   The improvements and fixtures (including building systems, such as heating, plumbing, ventilation, air conditioning and electric) on the Owned Real Property and Leased Real Property are in adequate operating condition and in a state of adequate maintenance and repair, ordinary wear and tear excepted, are adequate and suitable for the current operations of the Business. There is no condemnation, eminent domain, expropriation or similar proceeding pending or, to Sellers' Knowledge, threatened against any of the Owned Real Property or Leased Real Property or any improvement thereon. The Owned Real Property and Leased Real Property constitutes all of the real property utilized by a Seller in the operation of the Business other than, for the avoidance of doubt, any real property used by Sellers' Affiliates in providing services used by Sellers under the TSA.

**Section 3.6**      <u>**Contracts**</u>.

(a)      <u>Schedule 3.6(a)</u> sets forth a list of each Material Contract, as of the date of this Agreement. "<u>Material Contract</u>" means any Contract to which the Sellers are party, excluding any Employee Benefit Plan, that:

(i)      relates to the formation, creation, governance, economics, or control of any joint venture, partnership or other similar arrangement, other than Contracts entered into in the Ordinary Course;

(ii)      provides for indebtedness for borrowed money of Sellers having an outstanding or committed amount in excess of $100,000, other than letters of credit or expense advances made in the Ordinary Course or loans made under any 401(k) plan;

(iii)      relates to the acquisition or disposition of any business (whether by merger, sale of stock, sale of assets or otherwise) for aggregate consideration under such Contract in excess of $500,000 pursuant to which any earn-out, indemnification or deferred or contingent payment obligations remain outstanding that would reasonably be expected to involve payments by or to Sellers of more than $500,000 after the date hereof (in each case, excluding for the avoidance of doubt, acquisitions or dispositions supplies, merchandise, Inventory, products, Equipment, properties or other assets in the Ordinary Course, or of supplies, Inventory, merchandise, products, Equipment, properties or other assets that are obsolete, worn out, surplus or no longer used or useful in the conduct of the Business);

(iv)      is a Contract pursuant to which Sellers would reasonably be expected to (i) make payments of more than $500,000 during any fiscal year or (ii) receive payments of more than $3,500,000 during any fiscal year;

(v)      contains any provision (A) limiting, in any material respect, the right of Sellers to engage in any business, solicit or hire any Person, compete with any Person, or operate anywhere in the world, (B) granting any exclusivity right to any third party or containing a "most favored nation" provision in favor of any third party, or (C) granting any right of first refusal, right of first offer or right of first negotiation in each case of (A), (B) and (C), that would reasonably be expected to be material to the Business, taken as a whole;

(vi)      is a Contract with a Governmental Body that involves aggregate annual payments in excess of $1,000,000 (not including drug spend);

(vii)      is a Contract with a Group Purchasing Organization that involves aggregate annual payments in excess of $500,000;

(viii)      contains minimum payment or purchase requirements, guarantees of purchase or sale, volume-based commitments or other pricing clauses of similar contractual language, in each case, except as would not reasonably be

27

expected to be material to the Acquired Assets and the Business, taken as a whole;

(ix)    is a Contract between any Seller (on the one hand) and EIC (on the other hand);

(x)    is a collective bargaining agreement or other similar labor agreement covering (A) Business Employees or (B) to the extent such Contract would reasonably be expected to impact the Transactions or the hiring and employment of Business Employees by Purchaser hereunder, other employees of Sellers;

(xi)    is any Contract with any current Business Employee or contractor, that (A) involves aggregate annual compensation in excess of $100,000 during the past twelve-month period or that will be in excess of $100,000 during the twelve-month period following the date hereof for such person, other than offer letter agreements for at-will employment; or (B) involves any severance, change-in-control, retention, or similar type of payment payable by a Seller; or

(xii)    is any Contract for any employee staffing arrangement or any other arrangement whereby the Sellers spend in excess of $200,000 annually to retain the services of a staffing agency, professional employer organization, or employer of record.

(b)    True and complete copies of all Material Contracts have previously been made available to Purchaser or Purchaser's Advisors. Subject to requisite Bankruptcy Court approvals, and assumption by the applicable Seller of the applicable Contract in accordance with applicable Law and except (i) as a result of the commencement of the Bankruptcy Cases, (ii) with respect to any Contract that has previously expired in accordance with its terms, or (iii) as set forth in Schedule 3.6(b), (A) each Material Contract is valid and binding on the Seller that is a party thereto and, to the Knowledge of Sellers, each other party thereto, and is in full force and effect, subject to the Enforceability Exceptions, (B) the applicable Seller, and to the Knowledge of Sellers, any other party thereto, have performed all obligations required to be performed by it under each Material Contract, (C) Sellers have received no written notice of the existence of any breach or default on the part of any Sellers under any Material Contract, (D) there are no events or conditions which constitute, or, after notice or lapse of time or both, will constitute a default on the part of a Seller, or to the Knowledge of Sellers, any counterparty under such Material Contract and (E) to the Knowledge of Sellers, Sellers have not received any written notice from any Person that such Person intends to terminate, or not renew, any Material Contract.

(c)    Schedule 3.6(c) sets forth a list of the top 10 suppliers by value of purchases for each of the specialty pharmacy and pharmacy benefit management segments of the Business for each of the year ended December 31, 2022 and the six (6) month period ended June 30, 2023 (each, a "Significant Supplier").

Active\1607011839.2

(d)      Schedule 3.6(d) sets forth a list of the top 20 customers by revenue (each, a "Significant Customer") for each of the specialty pharmacy and pharmacy benefit management segments of the Business for each of the year ended December 31, 2022 and the six (6) month period ended June 30, 2023.

(e)      Since January 1, 2023, none of the Significant Suppliers or Significant Customers has canceled or otherwise terminated (other than pursuant to natural expiration) or made any written threat to any Seller to cancel or otherwise terminate or materially curtail its relationship with any Seller.

(f)      Except as set forth on Schedule 3.6(f) and except with respect to Excluded Liabilities: (i) all Client Contracts, Pharmacy Contracts and Rebate Contracts are currently, and since January 1, 2022 have been, adjudicated in accordance with the terms and conditions of each such Client Contract, Pharmacy Contract or Rebate Contract, in all material respects; and (ii) all material rebate claims of the Sellers since January 1, 2022 have been submitted and processed in accordance with the terms and conditions of the applicable Rebate Contract in all material respects, it being understood, in the case of (i) and (ii), that such terms include, for instance, reconciliation processes to correct the amount of payments initially made and compliance with such terms shall give effect to such reconciliations and that the initial design and setup of logistical arrangements with counterparties involves some degree of trial and error.

(g)      Scheduled 3.6(g) sets forth a list of customer Contracts of Sellers pursuant to which Sellers have received revenue of at least 80% of the aggregate revenue of the Business for the seven (7) month period ended July 31, 2023, together with the lives associated therewith, the start date of such Contracts, and the expected end date of such Contracts.

**Section 3.7      No Litigation.**

(a)      There are no Actions pending or, to Sellers' knowledge, threatened against or affecting any of the Sellers that would reasonably be expected to adversely affect any Seller's performance of its obligations under any of the Transaction Agreements or the consummation of the Transactions.

(b)      Except as set forth on Schedule ~~3.7(b)~~3.7(b), there is no Action pending, or to the Knowledge of Sellers threatened, against or relating to any Seller, the Business, the Acquired Assets or the Assumed Liabilities that (i) if adversely determined against any Seller, the Business, or the Acquired Assets would reasonably be expected to result in Liabilities, fines or damages of more than $500,000 or would, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect, or (ii)(A) relates to a criminal matter or (B) calls for injunctive relief or other restriction that, if adversely determined against any Seller, would reasonably be expected to be material to the Business, Acquired Assets and the Assumed Liabilities, taken as a whole.

(c)      Except as set forth on Schedule ~~3.7(c)~~3.7(c), since January 1, 2022, there has been no (i) such Action pending, or to the Knowledge of Sellers threatened, against

29

any Seller or (ii) material Order imposed (or otherwise pending or the Knowledge of Sellers threatened) upon any Seller, in each case, by or before any Governmental Body.

**Section 3.8    Permits; Compliance with Laws**.

(a)      Each Seller (with respect to the Business) is, and has been since January 1, 2022, in compliance in all material respects with all Laws or Orders, applicable to such Seller. Each Seller holds all licenses, permits, Healthcare Permits, certificates, approvals and authorizations from Governmental Bodies necessary for the lawful conduct of the Business (collectively, "Permits"). Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, (i) each Healthcare Permit is valid, subsisting and in full force and effect and (ii) the Business as currently conducted is not in violation of, nor are the Sellers in default or violation under, any Healthcare Permit.

(b)      To the Knowledge of the Sellers since January 1, 2022, no event has occurred which, with notice or the lapse of time or both, would constitute a default or violation of any material terms, condition or provision of any Healthcare Permits. There are no actions pending or, to the Knowledge of the Sellers, threatened, that seek the revocation, cancellation or adverse modification of any Healthcare Permit.   To the Knowledge of the Sellers, each director, officer, employee, agent and independent contractor of the Sellers possesses all Permits necessary for the lawful conduct of his or her duties and obligations in the operation of the Business.

(c)      Each Seller and each of their respective directors, officers and employees acting in such capacity and, to the Knowledge of Sellers, each of its and their other agents acting on its or their behalf, is, and has been since January 1, 2022, in compliance in all material respects with the Foreign Corrupt Practices Act of 1977 and any rules and regulations promulgated thereunder.

(d)      Since January 1, 2022, none of the Sellers, nor to the Knowledge of Sellers, any Affiliate of Sellers, has received written notice from any Governmental Body claiming or alleging that any of the Sellers are not in compliance with any applicable Law or Order applicable to any of them, or the operation of their respective businesses, in any material respect, in each case except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, the Acquired Assets and the Assumed Liabilities, taken as a whole.

**Section 3.9    Environmental Matters**. Except as disclosed on Schedule 3.9, (a) Sellers are, and have been since January 1, 2022, in compliance in all material respects with all applicable Environmental Laws with respect to the conduct of the Business, (b) since January 1, 2022, no Seller has received any written notice alleging that any Seller is in violation of, or liable under, in any material respect, any Environmental Law that is unresolved with respect to the conduct of the Business, and to the Knowledge of the Sellers, there are no facts or circumstances that would be reasonably expected to result in any future written notices, (c) Sellers possess and are in compliance in all material respects with all Permits required under Environmental Laws for the operation of the Business as currently conducted ("Environmental Permits"), (d) there is no Action under or pursuant to any Environmental Law or Environmental Permit that is pending

30

or, to the Knowledge of Sellers, threatened in writing against any Seller, (e) Sellers are not subject to any Order imposed by any Governmental Body pursuant to Environmental Laws under which there are uncompleted, outstanding or unresolved obligations on the part of any Seller, (f) since January 1, 2022 there has been no Release of Hazardous Materials with respect to any Seller's currently or formerly owned, leased, or operated property, or at any location or facility where wastes from the operations or assets of the Sellers have been disposed or recycled, (g) no Seller is subject to any outstanding Order under any Environmental Law, (h) no Seller has assumed responsibility for, or agreed to indemnify or hold harmless any Person for, any Liability or obligation, arising under or relating to Environmental Laws, including any obligation for investigation, corrective or remedial action, and (i) the Sellers have provided copies of all environmental assessments, environmental sampling and monitoring data, and health and safety audits concerning the business that are in their possession.

**Section 3.10    Intellectual Property**.

(a)    Sellers are the sole and exclusive owners of all of the rights, title and interest in and to the Acquired Intellectual Property, in each case free and clear of all Encumbrances (other than Permitted Encumbrances). Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, all of the Acquired Intellectual Property that is registered is subsisting, valid and enforceable.

(b)    Section 3.10(b) is a complete and accurate list of each trademark registration, application for trademark registration and domain name included in the Acquired Intellectual Property that is registered with or applied for with (collectively, "Registered Trademarks") the United States Patent and Trademark Office, any similar intellectual property office or any domain name registrar (each a "Registration Office") setting forth as applicable, the title, application number, filing date, and registration number. Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, with respect to each Registered Trademark, all necessary filing, examination, registration, maintenance, renewal and other fees and Taxes due on or prior to the date hereof and the Closing Date have been timely paid in full, and all necessary documents (including responses to office actions and other correspondence from a Registration Office) and certificates have been timely filed with all relevant Registration Offices for the purposes of maintaining such Registered Trademarks, in each case in accordance with applicable Law and to avoid loss or abandonment thereof.

(c)    Sellers own or have valid, legally enforceable and sufficient rights to use all Intellectual Property necessary to the conduct of the Business as currently conducted by Sellers, free and clear of all Encumbrances (other than Permitted Encumbrances). Sellers have taken reasonable steps to maintain and protect the confidentiality of the material trade secrets and other material non-public Acquired Intellectual Property. Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, Acquired Assets and the Assumed Liabilities, taken as a whole, the Sellers have not disclosed any material trade secrets or non-public information included in the Acquired Intellectual Property (or any tangible embodiment thereof) to any Person without having such Person execute a written agreement regarding the non-disclosure and non-use thereof. Nothing in this Section 3.10(c) shall be interpreted or

31

Active\1607011839.2

construed as a representation or warranty with respect to whether there is any infringement, misappropriation, or violation of any Intellectual Property, which is the subject of Section 3.10(d) and Section 3.10(e).

(d)    No Actions are pending or, to the Knowledge of Sellers, threatened against any Seller, and since January 1, 2022, Sellers have not received any written notice or claim (including any cease and desist letter), (i) challenging the ownership, validity, enforceability or use by any Seller of any Acquired Intellectual Property, (ii) alleging that the Business, any Acquired Assets, or any Seller in connection with the Business is infringing, misappropriating or otherwise violating the Intellectual Property of any Person, (iii) that any Seller in connection with the Business requires a license to any Person's Intellectual Property, or (iv) that includes any unsolicited written offer to license (or any other notice of) any Person's Intellectual Property.

(e)    To the Knowledge of Sellers, since January 1, 2022, no Person has infringed, misappropriated or otherwise violated the rights of Sellers with respect to any Acquired Intellectual Property, except as would not reasonably be expected to be material to the Business, taken as a whole. Since January 1, 2022, no Seller has notified any Person that such Person is infringing, misappropriating, or violating any Acquired Intellectual Property. Since January 1, 2022, the using, making, modifying, selling, licensing, or distributing any of the Acquired Assets and the conduct and operation of the Business by Sellers has not violated, misappropriated, or infringed the Intellectual Property rights of any other Person, except as would not reasonably be expected to be material to the Business, taken as a whole.

(f)    The consummation of the Transactions will not result in the grant of any right or license to any third party of any Acquired Intellectual Property.

(g)    No event has occurred, and no circumstance or condition exists, that (with or without notice or lapse of time) will, or would reasonably be expected to, require the disclosure or delivery to any Person (including any technology/software escrow company) of the source code for any material, proprietary software (including the Laker Software) that is included in the Acquired Intellectual Property (collectively, the "Transaction Source Code"), other than disclosure prior to the Closing Date of source code to employees or contractors of a Seller in connection with their performance of services for a Seller. Other than employees and contractors of a Seller who perform services for a Seller, no Seller has provided to any Person any Transaction Source Code.

(h)    Each Seller is in compliance in all material respects with all Open License Terms applicable to any Public Software licensed to or used by a Seller. No Seller has received any written notice alleging that it is in violation or breach of any Open License Terms. Each Seller's use, modification, and distribution of any Public Software does not (a) require a Seller to make available any Transaction Source Code or any third party's source code (other than the source code for third party software used by Seller under Open License Terms); (b) require a Seller to grant permission to create modifications to or derivative works of any material proprietary software included in or provided with the Acquired Intellectual Property ("Acquired Software"); (c) require a Seller to grant a

32

royalty-free license to any Person under any Acquired Intellectual Property or any third party Intellectual Property provided therewith (including any Acquired Software).

(i)      Except as would not reasonably be expected to be material to the business of Laker Software, Inc., no software, systems or networks included in the Acquired Intellectual Property contain any "virus," "malware," "malicious code," or other similar software (collectively, "Viruses"). Except as would not reasonably be expected to be material to the business of Laker Software, Inc., the Sellers have taken reasonable steps to prevent the introduction of Viruses into any Acquired Intellectual Property.

(j)      Except as would not, individually or in the aggregate, reasonably be expected to be material to the business of Laker Software, Inc., taken as a whole, no funding, facilities or resources of any Governmental Body or any university, college, other educational institution, multi-national, bi-national or international organization or research center was used in connection with the development or creation, in whole or in part, any Acquired Intellectual Property.

(k)      All current and former employees, consultants and independent contractors of Sellers who are or were involved in the creation or development of any material Acquired Intellectual Property have executed a written agreement regarding the protection of proprietary information and the present assignment to a Seller, or have otherwise assigned by operation of Law, all right, title and interest in such Intellectual Property created or developed by such Persons on behalf of such Seller.

(l)      Schedule 3.10(l) is a complete and accurate list of all Contracts to which any Seller is a party pursuant to which a Seller has granted or is required to grant to any Person any license to, any covenant not to assert or sue, other immunity from suit under, or any other rights, to any material Acquired Intellectual Property, other than (i) Contracts entered with customers and vendors in the ordinary course of business, (ii) Intellectual Property assignment Contracts entered into with employees or third-party contractors in the ordinary course of business, (iii) confidentiality or non-disclosure Contracts entered into in the ordinary course of business, and (iv) Contracts primarily for the provision of services where the granting or obtaining (or agreement to obtain) any right to use, or permission or agreement to permit any other Person to use, any Intellectual Property is ancillary or incidental to the transactions contemplated in such contract.

(m)      Schedule 3.10(m) is a complete and accurate list of all Contracts to which any Seller is a party pursuant to which any Person is currently granting or is required to grant in the future to a Seller any right under or license to, any covenant not to assert or sue or other immunity from suit under or any other rights to any material Intellectual Property, other than (i) Contracts granting rights to commercial, off the shelf software and services with an annual license fee of less than $500,000, (ii) Contracts relating to free or open source software, (iii) confidentiality or non-disclosure Contracts entered into in the ordinary course of business, and (iv) Contracts primarily for the provision of services where the granting or obtaining (or agreement to obtain) any right to use, or

33

permission or agreement to permit any other Person to use, any Intellectual Property is ancillary or incidental to the transactions contemplated in such Contract.

(n)     Schedule 3.10(n) is a complete and accurate list, grouped by subsection, of all Contracts as follows: (i) by which Seller acquired from another Person any material Acquired Intellectual Property, (ii) under which a Seller grants to or receives from any Person an option or right of first refusal or right of first negotiation relating to any material Intellectual Property, and (iii) Contracts entered into in connection with the settlement of any dispute related to material Intellectual Property, including settlement agreements, covenants not to sue, and coexistence agreements.

**Section 3.11   Privacy and Security Matters.**

(a)     Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, Acquired Assets and the Assumed Liabilities, taken as a whole, in connection with the Acquired Assets, the Sellers are, and have been since January 1, 2022, in compliance with (A) all Laws pertaining to (i) data security, and (ii) the collection, storage, use, access, disclosure, processing, security, and transfer of Personal Information (referred to collectively in this Agreement as "processing") ((i) and (ii) together "Privacy Laws"); (B) all Contracts (or portions thereof) to which any Seller is a party to the extent applicable to the Processing of Personal Information (collectively, "Privacy Agreements"); and (C) the Payment Card Industry Data Security Standard and all applicable rules and requirements by the PCI Security Standards Council, any member thereof, and any entity functioning as a card brand, card association, or other binding requirements pertaining to the acceptance of payment cards (collectively "PCI Requirements").

(b)     The Sellers have implemented written policies relating to processing of Personal Information, including, a publicly posted website privacy policy ("Privacy and Information Security Policies"). Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, Acquired Assets and the Assumed Liabilities, taken as a whole, the Sellers are and since January 1, 2022 have been, in compliance with all such Privacy and Information Security Policies.

(c)     Except as would not, individually or in the aggregate, reasonably be expected to be material to the Business, Acquired Assets and the Assumed Liabilities, taken as a whole, at all times since January 1, 2022, the Sellers have taken commercially reasonable steps designed to protect the confidentiality, integrity, and security of all Personal Information, confidential information, and any other proprietary data used in the operation of the Business (collectively, "Business Data") in Sellers' possession or control against damage, loss, and against unauthorized access, acquisition, use, modification, disclosure or other misuse.

(d)     Since January 1, 2022, Seller has not experienced any material unauthorized access, use, loss, destruction, modification, or disclosure of Business Data in the possession or control of any Seller that has had a material and adverse effect on the Business (a "Security Breach"). Since January 1, 2022, no Seller has provided any notices

to, nor has it been legally required to provide any such notices, to any Person as a result of any Security Breach. Since January 1, 2022, no Seller, its Affiliates, nor any third party acting at its direction or authorization has paid any perpetrator of any actual or threatened Security Breach or cyber-attack, including, but not limited to a ransomware attack or a denial-of-service attack.

**Section 3.12** **Healthcare Matters**. Except as would not reasonably be expected to be material to the Acquired Assets and the Business, taken as a whole:

(a)    Each of Seller and EIC is, and since January 1, 2022 has been, in compliance in all material respects with all applicable Healthcare Laws. Neither Sellers nor EIC has received any written or, to the Knowledge of Sellers, oral notice of any pending or threatened adverse Action, claim or default alleging material non-compliance with such Healthcare Laws by the Sellers, or EIC. Neither Sellers nor EIC is a party to any corporate integrity agreement or has any reporting obligations pursuant to any deferred prosecution, consent decree, settlement, integrity agreement, corrective action plan or other similar obligation, Order, or agreement with any Governmental Body.

(b)    Neither Sellers nor EIC or any of their respective owners, directors, officers, managers, agents or managing employees (as such term is defined in 42 U.S.C. § 1320a-5(b)), is, or has, (i) been debarred, excluded or suspended from participating in any Governmental Health Program, or subject to sanction, charged, pled guilty or nolo contendere to, or been convicted of a crime in connection with, any Governmental Health Program or under any Healthcare Law; (ii) been listed on the Office of Inspector General's List of Excluded Individuals and Entities, state Medicaid exclusion lists, or the General Services Administration published list of parties excluded from federal procurement programs and non-procurement programs.; (iii) been audited or investigated, outside of the ordinary course of business, by any Governmental Health Programs (or any Governmental Body with respect to any Healthcare Laws); or (iv) had a contract terminated by any Governmental Health Programs for a material breach or material default of the terms of the applicable contract.

(c)    Each Seller and EIC is, and has been, since January 1, 2022 in material compliance with HIPAA and have established and implemented such policies, programs, procedures, Contracts and systems as are necessary to comply in all material respects with HIPAA. Neither Sellers nor EIC has received written notice of, and there is no Action, or inquiry or investigation pending or, to the Knowledge of Seller, threatened with respect to any alleged "breach" as defined in HIPAA by any Seller, EIC, or their workforce. Each Seller and EIC has undertaken all necessary risk assessments of the Business required by HIPAA and has implemented appropriate corrective action to address all material vulnerabilities in its HIPAA safeguards and controls identified through such assessments. Each Seller and EIC has a written, signed, and HIPAA-compliant business associate agreement with each Person that is a "covered entity" or "business associate" (as such terms are defined by HIPAA) of such Seller or EIC, as applicable.

35

(d)    Neither Sellers nor EIC has knowingly billed, received, paid or reimbursed in excess of amounts allowed by applicable Healthcare Laws, nor advised or provided information that could be reasonably interpreted to advocate upcoding or otherwise improperly coding any claims for payment for healthcare items or services to obtain greater reimbursement than would be paid pursuant to a properly coded and submitted claim. Neither Sellers nor EIC has made, offered, received or solicited any bribes, kickback payments or other similar payments of cash or other consideration, including payments to customers or clients or employees of customers or clients for purposes of doing business with such Persons.

(e)    Each Seller and EIC has and maintains a compliance program reasonably designed to satisfy the elements of an effective corporate compliance and ethics program identified in U.S.S.G. § 8B2.1. There are no outstanding material compliance complaints, reports, corrective actions, or ongoing internal compliance investigations.

**Section 3.13    Tax Matters**. Except as would not reasonably be expected to be material to the Acquired Assets and the Business, taken as a whole:

(a)    Each Seller (or its applicable Affiliate) has prepared (or caused to be prepared) and timely filed (taking into account valid extensions of time within which to file) all material Tax Returns with respect to the Acquired Assets required to be filed by it (taking into account valid extensions of time within which to file), and all such filed Tax Returns (taking into account all amendments thereto) are true, complete and accurate in all material respects and were prepared in compliance in all material respects with applicable Law.

(b)    All material Taxes with respect to the Acquired Assets owed by a Seller, that are due (whether or not shown on any Tax Return) have been timely paid or have been adequately reserved against in accordance with GAAP.

(c)    There are no Encumbrances for Taxes on any of the Acquired Assets other than Permitted Encumbrances.

(d)    None of the Sellers has waived any statute of limitations in respect of material Taxes with respect to the Acquired Assets or agreed to any extension of time with respect to an assessment or deficiency for material Taxes with respect to the Acquired Assets (in each case, other than pursuant to extensions of time or waivers to file Tax Returns obtained in the Ordinary Course or waivers or extensions that have expired).

(e)    Since January 1, 2020, no claim has been made in writing by a Taxing Authority in a jurisdiction where any Seller or its Affiliate does not file Tax Returns with respect to the Acquired Assets that any such Seller is or may be subject to taxation by that jurisdiction with respect to the Acquired Assets that has not otherwise been fully resolved.

(f)    Each Seller (or its applicable Affiliate) has withheld and paid to the applicable Taxing Authority all Taxes required to have been withheld and timely paid

36

with respect to the Acquired Assets or the Transferred Employees, and such amounts to the appropriate Taxing Authority.

(g)     No federal, state, local, or non-U.S. Tax audits or administrative or judicial Tax proceedings are pending or being conducted with respect to any Seller with respect to the Acquired Assets. None of the Sellers has received from any federal, state, local, or non-U.S. taxing authority (including jurisdictions where Seller has not filed Tax Returns) any (i) written notice indicating an intent to open an audit or other review (since January 1, 2020), or (ii) written notice of deficiency or proposed adjustment for any amount of Tax proposed, asserted, or assessed by any Taxing Authority against Seller that has not been fully resolved, in each case, with respect to the Acquired Assets.

(h)     Notwithstanding anything in this Agreement to the contrary, the representations and warranties in this Section 3.13 shall constitute the sole representations and warranties in this Agreement with respect to Taxes and no representation or warranty set forth in this Section 3.13 shall be deemed to apply directly or indirectly with respect to any Seller Combined Tax Return. No representation or warranty is made with respect to any Tax attribute for any Post-Closing Tax Period.

**Section 3.14    Employees**.

(a)     Schedule 3.14(a) sets forth the following information for each Business Employee: (i) name; (ii) job title; (iii) date of hire (or seniority date, if different); (iv) full-time or part-time status; (v) exempt or non-exempt classification; (vi) base annual salary or hourly wage rate (as applicable); (vii) location (including location into which a remote employee reports); (viii) leave status; (ix) work authorization or permit type; (x) accrued, but unused paid-time-off; (xi) employing entity; and (xii) target annual bonus and the most recent bonus received; and, on a separate list on Schedule 3.14(a) (xiii) Healthcare Permit number and issuing authority, as applicable.

(b)     None of Sellers (with respect to the Business or Business Employees) is party to any collective bargaining agreements or similar labor-related Contracts with any labor union representing any Business Employees. There is no current written demand from any labor union seeking recognition as the exclusive bargaining representative of any Business Employees by any Seller and there is no pending or, to the Knowledge of Sellers, threatened, strike, lockout, organized labor slowdown, or concerted work stoppage by any Business Employees.

(c)     Sellers are in compliance in all material respects with all applicable Laws respecting employment practices and labor, including those related to wages and hours (including minimum wage and overtime Laws and wage payment Laws), collective bargaining, unemployment insurance, workers' compensation, immigration, retaliation, harassment and discrimination, disability rights and benefits, affirmative action, employee layoffs, employee notification, leave, affirmative action, health and safety, and child labor.

(d)     Except as would not result in material Liability, Sellers currently properly classify and have properly classified each Business Employee as exempt or non-exempt for the purposes of the Fair Labor Standards Act.

(e)     There is no Action pending or, to the Knowledge of Sellers, threatened in writing against any Seller alleging a violation of any labor or employment Law that if adversely determined against such Seller would reasonably be expected to result in Assumed Liabilities or would, individually or in the aggregate, reasonably be expected to be material to the Business, the Acquired Assets and the Assumed Liabilities, taken as a whole, nor have any such Actions been brought in the last 3 years.

(f)     No "mass layoff," "plant closing" or similarly defined conduct (as defined in the federal Worker Adjustment and Retraining Notification Act or any similar state, local or foreign Law (collectively, "WARN")) has been implemented by Sellers in the ninety (90) days immediately prior to the date of this Agreement. Except as set forth on Schedule 3.14(f), Sellers do not currently plan or contemplate any plant closings, reduction in force, terminations of employees, or similar personnel actions at any site of employment where any Business Employees or other employees of Sellers are located that would trigger obligations under WARN.

**Section 3.15   Insurance.** Schedule 3.15 sets forth a description of all material insurance policies maintained by Sellers other than any policies maintained in connection with an Employee Benefit Plan (the "Business Insurance Policies"). All such Business Insurance Policies are in full force and effect. No Seller since January 1, 2022, has received written notice from any insurer or agent of such insurer with respect to the cancellation or termination of any such Business Insurance Policies.

**Section 3.16   Affiliate Transactions.** Except as set forth on Schedule 3.16, to the Knowledge of Sellers, no Affiliate of any Seller, or any officer or director of any Seller, (a) is a party to any agreement that constitutes an Acquired Asset having a potential or actual value or a contingent or actual Liability exceeding $1,000,000, other than (i) loans and other extensions of credit to directors and officers of a Seller for travel, business or relocation expenses or other employment-related purposes in the Ordinary Course, (ii) employment arrangements in the Ordinary Course and (iii) the Employee Benefit Plans, or (b) has any material interest in any Acquired Asset.

**Section 3.17   Brokers.** Except for Guggenheim Securities, LLC ("Guggenheim Securities"), the fees and expenses of which will be paid by Sellers, no broker, investment banker, financial advisor or other Person is entitled to any broker's, finder's, financial advisor's or other similar fee or commission, or the reimbursement of expenses in connection therewith, in connection with the Transactions based upon arrangements made by or on behalf of Sellers.

**Section 3.18   Anti-Corruption.** Since January 1, 2021, neither Sellers nor any of their Affiliates or their employees, or to the Knowledge of Sellers, any other Person acting on behalf of any of the foregoing, has directly or knowingly indirectly in connection with the business and operations of the Sellers: (i) made, offered, promised to make or authorized any unlawful payment, gift, or any other thing of value or advantage in violation of Anti-Corruption Laws, (ii)

38

requested or received any payment, gift, or other thing of value or advantage in violation of Anti-Corruption Laws or (iii) otherwise violated any provision of the Anti-Corruption Laws. The Sellers have implemented policies and procedures reasonably designed to prevent, detect, and deter violations of any Anti-Corruption Laws. Since January 1, 2021, neither Sellers nor its Affiliates have received any notice from any Governmental Body or any other Person regarding any actual, alleged, or investigated violation of, or failure to comply with or Liability under, any Anti-Corruption Laws, and to the Knowledge of Sellers there are no conditions or circumstances that would reasonably be expected to give rise to any material future Action against, or voluntary disclosure by, the Sellers with respect to any Anti-Corruption Laws.

Section 3.19    **Absence of Certain Changes**. Except as set forth on Schedule 3.19, since June 30, 2023, (i) the Sellers have conducted their business in the Ordinary Course in all material respects (other than the marketing of the Business and processes and negotiations with Advisors and third parties in connection therewith, and preparation and commencement of the Bankruptcy Cases and actions related thereto), (ii) there has not been any Material Adverse Effect and (iii) there is no material business interruption or similar event, change or circumstance that has occurred, or is occurring, at any of the facilities, plants, offices, laboratories, warehouses, distribution centers and other properties (including at any Owned Real Property or Leased Real Property) owned or operated by the Sellers.

Section 3.20    **Bank Accounts**.   Schedule 3.20 sets forth a complete list of all bank accounts (including any deposit accounts, securities accounts and any sub-accounts) of Sellers.

Section 3.21    **Employee Benefit Plans**.

(a)    Each Employee Benefit Plan intended to be "qualified" within the meaning of Section 401(a) of the Tax Code has received a favorable determination letter from the IRS or is entitled to rely upon a favorable opinion letter issued by the IRS. There are no pending, or to the Knowledge of Sellers, threatened claims (other than routine claims for benefits) by, on behalf of or against any Employee Benefit Plan which could reasonably be expected to result in any Assumed Liability. The Employee Benefit Plans comply in form and in operation with their terms and applicable Laws, including the applicable requirements of the Tax Code and ERISA, except as would not reasonably be expected to be material to the Acquired Assets and the Business, taken as a whole.

(b)    The consummation of the Transactions is not reasonably expected to (i) accelerate the time of payment or vesting, or materially increase the amount, of compensation due to any Business Employee under any Employee Benefit Plan, (ii) cause a Seller to transfer or set aside any assets to fund any benefits under any Employee Benefit Plan or (iii) result in any "disqualified individual" with respect to any Seller receiving any "excess parachute payment" (as each such term is defined in section 280G of the Tax Code), determined without regard to any arrangements that may be implemented by, or at the direction of, Purchaser or any of its Affiliates.

Section 3.22    **No Other Representations or Warranties**. Except for the representations and warranties expressly contained in this Article III (as qualified by the Schedules and in accordance with the express terms and conditions (including limitations and

Active\1607011839.2

exclusions) of this Agreement) (the "Express Representations") (it being understood that Purchaser and the Purchaser Group have relied only on such Express Representations and warranties), Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that no Seller nor any other Person on behalf of any Seller makes, and neither Purchaser nor any member of the Purchaser Group has relied on, is relying on, or will rely on the accuracy or completeness of any express or implied representation or warranty with respect to any Seller, the Business, the Acquired Assets, or the Assumed Liabilities or with respect to any information, statements, disclosures, documents, projections, forecasts or other material of any nature made available or provided by any Person (including in any presentations or other materials prepared by Guggenheim Securities or Alvarez and Marsal North America, LLC) (the "Information Presentation") or in that certain "Project Poet" datasite administered by Datasite (the "Dataroom") or elsewhere to Purchaser or any of its Affiliates or Advisors. Except with respect to the Express Representations, all other representations and warranties, whether express or implied, are hereby expressly disclaimed by Sellers. Nothing in this Section 3.22 shall limit any rights or remedies of Purchaser with respect to a claim for Fraud.

**ARTICLE IV**
**REPRESENTATIONS AND WARRANTIES OF PURCHASER**

Purchaser represents and warrants to Sellers as of the date hereof as follows.

**Section 4.1     Organization and Qualification**. Purchaser is a corporation duly formed, validly existing and in good standing under the Laws of the State of California and has all requisite power and authority necessary to carry on its business as it is now being conducted, except (other than with respect to Purchaser's due formation and valid existence) as would not, individually or in the aggregate, reasonably be expected to have a material adverse effect on Purchaser's ability to consummate the Transaction. Purchaser is duly licensed or qualified to do business and is in good standing (where such concept is recognized under applicable Law) in each jurisdiction in which the nature of the business conducted by it or the character or location of the properties owned or used by it makes such licensing or qualification necessary, except where the failure to be so licensed, qualified or in good standing would not, individually or in the aggregate, reasonably be expected to have a material adverse effect on Purchaser's ability to consummate the Transaction by this Agreement.

**Section 4.2     Authorization of Agreement**. Purchaser has all necessary power and authority to execute and deliver this Agreement and to perform its obligations hereunder and to consummate the Transactions. The execution, delivery and performance by Purchaser of this Agreement, and the consummation by Purchaser of the Transactions, subject to requisite Bankruptcy Court approvals, have been duly authorized by all requisite corporate or similar organizational action and no other corporate or similar organizational proceedings on its part are necessary to authorize the execution, delivery and performance by Purchaser of this Agreement and the consummation by it of the Transactions. Subject to requisite Bankruptcy Court approvals, this Agreement has been duly executed and delivered by Purchaser and, assuming due authorization, execution and delivery hereof by the other Parties, constitutes a legal, valid and binding obligation of Purchaser, enforceable against Purchaser in accordance with its terms, except that such enforceability may be limited by the Enforceability Exceptions.

**Section 4.3      Conflicts; Consents**.

(a)      Assuming that (i) the Sale Order, and all other requisite Bankruptcy Court approvals are obtained, (ii) the notices, authorizations, approvals, Orders, permits or consents set forth on Schedule 4.3(a) are made, given or obtained (as applicable), and (iii) the requirements of the HSR Act are complied with, neither the execution and delivery by Purchaser of this Agreement, nor the consummation by Purchaser of the Transactions, nor performance or compliance by Purchaser with any of the terms or provisions hereof, will (A) conflict with or violate any provision of Purchaser's Organizational Documents, (B) violate any Law or Order applicable to Purchaser, (C) violate or constitute a breach of or default (with or without notice or lapse of time, or both) under or give rise to a right of termination, modification, or cancelation of any obligation or to the loss of any benefit, any of the terms or provisions of any loan or credit agreement or other material Contract to which Purchaser is a party or accelerate Purchaser's obligations under any such Contract, or (D) result in the creation of any Encumbrance (other than a Permitted Encumbrance) on any properties or assets of Purchaser or any of its Subsidiaries, except, in the case of clauses (A) through (D), as would not, individually or in the aggregate, reasonably be expected to prevent or materially impair, alter or delay the ability of Purchaser to consummate the Transactions.

(b)      Except as set forth on Schedule 4.3(a), Purchaser is not required to file, seek or obtain any notice, authorization, approval, Order, permit or consent of or with any Governmental Body in connection with the execution, delivery and performance by Purchaser of this Agreement or the consummation by Purchaser of the Transactions, except (i) any filings required to be made under the HSR Act or (ii) where failure to obtain such consent, approval, authorization or action, or to make such filing or notification, would not, individually or in the aggregate, reasonably be expected to prevent or materially impair, alter or delay the ability of Purchaser to consummate the Transactions.

**Section 4.4      Financing**. As of November 8, 2023, the Credit Agreement will have been amended to permit the issuance of the Term Loans to the Term Loan Holder in an amount equal to the Principal Amount at the Closing.  As of November 8, 2023, Purchaser or Guarantor will, and will through the Closing, have sufficient funds in an aggregate amount necessary to perform the Assumed Liabilities as they become due in accordance with their terms and to consummate all of the other Transactions, including payment of all fees, expenses of, and other amounts required to be paid by, Purchaser in connection with Transactions and does not know of any circumstance or condition that would reasonably be expected to prevent or substantially delay the availability of such funds or otherwise impair such capability at the Closing and such other dates that such obligations and transactions are required to be satisfied pursuant to the terms hereof. Purchaser affirms that it is not a condition to Closing or to any of its obligations under this Agreement that Purchaser obtains financing for the Transactions. Purchaser is and shall be capable of satisfying the conditions contained in sections 365(b)(1)(C) and 365(f) of the Bankruptcy Code with respect to the Assigned Contracts and the related Assumed Liabilities.

**Section 4.5      Brokers**. Except for UBS Securities LLC, all of whose fees and expenses will be borne solely by Purchaser, there is no investment banker, broker, finder, or other

intermediary which has been retained by or is authorized to act on behalf of Purchaser that might be entitled to any fee or commission in connection with the Transactions.

      **Section 4.6**   **No Litigation**. There are no Actions pending or, to Purchaser's knowledge, threatened against or affecting Purchaser that will or would be reasonably likely to adversely affect Purchaser's performance of its obligations under this Agreement or the consummation of the Transactions.

      **Section 4.7**   **Certain Arrangements**. Except for any financing sources or lenders of Purchaser related to Purchaser's financing of the Transaction, as of the date hereof, there are no Contracts, undertakings, commitments, agreements or obligations, whether written or oral, between any member of the Purchaser Group, on the one hand, and any member of the management of any Seller or its respective board of directors (or member of management or applicable governing body of any Affiliate of any Seller), any holder of equity or debt securities of any Seller, or any lender or creditor of any Seller or any Affiliate of any Seller, on the other hand, (a) relating in any way to the acquisition of the Acquired Assets or the Transactions or (b) that would be reasonably likely to prevent, restrict, impede or affect adversely the ability of any Seller or any of its Affiliates to entertain, negotiate or participate in any such transactions.

      **Section 4.8**   **Solvency**. Assuming the accuracy in all material respects of the representations and warranties in Article III, Purchaser is, and immediately after giving effect to the Transactions Purchaser shall be, solvent and at all times shall: (a) be able to pay its debts as they become due; (b) own property that has a fair saleable value greater than the amounts required to pay its debt (including a reasonable estimate of the amount of all contingent Liabilities) and (c) have adequate capital to carry on its business. No transfer of property is being made and no obligation is being incurred in connection with the Transactions with the intent to hinder, delay or defraud either present or future creditors of Purchaser. In connection with the Transactions, Purchaser has not incurred, nor plans to incur, debts beyond its ability to pay as they become absolute and matured.

      **Section 4.9**   **WARN Act and Mass Layoffs**. Purchaser does not currently plan or contemplate any plant closings, reduction in force, terminations of employees, or similar personnel actions impacting Business Employees that would trigger obligations under the WARN Act or similar Laws.

      **Section 4.10**   **No Additional Representations or Warranties**. Except for the representations and warranties contained in this Article IV, Sellers are not relying on and will not rely on the accuracy or completeness of any other express or implied representation or warranty with respect to Purchaser or with respect to any other information provided to Sellers by Purchaser and acknowledge that neither Purchaser nor any other Person on behalf of Purchaser makes on behalf of Purchaser makes any other express or implied representation or warranty with respect to Purchaser or with respect to any other information provided to Sellers by Purchaser.

Active\1607011839.2

## ARTICLE V
### BANKRUPTCY COURT MATTERS

**Section 5.1** **Bankruptcy Actions**.

(a)    Bankruptcy Court Milestones. The Sellers shall comply with the following timeline (the "Bankruptcy Court Milestones"):

(i)    As promptly as practicable but in no event later than one (1) day after the Petition Date, the Sellers shall file with the Bankruptcy Court the Bidding Procedures Motion.

(ii)    No later than three (3) Business Days following the Second Day Hearing, the Sellers shall obtain entry of the Bidding Procedures Order.

(iii)    No later than ~~60 days after the Petition Date~~December 18, 2023, the Bidding Deadline pursuant to the Bidding Procedures Order will occur.

(iv)    No later than 75 days after the Petition Date, the Auction (if necessary) shall have been held pursuant to the Bidding Procedures Order.

(v)    No later than ~~80 days after the Petition Date~~January 9, 2024, but subject to the availability of the Bankruptcy Court, the Bankruptcy Court shall have held the hearing to consider entry of the Sale Order.

(b)    The bidding procedures to be employed with respect to this Agreement shall be those reflected in the Bidding Procedures Order. Purchaser agrees and acknowledges that Sellers, including through their representatives, are and may continue soliciting inquiries, proposals or offers from third parties in connection with any Alternative Transaction pursuant to the terms of the Bidding Procedures Order. Sellers may modify the motion seeking approval of the Sale Order pursuant to discussions with the United States Trustee assigned to the Bankruptcy Case, the Bankruptcy Court, any creditor or committee representing a group of creditors in the Bankruptcy Case, or any other party in interest, with such modifications being acceptable to Purchaser in its commercially reasonable discretion.

(c)    From the date hereof until the earlier of (i) the termination of this Agreement in accordance with Article VIII and (ii) the Closing Date, Sellers shall use commercially reasonable efforts to obtain entry by the Bankruptcy Court of the Sale Order.

(d)    The Parties shall use their respective commercially reasonable efforts to obtain entry by the Bankruptcy Court of the Sale Order. Purchaser shall promptly take all actions as are reasonably requested by Sellers to assist in obtaining the Bankruptcy Court's entry of the Sale Order, and any other Order reasonably necessary in connection with the Transactions as promptly as practicable, including furnishing affidavits, financial information, or other documents or information for filing with the Bankruptcy Court and making such employees and Advisors of Purchaser and its Affiliates available

43

to testify before the Bankruptcy Court for the purposes of, among other things, providing necessary assurances of performance by Purchaser under this Agreement and demonstrating that Purchaser is a "good faith" purchaser under section 363(m) of the Bankruptcy Code, as well as demonstrating Purchaser's ability to pay and perform or otherwise satisfy any Assumed Liabilities following the Closing.

(e)      Each Seller and Purchaser shall (i) appear formally or informally in the Bankruptcy Court if reasonably requested by the other Party or required by the Bankruptcy Court in connection with the Transactions and (ii) keep the other reasonably apprised of the status of material matters related to the Agreement, including, upon reasonable request promptly furnishing the other with copies of notices or other communications received by Sellers from the Bankruptcy Court with respect to the Transactions.

(f)      If an Auction is conducted, and Purchaser is not the prevailing party at the conclusion of such Auction (such prevailing party, the "Successful Bidder") but is the next highest bidder at the Auction, Purchaser shall be required to serve as a back-up bidder (the "Backup Bidder") and keep Purchaser's bid to consummate the Transactions on the terms and conditions set forth in this Agreement (as the same may be revised in the Auction) open and irrevocable until the earlier of (i) 60 days following entry by the Bankruptcy Court of the Sale Order, (ii) the closing of an Alternative Transaction with a Successful Bidder, or (iii) such other date as this Agreement is terminated.

(g)      Sellers and Purchaser acknowledge that this Agreement and the sale of the Acquired Assets are subject to higher and better bids and Bankruptcy Court approval. Purchaser acknowledges that Sellers must take reasonable steps to demonstrate that they have sought to obtain the highest or otherwise best price for the Acquired Assets, including giving notice thereof to the creditors of Sellers and other interested parties, providing information about Sellers to prospective bidders, entertaining higher and better offers from such prospective bidders, and, in the event that additional qualified prospective bidders desire to bid for the Acquired Assets, conducting an Auction.

(h)      Purchaser shall provide adequate assurance of future performance as required under section 365 of the Bankruptcy Code for the Assigned Contracts. Purchaser agrees that it will take all actions reasonably required to assist in obtaining a Bankruptcy Court finding that there has been a sufficient demonstration of adequate assurance of future performance under the Assigned Contracts, such as furnishing affidavits, non-confidential financial information and other documents or information for filing with the Bankruptcy Court and making Purchaser's Advisors available to testify before the Bankruptcy Court.

(i)      Nothing in this Section 5.1 shall prevent Sellers from modifying the Bidding Procedures as necessary or appropriate to maximize value for Sellers' estate in accordance with Sellers' fiduciary obligations.

**Section 5.2      Cure Costs**. Subject to entry of the Sale Order, Purchaser shall, on or prior to the Closing (or, in the case of any Contract that is to be assigned following the Closing

44

pursuant to Section 1.5, on or prior to the date of such assignment), pay the Assumed Cure Costs. Also, subject to entry of the Sale Order, Sellers shall, on or prior to the Closing (or, in the case of any Contract that is to be assigned following the Closing pursuant to Section 1.5, on or prior to the date of such assignment), pay the Excluded Cure Costs and cure any and all other defaults and breaches under the Assigned Contracts so that such Contracts may be assumed by the applicable Seller and assigned to Purchaser in accordance with the provisions of section 365 of the Bankruptcy Code and this Agreement.

**Section 5.3     Approval**. Sellers' obligations under this Agreement and in connection with the Transactions are subject to entry of and, to the extent entered, the terms of any Orders of the Bankruptcy Court (including entry of the Sale Order). Nothing in this Agreement shall require Sellers or their respective Affiliates to give testimony to or submit a motion to the Bankruptcy Court that is untruthful or to violate any duty of candor or other fiduciary duty to the Bankruptcy Court or its stakeholders.

## ARTICLE VI
### COVENANTS AND AGREEMENTS

**Section 6.1     Conduct of the Business of Sellers**.

(a)     Except (i) as required by applicable Law, Order or a Governmental Body, (ii) any limitations on operations imposed by the Bankruptcy Court or the Bankruptcy Code or Sellers' debtor-in-possession financing or use of cash collateral, as the case may be, (iii) as expressly contemplated, required or permitted by this Agreement, or (iv) as set forth on Schedule 6.1, during the period from the date of this Agreement until the Closing (or such earlier date and time on which this Agreement is terminated pursuant to Article VIII), unless Purchaser otherwise consents in writing, Sellers shall use their commercially reasonable efforts to carry on the Business in the Ordinary Course; provided that no action by any Seller with respect to matters specifically addressed by Section 6.1(b) shall be deemed to be a breach of this Section 6.1(a) unless such action would constitute a breach of Section 6.1(b).

(b)     Except (i) as required by applicable Law, Order or a Governmental Body, (ii) any limitations on operations imposed by the Bankruptcy Court or the Bankruptcy Code or Sellers' debtor-in-possession financing or use of cash collateral, as the case may be, (iii) as expressly contemplated, required or permitted by this Agreement, (iv) to the extent related to an Excluded Asset or an Excluded Liability, or (v) as set forth on Schedule 6.1, during the period from the date of this Agreement until the Closing (or such earlier date and time on which this Agreement is terminated pursuant to Article VIII), unless Purchaser otherwise consents in writing, Sellers shall not take any of the following actions with respect to the Business:

(i)     (A) incur, assume or otherwise become liable for any indebtedness for borrowed money, issue or sell any debt securities or rights to acquire any debt securities of Sellers, guarantee any such indebtedness or any debt securities of another Person or enter into any "keep well" or other agreement to maintain any financial statement condition of another Person (collectively, "Indebtedness"),

Active\1607011839.2

except, but only to the extent the following will constitute Excluded Liabilities, (1) for intercompany Indebtedness among Sellers and their Affiliates, (2) for letters of credit, bank guarantees, security or performance bonds or similar credit support instruments, overdraft facilities or cash management programs, in each case issued, made or entered into in the Ordinary Course, (3) for Indebtedness incurred under arrangements that are not secured by the Acquired Assets, (4) for Indebtedness incurred under existing arrangements (including in respect of letters of credit) in an amount not to exceed $5,000,000 outstanding at any time and (5) for Indebtedness incurred in connection with the refinancing of any Indebtedness existing on the date of this Agreement or permitted to be incurred, assumed or otherwise entered into hereunder, or (B) make any loans, capital contributions or advances to, or investments in, any Person other than (1) as permitted pursuant to Section 6.1(b)(iv), (2) in the Ordinary Course, and (3) to any other Seller or Subsidiary; provided any such actions in the foregoing clauses (1), (2), and (3) do not give rise to an Assumed Liability;

(ii)     sell or lease to any Person, in a single transaction or series of related transactions, any of Acquired Assets, except (A) Ordinary Course dispositions of Inventory, (B) transfers among the Sellers, (C) leases or subleases of real property under which a Seller is a tenant or a subtenant and voluntary terminations or surrenders of such leases or subleases, in each case following prior good faith consultation with Purchaser, and (D) other sales and leases in the Ordinary Course;

(iii)     make or authorize capital expenditures, including for property, plant and Equipment, except for those (A) in connection with the repair or replacement of facilities, properties or assets destroyed or damaged due to casualty or accident (whether or not covered by insurance), (B) otherwise in an aggregate amount for all such capital expenditures made pursuant to this clause (B) not to exceed $5,000,000 in the aggregate or (C) in accordance with the capital expenditure budget set forth on Schedule 6.1(b)(iii);

(iv)     except as permitted under Section 6.1(b)(iii), make any acquisition of, or investment in, any securities or business (including by merger), (which for the avoidance of doubt shall not include acquisitions of Inventory in the Ordinary Course);

(v)     except (A) in the Ordinary Course or (B) as permitted pursuant to the terms of any Employee Benefit Plan, (1) grant to any Business Employee at the level of Director or above any increase in compensation (including bonus or long-term incentive opportunities), (2) hire any employee who would be a Business Employee at the level of Director or above; (3) establish, adopt, enter into, materially amend or terminate any material Employee Benefit Plan, except in connection with annual open enrollment in the Ordinary Course; (4) take any action to discretionally accelerate any rights or benefits of any Business Employee at the level of Director or above under any Employee Benefit Plan; or (5) terminate any Business Employee (other than for cause) at the level of Director or

46

above; provided that the foregoing clauses (1) through (5) shall not restrict any Seller from taking any action, including the termination of any non-Business Employee, or establishing any Employee Benefit Plan or other compensation or benefit plan that is not targeted at Business Employees;

(vi)    make any material changes in financial accounting methods, principles or practices materially affecting the consolidated assets, Liabilities or results of operations of Sellers with respect to the Business, except insofar as may be required (A) by GAAP (or any interpretation thereof), (B) by any applicable Law or (C) by any Governmental Body or quasi-governmental authority (including the Financial Accounting Standards Board or any similar organization);

(vii)    grant any Encumbrance (other than Permitted Encumbrances) on any of its material Acquired Assets; other than to secure Indebtedness and other obligations in existence at the date of this Agreement (and required to be so secured by their terms) or permitted under Section 6.1(b)(i); provided that any such Encumbrance will be extinguished in connection with the Closing;

(viii)    waive, release, assign, institute, compromise, or settle any pending or threatened Action against, or related to, any Seller, the Business, the Acquired Assets, or the Assumed Liabilities and that would result in an Assumed Liability;

(ix)    (A) terminate, amend, supplement, modify or waive any provision of, or accelerate any rights, benefits or obligations under, any Material Contract, except any such action in the Ordinary Course or the expiration in accordance with its term or (B) enter into any Contract that would be a Material Contract if executed prior to the date of this Agreement or which would result in an aggregate obligation of Sellers in excess of $200,000, except for (Y) any renewal of any customer Contract in the Ordinary Course upon terms and conditions which are not materially less favorable in the aggregate to the Sellers than those in effect as of the date of this Agreement and (Z) any renewal of any other such Contract in the Ordinary Course upon terms and conditions which are no less favorable to the Sellers, in any material respect, than those in effect as of the date of this Agreement; provided that if Purchaser does not object within two (2) Business Days of a notice referencing this Section, describing in reasonable detail the Contract for which consent is being requested, and requesting consent for such Contract, Purchaser shall be deemed to have consented to Sellers entering into such Contract;

(x)    (A) abandon, cancel, fail to renew, or permit to lapse any Acquired Intellectual Property that is used in the conduct of the Business, or held for use by the Sellers, in each case that is material to the Business, taken as a whole other than pursuant to expiration of any such Acquired Intellectual Property at the end of its maximum term, or (ii) sell, transfer, license or otherwise encumber any material Acquired Intellectual Property, other than licenses of Acquired Intellectual Property in the Ordinary Course;

47

(xi)    solely with respect to Acquired Assets, (A) make any unusual or extraordinary efforts to collect any accounts receivable, intercompany obligation or Liability for Indebtedness, or give any discounts or concessions for early payment of such accounts receivable, intercompany obligation or Liability for Indebtedness or (B) make any sales of, or, other than Permitted Encumbrances, convey any interest in, any accounts receivable, intercompany obligation or Liability for Indebtedness to any third party; provided that Sellers shall be entitled to, in their reasonable business judgment, take such actions with respect to such items that have been outstanding for more than twelve (12) months;

(xii)    amend in any material respect, cancel or permit to terminate any material insurance policy naming any Seller as an insured, a beneficiary or a loss payable payee without first obtaining comparable substitute insurance coverage with no lapse in coverage; or

(xiii)    grant any waiver under or amend or modify, or surrender, revoke, permit to lapse or otherwise terminate any Permit, other than in the Ordinary Course or as would not reasonably be expected to be material to the operation of the Business.

(c)    Nothing contained in this Agreement is intended to give Purchaser or its Affiliates, directly or indirectly, the right to control or direct the Business (or the other business of Sellers and their Affiliates) prior to the Closing, and nothing contained in this Agreement is intended to give any Seller, directly or indirectly, the right to control or direct Purchaser's or its Subsidiaries' operations. Prior to the Closing, each of Purchaser and Sellers shall exercise, consistent with the terms and conditions of this Agreement, complete control and supervision over its and its Subsidiaries' respective operations. Notwithstanding anything to the contrary contained herein, any action taken, or omitted to be taken, by any Seller pursuant to any Law, Order, directive, pronouncement or guideline issued by any Governmental Body or industry group providing for business closures, "sheltering-in-place" or other restrictions that relates to, or arises out of, any pandemic, epidemic or disease outbreak shall in no event be deemed to constitute a breach of this Section 6.1.

**Section 6.2    Access to Information.**

(a)    From the date hereof until the Closing, Sellers will provide Purchaser and its authorized Advisors with reasonable access and upon reasonable advance notice and during regular business hours (and in accordance with the reasonable procedures established by Sellers) to the books and records of Sellers, in order for Purchaser and its authorized Advisors to access such information regarding the Acquired Assets and the Assumed Liabilities as is reasonably necessary in order to consummate the Transactions; provided that (i) such access does not unreasonably interfere with the normal operations of any Seller, (ii) such access will occur in such a manner as Sellers reasonably determine to be appropriate to protect the confidentiality of the Transactions and such books and records, (iii) all requests for access will be directed to Guggenheim Securities or such other Person(s) as Guggenheim Securities may designate in writing from time to time

48

(iv) nothing herein will require Sellers to provide access to, or to disclose any information to, Purchaser if such access or disclosure (A) would cause significant competitive harm to any Seller if the Transactions are not consummated, (B) would waive any legal privilege, (D) would be in violation of applicable Laws (including the HSR Act and Foreign Competition Laws) or the provisions of any agreement to which Sellers are bound or would violate any fiduciary duty, or (E) is in respect of Excluded Tax Returns. Notwithstanding anything to the contrary contained herein will permit Purchaser or its authorized Advisors to conduct any sampling or testing of environmental media or any other invasive investigation or assessment at any Leased Real Property including of the type commonly known as a Phase II environmental site assessment.

(b)      Subject to Section 6.14, the information provided pursuant to this Section 6.2 will be governed by all the terms and conditions of the Confidentiality Agreement. Sellers and their Affiliates make no representation or warranty as to the accuracy of any information, if any, provided pursuant to this Section 6.2, and Purchaser may not rely on the accuracy of any such information, in each case, other than the Express Representations.

(c)      From and after the Closing for a period of three years following the Closing Date (or, if later, the closing of the Bankruptcy Cases), Purchaser will provide Sellers and their Advisors with reasonable access, during normal business hours, and upon reasonable advance notice, to the books and records, including work papers, schedules, memoranda, Tax Returns, Tax schedules, Tax rulings, and other documents (for the purpose of examining and copying) relating to the Acquired Assets, the Excluded Assets, the Assumed Liabilities or the Excluded Liabilities with respect to periods or occurrences prior to the Closing Date, and reasonable access, during normal business hours, and upon reasonable advance notice, to employees, officers, Advisors, accountants, offices and properties of Purchaser (including for the purpose of better understanding the books and records). Unless otherwise consented to in writing by Sellers, Purchaser will not, for a period of three (3) years following the Closing Date, destroy, alter or otherwise dispose of any of such books and records without first offering to surrender to Sellers such books and records or any portion thereof that Purchaser may intend to destroy, alter or dispose of. From and after the Closing, Purchaser will, and will cause its employees to, provide Sellers with reasonable assistance, support and cooperation with Sellers' wind-down and related activities (*e.g.*, helping to locate documents or information related to preparation of Tax Returns or prosecution or processing of insurance/benefit claims).

(d)      Prior to the Closing, the Parties shall reasonably cooperate with each other in coordinating their communications with any customer, supplier or other contractual counterparty of Sellers in relation to this Transaction; provided that Purchaser will not, and will not permit any member of the Purchaser Group to, contact any officer, manager, director, employee, customer, supplier, lessee, lessor, lender, licensee, licensor, distributor, noteholder or other material business relation of any Seller prior to the Closing with respect to any Seller, the Business or the Transactions, in each case without

Active\1607011839.2

the prior written consent of Sellers for each such contact, such consent not to be unreasonably withheld.

(e)    Within 5 Business Days after the Closing, Sellers shall deliver to Purchaser an electronic copy of the contents of the Dataroom as of the Closing by email, and within 15 Business Days two USB drives containing the same.

**Section 6.3    <u>Employee Matters</u>**.

(a)    At least 15 Business Days prior to the Closing Date, Purchaser shall extend to each Business Employee set forth on <u>Schedule 6.3(a)</u> (the "<u>Scheduled Employees</u>") (which <u>Schedule 6.3(a)</u> Purchaser shall provide to Sellers by ~~Nov~~December 2~~7~~0, 2023 and which <u>Schedule 6.3(a)</u> shall include at least 900 Business Employees) a written offer of employment reviewed by Sellers, and which Sellers have had an opportunity to comment on, providing for a position that is materially the same as such employee's position immediately prior to the Closing (including level of responsibility, primary location of employment and authority) on the terms set forth in this <u>Section 6.3</u> ("<u>Transfer Offer</u>") and that, if accepted, shall become effective immediately following the Closing. Business Employees who accept such Transfer Offers and begin employment with Purchaser as of the Closing Date shall be collectively referred to herein as "<u>Transferred Employees</u>."  Nothing herein shall be construed as a representation or guarantee by any Seller or any of their respective Affiliates that any or all Scheduled Employees employed by Sellers will accept the Transfer Offer, or that any Transferred Employee will continue in employment with Purchaser following the Closing for any period of time.  Purchaser shall notify Sellers in a reasonable timeframe prior to the Closing Date with respect to whether each such offer has been accepted or rejected. Purchaser shall carry out all necessary actions, and Sellers shall reasonably cooperate with Purchaser, to effect the timely employment by Purchaser or its applicable Affiliate of each Transferred Employee immediately following the Closing, and Sellers shall reasonably cooperate in connection therewith. Effective as of the Closing, each Transferred Employee previously employed by Sellers shall cease to be an employee of each Sellers.

(b)    For a period of one year from and after the Closing Date, Purchaser shall provide each Transferred Employee, or cause each Transferred Employee to be provided, with: (i) a base compensation or wage rate, as applicable, that is no less than that provided to such Transferred Employee as of immediately prior to the Closing; (ii) cash incentive opportunities that are no less favorable than those provided to such Transferred Employee as of immediately prior to the Closing; (iii) health and welfare plans that are substantially similar in the aggregate to the health and welfare plans maintained by Purchaser or any of its Affiliates as of the Closing Date; and (iv) other employee benefits (including severance benefits and retention bonuses, but excluding long term incentive compensation and equity incentive compensation) that are no less favorable than those provided to such Transferred Employees as of the Closing Date. For purposes of eligibility, vesting and determining level of benefits under the benefit plans and programs maintained by Purchaser and its Affiliates or any of its Affiliates after the Closing Date (the "<u>Purchaser Plans</u>" ), each Transferred Employee shall be credited with his or her

50

years of service with Sellers (and any predecessor thereof) before the Closing Date, except to the extent such credit would result in a duplication of benefits.

(c)    On the Closing, Transferred Employees (and their eligible dependents and beneficiaries) shall cease active participation in the Employee Benefit Plans. Without limiting the generality of any other provision of this Agreement: (i) each Transferred Employee shall be immediately eligible to participate, without any waiting time, in any and all Purchaser Plans; (ii) for purposes of each Purchaser Plan providing health or welfare benefits, Purchaser shall cause all pre-existing condition exclusions and actively-at-work requirements of such Purchaser Plan to be waived for such Transferred Employee and his or her covered dependents (unless such exclusions or requirements were applicable under comparable Employee Benefit Plans); and (iii) Purchaser shall cause any co-payments, deductible and other eligible expenses incurred by such Transferred Employee or his or her covered dependents during the plan year in which the Closing Date occurs to be credited for purposes of satisfying all deductible, coinsurance and maximum out-of-pocket requirements applicable to such Transferred Employee and his or her covered dependents for the applicable plan year of each comparable Purchaser Plan.

(d)    For the avoidance of doubt, Sellers shall be responsible for and ensure timely payment of all (i) final wages, including accrued wages, salary, accrued but unpaid bonuses, commission and other incentive payments, accrued but unpaid vacation and other compensation owed to the Business Employees through the day immediately preceding the Closing Date, and Purchaser shall not be liable for any such payments arising through the day immediately preceding the Closing Date, and (ii) all contributions under Employee Benefit Plans accruing prior to the Closing Date, including any such 401(k) plan employer contributions notwithstanding any year end service requirement. Further, to the extent a Scheduled Employee refuses to accept a Transfer Offer that complies with Section 6.3(a) or otherwise fails to be employed by Purchaser or its Affiliate as of the Closing Date, in each case through no fault of Purchaser, Sellers shall be responsible for any termination or other liabilities related to the employment or termination of any such Scheduled Employee.

(e)    The provisions of this Section 6.3 are for the sole benefit of the Parties and nothing herein, express or implied, is intended or shall be construed to confer upon or give any Person (including for the avoidance of doubt any employees of Sellers or Transferred Employees), other than the Parties and their respective permitted successors and assigns, any legal or equitable or other rights or remedies (with respect to the matters provided for in this Section 6.3 or under or by reason of any provision of this Agreement). Nothing contained herein, express or implied: (i) shall be construed to establish, amend, or modify any benefit plan, program, agreement or arrangement; (ii) shall, subject to compliance with the other provisions of this Section 6.3, alter or limit Purchaser's or Sellers' ability to amend, modify or terminate any particular benefit plan, program, agreement or arrangement; or (iii) is intended to confer upon any current or former employee any right to employment or continued employment for any period of

51

time by reason of this Agreement, or any right to a particular term or condition of employment.

(f)     Sellers shall be solely responsible for any and all obligations and Liabilities arising under Section 4980B of the Tax Code with respect to all "M&A qualified beneficiaries" as defined in 26 C.F.R. § 54.4980B 9.

(g)     Sellers expressly agree to retain all obligations, Liabilities, and commitments related to WARN, including any requirement to provide notice, that accrue up to and including the Closing Date; provided that Purchaser shall provide Sellers with sufficient advance notice to allow Sellers to comply with WARN in the event that Purchasers fail to offer employment to a sufficient number of Scheduled Employees or offer terms of employment that, in either event, would reasonably be expected to constitute a constructive discharge under WARN. Notwithstanding anything to the contrary herein, Sellers or their Affiliates shall be permitted to provide WARN notices prior to the Closing to any employees they reasonably believe could be owed it under applicable Law, in consultation with Purchaser. Purchaser expressly agrees to assume all obligations, Liabilities, and commitments related to WARN, including any requirement to provide notice, that accrue following the Closing Date, as well as any WARN Liabilities relating to the termination of Scheduled Employees who do not receive a Transfer Offer that complies with the requirements under Section 6.3(a) from Purchaser.

(h)     For any Transferred Employees who are Delayed Transferred Employees, the provisions of this Section 6.3 shall apply to such employees *mutatis mutandis* to the maximum extent permitted by applicable Law.

(i)     In the event that the Closing is to occur prior to January 1, 2024, the Parties shall negotiate in good faith an amendment to the TSA or other Contract, pursuant to which Sellers shall continue to employee the Transferred Employees and administer their payroll and continue their existing benefits, all at Purchaser's sole cost and expense (with no markup by Seller) until such time as Purchaser is able to onboard such Transferred Employees to its payroll systems and Purchaser Plans, such time not to be later than February 1, 2024, and the provisions of this Section 6.3 shall be amended accordingly.

**Section 6.4     Regulatory Approvals**.

(a)     Subject to Section 6.5, Sellers will (i) cooperate with Purchaser in exchanging such information and providing such assistance as Purchaser may reasonably request in connection with any filings made by the Purchaser Group pursuant to Section 6.4(b), and (ii) (A) supply promptly any additional information and documentary material that may be requested in connection with the filings made pursuant to this Section 6.4(a) or Section 6.4(b) and (B) use reasonable best efforts to take all actions necessary to obtain all required clearances in connection with such filings.

(b)     Subject to Section 6.5, Purchaser will, and will cause its Affiliates and Advisors to, (i) make or cause to be made all filings and submissions required to be made

52

by any member of the Purchaser Group under any applicable Laws for the consummation of the Transactions, if any, including any Healthcare Laws, and including, obtaining any required Healthcare Permits, (ii) cooperate with Sellers in exchanging such information and providing such assistance as Sellers may reasonably request in connection with any filings made by a Seller pursuant to Section 6.4(a), and (iii) (A) supply promptly any additional information and documentary material that may be requested in connection with the filings made pursuant to this Section 6.4(b) or Section 6.4(a) and (B) use reasonable best efforts to take all actions necessary to obtain all required clearances.

(c)     This Section 6.4 shall not apply to efforts related to Foreign Competition Laws, which shall be governed by the obligations set forth in Section 6.5 below.

**Section 6.5     Antitrust Notification.**

(a)     Sellers and Purchaser (and their respective Affiliates, if applicable) will, as promptly as practicable (and, in the case of filings under the HSR Act, no later than ten (10) Business Days following the date hereof), (i) file with the United States Federal Trade Commission and the United States Department of Justice, the notification form required pursuant to the HSR Act for the Transactions, and (ii) make all notifications, filings, registrations or other materials required or necessary under the Foreign Competition Laws set forth on Schedule 7.1(a). Each Seller and Purchaser shall (and shall cause their respective Affiliates to) furnish to each other's counsel such necessary information and reasonable assistance as the other may request in connection with its preparation of any filing or submission that is necessary under the HSR Act or such Foreign Competition Laws, and will respond to any requests made for any supplemental information by any Governmental Body as promptly as practicable. Sellers and Purchaser shall not extend any waiting period or enter into any agreement or understanding with any Governmental Body without the prior written consent of the other; provided that such consent shall not be unreasonably withheld, conditioned, or delayed. Purchaser will be solely responsible for payment of all filing fees payable in connection with such filings.

(b)     Subject to the immediately following sentence, Sellers and Purchaser will use their reasonable best efforts to as promptly as practicable (and in any event prior to the Outside Date) obtain any clearances, Consents, approvals, waivers, actions, waiting period expirations or terminations, non-actions or other authorizations required under the HSR Act or such Foreign Competition Laws for the consummation of this Agreement and the Transactions and will keep each other apprised of the status of any communications with, and any inquiries or requests for additional information from, any Governmental Body and will comply promptly with any such inquiry or request. Nothing in this Agreement, including this Section 6.5, obligates Purchaser to (i) oppose any motion or action for a temporary, preliminary or permanent Order against, or preventing or delaying, the consummation of the Transactions, or undertake any appeal of any adverse decision or Order by any Governmental Body, (ii) propose offer, accept, or enter into any consent decree, consent agreement, settlement or other agreement or arrangement to hold separate, license, sell, transfer, dispose or divest any assets (whether tangible or intangible), rights, properties, products or businesses of Purchaser, its Affiliates or, after the Closing, the Acquired Assets, (iii) agree to the termination,

53

modification, or assignment of existing relationships, joint ventures, Contracts or obligations of Purchaser or its Affiliates or (iv) agree to any limitations on conduct or actions of members of Purchaser, its Affiliates or after the Closing, the Acquired Assets.

(c)     The Parties commit to instruct their respective counsel to cooperate with each other and use reasonable best efforts to facilitate and expedite obtaining any clearances, Consents, approvals, waivers, actions, waiting period expirations or terminations, non-actions or other authorizations under the HSR Act or Foreign Competition Laws at the earliest practicable dates and, in any event, prior to the Outside Date. Such reasonable best efforts and cooperation shall include each Party and its respective counsel undertaking to (i) promptly notify the other Party or its counsel of, and, if in writing, furnish such other Party or its counsel with copies of (or, in the case of oral communications, advise such other Party or its counsel of the contents of), any communication received by such Person from a Governmental Body in connection with the filings made pursuant to this Section 6.5 and (ii) keep the other Party or its counsel informed with respect to the status of any applicable submissions and filings to any Governmental Body in connection with this Agreement and the Transactions and any developments, meetings or discussions with any Governmental Body in respect thereof, including with respect to (A) the receipt of any non-action, action, clearance, Consent, approval, waiver, or other authorizations, (B) the expiration or termination of any waiting period, (C) the commencement or proposed or threatened commencement of any investigation, litigation or administrative or judicial Action or proceeding under applicable Laws, including any proceeding initiated by a private party, and (D) the nature and status of any objections raised or proposed or threatened to be raised by any Governmental Body with respect to this Agreement and the Transactions. Neither Sellers nor Purchaser will participate in any meeting or discussion with any Governmental Body with respect of any such filings, applications, investigation or other inquiry relating to the Transaction without giving the other Party reasonable prior notice of the meeting or discussion and, unless prohibited by the relevant Governmental Body, the opportunity to attend and participate in such meeting or discussion. Each Party will have the right to review and approve the content of any draft notifications, formal notifications, filing, submission or other written communication (and any analyses, memoranda, presentations, white papers, correspondence or other written materials submitted therewith) to be submitted by the other Party to any Governmental Body in advance of any such submission. Each Party acknowledges that, with respect to any non-public information provided by a Party to the other under this Section 6.5, each Party may (1) designate such material as restricted to "outside counsel only" and any such material shall not be shared with employees, officers or directors or their equivalents of the receiving Party without approval of the disclosing Party and (2) make appropriately limited redactions necessary to satisfy contractual confidentiality obligations, preserve attorney-client privilege or protect material relating to the valuation of the Acquired Assets.

(d)     Purchaser will not, and will not permit any member of the Purchaser Group or their respective Affiliates to, engage in any action or enter into any transaction or permit any action to be taken or transaction to be entered into that would reasonably be expected to (i) impose a material delay in the obtaining of, or materially increase the risk

54

of not obtaining, any clearances, Consents, approvals, waivers, actions, waiting period expirations or terminations, non-actions or other authorizations under the HSR Act or Foreign Competition Laws from any Governmental Body necessary to consummate the Transactions, (ii) materially increase the risk of any Governmental Body entering an Order preventing, delaying or prohibiting the consummation of the Transactions or (iii) delay the consummation of the Transactions.

**Section 6.6    Reasonable Efforts; Cooperation**.

(a)    Subject to the other terms of this Agreement, each Party shall (whether directly or through its Advisors) use its reasonable best efforts to perform its obligations hereunder and to take, or cause to be taken, and do, or cause to be done, all things necessary, proper or advisable to cause the Transactions to be effected as soon as practicable, but in any event on or prior to the Outside Date, in accordance with the terms hereof and to cooperate with each other Party and its Advisors in connection with any step required to be taken as a part of its obligations hereunder.

(b)    The obligations of Sellers pursuant to this Agreement, including this Section 6.6, shall be subject to any Orders entered, or approvals or authorizations granted or required, by or under the Bankruptcy Court or the Bankruptcy Code (including in connection with the Bankruptcy Cases), Sellers' debtor-in-possession financing, and Sellers' obligations as debtors-in-possession to comply with any Order of the Bankruptcy Court (including the Bidding Procedures Order, and the Sale Order), and Sellers' duty to seek and obtain the highest or otherwise best price for the Acquired Assets as required by the Bankruptcy Code.

**Section 6.7    Certain Financing Matters**.

(a)    From the date hereof until the Closing Date, Sellers shall (whether directly or through their respective Advisors) use their commercially reasonable efforts to provide all cooperation reasonably requested by Purchaser in connection with the Financing, at Purchaser's sole expense,  including by using commercially reasonable efforts to (i) furnish Purchaser on a reasonably timely basis with such documentation and information (including financial information) that Purchaser or Purchaser's financing sources have reasonably requested in writing (including electronic correspondence) in connection with obtaining or consummating the Financing, (ii) assist with the preparations for (but not the execution of) the provision of guarantees and the pledging of collateral (it being understood that no such pledging of collateral will be made by any Seller or be effective until at or after the Closing), (iii) provide all documentation and other information required by bank regulatory authorities under applicable "know-your-customer", anti-money laundering rules and regulations, including the PATRIOT Act and beneficial ownership regulations, at least three (3) Business Days prior to Closing, reasonably requested no later than five (5) Business Days prior to the Closing by Purchaser, and (iv) facilitate the taking of all actions reasonably requested by Purchaser in connection with the Financing; provided that (A) no personal liability shall be imposed on any of the Advisors, employees, officers or directors of Sellers involved in the foregoing cooperation, (B) Sellers will not be required to pay any commitment or other fees or

expenses in connection with Purchaser's debt financing, and (C) no Advisor, director or officer of any of Sellers shall be obligated to execute any documentation in connection with Purchaser's debt financing unless continuing in such capacity after the Closing.

(b)      None of Sellers shall be required to take any action pursuant to this Section 6.7 that would subject it to actual or potential Liability for which it would not be indemnified hereunder or to bear any cost or expense or to pay any commitment or other fee or provide or agree to provide any indemnity in connection with the Financing or any of the foregoing prior to the Closing. Purchaser shall indemnify and hold harmless the Seller Parties from and against any and all Liabilities, losses, damages, claims, costs, expenses, interest, awards, judgments and penalties suffered or incurred by them in connection with this Section 6.7 and any information utilized in connection therewith. Purchaser shall, promptly upon request by Elixir, reimburse Sellers for all reasonable out-of-pocket costs incurred by them in connection with this Section 6.7.

(c)      Notwithstanding this Section 6.7 or anything else in this Agreement, Purchaser acknowledges and agrees that (i) it is not a condition to the Closing or to any of Purchaser's other obligations under this Agreement that Purchaser obtain the Financing. The Parties agree that this Section 6.7 (and not Section 6.6 or Section 6.8) sets forth Sellers' sole obligations with respect to the Financing and (ii) the condition set forth in Section 7.2(b), as it applies to Sellers' obligations under this Section 6.7, shall be deemed satisfied unless the failure to obtain the Financing is a direct result of Sellers' knowing and material willful breach of their obligations under this Section 6.7.

**Section 6.8**      **Further Assurances**. From time to time, as and when requested by any Party and at such requesting Party's expense, any other Party will execute and deliver, or cause to be executed and delivered, all such documents and instruments and will take, or cause to be taken, all such further or other actions as such requesting Party may reasonably deem necessary or desirable to evidence and effectuate the Transactions.

**Section 6.9**      **Insurance Matters**.

(a)      Purchaser acknowledges that, upon Closing, all nontransferable insurance coverage provided in relation to any Seller and the Acquired Assets that is maintained by such Seller (whether such policies are maintained with third party insurers or with any Seller) shall cease to provide any coverage to Purchaser and the Acquired Assets and no further coverage shall be available to Purchaser or the Acquired Assets under any such policies.

(b)      To the extent that (i) any insurance policies issued for the benefit of any Seller (the "Sellers' Insurance Policies") cover any Liability relating to the Acquired Assets and relating to or arising out of occurrences or events on or prior to the Closing ("Pre-Closing Matters") and (ii) the Sellers' Insurance Policies continue to offer coverage after the Closing to permit claims to be made thereunder with respect to Pre-Closing Matters, the Sellers shall cooperate with Purchaser in submitting claims and seeking recovery with respect to Pre-Closing Matters on behalf of Purchaser under the Seller's Insurance Policies. Purchaser shall not make any such claims if, and to the extent that,

Active\1607011839.2

such claims are covered by insurance policies held by Purchaser or its Affiliates. The Sellers shall, on request from Purchaser, with respect to any claim arising from an Assumed Liability that is covered or potentially covered the Sellers' Insurance Policies, (i) report such claim to the appropriate insurer as promptly as practicable after such claim is reported to the Sellers, and (ii) instruct that any proceeds of such insurance policy are paid directly to Purchaser, the attorneys handling the defense of such claim or, where applicable, to the claimant as a result of any judgment or settlement, rather than to the Sellers (but subject to all limitations and deductibles and exclusions under such policies and net of Sellers' out-of-pocket costs and expenses of seeking such recovery and any Taxes incurred by Sellers with respect to such recovery, all of which shall be paid directly to Sellers); provided that Purchaser shall notify the Sellers promptly of any such claim or potential claim and shall reasonably cooperate in the investigation and pursuit of any such claim or potential claim.

**Section 6.10     Receipt of Misdirected Assets; Liabilities.**

(a)     From and after the Closing, if any Seller or any of its respective Affiliates receives any right, property or asset that is an Acquired Asset, the applicable Seller shall promptly transfer or cause such of its Affiliates to transfer such right, property or asset (and shall promptly endorse and deliver any such asset that is received in the form of cash, checks or other documents) to Purchaser, and such asset will be deemed the property of Purchaser held in trust by such Seller for Purchaser until so transferred. From and after the Closing, if Purchaser or any of its Affiliates receives any right, property or asset that is an Excluded Asset, Purchaser shall promptly transfer or cause such of its Affiliates to transfer such asset (and shall promptly endorse and deliver any such right, property or asset that is received in the form of cash, checks, or other documents) to the applicable Seller, and such asset will be deemed the property of such Seller held in trust by Purchaser for such Seller until so transferred.

(b)     From and after the Closing, if any Seller or any of its Affiliates is subject to a Liability that should belong to Purchaser or its Affiliates pursuant to the terms of this Agreement, such Seller shall promptly transfer or cause such of its Affiliates to transfer such Liability to Purchaser, and Purchaser shall assume and accept such Liability. From and after the Closing, if Purchaser or any of its Affiliates is subject to a Liability that should belong to a Seller or its Affiliates pursuant to the terms of this Agreement, Purchaser shall promptly transfer or cause such of its Affiliates to transfer such Liability to the applicable Seller or its Affiliates, and such Seller or its Affiliates shall assume and accept such Liability.

**Section 6.11     Guarantees; Third Party Assurances.**

(a)     Purchaser acknowledges Sellers and their Affiliates have entered into various arrangements (i) in which guarantees, letters of credit, sureties, bonds or similar arrangements were issued by Sellers or their Affiliates and (ii) in which Sellers or their Affiliates are the primary obligors on other Contracts, in any such case to support or facilitate Sellers, in each case, set forth in Schedule 6.11(a) ( "Seller Support Obligations"). It is understood that the Seller Support Obligations are not intended to

57

continue after the Closing. Purchaser agrees that it shall use its reasonable best efforts to obtain replacements for the Seller Support Obligations (which shall include the full and unconditional release of Sellers and their Affiliates) that will be in effect at the Closing or, in the case of Seller Support Obligations described in the foregoing clause (ii), will use its commercially reasonable efforts to arrange for itself or one of its Subsidiaries to be substituted as the primary obligor thereon as of the Closing through an assumption, accession, acknowledgement or similar agreement (which shall include the full and unconditional release of Sellers and their Affiliates) with the beneficiary of the applicable Seller Support Obligation. Whether or not Purchaser is able to satisfy the terms of the immediately preceding sentence, Purchaser shall indemnify Sellers and their Affiliates and each of their respective officers, directors, employees, agents and representatives from and against any and all Liabilities incurred by any of them relating to the Seller Support Obligations. Purchaser agrees that, with respect to any Seller Support Obligation, its reasonable best efforts pursuant to this Section 6.11 shall include, if requested, the execution and delivery by Purchaser, or by an Affiliate of Purchaser acceptable to the beneficiary of such Seller Support Obligation, of a replacement guarantee that is substantially in the form of such Seller Support Obligation. All costs and expenses incurred in connection with providing the release or substitution of the Seller Support Obligations shall be borne by Purchaser.

(b)     At or prior to the Closing, Purchaser shall at its sole cost and expense arrange for the issuance of replacement surety bonds or similar instruments or post cash collateral to the issuer with respect to all outstanding surety bonds or similar instruments issued with respect to the Business and which are set forth in Schedule 6.11(b) (collectively, the "Third Party Assurances") such that all Third Party Assurances may be returned, terminated or otherwise unwound in full as of the Closing.

**Section 6.12   Acknowledgment by Purchaser**.

(a)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that it has conducted to its full satisfaction an independent investigation and verification of the Business (including its financial condition, results of operations, assets, Liabilities, properties, Contracts, environmental, health or safety conditions and compliance, employee matters, regulatory compliance, business risks and prospects), and the Acquired Assets and the Assumed Liabilities, and, in making its determination to proceed with the Transactions, Purchaser and the Purchaser Group have relied solely, are relying, and will rely, solely, on the Express Representations and the results of the Purchaser Group's own independent investigation and verification and have not relied on, are not relying on, and will not rely on, any information, statements, disclosures, documents, projections, forecasts or other material made available to Purchaser or any of its Affiliates or Advisors in the Dataroom, any Information Presentation, or the Projections or any other information, statements, disclosures or materials, in each case, whether written or oral, made or provided by or on behalf of any Seller or any other Seller Party, or any failure of any of the foregoing to disclose or contain any information, except for the Express Representations (it being understood that Purchaser and the Purchaser Group have relied only on the Express Representations). Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser

Active\1607011839.2

Group, that (i) the Express Representations are the sole and exclusive representations, warranties and statements of any kind made to Purchaser or any member of the Purchaser Group and on which Purchaser or any member of the Purchaser Group may rely in connection with the Transactions and (ii) all other representations, warranties and statements of any kind or nature expressed or implied, whether in written, electronic or oral form, including (A) the completeness or accuracy of, or any omission to state or to disclose, any information (other than solely to the extent expressly set forth in the Express Representations) including in the Dataroom, Information Presentation, Projections, meetings, calls or correspondence with management of any Seller, any of the Seller Parties or any other Person on behalf of any Seller or any of the Seller Parties or any of their respective Affiliates or Advisors and (B) any other statement relating to the historical, current or future business, financial condition, results of operations, assets, Liabilities, properties, Contracts, environmental, health or safety conditions and compliance, employee matters, regulatory compliance, business risks and prospects of the Business, or the quality, quantity or condition of any of the Acquired Assets are, in each case, specifically disclaimed by each Seller, on its behalf and on behalf of the Seller Parties. Purchaser, on its own behalf and on behalf of the Purchaser Group: (1) disclaims reliance on the items in <u>clause (ii)</u> in the immediately preceding sentence; and (2) acknowledges and agrees that it has relied on, is relying on and will rely on only the items in <u>clause (i)</u> in the immediately preceding sentence (which do not, for the avoidance of doubt, include Purchaser's or Purchaser Group's reliance on the Express Representations). Without limiting the generality of the foregoing, Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that neither Sellers, nor any other Person (including the Seller Parties), has made, is making or is authorized to make, and subject to <u>Section 6.12(c)</u>, Purchaser, on its own behalf and on behalf of the Purchaser Group, hereby waives, all rights and claims it or they may have against any Seller Party with respect to the accuracy of, any omission or concealment of, or any misstatement with respect to, (x) any potentially material information regarding any Seller or any of their respective assets (including the Acquired Assets), Liabilities (including the Assumed Liabilities) or operations and (y) any warranty or representation (whether in written, electronic or oral form), express or implied, as to the quality, merchantability, fitness for a particular purpose, or condition of any Seller's business (including the Business), operations, assets, Liabilities, Contracts, environmental, health or safety conditions and compliance, employee matters, regulatory compliance, business risks and prospects or any portion thereof, except, in each case, solely to the extent expressly set forth in the Express Representations.

(b)     Without limiting the generality of the foregoing, in connection with the investigation by the Purchaser Group of the Business, Purchaser and the members of the Purchaser Group, and the Advisors of each of the foregoing, have received or may receive, from or on behalf of any Seller, or other Seller Parties, certain projections, forward-looking statements and other forecasts (whether in written, electronic, or oral form, and including in the Information Presentation, Dataroom, management meetings, etc.) (collectively, "<u>Projections</u>"). Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that (i) such Projections are being provided solely for the convenience of Purchaser to facilitate its own independent investigation of Sellers, (ii) there are uncertainties inherent in attempting to make such Projections, (iii) Purchaser

59

is familiar with such uncertainties, and (iv) Purchaser is taking full responsibility for making their own evaluation of the adequacy and accuracy of all Projections (including the reasonableness of the assumptions underlying such Projections).

(c)     Nothing in this Section 6.12 shall limit any rights or remedies available to Purchaser in the case of a claim for Fraud.

(d)     Purchaser acknowledges and agrees, on its own behalf and on behalf of the Purchaser Group, that it will not assert, institute, or maintain, and will cause each member of the Purchaser Group not to assert, institute or maintain, any Action that makes any claim contrary to the agreements and covenants set forth in this Section 6.12, including any such Action with respect to the distribution to Purchaser or any member of the Purchaser Group, or Purchaser's or any member of the Purchaser Group's use, of the information, statements, disclosures or materials in the Information Presentation, the Dataroom or Projections or any other information, statements, disclosures, or materials, in each case whether written or oral, provided by them or any other Seller Party or any failure of any of the foregoing to disclose any information.

**Section 6.13   Guaranty**.

(a)     Guarantor hereby irrevocably, absolutely and unconditionally guarantees to Sellers (i) the due and punctual performance, when and as due, of all obligations, covenants and agreements of Purchaser arising under or pursuant to this Agreement; (ii) the accuracy of Purchaser's representations and warranties set forth herein; and (iii) the punctual payment of all sums, if any, now or hereafter owed by Purchaser under and in accordance with the terms of this Agreement, including the payment obligations of the Purchaser pursuant to Section 2.1 (the matters set forth in clauses (i), (ii), and (iii), collectively, "Guaranteed Obligations").

(b)     If Purchaser fails to perform any of the Guaranteed Obligations, then Guarantor shall itself be jointly and severally liable for the Guaranteed Obligations and shall perform or take whatever steps as may be necessary to procure performance of the same.

(c)     Notwithstanding any other provision of this Section 6.13, nothing herein shall be construed as imposing greater obligations or Liabilities on Guarantor than for which Purchaser itself would be liable under this Agreement or obliging Guarantor to indemnify and hold harmless Sellers against any losses, costs, or expenses for which Purchaser itself would not be liable under this Agreement, except as set forth in this Section 6.13, including Section 6.13(f) and Section 6.13(h).

(d)     The obligations of Sellers under this Agreement shall conclusively be deemed to have been created, contracted, or incurred in reliance upon this Section 6.13 and all dealings between Sellers and Purchaser shall likewise be conclusively presumed to have been consummated in reliance upon this Section 6.13.

(e)     Guarantor's obligations hereunder shall not be affected by any facts or circumstances that might constitute a legal or equitable bar, discharge or defense to any

Active\1607011839.2

Guaranteed Obligations available to Guarantor but not available to Purchaser, and Guarantor hereby expressly waives and renounces any and all such bars, discharges and defenses.

(f)     The guarantee by Guarantor contained herein shall be a continuing guarantee, shall remain in full force and effect and shall continue to be enforceable by Sellers until the performance by Purchaser of all of the Guaranteed Obligations (notwithstanding any change, restructuring, bankruptcy, insolvency or termination of the corporate structure or existence of any Seller or any of its Subsidiaries) and that upon completion of all of the Guaranteed Obligations, this guarantee shall terminate automatically and Guarantor shall stand discharged of all of its obligations under this guarantee. Guarantor shall indemnify Sellers for any costs and expenses incurred by Sellers in enforcing this Section 6.13, including the fees and expenses of counsel and other Advisors of Sellers in the investigation and prosecution of any Action with respect hereto. Guarantor's obligations under this Section 6.13 shall not be terminated, modified, affected or impaired by reason of any relief or discharge of Purchaser from any of Purchaser's respective obligations in bankruptcy or similar proceedings, or by liquidation or dissolution.

(g)     The liability of Guarantor under this Section 6.13 shall be unlimited and unconditional, and this Section 6.13 shall be a continuing guaranty.

(h)     Guarantor hereby makes the representations and warranties set forth in Article IV as to itself, and such representations and warranties shall apply *mutatis mutandis* as if Guarantor were substituted for Purchaser therein.

**Section 6.14    Confidentiality**.

(a)     The Confidentiality Agreement is hereby incorporated herein by reference and shall continue in full force and effect in accordance with its terms; provided that from and after the Closing, all of Purchaser's and its Affiliates obligations under the Confidentiality Agreement with respect to confidential information that constitutes an Acquired Asset or Assumed Liability, shall terminate and be of no further force or effect.

(b)     From and after the Closing the confidential information and trade secrets included in the Acquired Assets ("Business Confidential Information") will be the confidential information of Purchaser; provided that Business Confidential Information shall not include any information that is or, after the Closing, becomes generally available to the public other than as a result of disclosure, directly or indirectly, by Sellers in violation of this Section 6.14. The Sellers will not use the Business Confidential Information except to (i) provide the services under the TSA, or (ii) comply with applicable Law or a Contract that is an Excluded Asset and solely for the purpose of complying with such Contract,, (iii) enforce Sellers' rights hereunder, or (iv) participate in commercial arrangements between Sellers and their Affiliates, on the one hand, and Purchaser and its Affiliates, on the other hand ((i) through (iv), the "Permitted Purposes").

(c)       Following the Sellers' delivery of the Acquired Assets to Purchaser and Purchaser's confirmation of receipt of the Acquired Assets, the Sellers will use commercially reasonable efforts to permanently delete and erase from the Sellers' systems and storage locations all software and other technology that is not needed by the Sellers to provide the services under the TSA, except Sellers may retain such documents, records, and copies as are be required in order to satisfy any retention policies, internal compliance procedures or regulations or Law to which Seller is subject, or where it is not reasonably possible to destroy copies that have been created by ordinary course electronic backup procedures, provided that (x) the obligations in this Section 6.14 shall continue to apply to such documents, records and copies and (y) in each case, such documents, records and copies are only available and accessible to employees of Seller with a need to know solely for the foregoing purposes. Following the termination or expiration of the TSA, Sellers will use commercially reasonable efforts permanently delete and erase from the Sellers' systems and storage locations all of the software and other technology included in the Acquired Assets that was needed by the Sellers to perform obligations under the TSA, except Sellers may retain such documents, records, and copies as are be required in order to satisfy any retention policies, internal compliance procedures or regulations or Law to which Seller is subject, or where it is not reasonably possible to destroy copies that have been created by ordinary course electronic backup procedures, provided that (x) the obligations in this Section 6.14 shall continue to apply to such documents, records and copies and (y) in each case, such documents, records and copies are only available and accessible to employees of Seller with a need to know solely for the foregoing purposes.

(d)       From and after the Closing, except with the prior written consent of Purchaser, the Sellers agree to keep confidential and not disclose the Business Confidential Information, except to the extent that (A) such information has otherwise been made public other than as a result of disclosure, directly or indirectly, by Sellers in violation of this Section 6.14, (B) any such information is reasonably necessary for enforcing the Sellers' rights hereunder and is disclosed to any Governmental Body in connection with any Actions involving a dispute between any Seller and any Purchaser Group member, (C) any Seller is required by applicable Law (including, in connection with the Bankruptcy Cases) to divulge or disclose any such information (in which case Sellers shall promptly notify Purchaser in advance of disclosing such information and use commercially reasonable efforts to cooperate with Purchaser to limit such disclosure, to the extent permitted under applicable Law), and (D) to its Affiliates and Advisors solely on a need to know basis in connection with the Permitted Purposes and solely for the Permitted Purposes.

(e)       Purchaser acknowledges that Sellers' and their Affiliates' directors, officers and employees may unavoidably retain unassisted mental impressions of Business Confidential Information that were not the result of such individuals having studied, memorized, or reviewed Business Confidential Information for the purpose of remembering, preserving, replicating or otherwise using such Business Confidential Information ("Mental Impressions"), and such retention of such Mental Impressions shall not in and of itself constitute a breach of this Section 6.14. In addition, to the extent such Mental Impressions are recalled indirectly or subconsciously as part of such individual's

62

general industry knowledge, and not as such individual's direct or conscious recollection (i) of Business Confidential Information or (ii) as information relating to or having been included in the Acquired Assets, such individual's actions or omissions, to the extent based on such general industry knowledge and not on specific Business Confidential Information, shall not in and of themselves constitute a breach of this <u>Section 6.14</u>. However, and notwithstanding anything to the contrary, this <u>Section 6.14(e)</u> will not (x) affect in any manner whatsoever Purchaser's rights in the Acquired Intellectual Property or (y) assign to Sellers or their Affiliates or any other Person or otherwise grant to Sellers or their Affiliates or any other Person any license or other rights whatsoever to, any of the Acquired Intellectual Property.

**Section 6.15   No Successor Liability**. The Parties intend that, to the fullest extent permitted by applicable Law (including under Section 363 of the Bankruptcy Code), upon the closing, Purchaser shall not be deemed to: (a) be the successor of any Seller, (b) have, de facto, or otherwise, merged with or into Sellers, (c) be a mere continuation or substantial continuation of Sellers or the enterprise(s) of Sellers or (d) be liable or have any Liability for any acts or omissions of Sellers in the conduct of their businesses or arising under or related to the Acquired Assets other than as expressly set forth and agreed in this Agreement. Without limiting the generality of the foregoing, and except as otherwise expressly provided in this Agreement, the Parties intend that Purchaser shall have no Liability for any Encumbrance (other than the Assumed Liabilities and Permitted Encumbrances on the Acquired Assets) against Sellers or any of Sellers predecessors or Affiliates, and Purchaser shall have no successor or vicarious liability of any kind or character whether known or unknown as of the Closing Date or in connection with the transactions contemplated to occur on the Closing, whether now existing or hereafter arising, or whether fixed or contingent, with respect to the businesses of Sellers, the Acquired Assets or any Liability of Sellers arising prior to, or relating to any period occurring prior to, the Closing Date. The Parties agree that the Sale Order shall contain provisions substantially in the form set forth in this <u>Section 6.15</u>.

**Section 6.16   Retained Privileged Materials**. Following the Closing (i) in the event of a dispute between Purchaser and its Affiliates, on the one hand, and a third party (other than Sellers), on the other hand, Purchaser shall have the right to, or to require Sellers to, assert the attorney-client privilege to prevent disclosure of any Retained Privileged Materials to a third party, and (ii) without Purchaser's prior written consent, Sellers shall not, unless required by applicable Law, disclose, transfer or otherwise make available any Retained Privileged Materials to any third-party, in any manner that would reasonably be expected to result in the waiver of the attorney-client privilege with respect to such materials.

**Section 6.17   Notification of Certain Matters**. The Sellers will promptly (and, in any event, within ten (10) days) notify Purchaser in writing of: (i) any notice or other communication from any Person alleging that the Consent of such Person is or may be required in connection with the Transactions; (ii) any notice or other communication from any Governmental Body, or any Action by any Governmental Body, related to or in connection with the Transactions (including that may restrain, enjoin or otherwise prohibit the consummation of the Transactions); and (iii) the discovery of any variances from, or the existence or occurrence of any event, fact or circumstance arising after the execution of this Agreement that would reasonably be expected to

Active\1607011839.2

cause, any of the representations and warranties contained in <u>Article III</u> to be untrue or inaccurate such that the condition set forth in <u>Section 7.2(a)</u> will not be satisfied.

**Section 6.18   Change of Name**. Promptly (and, in any event, within 60 days) following the Closing, each Seller shall, and shall cause their Subsidiaries (other than EIC) to, discontinue the use of their current legal entity name (and any other trade names or "d/b/a" names currently utilized by each Seller) and shall not subsequently change any of their names to or otherwise use or employ any name which includes the words "Elixir," "Ascend," "Laker," and/or "Tonic" and the other names listed on <u>Schedule 6.18</u> without the prior written consent of Purchaser, and each Seller shall cause the name of Sellers in the caption of the Bankruptcy Cases to be changed to the new names of each Seller.

**Section 6.19   Open Source Remediation**.  Prior to Closing, Seller shall obtain and pay for commercial licenses for ~~iTextSharp,~~ ServiceStack and jqGrid software sufficient to permit Seller's use of such software.

**Section 6.20   ~~CMS Novation~~[intentionally omitted]**. ~~As promptly as practicable, and in any event not later than ten (10) Business Days, after the date hereof, Sellers shall cause EIC to jointly prepare with EIC and to file with CMS a request for CMS to approve and consent to the novation of the CMS Contracts from EIC to Purchaser pursuant to the Novation Agreement, by and among CMS, EIC (as transferor) and Purchaser (as transferee) ("Novation Agreement"). Sellers shall cause EIC to include in such request all of the information and documentation required pursuant to 42 CFR § 423.552 and any additional information required or advisable pursuant to applicable Law. Thereafter, Sellers shall cause EIC, in coordination with Purchaser, to promptly update, as necessary or appropriate, the Novation Agreement request to include all of the information required pursuant to 42 CFR § 423.552 and any additional information required or advisable pursuant to applicable Law, including all information requested by CMS. Sellers shall cause EIC to furnish to Purchaser, and Purchaser shall furnish to Sellers, all necessary information as the other Party may reasonably request in connection with its preparation of any filing or submission in connection with the Novation Agreement, and shall keep the other Party apprised of the status of any communications with, and inquiries or requests for additional information from, CMS or other Governmental Body. Sellers shall cause EIC to, and Purchaser shall, comply promptly with any such inquiry or request of CMS related to the Novation Agreement. Sellers shall cause EIC to, and Purchaser shall, satisfy all requirements applicable to the Novation Agreement pursuant to 42 CFR §§ 423.551 AND 423.552.  In the event that the Novation Agreement is not obtained pursuant to the terms and conditions set forth in this Section 6.20, the terms and conditions set forth in Section 1.7 shall become null and void. Notwithstanding this Section 6.20 or anything else in this Agreement, Purchaser acknowledges and agrees that (a) it is not a condition to the Closing or to any of Purchaser's other obligations under this Agreement that the Parties obtain the Novation Agreement. The Parties agree that this Section 6.20 (and not Section 6.6 or Section 6.8) sets forth Sellers' sole obligations with respect to the potential Novation Agreement and (ii) the condition set forth in Section 7.2(b), as it applies to Sellers' obligations under this Section 6.20, shall be deemed satisfied unless the failure to obtain the Novation Agreement is a direct result of Sellers' knowing and material willful breach of their obligations under this Section 6.20.~~

.

**Section 6.21** ~~Completion of TSA Schedules~~[intentionally omitted]. ~~Purchaser and Sellers shall cooperate in good faith to finalize the TSA to the reasonable satisfaction of the Purchaser and Sellers as soon as reasonably practicable following the date hereof and in any event on or prior to November 13, 2023. Purchaser and Sellers shall negotiate in good faith to modify and finalize the schedules to and the economic terms of the TSA; provided that Purchaser and Sellers acknowledge and agree that the form of TSA attached as Exhibit G is considered substantially complete but there are open matters relating primarily to finalizing the services and economic terms, which may include revisions to the body of the TSA.~~

.

**Section 6.22   Privacy Compliance.**  For twelve (12) months following the Closing, Purchaser agrees that it and each Designated Purchaser shall operate the Business and administer the Acquired Assets in compliance, in all material respects, with (i) all Laws applicable to the Purchaser or the Designated Purchaser, as applicable, including HIPAA and Privacy Laws (as applicable); and (ii) all written and publicly available privacy policies and notices of privacy practices of the Purchaser or the Designated Purchaser, as applicable, applicable to the Acquired Assets, which the Purchaser or the Designated Purchaser, as applicable, may modify at any time in accordance with applicable Laws.  Purchaser acknowledges that any "protected health information" (as such term is defined by HIPAA, "PHI") transferred to Purchaser or the applicable Designated Purchaser pursuant to this Agreement is received by Purchaser or such Designated Purchaser in Purchaser's capacity as a "business associate" or the applicable Designated Purchaser in its capacity as a "covered entity" (as such terms are defined by HIPAA, and as applicable with respect to Purchaser, pursuant to a "business associate contract" (as such term is used under HIPAA) that is an Assigned Contract.  For twelve (12) months following Closing, Purchaser agrees that all such PHI transferred to Purchaser pursuant to this Agreement that is protected under an Assigned Contract that is a business associate contract shall remain protected under a HIPAA-compliant business associate contract.  The Parties agree that PHI, which is maintained by a covered entity at the time of transfer, in its capacity as a covered entity, that is transferred pursuant to this Agreement shall be received by or on behalf of a Designated Purchaser that is a covered entity.  To the extent that such PHI maintained by or on behalf of a pharmacy at the time of transfer, the Parties acknowledge that such PHI is being transferred hereunder for the purposes of carrying out pharmacy-related services by or on behalf of a Designated Purchaser that is a pharmacy and for other purposes in compliance with such Designated Purchaser's privacy policies and notice of privacy practices.

## ARTICLE VII
### CONDITIONS TO CLOSING

**Section 7.1   Conditions Precedent to the Obligations of Purchaser and Sellers.** The respective obligations of each Party to consummate the Closing are subject to the satisfaction (or to the extent permitted by Law, written waiver by Sellers and Purchaser) on or prior to the Closing Date, of each of the following conditions:

65

(a) the expiration or termination of any required waiting period under the HSR Act or under the Foreign Competition Laws set forth in Schedule 7.1(a) related to the Transactions, and receipt of any necessary approval related to the Transactions under the Foreign Competition Laws or other regulations set forth in Schedule 7.1(a);

(b) no court of competent jurisdiction shall have issued, enacted, entered, promulgated or enforced any Order (including any temporary restraining Order or preliminary or permanent injunction) restraining, enjoining or otherwise prohibiting the Transactions that is still in effect; and

(c) the Bankruptcy Court shall have entered the Sale Order and the Sale Order shall not have been stayed, reversed, or modified in a manner not reasonably acceptable to the Parties.

**Section 7.2** **Conditions Precedent to the Obligations of Purchaser**. The obligations of Purchaser to consummate the Closing are subject to the satisfaction (or to the extent permitted by Law, written waiver by Purchaser in its sole discretion), on or prior to the Closing Date, of each of the following conditions:

(a) (i) the representations and warranties made by Sellers in Article III (in each case, other than the Fundamental Representations and the Seller Sufficiency Representations) shall be true and correct in each case in all respects as of the Closing Date as though made on and as of the Closing Date (other than representations and warranties that are made as of a specified date need be true and correct only as of such date), except where the failure of such representations and warranties to be true and correct (without giving effect to any limitation as to "materiality", "Material Adverse Effect" or similar qualifiers contained therein (other than "material weaknesses" in Section 3.4(d) and the word "Material" when used in the instances of the defined term "Material Contract" and "Material Adverse Effect" in Section 3.19)) has not had, and would not reasonably be expected to have, individually or in the aggregate, a Material Adverse Effect, (ii) the representations and warranties set forth in Section 3.1, Section 3.2, Section 3.5(a) and Section 3.17 (collectively, the "Fundamental Representations") shall be true and correct in all respects other than for de minimis inaccuracies, in each case as of the Closing Date as though all such representations and warranties had been made as of the Closing Date (other than representations and warranties that by their terms address matters only as of another specified date, which shall be so true and correct only as of such other specified date) and (iii) the representations and warranties set forth in Section 3.5(b) (the "Seller Sufficiency Representations") shall be true and correct in all respects, in each case as of the Closing Date as though such representations and warranties had been made as of the Closing Date;

(b) Sellers shall have performed or complied with, or caused to be performed or complied with, in all material respects, all of the obligations and covenants required by this Agreement to be performed or complied with by Sellers on or prior to the Closing;

66

(c)      Sellers shall have delivered, or caused to be delivered, to Purchaser all of the items set forth in <u>Section 2.4</u>;

(d)      From the date of this Agreement, there shall not have occurred any Material Adverse Effect.

**Section 7.3      <u>Conditions Precedent to the Obligations of Sellers</u>**. The obligations of Sellers to consummate the Closing are subject to the satisfaction (or to the extent permitted by Law, written waiver by Sellers in their sole discretion), on or prior to the Closing Date, of each of the following conditions:

(a)      the representations and warranties made by Purchaser in <u>Article IV</u> shall be true and correct, in each case as of the Closing Date, with the same force and effect as though all such representations and warranties had been made as of the Closing Date (other than representations and warranties that by their terms address matters only as of another specified date, which shall be so true and correct only as of such other specified date), except where the failure of such representations or warranties to be so true and correct (without giving effect to any limitation as to "materiality", "material adverse effect", "Material Adverse Effect" or similar qualifiers contained therein) would not materially impair or prevent Purchaser's ability to consummate the Transactions;

(b)      Purchaser shall have performed or complied with, or caused to be performed or complied with, in all material respects, all of the obligations and covenants required by this Agreement to be performed or complied with by Purchaser on or prior to the Closing; and

(c)      Purchaser shall have delivered, or caused to be delivered, to Sellers all of the items set forth in <u>Section 2.5</u>.

**Section 7.4      <u>Waiver of Conditions</u>**. Upon the occurrence of the Closing, any condition set forth in this <u>Article VII</u> that was not satisfied as of the Closing will be deemed to have been waived for all purposes by the Party having the benefit of such condition as of and after the Closing. None of Purchaser or Sellers may rely on the failure of any condition set forth in this <u>Article VII</u>, as applicable, to be satisfied if such failure was caused by such Party's failure to perform any of its obligations under this Agreement, including its obligation to use its reasonable best efforts to consummate the Transactions as required under this Agreement.

**ARTICLE VIII**
**TERMINATION**

**Section 8.1      <u>Termination of Agreement</u>**. This Agreement may be terminated at any time prior to the Closing only in accordance with this <u>Section 8.1</u>, and in no other manner:

(a)      by the mutual written consent of Sellers and Purchaser;

(b)      by written notice of either Purchaser or Sellers, upon the issuance of an Order by a court of competent jurisdiction restraining, enjoining or otherwise prohibiting the consummation of the Closing or declaring unlawful the Transactions, and such Order

67

having become final, binding and non-appealable; provided that no Party may terminate this Agreement under this Section 8.1(b) if the issuance of such Order was caused by such Party's failure to perform any of its obligations under this Agreement;

(c)    by written notice of either Purchaser or Sellers, if the Closing shall not have occurred on or before May 31, 2024 (the "Outside Date"); provided that a Party shall not be permitted to terminate this Agreement pursuant to this Section 8.1(c) if the failure of the Closing to have occurred by the Outside Date was caused by such Party's failure to perform any of its obligations under this Agreement;

(d)    by written notice from Sellers to Purchaser, upon a breach of any covenant or agreement on the part of Purchaser, or if any representation or warranty of Purchaser will have become untrue, in each case, such that the conditions set forth in Section 7.3(a) or Section 7.3(b) would not be satisfied, including a breach of Purchaser's obligation to consummate the Closing; provided that (i) if such breach is curable by Purchaser (other than a breach or failure by Purchaser to close when required pursuant to Section 2.3) then Sellers may not terminate this Agreement under this Section 8.1(d) unless such breach has not been cured by the date which that the earlier of (A) two (2) Business Days prior to the Outside Date and (B) 30 days after Sellers notify Purchaser of such breach and (ii) Sellers' right to terminate this Agreement pursuant to this Section 8.1(d) will not be available to Sellers at any time that Sellers are in material breach of, any covenant, representation or warranty hereunder;

(e)    by written notice from Purchaser to Sellers, upon a breach of any covenant or agreement on the part of Sellers, or if any representation or warranty of the Sellers will have become untrue, in each case, such that the conditions set forth in Section 7.2(a) or Section 7.2(b) would not be satisfied; provided that (i) if such breach is curable by Sellers then Purchaser may not terminate this Agreement under this Section 8.1(e) unless such breach has not been cured by the date which is the earlier of (A) two (2) Business Days prior to the Outside Date and (B) 30 days after Purchaser notifies Sellers of such breach and (ii) the right to terminate this Agreement pursuant to this Section 8.1(e) will not be available to Purchaser at any time that Purchaser is in material breach of, any covenant, representation or warranty hereunder;

(f)    by written notice from Sellers to Purchaser, if (i) all of the conditions set forth in Section 7.1 and Section 7.2 have been satisfied (other than conditions that by their nature are to be satisfied at the Closing, but which conditions are capable of being satisfied) or waived, (ii) Sellers have confirmed in writing to Purchaser that Sellers are ready, willing, and able to consummate the Closing, and (iii) Purchaser fails to complete the Closing by, or at, the later of (A) three Business Days of receipt of the notice described in clause (ii), and (B) the time required by Section 2.3;

(g)    by written notice from Sellers to Purchaser, if any Seller or the board of directors (or similar governing body) of any Seller determines that proceeding with the Transactions or failing to terminate this Agreement would be inconsistent with its or such Person's or body's fiduciary duties;

68

(h)      by written notice of either Purchaser or Sellers, if (i) any Seller enters into one or more Alternative Transactions with one or more Persons other than Purchaser or the Successful Bidder or the Backup Bidder at the Auction or (ii) the Bankruptcy Court approves an Alternative Transaction other than with the Successful Bidder or the Backup Bidder;

(i)      by written notice from either Purchaser or Sellers, if Purchaser (i) is not the Successful Bidder or the Backup Bidder at the Auction or (ii) is the Backup Bidder at the Auction and Sellers consummate an Alternative Transaction with the Successful Bidder;

(j)      by Sellers or Purchaser, if the Bankruptcy Cases are dismissed or converted to a case or cases under chapter 7 of the Bankruptcy Code, or if a trustee or examiner with expanded powers to operate or manage the financial affairs or reorganization of the Sellers is appointed in the Bankruptcy Cases;

(k)      by Purchaser if Sellers withdraw or seek authority to withdraw the Bidding Procedures Motion;

(l)      by Purchaser if (i) following entry by the Bankruptcy Court of the Bidding Procedures Order, such order is (A) amended, modified or supplemented in a manner reasonably expected to be adverse to Purchaser without Purchaser's prior written consent or (B) voided, reversed or vacated or is subject to a stay, or (ii) following entry by the Bankruptcy Court of the Sale Order, the Sale Order is (A) amended, modified or supplemented in an adverse way without Purchaser's prior written consent or (B) voided, reversed or vacated or is subject to a stay;

(m)      by Purchaser, if any of the Bankruptcy Court Milestones are not met;

(n)      by Purchaser, in its sole discretion, on or prior to October 23, 2023;

(o)      by Purchaser, in its sole discretion, on or prior to November 8, 2023; or

(p)      by written notice from Sellers to Purchaser, upon a breach of Section 2.2(a) on the part of Purchaser.

**Section 8.2      Effect of Termination**.

(a)      In the event of termination of this Agreement pursuant to Section 8.1, this Agreement shall forthwith become null and void and no Party or any of its partners, officers, directors, managers or equityholders will have any Liability under this Agreement; provided that Section 2.2, Section 6.2(b), Section 6.14, this Section 8.2 and Article X shall survive any such termination; provided further that no termination will relieve any Party from any Liability for any Willful Breach of this Agreement prior to the date of such termination; provided further that, subject to Section 10.12, the maximum Liability of Purchaser under, or arising out of, this Agreement shall be equal to the Deposit. Subject to Section 10.12, nothing in this Section 8.2 will be deemed to impair the right of any Party to be entitled to specific performance or other equitable remedies to

69

enforce specifically the terms and provisions of this Agreement. Notwithstanding anything contained herein to the contrary, (i) retaining the Deposit pursuant to Section 2.2(b) is Sellers' sole and exclusive remedy arising from (A) Seller's termination of this Agreement pursuant to Section 8.1(p) or any other section of Section 8.1 (or upon any other grounds) as a result of Purchaser's breach of Section 2.2(a) or Section 4.4, and (B) Purchaser's breach of Section 2.2(a) or Section 4.4, and (ii) retaining the Deposit pursuant to Section 2.2(b) is Sellers' sole and exclusive remedy arising from Purchaser's termination of this Agreement pursuant to Section 8.1(n) or Section 8.1(o). For the avoidance of doubt, Sellers will not be entitled to specific performance or other equitable remedies to enforce specifically (1) the terms and provisions of Section 2.2(a) requiring Purchaser to make the Second Deposit or Final Deposit, or (2) requiring Purchaser to cure any breach of Section 4.4.

(b)     If this Agreement is terminated other than pursuant to Section 8.1(a), Section 8.1(d), Section 8.1(f), Section 8.1(n), Section 8.1(o), or Section 8.1(p), then the Sellers will pay to Purchaser by wire transfer of immediately available funds within three (3) Business Days following such termination of this Agreement an amount equal to the reasonable and documented out-of-pocket costs and expenses (including fees and expenses of counsel) incurred by Purchaser in connection with the negotiation, diligence, execution, performance and enforcement of this Agreement, which amount will shall not exceed $8,625,000 ("Expense Reimbursement").

(c)     In consideration for Purchaser having expended considerable time and expense in connection with this Agreement and the negotiation thereof, if this Agreement is terminated pursuant to Section 8.1(c), Section 8.1(e), Section 8.1(g), Section 8.1(h), Section 8.1(i), Section 8.1(j), Section 8.1(k), or Section 8.1(l), Sellers shall pay to Purchaser a break-up fee in an amount equal to $11,500,000 (the "Breakup Fee"); provided that the Breakup Fee shall be payable concurrently with the consummation of, and only out of the cash proceeds of, an Alternative Transaction, to an account designated by Purchaser in writing to Elixir.

(d)     Each of the Parties acknowledges and agrees that the agreements contained in this Section 8.2(b) are an integral part of this Agreement and that the Breakup Fee and Expense Reimbursement are not a penalty, but rather represent liquidated damages in a reasonable amount that will reasonably compensate Purchaser in the circumstances in which such and Breakup Fee and Expense Reimbursement, as applicable, are payable for the efforts and resources expended and opportunities foregone by Purchaser while negotiating and pursuing this Agreement and in reasonable reliance on this Agreement and on the reasonable expectation of the consummation of the Transactions, which amount would otherwise be impossible to calculate with precision.

(e)     Subject in all cases to Section 10.12, prior to the applicable Closing, in the event of any breach by any Seller of this Agreement, the sole and exclusive remedy of Purchaser shall be to terminate this Agreement in accordance with Section 8.1 and, if applicable, to receive the and Expense Reimbursement or the Breakup Fee, as applicable, in accordance with Section 8.2(b). Pursuant to the Bidding Procedures Order and subject to approval by the Bankruptcy Court and entry of the Sale Order, the claim of Purchaser

in respect of the Expense Reimbursement or the Breakup Fee is and constitutes an allowed administrative expense claim against Sellers under section 503 of the Bankruptcy Code in the Bankruptcy Case.

## ARTICLE IX
### TAXES

**Section 9.1    Transfer Taxes.** Any U.S. federal, state, local, and non-U.S., GST/HST, sales Tax, consumption sales, use, excise, value added, registration, real property, purchase, transfer, franchise, deed, fixed asset, stamp, documentary stamp, use or other Taxes and recording charges (including all related interest, penalties, and additions to any of the foregoing) payable by reason of the sale of the Acquired Assets or the assumption of the Assumed Liabilities under this Agreement or the Transactions (the "Transfer Taxes") shall be borne and timely paid by Purchaser, and Purchaser shall timely file all Tax Returns related to any Transfer Taxes with the appropriate Taxing Authority.

**Section 9.2    Allocation of Purchase Price.** For U.S. federal and applicable state and local income Tax purposes, Purchaser, Sellers, and their respective Affiliates shall allocate the Purchase Price (and any Assumed Liabilities or other amounts treated as part of the purchase price for U.S. federal income Tax purposes) among the Acquired Assets in accordance with the methodology set forth in Schedule 9.2 (the "Allocation Methodology"). As soon as commercially practicable, but no later than 90 days following the determination of the final Purchase Price, Purchaser shall provide a proposed allocation to Sellers setting forth the allocation of the Purchase Price (and other amounts treated as part of the purchase price for U.S. federal income Tax purposes) among the Acquired Assets in accordance with the Allocation Methodology (the "Allocation") subject to Sellers' review and approval, and Purchaser shall incorporate any changes reasonably requested by Sellers with respect to such Allocation. If Sellers deliver a written objection within 30 days after receipt of the draft Allocation proposed by Purchaser, then Purchaser and Sellers shall negotiate in good faith to resolve any such objection, and, if Sellers and Purchaser cannot resolve such dispute within 30 days of Purchaser's receipt of Sellers' objection, then a nationally recognized accounting firm mutually acceptable to Purchaser and Sellers shall resolve such dispute, with the costs of such resolution to be allocated by such accounting firm between Purchaser and Sellers based upon the percentage of the aggregate contested amount submitted to such accounting firm that is ultimately awarded to Purchaser, on the one hand, or Sellers on the other hand, such that Purchaser bears a percentage of such costs and expenses equal to the percentage of the contested amount awarded to Sellers and Sellers bears a percentage of such costs and expenses equal to the percentage of the contested amount awarded to Purchaser. The Parties and their respective Affiliates shall file all Tax Returns in accordance with such Allocation (as finally determined under this Section 9.2) and not take any Tax related action inconsistent with the Allocation, in each case, unless otherwise required by a "determination" within the meaning of section 1313(a) of the Tax Code.

**Section 9.3    Cooperation.** Purchaser and Sellers shall reasonably cooperate, as and to the extent reasonably requested by the other Party, in connection with the filing of Tax Returns and any Action, audit, litigation, or other proceeding with respect to Taxes; provided that in providing such information, assistance and access, each Party shall be entitled to redact

information that is not related to the Business. Notwithstanding anything to the contrary in this Agreement, the Sellers shall not be obligated to provide or disclose any Excluded Tax Returns.

**Section 9.4      Post-Closing Actions**. Unless consented to by Sellers in writing (such consent not to be unreasonably withheld, conditioned, or delayed), or required by Applicable Law, Purchaser shall not, and shall cause its Affiliates not to, in each case with respect to the Acquired Assets, or the Business, (i) make or change any Tax election with retroactive effect to a Pre-Closing Tax Period, (ii) file any amended Tax Return for a Pre-Closing Tax Period, or (iii) make or initiate any voluntary discussion, examination or Contract with a Taxing Authority (including any voluntary disclosure agreement or similar process) for a Pre-Closing Tax Period, in each case, that would reasonably be expected to result in any increased Tax Liability or reduction of any Tax refund or credit of the Sellers.

**Section 9.5      Preparation of Tax Returns and Payment of Taxes**.

(a)      Except as otherwise provided by Section 9.1, Sellers shall prepare and timely file (i) all Tax Returns with respect to the Acquired Assets and the Business for any Tax period ending on or before the Closing Date (and Purchaser shall cooperate with Sellers in causing such Tax Returns to be filed) that has not been filed prior to the Closing Date and (ii) all income Tax Returns of Sellers. Each such Tax Return described in this Section 9.5(a)(i) shall (A) be prepared in accordance with the terms of this Agreement, and (B) Sellers shall use commercially reasonable efforts to submit such Tax Returns to Purchaser at least fifteen (15) Business Days prior to the filing of such Tax Return (taking into account any extensions of the time to file), or as soon as reasonably practicable if such timing is not possible, for Purchaser's reasonable review and Seller shall consider any reasonable written comments provided by Purchaser after receiving such Tax Return.

(b)      Purchaser shall prepare and timely file all Tax Returns with respect to the Acquired Assets and the Business for any Tax period ending after the Closing Date. With respect to any Straddle Period, Purchaser shall prepare such Tax Returns consistent with past practice, and shall use commercially reasonable efforts to provide Sellers or their successors in rights, as applicable, with a draft of such Tax Returns at least fifteen (15) Business Days prior to the filing of any such Tax Return (taking into account any extensions of the time to file), or as soon as reasonably practicable if such timing is not possible, for Sellers' reasonable review and Purchaser shall consider any reasonable written comments provided by Sellers after receiving any such Tax Return to the extent failing to do so would adversely impact the Liability of the Sellers (including under this Agreement).

(c)      Allocation of Taxes for Straddle Periods. The amount of Taxes allocable to either the Pre-Closing Tax Period or Post-Closing Tax Period of any Straddle Period shall equal: (a) for any Taxes imposed on a periodic basis (such as real, personal and intangible property Taxes), the amount of such Taxes for the entire Straddle Period multiplied by a fraction, the denominator of which is the total number of days in the Straddle Period, and the numerator being either (i) the number of days during the Straddle Period that are in the Pre-Closing Tax Period (for the Pre-Closing Tax Period), or (ii) the

72

number of days during the Straddle Period that are in the Post-Closing Tax Period (for the Post-Closing Tax Period) and (b) for all other Taxes, determined on an interim closing of the books basis, effective as of the end of the Closing Date. Any payment by a Party with respect to Taxes for a Straddle Period shall be credited towards such Party's Liability for their share of any Taxes with respect to a Straddle Period allocable to such Person under this <u>Section 9.5</u>.

## ARTICLE X
### MISCELLANEOUS

**Section 10.1** **Non-Survival of Representations and Warranties and Certain Covenants; Certain Waivers**. Each of the representations and warranties and the covenants and agreements (to the extent such covenant or agreement contemplates or requires performance by such Party prior to the Closing) of the Parties set forth in this Agreement or in any other document contemplated hereby, or in any certificate delivered hereunder or thereunder, will terminate effective immediately as of the Closing such that no claim for breach of any such representation, warranty, covenant or agreement, detrimental reliance or other right or remedy (whether in contract, in tort or at law or in equity) may be brought with respect thereto after the Closing. Each covenant and agreement that explicitly contemplates performance after the Closing, will, in each case and to such extent, expressly survive the Closing in accordance with its terms, and if no term is specified, then for seven (7) years following the Closing Date, and nothing in this <u>Section 10.1</u> will be deemed to limit any rights or remedies of any Person for breach of any such surviving covenant or agreement. Purchaser and Sellers acknowledge and agree, on their own behalf and on behalf of the Purchaser Group or the Seller Parties, as the case may be, that the agreements contained in this <u>Section 10.1</u> (a) require performance after the Closing to the maximum extent permitted by applicable Law and will survive the Closing for five years and (b) are an integral part of the Transactions and that, without the agreements set forth in this <u>Section 10.1</u>, none of the Parties would enter into this Agreement. The Purchaser on behalf of itself and the Purchaser Group hereby waives all rights and remedies with respect to any environmental, health or safety matters, including those arising under the Comprehensive Environmental Response, Compensation and Liability Act of 1980, or any other Environmental Laws, relating to this Agreement or the Transactions. Notwithstanding anything contained in this Agreement to the contrary (including in this <u>Section 10.1</u>), nothing set forth herein shall limit any rights or remedies available to Purchaser in respect of any claim for Fraud (subject in any event to the provisions of <u>Section 10.7</u>, which, insofar as they relate to Non-Recourse Persons, shall not be limited hereby in any way).

**Section 10.2** **Expenses**. Whether or not the Closing takes place, except as otherwise provided herein, all fees, costs and expenses (including fees, costs and expenses of Advisors) incurred in connection with the negotiation of this Agreement and the other agreements contemplated hereby, the performance of this Agreement and the other agreements contemplated hereby and the consummation of the Transactions will be paid by the Party incurring such fees, costs and expenses; it being acknowledged and agreed that (a) all filing fees in connection with any filing or submission under the HSR Act and any Foreign Competition Laws will be allocated pursuant to <u>Section 6.5</u>, (b) all Transfer Taxes will be allocated pursuant to <u>Section 9.1</u>, and (c) all Cure Costs will be allocated pursuant to <u>Section 5.2</u>.

73

**Section 10.3   Notices**. Except as otherwise expressly provided herein, all notices, demands and other communications to be given or delivered under or by reason of the provisions of this Agreement will be in writing and will be deemed to have been given (a) when personally delivered, (b) when transmitted by electronic mail (having obtained electronic delivery confirmation thereof), if delivered by 5:00 P.M. local time of the recipient on a Business Day and otherwise on the following Business Day, (c) the day following the day on which the same has been delivered prepaid to a reputable national overnight air courier service or (d) the third Business Day following the day on which the same is sent by certified or registered mail, postage prepaid, in each case, to the respective Party at the number, electronic mail address or street address, as applicable, set forth below, or at such other number, electronic mail address or street address as such Party may specify by written notice to the other Party.

Notices to Purchaser:

MedImpact
10181 Scripps Gateway Ct
San Diego, California 92131
Attention:      James Gollaher
Email:          james.gollaher@medimpact.com

with a copy to (which shall not constitute notice):

DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121
Attention:      David M. Clark
Email:          David.Clark@us.dlapiper.com

and

DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Attention:      Richard A. Chesley
Email:          richard.chesley@us.dlapiper.com

Notices to Sellers:

Hunter Lane, LLC
c/o Rite Aid Corporation
200 Newberry Commons
Etters, PA 17319
Attention:      Thomas Sabatino
Email:          Thomas.Sabatino@riteaid.com

Active\1607011839.2

with copies to (which shall not constitute notice):

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attention:     Aparna Yenamandra, P.C.

Email:         aparna.yenamandra@kirkland.com

Kirkland & Ellis LLP
300 N. Lasalle
Chicago, IL 60654
Attention:     Steve Toth
Email:         steve.toth@kirkland.com

**Section 10.4    Binding Effect; Assignment; Designated Purchasers**.

(a)     This Agreement shall be binding upon Purchaser and, subject to the terms of the Bidding Procedures Order (with respect to the matters covered thereby) and the entry and terms of the Sale Order, Sellers, and shall inure to the benefit of and be so binding on the Parties and their respective successors and permitted assigns, including any trustee or estate representative appointed in the Bankruptcy Cases or any successor Chapter 7 cases; provided that, subject to Section 10.4(b), neither this Agreement nor any of the rights or obligations hereunder may be assigned or delegated without the prior written consent of Purchaser and Sellers, and any attempted assignment or delegation without such prior written consent shall be null and void; provided further that Purchaser (subject to Purchaser remaining liable for its obligations hereunder in the event such obligations are not performed in accordance with their terms) may assign any of its rights or obligations hereunder to any of its Affiliates without the consent of any Person.

(b)     At any time prior to the Closing, Purchaser shall be entitled to designate, by written notice to Sellers no later than five (5) Business Days prior to the Closing Date, one or more Affiliates to (i) purchase any of the Acquired Assets and pay the corresponding Purchase Price amount, (ii) assume Assumed Liabilities, or (iii) take title directly to any Acquired Asset (any such Affiliate that shall be designated in accordance with this clause, a "Designated Purchaser"), and, to the extent of any such designation, this Agreement shall be binding upon such Designated Purchaser, its successors and permitted assigns, which shall be treated as Purchaser to such extent. In addition, and for the avoidance of doubt, a Designated Purchaser shall be entitled to employ any of the Transferred Employees on and after the Closing Date and to perform any other covenants or agreements of Purchaser under this Agreement. Notwithstanding the foregoing, Purchaser's designation of any Designated Purchaser shall not relieve Purchaser of its obligations under this Agreement in the event such obligations are not performed by any such Designated Purchaser in accordance with their terms.

75

**Section 10.5   Amendment and Waiver**. Any provision of this Agreement or the Schedules or exhibits hereto may be (a) amended only in a writing signed by Purchaser and Sellers or (b) waived only in a writing executed by the Party against which enforcement of such waiver is sought. No waiver of any provision hereunder or any breach or default thereof will extend to or affect in any way any other provision or prior or subsequent breach or default.

**Section 10.6   Third Party Beneficiaries**. Except as otherwise expressly provided herein, nothing expressed or referred to in this Agreement will be construed to give any Person other than (i) for purposes of Section 10.7, the Non-Recourse Persons, and (ii) the Parties hereto and such permitted assigns, any legal or equitable right, remedy, or claim under or with respect to this Agreement or any provision of this Agreement.

**Section 10.7   Non-Recourse**. This Agreement may only be enforced against, and any Action based upon, arising out of or related to this Agreement may only be brought against, the Persons that are expressly named as parties to this Agreement. Except to the extent named as a party to this Agreement, and then only to the extent of the specific obligations of such parties set forth in this Agreement, no past, present or future shareholder, member, partner, manager, director, officer, employee, Affiliate, agent or Advisor of any Party (each, a "Non-Recourse Person") will have any Liability (whether in contract, tort, equity or otherwise) for any of the representations, warranties, covenants, agreements or other obligations or Liabilities of any of the parties to this Agreement or for any Agreement Dispute and each of such Persons are intended third party beneficiaries of this Section 10.7 and shall be entitled to enforce this Section 10.7 as if a party directly hereto.

**Section 10.8   Severability**. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable Law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable Law in any jurisdiction, such provision will be ineffective only to the extent of such prohibition or invalidity in such jurisdiction, without invalidating the remainder of such provision or the remaining provisions of this Agreement or in any other jurisdiction.

**Section 10.9   Construction**. The language used in this Agreement will be deemed to be the language chosen by the Parties to express their mutual intent, and no rule of strict construction will be applied against any Person. The headings of the sections and paragraphs of this Agreement have been inserted for convenience of reference only and will in no way restrict or otherwise modify any of the terms or provisions hereof.

**Section 10.10  Schedules**. The Schedules have been arranged for purposes of convenience in separately numbered sections corresponding to the sections of this Agreement; provided that each section of the Schedules will be deemed to incorporate by reference all information disclosed in any other section of the Schedules, and any disclosure in the Schedules will be deemed a disclosure against any representation or warranty set forth in this Agreement in each case, to the extent (and solely to the extent) the relevance of such disclosure to such other section of the Schedules or such other representation or warranty set forth in this Agreement is reasonably apparent on the face of such disclosure (without review or other examination of the underlying documents listed therein). Capitalized terms used in the Schedules and not otherwise defined therein have the meanings given to them in this Agreement. The specification of any

Active\1607011839.2

dollar amount or the inclusion of any item in the representations and warranties contained in this Agreement, the Schedules or the attached exhibits is not intended to imply that the amounts, or higher or lower amounts, or the items so included, or other items, are or are not required to be disclosed (including whether such amounts or items are required to be disclosed as material or threatened). In addition, matters reflected in the Schedules are not necessarily limited to matters required by this Agreement to be reflected in the Schedules. Such additional matters are set forth for informational purposes only and do not necessarily include other matters of a similar nature. No information set forth in the Schedules will be deemed to broaden in any way the scope of the Parties' representations and warranties. Any description of any agreement, document, instrument, plan, arrangement or other item set forth on any Schedule is qualified in its entirety by the terms of such agreement, document, instrument, plan, arrangement, or item which terms will be deemed disclosed for all purposes of this Agreement, in each case, solely to the extent made available to Purchaser in accordance with <u>Section 11.3(i)</u>. The information contained in this Agreement, in the Schedules and exhibits hereto is disclosed solely for purposes of this Agreement, and no information contained herein or therein will be deemed to be an admission by any Party to any third party of any matter whatsoever, including any violation of Law or breach of Contract.

Section 10.11 **Complete Agreement**. This Agreement, together with the Confidentiality Agreement and any other agreements expressly referred to herein or therein, contains the entire agreement of the Parties respecting the sale and purchase of the Acquired Assets and the Assumed Liabilities and the Transactions and supersedes all prior agreements among the Parties respecting the sale and purchase of the Acquired Assets and the Assumed Liabilities and the Transactions. In the event an ambiguity or question of intent or interpretation arises with respect to this Agreement, the terms and provisions of the execution version of this Agreement will control and prior drafts of this Agreement and the documents referenced herein will not be considered or analyzed for any purpose (including in support of parol evidence proffered by any Person in connection with this Agreement), will be deemed not to provide any evidence as to the meaning of the provisions hereof or the intent of the Parties with respect hereto and will be deemed joint work product of the Parties.

Section 10.12 **Specific Performance**. The Parties agree that irreparable damage, for which monetary relief, even if available, would not be an adequate remedy, would occur in the event that any provision of this Agreement is not performed in accordance with its specific terms or is otherwise breached, including if any of the Parties fails to take any action required of it hereunder to consummate the Transactions. It is accordingly agreed that (a) the Parties will be entitled to an injunction or injunctions, specific performance or other equitable relief to prevent breaches of this Agreement and to enforce specifically the terms and provisions hereof in the courts described in <u>Section 10.13</u> without proof of damages or otherwise, this being in addition to any other remedy to which they are entitled under this Agreement, and (b) the right of specific performance and other equitable relief is an integral part of the Transactions and without that right, neither Sellers nor Purchaser would have entered into this Agreement. The Parties acknowledge and agree that any Party pursuing an injunction or injunctions or other Order to prevent breaches of this Agreement and to enforce specifically the terms and provisions of this Agreement in accordance with this <u>Section 10.12</u> will not be required to provide any bond or other security in connection with any such Order. The remedies available to the Parties pursuant to this <u>Section 10.12</u> will be in addition to any other remedy to which they were entitled at law or

77

in equity, and the election to pursue an injunction or specific performance will not restrict, impair or otherwise limit any Party from seeking to collect or collecting damages. If, prior to the Outside Date, any Party brings any action, in each case in accordance with <u>Section 10.13</u>, to enforce specifically the performance of the terms and provisions hereof by any other Party, the Outside Date will automatically be extended (i) for the period during which such action is pending, <u>plus</u> ten (10) Business Days or (ii) by such other time period established by the court presiding over such action, as the case may be.

**Section 10.13  <u>Jurisdiction and Exclusive Venue</u>**. Each of the Parties irrevocably agrees that any Action of any kind whatsoever, including a counterclaim, cross-claim, or defense, regardless of the legal theory under which any Liability or obligation may be sought to be imposed, whether sounding in contract or in tort or under statute, or whether at law or in equity, or otherwise under any legal or equitable theory, that may be based upon, arising out of, or related to this Agreement or the negotiation, execution, or performance of this Agreement or the Transactions and any questions concerning the construction, interpretation, validity and enforceability of this Agreement (each, an "<u>Agreement Dispute</u>") brought by any other Party or its successors or assigns will be brought and determined only in (a) the Bankruptcy Court and any federal court to which an appeal from the Bankruptcy Court may be validly taken or (b) if the Bankruptcy Court is unwilling or unable to hear such Action, in the Court of Chancery of the State of Delaware (or if such court lacks jurisdiction, any other state or federal court sitting in the State of Delaware) (the "<u>Chosen Courts</u>"), and each of the Parties hereby irrevocably submits to the exclusive jurisdiction of the Chosen Courts for itself and with respect to its property, generally and unconditionally, with regard to any Agreement Dispute. Each of the Parties agrees not to commence any Agreement Dispute except in the Chosen Courts, other than Actions in any court of competent jurisdiction to enforce any Order, decree or award rendered by any Chosen Courts, and no Party will file a motion to dismiss any Agreement Dispute filed in a Chosen Court on any jurisdictional or venue-related grounds, including the doctrine of *forum non-conveniens*. The Parties irrevocably agree that venue would be proper in any of the Chosen Court, and hereby irrevocably waive any objection that any such court is an improper or inconvenient forum for the resolution of any Agreement Dispute. Each of the Parties further irrevocably and unconditionally consents to service of process in the manner provided for notices in <u>Section 10.3</u>. Nothing in this Agreement will affect the right of any Party to serve process in any other manner permitted by Law.

**Section 10.14  <u>Governing Law; Waiver of Jury Trial</u>**.

(a)     Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement and any Agreement Dispute will be governed by and construed in accordance with the internal Laws of the State of Delaware applicable to agreements executed and performed entirely within such State without regards to conflicts of law principles of the State of Delaware or any other jurisdiction that would cause the Laws of any jurisdiction other than the State of Delaware to apply.

(b)     EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY AGREEMENT DISPUTE IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND THEREFORE HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A

78

TRIAL BY JURY IN ANY AGREEMENT DISPUTE. EACH OF THE PARTIES AGREES AND CONSENTS THAT ANY SUCH AGREEMENT DISPUTE WILL BE DECIDED BY COURT TRIAL WITHOUT A JURY AND THAT THE PARTIES MAY FILE AN ORIGINAL COUNTERPART OF A COPY OF THIS AGREEMENT WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF THE PARTIES TO THE IRREVOCABLE WAIVER OF THEIR RIGHT TO TRIAL BY JURY. EACH PARTY (I) CERTIFIES THAT NO ADVISOR OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF ANY AGREEMENT DISPUTE, SEEK TO ENFORCE THE FOREGOING WAIVER AND (II) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS <u>SECTION 10.14(B)</u>.

**Section 10.15 <u>No Right of Set-Off</u>**. Purchaser, on its own behalf and on behalf the Purchaser Group and its and their respective successors and permitted assigns, hereby waives any rights of set-off, netting, offset, recoupment or similar rights that Purchaser, any member of the Purchaser Group or any of its or their respective successors and permitted assigns has or may have with respect to the payment of the Purchase Price or any other payments to be made by Purchaser pursuant to this Agreement or any other document or instrument delivered by Purchaser in connection herewith.

**Section 10.16 <u>Counterparts and PDF</u>**. This Agreement and any other agreements referred to herein or therein, and any amendments hereto or thereto, may be executed in multiple counterparts, any one of which need not contain the signature of more than one party hereto or thereto, but all such counterparts taken together will constitute one and the same instrument. Any counterpart, to the extent signed and delivered by means of a .PDF or other electronic transmission, will be treated in all manner and respects as an original Contract and will be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. Minor variations in the form of the signature page to this Agreement or any agreement or instrument contemplated hereby, including footers from earlier versions of this Agreement or any such other document, will be disregarded in determining the effectiveness of such signature. At the request of any party or pursuant to any such Contract, each other party hereto or thereto will re-execute original forms thereof and deliver them to all other parties. No party hereto or to any such Contract will raise the use of a .PDF or other electronic transmission to deliver a signature or the fact that any signature or Contract was transmitted or communicated through the use of PDF or other electronic transmission as a defense to the formation of a Contract and each such party forever waives any such defense.

**Section 10.17 <u>Publicity</u>**. Neither Sellers (nor any of their Affiliates) nor Purchaser shall issue any press release or public announcement concerning this Agreement or the Transactions without obtaining the prior written approval of the other Party, which approval will not be unreasonably conditioned, withheld or delayed, unless, in the reasonable judgment of Purchaser or Sellers, disclosure is otherwise required by applicable Law or by the Bankruptcy Court with respect to filings to be made with the Bankruptcy Court in connection with this Agreement or by the applicable rules of any stock exchange on which Purchaser or Sellers (or their respective Affiliates) lists securities; <u>provided</u> that the Party intending to make such release shall use its

Active\1607011839.2

reasonable efforts consistent with such applicable Law or Bankruptcy Court requirement to consult with the other Party with respect to the text thereof.

**Section 10.18 Bulk Sales Laws**. The Parties intend that pursuant to section 363(f) of the Bankruptcy Code, the transfer of the Acquired Assets shall be free and clear of any Encumbrances in the Acquired Assets including any liens or claims arising out of the bulk transfer Laws except Permitted Encumbrances, and the Parties shall take such steps as may be necessary or appropriate to so provide in the Sale Order. In furtherance of the foregoing, each Party hereby waives compliance by the Parties with the "bulk sales," "bulk transfers" or similar Laws and all other similar Laws in all applicable jurisdictions in respect of the Transactions.

**Section 10.19 Sellers' Representative**. Each Party agrees that Elixir has the power and authority to unilaterally act on behalf of all or any of the Sellers for the purposes specified under this Agreement. Such power will include the power to make all decisions, actions, Consents and determinations on behalf of the Sellers, including to make any waiver of any Closing condition or agree to any amendment to this Agreement. No Seller shall have any right to object, dissent, protest or otherwise contest the same. Purchaser shall be entitled to rely on any action or omission taken by Elixir on behalf of the Sellers.

**Section 10.20 Financing Sources**.  Each of the Sellers hereby waives any rights or claims against the Financing Sources (as defined below) and hereby agrees that in no event shall any of the Financing Sources have any liability or obligation to any Seller, or the respective Affiliates of any Seller, and in no event shall any Seller (or the respective Affiliates of any Seller) seek or obtain any other damages of any kind against any Financing Source (including without limitation, direct, economic, consequential, special, indirect or punitive damages), in each case, relating to or arising out of this Agreement, any Financing (as defined below) or the transactions contemplated hereby or thereby.  Further, notwithstanding anything to the contrary herein, (i) the Financing Sources shall be third party beneficiaries of, and shall be entitled to enforce the provisions of this Section 10.20 (including the following clause (iii)), (ii) this Section 10.20 shall survive the termination of this Agreement, and (iii) the provisions set forth in this Section 10.20 may not be amended, modified or altered in any manner that could be adverse to the interests of any Financing Source in any respect without the prior written consent of the Financing Sources.  Further, if for any reason pursuant to Section 2.2 or otherwise, the Sellers shall have the right to retain all or any portion of the Deposit, then each Seller hereby acknowledges and agrees (for itself and its Affiliates) that such retention of such Deposit amount by the Sellers shall also satisfy in full any claims that any Sellers might assert against any Financing Source.  In this Section 10.20:  (a) "Financing Sources" means all agents, arrangers, lenders, bookrunners, letter of credit providers and other entities that have provided, or have committed to provide, or will after the date of this Agreement provide, or arrange or otherwise enter into agreements in connection with, any Financing, with the Purchaser and/or any of its Affiliates, including the parties to any credit agreement, indenture or other financing or lending agreement, or any commitment or engagement letter (including any joinder thereto) or other agreements entered pursuant thereto or relating thereto, together with their respective Affiliates and the current, former or future officers, directors, employees, partners, trustees, shareholders, equityholders, managers, members, limited partners, controlling persons, agents and representatives of each of them and their respective Affiliates, and the successors and assigns of the foregoing Persons; and (b) "Financing" means any debt or other financings entered into by

80

the Purchaser or any of its Affiliates in connection with the consummation of the transactions contemplated by this Agreement prior to, on, or after the date hereof, including any borrowing of loans and any related commitment letter, engagement letter, credit agreement, indenture, and any other related documentation governing such debt or other financing including any credit facilities or capital markets debt financing.

## ARTICLE XI
### ADDITIONAL DEFINITIONS AND INTERPRETIVE MATTERS

**Section 11.1   Certain Definitions**.

(a)      "Action" means any action, claim (including any "claim" as defined in the Bankruptcy Code), suit, litigation, arbitration, mediation, complaint, audit, proceeding (including any civil, criminal, administrative, investigative or appellate proceeding) or prosecution, contest, hearing, inquiry, inquest, audit, examination or investigation of any kind whatsoever whether sounding in contract or tort, or whether at law or in equity, or otherwise under any legal or equitable theory, commenced, brought, conducted or heard by or before, or otherwise involving, any Governmental Body.

(b)      "Advisors" means, with respect to any Person as of any relevant time, any directors, officers, employees, investment bankers, financial advisors, accountants, agents, attorneys, consultants, or other representatives of such Person.

(c)      "Affiliate" means, with respect to any Person, any other Person that, directly or indirectly through one or more intermediaries, controls, or is controlled by, or is under common control with, such Person, and the term "control" (including the terms "controlled by" and "under common control with") means the possession, directly or indirectly, of the power to direct or cause the direction of the management, affairs and policies of such Person, whether through ownership of voting securities, by Contract or otherwise.

(d)      "Alternative Transaction" means any transaction (or series of transactions), whether direct or indirect, whereby any Person or group of Persons (other than Sellers and their Affiliates or Purchaser and its Affiliates) acquires a material portion of the Acquired Assets, in each case whether by merger, sale of assets or equity, recapitalization, plan of reorganization or otherwise. Notwithstanding the foregoing, a liquidation or wind-down of Sellers' estates shall not be an Alternative Transaction.

(e)      "Anti-Corruption Laws" means all anti-corruption Laws applicable to the Sellers, including the United States Foreign Corrupt Practices Act of 1977 (15 U.S.C. §§ 78dd- 1, et seq.), and any other applicable anti-bribery or anti-corruption Law (including any Laws relating to the making of any unlawful payment to any foreign or domestic government official), including any rules, regulations and guidance promulgated under any of the foregoing that prohibit bribery, corruption, or substantially similar conduct.

(f)      "Auction" shall have the meaning ascribed to such term in the Bidding Procedures Order.

(g)    "Bidding Deadline" means the deadline by which binding bids for the Sellers' assets must be submitted in the Auction, pursuant to the Bidding Procedures Order.

(h)    "Bidding Procedures" means procedures governing submission and evaluation of bids to purchase some, all, or substantially all of the Sellers' assets, pursuant to the Bidding Procedures Order.

(i)    "Bidding Procedures Motion" means the motion seeking entry of the Bidding Procedures Order, which shall be in form and substance reasonably satisfactory to the Sellers and Purchaser.

(j)    "Bidding Procedures Order" means an Order of the Bankruptcy Court approving the Bidding Procedures Motion, in the form attached labeled as Exhibit F.

(k)    "Business" means the business operations of Sellers as of the date hereof, including the provision of (i) pharmacy benefits manager services (including plan design and administration, cash card programs, formulary management, claims processing and associated clinical services, and trade and rebate administration) and (ii) specialty and mail order pharmacy services, including fulfillment actives associated therewith. For clarity, such business operations include the use, reproduction, modification, distribution, and licensing of the Laker Software.

(l)    "Business Day" means any day other than a Saturday, Sunday or other day on which banks in New York City, New York are authorized or required by Law to be closed.

(m)    "Business Employee" means each (i) employee of any of the Sellers, and (ii) employee of any non-Seller Affiliate of any Seller whose duties and responsibilities are dedicated primarily to the Business and set forth on Section 3.14(a), together with any replacement, if any, of any such individual only to the extent permitted by and in accordance with Section 6.1(b)(v).

(n)    "Cash and Cash Equivalents" means all of Sellers cash (including checks and deposits in transit, demand deposits, money markets or similar accounts), checking account balances, marketable securities, certificates of deposits, time deposits, bankers' acceptances, commercial paper, security entitlements, securities accounts, commodity Contracts, commodity accounts, government securities, and any other cash equivalents whether on hand, in transit, in banks or other financial institutions, or otherwise held.

(o)    "Closing Working Capital" means: (a) Current Assets, less (b) Current Liabilities, determined as of 11:59 PM Eastern time on the date immediately preceding the Closing Date.

(p)    "CMS" means the Centers for Medicare & Medicaid Services, an agency within the U.S. Department of Health and Human Services.

Active\1607011839.2

(q)    "CMS Receivable" means all amounts payable to Seller or any of its Affiliates (i) by or on behalf of CMS pursuant to 42 C.F.R. Part 423 and the Contract by and between CMS and EIC for contract year 2023 and any predecessor Contracts by and between CMS and EIC for prior contract years or (ii) related to any financing of any historical amounts that are or would previously have been included in clause (i).

(r)    "Confidentiality Agreement" means that certain Confidentiality Agreement, dated as of August 3, 2023, by and between Rite Aid Corporation and MedImpact Healthcare Systems, Inc.

(s)    "Consent" means any approval, consent, ratification, permission, waiver or authorization, or an Order of the Bankruptcy Court that deems or renders unnecessary the same.

(t)    "Contract" means any written contract, license, arrangement, promise, obligation, indenture, note, bond, Lease, sublease, mortgage, agreement, guarantee, purchase order, service order, sales order, commitment, or other agreement or instrument, whether written or oral, that is binding upon a Person or any of its property.

(u)    "Current Assets" means, without duplication, the total current assets of Sellers using those line items used in the example calculation attached hereto as Exhibit E attached hereto, as determined in accordance with the GAAP consistently applied and in respect of Taxes, in accordance with the Tax Principles.

(v)    "Cure Costs" mean all cure costs required to be paid pursuant to section 365 of the Bankruptcy Code in connection with the assumption and assignment of the Assigned Contracts.

(w)    "Current Liabilities" means, without duplication, the total current liabilities of Sellers using those line items used in the example calculation attached hereto as Exhibit E attached hereto, as determined in accordance with the GAAP consistently applied and in respect of Taxes, in accordance with the Tax Principles.

(x)    "Debtors" means, collectively, the debtors-in-possession under the Bankruptcy Cases.

(y)    "Delayed Transferred Employee" means a Transferred Employee whose employment is not eligible for immediate transfer to Purchaser at or prior to the Closing as a result of (i) requirements under applicable Law or (ii) a leave of absence, but in each case, who successfully transfers to Purchaser within twelve (12) months of the Closing.

(z)    "Documents" means all of Sellers' written files, documents, instruments, papers, books, reports, records, tapes, microfilms, photographs, letters, budgets, forecasts, plans, operating records, safety and environmental reports, data, studies, and documents, Tax Returns, ledgers, journals, title policies, customer lists, regulatory filings, operating data and plans, research material, technical documentation (design specifications, engineering information, test results, logic manuals, processes, flow charts, etc.), user documentation (installation guides, user manuals, training materials, release notes,

83

working papers, etc.), marketing documentation (sales brochures, flyers, pamphlets, web pages, etc.), and other similar materials, in each case whether or not in electronic form and, without limiting the generality of the foregoing, (i) any and all medical records, billing records, prescriptions, prescription files and records, pharmacy customer lists, signature logs and patient profiles including refill status reports and insurance coverages, co-pay and payment records (the information in this clause (ii), collectively, "Company Rx Data") relating to customers of the mail order and specialty pharmacy business (which shall in any event include no less than twenty four (24) months for any Company Rx Data relating to customers of the mail order and specialty pharmacy business maintained electronically or in hard copy.

(aa)    "EGWP Contracts" mean any EIC Contract (or portions thereof), pursuant to which EGWP plans are provided or administered to Medicare Part D eligible retirees and/or their Medicare Part D eligible spouses or dependents.

(bb)    "Employee Benefit Plan" means each "employee benefit plan" within the meaning of Section 3(3) of ERISA, each other deferred compensation, bonus or incentive compensation, pension, retiree medical, disability or life insurance, or supplemental plan, program, Contract, agreement or arrangement, each employment, severance, change-of-control and each other employee benefit or compensation plan, program, Contract, agreement or arrangement, whether oral or written, whether or not subject to ERISA, whether funded or unfunded, in each case (i) that is maintained, sponsored, administered or contributed or required to be contributed to by any Seller or any ERISA Affiliate or any of their respective Affiliates for the benefit of Business Employees or former Business Employees, or (ii) with respect to which any Seller has any Liability; provided that the term "Employee Benefit Plan" shall not include any statutory benefit plan to which any of the Sellers are required to participate in or comply with that is sponsored and administered by a Governmental Body (such as Social Security).

(cc)    "Encumbrance" means any lien (as defined in section 101(37) of the Bankruptcy Code), encumbrance, claim (as defined in section 101(5) of the Bankruptcy Code), charge, mortgage, deed of trust, option, pledge, security interest or similar interests, title defects, hypothecations, easements, rights of way, encroachments, Orders, conditional sale or other title retention agreements and other similar impositions, imperfections or defects of title or restrictions on transfer or use.

(dd)    "Environmental Laws" all applicable Laws concerning pollution or protection of the environment.

(ee)    "Equipment" means any and all equipment, computers, furniture, furnishings, fixtures, office supplies, vehicles and all other fixed assets.

(ff)    "Equity Interests" means, with respect to a Person, any membership interests, partnership interests, profits interests, capital stock or other equity securities (including profit participation features or equity appreciation rights, phantom stock rights or other similar rights) or ownership interests of such Person, or any securities (including debt securities or other indebtedness) exercisable or exchangeable for or convertible into,

Active\1607011839.2

or other rights to acquire, membership interests, partnership interests, capital stock or other equity securities or ownership interests of such Person (or otherwise constituting an investment in such Person).

(gg)    "ERISA" means the Employee Retirement Income Security Act of 1974.

(hh)    "Escrow Agreement" means that certain Escrow Agreement entered into by Purchaser, Sellers and the Escrow Agent dated as of the date hereof.

(ii)    "Escrow Agent" means Acquiom Clearinghouse LLC.

(jj)    "Excluded Tax Returns" means Tax Returns (or any portion of any Tax Return) and other books and records related to (i) Taxes that are not related primarily to any Acquired Asset or the Business or (ii) any consolidated, combined, affiliated or unitary group for Tax purposes that includes any Seller or any of its Affiliates.

(kk)    "Fraud" means an act committed by (a) Sellers, in the making to Purchaser the representations and warranties in Article III or in the certificate delivered pursuant to Section 2.4(i) or (b) Purchaser, in the making to the Sellers the representations and warranties in Article IV or in the certificate delivered pursuant to Section 2.5(h), in any such case, with intent to deceive another Party, or to induce such other Party to enter into this Agreement and requires (i) a false representation of material fact made in such representation; (ii) with knowledge that such representation is false; (iii) with an intention to induce the Party to whom such representation is made to act or refrain from acting in reliance upon it; (iv) causing that Party, in justifiable reliance upon such false representation, to take or refrain from taking action; and (v) causing such Party to suffer damage by reason of such reliance, which together constitutes common law fraud under Delaware Law (and does not include any fraud claim based on constructive knowledge, negligent misrepresentation, recklessness or a similar theory).

(ll)    "First Day Pleadings" means the first-day pleadings that the Sellers determine are necessary or desirable to file in the Bankruptcy Court on or around the Petition Date.

(mm)    "GAAP" means United States generally accepted accounting principles as in effect from time to time.

(nn)    "Governmental Authorization" means any permit, Healthcare Permit, license, franchise, certificate, approval, application, registration, drug listing, consent, permission, clearance, waiver, notification, designation, registration, certification, making, exemption, variance, order, tariff, rate schedule, qualification, or authorization issued, granted, given or otherwise made available by or under the authority of any Governmental Body or pursuant to any Law, including any Healthcare Law.

(oo)    "Governmental Body" means any government, quasi-governmental entity, or other governmental or regulatory body, agency or political subdivision thereof of any nature, whether foreign, federal, state or local, or any agency, branch, department,

85

official, entity, instrumentality or authority thereof, or any court or arbitrator of applicable jurisdiction.

(pp)    "Governmental Health Program" means any federal health care program as defined in 42 U.S.C. § 1320a-7b(f), including, but not limited to, Medicare, Medicaid, TRICARE, CHAMPVA, and state programs that provide or otherwise make available healthcare coverage to certain of its residents.

(qq)    "Group Purchasing Organization" means any group purchasing organization, rebate aggregator, or other Person performing similar services.

(rr)    "Hazardous Material" means any substance, pollutant, contaminant, material and waste that is regulated by any Law or judgment or is classified in any Environmental Law as "hazardous," "toxic," "dangerous," a "pollutant," a "contaminant" or words of similar meaning, including asbestos, asbestos-containing materials, polychlorinated biphenyls, gasoline, diesel fuel, petroleum, petroleum by-products or petroleum products, radioactive materials and radon gas, per- and polyfluoroalkyl substances, and any other chemicals, materials, substances or wastes in any amount or concentration which are regulated under or for which Liability may be imposed under any Environmental Law.

(ss)    "Healthcare Law", means (a) all applicable healthcare Laws of any Governmental Body, or Governmental Health Program, relating to the provision, administration of, and payment for, healthcare services, including: (i) (A) Title XVIII of the Social Security Act, 42 U.S.C. § 1395, et seq. (the Medicare statute), and 42 U.S.C. § 1395nn (Stark Law); (B) Title XIX of the Social Security Act, 42 U.S.C. §§ 1396-1396w-5 (the Medicaid statute); (C) the Federal Health Care Program Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b); (D) the False Claims Act, 31 U.S.C. §§ 3729-3733; (E) the exclusion law, 42 U.S.C. § 1320a-7; (F) the civil monetary penalties law, 42 U.S.C. § 1320 a-7a; (G) the False Claim Law, 42 U.S.C. § 1320a-7b(a); (H) the anti-inducement law, 42 U.S.C. § 1320a-7a(a)(5); (I) HIPAA (as defined herein); (J) the Patient Protection and Affordable Care Act of 2010; (K) the Beneficiary Inducement Statute (42 U.S.C. § 1320a-7a(a)(5)); (L) the Prescription Drug Marketing Act of 1987; (M) the Confidentiality of Alcohol and Drug Abuse Patient Records law and regulations and any similar law (42 U.S.C. § 290dd-2, 42 C.F.R. Part 2); (ii) (A) any Laws with respect to healthcare-related fraud and abuse, false claims, staffing, rebates, pharmacy services, coverage reimbursement, corporate practice of medicine, credentialing, and Healthcare Permits (as defined herein); (B) any Laws with respect to engaging in the business of insurance; establishing, marketing and managing healthcare and pharmacy provider networks, and insurance fraud; (iii) in each case, as amended, and all regulations promulgated thereunder and (b) any and all state law equivalents to those Laws set forth in subsections (i), (ii) and (iii) above.

(tt)    "Healthcare Permit" means any and all licenses, certifications, consents, enrollments, authorizations, approvals, registrations, accreditations, and any other permission that is required by applicable Law for the operation of the Business and is

issued or enforced by a Governmental Body or Governmental Health Program with jurisdiction over any Healthcare Law.

(uu)    "HIPAA" means the following, as the same may be amended, modified or supplemented from time to time, any successor statute thereto, and together with any and all rules or regulations promulgated from time to time thereunder: (i) the Health Insurance Portability and Accountability Act of 1996; (ii) the Health Information Technology for Economic and Clinical Health Act (Title XIII of the American Recovery and Reinvestment Act of 2009); and (iii) applicable state Laws regarding patient privacy and the security, use or disclosure of healthcare records.

(vv)    "HSR Act" means the Hart-Scott-Rodino Antitrust Improvements Act of 1976 and the rules and regulations promulgated thereunder.

(ww)    "Intellectual Property" means all of the following: (i) inventions, improvements, designs, methods and processes (whether or not patentable), patents (including utility and design patents), patent applications and patent disclosures (including invention disclosures, records of invention, certificates of invention, and applications for certificates of inventions and priority rights filed with a Registration Office); (ii) trademarks, service marks, trade dress, corporate names, logos, insignias, designs, symbols, trade names and fictitious business names, emblems, signs, slogans, other similar designations of source or origin and general intangibles of like nature and Internet domain names, social media accounts and profiles, together with all goodwill associated with each of the foregoing; (iii) copyrights, works of authorship and mask works and all other rights corresponding thereto throughout the world, including databases, data compilations and collections and economic rights in copyrights; (iv) registrations and applications for any of the foregoing; (v) know-how, formularies, clinical data, research and development information, technology, product roadmaps, customer lists, trade secrets and other non-public confidential and proprietary information; (vi) computer software (which includes firmware, middleware, code, programs, libraries, and applications); (vii) drawings, schematics and other technical plans; and (viii) all other intellectual property.

(xx)    "Inventory" means all inventory (including active pharmaceutical ingredients, finished goods, supplies, raw materials, work in progress, spare, replacement and component parts, and packaging containers, labels and other similar items) maintained or held by, stored by or on behalf of, or in transit to, any of Sellers, whether for sale or non-commercial use (e.g., validation) or otherwise, together with any interests therein, including (x) being held by customers pursuant to consignment arrangements or (y) being held by suppliers or vendors under tolling or similar arrangements.

(yy)    "Knowledge of Seller", "Knowledge of Sellers", or words of like import means the actual knowledge, of Chris DuPaul, Rand Greenblatt, Anna Khais, Corrine Whisler, Cindy Pigg, and Alan Reicher, after reasonable inquiry of their direct reports with respect to the applicable subject matter, none of whom, for the sake of clarity and

Active\1607011839.2

avoidance of doubt, shall have any personal Liability or obligations regarding such knowledge.

(zz)    "Laker Software" means the software generally known as the Laker Software, including all modules, versions, releases of such software, which software is used to provide comprehensive pharmacy claim adjudication solutions for all populations segments, including through the "PBM Express" suite of applications.

(aaa)   "Law" means any federal, state, provincial, local, municipal, foreign or international, multinational or other law, Healthcare Law, statute, legislation, constitution, principle of common law, resolution, ordinance, code, edict, decree, proclamation, treaty, convention, rule, regulation, ruling, directive or requirement issued, enacted, adopted, promulgated, implemented or otherwise put into effect by or under the authority of any Governmental Body anywhere in the world

(bbb)   "Lease" means all leases, subleases, licenses, concessions and other agreements (written or oral) pursuant to which any Seller holds any Leased Real Property.

(ccc)   "Liability" means, as to any Person, any debt, adverse claim, liability, duty, responsibility, obligation, commitment, assessment, cost, expense, loss, expenditure, charge, fee, penalty, fine, contribution, or premium of any kind or nature whatsoever, whether known or unknown, asserted or unasserted, absolute or contingent, direct or indirect, accrued or unaccrued, liquidated or unliquidated, or due or to become due, and regardless of when sustained, incurred or asserted or when the relevant events occurred or circumstances existed.

(ddd)   "Material Adverse Effect" means any matter, event, change, development, occurrence, circumstance or effect (each, an "Effect") that, individually or in the aggregate (a) has, or would reasonably be expected to have, a material adverse effect on the Acquired Assets, Assumed Liabilities, taken as a whole, or on the results of operations or condition (financial or otherwise) of the Business, or (b) would reasonably be expected to impair, in any material respect, the ability of the Sellers to consummate the Transactions; provided that, for purposes of clause (a), none of the following shall constitute, or be taken into account in determining whether or not there has been, a Material Adverse Effect: any Effect arising from or relating (and solely to the extent arising from or relating) to (i) general business or economic conditions affecting the industry in which Sellers operate, including the effects of general competition therein and any change in market share or loss or non-renewal of customers; (ii) national or international political or social conditions, the engagement by the United States or other country in hostilities or the escalation thereof, whether or not pursuant to the declaration of a national emergency or war, or the occurrence or the escalation of any military, cyber or terrorist (whether or not state-sponsored) attack upon the United States or any other country, or any of its territories, possessions, or diplomatic or consular offices or military installations; (iii) any fire, flood, hurricane, earthquake, tornado, windstorm, other calamity or act of God, global or national health epidemic, pandemic (whether or not declared as such by any Governmental Body), viral outbreak (including "Coronavirus" or

88

"COVID-19" or the worsening thereof) or any quarantine or trade restrictions related thereto or any other *force majeure*; (iv) financial, banking, or securities markets (including any increased cost, or decreased availability, of capital or pricing or terms related to any financing for the Transactions); (v) changes in GAAP; (vi) changes in Laws (including, for the avoidance of doubt, any such items related to <u>Section 6.5</u>) and any increase (or decrease) in the terms or enforcement of (or negotiations or disputes with respect to) any of the foregoing; (vii) the failure to take any action if such action is prohibited by this Agreement; (viii) Purchaser's failure to consent to any of the actions restricted in <u>Section 6.1</u>; (ix) the negotiation, announcement, or pendency of this Agreement or the Transactions, the identity, nature, or ownership of Purchaser or Purchaser's plans with respect to the Acquired Assets and Assumed Liabilities, including the impact thereof on the relationships, contractual or otherwise, of the Business with employees, customers, lessors, suppliers, vendors, or other commercial partners or litigation arising from or relating to this Agreement or the Transactions; (x) any failure, in and of itself, of Sellers to achieve any budgets, projections, forecasts, estimates, predictions, performance metrics or operating statistics or the inputs into such items (whether or not shared with Purchaser or its Affiliates or Advisors) or failure to win or maintain customers; <u>provided</u> that the Effects giving rise to or contributing to such failure may be deemed to constitute, or be taken into account in determining whether there has been a Material Adverse Effect; (xi) the Effect of any action taken by Purchaser or its Affiliates with respect to the Transactions or the financing thereof or any breach by Purchaser of this Agreement; (xii) the matters set forth on the Schedules; or (xiii)(A) the commencement or pendency of the Bankruptcy Cases; (B) any objections in the Bankruptcy Court to (1) this Agreement or any of the Transactions or thereby, (2) the Bidding Procedures Order, the Sale Order or the reorganization or liquidation of Sellers or their Affiliates, or (3) the assumption or rejection of any Assigned Contract or any Acquired Lease; or (C) any Order of the Bankruptcy Court or any actions or omissions of Sellers or their Affiliates in compliance therewith; <u>provided</u> that any adverse Effect resulting or arising from any matter described in clauses (i) through (iv) may be taken into account in determining whether there has been a Material Adverse Effect to the extent, and only to the extent, that such Effect has had a materially disproportionate adverse effect on the Business relative to similarly situated participants in the industries and geographic areas in which the Sellers operate (in which case only such incremental materially disproportionate adverse effect may be taken into account in determining whether there has been a Material Adverse Effect).

(eee)  "<u>Open License Terms</u>" means license terms that are, or are substantially similar to, licenses now or in the future approved by the Open Source Initiative, or are considered "free" or "open source software" by the Open Source Initiative or the Free Software Foundation, which include: (i) the GNU General Public License (GPL); (ii) Lesser/Library GPL (LGPL); (iii) the Common Development and Distribution License (CDDL); (iv) the Artistic License (including PERL); (v) the Netscape Public License; (vi) the Sun Community Source License (SCSL) or the Sun Industry Standards License (SISL); (vii) the Apache License; (viii) the Common Public License; (ix) the Affero GPL (AGPL); (x) the Berkeley Software Distribution (BSD); (xi) the Mozilla Public License (MPL), (xii) the Microsoft Limited Public License, (xiii) MongoDB, Inc.'s Server Side

89

Public License, and (xiv) any other licenses that are defined as OSI (Open Source Initiative) licenses as listed on the site www.opensource.org.

(fff)    "Order" means any award. order, injunction, order, decree, ruling, writ, assessment, judgment, decision, subpoena, mandate, precept, command, directive, consent, approval, award (including any arbitration award) or similar determination or finding entered, issued, made or rendered by any Governmental Body, including any order entered by the Bankruptcy Court in the Bankruptcy Cases (including the Sale Order).

(ggg)    "Ordinary Course" means the ordinary and usual course of operations or conduct of the Business, taking into account the contemplation, commencement and pendency of the Bankruptcy Cases.

(hhh)    "Organizational Documents" means, with respect to any Person other than a natural person, the documents by which such Person was organized (such as a certificate of incorporation, certificate of formation, certificate of limited partnership or articles of organization, and including any certificates of designation for preferred stock or other forms of preferred equity) or which relate to the internal governance of such Person (such as bylaws, a partnership agreement or an operating, limited liability or members agreement).

(iii)    "Permitted Encumbrances" means (i) Encumbrances for utilities and Taxes not yet due and payable or that are being contested in good faith, or the nonpayment of which is permitted or required by the Bankruptcy Code, or that are being contested in good faith, or the nonpayment of which is permitted or required by the Bankruptcy Code, (ii) easements, rights of way, restrictive covenants, encroachments and similar non-monetary Encumbrances or non-monetary impediments against any of the Acquired Assets which do not, individually or in the aggregate, adversely affect the operation of the Acquired Assets and, in the case of the Owned Real Property and Leased Real Property, which do not, individually or in the aggregate, adversely affect, or materially restrict or impair the use or occupancy of such Owned Real Property or Leased Real Property as it relates to the operation of the Acquired Assets, (iii) applicable zoning Laws, building codes, land use restrictions and other similar restrictions imposed by Law which are not violated by the current use or occupancy of such Owned Real Property and Leased Real Property, as applicable, (iv) Intellectual Property licenses granted by a Seller to customers on a non-exclusive basis in the Ordinary Course, and (v) solely prior to Closing, any Encumbrances that will be removed or released by operation of the Sale Order.

(jjj)    "Person" means an individual, corporation, partnership, limited liability company, joint venture, association, trust, unincorporated organization, labor union, organization, estate, Governmental Body or other entity or group.

(kkk)    "Personal Information" means (i) any representation of information that permits the identity of an individual to whom the information applies to be reasonably inferred by either direct or indirect means, including (1) any information that can be used

90

to distinguish or trace an individual's identity, such as name, email address, phone number, social security number, date and place of birth, mother's maiden name, and (2) any other information that is linked or linkable to an individual, such as financial information; and (ii) any information defined as personal information, personal data, personally identifiable information, or similar term under any Privacy Requirements.

(lll)   "Post-Closing Tax Period" means any taxable period beginning on or after the Closing Date and the portion of any Straddle Period attributable to the portion of the period beginning after the Closing Date.

(mmm)     "Pre-Closing Tax Period" means any Tax period ending on or before the Closing Date and the portion of any Straddle Period through the end of the Closing Date.

(nnn)   "Privacy Requirements" means Privacy Laws, Privacy and Information Security Policies, and Privacy Agreements.

(ooo)   "Products" means the medicinal or pharmaceutical products, product candidates or therapies that are or have been researched, developed, packaged, labeled, used, marketed, imported, exported tested (including through clinical trials), commercialized, manufactured, stored, sold, licensed, or distributed by or on behalf of any of the Sellers or any of their Affiliates, or which the process has taken substantial steps towards manufacturing, commercializing, developing, packaging, labeling, storing, using, marketing, importing, exporting, distributing or selling, including all products that are regulated as human or animal drugs, medical devices, or other health care products under Healthcare Laws, including drug and biological candidates, compounds or products being researched, tested, stored, developed, labeled, manufactured, packed, marketed, sold and/or distributed by any of the Sellers or any of their Affiliates.

(ppp)   "Public Software" means any software, libraries or other code that is licensed under or is otherwise subject to Open License Terms.

(qqq)   "Purchaser Group" means Purchaser (including any Designated Purchaser), any Affiliate of Purchaser and each of their respective former, current or future Affiliates, officers, directors, employees, partners, members, managers, agents, Advisors, successors or permitted assigns.

(rrr)   "Purchase Price Adjustment Escrow Amount" means $14,375,000.

(sss)   "Rebate Assets" means all accounts receivable, or other amounts, owing from any Person, including pharmaceutical drug manufacturers or Group Purchasing Organizations, with respect to rebates, discounts, or similar claims.

(ttt)   "Release" means any actual or threatened release, spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, abandonment, disposing or allowing to escape or migrate into or through the environment (including, without limitation, ambient air (indoor or outdoor), surface

Active\1607011839.2

water, groundwater, land surface or subsurface strata or within any building, structure, facility or fixture).

(uuu)    "Sale Order" means the Order (i) approving this Agreement and the terms and conditions hereof, including pursuant to sections 363 and 365 of the Bankruptcy Code and (ii) approving and authorizing Sellers to consummate the Transactions, in form and substance reasonably acceptable to Sellers and Purchaser.

(vvv)    "Second Day Hearing" means the hearing before the Bankruptcy Court to consider approval of, among other things, certain of the First Day Pleadings on a final basis, but in any event shall not mean the initial hearing to consider the First Day Pleadings before the Bankruptcy Court on or around the Petition Date.

(www) "Securities Act" means the Securities Act of 1933 and the rules and regulations promulgated thereunder.

(xxx)    "Seller Parties" means each Seller and its former, current, or future Affiliates, officers, directors, employees, partners, members, equityholders, controlling or controlled Persons, managers, agents, Advisors, successors or permitted assigns.

(yyy)    "Straddle Period" means any taxable period that includes but does not end on the Closing Date.

(zzz)    "Subsidiary" or "Subsidiaries" means, with respect to any Person, any corporation, limited liability company or other entity of which a majority of the total voting power of shares of stock or other Equity Interests entitled (without regard to the occurrence of any contingency) to vote in the election of directors, managers or trustees or other governing body or Person thereof is at the time owned or controlled, directly or indirectly, by such Person or one or more of the other Subsidiaries of such Person or a combination thereof or any partnership, association or other business entity of which a majority of the partnership or other similar ownership interest is at the time owned or controlled, directly or indirectly, by such Person or one or more Subsidiaries of such Person or a combination thereof.

(aaaa)  "Target Working Capital" means negative $206,628,000.

(bbbb) "Tax" or "Taxes" means any federal, state, local, foreign or other income, gross receipts, capital stock, franchise, profits, withholding, social security, unemployment, disability, real property, ad valorem/personal property, stamp, excise, occupation, sales, use, transfer, value added, goods and services, unclaimed property, import, export, alternative minimum or estimated tax, including any interest, penalty or addition thereto in each case whether payable directly or a primary or secondary liability, or as a legal successor or transferee.

(cccc)  "Tax Code" means the United States Internal Revenue Code of 1986, as amended.

92

(dddd) "Tax Principles" means, with respect to any Taxes, the principles that such Taxes should be: (i) calculated consistent with the past procedures and practices in preparing Tax Returns for such Taxes to the extent consistent with applicable Law, (ii) for any Straddle Period, calculated in accordance with the principles set forth in Section 9.5, (iii) calculated without regard to any increase in Tax liabilities by reason of actions described in Section 9.4, and (iv) calculated by excluding any deferred Tax assets and deferred Tax liabilities.

(eeee) "Tax Return" means any return, claim for refund, report, statement or information return relating to Taxes required to be filed with a Governmental Body, including any schedule or attachment thereto, and including any amendments thereof.

(ffff) "Taxing Authority" means any U.S. federal, state, local, municipal, or foreign government, any subdivision, agency, commission or authority thereof or any quasi-Governmental Body exercising Tax regulatory authority.

(gggg) "Transaction Agreements" means this Agreement and any other agreements, instruments or documents entered into pursuant to this Agreement.

(hhhh) "Transactions" means the transactions contemplated by this Agreement and the other Transaction Agreements.

(iiii) "TSA" means a Transition Services Agreement, ~~subject to Section 6.21,~~ substantially in the form attached hereto as Exhibit G.

(jjjj) "Willful Breach" shall mean a deliberate act or a deliberate failure to act regardless of whether breaching was the conscious object of the act or failure to act.

Active\1607011839.2

## Section 11.2    Index of Defined Terms.

Accounting Fees — 19
Acquired Assets — 1
Acquired Avoidance Actions — 4
Acquired Insurance Assets — 3
Acquired Intellectual Property — 3
Acquired Lease — 2
Acquired Leased Real Property — 2
Acquired Software — 31
Agreement — 1
Agreement Dispute — 74
Allocation — 6~~8~~7
Allocation Methodology — 6~~8~~7
Assigned Contracts — 2
Assignment and Assumption Agreement — 15
Assumed Cure Costs — 6
Assumed Current Liabilities — 6
Assumed Liabilities — 6
Assumed Rebate Liability — 6
Avoidance Actions — ~~3~~4
Backup Bidder — 42
Bankruptcy Cases — 1
Bankruptcy Code — 1
Bankruptcy Court — 1
Bankruptcy Court Milestones — 40
Breakup Fee — 6~~7~~6
Business Confidential Information — 59
Business Data — 32
Business Insurance Policies — 36
Cash Payment — 13
Chosen Courts — 74
Closing — 15
Closing Date — 15
Closing Date Payment — 13
Closing Working Capital Statement — 1~~8~~7
~~CMS Contracts~~ — ~~13~~
Commercial Interco Contracts — 2
Cure Costs — 6, 7, 79
Dataroom — 38
Deposit — 14
Designated Purchaser — 7~~2~~1
Disputed Amounts — 18
EIC — 12
Elixir — 1
Employee Benefit Plan — 80
Enforceability Exceptions — 22

Environmental Permits — 29
Escrow Account — 13
Estimated Closing Working Capital — 17
Estimated Closing Working Capital Statement — 17
Excluded Assets — 4
Excluded Contracts — 4
Excluded Cure Costs — 7
Excluded Insurance Assets — 3
Excluded Insurance Policies — 3
Excluded Liabilities — 7
Excluded Rebate Liability — 8
Expense Reimbursement — 6~~7~~6
Express Representations — 3~~8~~7
FDI — 22
Filed SEC Documents — 21
Final Deposit — 1~~4~~3
Financial Statements — 23
Financing — 77
Financing Sources — 7~~7~~6
Foreign Competition Laws — 22
Fundamental Representations — 63
Guaranteed Obligations — 57
Guarantor — 1
Guggenheim Securities — 36
Indebtedness — 43
Independent Accountant — 18
Information Presentation — 38
Initial Deposit — 13
Leased Real Property — 24
Material Contract — 25
Mental Impressions — 60
Non-Recourse Person — 72
~~Novation Agreement~~ — ~~61~~
Outside Date — 64
Owned Real Property — 2
Parties — 1
Party — 1
PCI Requirements — 32
Permits — 28
Permitted Purposes — 59
Petition Date — 1
PHI — 61
Pre-Closing Matters — 54
Privacy Agreements — 32

| | | | | |
|---|---|---|---|---|
| Privacy and Information Security Policies | 32 | Scheduled Employees | 47 |
| Privacy Laws | 32 | Schedules | 21 |
| processing | 32 | Second Deposit | 143 |
| Projections | 57 | Security Breach | 33 |
| Purchase Price | 132 | Seller | 1 |
| Purchaser | 1 | Seller Sufficiency Representations | 63 |
| Purchaser Adjustment Amount | 20 | Seller Support Obligations | 55 |
| Purchaser Plans | 48 | Sellers | 1 |
| RAD | 22 | Sellers' Insurance Policies | 54 |
| Registered Trademarks | 29 | Significant Customer | 27 |
| Registration Office | 29 | Significant Supplier | 27 |
| Rejection Contracts | 10 | Statement of Objections | 18 |
| Resolution Period | 18 | Successful Bidder | 42 |
| Retained Privileged Materials | 45 | Third Party Assurances | 55 |
| Review Period | 18 | Transaction Source Code | 30 |
| ROI | 2 | Transfer Offer | 47 |
| ROI Agreement | 2 | Transfer Taxes | 67 |
| ROI Amendment | 2 | Transferred Employees | 48 |
| Schedule | 21 | Viruses | 31 |
| | | WARN | 36 |

**Section 11.3   Rules of Interpretation**. Unless otherwise expressly provided in this Agreement, the following will apply to this Agreement, the Schedules and any other certificate, instrument, agreement or other document contemplated hereby or delivered hereunder.

(a)    The terms "hereof," "herein" and "hereunder" and terms of similar import are references to this Agreement as a whole and not to any particular provision of this Agreement. Section, clause, Schedule and exhibit references contained in this Agreement are references to sections, clauses, Schedules and exhibits in or to this Agreement, unless otherwise specified. All Exhibits and Schedules annexed hereto or referred to herein are hereby incorporated in and made a part of this Agreement as if set forth in full herein. Any capitalized terms used in any Schedule or Exhibit but not otherwise defined therein shall be defined as set forth in this Agreement.

(b)    Whenever the words "include," "includes" or "including" are used in this Agreement, they will be deemed to be followed by the words "without limitation." Where the context permits, the use of the term "or" will be equivalent to the use of the term "and/or."

(c)    The words "to the extent" shall mean "the degree by which" and not simply "if."

(d)    When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period will be excluded. If the last day of

Active\1607011839.2

such period is a day other than a Business Day, the period in question will end on the next succeeding Business Day.

(e)    Words denoting any gender will include all genders, including the neutral gender. Where a word is defined herein, references to the singular will include references to the plural and vice versa.

(f)    The word "will" will be construed to have the same meaning and effect as the word "shall". The words "shall," "will," or "agree(s)" are mandatory, and "may" is permissive.

(g)    All references to "$" and dollars will be deemed to refer to United States currency unless otherwise specifically provided.

(h)    All references to a day or days will be deemed to refer to a calendar day or calendar days, as applicable, unless otherwise specifically provided.

(i)    Any document or item will be deemed "delivered," "provided" or "made available" by Sellers, within the meaning of this Agreement if such document or item is included in the Dataroom, by 5:00 p.m. New York time on the date that is two (2) Business Days prior to the date of this Agreement.

(j)    Any reference to any agreement or Contract will be a reference to such agreement or Contract, as amended, modified, supplemented or waived.

(k)    Any reference to any particular Bankruptcy Code or Tax Code section or any Law will be interpreted to include any amendment to, revision of or successor to that section or Law regardless of how it is numbered or classified; _provided_ that, for the purposes of the representations and warranties set forth herein, with respect to any violation of or non-compliance with, or alleged violation of or non-compliance, with any Bankruptcy Code or Tax Code section or Law, the reference to such Bankruptcy Code or Tax Code section or Law means such Bankruptcy Code or Tax Code section or Law as in effect at the time of such violation or non-compliance or alleged violation or non-compliance.

(l)    A reference to any Party to this Agreement or any other agreement or document shall include such Party's successors and assigns, but only if such successors and assigns are not prohibited by this Agreement.

(m)    A reference to a Person in a particular capacity excludes such Person in any other capacity or individually.

*[Signature pages follow.]*

Active\1607011839.2

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1 | 1 STOP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2 | 10K ARCHITECTURE PLLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3 | 111TH PHARMA FAMILY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4 | 112 PHARMACY & SURGICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5 | 133RD STREET PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 6 | 2010 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 7 | 222 DUTCH LANES - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 8 | 38TH STREET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 9 | 39TH STREET PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 10 | 3C MECHANICAL TECHNOLOGIES - ESSENTIAL PLUS 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 11 | 49AVEK | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 12 | 49GPPA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 13 | 49MNVH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 14 | 49PDRX | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 15 | 49PPTN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 16 | 49PPTP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 17 | 49PRPC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 18 | 49SCPH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 19 | 49TUTN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 20 | 49WSCP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 21 | 49YATH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 22 | 4EVERCLEAR POOL CHEMICAL CO. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 23 | 5 POINTS ELECTRICAL LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 24 | 5 STAR PHARMACY & MEDICAL SUPPLY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 25 | 5 STAR PHARMACY & SURGICAL SUPPLIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 26 | 6122 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 27 | 7 CORNERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 28 | 71 CONSTRUCTION - GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 29 | 71 CONSTRUCTION - SILVER 303 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 30 | 986 INFUSION PHARMACY #1, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 31 | 9TH & GIRARD PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 32 | A & F PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 33 | A AND W PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 34 | A NO 1 AIR, INC. - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 35 | A NO 1 AIR, INC. - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 36 | A NO 1 AIR, INC. - OPTION 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 37 | A NO 1 AIR, INC. - OPTION 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 38 | A Plus Federal Credit Union | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 39 | A PLUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 40 | A S MEDICATION SOLUTIONS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 41 | A T FERRELL COMPANY, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 42 | A TO Z PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 43 | A&R PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 44 | A.L. HANSEN MFG. CO. - HDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 45 | A.L. HANSEN MFG. CO. - HDHP INDIVIDUAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 46 | A.L. HANSEN MFG. CO. - PPO EXECUTIVE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 47 | A.L. HANSEN MFG. CO. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 48 | A.M. PHARMACY II, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 49 | A1 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 50 | A-1 PORTABLE BUILDINGS, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 51 | AAA DRUGS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 52 | AAA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 53 | AARON PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 54 | AASEN DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 55 | ABBEVILLE CHC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 56 | ABC COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 57 | ABC DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 58 | ABC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 59 | ABC PHARMACY OF BEVERLY HILLS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 60 | ABERDEEN AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 61 | ABERDEEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 62 | ABM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 63 | ABS LLC SO CAL AND IMW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 64 | ABSAROKA ENERGY & ENVIRONMENTAL SOLUTIONS - P101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 65 | ABSOLUTERX PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 66 | ACADEMY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 67 | ACARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 68 | ACCELERATED RECEIVABLES SOLUTIONS - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 69 | ACCELERATED RECEIVABLES SOLUTIONS - SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 70 | ACCESS FAMILY CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 71 | ACCESS FAMILY HEALTH - IN-HOUSE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 72 | ACCESS FAMILY HEALTH IN-HOUSE PHARMACY, TREMONT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 73 | ACCESS HEALTH - HDHP/HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 74 | ACCESS TO CARE LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 75 | ACCREDO HEALTH GROUP INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 76 | ACEVEDO MEDICAL CARE GROUP | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 77 | Action Door | Elixir Pharmacy, LLC | Vendor Contract | $1,262.77 |
| 78 | ACTON VALE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 79 | ADAMS AUTOMOTIVE GROUP, INC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 80 | ADAMS AUTOMOTIVE GROUP, INC -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 81 | ADAMS CUMBERLAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 82 | ADDISON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 83 | ADIRONDACK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 84 | ADM Two Exhibits & Displays, Inc. | Elixir Rx Options, LLC | Vendor Contract | $3,786.00 |
| 85 | ADVANCE CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 86 | ADVANCED HEALTHCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 87 | ADVANCED INFUSIONCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 88 | ADVANCED INFUSIONCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 89 | ADVANCED INFUSIONCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 90 | Advanced Medical Reviews Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 91 | ADVANCED VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 92 | ADVANT-EDGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 93 | ADVANT-EDGE PHARMACY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 94 | ADVENTHEALTH HOME INFUSION CENTRAL FLORIDA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 95 | ADVENTHEALTH OUTPATIENT PHARMACY ALTAMONTE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 96 | ADVENTHEALTH OUTPATIENT PHARMACY APOPKA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 97 | ADVENTHEALTH OUTPATIENT PHARMACY CELEBRATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 98 | ADVENTHEALTH OUTPATIENT PHARMACY EAST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 99 | ADVENTHEALTH OUTPATIENT PHARMACY GINSBURG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 100 | ADVENTHEALTH OUTPATIENT PHARMACY KISSIMMEE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 101 | ADVENTHEALTH OUTPATIENT PHARMACY ORLANDO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 102 | ADVENTHEALTH OUTPATIENT PHARMACY WINTER PARK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 103 | ADVENTHEALTH PHARMACY SHAWNEE MISSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 104 | ADVOCATE HOME CARE PRODUCTS, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 105 | Aero Industries Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 106 | AETNA BETTER HEALTH OF CALIFORNIA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 107 | AFFORDABLE SCRIPT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 108 | AG TECHNOLOGIES, LLC. -  GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 109 | AG VALLEY COOPERATIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 110 | Agadia System, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 111 | AgeWell New York MAPD | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 112 | AGRA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 113 | AI INNOVATIONS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 114 | AIDS HEALTHCARE FOUNDATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 115 | AIRLINE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 116 | AJRX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 117 | A'S #63 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 118 | ALAN HOME CARE SERVICES - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 119 | ALASKA NATIVE MEDICAL CENTER MEDISET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 120 | ALASKA NATIVE MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 121 | Alaskan Copper & Brass Company & Alaskan Copper Wo | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 122 | ALBA RX | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 123 | ALBERTSONS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 124 | ALBRIGHTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 125 | ALBUQUERQUE AREA OFFICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 126 | ALDAV PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 127 | ALDRIDGES FAMILY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 128 | ALEXANDRIA HEALTH DEPT PHCY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 129 | ALG TRUCK & TRAILER REPAIR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 130 | ALGOMA HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 131 | AlgoSec Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 132 | ALIGNRX RURAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 133 | ALIVIA HOME DELIVERY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 134 | ALIVIA INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 135 | ALIVIA SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 136 | ALIVIO PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 137 | ALL CARE HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 138 | ALL PAWS RETREAT, LLC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 139 | ALL RX PHARMACY II INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 140 | ALL RX PHARMACY III LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 141 | ALL RX PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 142 | ALL SOUTH DOOR & HARDWARE, INC. - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 143 | ALL TRADES STAFFING, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 144 | ALLCARE DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 145 | ALLEGHANY FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 146 | ALLEGHENY HEALTH NETWORK HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 147 | Allegis Group Holdings Inc DBA Actalent Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 148 | ALLEN COUNTY HEALTH PARTNERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 149 | ALLEN PHARMACY & WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 150 | Allergan USA, INC. | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 151 | ALLERGY PARTNERS THERAPEUTICS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 152 | Alliance Coal LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 153 | ALLIANCE HEALTHCARE SERVICES DOUGLASS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 154 | AllMed Healthcare Management LLC | Elixir Rx Options, LLC | Vendor Contract | $14,270.00 |
| 155 | ALLMED PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 156 | ALLTOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 157 | ALLURE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 158 | ALPHA DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 159 | ALPHA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 160 | ALPINE DRUGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 161 | ALPS SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 162 | ALTERNATIVES IN PSYCH CONSULT, S.C. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 163 | ALTERNATIVES IN PSYCH CONSULT, S.C. - PLAT 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 164 | ALTERWOOD ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 165 | ALTO PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 166 | ALTOONA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 167 | Alttrax | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 168 | ALVARADO DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 169 | ALWAYS FIRST PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 170 | AM PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 171 | Amarillo Independent School District | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 172 | AMBERWELL ATCHISON ASSOCIATION - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 173 | AMBERWELL HERINGTON HOSPITAL, INC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 174 | AMBERWELL HIAWATHA - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 175 | AMBERWELL HIAWATHA - STANDARD PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 176 | AMBERWELL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 177 | AMBERWELL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 178 | AMBIKA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 179 | AMBULATORY INFUSION CARE NORTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 180 | AMERICAN DOLLAR PHARMACY CORP. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 181 | American Electric Company | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 182 | American Electric Company | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 183 | American Electric Power | Elixir Pharmacy, LLC | Vendor Contract | $4,649.93 |
| 184 | AMERICAN GLASS & MIRROR CO, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 185 | AMERICAN GLASS & MIRROR CO, INC. -5000 HSA CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 186 | AMERICAN HEALTH ADVANTAGE OF MISSISSIPPI | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 187 | AMERICAN HEALTH ADVANTAGE OF MISSOURI | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 188 | AMERICAN HEALTH ADVANTAGE OF OK | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 189 | AMERICAN HEALTH ADVANTAGE OF TENNESSEE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 190 | AMERICAN HEALTH ADVANTAGE OF TEXAS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 191 | AMERICAN HEALTH ADVANTAGE OF UTAH | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 192 | AMERICAN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 193 | AMERICAN RIGGERS SUPPLY, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 194 | AMERICAN STAFFCORP, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 195 | AMERICAN STAFFCORP, INC. - MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 196 | AMERICAN STAFFING, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 197 | AMERICAN STAFFING, LLC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 198 | AMERICAN TRUETZSCHLER, INC. - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 199 | AMERIHEALTH CARITAS PA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 200 | Amerisource Bergen | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 201 | AMERITA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 202 | AMERITA INC DALLAS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 203 | AMES DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 204 | AMWINS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 205 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 206 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 207 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 208 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 209 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 210 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 211 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 212 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 213 | AMWINS INDIMNITY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 214 | AN I.V., LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 215 | AN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 216 | ANCHORAGE NATIVE PRIMARY CARE CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 217 | ANDERSON AND HAILE DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 218 | ANDERSON BROS ELEC, PLUMBING & HEAT - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 219 | ANDERSON MANAGEMENT SERVICES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 220 | ANDOVER COMPANIES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 221 | ANDREWS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 222 | ANDY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 223 | ANESTHESIA ASSOCIATES OF KC, P.A. - CHOICE HD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 224 | ANESTHESIA ASSOCIATES OF KC, P.A. - ESSENTIAL E | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 225 | ANESTHESIA ASSOCIATES OF KC, P.A. - SELECT P | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 226 | ANGEL CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 227 | ANIKKAN INUIT ILUQUTAAT SUBREGIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 228 | ANKROLAB BREWING COMPANY -GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 229 | ANKROLAB BREWING COMPANY -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 230 | ANNA'S DULUTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 231 | ANNETTE HOWELL TURNER CENTER FOR THE ARTS -1500 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 232 | ANNETTE ISLAND SERVICE UNIT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 233 | ANNEX PHARMACY AND MEDICAL SUPPLY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 234 | ANOVORX GROUP LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 235 | ANTHC INTERNAL MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 236 | ANTHC OUTPATIENT SURGERY CENTER OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 237 | AOK PLUMBING & HEATING, INC. -BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 238 | AOM INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 239 | APEX - $1,000 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 240 | APEX - $1,000 PPO COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 241 | APEX - $1,000 PPO UTAH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 242 | APEX - $1,000 PPO UTAH COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 243 | APEX - $2,000 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 244 | APEX - $2,000 PPO COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 245 | APEX - $2,000 PPO UTAH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 246 | APEX - $3,000 HDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 247 | APEX - $3,000 HDHP FAMILY COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 248 | APEX - $3,000 HDHP FAMILY UTAH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 249 | APEX - $3,000 HDHP SINGLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 250 | APEX - $3,000 HDHP SINGLE COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 251 | APEX - $3,000 HDHP SINGLE UTAH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 252 | APEX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 253 | APN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 254 | APO Pumps & Compressors | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 255 | APOTHECARE - COLUMBUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 256 | APOTHECARE - FORT SCOTT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 257 | APOTHECARE - IOLA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 258 | APOTHECARE - NORTH PITTSBURG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 259 | APOTHECARE - PLEASANTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 260 | APOTHECARE - SOUTH PITTSBURG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 261 | APPALACHIAN DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 262 | APPALACHIAN PLASTICS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 263 | APPALACHIAN RX LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 264 | APPLE DISCOUNT DRUGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 265 | APPLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 266 | APPLE PHARMACY III | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 267 | APPLE RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 268 | APPLETON HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 269 | ARARAT PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 270 | ARCADIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 271 | ARCELY PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 272 | ARISING INDUSTRIES, INC - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 273 | ARISING INDUSTRIES, INC - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 274 | ARISING INDUSTRIES, INC - SPECTRUM MEC GOLD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 275 | ARISTACARE HEALTH INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 276 | ARIZONA DAIRY CO., LLP - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 277 | ARIZONA HOME CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 278 | Arizona Sheet Metal Welfare Trust Fund | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 279 | ARJ INFUSION SERVICES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 280 | ARJ INFUSION SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 281 | ARJ INFUSION SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 282 | ARJ INFUSION SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 283 | ARKANSAS TECH UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 284 | ARLINGTON APOTHECARY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 285 | ARMEN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 286 | ARMUCHEE PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 287 | ARONS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 288 | ARTHRITIS NORTHWEST, PLLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 289 | ARTHUR DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 290 | ARTIS DRUG CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 291 | ARVIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 292 | ARXIUM | Elixir Pharmacy, LLC | Vendor Contract | $479.54 |
| 293 | ASCENSION AT HOME | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 294 | ASCENSION AT HOME | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 295 | ASCENSION RX 7010 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 296 | ASCENSION SAINT CLARES HOSPITAL OF WESTON INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 297 | ASHEVILLE SCHOOL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 298 | ASHFORD PRESBYTERIAN COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 299 | ASHLAND CITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 300 | ASHLAND DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 301 | Ashland Food Cooperative | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 302 | ASHTON COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 303 | ASPEN INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 304 | ASPIRUS MEDFORD HOSPITAL & CLINICS, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 305 | ASSOCIATED CREDIT UNION OF TEXAS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 306 | ASSOCIATED TERMINALS, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 307 | Astiva Health Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 308 | Aston Carter Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 309 | Aston Carter Inc. | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 310 | AT&T | Elixir Pharmacy, LLC | Vendor Contract | $6,338.42 |
| 311 | ATASCADERO STATE HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 312 | ATC HEALTHCARE SERVICES, LLC - MEC ENHANCED PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 313 | ATC HEALTHCARE SERVICES, LLC - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 314 | ATENAS COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 315 | ATKINSON CO. BOARD OF COMMISSIONERS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 316 | ATKINSON CO. BOARD OF COMMISSIONERS - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 317 | ATKINSON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 318 | ATLANTA NETWORK TECHNOLOGIES, INC. - GOLD 202 | Elixir Rx Options, LLC (MO) | Customer Contract | $0.00 |
| 319 | ATLANTIC DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 320 | ATRIUM HEALTH PHARMACY AT CMC-ED | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 321 | ATRIUM HEALTH PHARMACY BIDDLE POINT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 322 | ATRIUM HEALTH PHARMACY MYERS PARK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 323 | ATRIUM HEALTH PHARMACY NORTHPARK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 324 | ATRIUS HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 325 | ATX DRINKS, LLC - ESSENTIAL + 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 326 | ATX DRINKS, LLC - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 327 | ATX DRINKS, LLC - PREMIER 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 328 | AUBURN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 329 | AUBURN PHARMACY #133 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 330 | AUBURN UNIVERSITY STUDENT HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 331 | AUDIO, VIDEO & SECURITY, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 332 | AULTMAN ALLIANCE COMMUNITY HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 333 | AUM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 334 | AURA HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 335 | AUROBINDO PHARMA USA | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 336 | AURORA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 337 | AUSTIN'S CATTLE COMPANY - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 338 | AUSTIN'S CATTLE COMPANY - SPECTRUM MEC SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 339 | AUTOMATED SHADING INC - ESSENTIAL + 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 340 | AUTOMATED SHADING INC - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 341 | AUTOMOTIVE OPERATIONS, LP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 342 | AV PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 343 | AVASURE LLC - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 344 | AVASURE LLC - TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 345 | AVE J ROYAL CARE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 346 | AVELLANEDA PHARMACY & DISCOUNT INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 347 | AVENUE 360 HEALTH & WELLNESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 348 | AVILA UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 349 | AVON OAKS COUNTRY CLUB - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 350 | AWESOME PRODUCTS, INC. - CSTAR 6000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 351 | AXA PROFESSIONALS, LLC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 352 | AXA PROFESSIONALS, LLC -GOLD 203 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 353 | AXCESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 354 | AXIUM HEALTHCARE DE PUERTO RICO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 355 | AXLINE ADVANCED 04 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 356 | AXLINE PHARMACY (03) | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 357 | AXLINE PHARMACY (08) | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 358 | AXLINE PHARMACY 07 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 359 | AZALEA CENTER FOR PLASTIC SURGERY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 360 | B & B DISCOUNT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 361 | B & J PITRE PHAMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 362 | B AND K PRESCRIPTION SHOP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 363 | B&B PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 364 | B&B PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 365 | B+H APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 366 | BAD RIVER HEALTH AND WELLNESS CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 367 | BAILEY FARMS, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 368 | BAILEY FARMS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 369 | BAILEY'S PHARMACY, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 370 | BAILEYTON DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 371 | BAJ HOSPITALITY, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 372 | BAJ HOSPITALITY, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 373 | BALDY VISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 374 | BALL BROTHERS PRODUCE - MEC MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 375 | BALLS FOUR B CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 376 | BANCO POPULAR DE P.R. - TRUST DIVISION - 725 | Elixir Puerto Rico, Inc. | Vendor Contract | $1,097.50 |
| 377 | BANDYS PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 378 | BANDY'S PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 379 | BANDY'S PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 380 | BANDYS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 381 | Bank of America | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 382 | BANKS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 383 | BANYAN HEALTH SYSTEMS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 384 | BARBER & HOFFMAN, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 385 | BARBOURVILLE HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 386 | BARBOURVILLE HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 387 | BARCELONETA PRIMARY HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 388 | BARNSTABLE COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 389 | BARNWELL FAMILY MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 390 | BARRINGER CONSTRUCTION - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 391 | BARRINGER CONSTRUCTION - CORE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 392 | BASECAMP RECOVERY CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 393 | BASHAS' #100 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 394 | BASHAS' #102 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 395 | BASHAS' #109 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 396 | BASHAS' #11 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 397 | BASHAS' #110 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 398 | BASHAS' #113 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 399 | BASHAS' #116 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 400 | BASHAS' #128 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 401 | BASHAS' #130 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 402 | BASHAS' #137 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 403 | BASHAS' #155 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 404 | BASHAS' #158 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 405 | BASHAS' #160 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 406 | BASHAS' #161 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 407 | BASHAS' #172 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 408 | BASHAS' #28 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 409 | BASHAS' #43 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 410 | BASHAS' #46 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 411 | BASHAS' #47 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 412 | BASHAS' #48 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 413 | BASHAS' #51 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 414 | BASHAS' #52 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 415 | BASHAS' #54 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 416 | BASHAS' #55 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 417 | BASHAS' #7 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 418 | BASHAS' #71 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 419 | BASHAS' #73 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 420 | BASHAS' #79 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 421 | BASHAS' #82 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 422 | BASHAS' #99 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 423 | BASIC HOME INFUSION | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 424 | BASICARE PLUS, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 425 | BASICARE PLUS, LLC - ACUTECARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 426 | BASIN PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 427 | BASSETT MEDICAL CENTER | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 428 | BATES COUNTY MEMORIAL HOSPITAL - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 429 | BATES COUNTY MEMORIAL HOSPITAL - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 430 | BATES COUNTY MEMORIAL HOSPITAL - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 431 | BATTEN'S PRESCRIPTION SHOPPE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 432 | BATTLE CREEK FARMERS PRIDE COOP N/S | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 433 | BATTLEFIELD PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 434 | BAUGO COMMUNITY SCHOOLS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 435 | BAY CHEMISTS LLC | Elixir Options, LLC | Vendor Contract | $0.00 |
| 436 | BAY HOMETOWN PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 437 | BAY PARKWAY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 438 | BAY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 439 | BAYCARE HOMECARE INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 440 | BAYSIDE LAKES FAMILY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 441 | BAYSTATE MEDICAL CENTER INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 442 | BC PHARMACY INC. | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 443 | BCBE CONSTRUCTION, LLC - ESSENTIAL PLUS 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 444 | BCBE CONSTRUCTION, LLC - PREMIER 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 445 | BCBE CONSTRUCTION, LLC - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 446 | BCS Operations, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 447 | BEACH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 448 | BEACH PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 449 | Beacon Hill Staffing Group, LLC | Elixir Options, LLC | Vendor Contract | $0.00 |
| 450 | BEAR DRUGS OF KITTY HAWK | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 451 | BEASLEY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 452 | BEATRICE CONTAINER SYSTEMS, LLC. - S302 COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 453 | BEAUFORT DRUG COMPANY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 454 | BEAUMONT HOME INFUSION | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 455 | BEAUMONT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 456 | BEAUREGARD DRUGS, INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 457 | BEDDINGFIELD DRUGS LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 458 | BEE WELL PHARMACY LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 459 | BEECHNUT PROFESSIONAL PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 460 | BEEMANS HIGHLAND PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 461 | BELEN PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 462 | BELHAVEN UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 463 | BELL BOULEVARD PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 464 | BELLE OF BATON ROUGE CASINO HOTEL - ACP #1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 465 | BELLE OF BATON ROUGE CASINO HOTEL - PPO 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 466 | BELLE OF BATON ROUGE CASINO HOTEL - PPO PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 467 | BELLEVUE CLINIC AND SURGERY CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 468 | BELLEVUE HOSPITAL | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 469 | BELLIN HEALTH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 470 | BELLIN HEALTH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 471 | BELLIN HEALTH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 472 | BELLIN HEALTH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 473 | BELLIN HEALTH REMOTE DISPENSING | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 474 | BELLIN HEALTH REMOTE DISPENSING | Elixir Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 475 | BELLS DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 476 | BELL'S HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 477 | BELLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 478 | BELZIK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 479 | BEMIDJI AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 480 | BEMIDJI AREA RED LAKE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 481 | BENGAL PHARMACY ARCO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 482 | BENGAL PHARMACY CHALLIS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 483 | BENGAL PHARMACY POCATELLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 484 | BENNETTS VALLEY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 485 | BENSON CONSTRUCTION, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 486 | BERK-TEL COMMUNICATIONS, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 487 | BERLIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 488 | Bernie Little Distributors, Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 489 | BERRY PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 490 | BERTRAM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 491 | BERTRANDS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 492 | BEST OPTION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 493 | BEST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 494 | BETHPAGE MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 495 | BETTER HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 496 | BEULAH DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 497 | BEVERLY HILLS MEDICAL PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 498 | BEX RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 499 | BFSF, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 500 | BG&S TRANSMISSIONS OF GRAND ISLAND - W3000 COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 501 | BH SPECIALTY PHARMACY-BR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 502 | BH SPECIALTY PHARMACY-JC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 503 | BH SPECIALTY PHARMACY-KPT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 504 | BI LO LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 505 | BI RITE QUALITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 506 | BIANCARELLI'S PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 507 | BIG 8 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 508 | BIG AGNES, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 509 | BIG CITY MANUFACTURING - ESSENTIAL PLUS 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 510 | BIG CITY MANUFACTURING - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 511 | BIG CREEK TRUCKING - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 512 | BIG HORN ROOFING, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 513 | BIG MACK HVAC, LLC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 514 | BIG SANDY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 515 | BIG SIX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 516 | BIG SKY IV CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 517 | BIG SPRING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 518 | BIG Y FOODS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 519 | BILLINGS AREA INDIAN HEALTH SERVICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 520 | BILLY GRAHAM EVANGELISTIC ASSOCIATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 521 | BINA DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 522 | BIOLOGIC INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 523 | BIOMATRIX SPECIALTY PHARMACY CA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 524 | BIOMATRIX SPECIALTY PHARMACY NJ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 525 | BIOMATRIX SPECIALTY PHARMACY TN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 526 | BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 527 | BioRidge Pharma, LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 528 | BIORX LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 529 | BIRMINGHAM VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 530 | BIXBY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 531 | BJC HOME CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 532 | BJ'S FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 533 | BLACK ROCK MINE SERVICE, LLC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 534 | BLAKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 535 | BLAKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 536 | BLAKELY OILFIELD MAINTENANCE & CONSTRUCTION | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 537 | BLOCK DRUG STORES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 538 | BLOEMKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 539 | BLOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 540 | BLUE BELL CREAMERIES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 541 | BLUE FRONT DRUG LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 542 | Blue Pacific Management LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 543 | BLUE SKY SOLUTIONS OF SW FLORIDA - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 544 | BLUE SKY SOLUTIONS OF SW FLORIDA, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 545 | BLUEBIRD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 546 | BLUEGRASS HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 547 | BLUEGRASS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 548 | BLUESKY HEALTHCARE GROUP, LLC. - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 549 | BMA CLAIMS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 550 | BOB JOHNSONS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 551 | BOICEVILLE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 552 | BOIS FORTE MEDICAL CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 553 | BOISE ROUTE WORKS, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 554 | BOISE ROUTE WORKS, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 555 | BOISE ROUTE WORKS, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 556 | BON AMI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 557 | BonaKemi USA Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 558 | BONSAI DESIGNS LLC - HDHP 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 559 | BONSAI DESIGNS LLC - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 560 | BOONE PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 561 | BOONE'S PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 562 | BOONESPRING SKILLED NURSING AND REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 563 | BOOSTER ENTERPRISES - PLAN 1500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 564 | BOOSTER ENTERPRISES - PLAN 3000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 565 | BOOSTER ENTERPRISES - PLAN 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 566 | BORICUA DELIVERY, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 567 | BORICUA DELIVERY, LLC - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 568 | BORINQUEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 569 | BORUSAN MANNESMANN PIPE US, INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 570 | BOUNDARY COMMUNITY HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 571 | BOURBON HEIGHTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 572 | BOWEN PAINTER, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 573 | BOYNTON HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 574 | BRADENTON HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 575 | BRADFORD SQUARE HEALTHCARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 576 | BRADLEY BEACH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 577 | BRADLEY UNIVERSITY - PLAN 22 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 578 | BRADY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 579 | Brain Dev 4 LLC DBA EC TIC Manager, LLC | Elixir Rx Options, LLC | Vendor Contract | $63,653.70 |
| 580 | BRANDON DISCOUNT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 581 | BRECKINRIDGE MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 582 | BREITINGER COMPANY - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 583 | BREMO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 584 | BRENTWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 585 | BRENTWOOD PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 586 | BREWERYTOWN RX  PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 587 | BREWSTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 588 | BRIAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 589 | BRIARWOOD DRUGS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 590 | BRIARWOOD DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 591 | BRIDGE POINT CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 592 | BRIDGEPOINTE ASSISTED LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 593 | BRIDGEPORT CLAIMS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 594 | BRIDGEPORT FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 595 | BRIDGEPORT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 596 | BRIGHTON OAKS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 597 | BRIGHTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 598 | BRIGHTSTAR CARE OVERLAND PARK - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 599 | BRIGHTSTAR CARE OVERLAND PARK - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 600 | BRILLION HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 601 | BRI-MAR SOLUTIONS, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 602 | BRINE'S HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 603 | BRISTOL DISCOUNT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 604 | BRISTOL HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 605 | BRISTOL MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 606 | BRISTOW PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 607 | BROAD CREEK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 608 | BROAD PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 609 | BROADWAY DRUGS INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 610 | BROADWAY PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 611 | BROADWAY REMEDY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 612 | BRONSON METHODIST HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 613 | BROOKHAVEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 614 | BROOKLYN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 615 | BROOKS COUNTY BOARD OF COMMISSIONERS - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 616 | BROOKSHIRE BROS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 617 | BROOKSHIRE GROCERY COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 618 | BROOKVALE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 619 | BROTHERS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 620 | BROTMAN MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 621 | BROWARD HEALTH CORA E BRAYNON FAMILY HEALTH CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 622 | BROWN COUNTY HOSPITAL - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 623 | BROWN COUNTY HOSPITAL- HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 624 | BROWN DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 625 | BROWN'S DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 626 | BROWN'S DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 627 | BROWN'S MAIN STREET PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 628 | BROWNS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 629 | BRUBACHER EXCAVATING, INC. - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 630 | BRUBACHER EXCAVATING, INC. - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 631 | BRUBACHER EXCAVATING, INC. - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 632 | BRUNSWICK SQUARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 633 | BRYAN COMMUNITY HEALTH CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 634 | Bryan D Birch DBA Westport Healthcare Advsy Group | Elixir Options, LLC | Vendor Contract | $0.00 |
| 635 | BSB CONSTRUCTION, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 636 | BUCKEYE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 637 | BUDERER DRUG COMPANY, AVON | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 638 | BUDERER DRUG COMPANY, INC. | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 639 | BUDERER DRUG COMPANY, INC. | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 640 | BUENA VISTA FAMILY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 641 | BUFFALO PRESCRIPTION SHOP | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 642 | BULLOCHS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 643 | BURBANK VILLAGE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 644 | BURNHAM'S VITAL CARE OF MOBILE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 645 | BUTLER COUNTY HEALTH CARE CENTER - OPTION B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 646 | BUTTERFIELD IPS | Elixir Options, LLC | Vendor Contract | $0.00 |
| 647 | BUY RITE DRUGS # 14 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 648 | BUY RITE DRUGS # 15 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 649 | BUY RITE DRUGS # 16 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 650 | BUY RITE DRUGS #10 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 651 | BUY RITE DRUGS #11 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 652 | BUY RITE DRUGS #13 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 653 | BUY RITE DRUGS #2 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 654 | BUY RITE DRUGS #4 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 655 | BUY RITE DRUGS #6 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 656 | BUY RITE DRUGS #8 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 657 | BUY RITE DRUGS #9 | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 658 | BYRD DRUG COMPANY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 659 | BYRT CPA, LLC. - TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 660 | C AND C DRUGS | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 661 | C AND C DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 662 | C.J.W., INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 663 | CACHE VALLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 664 | CADENCE MUSIC, INC. - S302 COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 665 | CAGUAS SUPER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 666 | CAL-COAST REFRIGERATION, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 667 | CAL-COAST REFRIGERATION, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 668 | CALDWELL DISCOUNT DRUG COMPANY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 669 | CALDWELL PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 670 | CALHOUN COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 671 | CALIFORNIA DAIRIES INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 672 | CALIFORNIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 673 | CAMBRIDGE PLACE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 674 | CAMERON REGIONAL MEDICAL CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 675 | CAMPBELL OIL COMPANY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 676 | CAMUY HEALTH SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 677 | CANAL STREET PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 678 | CANCER CARE SPECIALISTS OF CENTRAL IL - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 679 | CANCER CARE SPECIALISTS OF CENTRAL IL, S.C. -COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 680 | CANCER CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 681 | CANNON PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 682 | CANONCITO BAND OF NAVAJOS HEALTH CLINIC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 683 | CANTEY FOUNDATION SPECIALISTS - COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 684 | CANTEY FOUNDATION SPECIALISTS - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 685 | CANTON LUMBER COMPANY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 686 | CANTON LUMBER COMPANY - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 687 | CANTON LUMBER COMPANY -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 688 | CANTON PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 689 | CAPE FEAR PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 690 | CAPITAL CITY BEVERAGES INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 691 | CAPITOL HILL PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 692 | CAPPEL SALES INCORPORATED - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 693 | CAPRI COLLEGE - MEDICAL OPTION 1 PPO NETWORK | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 694 | CAPRI COLLEGE - PLAN OPT 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 695 | CAPRI COLLEGE - PLAN OPT 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 696 | CAPRI CORK, LLC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 697 | CAPSTONE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 698 | CAPSTONE PHARMACY AT PARRISH | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 699 | CapTech Ventures Inc | Elixir Options, LLC | Vendor Contract | $0.00 |
| 700 | CARDINAL HEALTH 132, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $23,754.43 |
| 701 | CARDINAL HEALTH LEADER MEMBER SVCS | Elixir Options, LLC | Vendor Contract | $0.00 |
| 702 | CARE ALLIANCE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 703 | Care N Care | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 704 | CARE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 705 | CARE PLUS PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 706 | CARE PLUS PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 707 | CARE PLUS PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 708 | CARE POINT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 709 | CAREFIRSTRX PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 710 | CAREMARK LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 711 | CAREMED PHARMACEUTICAL SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 712 | CAREPAK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 713 | CarePoint, Inc. | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 714 | CAREPRIME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 715 | CARESTL HEALTH #1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 716 | CARESTL HEALTH #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 717 | CARESTL HEALTH #3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 718 | CARESTL HEALTH #4 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 719 | CARGO INTEGRATED LOGISTICS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 720 | CARGO TRANSPORTERS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 721 | CARILION CLINIC HOSPICE - FRANKLIN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 722 | CARILION CLINIC HOSPICE - NEW RIVER VALLEY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 723 | CARILION CLINIC HOSPICE - ROANOKE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 724 | CARINGRX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 725 | CARMEL MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 726 | CARMICHAEL CONSTRUCTION, LLC - BRONZE 401 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 727 | CARMICHAEL CONSTRUCTION, LLC - SILVER 301 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 728 | CARMICHAELS CASHWAY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 729 | CAROLINA CHEM-STRIP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 730 | CAROLTON CHRONIC HOSPITAL | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 731 | Carroll Distributing | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 732 | CARROLL'S SAUSAGE & MEATS - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 733 | CARRS QUALITY CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 734 | CARSON DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 735 | CARSON NEWMAN UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 736 | CARTER BANK & TRUST - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 737 | CARTER BANK & TRUST - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 738 | CARTERS AT STONEBRIDGE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 739 | CASCADE HEMOPHILIA CONSORTIUM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 740 | CASCADIA COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 741 | CASHWAY PHARMACY OF SCOTT INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 742 | CASINO QUEEN - ACP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 743 | CASINO QUEEN - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 744 | CASINO QUEEN - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 745 | CASINO QUEEN - PPO 500 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 746 | CASINO QUEEN MARQUETTE - ACP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 747 | CASINO QUEEN MARQUETTE - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 748 | CASINO QUEEN MARQUETTE - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 749 | CASINO QUEEN MARQUETTE - PPO 500 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 750 | CASSELTON DRUG, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 751 | CASSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 752 | CAST, LLC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 753 | Castle Resorts and Hotels | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 754 | Cathedral Corporation | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 755 | CATHOLIC COMMUNITY HOSPICE- KS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 756 | CATHOLIC COMMUNITY HOSPICE- MO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 757 | CATTARAUGUS INDIAN RESERVATION HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 758 | CAVCO INDUSTRIES - SINGLE HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 759 | CAVCO INDUSTRIES - EMPLOYEE PLUS PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 760 | CAVCO INDUSTRIES, INC - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 761 | CAVCO INDUSTRIES, INC PENNWEST HOURLY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 762 | CAVCO INDUSTRIES, INC. - CLARION/COLONY HOURLY PLA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 763 | CCMSI STATE OF MISSISSIPPI | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 764 | CCMSI STATE OF MISSISSIPPI - FIRSTFILL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 765 | CCMSI/ INSTITUTION OF HIGHER LEARNING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 766 | CCMSI/INSTITUTION OF HIGHER LEARNING - FIRSTFILL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 767 | CDT PROGRAMA SIDA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 768 | CDW Direct, LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 769 | CEDAR CREEK ENERGY  -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 770 | CEDAR CREEK ENERGY -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 771 | CEDAR DRUG AND GIFT, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 772 | CEDAR RIDGE NURSING HOME | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 773 | CEDARS HEART CLINIC - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 774 | CEDARS HEART CLINIC - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 775 | CEDARS HEART CLINIC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 776 | CEDARS-SINAI MEDICAL CENTER AHSP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 777 | CEDARS-SINAI MEDICAL CENTER PHARMACY #6 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 778 | CEGAL, LLC - 4000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 779 | Cement Masons & Plasterers Trust | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 780 | CENCAL HEALTH | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 781 | CENLA PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 782 | CENTENE CORPORATION HEALTH NET CALLIFORNIA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 783 | CENTENE DELAWARE FIRST HEALTH INC 12G 3QT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 784 | CENTENE MANAGEMENT CORPORATION 456FWT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 785 | CENTENE NM CI MEDICAL | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 786 | CENTER DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 787 | CENTER FOR FAMILY MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 788 | CENTER FOR FAMILY MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 789 | CENTER FOR PRIMARY CARE PC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 790 | CENTER PHARMACY OF ERIE AVENUE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 791 | CENTRAL AVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 792 | CENTRAL DAKOTA PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 793 | CENTRAL DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 794 | CENTRAL DRUG PEERLESS CROSSING | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 795 | CENTRAL DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 796 | CENTRAL ELECTRIC, LLC - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 797 | CENTRAL ELECTRIC, LLC. -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 798 | CENTRAL FLORIDA HEALTH CARE - WINTER HAVEN PHARMAC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 799 | CENTRAL FLORIDA HEALTH CARE PHARMAC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 800 | CENTRAL N ALABAMA HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 801 | CENTRAL PLAINS PROJECT ACCESS - 100 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 802 | CENTRAL PLAINS PROJECT ACCESS - 125 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 803 | CENTRAL PLAINS PROJECT ACCESS - 150 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 804 | CENTRAL PLAINS PROJECT ACCESS - 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 805 | CENTRAL PLAINS PROJECT ACCESS - 250 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 806 | CENTRAL POINT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 807 | CENTRAL VALLEY MEAT HOLDING CO - CALIFORNIA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 808 | CENTRAL VALLEY MEAT HOLDING COMPANY - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 809 | CENTRAL VALLEY MEAT HOLDING COMPANY - LIBERTY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 810 | CENTRAL VALLEY MEAT HOLDING COMPANY - RANCH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 811 | CENTRAL WASHINGTON UNIVERSITY - PLANS 41 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 812 | CENTRALIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 813 | CENTRE COLLEGE - PLAN 16 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 814 | CENTRO DE MEDICINA INTEGRAL DE MANATI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 815 | CENTRO DE MEDICINA PRIMARIA VA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 816 | CENTRO DE SALUD INTEGRAL EN TOA ALTA II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 817 | CENTRO DE SALUD LARES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 818 | CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 819 | CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 820 | CENTRO MEDICINA AVANZADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 821 | CENTRO SAN CRISTOBAL JUANA DIAZ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 822 | CENTRO SAN CRISTOBAL VILLALBA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 823 | CENTRO SERVICIOS PRIMARIOS DE SALUD DE PATILLAS INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 824 | CenturyLink | Elixir Rx Options, LLC | Vendor Contract | $46,691.67 |
| 825 | CERCO 1, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 826 | CERTIFIED ROSES, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 827 | CERTIFIED ROSES, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 828 | CHADRON COMMUNITY HOSPITAL & HEALTH SERVICES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 829 | CHAMBERS' APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 830 | CHAMBERSBURG COUNTRY CLUB -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 831 | CHANCY DRUGS NORTH VALDOSTA LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 832 | CHANNELL DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 833 | CHAPMAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 834 | CHARAK CENTER FO HEALTH AND WELLNESS  - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 835 | CHARAK CENTER FO HEALTH AND WELLNESS - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 836 | CHARLES B GODDARD HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 837 | CHARLES DREW HEALTH CENTER, INC. - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 838 | CHARLIES PHARMACY OF MULLENS, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 839 | CHARLOTTE COUNTY BOARD OF COUNTY COMMISSIONERS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 840 | CHARLOTTE DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 841 | CHARLOTTE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 842 | Charter Communications | Elixir Rx Options, LLC | Vendor Contract | $5,728.90 |
| 843 | CHARTER SENIOR LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 844 | CHARTWELL PENNSYLVANIA, LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 845 | CHARTWELL PENNSYLVANIA, LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 846 | CHARTWELL PENNSYLVANIA, LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 847 | CHAS HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 848 | CHASE DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 849 | CHASE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 850 | CHASE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 851 | CHATEAU DRUG AND HOMECARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 852 | CHATEAU DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 853 | CHEHALIS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 854 | CHELSEA ROYAL CARE PHARMACY, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 855 | CHEMIQUE PHARMACEUTICALS, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 856 | CHEMPLUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 857 | CHEN NEIGHBORHOOD MEDICAL CENTERS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 858 | Chenango County | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 859 | CHENOA RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 860 | CHEROKEE INDIAN HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 861 | CHERRY STREET HALCYON, LLC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 862 | CHERRY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 863 | CHESTER PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 864 | CHEWELAH COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 865 | CHI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 866 | CHICKASAW NATION DIVISION OF HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 867 | CHIEF ANDREW ISAAC HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 868 | CHILDREN'S HOSPITAL OF WISCONSIN EMPLOYEE PRESCRIPTION CENTE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 869 | CHILDRENS HOSPITAL OF WISCONSIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 870 | CHILDREN'S MERCY EMPLOYEE WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 871 | CHILLICOTHE STEEL COMPANY -PLATINUM 101 | Elixir Rx Options, LLC (MO) | Customer Contract | $0.00 |
| 872 | CHINA GROVE DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 873 | CHINESE HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 874 | CHINESE HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 875 | CHINO HILLS PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 876 | CHINOOK HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 877 | CHIRICAHUA BISBEE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 878 | CHIRICAHUA DOUGLAS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 879 | CHITIMACHA HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 880 | CHOCTAW NATION HEALTH CARE SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 881 | CHOICE RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 882 | CHOWAN UNIVERSITY - HIGH OPTION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 883 | CHOWAN UNIVERSITY - LOW OPTION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 884 | CHRIS' PHARMACY IN GONZALES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 885 | CHRIS' PHARMACY IN PORT VINCENT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 886 | CHRISTIAN BROTHERS UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 887 | CHRISTIAN HEALTH CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 888 | CHRONICARE LTC RX LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 889 | CHRONOS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 890 | CHURCH AT THE GROVES - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 891 | CHURCHILL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 892 | CIBD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 893 | CID DESIGNS LLC - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 894 | CID DESIGNS LLC - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 895 | CINERGY HEALTH, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 896 | CINERGY HEALTH, INC. - PREFERRED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 897 | CIRCLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 898 | CITIZEN POTAWATOMI NATION WEST CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 899 | CITIZENS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 900 | CITIZENS PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 901 | Citus Health, Inc | Elixir Pharmacy, LLC | Vendor Contract | $13,845.00 |
| 902 | CITY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 903 | CITY CHEMIST II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 904 | CITY DRUG & SURGICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 905 | CITY DRUGS OF CURWENSVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 906 | CITY OF ALLIANCE - OPTION C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 907 | CITY OF ARAGON - PLATNUM 100 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 908 | CITY OF BOONE, IA - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 909 | CITY OF CHADRON - OPTION A (BASE PLAN) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 910 | CITY OF CHADRON - OPTION B (HDHP) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 911 | CITY OF COLUMBUS, NE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 912 | CITY OF COLUMBUS, NE NON-GF $1000 TRAD COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 913 | CITY OF COLUMBUS, NE NON-GF $3500 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 914 | CITY OF COZAD - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 915 | CITY OF DANVILLE - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 916 | CITY OF DANVILLE - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 917 | CITY OF DANVILLE - TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 918 | CITY OF FITZGERALD - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 919 | CITY OF FITZGERALD - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 920 | CITY OF GRINNELL, IA - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 921 | CITY OF HAYSVILLE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 922 | CITY OF HOMERVILLE -GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 923 | CITY OF IMPERIAL - MODIFIED SILVER 300 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 924 | CITY OF IMPERIAL, IMPERIAL MANOR - SILVER 300-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 925 | CITY OF INDIANOLA, IA - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 926 | CITY OF JACKSON, MO - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 927 | CITY OF JACKSON, MO - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 928 | CITY OF KINGS MOUNTAIN - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 929 | CITY OF KINGS MOUNTAIN - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 930 | CITY OF KINGS MOUNTAIN - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 931 | CITY OF LAKE CHARLES DIRECT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 932 | City of Lakeville | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 933 | CITY OF MARSHALLTOWN - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 934 | CITY OF MASON CITY, IA - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 935 | City of Moore | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 936 | CITY OF NEWTON, IL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 937 | City of North Canton Public Utilities | Elixir Pharmacy, LLC | Vendor Contract | $375.91 |
| 938 | CITY OF OGALLALA - OPTION B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 939 | CITY OF OGALLALA - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 940 | CITY OF PASCO, WA - LEOFF | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 941 | CITY OF PASCO, WA - PERS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 942 | CITY OF PASCO, WA - RETIREE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 943 | CITY OF PHOENIX | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 944 | CITY OF SCOTTSBLUFF - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 945 | CITY OF SCRANTON, PA - ACTIVE FIRE FIGHTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 946 | CITY OF SCRANTON, PA - ACTIVE POLICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 947 | CITY OF SCRANTON, PA - ACTIVE POLICE COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 948 | CITY OF SCRANTON, PA - CLERICAL ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 949 | CITY OF SCRANTON, PA - CLERICAL RETIRED TRAD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 950 | CITY OF SCRANTON, PA - DEPT PUBLIC WORKS ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 951 | CITY OF SCRANTON, PA - FF RETIRED PPO W/COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 952 | CITY OF SCRANTON, PA - FIRE FIGHTERS SAFER GROUP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 953 | CITY OF SCRANTON, PA - MANAGEMENT ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 954 | CITY OF SCRANTON, PA - MANAGEMENT RETIRED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 955 | CITY OF SCRANTON, PA - OECD NON-UNION ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 956 | CITY OF SCRANTON, PA - POLICE RETIRED PPO W/COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 957 | CITY OF SCRANTON, PA - POLICE RETIRED ($0 COPAY) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 958 | CITY OF SCRANTON,PA-DPT PUB WORK RET (PPO W/COPAY) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 959 | CITY OF SCRANTON,PA-FIRE FIGHTER RETIRED($0 COPAY) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 960 | CITY OF SCRANTON,PA-MGT AD NON-UNION (PPO W/COPAY) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 961 | CITY OF SCRANTON,PA-SNGL TAX CLERICAL UNION ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 962 | CITY OF SCRANTON,PA-SNGL TAX CLERICAL UNION RET | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 963 | CITY OF SIOUX CITY, IA - 411 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 964 | CITY OF SPRINGFIELD, IL HDHP PLAN - ACTIVES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 965 | CITY OF SPRINGFIELD, IL HDHP PLAN - NON-ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 966 | CITY OF SPRINGFIELD, IL HDHP PLAN - RETIREES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 967 | CITY OF SPRINGFIELD, IL POS PLAN - ACTIVES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 968 | CITY OF SPRINGFIELD, IL POS PLAN - NON-ACTIVE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 969 | CITY OF SPRINGFIELD, IL POS PLAN - RETIREES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 970 | CITY OF SPRINGFIELD, MO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 971 | CITY OF STOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 972 | CITY OF STOW - NON AFSCME | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 973 | CITY OF SYCAMORE - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 974 | CITY OF TOPEKA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 975 | CITY OF TOPEKA - COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 976 | CITY OF TOPEKA - RETIREES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 977 | CITY OF TUKWILA | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 978 | CITY OF VERMILION - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 979 | CITY OF WICHITA - PREMIUM PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 980 | CITY OF WICHITA - SELECT PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 981 | CITY OF WILSON, NC - WORKERS COMP. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 982 | CITYDRUG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 983 | CJB INDUSTRIES, INC. - 1500CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 984 | CJB INDUSTRIES, INC. - 5000 HSA CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 985 | CLARENCE WESLEY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 986 | CLARION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 987 | CLARKRANGE DRUG CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 988 | CLAUDE HOWARD LUMBER CO., INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 989 | CLAY COUNTY HOSPITAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 990 | CLAY COUNTY HOSPITAL - HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 991 | CLAY COUNTY HOSPITAL - MAXI PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 992 | CLEARWATER MARINE AQUARIUM - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 993 | CLEARWATER MARINE AQUARIUM - HIGH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 994 | CLEARWATER MARINE AQUARIUM - MID PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 995 | CLEARWATER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 996 | CLEBURNE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 997 | CLIFTON STEEL COMPANY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 998 | CLIFTON STEEL COMPANY - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 999 | CLIFTON STEEL COMPANY - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1000 | CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1001 | CLINIC PHARMACY OF MANGHAM LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1002 | CLINIC SECURITY AND LOGISTICS, INC - 5000 HSA CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1003 | CLINIC SECURITY AND LOGISTICS, INC. - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1004 | CLINICA DE CUIDADO MEDICO INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1005 | CLINKSCALES DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1006 | CLINTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1007 | CLINT'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1008 | CLOSTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1009 | CLOVER HEALTH, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1010 | CLOVER HEALTH, LLC - QHDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1011 | CLOVER HEALTH, LLC - QHDHP SINGLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1012 | CMHS PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1013 | CNC AURORA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1014 | CNY INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1015 | COAL GROVE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1016 | COALINGA STATE HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1017 | COASTAL CAROLINA UNIVERSITY - EZRX PROGRAM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1018 | COASTAL EQUIPMENT RENTAL OF SOUTH WALTON-3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1019 | COASTAL FAMILY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1020 | COASTAL FAMILY HEALTH CENTER GULFPORT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1021 | COASTAL FAMILY PHARMACY LEAKESVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1022 | COASTAL FAMILY PHARMACY MOSS POINT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1023 | COASTAL PLAIN AREA EOA, INC - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1024 | COASTLINE CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1025 | COBORNS CORP PHARMACY OFFICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1026 | COBRE VALLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1027 | COBURNS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1028 | COCO SHRIMP LLC -  PLATINUM 100 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1029 | COCO SHRIMP LLC -  SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1030 | CODY REGIONAL HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1031 | COFFEY COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1032 | Cogent-Works MSA | Elixir Rx Solutions, LLC | Customer Contract | $0.00 |
| 1033 | COLBURNS NORTHPORT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1034 | COLDSPRING TRANSITIONAL CARE CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1035 | COLEE'S CORNER DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1036 | COLFAX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1037 | COLLEGE OF DUPAGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1038 | COLLEGE OF LAKE COUNTY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1039 | COLLIER COUNTY SHERIFF'S OFFICE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1040 | COLLIER DRUG STORES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1041 | COLLIER DRUG-CAVE SPRINGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1042 | COLLOM AND CARNEY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1043 | COLON VILLAGE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1044 | COLORADO MENTAL HEALTH INSTITUTE AT FORT LOGAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1045 | COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1046 | COLORADO VETERANS COMMUNITY LIVING CENTER AT FITZSIMONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1047 | COLSON PRINTING - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1048 | COLTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1049 | COLTONS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1050 | COLUMBIA COLLEGE OF CHICAGO - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1051 | COLUMBIA COLLEGE OF MISSOURI - PLAN 16 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1052 | COLUMBIA DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1053 | COLUMBIA HEIGHTS  PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1054 | COLUMBIA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1055 | COLUMBIA VALLEY COMMUNITY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1056 | COLUMBUS COMMUNITY HOSPITAL - OPTION A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1057 | COLUMBUS COMMUNITY HOSPITAL - OPTION B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1058 | COLUMBUS COMMUNITY HOSPITAL - OPTION C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1059 | COLVILLE COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1060 | Comdoc Inc. | Elixir Rx Options, LLC | Vendor Contract | $1.68 |
| 1061 | ComDoc, Inc. | Elixir Pharmacy, LLC | Vendor Contract | $5,586.88 |
| 1062 | Comedy Sportz of Philadelphia | Elixir Rx Options, LLC | Vendor Contract | $3,000.00 |
| 1063 | COMMERCIAL EQUIPMENT REPAIR - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1064 | COMMONSHARE HDH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1065 | COMMONWEALTH HEALTHCARE CORPORATION OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1066 | Communicare CSNP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1067 | Communicare ISNP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1068 | COMMUNITY ACTION PARTNERSHIP  WSTN NE -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1069 | COMMUNITY COLLEGES OF SPOKANE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1070 | COMMUNITY COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1071 | COMMUNITY CONNECTIONS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1072 | COMMUNITY FIRST HEALTH PLANS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1073 | COMMUNITY HEALTH AND DENTAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1074 | COMMUNITY HEALTH CENTER OF SOUTHEAST KANSAS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1075 | COMMUNITY HEALTH CENTERS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1076 | COMMUNITY HEALTH CENTERS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1077 | COMMUNITY HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1078 | COMMUNITY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1079 | COMMUNITY HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1080 | COMMUNITY HOSP ANACONDA PHCY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1081 | COMMUNITY HOSPITAL - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1082 | COMMUNITY HOSPITAL - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1083 | COMMUNITY MED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1084 | COMMUNITY MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1085 | COMMUNITY MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1086 | COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1087 | COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1088 | COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1089 | COMMUNITY PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1090 | COMMUNITY PHARMACY III | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1091 | COMMWELL HEALTH DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1092 | COMPOUND PHARMACEUTICAL TECHNOLOGIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1093 | COMPOUNDING SOLUTIONS OF SAVANNAH, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1094 | CONCILIO DE SALUD INTEGRAL DE LOIZA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1095 | CONCORD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1096 | CONCORD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1097 | CONCORDIA UNIVERSITY - PLAN 13 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1098 | Concur Technologies | Elixir Rx Options, LLC | Vendor Contract | $2,297.37 |
| 1099 | CONNECTED HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1100 | CONNECTED HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1101 | CONNELL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1102 | CONNET PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1103 | CONSOLIDATED CONCRETE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1104 | CONSOLIDATED CONCRETE - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1105 | Consolidated Solutions | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 1106 | CONTECH | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1107 | CONTECH | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1108 | CONTECH | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1109 | CONTINUUMRX OF CENTRAL ALABAMA, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1110 | CONTINUUMRX OF CENTRAL TENNESSEE, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1111 | CONTINUUMRX OF NORTH ALABAMA, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1112 | CONTINUUMRX OF NORTH VIRGINIA, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1113 | CONTINUUMRX, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1114 | CONVENIENT RX | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1115 | COOK CHILDRENS HOME HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1116 | COOK COUNTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1117 | COOK HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1118 | CO-OP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1119 | COOPERS DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1120 | COOPHARMA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1121 | COORDINATED CARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1122 | COORDINATED CARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1123 | COORDINATED CARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1124 | COORDINATED CARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1125 | COORDINATED CARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1126 | COOR'S PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1127 | CORAM LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1128 | CORBIN HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1129 | CORBIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1130 | CORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1131 | CORNELIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1132 | CORNER DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1133 | CORNER DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1134 | CORNER DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1135 | CORPORACION DE SERVICIOS MEDICOS FARMACIA SAN MIGUEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1136 | CORROTEC INCORPORATED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1137 | CORVEL/CITY OF LAKE CHARLES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1138 | COSENTINO ENTERPRISES - PPO$2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1139 | COSENTINO ENTERPRISES PCB PPO SPIRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1140 | COSENTINO ENTERPRISES SELECT - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1141 | COSENTINO GROUP - PPO $2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1142 | COSENTINO GROUP PCB PPO SPIRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1143 | COSENTINO GROUP SELECT - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1144 | COSLO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1145 | COSMO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1146 | COSSMA HUMACAO, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1147 | COSTA SALUD COMMUNITY HEALTH CENTERS, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1148 | COSTCO PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1149 | COSTCO PHARMACY #1349 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1150 | COSTCO PHARMACY #570 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1151 | COTTRILLS PHARMACY, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1152 | COUNTY OF LOS ANGELES DEPT OF HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1153 | COUNTY OF SHAWNEE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1154 | COVENANT HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1155 | COVENANT HOME INFUSION: A DIVISION OF METHODIST CHILDREN'S H | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1156 | COVENANT SPECIALTY THERAPEUTICS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1157 | CoverMyMeds LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1158 | COWAN TRUCK LINE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1159 | COX HEALTH SYSTEMS HMO/MEDICARE ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1160 | COX HEALTHPLANS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1161 | COX HEALTHPLANS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1162 | COX HEALTHPLANS - HMO | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1163 | COX HEALTHPLANS - PPO | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1164 | COX HEALTHPLANS - SELF-FUNDED | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1165 | COX HEALTHPLANS - SHORT TERM PLANS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1166 | COX'S VARIETY AND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1167 | COXS VARIETY AND PHARMACY #5 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1168 | CPS HEARTBEAT WELLNESS CENTER-WASHINGTON SHOPPES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1169 | CR LAINE FURNITURE COMPANY, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1170 | CRANE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1171 | CRANE SOLUTIONS, INC. - SILVER 302 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1172 | Cream-O-Land Dairies, Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1173 | CREATIVE CIRCLE, LLC - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1174 | CREDENA HEALTH LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1175 | CRENSHAW DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1176 | CRENSHAW PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1177 | CRESCENT ADVISORY & ACCOUNTING, LLC - 5000 HSA CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1178 | CRESCENT HEALTHCARE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1179 | CRESCENT HEALTHCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1180 | CRESTWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1181 | CRITICAL CARE TRANSPORT, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1182 | CRNA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1183 | CROFTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1184 | CROOKED CAN BREWING COMPANY, LLC -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1185 | CROSBY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1186 | CROSBY'S DRUGS, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1187 | CROSETTI HEALTH AND WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1188 | CROSS BAY CHEMISTS CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1189 | CROSSLINK LIFE SCIENCES, LLC - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1190 | CROSSLINK LIFE SCIENCES, LLC - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1191 | CROSSLINK LIFE SCIENCES, LLC - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1192 | CROSSROADS COOPERATIVE ASSN. - W6000 COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1193 | CROSSROADS COOPERATIVE ASSN. - W6000 HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1194 | CROSSROADS COOPERATIVE ASSOCIATION (MEMBER-OWNERS) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1195 | CROSSROADS FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1196 | CROSSROADS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1197 | CROWN DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1198 | CROWN POINT CABINETRY - EPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1199 | CROWN POINT CABINETRY - FAMILY HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1200 | CROWN POINT CABINETRY - INDIVIDUAL HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1201 | CROWN SERVICES, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1202 | CROWN SERVICES, INC. DBA CROWN STAFFING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1203 | CRUMP HEATING AND AIR CONDITIONING, LLC - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1204 | CSI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1205 | CST INDUSTRIES, INC. - HSA OPTION 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1206 | CST INDUSTRIES, INC. - HSA OPTION 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1207 | CST INDUSTRIES, INC. - PPO OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1208 | CST INDUSTRIES, INC. - PPO OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1209 | CST INDUSTRIES, INC. - UNION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1210 | CSU - DONMINQUEZ HILLS - PLAN 60 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1211 | CT MANAGEMENT, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1212 | CTCA/RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1213 | CUCAMONGA COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1214 | CUMBERLAND VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1215 | CUMMING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1216 | CUNNINGHAM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1217 | CURE STAT RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1218 | CURSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1219 | CURTIS MARUYASU | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1220 | CURTIS PACKING CO., INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1221 | CUSTOM CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1222 | CUSTOM RX PHARMACY & WELLNESS CONCEPTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1223 | CUSTOM SOLUTIONS GROUP LLC - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1224 | CUSTOM STEEL PROCESSING, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1225 | CUSTOMEDICO PHARMACY + WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1226 | CUSTOMPLUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1227 | CVS PHARMACY IN TARGET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1228 | CVS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1229 | CVS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1230 | CVS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1231 | CYNTHIANA HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1232 | Cyracom LLC | Elixir Rx Options, LLC | Vendor Contract | $33.15 |
| 1233 | D J JACOBETTI HOME FOR VETERANS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1234 | D PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1235 | D&T PROCESS OPTIMIZATION, LLC - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1236 | D.C. DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1237 | D.R. DIEDRICH & CO., LTD - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1238 | D2D ZEN, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1239 | DABBS FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1240 | Dade Parent Inc DadeSystems Inc | Elixir Rx Options, LLC | Vendor Contract | $2,066.13 |
| 1241 | DAISY HILL ALF | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1242 | DAISY OUTDOOR PRODUCTS - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1243 | DAISY OUTDOOR PRODUCTS - CORE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1244 | DAISY OUTDOOR PRODUCTS - HSA FAMILY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1245 | DAISY OUTDOOR PRODUCTS - HSA INDIVIDUAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1246 | DAKOTA DRUG CO STANLEY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1247 | Dakota Electric Association | Elixir Rx Options, LLC | Vendor Contract | $431.59 |
| 1248 | DALE'S SOUTHLAKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1249 | DAL-HERN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1250 | DALLAS EXPRESS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1251 | DALTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1252 | DALTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1253 | DALTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1254 | DALTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1255 | DALTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1256 | DAN HECHT CHEVROLET-TOYOTA HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1257 | DAN HECHT CHEVROLET-TOYOTA TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1258 | DANHS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1259 | DANIA DISCOUNT DRUG INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1260 | Daniels Sharpsmart Inc | Elixir Pharmacy, LLC | Vendor Contract | $445.90 |
| 1261 | DANVILLE-PITTSYLVANIA COMMUNITY SVC - HD PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1262 | DANVILLE-PITTSYLVANIA COMMUNITY SVC - HD PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1263 | DANVILLE-PITTSYLVANIA COMMUNITY SVC - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1264 | DataSpan Holdings Inc | Elixir Rx Options, LLC | Vendor Contract | $697.71 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1265 | DATE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1266 | DAUPHIN PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1267 | DAVE STEEL COMPANY, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1268 | DAVIS CITY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1269 | DAWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1270 | DAWSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1271 | DAY STREET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1272 | Daytona Beverage, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1273 | DCFP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1274 | DCHD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1275 | DCSTX | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1276 | DDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1277 | DE LA STAR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1278 | De Lage Landen Financial Serives Inc | Elixir Puerto Rico, Inc. | Vendor Contract | $0.00 |
| 1279 | DEAR DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1280 | DECATUR VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1281 | DEDICATED SENIOR MEDICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1282 | DEDICATED SENIOR MEDICAL CENTER EASTPOINTE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1283 | Dee Brown, Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1284 | DEER PARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1285 | DEHAVEN CHEVROLET, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1286 | DEHAVEN CHEVROLET, INC. - TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1287 | DELAWARE COUNTY COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1288 | DELAWARE RESOURCE GROUP - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1289 | DELAWARE RESOURCE GROUP - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1290 | DELCO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1291 | DELIGHT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1292 | DELIVERIT INFUSION & SPECIALTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1293 | DEL-KAR PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1294 | DELRAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1295 | DELTA DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1296 | DELTA HEALTH CENTER , INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1297 | DELTA HEALTH-THE MEDICAL CENTER SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1298 | Delta Marine Industries Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1299 | DELTA PERSONNEL SERVICES, INC.  - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1300 | DELTA PERSONNEL SERVICES, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1301 | DELTA TECH SERVICES, INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1302 | DEMLA BROTHERS GROUP, LLC - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1303 | DENMAR ASSOCIATES - PPO HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1304 | DENMAR ASSOCIATES - PPO LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1305 | DENMAR ASSOCIATES - QHDHP FAMILY POLICY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1306 | DENMAR ASSOCIATES - QHDHP INDIVIDUAL POLICY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1307 | DENMARK MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1308 | DENTAL CENTER OF VIDALIA - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1309 | DEPARTMENT OF VERMONT HEALTH ACCESS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1310 | DEPARTMENT OF VETERANS AFFAIRS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1311 | DEPAUL UNIVERSITY - EZRX PROGRAM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1312 | DEPERE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1313 | DERAMED SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1314 | DES MOINES AREA COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1315 | DES MOINES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1316 | DESERT SHORES PEDIATRICS, PC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1317 | DESERT SHORES PEDIATRICS, PC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1318 | DESERT SHORES PEDIATRICS, PC -GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1319 | DESIGNRX | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1320 | DEV PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1321 | DIACARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1322 | DICHTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1323 | DICKSON DIVELEY MIDWEST - BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1324 | DICKSON DIVELEY MIDWEST - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1325 | DICKSON MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1326 | DIERKEN'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1327 | Digital Insurance | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $0.00 |
| 1328 | DIGNITY HEALTH PLAN | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1329 | DILLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1330 | DIOCESE OF PALM BEACH - PREMIUM PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1331 | DIOCESE OF PALM BEACH - STANDARD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1332 | DIRECT MEDS OF JERSEY CITY LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1333 | DIRT ROCKS CONST. INDUSTRY SOL., LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1334 | DIRT ROCKS CONST. INDUSTRY SOL., LLC - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1335 | DISCOUNT DRUG MART INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1336 | DISCOUNT PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1337 | DISCOVERY POINT - 7000 UME CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1338 | DISCOVERY POINT - MEC SILVER SP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1339 | DITMAS PHARMACY CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1340 | DIXIE SIGNS, INC. - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1341 | DIXIE SIGNS, INC. - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1342 | DIXIE VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1343 | DIXON SNYDER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1344 | DIY GROUP, INC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1345 | DIYA CARE, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1346 | DMS PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1347 | DMVA PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1348 | DOAK CONSTRUCTION, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1349 | DOBBS FERRY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1350 | DOCTORS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1351 | DOCTOR'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1352 | DOCTOR'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1353 | DOKIMOS EAST MAIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1354 | DOKIMOS NEVADA CITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1355 | DOLLAR RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1356 | Dominion East Ohio | Elixir Pharmacy, LLC | Vendor Contract | $513.85 |
| 1357 | Dominion Energy Ohio | Elixir Rx Options, LLC | Vendor Contract | $1,947.07 |
| 1358 | DOMINION SENIOR LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1359 | DON PEELER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1360 | DONEGAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1361 | DONOHOO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1362 | DONS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1363 | DORAN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1364 | DORCHESTER FAMILY HEALTH CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1365 | DOUGHERTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1366 | DOUGHERTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1367 | DOUGLAS COUNTY EMPLOYEE BENEFIT TRUST | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1368 | DOUGLAS COUNTY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1369 | DOVER MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1370 | DOVES LANDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1371 | DR PETER LINDER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1372 | Dr Reddys Laboratories Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 1373 | DRAGON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1374 | DRAYTON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1375 | DREUMEX USA, INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1376 | DREW CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1377 | D-REX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1378 | D-REX PHARMACY YADKINVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1379 | DREXLER DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1380 | DRISCOLL PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1381 | DRIVE IN DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1382 | DRIVER PIPELINE CO. INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1383 | DRUG CENTER DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1384 | DRUG CENTER PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1385 | DRURY UNIVERSITY - ACADEMIC - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1386 | DRURY UNIVERSITY - ATHLETIC - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1387 | DSHS PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1388 | DUET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1389 | DUHS-CHAIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1390 | DUKE HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1391 | DULUTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1392 | DUPAGE CARE CENTER OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1393 | DUSHORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1394 | DUSON'S CASHWAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1395 | DUTCHLAND INC - PPO PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1396 | DUTCHLAND INC - PPO PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1397 | DUTCHLAND INC - PPO PLAN 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1398 | DUTCHLAND INC - PPO PLAN 5 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1399 | DUTCHLAND INC - QHDHP PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1400 | DUTCHLAND INC - QHDHP PLAN 6 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1401 | DUVALS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1402 | DVI Technologies Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1403 | DYKEMA EXCAVATORS - COIT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1404 | DYKEMA EXCAVATORS - HDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1405 | DYKEMA EXCAVATORS - HDHP INDIVIDUAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1406 | DYKEMA EXCAVATORS - VALUE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1407 | DYKER HEIGHTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1408 | E MEDRX SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1409 | E MEDRX SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1410 | E.E. HALL, INC. - BRONZE 402 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1411 | E.E. HALL, INC. - SILVER 301 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1412 | EAGLE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1413 | EAGLE EYE EXPRESS, INC. - S302 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1414 | EAGLESCRIPTS APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1415 | EAKLE VINEYARD MANAGEMENT, LLC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1416 | EAST BAY DRAYAGE DRIVERS SECURITY FUND | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1417 | EAST CENTRAL REGIONAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1418 | EAST COUNTY HEALTH SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1419 | EAST HICKMAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1420 | EAST LA PHARMACY, CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1421 | EAST LOS ANGELES COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1422 | EAST PEORIA ELEMENTARY SCHOOL DISTRICT #86-PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1423 | EAST REMEDY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1424 | EAST SHORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1425 | EAST SIDE FAMILY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1426 | EAST TEXAS CONTAINERS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1427 | EAST VILLAGE PRESCRIPTION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1428 | EASTGATE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1429 | EASTON SPECIALTY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1430 | EASTPARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1431 | EBA ENGINEERING INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1432 | EBY DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1433 | EC ELECTRIC, INC. - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1434 | EC ELECTRIC, INC. - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1435 | E-CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1436 | ECKERDS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1437 | ECKERDS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1438 | ECKERDS SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1439 | ECOM Atlantic Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1440 | ECONOMICAL PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1441 | ECONOMY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1442 | ECONOMY DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1443 | ECR SOFTWARE CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1444 | EDDIE'S DRUG STORE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1445 | EDEN II PROGRAMS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1446 | EDGE PERFORMANCE SPORTS - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1447 | EDGE PERFORMANCE SPORTS - SILVER 302 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1448 | EDGELEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1449 | EDGEMONT HEALTHCARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1450 | EDGEMOOR GERIATRIC HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1451 | EDGEPARK MEDICAL SUPPLIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1452 | EDMONDS COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1453 | EDWARD M. KENNEDY COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1454 | EDWARD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1455 | EDWARDS GARMENT COMPANY - HDHP MID PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1456 | EDWARDS GARMENT COMPANY - TOP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1457 | EDWARDS GARMENT COMPANY-FAMILY HDHP BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1458 | EDWARDS GARMENT COMPANY-INDIVIDUAL HDHP BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1459 | EILERS MACHINE & WELDING, INC. - W6000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1460 | EILERS MACHINE & WELDING, INC. - W6000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1461 | Eisai Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 1462 | EKG SECURITY, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1463 | EKG SECURITY, INC. - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1464 | EL CAMINO SCHOOL DISTRICT - PLAN 60 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1465 | EL DORADO DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1466 | EL NORTE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1467 | EL PASO FIRST HEALTH PLANS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1468 | EL RIO EL PUEBLO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1469 | EL RIO GRANT ROAD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1470 | EL RIO HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1471 | EL RIO NORTHWEST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1472 | EL RIO SOUTHEAST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1473 | EL RIO SOUTHWEST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1474 | EL RIO WEST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1475 | ELBOWOODS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1476 | ELECTRIC MOTORS&SPECIALTIES,INC.-TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1477 | ELEVATE PROVIDER NETWORK 626 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1478 | ELEVATE PROVIDER NETWORK 638 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1479 | ELEVATE PROVIDER NETWORK 904 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1480 | ELEVATE PROVIDER NETWORK 959 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1481 | ELGIN COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1482 | ELITE MANAGEMENT PERSONNEL - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1483 | ELITE MANAGEMENT PERSONNEL - PREMIER 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1484 | ELLAS TOP CORRAL - MEC GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1485 | ELLENDALE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1486 | ELLICOTTVILLE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1487 | ELON UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1488 | EMA CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1489 | EMANUEL MEDICAL CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1490 | EMBASSY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1491 | EMERALD TRACE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1492 | EMERITUS CLINICAL SOLUTIONS - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1493 | EMPIRE HOME INFU SVCS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1494 | Employee Painters Trust | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1495 | EMPLOYEE STAFFING GROUP, LLC - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1496 | Employers Health Purchasing Corp | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1497 | ENCORE PIPE AND CONTRUCTION LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1498 | ENGELHARD MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1499 | Ennis Steel Industries Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1500 | ENPOWER, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1501 | ENPOWER, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1502 | ENPOWER, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1503 | EN-R-G FOODS - GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1504 | EN-R-G FOODS - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1505 | ENTREGA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1506 | ENVIRO-LOG COMPANY, LLC  - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1507 | ENVIRO-LOG COMPANY, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1508 | ENVIROSPEC, LLC. - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1509 | EP AMERICAN FOOTWEAR - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1510 | EPIC AMUSEMENT, LLC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1511 | EPIC AMUSEMENT, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1512 | EPIC PHARMACY NETWORK INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1513 | EPPYS DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1514 | EPPYS IV INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1515 | ERECTED STEEL PRODUCTS OF ALABAMA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1516 | ERVIN INDUSTRIES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1517 | ESCHOOL CONSULTANTS - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1518 | ESCHOOL CONSULTANTS - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1519 | ESCHOOL CONSULTANTS - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1520 | ESKENAZI HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1521 | ESPERANZA HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1522 | ESPERANZA HEALTH CENTER 5TH ST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1523 | ESTABLISHED DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1524 | ETCON EMPLOYMENT SOLUTIONS, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1525 | ETHICAL FACTOR RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1526 | EVERFLOW SUPPLIES, INC. - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1527 | EVERGREEN HOSPICE CARE, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1528 | EVERSANA LIFE SCIENCE SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1529 | EVERYAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1530 | EVERYSTEP HOSPICE CENTERVILLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1531 | EVERYSTEP HOSPICE COUNCIL BLUFFS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1532 | EVERYSTEP HOSPICE KAVANAGH HOUSE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1533 | EVERYSTEP HOSPICE METRO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1534 | EVERYSTEP HOSPICE MT.AYR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1535 | EVERYSTEP HOSPICE MT.PLEASANT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1536 | EVERYSTEP HOSPICE OSCEOLA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1537 | EVOLVE SPECIALTY PHARMACY & WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1538 | EXCEL ELECTRIC OF NAPLES, INC. - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1539 | EXCEL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1540 | EXCELCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1541 | EXCELS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1542 | EXCELSIOR SPRINGS COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1543 | EXCLUSIVE MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1544 | EXECUTIVE INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1545 | EXECUTIVE INFUSION SERVICES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1546 | EXEMPLAR HEALTH U50 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1547 | EXEMPLAR PRORX SOLUTIONS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1548 | Expedient/Continental Broadband LLC | Elixir Rx Options, LLC | Vendor Contract | $10,169.17 |
| 1549 | EXPRESS DIRECT, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1550 | EXPRESS DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1551 | EXPRESS MED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1552 | EXPRESS MED PHARMACY 2 MANGILAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1553 | EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1554 | EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1555 | EXPRESS RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1556 | EXPRESS SAVINGS PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1557 | EZ PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1558 | EZCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1559 | EZRX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1560 | F W RICHARDS JR INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1561 | F.E.B. DISTRIBUTING CO., INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1562 | FABRI-QUILT, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1563 | FADMO HEALTH & HOME CARE AGENCY, INC. - SV5850 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1564 | FAIRDALE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1565 | FAIRFAX COUNTY HEALTH DEPARTMENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1566 | FAIRFIELD BAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1567 | FAIRFIELD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1568 | FAIRMOUNT PRIMARY CARE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1569 | FAIRVIEW HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1570 | FAIRVIEW PHARMACY SERVICES LLC SERV | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1571 | FAIRVIEW RANGE HOSPICE - HIBBING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1572 | FAITH HOME HEALTH AND HOSPICE - MISSOURI | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1573 | FAITH HOME HEALTH AND HOSPICE - OVERLAND PARK | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1574 | FAITH HOME HEALTH AND HOSPICE - TOPEKA, KS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1575 | FAITH HOME HEALTH AND HOSPICE - WICHITA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1576 | FALAK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1577 | FALK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1578 | FALL RIVER HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1579 | FAMILY CARE HEALTH CENTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1580 | FAMILY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1581 | FAMILY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1582 | FAMILY DRUG MART | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1583 | FAMILY DRUG MART #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1584 | FAMILY DRUG MART OF BRANDON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1585 | FAMILY DRUG MART OF POPLARVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1586 | FAMILY DRUG MART OF SUMRALL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1587 | FAMILY DRUG MART#3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1588 | FAMILY DRUG OF WHEELWRIGHT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1589 | FAMILY DRUG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1590 | FAMILY DRUGS OF INDIANTOWN LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1591 | FAMILY FIRST PAINTING-BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1592 | FAMILY FIRST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1593 | FAMILY HEALTH CARE CENTER - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1594 | FAMILY HEALTH CENTER INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1595 | FAMILY HEALTH CENTER OF WORCESTER, INC. PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1596 | FAMILY HEALTH CENTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1597 | FAMILY HEALTH CENTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1598 | FAMILY HEALTH CENTERS, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1599 | FAMILY HEALTH SOURCE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1600 | FAMILY HEALTHCARE NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1601 | FAMILY HEALTHCARE NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1602 | FAMILY HEALTHCARE NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1603 | FAMILY HEALTHCARE NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1604 | FAMILY HEALTHCARE NETWORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1605 | FAMILY HEALTHCARE NETWORK PHARMACY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1606 | FAMILY HEALTHCARE PHARMACY SOUTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1607 | FAMILY HEALTHCARE PHARMACY, NDSU | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1608 | FAMILY MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1609 | FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1610 | FAMILY PHARMACY CUMBERLAND | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1611 | FAMILY PHARMACY PLUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1612 | FAMILY PHARMACY-CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1613 | FAMILY PHYSICAL THERAPY & SPORTS CENTER, PC - B403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1614 | FAMILY PHYSICAL THERAPY & SPORTS CENTER, PC - G201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1615 | FAMILY WELLNESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1616 | FARIS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1617 | FARMA AHORROS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1618 | FARMA EXPRESS,INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1619 | FARMACIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1620 | FARMACIA ACADEMICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1621 | FARMACIA AGUADILLA MEDICAL SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1622 | FARMACIA ALICIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1623 | FARMACIA AMADEO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1624 | FARMACIA BABILONIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1625 | FARMACIA BAYAMONCITO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1626 | FARMACIA BELIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1627 | FARMACIA BUEN SAMARITANO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1628 | FARMACIA CANEY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1629 | FARMACIA CARDENAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1630 | FARMACIA CARIDAD #15 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1631 | FARMACIA CARIMAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1632 | FARMACIA CARIMAS #1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1633 | FARMACIA CARIMAS #3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1634 | FARMACIA CCB | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1635 | FARMACIA CDT DR JAVIER J ANTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1636 | FARMACIA CDT DR. ENRIQUE KOPPISCH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1637 | FARMACIA CDT DR. GUALBERTO RABELL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1638 | FARMACIA CDT GMSP INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1639 | FARMACIA CDT LARES MED CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1640 | FARMACIA CDT PEPINO HEALTH GROUP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1641 | FARMACIA CDT POLICLINICA FAMILIAR F | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1642 | FARMACIA CDT POLICLINICA FAMILIAR FACTOR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1643 | FARMACIA CEDROS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1644 | FARMACIA CENTRAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1645 | FARMACIA CENTRAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1646 | FARMACIA CENTRAL DE SABANA GRANDE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1647 | FARMACIA CENTRO DE INTEGRADOS DE SERVICIOS DE SALUD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1648 | FARMACIA CENTRO DE SALUD INTEGRAL EN BAYAMON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1649 | FARMACIA CENTRO DE SALUD MARIANO RIVERA RAMOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1650 | FARMACIA CENTRO DE SERVICIOS MEDICOS DE LEVITTOW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1651 | FARMACIA CENTRO INTEGRAL DE SALUD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1652 | FARMACIA CENTRO SALUD INTEGRAL BARRANQUITAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1653 | FARMACIA CENTRO SALUD INTEGRAL EN COMERIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1654 | FARMACIA CENTRO SALUD INTEGRAL EN COROZAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1655 | FARMACIA CENTRO SALUD INTEGRAL NARANJITO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1656 | FARMACIA CENTRO SALUD INTEGRAL OROCOVIS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1657 | FARMACIA CLINICA LAS AMERICAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1658 | FARMACIA COMMUNITYMED | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1659 | FARMACIA COOP SAN MIGUEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1660 | FARMACIA COSSMA AIBONITO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1661 | FARMACIA COSSMA CIDRA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1662 | FARMACIA COSSMA LAS PIEDRAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1663 | FARMACIA COSSMA SAN LORENZO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1664 | FARMACIA COSSMA YABUCOA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1665 | FARMACIA COSTA SALUD AGUADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1666 | FARMACIA CSFA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1667 | FARMACIA CSM ARECIBO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1668 | FARMACIA CSM UTUADO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1669 | FARMACIA DE DIEGO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1670 | FARMACIA DEJIREH CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1671 | FARMACIA DEL CARMEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1672 | FARMACIA DEL PUEBLO 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1673 | FARMACIA DEL PUEBLO I | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1674 | FARMACIA ENCARNACION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1675 | FARMACIA EXPRESO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1676 | FARMACIA GARCIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1677 | FARMACIA GIANONI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1678 | FARMACIA GLENVIEW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1679 | FARMACIA HAYDEE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1680 | FARMACIA HOSPITAL DOCTORS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1681 | FARMACIA JURILDA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1682 | FARMACIA KRISTEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1683 | FARMACIA LA CASA DEL PENSIONADO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1684 | FARMACIA LA FAMILIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1685 | FARMACIA LA FE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1686 | FARMACIA LA IDEAL INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1687 | FARMACIA LA INMACULADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1688 | FARMACIA LA SALUD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1689 | FARMACIA LAS MONJAS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1690 | FARMACIA LEMAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1691 | FARMACIA LEMAR 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1692 | FARMACIA LEMAR III | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1693 | FARMACIA LOUDGAR, RODRIGUEZ SANTOS.INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1694 | FARMACIA M AND F | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1695 | FARMACIA MARENA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1696 | FARMACIA MARILU | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1697 | FARMACIA MED CENTRO, INC. CDT PENUELAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1698 | FARMACIA MEDINA 4 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1699 | FARMACIA MELMAR INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1700 | FARMACIA MENAA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1701 | FARMACIA MIGRANT HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1702 | FARMACIA MIGRANT HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1703 | FARMACIA MIGRANT HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1704 | FARMACIA MIGRANT HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1705 | FARMACIA MIGRANT HEALTH CENTER MARICAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1706 | FARMACIA MODELO COROZAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1707 | FARMACIA MONTEBELLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1708 | FARMACIA NEOMED CENTER , INC. SAN LORENZO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1709 | FARMACIA NUEVA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1710 | FARMACIA NUEVA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1711 | FARMACIA NUEVA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1712 | FARMACIA NUEVA INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1713 | FARMACIA NUEVA INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1714 | FARMACIA ORESTE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1715 | FARMACIA PADUA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1716 | FARMACIA PARQUE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1717 | FARMACIA PLAZA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1718 | FARMACIA PLAZA 12 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1719 | FARMACIA RABANAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1720 | FARMACIA RAMOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1721 | FARMACIA RECETAS Y MAS #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1722 | FARMACIA REPARTO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1723 | FARMACIA RYDER MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1724 | FARMACIA SAMARITANA II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1725 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1726 | FARMACIA SAN BLAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1727 | FARMACIA SAN FRANCISCO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1728 | FARMACIA SAN ISIDRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1729 | FARMACIA SAN MIGUEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1730 | FARMACIA SANDIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1731 | FARMACIA SANDUT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1732 | FARMACIA SANTA ANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1733 | FARMACIA SANTA ANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1734 | FARMACIA SANTA ANA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1735 | FARMACIA SANTA RITA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1736 | FARMACIA TOA BAJA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1737 | FARMACIA TU FAVORITA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1738 | FARMACIA UNIVERSITY GARDENS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1739 | FARMACIA VENUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1740 | FARMACIA VICARIO INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1741 | FARMAPLUS PLAYA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1742 | FARMERS COOPERATIVE ELEVATOR CO. -GOLD E201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1743 | FARMERS COOPERATIVE ELEVATOR CO. -PLATINUM E101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1744 | FARMERS COOPERATIVE ELEVATOR CO. -SILVER E303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1745 | FARMERS OCONEE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1746 | FARMERS PRESCRIPTION SHOP INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1747 | FARMERS UNION COOPERATIVE COMPANY - BRONZE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1748 | FARRIS FAB & MACHINE CO., INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1749 | FAXTON - ST LUKES HEALTHCARE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1750 | FCB BANKS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1751 | FedEx | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1752 | FELICITA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1753 | FENDER AUTOMOTIVE - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1754 | FF THOMPSON HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1755 | FFF Enterprises, Inc. | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 1756 | FIDDELKE HEATING AND AIR CONDITIONING, INC. - G201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1757 | Fifth Third Bank | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 1758 | FIRST BANKERS TRUSTSHARES, INC. - HDHP PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1759 | FIRST BANKERS TRUSTSHARES, INC. PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1760 | FIRST BANKERS TRUSTSHARES, INC. PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1761 | FIRST CHOICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1762 | FIRST CLASS RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1763 | FIRST CO BANCORP, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1764 | FIRST HOTEL MANAGEMENT, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1765 | FIRST PHARMACY SERVICES OF COUNTRY VILLAGE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1766 | FIRST STRING SPACE, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1767 | FIRST STRING SPACE, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1768 | FISCHBECK'S PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1769 | Fisher59 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1770 | FITZGERALD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1771 | FIVE POINT FEDERAL CREDIT UNION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1772 | FIVE RIVERS HEALTH CENTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1773 | FIVE RIVERS HEALTH CENTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1774 | FIVE STAR PIZZA CO., INC - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1775 | FIVE STAR PIZZA CO., INC - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1776 | Five9, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1777 | FL COMM HEALTH CENTER-CLEWISTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1778 | FLANAGAN HEALTH MART PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1779 | FLEAUX SERVICES OF LOUSIANA, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1780 | FLEET FEET HOUSTON LP - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1781 | FLEET FEET HOUSTON, LP - 4000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1782 | FLEET FEET HOUSTON, LP - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1783 | FLEXSOL PACKAGING CORP. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1784 | FLEXSOL PACKAGING CORP. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1785 | FLEXSOL PACKAGING CORP. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1786 | FLEXSOL PACKAGING CORP. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1787 | FLORA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1788 | FLORAL PARK DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1789 | FLORENCE PHARMACY & MEDICAL SUPPLY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1790 | FLORIDA DEPARTMENT OF HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1791 | FLORIDA PRIMARY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1792 | FOLEY, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1793 | FOLTMER DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1794 | FOND DU LAC CAIR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1795 | FOND DU LAC MASHKIKI WAAKAAIGAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1796 | FOOD CITY #108 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1797 | FOOD CITY #111 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1798 | FOOD CITY #154 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1799 | FOOD CITY #156 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1800 | FOOD CITY #60 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1801 | FOOD CITY #69 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1802 | FOOD CITY #94 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1803 | FOOD CITY K VA T FOOD STORES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1804 | FOOD LION LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1805 | FOOTHILL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1806 | FORBES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1807 | FORDHAM FAMILY PHARMACY & SURGICAL INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1808 | FOREMOST MGMT., INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1809 | FORMAN DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1810 | FORMULA PHARMACY, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1811 | FORREST GENERAL HOSPITAL | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1812 | FORSYTH COUNTY DEPARTMENT  PUBLIC HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1813 | FORT DEFIANCE INDIAN HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1814 | FORT LEE PHARMACY AND SURGICALS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1815 | FORT MYERS PRESCRIPTION SHOP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1816 | Fortra LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1817 | FORVIS, LLP - (BKD) HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1818 | FORVIS, LLP - (BKD) PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1819 | FORVIS, LLP - (DHG) HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1820 | FORVIS, LLP - (DHG) PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1821 | FOUNDCARE INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1822 | FOUNTAIN VALLEY CENTRAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1823 | FOUR B CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1824 | FRANCONIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1825 | FRANKFORT CARE AND REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1826 | FRANKFORT HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1827 | FRANKLIN MEDICAL CENTER | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1828 | FRANKLIN RX INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1829 | FRANKLIN'S SPRING CREEK FORD, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1830 | FRANKS DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1831 | FRANK'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1832 | FRANKS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1833 | FRANK'S SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1834 | FRANWIN PHARMACY MINEOLA SURGICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1835 | FREDERICK & MAY CONSTRUCTION CO., INC. - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1836 | FREDONIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1837 | FREDS WESTSIDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1838 | FREEDOM LOGISTICS, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1839 | FREEDOM LOGISTICS, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1840 | FREEDOM LOGISTICS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1841 | FREEDOM OILFIELD SERVICES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1842 | FREEHOLD CARTAGE, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1843 | FREEHOLD CARTAGE, INC. - DRIVERS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1844 | FRESNO COMMUNITY COLLEGE - PLAN 61 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1845 | FRIENDLY DRUG & SURGICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1846 | FRIENDLYRX | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1847 | FRIENDSHIP PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1848 | FRIENDSHIP VILLAGE OF DUBLIN - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1849 | FRIENDSHIP VILLAGE OF DUBLIN - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1850 | FRIENDSHIP VILLAGE OF DUBLIN - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1851 | FRISCIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1852 | FRONT STREET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1853 | FRONTERA CATTLE COMPANY II, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1854 | FRONTIER HOME MEDICAL - GOLD 200-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1855 | FRONTIER HOME MEDICAL - GOLD 201-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1856 | FRUTH PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1857 | FTA MANAGEMENT SERVICES - 4000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1858 | FTA MANAGEMENT SERVICES - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1859 | FULTON COUNTY MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1860 | FULTON MEDICINE PLACE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1861 | FULTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1862 | FUSION SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1863 | GAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1864 | GAHANNA ANIMAL HOSPITAL, INC - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1865 | GAHANNA ANIMAL HOSPITAL, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1866 | GAHANNA ANIMAL HOSPITAL, INC. -GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1867 | GAINESVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1868 | GALAX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1869 | Gallagher Benefit Services, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1870 | GALLATIN PRESCRIPTION SHOP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1871 | GALUVI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1872 | GARDEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1873 | GARDEN PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1874 | GARDNER SOUTH COUNTY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1875 | GARRETT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1876 | GARRETT TIRE AND TREADS - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1877 | GARRETS DRUG CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1878 | GARVEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1879 | GAS EXPRESS, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1880 | GAS EXPRESS, LLC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1881 | GAS EXPRESS, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1882 | GATESVILLE DRUG CO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1883 | GATEWAY CIRCLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1884 | GATHRIGHT REED | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1885 | GATOR BORING & TRENCHING, INC. - 5000 HSA CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1886 | GATOR BORING & TRENCHING, INC. - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1887 | GATOR-MADE, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1888 | GEISINGER HOME INFUSION SVCS. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1889 | GENE POLKS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1890 | GENERAL TRUCK SALES, INC. - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1891 | GENERAL TRUCK SALES, INC. - TRADITIONAL PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1892 | GENESIS AVIATION, INC. - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1893 | GENESIS AVIATION, INC. - BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1894 | GENESIS FAMILY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1895 | GENOA HEALTHCARE, LLC | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $0.00 |
| 1896 | GENOA HEALTHCARE, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1897 | GENRX DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1898 | Genzyme Corporation | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 1899 | GEORGIA CHRISTIAN SCHOOL - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1900 | GEORGIA HEALTH ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1901 | GEORGIA PETROLEUM, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1902 | GEORGIA PRINTCO, LLC. - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1903 | GEORGIA PRINTCO, LLC. - MEC SPECTRUM SILVER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1904 | Geotex Engineering | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 1905 | GERIATRIC RESOURCE CONSULTANTS, LLC - SC20 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1906 | GERIATRIC RESOURCE CONSULTANTS, LLC - SC5 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1907 | GERIMED LTC NETWORK INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1908 | GET WELL RX INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1909 | GHC  PHARMACY SAUK TRAILS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1910 | GHC HATCHERY HILL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1911 | GHC PHARMACY CAPITOL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1912 | GIANT EAGLE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1913 | GILL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1914 | GLASGOW PRESCRIPTION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1915 | GLC ON-THE-GO, INC. - ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1916 | GLC ON-THE-GO, INC. - BASE LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1917 | GLEN HEAD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1918 | GLEN ULLIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1919 | GLENBROOK DODGE, INC. - HIGH CD0280 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1920 | GLENBROOK DODGE, INC. - LOW CD0250 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1821 | GLENDALE URGENT CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1922 | GLENDORA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1923 | GLENMED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1924 | GLENMORE SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1925 | GLENN LAKES PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1926 | GLENS FALLS HOSPITAL COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1927 | GLENVISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1928 | GLOBAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1929 | GLOBAL ENERGY SERVICES - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1930 | GLOBAL EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1931 | GLOBAL PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1932 | GLOBAL RECOVERY CORP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1933 | GLOBAL RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1934 | GLOSTER DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1935 | GM PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1936 | GM Voices | Elixir Rx Options, LLC | Vendor Contract | $224.00 |
| 1937 | GMS BENEFITS - HRA1000H | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1938 | GMS BENEFITS - HRA1000T6 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1939 | GMS BENEFITS - HRA1500T4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1940 | GMS BENEFITS - HRA2000H | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1941 | GMS BENEFITS - HRA3000H | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1942 | GMS BENEFITS - HRA3000T6 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1943 | GMS BENEFITS - HRA500H | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1944 | GMS BENEFITS - HRA500T4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1945 | GMS BENEFITS - HSA A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1946 | GMS BENEFITS - HSA B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1947 | GMS BENEFITS - HSA C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1948 | GMS BENEFITS - HSA D | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1949 | GMS BENEFITS - HSA D1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1950 | GMS BENEFITS - HSA E | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1951 | GMS BENEFITS - HSA F | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1952 | GMS BENEFITS - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1953 | GMS BENEFITS - TRAD 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1954 | GMS BENEFITS - TRAD 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1955 | GMS BENEFITS - TRAD 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1956 | GMS BENEFITS - TRAD 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1957 | GMS BENEFITS - TRAD 5 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1958 | GMS BENEFITS - TRAD 5A & 5B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1959 | GMS BENEFITS - TRAD 6 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1960 | GMS BENEFITS - TRAD 7 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1961 | GMS BENEFITS - TRAD 8 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1962 | GMS BENEFITS -HRA1500H | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1963 | GMS BENEFITS -TRAD1A&1B,TRAD 8A,HRA500T8-HRA2000T8 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1964 | GODFREY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1965 | GOLDEN COVE PHARMACY AND HOME HEALTHCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1966 | GOLDEN EAGLE DISTRIBUTING CO. - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1967 | GOLDEN EAGLE DISTRIBUTING CO. - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1968 | GOLDEN EAGLE DISTRIBUTING CO. - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1969 | GOLDEN HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1970 | GOLDEN HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1971 | GOLDEN RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1972 | GOLDEN STATE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1973 | GOMPERS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1974 | GONZAGA UNIVERSITY - PLAN 43 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1975 | GONZALEZ PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 1976 | GOOD GRACES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1977 | GOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1978 | GOOD PRICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1979 | GOOD SHEPHERD COMMUNITY NURSING CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1980 | GOODING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1981 | GOODLARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1982 | GOODLARK PHARMACY AT FAIRVIEW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1983 | GoodRx, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 1984 | GORDONSVILLE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 1985 | GOT YOUR SIX DELIVERY SERVICE, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1986 | GOT YOUR SIX DELIVERY SERVICE, LLC.-GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1987 | GovDocs Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 1988 | GPHA - CENTRAL BILLING OFFICE - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1989 | GPHA - CHEYENNE COUNTY HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1990 | GPHA - CHEYENNE COUNTY HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1991 | GPHA - DATA CENTER - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1992 | GPHA - ELLINWOOD DISTRICT HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1993 | GPHA - ELLINWOOD DISTRICT HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1994 | GPHA - KIOWA COUNTY MEM HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1995 | GPHA - KIOWA COUNTY MEM HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1996 | GPHA - LANE COUNTY HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1997 | GPHA - LANE COUNTY HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1998 | GPHA - MINNEOLA DISTRICT HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 1999 | GPHA - MINNEOLA DISTRICT HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2000 | GPHA - MITCHELL COUNTY HOSPITAL OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2001 | GPHA - MITCHELL COUNTY HOSPITAL OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2002 | GPHA - OTTAWA COUNTY HEALTH CNTR - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2003 | GPHA - OTTAWA COUNTY HEALTH CNTR - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2004 | GPHA - PHILLIPSBURG - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2005 | GPHA - REPUBLIC COUNTY HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2006 | GPHA - REPUBLIC COUNTY HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2007 | GPHA - SABETHA COMMUNITY HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2008 | GPHA - SABETHA COMMUNITY HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2009 | GPHA - SATANTA HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2010 | GPHA - SATANTA HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2011 | GPHA - SMITH COUNTY MEM HOSPITAL - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2012 | GPHA - SMITH COUNTY MEM HOSPITAL - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2013 | GPHA - TREGO CNTY LEMKE MEM HSPT - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2014 | GPHA - TREGO CNTY LEMKE MEM HSPT - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2015 | GPHA - WICHITA - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2016 | GPHA-CHEYENNE COUNTY HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2017 | GPHA-KIOWA COUNTY MEMORIAL HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2018 | GPHA-MINNEOLA DISTRICT HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2019 | GPHA-MITCHELL COUNTY HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2020 | GPHA-REPUBLIC COUNTY HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2021 | GPHA-SABETHA COMMUNITY HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2022 | GPHA-SATANTA HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2023 | GPHA-SMITH COUNTY MEMORIAL HOSPITAL-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2024 | GPW AND ASSOCIATES INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2025 | GRACE HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2026 | GRACE HEALTHCARE SERVICES, INC - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2027 | GRACE HEALTHCARE SERVICES, INC. -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2028 | GRACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2029 | GRACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2030 | GRACELAND UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2031 | GRAFTON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2032 | GRAMERCY DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2033 | GRAND AVENUE PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2034 | GRAND HAVEN NURSING HOME | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2035 | GRAND RAPIDS - PLAN 50 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2036 | GRAND RAPIDS HOME FOR VETERANS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2037 | GRAND RONDE HEALTH & WELLNESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2038 | GRAND SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2039 | GRANTS PASS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2040 | GRAPHIC SOLUTIONS GROUP INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2041 | GREAT AMERICAN COBBLER COMPANY - 7000 CP PLAN | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2042 | GREAT BAY DISTRIBUTORS INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2043 | GREATER SEACOAST COMMUNITY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2044 | GREATER VIDALIA CHAMBER OF COMMERCE - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2045 | GREEN BENCH BREWING CO. LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2046 | GREEN BENCH BREWING CO. LLC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2047 | GREEN CIRCLE DEMOLITION - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2048 | GREEN RIVER COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2049 | GREENBRIER MEDICAL ARTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2050 | GREENBRIER MEDICAL ARTS PHARMACY-NORTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2051 | GREENBRIER MEDICAL ARTS PHARMACY-WSS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2052 | GREENBUSH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2053 | GREENE VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2054 | GREENHILL SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2055 | GREENVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2056 | GREENWOOD COUNTY HOSPITAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2057 | GREINER INDUSTRIES, INC. - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2058 | GREINER INDUSTRIES, INC. - BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2059 | GROUP MANAGEMENT SERVICES - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2060 | GROUP MANAGEMENT SERVICES - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2061 | GROVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2062 | GROVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2063 | GROVELAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2064 | GSRS - ACE DYNASTY TRANSPORTATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2065 | GSRS - GULF ISLAND FABRICATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2066 | GSRS - IBERIA PARISH/GULF SOUTH RISK SERVICES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2067 | GSRS - PLAQUEMINES PARISH SCHOOL BOARD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2068 | GSRS - PLAQUEMINES PARISH SHERIFFS OFFICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2069 | GSRS - ST. LANDRY SCHOOL BOARD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2070 | GSRS - ST. TAMMANY PARISH SCHOOL BOARD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2071 | GSRS - TERREBONNE GENERAL MED CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2072 | GSRS - TERREBONNE PARISH SCHOOL BOARD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2073 | GT MIDWEST - 3000 HDHP PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2074 | GT MIDWEST - 3000 HDHP PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2075 | GT MIDWEST - PPO 1000 PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2076 | GT MIDWEST - PPO 1500 PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2077 | GUAM SDA CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2078 | GUARDIAN PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2079 | GUARDIAN TECHNOLOGIES & SECURITY INC- 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2080 | GUAYNABO CITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2081 | GUIDONI USA, INC. -7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2082 | GULFCOAST CITRUS CARETAKING - HDHP 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2083 | GULFCOAST CITRUS CARETAKING - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2084 | GUN LAKE TRIBE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2085 | GUNDERSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2086 | GUNDERSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2087 | GUNDERSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2088 | GUNDERSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2089 | GUNDERSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2090 | GUY BREWER PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2091 | GW MECHANICAL, INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2092 | GWYNN OAK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2093 | H & S CAR CARRIER - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2094 | H & W DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2095 | H P PRODUCTS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2096 | H&K TRUCKING, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2097 | HACIENDA HEIGHTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2098 | HAGERMAN VALLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2099 | HAGGEN PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2100 | HAMILTON PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2101 | HAMPEL OIL DISTRIBUTORS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2102 | HAMPEL OIL DISTRIBUTORS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2103 | HAMPEL OIL DISTRIBUTORS, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2104 | HAMPSHIRE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2105 | HANLIN RAINALDI CONSTRUCTION CORP. -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2106 | HANNAFORD BROS CO LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2107 | HANOVER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2108 | HARBOR DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2109 | HARBOR HEALTHY LIVING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2110 | HARBOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2111 | HARBOR PHARMACY 3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2112 | HARBOR TOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2113 | HARLAN HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2114 | HARLEM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2115 | HARMONS CITY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2116 | HARPELL CHEMISTS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2117 | HARPELL DITMARS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2118 | HARPER COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2119 | HARRIS FARMS- CALIFORNIA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2120 | HARRIS FARMS- LIBERTY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2121 | HARRIS FARMS- RANCH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2122 | HARRIS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2123 | HARRIS PHARMACY AND HOME HEALTHCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2124 | HARRISBURG AREA COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2125 | HARRISBURG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2126 | HARRISON HEALTHCARE INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2127 | HARRY RACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2128 | HARTIG DRUG CO CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2129 | HASTINGS AUTOMOTIVE COMPANY - B404 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2130 | HASTINGS AUTOMOTIVE COMPANY - G200 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2131 | HASTINGS AUTOMOTIVE COMPANY - S302 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2132 | HAU GIANG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2133 | HAU'PAL RED TAIL HAWK HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2134 | HAVEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2135 | HAWAII CANCER CARE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2136 | Hawaii National Bank | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2137 | HAWKEYE COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2138 | HAYDEN'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2139 | HAYES COUNTY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2140 | HAYES DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2141 | Haystack Aulstralia Pty Ltd | Elixir Rx Options, LLC | Vendor Contract | $5,500.00 |
| 2142 | HAZARD HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2143 | HAZARD HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2144 | HAZELWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2145 | HCCHC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2146 | HCP PHARMACY 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2147 | HEAD START OF NORTHEASTERN NEVADA - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2148 | HEADLAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2149 | HEALING ARTS & SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2150 | HEALING TOUCH PHARMACY 02 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2151 | HEALING TOUCH PHARMACY 04 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2152 | HEALTH CARE MEDICAL INFUSION SPECIALTIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2153 | HEALTH CARE PARTNERS OF S.C. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2154 | HEALTH CARE PARTNERS OF SC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2155 | HEALTH CARE PARTNERS PHARMACY MARION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2156 | HEALTH CARE PARTNERS PHARMACY-JOHNSONVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2157 | HEALTH CENTER #1 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2158 | HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2159 | HEALTH GUARD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2160 | HEALTH MART ATLAS 605 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2161 | HEALTH MART ATLAS 630 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2162 | HEALTH MART ATLAS 841 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2163 | HEALTH ON SOUTH RX LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2164 | HEALTH PRO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2165 | HEALTH SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2166 | HEALTHCARE EVOLUTION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2167 | HEALTHCARE MANAGEMENT CONSULTANTS, INC.-SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2168 | HEALTHCARE MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2169 | HEALTHCARE NETWORK OF SWFL..., & PHARMACY CARE IMMOKALEE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2170 | HEALTHFIRST NETWORK, INC FKA/FAMILY PLANNING HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2171 | HEALTHLAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2172 | HEALTHPRO PHARMACY & WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2173 | HEALTHTECH BIOACTIVES USA, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2174 | HEALTHTECH BIOACTIVES USA, INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2175 | HEALTHWISE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2176 | HEALTH-WISE PHARMACY OF MANSFIELD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2177 | HEALTH-WISE PHARMACY PLLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2178 | HEALTH-WISE PHARMACY PLLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2179 | HEALTHY CORNER PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2180 | HEALTHY FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2181 | HEALTHY HEIGHTS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2182 | HEALTHY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2183 | HEALTHY SOLUTIONS PHARMACY & MEDICAL SUPPLIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2184 | HEALTHY WAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2185 | HEART DRUGS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2186 | HEART OF AMERICA BEVERAGE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2187 | HEART OF AMERICA BEVERAGE  (JOPLIN) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2188 | HEARTLAND DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2189 | HEARTLAND HEALTH CENTER - PPO PLATINUM 101 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2190 | HEARTLAND HEALTH CENTER -SILVER HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2191 | HEARTLAND HEATING & COOLING LLC - S300-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2192 | HEAT AND FROST LOCAL 16 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2193 | H-E-B LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2194 | HEIGHTS STUDEWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2195 | HEMATOLOGY & ONCOLOGY CONSULTANTS OF PENNSYLVANIA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2196 | HEMOPHILIA OF GEORGIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2197 | HENDERSON FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2198 | HENDRIX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2199 | HENNIKER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2200 | HENNING LOGISTICS, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2201 | HENNING LOGISTICS, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2202 | HENNING LOGISTICS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2203 | HERBERTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2204 | HERD CO. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2205 | HERDRICH PETROLEUM - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2206 | HERDRICH PETROLEUM CORP. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2207 | HERITAGE BIOLOGICS, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2208 | HERITAGE HALL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2209 | Heritage Medical Associates P.C. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2210 | HERMANN AREA DISTRICT HOSPITAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2211 | HERMANN FAMILY DRUGSTORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2212 | HERRING FARMS, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2213 | HERRMANN THRIFTY WHITE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2214 | HERSHEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2215 | Hexaware Technologies, Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2216 | HH EMPLOYEE HOLDINGS, LLC - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2217 | HIBBARD'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2218 | HIGH STREET PRESCRIPTION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2219 | HIGHALANDSPRING OF FT. THOMAS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2220 | HIGHGROVE ALF | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2221 | HIGHLAND HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2222 | HIGHLINE COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2223 | HIGH-TEC INDUSTRIAL SERVICES, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2224 | HILL CITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2225 | HILLCREST HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2226 | HILLCREST HOSPICE CARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2227 | HILLCREST HOSPICE CARE - COUNCIL BLUFFS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2228 | HILLMAN CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2229 | HILLMAN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2230 | HILLS DRUG JUSTICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2231 | HILLS DRUG PALOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2232 | HILLSIDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2233 | HILLSIDE UNIT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2234 | HILLTOP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2235 | HILLTOP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2236 | HILLYARD INDUSTRIES, INC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2237 | HILLYARD INDUSTRIES, INC. - QHDHP HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2238 | HILLYARD INDUSTRIES, INC. - QHDHP LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2239 | HILLYARD, INC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2240 | HILLYARD, INC. - QHDHP HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2241 | HILLYARD, INC. - QHDHP LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2242 | Hilscher-Clarke Electric Co. Inc | Elixir Pharmacy, LLC | Vendor Contract | $1,314.32 |
| 2243 | HIPIOWA - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2244 | HIPIOWA - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2245 | HIPIOWA - PLAN C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2246 | HIPIOWA - PLAN D | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2247 | HIPIOWA - PLAN E | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2248 | HIPIOWA - PLAN F | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2249 | HIXENBAUGH'S DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2250 | HIXSON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2251 | HK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2252 | HKS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2253 | HMC LONG TERM CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2254 | HMD SERVICES - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2255 | HMD SERVICES - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2256 | HMD SERVICES - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2257 | HO CHUNK HEALTH CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2258 | HO-CHUNK HEALTH CARE CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2259 | HOFFMAN DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2260 | HOFFMAN DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2261 | HOLDREGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2262 | HOLLIS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2263 | HOLLY PARK PHARMACY - ICHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2264 | HOLLY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2265 | HOLLYWOOD CASINO BATON ROUGE - ACP #1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2266 | HOLLYWOOD CASINO BATON ROUGE - MEC GREEN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2267 | HOLLYWOOD CASINO BATON ROUGE - PPO 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2268 | HOLLYWOOD CASINO BATON ROUGE - PPO PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2269 | HOLMAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2270 | HOLT'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2271 | HOLY ROSARY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2272 | HOME CHOICE PARTNERS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2273 | HOME HEALTH CARE, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2274 | HOME HEALTH CARE, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2275 | HOME HEALTH OF KANSAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2276 | HOME I V CARE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2277 | HOMEBANK - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2278 | HOMECARE & HOSPICE, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2279 | HOMEDALE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2280 | HOMEPLACE AT MIDWAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2281 | HOMERX HEALTHCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2282 | HOMES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2283 | HOMETOWN MARKET - CALHOUN CITY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2284 | HOMETOWN RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2285 | HOMETRENDS, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2286 | HOMETRENDS, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2287 | HONDA OF SOUTH GEORGIA IN TIFTON - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2288 | HONEOYE FALLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2289 | HONK HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2290 | HONOR HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2291 | HOPE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2292 | HOPE HOME CARE, LLC - SC10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2293 | HOPE HOME CARE, LLC - SV35 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2294 | HOPE PHARMACY LTD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2295 | HOPKINS APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2296 | HORIZON HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2297 | HORIZON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2298 | HORIZONTAL BORING & TUNNELING & FRANK BLACK PIPE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2299 | HORIZONTAL BORING & TUNNELING CO. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2300 | HOSPARUS INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2301 | HOSPICE OF OLATHE MEDICAL CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2302 | HOSPICE OF OLATHE MEDICAL CENTER- HOSPICE HOUSE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2303 | HOSPICE OF SCOTLAND COUNTY - NC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2304 | HOSPICE OF SCOTLAND COUNTY - SC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2305 | HOSPICE OF WASHINGTON COUNTY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2306 | HOSPICE SAVANNAH INC - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2307 | HOSPICE SAVANNAH INC - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2308 | HOSPICE SAVANNAH INC - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2309 | HOSPICE SAVANNAH INC - PLAN 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2310 | HOSPITAL PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2311 | HOSPITAL PHARMACY WEST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2312 | HOSPITALITY STAFFING SOLUTIONS, LLC - MEC ENHANCED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2313 | HOT SPRINGS MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2314 | HOTSY CLEANING SYSTEMS, INC. - B404 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2315 | HOTSY CLEANING SYSTEMS, INC. - S302 COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2316 | HOUSE OF WELLNESS CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2317 | HOUSE OF WELLNESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2318 | HOWARD INDUSTRIES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2319 | HOWARD'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2320 | HOWARD'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2321 | HPI OF TEXAS - ENHANCED ADVANTAGE - ST. DOMINIC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2322 | HPI OF TEXAS - ENHANCED ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2323 | HPI OF TEXAS - ENHANCED BASIC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2324 | HPI OF TEXAS - ENHANCED ELITE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2325 | HPI OF TEXAS - ENHANCED PLUS PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2326 | HPI OF TEXAS - ENHANCED PLUS PLAN - ST. DOMINIC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2327 | HPI OF TEXAS - ESSENTIAL ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2328 | HPI OF TEXAS - ESSENTIAL PLUS PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2329 | HPI OF TEXAS - VALUE ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2330 | HPI OF TEXAS - VALUE BASIC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2331 | HPI OF TEXAS - VALUE BASIC PLAN - ST. DOMINIC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2332 | HPI OF TEXAS - VALUE PLUS PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2333 | HS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2334 | HU HU KAM MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2335 | HUBBARD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2336 | HUDSON TITLE GROUP - HDHP 3000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2337 | HUDSON TITLE GROUP - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2338 | HUDSON TITLE GROUP - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2339 | HUISMAN NORTH AMERICA SERVICES -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2340 | HUISMAN NORTH AMERICA SERVICES -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2341 | Human Resource Administration of Hawaii | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2342 | HUME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2343 | HUNT CLEANERS, INC. - S302 COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2344 | HUNTINGTON DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2345 | HURLEY MEDICAL CENTER | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2346 | HURSH DRUGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2347 | HUTCHINSON REGIONAL MEDICAL CENTER, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2348 | HUTCHINSON REGIONAL MEDICAL CENTER, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2349 | HYDEN HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2350 | HYDROSOLUTIONS OF DULUTH, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2351 | HY-VEE  INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2352 | I AND L EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2353 | I H S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2354 | I V CARE OPTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2355 | IAM BENEFITS, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2356 | IAM BENEFITS, LLC - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2357 | IBERIA COMPREHENSIVE CHC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2358 | ICARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2359 | ICHS SHORELINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2360 | ICIRCLE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2361 | ICT INDUSTRIES INC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2362 | ICT INDUSTRIES INC - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2363 | IDER DISCOUNT DRUGS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2364 | IHC HEALTH SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2365 | IMPACT PARTNERSHIP SERVICES, INC. -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2366 | IMPERIAL HEALTH PLAN | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2367 | IMPERIAL INSURANCE COMPANIES INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2368 | IMPERIAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2369 | INCHELIUM HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2370 | INCOMMONS BANK | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2371 | Independence Business Supply | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2372 | INDEPENDENT STAVE CO. | Elixir Rx Options, LLC (OH) | Customer Contract | $0.00 |
| 2373 | INDEX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2374 | INDIAN HEALTH RESOURCE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2375 | INDIANA HEMOPHILIA & THROMBOSIS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2376 | INDUSTRIAL SALES COMPANY, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2377 | INFINITE HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2378 | Infosys Limited | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2379 | INFUSION CONNECTION PHARMACY SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2380 | INFUSION LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2381 | INFUSION PARTNERS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2382 | INFUSION PLUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2383 | INFUSION SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2384 | INFUSION SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2385 | INGLES MARKETS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2386 | INHEALTH SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2387 | INLAND VALLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2388 | INMAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2389 | INNATE CONCEPTS - BRONZE E404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2390 | INNATE CONCEPTS - SILVER E302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2391 | INNATE CONCEPTS - SILVER E303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2392 | INNOVATIVE FINANCIAL TECHNOLOGIES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2393 | INNOVATIVE LIVESTOCK SERVICES OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2394 | INNOVATIVE LIVESTOCK SERVICES OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2395 | INNOVATIVE STAFF SOLUTIONS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2396 | INNOVU | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2397 | Inovalon Inc | Elixir Pharmacy, LLC | Vendor Contract | $246,395.22 |
| 2398 | Inovalon Provider Inc | Elixir Rx Options, LLC | Vendor Contract | $336.26 |
| 2399 | Insight Global LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2400 | INSTY MEDS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2401 | Insulators Local 32 Welfare Fund | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2402 | Insulators Local 45 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2403 | INTEGRATED COMMUNITY, INC. -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2404 | INTEGRATED COMMUNITY, INC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2405 | INTEGRITY HCC SERVICES, LLC - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2406 | INTEGRITY HCC SERVICES, LLC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2407 | INTEGRITY HCC SERVICES, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2408 | INTELLICOM COMPUTER CONSULTING, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2409 | INTERIM HEALTHCARE & HOSPICE OF WICHITA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2410 | INTERNATIONAL COMMUNITY HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2411 | INTERNATIONAL HOLISTIC PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2412 | INTERNATIONAL HOUSE OF PRAYER - BRONZE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2413 | INTERNATIONAL HOUSE OF PRAYER - GOLD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2414 | INTERNATIONAL HOUSE OF PRAYER - SILVER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2415 | INTERNATIONAL MACHINE TECHNOLOGY, IN -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2416 | INTRACOASTAL REALTY CORP. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2417 | INTRAMED PLUS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2418 | INTRAMED PLUS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2419 | INTRAMED PLUS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2420 | INTRA-NATIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2421 | INTRUST BANK - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2422 | INTRUST BANK - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2423 | INVESTORS MANAGEMENT CO. OF VALDOSTA - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2424 | INVESTORS MANAGEMENT CO. OF VALDOSTA - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2425 | IOLA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2426 | IOLA PHARMACY CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2427 | Iolani Schools | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2428 | IOWA CITY HOSPICE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2429 | IOWA HEALTH ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2430 | IPHARMACY DISCOUNT INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2431 | IRON MOUNTAIN | Elixir Pharmacy, LLC | Vendor Contract | $5,865.90 |
| 2432 | IRVINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2433 | IRWIN & ASSOCIATES OF LOUISIANA, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2434 | IRWIN & ASSOCIATES OF LOUISIANA, LLC -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2435 | IRWIN-POTTER DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2436 | ISAAC COOGS HERITAGE HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2437 | ISHAM BROADWAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2438 | ISLAND SUPPLY WELDING CO. - W1000  COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2439 | ISLAND SUPPLY WELDING CO. - W2000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2440 | ISOTEC INTERNATIONAL, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2441 | ISOTEC INTERNATIONAL, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2442 | ITC PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2443 | IU HEALTH ADVANCED THERAPIES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2444 | IV CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2445 | IV SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2446 | IV SOLUTIONS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2447 | IV SOLUTIONS RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2448 | IVANHOE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2449 | IVY KNOLL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2450 | IVYLEA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2451 | IVYWILD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2452 | J & C HAULING, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2453 | J & M DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2454 | J AND L PHARMACY CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2455 | J&B KELLY INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2456 | J.B. POINDEXTER & CO. INC. - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2457 | J.B. POINDEXTER & CO. INC. - CIBOLO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2458 | J.B. POINDEXTER & CO. INC. - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2459 | J.B. POINDEXTER & CO. INC. - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2460 | J.B. POINDEXTER & CO. INC. - SWH GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2461 | J.C. Communications, Inc. | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $961.26 |
| 2462 | JACKSON HOP, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2463 | JACOB STERN & SONS, INC. - HDHP HSA PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2464 | JACOB STERN & SONS, INC. - HIGH DEDUCTIBLE PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2465 | JACOBSON HOLDINGS, INC. - AFFORDABLE HEALTH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2466 | JACOBSON HOLDINGS, INC. - EMPLOYEE BENEFIT PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2467 | JADTIS INDUSTRIES, LP - HRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2468 | JADTIS INDUSTRIES, LP - POS PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2469 | James Edward Farmer Jr DBA Redmond Consulting LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2470 | JAMES FRANCIS ELECTRIC, INC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2471 | JAMESON OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2472 | JAMESTOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2473 | JANGSU PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2474 | JANSSEN & SONS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2475 | JE DUNN CONSTRUCTION - BLUE SAVER PLAN FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2476 | JE DUNN CONSTRUCTION - BLUE SAVER PLAN INDIVIDUAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2477 | JE DUNN CONSTRUCTION - COPAY BLUE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2478 | JEANS' EXTRUSIONS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2479 | JEFFERSON STATE COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2480 | JEMEZ HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2481 | JENNIE STUART MEDICAL CENTER SATELLITE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2482 | JENNY'S PHARMACY & DISCOUNT INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2483 | JEROME DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2484 | JEROME DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2485 | JIREH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2486 | JK GROUP OF COMPANIES, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2487 | JMC PHARMACY, INC. - FARMACIA LATINA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2488 | JMP PIZZA, INC. DBA DOMINO'S - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2489 | JOHNS DISCOUNT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2490 | JOHNS DISCOUNT DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2491 | JOHNS GREAT CARS, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2492 | JOHNS GREAT CARS, INC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2493 | JOHNSON & JOHNSON CLAIMS MANAGEMENT LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2494 | JOHNSON C SMITH UNIVERSITY - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2495 | JOHNSON C SMITH UNIVERSITY - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2496 | JOHNSON CNTY,KS GOV'T-BLUESAVER $3000 RETIREE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2497 | JOHNSON COUNTY COMMUNITY COLLEGE - PLAN 23 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2498 | JOHNSON COUNTY PARK & RECREATION DISTRICT-HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2499 | JOHNSON COUNTY PARK & RECREATION DISTRICT-PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2500 | JOHNSON COUNTY PARK & RECREATION DISTRICT-SPIRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2501 | Johnson County, Kansas Government | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $0.00 |
| 2502 | JOHNSON COUNTY, KS BLUESAVER FAMILY HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2503 | JOHNSON COUNTY, KS BLUESAVER INDIVIDUAL HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2504 | JOHNSON COUNTY, KS GOV'T - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2505 | JOHNSON COUNTY, KS GOV'T - RETIREE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2506 | JOHNSON RESTAURANT GROUP - GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2507 | JOHNSON RESTAURANT GROUP - SILVER 303 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2508 | JOHNSTON COUNTY INDUSTRIES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2509 | JOHNSTON DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2510 | JOLLEYS COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2511 | JOLLEYS PHARMACY REDWOOD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2512 | JON WAYNE SERVICE COMPANY, LTD | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2513 | JONES DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2514 | JONES DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2515 | JONES DRUGS #002 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2516 | JONES DRUGS #003 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2517 | JONES DRUGS #005 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2518 | JONES DRUGS 6 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2519 | JONES TOTAL HEALTH PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2520 | JORDAN HOLMAN LUMBER COMPANY, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2521 | Jordanos | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 2522 | JOSEFS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2523 | JOSEFS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2524 | JOULE WELLNESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2525 | JP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2526 | JPS HEALTH SYSTEM OUTPATIENT PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2527 | JR EVANS ENGINEERING PA - HDHP 3000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2528 | JR EVANS ENGINEERING PA - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2529 | JR EVANS ENGINEERING PA - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2530 | JSM BUILDERS, INC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2531 | JST GLOBAL, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2532 | JST GLOBAL, LLC - HDHP HSA PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2533 | JST GLOBAL, LLC - HIGH DEDUCTIBLE PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2534 | JULIOS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2535 | JUSTICE FURNITURE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2536 | JUSTIN TAYLOR COMPANIES, LLC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2537 | JW NUTRITIONAL, LLC - PREMIER PLAN 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2538 | JW PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2539 | K MART PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2540 | K PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2541 | K.E. MCCARTNEY & ASSOC., INC. - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2542 | K.E. MCCARTNEY & ASSOC., INC. - HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2543 | KA WOLFE, LLC - 4000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2544 | KA WOLFE, LLC - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2545 | KABAFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2546 | KABAFUSION IL | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2547 | KABAFUSION IL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2548 | KABAFUSION MI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2549 | KABAFUSION NJ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2550 | KABAFUSION NV | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2551 | KABAFUSION TX | Elixir Rx Options, LLC | Pharmacy Contract | $1 |
| 2552 | KABAFUSION, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2553 | KABAFUSION, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2554 | KABAFUSION, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2555 | KANA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2556 | KANAB UNITED DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2557 | KANAKANAK HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2558 | KANEQUIP, INC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2559 | KANEQUIP, INC. - QHDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2560 | KANIKSU COMMUNITY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2561 | KANSAS CITY ORTHOPAEDIC INSTITUTE - BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2562 | KANSAS CITY ORTHOPAEDIC INSTITUTE - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2563 | KANSAS FEEDS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2564 | KANSAS HEALTH ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2565 | KAPOLEI PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2566 | KAREN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2567 | KASHMIR DRUG MART | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2568 | KATRINA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2569 | KAWEAH HEALTH HOME INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2570 | KAY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2571 | KAYS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2572 | KC STEAK MGMT & SUPPORT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2573 | KC STEAK PRODUCTION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2574 | KCH HOME INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2575 | KD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2576 | KEARNEY EYE INSTITUTE, P.C. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2577 | KEARNY COUNTY HOSPITAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2578 | KEAVENY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2579 | KEEZAC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2580 | KELLY DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2581 | KEMIRA CHEMICALS INC | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 2582 | KEMPSON REXALL DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2583 | KEMPSVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2584 | KENMARE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2585 | KENS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2586 | KENTON COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2587 | Kentucky Department of Insurance | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 2588 | Kentucky Eagle Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2589 | KENTUCKY LABORERS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2590 | KETCHIKAN INDIAN COMMUNITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2591 | KEVCO ELECTRICAL CONSTRUCTION, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2592 | KEVCO ELECTRICAL CONSTRUCTION, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2593 | KEWAUNEE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2594 | KICKAPOO HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2595 | KICKAPOO NATION HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2596 | KID CITY USA ENTERPRISES, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2597 | KID CITY USA ENTERPRISES, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2598 | KIDNEY SPECIALISTS, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2599 | KIDNEY SPECIALISTS, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2600 | KIEU AN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2601 | KILGORES MEDICAL PHARMACY - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2602 | KILGORES MEDICAL PHARMACY - HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2603 | KILLDEER PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2604 | KILLEEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2605 | KIM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2606 | KIMAW MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2607 | KIMBERLY HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2608 | KIMROS MEDICINE PLACE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2609 | KINDCARE PHARMACY AND MEDICAL SUPPLY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2610 | KING KULLEN PHARMACY CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2611 | KING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2612 | KING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2613 | KINGS DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2614 | KINGS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2615 | KINGS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2616 | KING'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2617 | KING'S PHARMACY AND COMPOUNDING CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2618 | KINNEY DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2619 | KINSLEY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2620 | KINTEGRA FAMILY MEDICINE - KINGS MOUNTAIN WEST PHA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2621 | KIOWA COUNTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2622 | KIOWA PRESCRIPTIONS PLUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2623 | KIRBY WHITTEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2624 | KIRKLIN CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2625 | Kirksey Architects, Inc. DBA Kirksey | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2626 | KIRKWOOD COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2627 | KISER HARRISS CHEMICAL - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2628 | KISER HARRISS CHEMICAL - HSA BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2629 | KJL Management Services LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2630 | KLAMATH OPEN DOOR PHARMACY FAMILY PRACTICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2631 | KLAMATH TRIBAL PHARMACY - CHILOQUIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2632 | KLINGENSMITHS DRUG STORE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2633 | KLINGENSMITH'S DRUG STORES #2 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2634 | KLINGENSMITH'S DRUG STORES #9 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2635 | KNIGHTS ROAD PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2636 | KNOTT COUNTY HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2637 | Kobayashi Travel | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2638 | KOHAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2639 | KOHAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2640 | KOHAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2641 | KOMATKE  PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2642 | KO'OLAULOA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2643 | KRAMER'S FORSYTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2644 | KRESS SPECIALTY APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2645 | KREWSTOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2646 | KRIEN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2647 | KRINOS FOODS, LLC - EPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2648 | KRINOS FOODS, LLC - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2649 | KRUSE & ASSOCIATES 1000 - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2650 | KRUSE & ASSOCIATES 2000 - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2651 | KRUSE & ASSOCIATES 2500 - PLAN 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2652 | KRUSE & ASSOCIATES 5000 - PLAN 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2653 | KS PHARM LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2654 | KWICKMED FARMACIA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2655 | L FERNANDEZ PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2656 | LA BOTICA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2657 | LA CRESCENTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2658 | LA JOLLA DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2659 | LA MAESTRA COMMUNITY PHARMACY CITY HEIGHTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2660 | LA NUEVA MARIANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2661 | LA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2662 | LAC COURTE OREILLES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2663 | LAC VIEUX DESERT HEALTH CLINIC AND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2664 | LACON'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2665 | LACY CONSTRUCTION COMPANY - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2666 | LACY CONSTRUCTION COMPANY - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2667 | LAFOURCHE PARISH SCHOOL BOARD | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2668 | Laika LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2669 | LAKE COUNTRY COMPOUNDING & WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2670 | LAKE SPOKANE COMM HLTH CNTR PHCY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2671 | LAKE WASHINGTON INSTITUTE OF TECHNOLOGY - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2672 | LAKESHORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2673 | LAKESHORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2674 | LAKESIDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2675 | LAKETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2676 | LAKEVIEW NEURO REHAB CENTER MIDWEST, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2677 | LAKEVIEW SPECIALTY HOSPITAL & REHAB | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2678 | LAKEWOOD HEALTH SYSTEMS HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2679 | LAM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2680 | LANDCARE GROUP, INC. - BRONZE 402 MVP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2681 | LANDCARE GROUP, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2682 | LANDCARE GROUP, INC. - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2683 | LANDCARE GROUP, INC. - PLATINUM 100 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2684 | LANDMARK HEALTHCARE, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2685 | LANDMARK OF ELKHORN CITY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2686 | LANDMARK PROPERTIES - HSA 4000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2687 | LANDMARK PROPERTIES - PPO 1500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2688 | LANDMARK PROPERTIES - PPO 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2689 | LANDMARK PROPERTIES - PPO 3500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2690 | LANDMARK SNACKS, LLC - W3000/7000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2691 | LANDOLL CORPORATION HEALTHCARE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2692 | LANE COMMUNITY COLLEGE - PLAN 47 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2693 | LANGDALE CAPITAL ASSETS, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2694 | Language Line Services, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2695 | LANIER COUNTY BOARD OF COMMISSIONERS- 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2696 | LANNING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2697 | LANSDOWNE COMMUNITY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2698 | LANSDOWNE-MOODY CO., LP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2699 | LARSEN SERVICE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2700 | LARSEN SERVICE DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2701 | LARSON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2702 | LAS VEGAS COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2703 | LAS VEGAS PAIUTE TRIBE CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2704 | LASSEN INDIAN HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2705 | LASSUS BROTHERS OIL, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2706 | LASSUS BROTHERS OIL, INC. - TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2707 | LATROBE AREA HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2708 | LAUREL MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2709 | LC SCRIPTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2710 | LEADER DRUG STORES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2711 | LEADER PUERTO RICO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2712 | Leaf Health, LLC | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $0.00 |
| 2713 | LEBANON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2714 | LECHS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2715 | LECHS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2716 | LEDWELL & SON ENTERPRISES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2717 | LEE CO COOPERATIVE CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2718 | LEGGETT AND PLATT INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2719 | LEGGETT DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2720 | LEHAN DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2721 | LEONARD ASSOCIATES MANUFACTURING, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2722 | LETCHER MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2723 | LETHERER TRUSS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2724 | LEUPP HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2725 | LEVANDERS, LLC - P101-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2726 | LE-VEL BRANDS, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2727 | LEVY & ASSOCIATES, LLC -  GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2728 | LEVY & ASSOCIATES, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2729 | LEVY & ASSOCIATES, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2730 | LEWIS DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2731 | LEWIS DRUGS, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2732 | LEWIS UNIVERSITY - PLAN 28 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2733 | LEXINGTON COUNTRY PLACE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2734 | LEXINGTON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2735 | LEXINGTON FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2736 | LEXINGTON HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2737 | LexisNexis | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2738 | LIBERTY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2739 | LIBERTY HILL PHARMACY & COMPOUNDING CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2740 | LIBERTY MEDICAL SPECIALTIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2741 | Liberty Mobile Puerto Rico | Elixir Puerto Rico, Inc. | Vendor Contract | $477.63 |
| 2742 | LIBERTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2743 | LIBERTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2744 | LIEB PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2745 | LIFEBRITE COMMUNITY HOSPITAL OF STOKES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2746 | LIFE'S COMPANION PCA, INC. - MEC MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2747 | LIFESPAN, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2748 | LIHUE CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2749 | LIL DAVES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2750 | LIMESTONE LOGISTICS, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2751 | LIMESTONE LOGISTICS, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2752 | LIMESTONE LOGISTICS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2753 | LINCOLN PARK MANOR - MODIFIED ESSENTIAL  PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2754 | LINCOLN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2755 | LINDA VISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2756 | LINDER EQUIPMENT COMPANY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2757 | LINDSAY DRUG CO (LONG-TERM CARE) | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2758 | LINDSEY CONTRACTORS, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2759 | LINE CREEK BREWING CO. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2760 | LINESVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2761 | LINFIELD CHRISTIAN SCHOOL - PLANS 50 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2762 | LINHS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2763 | LINKUS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2764 | LIONEL R JOHN HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2765 | LIPMAN FAMILY FARMS - MANAGEMENT 1 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2766 | LIPMAN FAMILY FARMS - MANAGEMENT 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2767 | LIPMAN FAMILY FARMS - MANAGEMENT 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2768 | LIPMAN FAMILY FARMS - MANAGEMENT 4 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2769 | LIPMAN FAMILY FARMS - SEASONAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2770 | LIPMAN FAMILY FARMS - UNION HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2771 | LIPMAN FAMILY FARMS - UNION LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2772 | LIPMAN FAMILY FARMS - UNION LOW UFP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2773 | LIPSCOMB UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2774 | LITTLE DRUGS FAMILY WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2775 | LITTLE RIVER MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2776 | LITTLE RIVER MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2777 | LITTLETON WB CONSTRUCTION & SONES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2778 | LIVERS BRONZE COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2779 | LIVING WELL PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2780 | LIVINGSTON PARISH SCHOOL BOARD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2781 | LIVINGSTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2782 | LLOYD WALLER FEEDLOT -W8500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2783 | LMH HEALTH - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2784 | LMH HEALTH - PREMIER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2785 | LNR COMPANIES, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2786 | LNR COMPANIES, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2787 | LOBAR ASSOCIATES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2788 | LOCKPORT APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2789 | LOCUST VALLEY CHEMISTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2790 | LOGAN INDUSTRIES INTERNATIONAL CORPORATION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2791 | LOGICAL SOLUTIONS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2792 | LOGISTICAL MANAGEMENT ASSOC, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2793 | LOMA LINDA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2794 | LOMPOC VALLEY MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2795 | LONE STAR FAMILY HEALTH CENTER INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2796 | LONE STAR MILK TRANSPOSRT, INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2797 | LONG MCARTHUR - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2798 | LONG MCARTHUR - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2799 | LONGBELLA DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2800 | LONG'S DRUG STORE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2801 | LONGS DRUG STORES CALIFORNIA LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2802 | Lorain County | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2803 | LOREN COOK | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2804 | LORENA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2805 | LOS ANGELES CITY COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2806 | LOS ANGELES MISSION COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2807 | LOS ANGELES PIERCE COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2808 | LOS ANGELES TRADE TECH COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2809 | LOS ANGELES VALLEY COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2810 | LOST AND FOUND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2811 | LOTT FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2812 | LOTUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2813 | LOUISIANA CENTER FOR ADVANCED MEDICINE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2814 | LOW COUNTRY HEALTH CARE SYSTEM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2815 | LOW COUNTRY PHARMACY OF BAMBERG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2816 | LOWEN HOSPITALITY MGMT, LLC. - MEC SPECTRUM SILVER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2817 | LOWEN HOSPITALITY MGMT, LLC.-MEC SPECTRUM PLATINUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2818 | LOWER CAPE FEAR HOSPICE - CORE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2819 | LOWER CAPE FEAR HOSPICE - ENHANCED PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2820 | LOWER CAPE FEAR HOSPICE - HDHP FAMILY POLICY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2821 | LOWER CAPE FEAR HOSPICE - HDHP INDIVIDUAL POLICY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2822 | LOWER COLUMBIA COLLEGE - PLAN 70 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2823 | LOXLEY DRUGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2824 | LOYOLA UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2825 | LOYOLA UNIVERSITY NEW ORLEANS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2826 | LP PHARMACEUTICALS LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2827 | LST GARDEN PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2828 | LTC CEDAR DRUG AND GIFT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2829 | LTC HEALTH SOLUTIONS - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2830 | LTC HEALTH SOLUTIONS - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2831 | LTC HEALTH SOLUTIONS - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2832 | LTC PRESCRIPTION PROVIDERS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2833 | LUCILE PACKARD CHILDRENS HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2834 | LUKE'S FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2835 | LUMBERTON DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2836 | LUMBERTON DRUG WEST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2837 | LUMICERA HEALTH SERVICES LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2838 | LUMINOUS NEON, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2839 | LUNA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2840 | LVRX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2841 | LYONS DRUG STORE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2842 | LYONS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2843 | M B DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2844 | MAC RX OF MISSOURI LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2845 | MACARTHUR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2846 | MACO MANAGEMENT CO., INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2847 | MACOMB CUSD #185 - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2848 | MACOMB CUSD #185 - STANDARD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2849 | MACT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2850 | MACTRONIX SYSTEMS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2851 | MADIGAN ARMY MEDICAL CTR | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2852 | MADISON PARK PHARMACY & WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2853 | MADONNA MANOR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2854 | MAG MUTUAL INSURANCE COMPANY - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2855 | MAG MUTUAL INSURANCE COMPANY - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2856 | MAGEE-WOMENS HOSPITAL PHARMACY NO. TWO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2857 | MAGELLAN COMPLETE CARE OF VIRGINIA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2858 | MAGNACARE - HRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2859 | MAGNACARE - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2860 | MAGNOLIA DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2861 | MAGNOLIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2862 | MAGNOLIA SPRINGS SENIOR LIVING - LEX | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2863 | MAGPIES GIFT SHOPS, LLC - HDHP 4000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2864 | MAHOGANY RIDGE BREWERY & GRILL -BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2865 | MAILAN HERITAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2866 | MAIMONIDES MEDICAL CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2867 | MAIN STREET DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2868 | MAIN STREET DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2869 | MAIN STREET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2870 | MAIN STREET PHARMACY & WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2871 | MAINLINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2872 | MAINLINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2873 | MAINLINE PHARMACY - ALTOONA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2874 | MAINLINE PHARMACY - BLAIRSVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2875 | MAINLINE PHARMACY - CRESSON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2876 | MAINLINE PHARMACY - PORTAGE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2877 | MAINLINE PHARMACY - SOMERSET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2878 | MAINLINE PHARMACY DAVIDSVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2879 | MAINLINE PHARMACY HARRISON CITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2880 | MAINLINE PHARMACY HASTINGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2881 | MAINLINE PHARMACY MURRYSVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2882 | MAINSCAPE, INC. - MEC MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2883 | MAINSCAPE, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2884 | MAINSCAPE, INC. - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2885 | MAMA VILLAGE RX & WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2886 | Managed Medical Review Organization | Elixir Rx Options, LLC | Vendor Contract | $2,130.00 |
| 2887 | MANAGEMENT ANALYSIS & UTILIZATION, INC. - ENHANCED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2888 | MANAGEMENT ANALYSIS AND UTILIZATION, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2889 | MANAGEMENT CONSULTANTS, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2890 | MANATI MEDICAL CENTER DR OTERO LOPEZ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2891 | MANATTS, INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2892 | MANCAN, INC. - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2893 | MANGO HOUSE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2894 | MANIILAQ HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2895 | MANITO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2896 | Mantaline Corporation | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2897 | MANTUA STATION DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2898 | MAPLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2899 | MAPLEWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2900 | MARANA HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2901 | MARANA HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2902 | MARANA HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2903 | MARANATHA CHRISTIAN SCHOOLS - PLAN 50 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2904 | MARANATHA HIGH SCHOOL - PLAN 50 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2905 | MARC, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2906 | MARCO DRUGS AND COMPOUNDING | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2907 | MARIA DE LOS SANTOS HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2908 | MARIAN MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2909 | MARIAN UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2910 | MARIETTA SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2911 | MARINM HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2912 | MARIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2913 | MARIO'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2914 | MARIPOSA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2915 | MARIPOSA PHARMACY AT RIO RICO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2916 | MARK MILFORD HICKSVILLE TOWNSHIP HOSPI -GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2917 | MARMIE MOTORS, INC. BASE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2918 | MARMIE MOTORS, LLC. - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2919 | MARS HILL MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2920 | MARS HILL UNIVERSITY - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2921 | MARS HILL UNIVERSITY - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2922 | MARSH VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2923 | MARSHALL SCHOOL - PLAN 50 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 2924 | MARSHFIELD CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2925 | MARTIN COUNTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2926 | MARTIN FAMILY FARMS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2927 | MARTIN FAMILY FARMS HDHP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2928 | Martin Foods | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2929 | MARTIN'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2930 | MARTINSVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2931 | MARY MAHONEY MEMORIAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2932 | MASHBURN MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2933 | MASON COUNTY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2934 | MASON GENERAL HOSPITAL | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2935 | MATTHEW REARDON CENTER FOR AUTISM - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2936 | MATTHEW REARDON CENTER FOR AUTISM, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2937 | MATTSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2938 | MAUCH CHUNK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2939 | MAX DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2940 | MAX DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2941 | MAXEY ENERGY CO. - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2942 | MAXOR NATIONAL PHARMACY SERVICES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2943 | MAXOR SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2944 | MAXORXPRESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2945 | MAXSON MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2946 | MAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2947 | MAYERS MEMORIAL HOSPITAL DISTRICT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2948 | MAYFAIR MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2949 | MAYFLOWER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2950 | MAYO CLINIC HEALTH SYSTEM HOLMEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2951 | MAYO CLINIC HEALTH SYSTEM LA CROSSE HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2952 | MAYO CLINIC HEALTH SYSTEM NORTHWEST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2953 | MAYO CLINIC HEALTH SYSTEM PHARMACY - ALBERT LEA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2954 | MAYO CLINIC HEALTH SYSTEM-AUSTIN CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2955 | MAYO CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2956 | MAYO HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2957 | MAYO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2958 | M-CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2959 | MCARTHUR NEXT LLC | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 2960 | MCARTHUR NEXT LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2961 | MCCALL & ASSOCIATES, INC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2962 | MCCOY ROCKFORD, INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2963 | MCGRAW PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2964 | MCGREGOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2965 | MCHS CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2966 | MCHS ONALASKA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2967 | MCP RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2968 | MCR HEALTH, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2969 | MCS Life Insurance Co. | Elixir Puerto Rico, Inc. | Vendor Contract | $0.00 |
| 2970 | MCT Credit Union | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 2971 | MD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2972 | MDS RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2973 | MEADOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2974 | MEADOWMONT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2975 | MEADOWTHORPE ASSISTED LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2976 | MEANS NURSERY, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2977 | MEANS NURSERY, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2978 | MEBC- AUGLAIZE COUNTY, OH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2979 | MEBC- MERCER COUNTY, OH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2980 | MECHANICAL SYSTEMS & SERVICES - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2981 | MECHANICAL SYSTEMS & SERVICES - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2982 | MED CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2983 | MED CENTER PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2984 | MED CENTRO INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2985 | MED CENTRO INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2986 | MED CENTRO, INC. FARMACIA VILLALBA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2987 | MED FAST COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2988 | MED SCRIPTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2989 | MED ZONE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2990 | MED-AID PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2991 | MED-CARE MEDICAL CERNTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2992 | MEDCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2993 | MEDCURA HEALTH INC - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2994 | MEDCURA HEALTH, INC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2995 | MEDCURA HEALTH, INC -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 2996 | MEDEX PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2997 | MedHOK, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 2998 | MEDIC PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 2999 | MEDICAL ALTERNATIVES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3000 | MEDICAL ARTS CHEMISTS & SURGICALS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3001 | MEDICAL ARTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3002 | MEDICAL ARTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3003 | MEDICAL ARTS REXALL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3004 | Medical Card System | Elixir Puerto Rico, Inc. | Customer Contract | $0.00 |
| 3005 | Medical Card System - Part B | Elixir Puerto Rico, Inc. | Customer Contract | $0.00 |
| 3006 | MEDICAL CENTER EAST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3007 | MEDICAL CENTER NORTH SHORE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3008 | MEDICAL CENTER PHARMACY OF WYANDANCH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3009 | MEDICAL CENTRE SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3010 | Medical Eval Spec LLC DBA MES Peer Review Services | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3011 | MEDICAL HOME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3012 | MEDICAL PARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3013 | Medical Review Institute of America | Elixir Rx Options, LLC | Vendor Contract | $1,790.98 |
| 3014 | MEDICAP PHARMACIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3015 | MEDICINE CHEST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3016 | MEDICINE LAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3017 | MEDICINE SHOPPE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3018 | MEDICINE SHOPPE 1457 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3019 | MEDICINE WORLD INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3020 | MEDICMASTERS PHARMACY AND SURGICAL SUPPLIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3021 | MEDI-SPACE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3022 | Med-Pay | Elixir Rx Solutions, LLC (MO) | Vendor Contract | $0.00 |
| 3023 | MEDPLUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3024 | MEDPLUS SPECIALTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3025 | MEDS MADE EASY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3026 | MED-SAVE NICHOLASVILLE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3027 | MEDSCRIPTS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3028 | MEDSTAR FRANKLIN SQUARE MEDICAL CENTER OUTPATIENT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3029 | MEDTOWN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3030 | MEGA FORCE STAFFING GROUP, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3031 | MEGAFAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3032 | MEIJER INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3033 | MEKAGREEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3034 | MEKASON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3035 | MEKASON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3036 | MELBOURNE RX | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3037 | MELVINS DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3038 | MEMORIAL HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3039 | MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES - SPECIALTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3040 | MEMORIAL MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3041 | MENOMINEE INDIAN TRIBE OF WISCONSIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3042 | MEN'S HEALTH FOUNDATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3043 | MENTAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3044 | MENTAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3045 | MERCED MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3046 | MERCER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3047 | Merck Sharp & Dohme Corp | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 3048 | MERCY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3049 | MERCY MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3050 | MERCY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3051 | MERCY SOUTH GATE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3052 | MERCYONE DES MOINES HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3053 | MERRICK MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3054 | MERRILL AXLE & WHEEL SERVICE, INC. - W6000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3055 | MESKWAKI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3056 | METAL PANEL SYSTEMS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3057 | METAL-FAB INC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3058 | METCARE  RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3059 | METCARE RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3060 | METHODIST COMMUNITY PHARMACY - CHARLTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3061 | METHODIST COMMUNITY PHARMACY - DALLAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3062 | METRO PHARMACY HOSPITAL METROPOLITANO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3063 | METROMEDS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3064 | METROPLEX VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3065 | METROPOLITAN COMM COLLEGE OF KANSAS CITY - PLAN 17 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3066 | METROPOLITAN PROPERTY MGMT, LLC - 5000 HSA CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3067 | METROPOLITAN PROPERTY MGMT, LLC. - 7000 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3068 | METROPOLITAN STATE HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3069 | METSCRIPT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3070 | METSCRIPT PHARMACY#2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3071 | METTESAVE DISCOUNT DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3072 | MHA LONG TERM CARE NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3073 | MHC INTEGRATED CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3074 | MIAMI BEACH COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3075 | MIAMI BEACH COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3076 | MIAMI BEACH COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3077 | MICHIE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3078 | MICHOUD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3079 | MIDAMERICA HOTELS CORPORATION - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3080 | MIDAMERICA HOTELS CORPORATION - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3081 | MIDAMERICA HOTELS CORPORATION - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3082 | MID-CONTINENT ANESTHESIOLOGY - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3083 | MID-CONTINENT ANESTHESIOLOGY - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3084 | MIDCOUNTY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3085 | MIDDLE FLINT BEHAVIORAL HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3086 | MIDDLE TENN STATE UNIVERSITY ATHLETES - PLAN 23 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3087 | MIDDLE TENNESSEE STATE UNIVERSITY - PLAN 23 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3088 | MIDDLESBORO NURSING & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3089 | MIDDLETOWN CITY SCHOOL DISTRICT | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3090 | MIDTOWN EAST PHARMACY & SURGICAL LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3091 | MIDWEST PMS, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3092 | MIGRANT HEALTH CENTER WESTERN REGION INC FARMACIA LAS MARIAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3093 | MIGRANT HEALTH CENTER WESTERN REGION, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3094 | MIKES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3095 | MIKE'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3096 | MILFORD PHARMACY AND WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3097 | MILLE LACS HEALTH SYSTEM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3098 | MILLER HARDWARE COMPANY - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3099 | MILLER HARDWARE COMPANY - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3100 | MILLER HARDWARE COMPANY -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3101 | MILLER ZELL INC - HRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3102 | MILLER ZELL INC - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3103 | MILLER'S PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3104 | MILLERSBURG PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3105 | MILLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3106 | MILLTOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3107 | MIN NO AYA WIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3108 | MINDEN MACHINE SHOP - 2800 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3109 | MINDEN MACHINE SHOP - B404 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3110 | MINDEN MACHINE SHOP - G202 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3111 | MINERSVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3112 | MINIMED DISTRIBUTION CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3113 | MINUTES RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3114 | MISSISSIPPI CENTER FOR ADVANCED MEDICINE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3115 | MISSISSIPPI COLLEGE - PLAN 11 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3116 | MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3117 | MISSISSIPPI DISCOUNT DRUGS #2 LTC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3118 | MISSISSIPPI HOSPITAL SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3119 | MISSISSIPPI POWER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3120 | MISSOURI COOPERATIVES - BASIC 2000 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3121 | MISSOURI COOPERATIVES - BASIC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3122 | MISSOURI COOPERATIVES - ENHANCED 1500 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3123 | MISSOURI COOPERATIVES - ENHANCED PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3124 | MISSOURI COOPERATIVES - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3125 | MISSOURI SOUTHERN STATE UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3126 | MISSOURI STATE UNIVERSITY - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3127 | MISSOURI STATE UNIVERSITY - BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3128 | MISSOURI WESTERN STATE UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3129 | MITCHELL EQUIPMENT, LLC - GOLD E200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3130 | MITCHELL EQUIPMENT, LLC - GOLD E201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3131 | MITCHELL EQUIPMENT, LLC -SILVER E303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3132 | MITCHELLS PARK STREET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3133 | MIXMED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3134 | MJ MORGAN GROUP, LLC - BASE HIGH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3135 | MJ MORGAN GROUP, LLC - VALUE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3136 | MK INFUSION PHARMACY, LLC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3137 | MKA INTERNATIONAL | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3138 | MKT SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3139 | MLK HERTIAGE CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3140 | MMS SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3141 | MOCA EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3142 | MODERN FARM EQUIPMENT, CORP. - BRONZE 404-B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3143 | MO-KAN SHEET METAL WORKERS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3144 | MOLINA HEALTHCARE OF UTAH | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3145 | MOLINA'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3146 | MOLOKAI DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3147 | MOMENTUM SKILLED SERVICES  - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3148 | MOMENTUM SKILLED SERVICES - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3149 | MOMENTUM SKILLED SERVICES - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3150 | MOMENTUM SKILLED SERVICES - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3151 | MONARCH HOSPICE & PALLIATIVE CARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3152 | MONARCH HOSPICE & PALLIATIVE CARE - MISSOURI | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3153 | MONARCH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3154 | MONDAY NIGHT BREWING - ESSENTIAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3155 | MONICOS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3156 | MONMOUTH UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3157 | MONNIG INDUSTRIES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3158 | MONNIG INDUSTRIES, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3159 | MONROE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3160 | MONROE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3161 | MONROE MEDICAL CLINIC PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3162 | MONSERRATE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3163 | MONTALUCE MANAGEMENT, LLC - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3164 | MONTALUCE MANAGEMENT, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3165 | MONTALUCE MANAGEMENT, LLC. -GOLD 203 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3166 | MONTCLAIR PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3167 | MONTEREY DRUGS | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3168 | MONTEREY PENINSULA - PLAN 61 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3169 | MONTEZUMA DRUG COMPANY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3170 | MONTGOMERY CO BOARD OF COMMISSIONERS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3171 | MONTGOMERY PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3172 | MOORES PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3173 | MOORE'S PHARMACY OF LENA | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3174 | MOORE'S PHARMACY OF SEBASTOPOL | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3175 | MOORE'S PHARMACY OF WALNUT GROVE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3176 | MORAINE VALLEY COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3177 | MORALES ENTERPRISES, INC. - MEC ENHANCED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3178 | MORGAN CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3179 | MORGAN WINDOW AND GLASS, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3180 | MORGAN WINDOW AND GLASS, INC. - MEC GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3181 | MORGANTON DRUG, INC. | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3182 | MORIAH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3183 | MORITZ CONCRETE, INC. - PLAN A (NON-UNION) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3184 | MORITZ CONCRETE, INC. - PLAN B (UNION) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3185 | MORNING POINTE ASSISTED LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3186 | MORNINGSIDE MEDICAL PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3187 | MORONGO INDIAN CLINIC PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3188 | MOROVIS COMMUNITY HEALTH CENTER INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3189 | MORRELL PARK PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3190 | MORTENSEN WOODWORK, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3191 | MORTON'S HILLTOP PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3192 | MOSES LAKE COMMUNITY HEALTH CENTER | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3193 | MOTION PICTURE AND TELEVISION HSP PHY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3194 | MOULTRIE COLQUITT COUNTY PARKS & REC AUTH- 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3195 | MOUNT CARROLL PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3196 | MOUNT HOOD COMMUNITY COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3197 | MOUNT SAN ANTONIO COLLEGE - PLAN 60 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3198 | MOUNTAIN COMMUNITY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3199 | MOUNTAIN PARK HEALTH CENTER- PHARMACY BASELINE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3200 | MOUNTAIN PARK HEALTH CENTER PHARMACY MARYVALE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3201 | MOUNTAIN PLAZA PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3202 | MOUNTAIN ST PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3203 | MOUNTAIN VIEW NURSING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3204 | MOUNTAINSIDE FITNESS ACQUISITIONS - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3205 | MOUTON PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3206 | MR. BURRITO, LLC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3207 | MSKTD & ASSOCIATES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3208 | MTM PHARMACY I | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3209 | MTM PHARMACY IV | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3210 | MUD CREEK CLINIC PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3211 | MUNDY SERVICE CORPORATION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3212 | MUNSON HEALTHCARE OTSEGO MEMORIAL HOSPITAL | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3213 | MURDOCK HOMETOWN PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3214 | MURRAY DRUGS INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3215 | MURRAYS CONDON PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3216 | MUSC HEALTH - HF MABRY CENTER | Elixir Options, LLC | Vendor Contract | $0.00 |
| 3217 | MUSC JAMES ISLAND FAMILY MEDICINE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3218 | MUSC MAIL ORDER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3219 | MVA FAIRMONT CLINIC PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3220 | MVPRX | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3221 | MY BROTHER'S KEEPER - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3222 | MY Choice Wisconsin | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3223 | MY DOCTOR MEDICAL GROUP, CORP. | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3224 | MY HEALTHCARE, LLC. - MEC MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3225 | MY HEALTHCARE, LLC. - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3226 | MY KEY PHARMACY, LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3227 | MY LOCAL PLUMBER, LLC - ESSENTIAL + 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3228 | MY PHARMACIST ON CALL | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3229 | MY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3230 | MY PHARMACY OF TAMPA | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3231 | MYALLY HEALTH | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3232 | MYBAR SERVICES, INC. - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3233 | MYMED PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3234 | MYMICHIGAN HOME CARE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3235 | MYRTLE DRUGS INC | Elixir Options, LLC | Vendor Contract | $0.00 |
| 3236 | MYRX | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 3237 | N C A&T STATE UNIVERSITY STUDENT HEALTH CENTER PHA | Elixir Options, LLC | Vendor Contract | $0.00 |
| 3238 | N. MN-WI Area Retail Food Health & Welfare Fund | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3239 | NAI SATURN EASTERN LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3240 | NAPA STATE HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3241 | NAPOLEON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3242 | NARA INDIAN HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3243 | NARANJA DISCOUNT PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3244 | NARAYAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3245 | NASCENTIA HEALTH PLUS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3246 | NATIONAL BEEF - DC PRODUCTION EPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3247 | NATIONAL BEEF - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3248 | NATIONAL BEEF - IOWA PREMIUM BEEF | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3249 | NATIONAL BEEF - OHIO MANAGEMENT PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3250 | NATIONAL BEEF - OHIO PRODUCTION 80/20 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3251 | NATIONAL BEEF - OHIO PRODUCTION 90/10 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3252 | NATIONAL BEEF - OUTSIDE MANAGEMENT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3253 | NATIONAL BEEF - PLAN B1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3254 | NATIONAL BEEF - PLAN E | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3255 | NATIONAL BEEF - PLAN J | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3256 | NATIONAL BEEF - PLAN K | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3257 | NATIONAL BEEF - PLAN L | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3258 | NATIONAL BEEF HDHP - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3259 | NATIONAL BEEF LEATHERS, LLC. - PRODUCTION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3260 | NATIONAL CARRIERS - DRIVERS HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3261 | NATIONAL CARRIERS - HDHP PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3262 | NATIONAL CARRIERS - NON-DRIVERS EPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3263 | NATIONAL CARRIERS - NON-DRIVERS PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3264 | NATIONAL CARRIERS - PPO PLAN DRIVERS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3265 | NATIONAL CARRIERS HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3266 | National Council for Prescription Drug | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3267 | NATIONAL FROZEN FOOD CORPORATION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3268 | National Office Services | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3269 | NATIONAL PAIN CUSTOM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3270 | NATIONWIDE CHILDRENS HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3271 | NATURE MED PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3272 | NATURE'S PRESCRIPTIONS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3273 | NAVAJO AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3274 | NAVARRO DISCOUNT PHARMACIES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3275 | NAZ PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3276 | NE IA SHING CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3277 | NE OH NEIGHBORHOOD HEALTH SRVS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3278 | NEBRASKA LTC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3279 | NEBRASKA MEDICINE HUB PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3280 | NEBRASKA MEDICINE VILLAGE POINTE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3281 | NEBRASKA PLASTICS, INC. - CORE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3282 | NEBRASKA PLASTICS, INC. - HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3283 | NEC Networks LLC DBA CaptureRx | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 3284 | NEENAH HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3285 | NEIGHBOR CARE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3286 | NEIGHBORHOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3287 | NEIGHBORS FEDERAL CREDIT UNION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3288 | NEMS - CLEMENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3289 | NEMS- EASTMOOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3290 | NEMS- LUNDY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3291 | NEMS-NORIEGA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3292 | NEMS-SAN BRUNO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3293 | NEOMED CENTER - CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3294 | NEOMED CENTER - FARMACIA DE GURABO | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3295 | NEOMED CENTER - GURABO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3296 | NEOMED CENTER TRUJILLO ALTO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3297 | NEPHRON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3298 | NETREX, LLC - EPO PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3299 | NETREX, LLC - EPO PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3300 | NETREX, LLC - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3301 | NEW 1 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3302 | NEW ALBERTSONS LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3303 | NEW CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3304 | NEW CARLISLE COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3305 | NEW CASTLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3306 | NEW DAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3307 | NEW ENGLAND DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3308 | NEW ENGLAND HOME THERAPIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3309 | NEW GRACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3310 | NEW GRACE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3311 | NEW HAVEN HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3312 | NEW HOPE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3313 | NEW LONDON COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3314 | NEW LOTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3315 | NEW MEXICO BEHAVIORAL HEALTH INSTITUTE AT LAS VEGAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3316 | NEW OAK ACADEMY, LLC. - SPECTRUM MEC SILVER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3317 | NEW PHNOM PICH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3318 | NEW SALEM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3319 | NEW STANTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3320 | NEW UTRECHT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3321 | NEW VISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3322 | NEW YORK DRUGS AND SURGICALS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3323 | NEWARK PARCEL SERVICE COMPANY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3324 | NEWARK WAYNE COMMUNITY HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3325 | NEWCOMB SPRING CORPORATION - PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3326 | NEWCOMB SPRING CORPORATION - PRIMARY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3327 | NEWCOMER FUNERAL SERVICE GROUP, INC. - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3328 | NEWCOMER FUNERAL SERVICE GROUP, INC. - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3329 | NEWE MEDICAL CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3330 | Newell Endicia | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 3331 | NEWFANE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3332 | NEWPORT NEWS PUBLIC SCHOOLS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3333 | NEXT DOOR RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3334 | Nextera Communications | Elixir Rx Options, LLC | Vendor Contract | $2,235.81 |
| 3335 | NEXTGEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3336 | NEXTRX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3337 | NEXUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3338 | NGOC MAI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3339 | NIAGARA APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3340 | NICHOLASVILLE HEALTH AND REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3341 | NICKEL CITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3342 | NICK'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3343 | NIELSENS CITY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3344 | NIELSENS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3345 | NIMIIPUU HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3346 | NIPOMO REXALL DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3347 | NISSEN & ASSOCIATES STAFFING - ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3348 | NMMC OUTPATIENT INFUSION SERVICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3349 | NMMIP - $1,000 MEDICAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3350 | NMMIP - $2,000 MEDICAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3351 | NMMIP - $5,000 MEDICAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3352 | NMMIP - $500 MEDICAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3353 | NMMIP - SPAP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3354 | NO HUDL, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3355 | NO HUDL, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3356 | NO HUDL, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3357 | NOBLE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3358 | NORDIC EXCAVATING - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3359 | NORDIC EXCAVATING -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3360 | NORFIELD MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3361 | NORTH CAROLINA CHOICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3362 | NORTH CENTURY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3363 | NORTH COUNTRY HEALTHCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3364 | NORTH DAKOTA STATE HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3365 | NORTH DODGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3366 | NORTH EAST MEDICAL SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3367 | NORTH KANSAS CITY HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3368 | NORTH MISSISSIPPI VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3369 | NORTH MONTGOMERY COMMUNITY SCHOOLS CORP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3370 | NORTH MONTGOMERY COMMUNITY SCHOOLS CORP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3371 | NORTH OAKS DISCOUNT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3372 | NORTH PORT HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3373 | NORTH PORTLAND CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3374 | NORTH SEATTLE COLLEGE - PLAN 40 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3375 | NORTH VALLEY CENTER FOR FAMILY AND COMMUNITY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3376 | NORTHEAST CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3377 | NORTHEAST HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3378 | NORTHEAST PHCY SVCE CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3379 | NORTHEAST VALLEY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3380 | NORTHEASTERN TRIBAL HEALTH SYSTEM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3381 | NORTHERN KENTUCKY UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3382 | NORTHERN MONTANA HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3383 | NORTHERN REGIONAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3384 | NORTHLAND HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3385 | NORTHPOINT HEALTH & WELLNESS CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3386 | NORTHPOINT HEALTH CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3387 | NORTHSIDE HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3388 | NORTHWEST COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3389 | NORTHWEST IRONWORKERS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3390 | NORTHWEST KIDNEY CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3391 | NORTHWEST MISSOURI STATE UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3392 | NORTHWEST SHEET METAL WORKERS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3393 | NORTHWEST UNIVERSITY - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3394 | NORTHWESTERN JOINT FIRE DISTRICT - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3395 | NORTHWESTERN MEDICINE SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3396 | NORTON SOUND REGIONAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3397 | NORWALK HOUSING AUTHORITY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3398 | NORWOOD HILLS COUNTRY CLUB - ACP 17 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3399 | NORWOOD HILLS COUNTRY CLUB - EPO $1,500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3400 | NORWOOD HILLS COUNTRY CLUB - EPO $6,000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3401 | NORWOOD HILLS COUNTRY CLUB - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3402 | NOVA INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3403 | NOVUS LIFE CARE HOSPICE OF MISSOURI | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3404 | NPS PHARMACY AT MY HOUSE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3405 | NUCARA PHARMACY #17 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3406 | NUESTRA FARMACIA Y COLMADO ALTURAS, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3407 | NUFACTOR INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3408 | NUFACTOR INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3409 | NUFACTOR INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3410 | NUTMEG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3411 | NUTMEG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3412 | NUTMEG PHARMACY MOODUS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3413 | NUTMEG PHARMACY NEW LONDON LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3414 | NUTMEG PHARRMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3415 | NYA HEALTH SERVICES, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3416 | O & H BRAND DESIGN LLC - HDHP 3000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3417 | O & H BRAND DESIGN LLC - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3418 | OAK GROVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3419 | OAKLAND PARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3420 | OAKLAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3421 | OAKLEY TRANSPORT, INC. - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3422 | OAKLEY TRANSPORT, INC. - HIGH BENEFIT PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3423 | OAKLEY TRANSPORT, INC. - PREFERRED PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3424 | OAKS PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3425 | OAKSIDE CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3426 | OAKSTEAD INFUSION VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3427 | OAKWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3428 | OALH OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3429 | OBENDORF HOP, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3430 | OBRIST & COMPANY, INC -W2000 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3431 | OC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3432 | OCEAN PARK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3433 | OCEAN SHORES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3434 | OCONNELL PHARMACY LTD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3435 | O'CONNOR OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3436 | OCU HEALTH & WELFARE TRUST | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3437 | Office Depot | Elixir Puerto Rico, Inc. | Vendor Contract | $558.95 |
| 3438 | Ohana Pacific Management Company | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3439 | OHIO ECOLOGICAL FOOD & FARM ASSOCIA - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3440 | OHIO EDISON | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3441 | OHIO NURSES ASSOCIATION - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3442 | OHIO VETERANS HOME | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3443 | OJAI VALLEY COMMUNITY HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3444 | OK AREA INDIAN HEALTH SERVICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3445 | OKAW PROPERTIES INC. - ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3446 | OKIE'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3447 | OKLAHOMA CITY INDIAN CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3448 | OLANTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3449 | OLE TOWNE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3450 | OLYBROS, LLC - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3451 | OLYMPIA PLAZA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3452 | OMEGA INTEGRATED SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3453 | OMEGA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3454 | OMHSAS BUREAU COMMUNITY & HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3455 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3456 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3457 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3458 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3459 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3460 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3461 | OMNI FAMILY HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3462 | OMNI PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3463 | OMNICARE, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3464 | OMNICARE, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3465 | OMNICELL SPECIALTY PHARMACY SERVICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3466 | ON TRACK CONSTRUCTION, LLC. -SILVER 303 HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3467 | ONAMIA DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3468 | ONCOLOGY PHARMACY SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3469 | ONCOMED SPECIALTY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3470 | ONE STOP PRESCRIPTION LAS AMERICAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3471 | ONEALS DRUG STORE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3472 | ONEIDA COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3473 | ONPOINT PHARMACY OF PORT JEFFERSON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3474 | ONTRACK STAFFING - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3475 | ONYX CONTRACTORS OPERATIONS, LP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3476 | OPTIMA HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3477 | OPTIME CARE, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3478 | OPTION CARE ENTERPRISES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3479 | OPTUM FRONTIER THERAPIES II LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3480 | OPTUM FRONTIER THERAPIES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3481 | OPTUM INFUSION SERVICES, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3482 | OPTUM SPECIALTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3483 | OPTUMRX INC. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3484 | ORBY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3485 | OREGON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3486 | Oregon Shakespeare Festival | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3487 | OREGON STATE HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3488 | OREGON TRAIL EYE CENTER - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3489 | OREGON TRAIL EYE CENTER - GOLD 201 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3490 | Organon LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 3491 | ORGLIFE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3492 | ORLANDCARE PHARMACY AND MEDICAL SUPPLY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3493 | ORSINI PHARMACEUTICAL SERVICES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3494 | ORTHOPAEDIC HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3495 | ORTIZ MEDICAL PHARMACY, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3496 | OSF HEALTHCARE HOME INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3497 | OSI STAFFING, INC. - ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3498 | OSWALD-CROW AGENCY, LLC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3499 | OTHELLO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3500 | OTT AND MCHENRY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3501 | OUR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3502 | OUTSIDE IN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3503 | OWNER-OPERATOR INDEPENDENT DRIVERS ASSOC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3504 | OWYHEE COMMUNITY HEALTH FACILITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3505 | OXFORD CIRCLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3506 | OXFORD GLOBAL RESOURCES, LLC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3507 | OYATE HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3508 | OZARKS COCA COLA/ DR PEPPER BOTTLING CO. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3509 | OZARKS COCA-COLA/DR PEPPER (NON-UN ACTIVE PLAN) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3510 | PACE DRIVERS, INC. - BASE HIGH PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3511 | PACIFIC FARM MANAGEMENT, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3512 | PACIFIC MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3513 | PACIFIC MEDICAL PHARMACY 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3514 | PACIFIC MEDICAL PHARMACY 3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3515 | PACIFIC PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3516 | PAIELLI'S BAKERY, INC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3517 | PALA GROUP LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3518 | PALENQUE MANAGEMENT LLC - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3519 | PALM VILLAGE RETIREMENT COMMUNITY - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3520 | PALMETTO ENVIRONMENTAL GROUP,LLC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3521 | PALMETTO FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3522 | PALMETTO INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3523 | PALMS PHMACY OF BELL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3524 | PALMS PHARMACY OF CHIEFLAND | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3525 | PALMS PHARMACY OF TRENTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3526 | PANACEA COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3527 | PANCARE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3528 | PANTHERX SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3529 | PANTHERX SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3530 | PANTHERX SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3531 | PARADISE ROOTS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3532 | PARAGON - HDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3533 | PARAGON - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3534 | PARAGON- HDHP INDIVIDUAL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3535 | PARAGON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3536 | PARAGON SITEWORK CONSTRUCTORS, INC. - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3537 | PARAGON SITEWORK CONSTRUCTORS, INC. - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3538 | PARAMOUNT FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3539 | PARAS DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3540 | ParcelShield Holdings, LLC | Elixir Pharmacy, LLC | Vendor Contract | $41,728.88 |
| 3541 | PARK DUVALLE NEWBURG COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3542 | PARK UNIVERSITY ACADEMIC - PLAN 23 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3543 | PARK UNIVERSITY ATHLETIC - PLAN 23 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3544 | PARKCHESTER FAMILY PHRM AND SURG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3545 | PARKCREST DENTAL (LOW DEDUCTIBLE) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3546 | PARKERSBURG FAMILY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3547 | PARKMEDIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3548 | PARKSIDE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3549 | Parkview Analytics LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3550 | PARKVIEW NURSING & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3551 | PARKWAY PHARMACY SOUTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3552 | PARKWAY PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3553 | PARKWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3554 | PAROWAN DRUG AND GIFT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3555 | PARS GROUP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3556 | PARTNERS PERSONNEL MGMT SERVICES - MEC ENHANCED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3557 | PASSAMAQUODDY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3558 | PATHS - HDHP WITH HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3559 | PATHS - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3560 | PATIENT CARE AMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3561 | PATIENT FIRST CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3562 | PATRIOT PICKLE - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3563 | PATTON PHARMACY V & S VARIETY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3564 | PATTON STATE HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3565 | PAUL REED CONSTRUCTION & SUPPLY, INC. - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3566 | PAUL REED CONSTRUCTION & SUPPLY, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3567 | PAULSEN, INC. - BRONZE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3568 | PAULSEN, INC. - GOLD COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3569 | PAVLICH, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3570 | PAX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3571 | PEACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3572 | PEACHVIEW DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3573 | PEAK SECURITY - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3574 | PEAK SECURITY - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3575 | PECHANGA INDIAN HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3576 | PEDIATRIC CARDIAC CARE OF ARIZONA, LL - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3577 | PEDIATRIC CARDIAC CARE OF ARIZONA, LLC - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3578 | PELOT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3579 | PELPHREYS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3580 | PENINSULA COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3581 | PENINSULA COMMUNITY HEALTH SERVICES - KEY PENINSULA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3582 | PENINSULA COMMUNITY HEALTH SERVICES BREMERTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3583 | PENINSULA COMMUNITY HEALTH SERVICES PHARMACY - BELFAIR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3584 | PENINSULA COMMUNITY HEALTH SERVICES PHARMACY-POULSBO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3585 | PENINSULA COMMUNITY HEALTH SERVICES PT ORCHARD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3586 | PENN HOME INFUSION THERAPY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3587 | PENOBSCOT NATION HEALTH DEPARTMNT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3588 | PENTEC HEALTH, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3589 | PENTEC HEALTH, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3590 | PEOPLES CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3591 | PEOPLES DRUG AND GIFT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3592 | PEOPLES MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3593 | PEOPLE'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3594 | PEORIA COUNTY - 2022 IMRF | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3595 | PEORIA COUNTY - 2022 FAMILY QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3596 | PEORIA COUNTY - 2022 SINGLE QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3597 | PEORIA COUNTY - 2022 STANDARD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3598 | PEORIA PUBLIC SCHOOL DISTRICT #150 - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3599 | PEORIA PUBLIC SCHOOL DISTRICT #150 - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3600 | PEORIA PUBLIC SCHOOL DISTRICT #150 - PLAN C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3601 | PEPSI-COLA OF THE HUDSON VALLEY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3602 | PEREZVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3603 | PERFECT STRIKE DELIVERY, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3604 | PERFECT STRIKE DELIVERY, LLC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3605 | PERFECT STRIKE DELIVERY, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3606 | PERFECTION BAKERIES INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3607 | PERFECTION BAKERIES INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3608 | PERHAM HEALTH HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3609 | PERIMETER CHURCH - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3610 | PERIMETER CHURCH - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3611 | PERRY COUNTY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3612 | PERSONNEL MANAGEMENT GROUP, INC. - ADVANTAGE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3613 | PERSONNEL MANAGEMENT GROUP, INC. -BASE HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3614 | PETE S. COURY MD, PLLC -GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3615 | PETE S. COURY MD, PLLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3616 | PETE S. COURY MD, PLLC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3617 | PETER CHRISTENSEN HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3618 | PETER CORPORATION - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3619 | PETER CORPORATION - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3620 | Peter Mikhail DBA RxTalents | Elixir Rx Options, LLC | Vendor Contract | $967.74 |
| 3621 | PETERS HEATING & AC, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3622 | PETERSON MANUFACTURING COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3623 | PETROLIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3624 | PHARMA CASA, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3625 | PHARMACARE HEALTH SPECIALISTS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3626 | PHARMACY 2000 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3627 | PHARMACY ASSISTANCE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3628 | PHARMACY CORPORATION OF AMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3629 | PHARMACY FIRST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3630 | PHARMACY FIRST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3631 | PHARMACY FIRST PR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3632 | PHARMACY HEALTH SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3633 | PHARMACY INNOVATIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3634 | PHARMACY OF GRACE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3635 | PHARMACY OF THE STARS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3636 | PHARMACY ON THE PARK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3637 | PHARMACY OVER THE RHINE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3638 | PHARMACY SPECIALISTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3639 | PHARMACY STRAWBERRY MANSION HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3640 | PHARMASCRIPT INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3641 | PharmaStrategies, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 3642 | PHARMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3643 | PHARMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3644 | PHARMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3645 | PHELPS FARMS, INC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3646 | PHELPS FARMS, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3647 | PHI PHARMACY DANDAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3648 | PHI PHARMACY GARAPAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3649 | PHI PHARMACY KAGMAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3650 | PHI PHARMACY TINIAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3651 | PHIL HUGHES AUTO GROUP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3652 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3653 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3654 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3655 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3656 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3657 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3658 | PHILADELPHIA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3659 | PHILLIPS SAFETY PRODUCTS - BRONZE 405 ARCHIVED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3660 | PHILLIPS SAFETY PRODUCTS - SILVER 302 ARCHIVED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3661 | PHILLY DRUGSTORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3662 | PHIL'S DISCOUNT DRUGS | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3663 | PHOENIX AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3664 | PHOENIX CHILDRENS HOSPITAL HOPE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3665 | PHOENIX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3666 | PHYSICIANS' CHOICE INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3667 | PHYTOGENICS SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3668 | PICKER PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3669 | PICO SQUARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3670 | PICO UNION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3671 | PICOU'S DRUG STORE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3672 | PICWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3673 | PIEDMONT COMMUNITY SERVICES - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3674 | PIEDMONT COMMUNITY SERVICES - HDHP/HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3675 | PIEDMONT HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3676 | PIEDMONT INTERNAL MEDICINE - LEVEL 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3677 | PIEDMONT INTERNAL MEDICINE - LEVEL 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3678 | PIEDMONT INTERNAL MEDICINE - LEVEL 3 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3679 | PIEDMONT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3680 | PIERCE COLLEGE - PLANS 43 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3681 | PIKE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3682 | PIKEVILLE COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3683 | PIKEVILLE HOME PATIENTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3684 | PILL BOX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3685 | PIMA COUNTY COMMUNITY COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3686 | PINE GROVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3687 | PINE HILL HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3688 | PINE MEADOWS HEALTHCARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3689 | PINNACLE APOTHECARY CANDLER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3690 | PINO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3691 | PIONEERS HOME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3692 | Pitney Bowes Global Financial Services LLC | Elixir Rx Options, LLC | Vendor Contract | $3,248.05 |
| 3693 | PLACENTIA LINDA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3694 | PLANET PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3695 | PLATEAU EXCAVATION INC - BUY UP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3696 | PLATEAU EXCAVATION INC - CORE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3697 | PLATEAU EXCAVATION INC - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3698 | PLATINUM CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3699 | PLAZA HOME CARE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3700 | PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3701 | PLAZA UNITED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3702 | PLAZA WEST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3703 | PLEASANT POINT HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3704 | PLENTYWOOD DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3705 | PLEOTINT - TIG HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3706 | PLEOTINT - TIG MINIMUM VALUE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3707 | PLEOTINT - TIG TRADITIONAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3708 | PLI HOLDINGS, INC - COINSURANCE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3709 | PLI HOLDINGS, INC - COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3710 | PLOVER HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3711 | PLUMBERS & PIPEFITTERS LOCAL 551 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3712 | PLUMBERS & PIPEFITTERS LOCAL 653 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3713 | PLUMBING DISTRIBUTORS, INC - $1K DEDUCTIBLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3714 | PLUMBING DISTRIBUTORS, INC - $4K DEDUCTIBLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3715 | PLUMBING DISTRIBUTORS, INC - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3716 | POARCH CREEK INDIAN HEALTH DEPT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3717 | POINT BANK | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3718 | POINTE PHARMACY PLLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3719 | POKAGON BAND HEALTH SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3720 | POLARIS ENTERTAINMENT PARTNERS, LLC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3721 | POLARIS ENTERTAINMENT PARTNERS, LLC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3722 | POLARIS ENTERTAINMENT PARTNERS,LLC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3723 | POLO CUSTOM PRODUCTS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3724 | POLYMEDIC PHARMACY & MINIMART | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3725 | Polynesian Adventure Tours | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3726 | PONCA HILLS HEALTH AND WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3727 | PORT CONSOLIDATED | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3728 | Port of Bellingham | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3729 | PORTA DEL SOL FARMA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3730 | PORTLAND AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3731 | POTTER CONCRETE, LTD. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3732 | POUDRE INFUSION THERAPY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3733 | POWER ZONE EQUIPMENT, INC. -GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3734 | POWER ZONE EQUIPMENT, INC. -SILVER 303 HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3735 | PRADON CONSTRUCTION AND TRUCKING INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3736 | PRAIRIE BAND POTAWATOMI HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3737 | PRAIRIE HILLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3738 | PRATER'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3739 | PreCheck, Inc. | Elixir Rx Options, LLC | Vendor Contract | $2,019.90 |
| 3740 | PRECISION CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3741 | PREFERRED ADMINISTRATORS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3742 | PREFERRED ADMINISTRATORS | Elixir Rx Options, LLC | Customer Contract | $0.00 |
| 3743 | PREFERRED EXCELLENT CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3744 | PREMIER CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3745 | PREMIER CHOICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3746 | PREMIER DISTRIBUTING COMPANY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3747 | PREMIER INFUSION AND HEALTHCARE SERVICES, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3748 | PREMIER PHARMACY & WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3749 | PREMIER PSAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3750 | PREMIER PSAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3751 | PREMIUM PHARMACY AND MEDICAL CO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3752 | PREMIUM PHARMACY DISCOUNT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3753 | PRESCRIPTION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3754 | PRESCRIPTION CENTER LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3755 | PRESCRIPTION CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3756 | PRESCRIPTION DEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3757 | PRESCRIPTION DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3758 | PRESCRIPTION DRUG STORE LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3759 | PRESCRIPTION SHOPPE OF GEORGETOWN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3760 | PRESCRIPTION WORLD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3761 | PRESCRIPTIONS INC. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3762 | PRESERVATION TREE CARE, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3763 | PRESERVATION TREE CARE, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3764 | PRESERVATION TREE CARE, INC. - SILVER 300 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3765 | PRESTIGE RX LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3766 | PRESTON TAYLOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3767 | PRICE CHOPPER HOUSE CALLS PHARMA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3768 | PRIMARY CARE & HOPE CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3769 | PRIMARY CARE & HOPE CLINIC PHARMACY SHELBYVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3770 | PRIMARY CARE AND HOPE CLINIC PHARMACY SMYRNA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3771 | PRIMARY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3772 | PRIMARY CARE PHARMACY SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3773 | PRIMARY CARE PHARMACY SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3774 | PRIMARY PEDIATRICS FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3775 | PRIME MED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3776 | PRIME ONE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3777 | PRIMEWAY FEDERAL CREDIT UNION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3778 | PRINCE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3779 | PRINCETON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3780 | PRINCETON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3781 | PRIORITY HEALTH CARE PHARMACY GRETNA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3782 | PRO HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3783 | PROCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3784 | PROCARE PHARMACY CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3785 | PROCARE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3786 | PROCARE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3787 | PRODUCTIV, INC. - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3788 | PROFESSIONAL HOME IV | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3789 | PROFESSIONAL OFFICE BUILDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3790 | PROFESSIONAL ORTHOPEDIC&SPORTS PT - CHOICE POS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3791 | PROFESSIONAL ORTHOPEDIC&SPORTS PT-LOW OPEN ACCESS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3792 | PROFESSIONAL ORTHOPEDIC&SPORTS PT-MED OPEN ACCESS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3793 | PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3794 | PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3795 | PROFESSIONAL PHARMACY FAIRVIEW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3796 | PROFESSIONAL PHARMACY SANTA ANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3797 | PROFESSIONAL PHARMACY WESTMINSTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3798 | PROFESSIONAL PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3799 | PROFESSIONAL SERVICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3800 | PROGRAM CIS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3801 | Progress Software Corporation | Elixir Rx Options, LLC | Vendor Contract | $368.11 |
| 3802 | PROMPT CARE HOME INFUSION LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3803 | PROMPTCARE HOME INFUSION LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3804 | PROMTPCARE HOME INFUSION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3805 | Proper Consulting Group LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3806 | PROSCRIPT AMERICA | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3807 | PROSCRIPT AMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3808 | PROVIDENCE APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3809 | PROVIDENCE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3810 | PROVIDENCE GALLATIN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3811 | PROVIDENCE HOME INFUSION LA COUNTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3812 | PROVIDENCE HOME INFUSION ORANGE COUNTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3813 | PROVIDENCE HOMESTEAD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3814 | PROVIDENCE INFUSION AND PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3815 | PROVIDENCE INFUSION AND PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3816 | PROVIDENCE MEDICAL CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3817 | PROVIDENCE MOTHER JOSEPH CCP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3818 | PROVIDENCE MUTUAL | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3819 | PROVIDENCE PAVILION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3820 | PROVIDENCE SPECIALTY PHARMACY SERVICES-INFUSION/SPP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3821 | PROVIDENCE SPECIALTY PHARMACY SERVICES-LTC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3822 | Provider Partners Illinois Advantage Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3823 | Provider Partners Maryland Advantage Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3824 | Provider Partners Missouri Advantage Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3825 | Provider Partners Pennsylvania Advantage Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3826 | Provider Partners Texas Advantage Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3827 | PROVIDER PAY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3828 | PROVINCE OF THE SACRED HEART ORDER OF FRIARS MINOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3829 | PROVISIONS LIVING AT BEAUMONT | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3830 | PRX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3831 | PRYMED MEDICAL CARE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3832 | PRYMED MEDICAL CARE INC VB | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3833 | PS SEASONING & SPICES, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3834 | PS SEASONING & SPICES, INC. - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3835 | PS SEASONING & SPICES, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3836 | PSC GROUP LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3837 | PUBLIC HEALTH PHARMACY- LOMPOC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3838 | PUBLIC HEALTH PHARMACY SANTA MARIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3839 | PUGET SOUND ELECTRICAL WORKERS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3840 | Purchase Power | Elixir Rx Options, LLC | Vendor Contract | $2,338.46 |
| 3841 | PURDUE UNIVERSITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3842 | PURDY COST LESS PRESCRIPTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3843 | PUYALLUP TRIBAL CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3844 | PW FOODS, LLC - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3845 | PW FOODS, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3846 | PYRAMID LAKE TRIBAL HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3847 | PYRAMIDS INFUSION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3848 | Q CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3849 | Q PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3850 | QHR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3851 | QHR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3852 | QRC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3853 | QUAIL CREEK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3854 | QUALICARE PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3855 | QUALITY AIR, LLC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3856 | QUALITY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3857 | QUALITY CARGO TRAILERS, LLC. - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3858 | QUALITY IV CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3859 | QUARTZ HILL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3860 | QUARVE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3861 | QUEENSBRIDGE PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3862 | QUEENSCARE HEALTH CENTER - EAST LA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3863 | QUEENSCARE HEALTH CENTER - HOLLYWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3864 | Quest Analytics | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3865 | QUICK AID PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3866 | QUICK CARE COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3867 | QUICKEST TRADESHOW SERVICES - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3868 | QUINCY COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3869 | R & A ENTERPRISES OF CARBONDALE, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3870 | R & B COURIERS, LLC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3871 | R M FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3872 | R & R PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3873 | R AND R PHARMACY TWIN FALLS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3874 | R&T PZA CORPORATION - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3875 | R.K. ELITE HYDRO-VAC SERVICES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3876 | R.T. Hampton Plumbing & Heating, Inc | Elixir Pharmacy, LLC | Vendor Contract | $12,827.00 |
| 3877 | RAAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3878 | RACK BUILDERS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3879 | RAILROAD DRUG AND OLD TIME SODA FOUNTAIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3880 | RAINBOW CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3881 | RAINBOW PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3882 | RALEY'S | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3883 | RALLY CREDIT UNION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3884 | RAMEY-ESTEP HOMES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3885 | RAMIREZ PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3886 | RAMSEY INDUSTRIES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3887 | RANDALL SMITH TRUCKING CO., INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3888 | RANDALLS FOOD & DRUGS LP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3889 | RANDOLPHS RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3890 | RANDYS FAMILY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3891 | RANGAM CONSULTANTS - MEC EXTRA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3892 | RANGAM CONSULTANTS - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3893 | RANIER'S RX LABORATORY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3894 | RAWLINGS FINANCIAL | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3895 | Rawlings Financial Services LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3896 | RAY & SON HEATING AND A/C - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3897 | RAY FISHER PHARMACY, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3898 | RAY'S CITY DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3899 | RAYVILLE FAMILY PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3900 | RCB BANK - HDHP FAMILY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3901 | RCB BANK - HDHP SINGLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3902 | RCB BANK - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3903 | RCB BANK - PPO COBRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3904 | RCS CORPORATION - BUY UP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3905 | RCS CORPORATION - CORE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3906 | REA CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3907 | READYWORK, INC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3908 | READYWORK, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3909 | REAGAN MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3910 | REAL ESTATE SOLUTIONS UNLIMITED INC- 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3911 | REAMS CONSTRUCTION CO.  - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3912 | REAVIS DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3913 | REBER MACHINE AND TOOL CO | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3914 | RECETAS Y MAS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3915 | RECOVERY CARE LLC DBA CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3916 | RED CLIFF COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3917 | RED CROSS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3918 | RED EYE, INC. -  GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3919 | RED EYE, INC. -  SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3920 | RED EYE, INC. -SILVER 303 HSA PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3921 | RED HOOK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3922 | RED UNDERGROUND & UTILITY SERVICE - ESSENTIAL+5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3923 | RED UNDERGROUND & UTILITY SERVICES, - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3924 | RED UNDERGROUND & UTILITY SERVICES, - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3925 | RED WILLOW AVIATION & SPRAYING, INC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3926 | RED ZA, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3927 | REDBIRD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3928 | REDLINE PHARMACY SOLUTIONS, LLC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3929 | REEDSBURG AREA MEDICAL CENTER COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3930 | REEDSBURG AREA MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3931 | REEDSBURG AREA MEDICAL CENTER VIKING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3932 | REFORMATION HOLDINGS, LLC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3933 | REFORMATION HOLDINGS, LLC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3934 | REGION IV MH MR COMMISSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3935 | REGIONAL WEST HEALTH SERVICES - COPAY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3936 | REGIONAL WEST HEALTH SERVICES - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3937 | REHABVISIONS, INC - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3938 | REHABVISIONS, INC - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3939 | RELAY GRADUATE SCHOOL OF EDUCATION - EPO PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3940 | RELAY GRADUATE SCHOOL OF EDUCATION - PPO PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3941 | RelayHealth | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3942 | RELIABLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3943 | RELIANCE PACKAGING LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3944 | RELIANT HEALTHCARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3945 | REMANUFACTURING SALES CO. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3946 | Remodelers Contracting | Elixir Pharmacy, LLC | Vendor Contract | $5,050.63 |
| 3947 | REMSEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3948 | REMTEX INC - PREMIER 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3949 | REND LAKE COLLEGE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3950 | RENO-SPARKS TRIBAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 3951 | Rentokil North America Inc DBA Ambius | Elixir Rx Options, LLC | Vendor Contract | $314.60 |
| 3952 | Resources Global Professionals | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3953 | Retarus Inc. | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 3954 | RETRACTABLE TECHNOLOGIES INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3955 | REVOLVE MANAGEMENT CO., LLC - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3956 | REVOLVE MANAGEMENT CO., LLC - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3957 | REYNOLDS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3958 | RIALTO FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3959 | RICHFIELD COMMUNITY PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3960 | RICHLAND FAMILY PRESCRIPTION CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3961 | RICHLAND HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3962 | RICHMOND PLACE (BROOKDALE) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3963 | RIDLEYS FOOD AND DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3964 | RIGIDPLY RAFTERS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3965 | RILEY SPENCE MANAGEMENT CO., LLC - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3966 | RILEY SPENCE MANAGEMENT CO., LLC - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3967 | RILEYS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3968 | RIMPULL CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3969 | RIO GRANDE BIBLE COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3970 | RIO GRANDE HEMATOLOGY AND ONCOLOGY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3971 | RIPLEY FAMILY MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3972 | RIPON AWARDJACKETS, INC. - HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3973 | RIPON AWARDJACKETS, INC. - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3974 | RIPON DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3975 | RITCHEYS TRUCK REPAIR, INC. -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3976 | RITE AID | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 3977 | RITE AID CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3978 | RITE AID CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3979 | RITE AID CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3980 | RITESCRIPTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3981 | RITEWAY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3982 | RITTERSVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3983 | RIVER OAKS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3984 | RIVER VALLEY HEALTH AND WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3985 | RIVERVIEW HEALTHCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3986 | RJ Health Systems | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3987 | RMK Consulting Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3988 | RMQ, INC. -GOLD 200 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3989 | RMQ, INC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3990 | ROAD RANGER, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3991 | ROADWAY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3992 | Robert Half Management Resources | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 3993 | ROBERTS' PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3994 | ROBERTSON CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3995 | ROBERTSON SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3996 | ROBIN BUILDERS, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 3997 | ROCKCASTLE REGIONAL HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3998 | ROCKET CITY VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 3999 | ROCKING HORSE COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4000 | ROCKWOOD HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4001 | ROCKY BOY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4002 | ROCKY RIDGE DRUG CO | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4003 | ROEHR'S MACHINERY, INC. - GOLD E200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4004 | ROGERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4005 | ROMES URGENT CARE SERVICES, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4006 | RONCO DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4007 | Roofers Local 149 Security Benefit Trust Fund | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4008 | ROOFERS LOCAL NO. 20 HEALTH AND WELFARE FUND | Elixir Rx Options, LLC | Customer Contract | $0.00 |
| 4009 | ROOFING FORCE, LLC - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4010 | ROOFING FORCE, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4011 | ROR MADISON PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4012 | ROSA 1 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4013 | ROSA CLARK MEDICAL CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4014 | ROSA II PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4015 | ROSA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4016 | ROSE CITY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4017 | ROSEDALE MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4018 | ROSIE ON THE HOUSE - BRONZE 403 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4019 | ROSIE ON THE HOUSE - SILVER 302 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4020 | ROSINA FOOD PRODUCTS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4021 | ROSS GRANT AVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4022 | ROSVOLOS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4023 | ROSWELL PARK CANCER INSTITUTE CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4024 | ROSYS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4025 | ROTA HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4026 | ROY O. MARTIN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4027 | ROYAL STYLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4028 | RR RIDGE, LLC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4029 | RR RIDGE, LLC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4030 | RUBENSTEIN MEMORIAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4031 | RUBY TUESDAY LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4032 | RUBY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4033 | RURAL HEALTH CARE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4034 | RUSH CANCER CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4035 | RUSH MEDICAL OFFICE BUILDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4036 | RUSKIN HEALTH CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4037 | RUSSELL FORK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4038 | RUST COLLEGE - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4039 | RUTH'S HOSPITALITY GROUP INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4040 | RUTT'S HEATING & AIR CONDITIONING, INC - B404 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4041 | RUTT'S HEATING & AIR CONDITIONING, INC - S302 PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4042 | RV WHOLESALERS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4043 | RV WHOLESALERS - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4044 | RWK Services Inc | Elixir Pharmacy, LLC | Vendor Contract | $11,598.45 |
| 4045 | RX CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4046 | RX CHOICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4047 | RX EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4048 | RX MEDS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4049 | RX PLUS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4050 | RX POINT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4051 | RX SOLUTION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4052 | RXALL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4053 | RxCompare LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 4054 | RXCOMPLETE 360 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4055 | RXCOMPLETE 360 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4056 | RXONE ST DOMINIC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4057 | RXONE TOWER DRIVE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4058 | RXSELECT PHARMACY NETWORK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4059 | RxSense | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 4060 | S & H FARM SUPPLY, INC.. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4061 | S Abraham and Sons | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4062 | S AND S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4063 | S AND T PHARMACIE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4064 | S.R. KEY PLUMBING & MECHANICAL, LLC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4065 | SAAR'S SUPER SAVER PHARMACY 610 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4066 | SABAN COMMUNITY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4067 | SABAN COMMUNITY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4068 | SADDLEBACK VALLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4069 | SAFEMED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4070 | SAFEWAY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4071 | SAGAN AMOT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4072 | SAGE MEMORIAL HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4073 | SAIGON PHARMACARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4074 | SAINT BERNARD HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4075 | SAINT GEORGE MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4076 | SAINT LUKE'S HOSPICE - HOSPICE HOUSE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4077 | SAINT LUKE'S HOSPICE - LEAVENWORTH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4078 | SAINT LUKE'S HOSPICE - METRO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4079 | SAINT LUKE'S HOSPICE - NORTHEAST | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4080 | SAINT LUKE'S HOSPICE - SOUTH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4081 | SAINT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4082 | SAINT THOMAS HICKMAN HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4083 | SALEM CROSSROADS APOTHECARY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4084 | SALEM CRSSRDS APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4085 | SALEM DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4086 | SALEMS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4087 | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4088 | SAM KORF PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4089 | SAMARITAN HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4090 | SAMJAN GROUP, INC - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4091 | SAM'S CLUB EAST & WEST INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4092 | SAM'S HEALTH MART PHARMACY, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4093 | SAMUEL SIMMONDS MEM HOSP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4094 | SAN ANDREAS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4095 | SAN ANTONIO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4096 | SAN CARLOS APACHE HEALTHCARE CORPORATION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4097 | SAN CARLOS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4098 | SAN DIEGO OPTIMUM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4099 | SAN FELIPE HEALTH CLINIC PHCY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4100 | SAN GABRIEL MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4101 | SAN JOAQUIN COUNTY MENTAL HEALTH SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4102 | SAN JORGE CHILDRENS HOSPITAL INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4103 | San Jose Development Inc | Elixir Puerto Rico, Inc. | Lease Contract | $675.00 |
| 4104 | SAN JOSE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4105 | San Jose Unified School District | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4106 | SAN JUAN DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4107 | SAN JUAN REGIONAL MEDICAL CENTER - ASSURANCE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4108 | SAN JUAN REGIONAL MEDICAL CENTER-PREMIUM PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4109 | SAN LAZARO PHARMACY AND DISCOUNT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4110 | SAN MANUEL INDIAN HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4111 | SAN MATEO MEDICAL CENTER OUTPATIENT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4112 | SAN RAFAEL SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4113 | SANATOGA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4114 | Sandoz Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4115 | SANFORD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4116 | SANFORD SCHOOL DISTRICT - BRONZE 401 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4117 | SANTA CLARA  VALLEY HEALTH AND HOSPITAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4118 | SANTA ELENA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4119 | SANTA MONICA PHARMACY AND MEDICAL SUPPLIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4120 | SANTA ROSA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4121 | SANTA TERESA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4122 | SANTAQUIN PHARMACY & DIABETES CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4123 | SANTEE TRIBAL CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4124 | SANTO DOMINGO PUEBLO HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4125 | SARASOTA COUNTY HEALTH DEPARTMENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4126 | SATER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4127 | SAUGERTIES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4128 | SAUNDERS MEDICAL CENTER LTC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4129 | SAV MOR DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4130 | SAV MOR DRUG STORES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4131 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4132 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4133 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4134 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4135 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4136 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4137 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4138 | SAV MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4139 | SAVANNA PALLETS - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4140 | SAVANNAH LUGGAGE WORKS - MEC GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4141 | SAVANNAH LUGGAGE WORKS -7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4142 | SAVE-RITE DRUGS RADCLIFF | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4143 | SAVERX DISCOUNT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4144 | SAV-MAX MERRIMAN PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4145 | SAV-MOR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4146 | SAWYER STREET HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4147 | SAYRE CHRISTIAN VILLAGE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4148 | SCALES, SYSTEMS & AUTOMATION - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4149 | SCENIC BLUFFS COMMUNITY HEALTH CENTER INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4150 | SCF RASU PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4151 | SCHEER DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4152 | SCHLEY COUNTY BOARD OF COMMISSIONERS - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4153 | SCHOOL DISTRICT OF SPRINGFIELD R-12 - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4154 | SCHOOL DISTRICT OF SPRINGFIELD R-12 - HDHP HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4155 | SCHOOL DISTRICT OF SPRINGFIELD R-12-BUY-UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4156 | SCHOOLCRAFT COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4157 | SCHROON LAKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4158 | SCHUYLER HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4159 | SCOTT AND ASSOCIATES, PC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4160 | SCOTT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4161 | SCOTTS BLUFF COUNTY, NE - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4162 | SCRIPTWORX LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4163 | SCURLOCK INDUSTRIES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4164 | SCURLOCK INDUSTRIES- OK/PCC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4165 | SEA ISLAND | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4166 | SEASONS AT ALEXANDRIA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4167 | SEATTLE CENTRAL COLLEGE - PLAN 40 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4168 | SEATTLE CHILDRENS FOREST OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4169 | SEATTLE CHILDRENS OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4170 | SEATTLE INDIAN HEALTH BOARD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4171 | SEATTLE PACIFIC UNIVERSITY - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4172 | SEAVIEW PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4173 | SECURITY 1ST TITLE LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4174 | SECURITY FIRE EQUIPMENT CO., INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4175 | SEITZ DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4176 | SELECT SOURCE INTERNATIONAL - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4177 | SENECA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4178 | SENTARA INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4179 | SENTRY DRUG CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4180 | SENTRY DRUG CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4181 | SENTRY DRUG CENTER 3 LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4182 | SERV U PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4183 | SERVAC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4184 | SERVICE DRUG COMPANY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4185 | SERVICE REXALL DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4186 | SETON MEDICAL CENTER COASTSIDE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4187 | SEVA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4188 | SEXTON COMPANIES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4189 | SHANNON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4190 | SHARON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4191 | SHARP OILFIELD SERVICES, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4192 | SHAWS SUPERMARKETS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4193 | Sheet Metal Workers 7 Zone 3 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4194 | SHEET METAL WORKERS LOCAL 17 | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4195 | SHELBY COUNTY, IL | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4196 | SHELBY DRUGSTORE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4197 | SHELBY VALLEY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4198 | SHELL FEDERAL CREDIT UNION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4199 | SHEPHERD APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4200 | SHIELD ENERGY, LLC. - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4201 | SHIELD ENERGY, LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4202 | SHIELD ENERGY, LLC. -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4203 | SHILOH APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4204 | SHORELINE COMMUNITY COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4205 | SHOW ME STATE VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4206 | SIDNEY HILLMAN HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4207 | SIERRA SAN ANTONIO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4208 | SIGLER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4209 | SIGLER PHARMACY LAWRENCE FAMILY PRACTICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4210 | SIGLER PRAIRE STAR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4211 | SIGNATURE ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4212 | SIGNATURE HEALTHCARE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4213 | SIGNATURE HEALTHCARE OF PIKEVILLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4214 | Silco Fire Protection Company | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4215 | SILETZ COMMUNITY HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4216 | SILVER SPRAY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4217 | SILVER STATE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4218 | SIMPLIFIED DRIVER STAFFING, LLC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4219 | SIMPLIFIED DRIVER STAFFING, LLC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4220 | SIMPLY SAVANNAH EVENTS, LLC. -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4221 | SINA RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4222 | SINAI COMMUNITY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4223 | SINCLAIR HEALTH CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4224 | SIOUXLAND COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4225 | SIOUXLAND COMMUNITY HEALTH CENTER PHARMACY OF NEBRASKA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4226 | SISKIYOU COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4227 | SISKIYOU COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4228 | SITTER AND BARFOOT VETERANS CARE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4229 | SIVERSON'S PHARMACY & GIFTS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4230 | SIX 55 PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4231 | SIXTH AVENUE MEDICAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4232 | SKIDWAY PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4233 | SKIL RESOURCE CENTER, INC. - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4234 | SKIL RESOURCE CENTER, INC. - OPTION 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4235 | SKILLGIGS, INC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4236 | SKILLGIGS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4237 | SKY HIGH LABOR, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4238 | SKYLAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4239 | SMALL TOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4240 | SMALL TOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4241 | SMALL TOWN PHARMACY 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4242 | SMART REVIEWS, LLC. - MEC SPECTRUM GOLD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4243 | SMART REVIEWS, LLC. - MEC SPECTRUM PLATINUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4244 | SMARTSCRIPT PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4245 | SMITH COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4246 | Smith Drug Company | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4247 | SMITH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4248 | SMP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4249 | SMW LOCAL 91 HEALTH & WELFARE FUND | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4250 | SMYLIE ONE HEATING & COOLING, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4251 | SMYLIE ONE HEATING & COOLING, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4252 | SNG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4253 | SNOW COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4254 | SNYDER PAPER CORPORATION - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4255 | SNYDER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4256 | SNYDERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4257 | SOBOBA INDIAN HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4258 | SOCIAL CIRCLE PHARMACY AND SUPPLIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4259 | Software One, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4260 | SOFTWORLD TECHNOLOGIES, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4261 | SOKAOGON CHIPPEWA HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4262 | SOLANO HEMATOLOGY ONCOLOGY INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4263 | SOLANO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4264 | SOLANO PHARMACY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4265 | SOLEO HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4266 | SOLEO HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4267 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4268 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4269 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4270 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4271 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4272 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4273 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4274 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4275 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4276 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4277 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4278 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4279 | SOLEO HEALTH INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4280 | SOLUTIONS INFUSION THERAPY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4281 | SOMERSET PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4282 | SONAIRETAIL, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4283 | Sonder Health Plans | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4284 | SONNYS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4285 | SONOMA COUNTY INDIAN HEALTH PROJECT PHARMACY INCORPORATED | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4286 | SONTERRA RX | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4287 | SOPHIE TRETTEVICK INDIAN HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4288 | SOPURE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4289 | SOUTH CAROLINA RURAL WATER ASSN. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4290 | SOUTH COAST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4291 | SOUTH DAKOTA DEVELOPMENTAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4292 | SOUTH DAKOTA STATE VETERANS HOME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4293 | SOUTH GATE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4294 | SOUTH GATE ROSE PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4295 | SOUTH GEORGIA MACHINE & FABRICATION - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4296 | SOUTH GEORGIA TOXICOLOGY, INC - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4297 | SOUTH GEORGIA TOXICOLOGY, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4298 | SOUTH GEORGIA TOXICOLOGY, INC. -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4299 | SOUTH MARINA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4300 | SOUTH PARK FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4301 | SOUTH SEATTLE COLLEGE - PLAN 40 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4302 | SOUTH STAR PLUS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4303 | SOUTH VALLEY COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4304 | SOUTHEAST HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4305 | SOUTHEAST MISSOURI STATE UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4306 | SOUTHEAST MOWER & SAW SHOP -1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4307 | SOUTHEAST POWER SYSTEMS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4308 | SOUTHEASTERN MN FOR INDEPENDENT LIVING,INC.-MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4309 | SOUTHERN ARKANSAS UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4310 | SOUTHERN CROWN PARTNERS, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4311 | Southern Eagle Distributing Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4312 | SOUTHERN HILLS UNITED METHODIST CHURCH  - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4313 | SOUTHERN PEDIATRIC CLINIC, LLC. -  SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4314 | Southern Tier Building Trades Benefit | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4315 | SOUTHERN UTE HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4316 | SOUTHERN VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4317 | SOUTHERN WOOD COMPONENTS - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4318 | SOUTHERN WOOD COMPONENTS, LLC. -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4319 | SOUTHLAND CONTRACTORS, INC. - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4320 | SOUTHLAND CONTRACTORS, INC. - 1500 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4321 | SOUTHPOINTE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4322 | SOUTHSIDE COMMUNITY HOSPITAL, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4323 | SOUTHSIDE TIRE COMPANY, INC. - G201 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4324 | SOUTHSIDE TIRE COMPANY, INC. - S302 COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4325 | SOUTHWEST HEALTH CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4326 | SOUTHWEST MISSOURI INVESTEMENTS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4327 | SP FOUNDRY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4328 | SPARTANBURG TECHNOLOGY SOLUTIONS -  SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4329 | SPAULDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4330 | SPECIAL CARE PHARMACY SERVICES, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4331 | SPECIALTY CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4332 | Specialty Pharmacy Nursing Network, Inc. | Elixir Pharmacy, LLC | Vendor Contract | $2,093.75 |
| 4333 | SPECTRUM INFUSION INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4334 | SPECTRUM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4335 | SPEEDY AIR CONDITIONING INC - ESSENTIAL 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4336 | SPEEDY AIR CONDITIONING INC - PREMIER 1000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4337 | SPENCERS PRESCRIPTION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4338 | SPRING CREEK ASSOCIATION - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4339 | SPRINGFIELD - GREENE COUNTY LIBRARY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4340 | SPRINGFIELD REMANUFACTURING CORP. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4341 | SPS SPECIALTY PHARMACY SERVICES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4342 | SRC AUTOMOTIVE, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4343 | SRC HOLDINGS CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4344 | SRC LOGISTICS - ILLINOIS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4345 | SRC LOGISTICS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4346 | SSM HEALTH ST MARY'S CARE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4347 | ST ANTHONY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4348 | ST ANTONY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4349 | ST CROIX TRIBAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4350 | ST ELIZABETHS MED CNTR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4351 | ST FRANCIS MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4352 | ST JAMES HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4353 | ST JAMES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4354 | ST JOSEPH HEALTHCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4355 | ST JOSEPH MONTESSORI SCHOOL - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4356 | ST JOSEPHS MC-ST VINCENTS WESTCHESTER DIVISION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4357 | ST JUDE CHILDREN'S RESEARCH HOSPITAL, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4358 | ST MARTIN PARISH CHC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4359 | ST MARYS PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4360 | ST MINA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4361 | ST MINA PHARMACY AND HOME CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4362 | ST PETERS HOSPITAL OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4363 | ST REGIS MOHAWK TRIBE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4364 | ST. ANGELOS PIZZA - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4365 | ST. BERNARD HOSPITAL AMBULATORY CARE CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4366 | ST. BETHLEHEM DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4367 | ST. DOMINIC HOSPITAL - CCMSI | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4368 | ST. MATTHEWS MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4369 | ST. OLAF COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4370 | STAFFORD COUNTY DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4371 | STAMPS.COM | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4372 | STANDARD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4373 | STANDISH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4374 | STANION WHOLESALE ELECTRIC COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4375 | STANLEY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4376 | STANTON NEGLEY DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4377 | Staples | Elixir Rx Options, LLC | Vendor Contract | $9,798.02 |
| 4378 | Staples Technology Solutions | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4379 | STAR DISCOUNT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4380 | STAR FINANCIAL GROUP INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4381 | STAR FINANCIAL GROUP INC. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4382 | STAR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4383 | Stark County Metropolitan Sewer District | Elixir Pharmacy, LLC | Vendor Contract | $1,238.01 |
| 4384 | STARK SOLUTIONS LLC - ESSENTIAL PLUS 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4385 | STARK SOLUTIONS LLC - PREMIER 2500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4386 | STARPET, INC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4387 | STARSIDE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4388 | STARSIDE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4389 | STAT, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4390 | STATE OF GEORGIA DEPARTMENT OF COMMUNITY HEALTH | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4391 | STEAMBOAT RESTAURANT GROUP - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4392 | STEAMBOAT RESTAURANT GROUP -BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4393 | STEAMBOAT SNOWMOBILE TOURS -SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4394 | STEAMBOAT SPRINGS EXCAVATING, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4395 | STEAMBOAT SPRINGS EXCAVATING, LLC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4396 | STEAMBOAT SPRINGS EXCAVATING, LLC. -GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4397 | STEELE PHARMACY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4398 | STEIN DISTRIBUTING CO INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4399 | STEPHEN F. AUSTIN UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4400 | STERLING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4401 | STERLING SEACREST - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4402 | STERLING SEACREST - PLAN A (NO DEDUCTIBLE) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4403 | STERLING SEACREST - PLAN B (DEDUCTIBLE) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4404 | STEVENS POINT HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4405 | STINE LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4406 | STINKER STORES, INC. - MEC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4407 | STINKER STORES, INC. - MEC MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4408 | STINKER STORES, INC. - MEC PLUS | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4409 | STINKER STORES, INC. - MEC PREMIUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4410 | STN CUSHION - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4411 | STN CUSHION - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4412 | STOCKBRIDGE MUNSEE COMMUNITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4413 | STONE PLAZA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4414 | STONES PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4415 | STOP AND SHOP PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4416 | STORY POINT UNION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4417 | STOTZ DAIRY - BRONZE 402 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4418 | STRAND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4419 | STUARTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4420 | SUITECARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4421 | SULTAN PHARMACY AND NATURAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4422 | SUMMERDALE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4423 | SUMMERFORD DRUGS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4424 | SUMMERWOOD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4425 | SUMRALLS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4426 | SUN RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4427 | SUN SUN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4428 | SUNCOAST BEVERAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4429 | SUNCOAST COMMUNITY HEALTH CENTERS I | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4430 | SUNCREST PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4431 | SUNFLOWER STATE VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4432 | SUNNY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4433 | SUNNY PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4434 | SUNRAY DRUGS SPECIALTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4435 | SUNRISE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4436 | SUNRISE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4437 | SUNSET COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4438 | SUNSET FARM FOODS - 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4439 | SUNSET NORTH YUMA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4440 | SUNSET SAN LUIS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4441 | SUNSET YUMA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4442 | SUNSHINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4443 | SUPER DISCOUNT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4444 | SUPER FARMACIA FAMILIAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4445 | SUPER FARMACIA METROPOLIS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4446 | SUPER FARMACIA SAN JOSE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4447 | SUPERDRUG TUMON | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4448 | SUPERIOR DRUG | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4449 | SUPERIOR IMPLEMENT, INC. - FAMILY POLICY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4450 | SUPERIOR IMPLEMENT, INC. - INDIVIDUAL POLICY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4451 | SUPERVALU PHARMACIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4452 | SUPREME CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4453 | Surescripts, LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4454 | SURGE STAFFING, LLC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4455 | SUTHERLAND BUILDING MATERIAL CO, LLC - MVP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4456 | SUTHERLAND PHYSICAL THERAPY - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4457 | SUTHERLANDS HEALTH CARE PLAN - NEOSHO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4458 | SUTTER INFUSION PHARMACY SERVICE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4459 | SUTTER INFUSION PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4460 | SUTTON FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4461 | SV WELLNESS PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4462 | SW MESA FAMILY & COMMUNITY HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4463 | SWEET ONION TRUCK CENTER, LLC. - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4464 | SWLA CENTER FOR HEALTH SERVICES PHARMACY-LAFAYETTE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4465 | SWMI-CERAMEX | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4466 | SWOBODA, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4467 | SYMBRIA RX SERVICES ST LOUIS LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4468 | SYNERGEN RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4469 | SYNERGEN RX, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4470 | SYNERGY LEGAL STAFFING - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4471 | T & T DRUGS INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4472 | T & T PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4473 | T & T PHARMACY 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4474 | TAJ MAHAL MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4475 | TAKECARE INSURANCE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4476 | TAMPA FAMILY HEALTH CENTER INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4477 | TANA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4478 | TANG PHARMACY II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4479 | TANG PHARMACY III | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4480 | TANG PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4481 | TANG PHARMACY IV | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4482 | TANG PHARMACY V | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4483 | TARPEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4484 | TASKER'S DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4485 | TAT MANDAREE TELEPHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4486 | TAT PARSHALL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4487 | TAT TWIN BUTTES TELEPHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4488 | TAT WHITE SHIELD TELEPHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4489 | Taylor Communications Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4490 | TAYLOR MANOR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4491 | TAYLORSVILLE COMMUNITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4492 | TC LOGISTICS | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4493 | T-CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4494 | TCHS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4495 | Teamsters Local 14; Zenith Administrators | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4496 | TEAMSTERS LOCAL 610 RETIREES | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4497 | Teamsters Local 986; Zenith Administrators | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4498 | TEAMTEMPS PERSONNEL STAFFING, INC. - 3000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4499 | TECH, INC. - OPTION 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4500 | TECH, INC. - OPTION 2 HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4501 | TECHIE KIDS CLUB, INC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4502 | TECHIE KIDS CLUB, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4503 | TECHIE KIDS CLUB, INC. -GOLD 203 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4504 | TEDS DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4505 | TEDS DRUGS LTC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4506 | TEKO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4507 | TEKsystems, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4508 | Teleos Leadership Institute LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4509 | TELESCRIPT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4510 | TELNET-RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4511 | TEMPCO PEST CONTROL, INC. - HDHP 4000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4512 | TEMPCO PEST CONTROL, INC. - PREMIER 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4513 | Tenerity Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4514 | TENNOVA HEALTHCARE LAFOLLETTE MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4515 | TENS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4516 | Terminix Processing Center | Elixir Pharmacy, LLC | Vendor Contract | $110.76 |
| 4517 | TERRA STAFFING GROUP - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4518 | Teton Data Systems | Elixir Rx Solutions, LLC | Vendor Contract | $48.07 |
| 4519 | Tex Trude | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4520 | TEXAN TITLE HOLDINGS, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4521 | TEXAS A&M CORPUS CHRISTI ATHLETIC DEPT- EZRX | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4522 | TEXAS HEALTH RESOURCES INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4523 | Texas Independence Health Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4524 | Texas Trust Credit Union | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4525 | THACKER DERMATOLOGY - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4526 | THE APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4527 | THE APOTHECARY AT COTTRILL'S | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4528 | THE APPLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4529 | THE ARC MACON - BRONZE 403 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4530 | THE ARC MACON - GOLD 202 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4531 | THE BARTELL DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4532 | THE BLEEDING & CLOTTING DISORDER INSTITUTE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4533 | THE BOWMAN DRUG COMPANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4534 | THE BRECKENRIDGE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4535 | THE BURGH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4536 | THE CARING PLACE -PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4537 | THE CARROLL COMPANIES - BRONZE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4538 | THE CARROLL COMPANIES - DIAMOND | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4539 | THE CARROLL COMPANIES - GOLD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4540 | THE CARROLL COMPANIES - SILVER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4541 | THE CHICAGO SCHOOL - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4542 | THE CITY OF MURFREESBORO | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4543 | THE COASTAL COMPANIES, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4544 | THE COLLEGE OF WOOSTER - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4545 | THE CONNER GROUP FOR PEDIATRIC THERAPIES - B403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4546 | THE CONNER GROUP FOR PEDIATRIC THERAPIES - S302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4547 | THE CORNER DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4548 | THE COUNTRY DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4549 | THE CUSTOMER CENTER MANAGEMENT, INC. - HIGH | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4550 | THE CUSTOMER CENTER MANAGEMENT, INC. - MIDDLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4551 | The Distillata Company | Elixir Pharmacy, LLC | Vendor Contract | $395.28 |
| 4552 | THE DURHAM CO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4553 | THE GREAT GAME OF BUSINESS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4554 | THE HAMILTON RYKER GROUP, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4555 | THE HARTFORD | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4556 | THE HERITAGE IN CORBIN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4557 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4558 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4559 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4560 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4561 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4562 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4563 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4564 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4565 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4566 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4567 | THE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4568 | THE INTERTECH GROUP - AEROSPACE DEFENSE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4569 | THE INTERTECH GROUP CORP - NON UNION BASIC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4570 | THE INTERTECH GROUP CORPORATE - NON UNION ENHANCED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4571 | THE KNAPHEIDE MFG. COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4572 | THE KROGER CO | Elixir Rx Options, LLC | Pharmacy Contract (The Kroger Provider Agree | $0.00 |
| 4573 | THE LANTERN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4574 | THE LAW COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4575 | The M. Conley Company | Elixir Pharmacy, LLC | Vendor Contract | $4,713.90 |
| 4576 | THE MEDICINE CABINET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4577 | THE MEDICINE CABINET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4578 | THE MEDICINE PLACE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4579 | THE MEDICINE PLACE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4580 | THE MERRILL CLINIC LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4581 | THE MOORE COMPANY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4582 | THE NEIGHBORHOOD SCHOOL - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4583 | THE NEW PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4584 | THE PACE PROGRAM | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4585 | THE PHARMACIE SHOPPE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4586 | THE PHARMACIST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4587 | THE PHARMACY AT SABANERA HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4588 | THE PHARMACY ON HILAND | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4589 | THE PILL BOX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4590 | THE PILL BOX, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4591 | THE PRESCRIPTION SHOPPE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4592 | THE RED ALAMO PHARMACY CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4593 | THE REFUGE DOMESTIC VIOLENCE SHELTER - 3000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4594 | THE RESERVES NETWORK, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4595 | The Sourcing Group LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4596 | THE SPINX COMPANY - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4597 | THE SPINX COMPANY - PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4598 | The Ultimate Software Group Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4599 | THE UNIVERSITY OF AKRON - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4600 | THE UNIVERSITY OF KANSAS HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4601 | THE UNIVERSITY OF THE SOUTH - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4602 | THE VILLAGE APOTHECARY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4603 | THE VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4604 | THE WELLNESS PLAN MEDICAL CENTERS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4605 | THE WELLNESS PLAN MEDICAL CENTERS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4606 | THE WELLNESS PLAN MEDICAL CENTERS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4607 | THE WILLOWS AT FRITZ | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4608 | THE WILLOWS AT HAMBURG | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4609 | THE WORKFORCE GROUP (TWG) - CITY OF SULPHUR | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4610 | THEDACARE AT HOME INFUSION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4611 | THEORIS GROUP INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4612 | THEORIS GROUP INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4613 | THEORIS GROUP INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4614 | THEPHARMACY AT WELLINGTON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4615 | THERAPEUTIC SOLUTIONS VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4616 | THERESA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4617 | THINK TECHNOLOGY ADVISORS - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4618 | THOMAS & HUSAIN MEDICAL ASSOC INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4619 | THOMAS DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4620 | Thomas Harris DBA Harris Actuarial LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4621 | THOMASVILLE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4622 | THOMPSON DRUG KINGSTON | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4623 | THOMPSON MACHINE COMPANY, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4624 | THOMPSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4625 | THOMPSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4626 | THOMPSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4627 | THOMPSON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4628 | THOMPSON PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4629 | Thomson Reuters-West Publishing Corp | Elixir Rx Options, LLC | Vendor Contract | $6,656.50 |
| 4630 | THREE BEARS PHARMACY #50 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4631 | THREE BEARS PHARMACY #60 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4632 | THREE BEARS PHARMACY #70 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4633 | THREE BEARS PHARMACY #85 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4634 | THRIFT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4635 | THRIFTY DRUG STORES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4636 | THRIFTY WAY PHARMACY OF ABBEVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4637 | THU PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4638 | THVC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4639 | TICK KLOCK DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4640 | TICO - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4641 | TICO - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4642 | TIDWELL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4643 | TIENS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4644 | TIFFIN COMMUNITY HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4645 | TIFTON HARLEY-DAVIDSON -  GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4646 | TIFTON HARLEY-DAVIDSON - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4647 | TILLOTSON ENTERPRISES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4648 | TILLOTSON ENTERPRISES, INC. - QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4649 | TIMBERLAKE HEALTH AND WELLNESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4650 | TIMBERLAKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4651 | TIMBERLAND PRODUCTS, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4652 | Time Warner Cable- Northeast | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4653 | TIMS PHARMACY AND GIFT SHOP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4654 | TIOGA DRUG INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4655 | TIP TOP POULTRY INC - BRONZE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4656 | TIP TOP POULTRY INC - GOLD PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4657 | TIP TOP POULTRY INC - POST 65 RX ONLY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4658 | TIP TOP POULTRY INC - SILVER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4659 | TI-TRUST, INC. - PLAN 1 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4660 | TI-TRUST, INC. - PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4661 | TJM TRUCKING, INC. -GOLD 203 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4662 | TLC MEDICAL ARTS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4663 | TOI TOI USA -GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4664 | TOI TOI USA -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4665 | TOIYABE INDIAN HEALTH PROJECT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4666 | TOIYABE INDIAN HEALTH PROJECT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4667 | TOLEDO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4668 | TOLUCA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4669 | TOM THUMB PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4670 | TOMPKINS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4671 | TOOL TECHNOLOGY CORP. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4672 | TOPS MARKETS LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4673 | TORRANCE PHARMACY & COMPOUNDING CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4674 | TORRES-MARTINEZ INDIAN HEALTH CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4675 | TOTAL CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4676 | TOTAL CARE PHARMACY XI INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4677 | TOTAL CARE RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4678 | TOTAL HEALTH CARE - MI SELECT | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 4679 | TOTAL HEALTH CARE - SHOP GROUPS OFF EX HMO | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 4680 | TOTAL HEALTH CARE - SHOP GROUPS OFF EX POS | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 4681 | TOTAL HEALTH CARE - TOTAL HMO OFF EX | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 4682 | TOTAL QUALITY LOGISTICS - HDHP $5000 BASIC HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4683 | TOTAL QUALITY LOGISTICS - PPO BASE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4684 | TOTAL QUALITY LOGISTICS - PPO BUY UP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4685 | TOTAL QUALITY LOGISTICS - QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4686 | TOTAL RX PHARMACY AND DISCOUNT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4687 | TOUHY FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4688 | TOWN AND COUNTRY AUTOMALL - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4689 | TOWN AND COUNTRY AUTOMALL -GOLD 203 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4690 | TOWN DRUG AND SURGICAL | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4691 | TOWN DRUG AND SURGICAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4692 | TOWN DRUG AT BROADWAY,INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4693 | TOWN DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4694 | TOWN TOTAL COMPOUNDING CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4695 | TOWNCARE PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4696 | TOWNE DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4697 | TOWNE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4698 | TOWNSHIP PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4699 | TQL GLOBAL, LLC - QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4700 | TQL GLOBAL, LLC - HDHP $5000 BASIC HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4701 | TQL GLOBAL, LLC - PPO BASE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4702 | TQL GLOBAL, LLC - PPO BUY UP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4703 | TRAILINER CORP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4704 | TRAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4705 | TRAN PHARMACY#2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4706 | Trane U.S. Inc. | Elixir Pharmacy, LLC | Vendor Contract | $27,458.16 |
| 4707 | TRANG PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4708 | TRANS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4709 | TRANS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4710 | TRANSCRIPT PHARMACY OF NEW YORK, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4711 | TRANSIT AMERICA SERVICES, INC./CALTRAIN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4712 | TRANSIT AMERICA SERVICES, INC./CALTRAIN - RETIREE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4713 | TRANSIT AMERICA SERVICES, INC./CALTRAIN- PLAN 2 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4714 | TRANSITION PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4715 | TRAVEL LEADERS LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4716 | TRC STAFFING SERVICES, INC. - MVP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4717 | TRENTON COMMUNITY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4718 | Tribute Health Plan of Arkansas | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4719 | TRINET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4720 | TRINET II | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4721 | TRINH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4722 | TRINITY BROADCASTING OF TEXAS, INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4723 | TRINITY HEALTH PHARMACY - DETROIT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4724 | TRION DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4725 | TRI-UNITY INFUSION SERVICES LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4726 | TROTTER, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4727 | TROTT'S CALL FIELD DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4728 | TROYMILL WOOD PRODUCTS - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4729 | TROYMILL WOOD PRODUCTS - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4730 | TRUCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4731 | TRUDELO, INC. - BASE LOW | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4732 | TRUE CARE FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4733 | TRUE HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4734 | TRUE HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4735 | TRUE HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4736 | TRUE HEALTH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4737 | TRUEMED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4738 | TRULL FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4739 | TRUMAN STATE UNIVERSITY - PLAN 11 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4740 | T-SAV, LLC. - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4741 | T-SAV, LLC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4742 | T-SAV, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4743 | TSCC PACKAGING, LLC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4744 | TSG FINISHING, LLC - BASE  PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4745 | TSG FINISHING, LLC - BUY UP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4746 | TSI SOUTH VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4747 | TU FARMACIA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4748 | TU SALUD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4749 | TUBA CITY REGIONAL HEALTH CARE CORPORATION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4750 | TUCSON AREA IHS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4751 | TUDELA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4752 | TUERK HOUSE INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4753 | TUFTS MEDICAL CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4754 | TUFTS MEDICINE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4755 | TUJUNGA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4756 | Turnberry Solutions Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4757 | TURNER BODY SHOP OF KEARNEY INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4758 | TURNER CO | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4759 | TURNKEY ENTERPRICES, LLC. - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4760 | TURNKEY ENTERPRISES, LLC. - SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4761 | TURTLE BAY CHEMISTS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4762 | TWAIN HARTE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4763 | TWE NONWOVENS US, INC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4764 | TWIN HARBOR DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4765 | TYAN PHARMACY & MEDICAL SUPPLY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4766 | TYLERTOWN PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4767 | TYRO FAMILY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4768 | U HEALTH PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4769 | U OF CNTRL FL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4770 | U SAVE IT PHARMACY - ADEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4771 | U SAVE IT PHARMACY - CAIRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4772 | U SAVE IT PHARMACY - CLAXTON HOBBS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4773 | U SAVE IT PHARMACY - GRIFFIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4774 | U SAVE IT PHARMACY - VALDOSTA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4775 | U SAVE IT PHARMACY #1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4776 | U SAVE IT PHARMACY #11 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4777 | U SAVE IT PHARMACY #12 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4778 | U SAVE IT PHARMACY #13 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4779 | U SAVE IT PHARMACY #14 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4780 | U SAVE IT PHARMACY #16 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4781 | U SAVE IT PHARMACY #17 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4782 | U SAVE IT PHARMACY #18 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4783 | U SAVE IT PHARMACY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4784 | U SAVE IT PHARMACY #21 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4785 | U SAVE IT PHARMACY #23 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4786 | U SAVE IT PHARMACY #3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4787 | U SAVE IT PHARMACY #4 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4788 | U SAVE IT PHARMACY #5 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4789 | U SAVE IT PHARMACY #7 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4790 | U SAVE IT PHARMACY #8 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4791 | U SAVE IT PHARMACY COMMERCE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4792 | U SAVE IT PHARMACY FRANKLIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4793 | U SAVE IT PHARMACY MACON 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4794 | U SAVE IT PHARMACY NW | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4795 | U SAVE IT PHARMACY PEACH VALLEY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4796 | U SAVE IT PHARMACY SOUTH ALBANY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4797 | U SAVE IT PHARMACY-PINE MOUNTAIN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4798 | U SAVE PHARMACY #10 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4799 | U SAVE PHARMACY #101 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4800 | U SAVE PHARMACY #20 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4801 | U SAVE PHARMACY #35 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4802 | U.C. DAVIS MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4803 | U.C. DAVIS MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4804 | U.F.C.W. AND EMPLOYERS KS & MO H&W FUND | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4805 | UAB SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4806 | UCHICAGO MEDICINE ADVENTHEALTH PHARMACY BOLINGBROOK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4807 | UCHICAGO MEDICINE ADVENTHEALTH PHARMACY GLENOAKS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4808 | UCHICAGO MEDICINE ADVENTHEALTH PHARMACY HINSDALE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4809 | UCM EMERGENCY DEPARTMENT OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4810 | UCMC PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4811 | UCSD MEDICAL CENTER PHCY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4812 | UFCW & EMPLOYERS BENEFIT TRUST | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4813 | UFCW COMPREHENSIVE BENEFITS TRUST | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4814 | UFCW LOCAL 1529 EMPLOYERS HEALTH WELFARE PLAN | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4815 | UFCW LOCAL 1529 HEALTH WELFARE FUND FOR RETIREES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4816 | UI HEALTHCARE - IOWA RIVER LANDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4817 | UI HEALTHCARE-RIVER CROSSING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4818 | Uline | Elixir Pharmacy, LLC | Vendor Contract | $1,636.89 |
| 4819 | ULTRA-MEK, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4820 | UMC DISCHARGE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4821 | UMMAT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4822 | UMMC MIDTOWN CAMPUS PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4823 | UMMC PHARMACY AT CAPITAL REGION | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4824 | UMMC PHARMACY AT REDWOOD | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4825 | UMMS PHARMACY SERVICES | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4826 | UNICARE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4827 | UNICORN HOLDING, INC. - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4828 | UNICORN HOLDING, INC. - SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4829 | UNIFIED GROUP SERVICES | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4830 | UNION BEVERAGE PACKERS, LLC - MEC PLAN | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4831 | UNION DISCOUNT PHARMACY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4832 | UNION HOSPITAL LOBBY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4833 | UNION MUTUAL FIRE INSURANCE COMPANY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4834 | UNION PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4835 | UNION PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4836 | UNION PRESCRIPTION CENTER | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4837 | UNISON BEHAVIORAL HEALTH | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4838 | UNITED DAIRYMEN OF ARIZONA | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4839 | UNITED FASHIONS OF TEXAS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4840 | UNITED PHARMACY UPPER DARBY INC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4841 | UNITED SUPERMARKETS LLC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4842 | UNITED TITANIUM INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4843 | UNITY EYE CENTERS, INC. - GOLD E200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4844 | UNITY EYE CENTERS, INC. - SILVER E302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4845 | UNITY EYE CENTERS, INC. -SILVER E303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4846 | UNITY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4847 | UNITYPOINT AT HOME | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4848 | UNITYPOINT HEALTH PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4849 | UNIV OF IL SCB PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4850 | UNIV OF TEXAS MD ANDERSON CANCER CENTER | Elixir Options, LLC | Vendor Contract | $0.00 |
| 4851 | UNIV OF TEXAS MD ANDERSON CANCER CENTER | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4852 | UNIVERSAL PHARMACY AND DISCOUNT | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4853 | UNIVERSITY AVENUE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4854 | UNIVERSITY HEALTH SERVICES PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4855 | UNIVERSITY HOSPITAL OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4856 | UNIVERSITY MEDICAL CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4857 | UNIVERSITY MEDICAL CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4858 | UNIVERSITY OF ALASKA - ANCHORAGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4859 | UNIVERSITY OF ALASKA - FAIRBANKS - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4860 | UNIVERSITY OF ARKANSAS AT LITTLE ROCK - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4861 | UNIVERSITY OF CENTRAL ARKANSAS - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4862 | UNIVERSITY OF CHICAGO DCAM OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4863 | UNIVERSITY OF EVANSVILLE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4864 | UNIVERSITY OF GEORGIA HEALTH CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4865 | UNIVERSITY OF ILLINOIS DERMATOLOGY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4866 | UNIVERSITY OF ILLINOIS MILE SQUARE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4867 | UNIVERSITY OF ILLINOIS ONCOLOGY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4868 | UNIVERSITY OF ILLINOIS OUTPATIENT CARE CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4869 | UNIVERSITY OF ILLINOIS UNIVERSITY VILLAGE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4870 | UNIVERSITY OF ILLINOIS WOOD STREET PCC PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4871 | UNIVERSITY OF INDIANAPOLIS - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4872 | UNIVERSITY OF IOWA COMMUNITY HOME CARE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4873 | UNIVERSITY OF IOWA HEALTH CARE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4874 | UNIVERSITY OF KENTUCKY PHARMACIES | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4875 | UNIVERSITY OF MARYLAND MEDICAL SOLUTIONS | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4876 | UNIVERSITY OF SCIENCE & ARTS OF OKLAHOMA - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4877 | UNIVERSITY OF SOUTHERN INDIANA - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4878 | UNIVERSITY OF UTAH HOME INFUSION PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4879 | UNIVERSITY OF WASHINGTON ELP - PLAN 44 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4880 | UNIVERSITY OF WEST ALABAMA - PLAN 12 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4881 | UNIVERSITY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4882 | UNIVERSITY PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4883 | UNM HOSPITALS OUTPATIENT AND DISCHARGE PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4884 | UNM MENTAL HEALTH CENTER OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4885 | UNM TRUMAN HEALTH SERVICES PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4886 | UNMH PHARMACY AT SOUTH EAST HEIGHTS CLINIC | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4887 | UPMC MCKEESPORT OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4888 | UPMC MERCY OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4889 | UPMC PASSAVANT OUTPATIENT PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4890 | UPMC PRESBYTERIAN PRESCRIPTION SHOP | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4891 | UPMC WELLSBORO | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4892 | UPPER PENINSULA HP | Elixir Options, LLC | Vendor Contract | $0.00 |
| 4893 | UPPER TANANA HEALTH CENTER PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4894 | UPS | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 4895 | UPSTATE HOMECARE | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4896 | UPTOWN DRUG | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4897 | UPTOWN DRUG GOLDEN VALLEY | Elixir Options, LLC | Pharmacy Contract | $0.00 |
| 4898 | US PHARMACY | Elixir Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4899 | U-SAVE PHARMACY #107 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4900 | U-SAVE PHARMACY #117 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4901 | U-SAVE PHARMACY #355 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4902 | U-SAVE PHARMACY #40 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4903 | U-SAVE PHARMACY #73 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4904 | USD #428 GREAT BEND - - $750 MED DEDUCT PLAN | Elixir Rx Options, LLC (MO) | Customer Contract | $0.00 |
| 4905 | UVA CONTINUUM HOME HEALTH CARE | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4906 | UVA MEDICAL CENTER AMBULATORY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4907 | UVM Medical Center Inc | Envision Medical Solutions, LLC | Cash Card Contract | $0.00 |
| 4908 | UVM MEDICAL CENTER OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4909 | UW HEALTH | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4910 | UW HEALTH CARE DIRECT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4911 | VA DMHMRSAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4912 | VALDOSTA COMMERCIAL DOORS & HARDWARE - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4913 | VALDOSTA COMMERCIAL DOORS & HARDWARE - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4914 | VALDOSTA-LOWNDES CO. CONF&TOUR AUTH- 7000 CP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4915 | VALLEY DISCOUNT PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4916 | VALLEY FALLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4917 | VALLEY HEALTH SYSTEM | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4918 | VALLEY NATIVE PRIMARY CARE CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4919 | VALLEY PHARMACY AND MEDICAL SUPPLIES, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4920 | VALLEY PHARMACY EXPRESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4921 | VALLEY PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4922 | VALLEY RX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4923 | VALLEY VIEW HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4924 | VALLEY VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4925 | VALLEY WIDE BEVERAGE COMPANY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4926 | VALLEYWIDE LOGISTICS, LLC. - BRONZE 405 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4927 | VALLEYWIDE LOGISTICS, LLC. - GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4928 | VALLEYWIDE LOGISTICS, LLC. - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4929 | Valor Health Plan | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4930 | VALPARAISO PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4931 | VALU DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4932 | VALUE SPECIALTY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4933 | VALURX PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4934 | VAN DIEST SUPPLY COMPANY - HDHP (HSA ELIGIBLE) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4935 | VAN DIEST SUPPLY COMPANY - TRADITIONAL COPAY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4936 | VAN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4937 | VANCO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4938 | VANDERBILT CHILDREN'S OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4939 | VANDERBILT HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4940 | VANDERBILT INTEGRATED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4941 | VANDERBILT OUTPATIENT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4942 | VANGS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4943 | VASHON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4944 | VCU HEALTH SYSTEM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4945 | VECTOR VEST - $0 TRAD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4946 | VEDI HOSPITALITY, LLC. - MEC SPECTRUM PLATINUM | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4947 | Velosio LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4948 | VENCER VITAL CARE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4949 | VENICE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4950 | Venture International, Inc. | First Florida Insurers of Tampa | Vendor Contract | $0.00 |
| 4951 | VERDE BALANCE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4952 | Verizon Wireless | Elixir Rx Options, LLC | Vendor Contract | $56.58 |
| 4953 | VERLYN ENTERPRISES, INC. - GOLD 202 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4954 | VERSA PRESS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4955 | VERSATILE ROOFING, LLC. - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4956 | VESCO, LLC. - PLATINUM 101 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4957 | VETERANS OF FOREIGN WARS OF US | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4958 | VG BEAVERTON PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4959 | VG HILLSBORO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4960 | VG MCMINNVILLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4961 | VHT PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4962 | VICTOR DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4963 | VICTORIA DRUG COMPANY, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4964 | VICTORIA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4965 | VICTORY (TQL) HDHP $5000 BASIC HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4966 | VICTORY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4967 | VICTORY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4968 | VICTORY TQL - PPO BASE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4969 | VICTORY TQL - QHDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4970 | VIDA SANA PHARMACY INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4971 | VIDALIA PEDIATRIC CLINIC - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4972 | VIDEO MANAGEMENT SERVICES, INC. - 7000 CP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4973 | VIDEO MANAGEMENT SERVICES, INC. - SP MEC GOLD | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4974 | Viking Yachts | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4975 | VILLAGE CARE CENTER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4976 | VILLAGE CHEMISTS OF SETAUKET INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4977 | VILLAGE FERTILITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 4978 | VILLAGE HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4979 | VILLAGE OF BARTONVILLE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4980 | VILLAGE OF BARTONVILLE - MAXI PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4981 | VILLAGE OF CHAGRIN FALLS - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4982 | VILLAGE OF NORTHFIELD -GOLD 201 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4983 | VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4984 | VILLAGE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4985 | VILLASPRING OF ERLANGER | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4986 | VINEYARD CHURCH DELAWARE COUNTY - PLATINUM 102 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4987 | VIRGINIA DEPARTMENT OF HEALTH PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4988 | VIRGINIA EAGLE DISTRIBUTING COMPANY LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 4989 | VIRGINIA GARCIA MEM HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4990 | VIRGINIA VETERANS CARE CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4991 | VISTA COMMUNITY CLINIC PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4992 | VISTA MANUFACTURING INC - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4993 | VISTA MANUFACTURING INC - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4994 | VISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4995 | VISTA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 4996 | VISTABEAM - GOLD 200 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4997 | VISTABEAM -SILVER 303 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 4998 | VITAL CARE INFUSION SERVICES | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 4999 | VITAL CARE INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5000 | VITAL CARE INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5001 | VITAL CARE INFUSION SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5002 | VITAL CARE INFUSION SERVICES OF HATTIESBURG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5003 | VITAL CARE OF ASHEVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5004 | VITAL CARE OF AUBURN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5005 | VITAL CARE OF BOISE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5006 | VITAL CARE OF CENTRAL MISSISSIPPI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5007 | VITAL CARE OF CHATTANOOGA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5008 | VITAL CARE OF DOTHAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5009 | VITAL CARE OF EASTERN IDAHO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5010 | VITAL CARE OF FAYETTEVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5011 | VITAL CARE OF JACKSONVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5012 | VITAL CARE OF KNOXVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5013 | VITAL CARE OF LAS CRUCES | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5014 | VITAL CARE OF LAS CRUCES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5015 | VITAL CARE OF LITTLE ROCK | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5016 | VITAL CARE OF NORTHWEST ALABAMA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5017 | VITAL CARE OF PANAMA CITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5018 | VITAL CARE OF PRINCETON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5019 | VITAL CARE OF RALEIGH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5020 | VITAL CARE OF RICHMOND | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5021 | VITAL CARE OF ROANOKE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5022 | VITAL CARE OF THE FOUR STATES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5023 | VITAL CARE OF WEST CHESTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5024 | VITAL SYSTEMS OF OK INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5025 | VITALITY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5026 | VIVA PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5027 | VM PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5028 | VN CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5029 | VN PHARMACY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5030 | Voiance Language Services, LLC | Elixir Rx Options, LLC | Vendor Contract | $16.79 |
| 5031 | VONS COMPANIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5032 | VROOOM AUTO CARE LITTLE CANADA, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5033 | W.L. MILLER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5034 | WABASH NATIONAL- HDHP FAMILY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5035 | WABASH NATIONAL- HDHP INDIVIDUAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5036 | WABASH NATIONAL- PPO FAMILY PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5037 | WABASH NATIONAL- PPO INDIVIDUAL PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5038 | WAFFLE HOUSE SYSTEM EMPLOYEE BENEFIT | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5039 | WAHIAWA GENERAL HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5040 | WAHLUKE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5041 | WAIANAE PROFESSIONAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5042 | WAKEFIELD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5043 | WALGREEN SPECIALTY PHARMACIES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5044 | WALGREEN WORKSITE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5045 | WALGREENS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5046 | WALLACE DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5047 | WALLACE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5048 | WALMART STORES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5049 | WALTER J LEWIT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5050 | WALTON'S, INC. - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5051 | Waltz Health Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5052 | WALTZ PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5053 | WARD VESSEL & EXCHANGER CORPORATION | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5054 | WARM SPRINGS MEDICAL CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5055 | WARNER VICTORY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5056 | WARRINGTON WELLNESS RX | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5057 | WARTBURG COLLEGE - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5058 | WASHINGTON HEALTH AND DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5059 | WASHINGTON ROAD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5060 | WASHINGTON UNIVERSITY - ST. LOUIS - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5061 | WASHINGTON VETERANS HOME | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5062 | WATERTOWN HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5063 | WATERTOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5064 | WATKINS HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5065 | WAUPACA HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5066 | WAUTOMA HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5067 | WAYNE DENSCH, INC. | Elixir Rx Solutions, LLC (OH) | Vendor Contract | $0.00 |
| 5068 | WAYNE METALS, LLC | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5069 | WEBSTERS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5070 | WECARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5071 | WEGMANS FOOD MARKETS, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5072 | WEINSTEIN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5073 | WEIS PHARMACIES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5074 | WELL CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5075 | WELLCARE GEORGIA MEDICAID | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5076 | WELLCARE HEALTH PLAN AZ | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5077 | WELLCARE OF NY | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5078 | WELL-CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5079 | WELLMING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5080 | WELLNESS COMPOUNDING PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5081 | WELLNESS PARTNERS, LLC. - HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5082 | WELLNESS PHARMACY AND COMPOUNDING CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5083 | WELLNESS PHARMACY LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5084 | WELLNESS RX LTC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5085 | WELLPOINT MARYLAND INC 551AQT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5086 | WELLS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5087 | WELLSCRIPT | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5088 | Welltok Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5089 | Welltok, Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5090 | WENGER MANUFACTURING INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5091 | WENONA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5092 | WENTANA, LLC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5093 | WESLEY HOMES HOSPICE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5094 | WESLEY TOWERS, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5095 | WESLEY VILLAGE | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5096 | WESLEYAN SCHOOL - HSA QUALIFIED | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5097 | WEST 142ND STREET PHARMACY CORP | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5098 | WEST AVE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5099 | WEST CARROLL HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5100 | WEST COVINA PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5101 | WEST LIBERTY NURSING & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5102 | WEST LOS ANGELES VALLEY COLLEGE - PLAN 62 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5103 | WEST PERRY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5104 | WEST TENNESSEE HEALTHCARE DYERSBURG HOSPITAL PHARM | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5105 | WEST TOWNE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5106 | WEST VIRGINIA SENIOR ADVANTAGE | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5107 | WESTCO DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5108 | WEST-END PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5109 | WESTERN GREENBRIER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5110 | WESTERN VASCULAR INSTITUTE - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5111 | WESTERN VASCULAR INSTITUTE - GOLD 203 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5112 | WESTERN VASCULAR INSTITUTE - SILVER 302 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5113 | WESTERN WASHINGON UNIVERSITY - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5114 | WESTFIELD DISTRIBUTING - ACCESS POINT PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5115 | WESTFIELD DISTRIBUTING - GLOBAL PPO | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5116 | WESTFIELD DISTRIBUTING - HDHP/HSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5117 | WESTFIELD DISTRIBUTING - HRA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5118 | WESTFIELD DISTRIBUTING - PPO (HI ROLLER) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5119 | WESTGATE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5120 | WESTLAKE PHARMACY SERVICES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5121 | WESTMINSTER AT HOME | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5122 | WESTMONT DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5123 | WESTRIVER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5124 | WESTSIDE COMMUNITY HEALTH SERVICES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5125 | WESTSIDE HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5126 | WESTSIDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5127 | WESTSIDE PHARMACY & GIFTS, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5128 | WHALE TAIL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5129 | WHATCOM COMMUNITY COLLEGE - PLAN 42 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5130 | WHEATON COLLEGE - PLAN 14 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5131 | WHEELER DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5132 | WHEELER MATERIAL HANDLING - BASE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5133 | WHEELER MATERIAL HANDLING - PREMIER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5134 | WHEELER MATERIAL HANDLING - VALUE PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5135 | WHEELER'S CUSTOM COMPOUNDING, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5136 | WHITE BLUFF PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5137 | WHITE CLOUD HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5138 | WHITE EAGLE INDIAN HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5139 | WHITE MARKET | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5140 | WHITEFISH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5141 | WHITEHALL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5142 | WHITES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5143 | WHITES PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5144 | WHITLEY COUNTY GOVERNMENT | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5145 | WHITLEY DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5146 | WHITLEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5147 | WHITMAN COLLEGE - PLAN 43 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5148 | WHITNEY PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5149 | WHITWELL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5150 | WHYSONGS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5151 | WIBLE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5152 | WICHITA & AFFILIATED- ELDER TRIBES MEMBER PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5153 | WICHITA & AFFILIATED TRIBES MEMBER BENEFIT PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5154 | WICKHAM INDUSTRIES, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5155 | WIGINTON CORPORATION | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5156 | WIKOFF COLOR CORPORATION - HEALTHY TRACK PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5157 | WIL FISCHER DISTRIBUTING CO. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5158 | WILCOX ELECTRIC CONTRACTING LLC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5159 | WILLIAMS FORM ENGINEERING - VALUE HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5160 | WILLIAMS FORM ENGINEERING-FAMILY PREMIUM HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5161 | WILLIAMS FORM ENGINEERING-INDIVIDUAL PREMIUM HDHP | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5162 | WILLIAMSBURG DRUG 1963 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5163 | WILLIAMSBURG DRUG COMPANY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5164 | WILLIAMSBURG HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5165 | WILLIAMSBURG PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5166 | WILLOW CREEK MEATS - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5167 | WILLOW CREEK PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5168 | WILLOW DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5169 | WILLOW PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5170 | WILLSBORO PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5171 | WILSON CASE, INC. - PHA 300 PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5172 | WILSON'S REFRIGERATION & AIR, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5173 | WILTON CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5174 | WIMAUMA COMMUNITY HEALTH CENTER | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5175 | WINDSOR GARDENS ASSISTED LIVING | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5176 | Windstream | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5177 | WINKELMANN SONS DRUG CO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5178 | WINN DIXIE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5179 | WINNEBAGO COMPREHENSIVE HEALTHCARE SYSTEM | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5180 | WINNEBAGO SNYDER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5181 | WINNECONNE HOMETOWN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5182 | WINSLOW INDIAN HEALTH CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5183 | WINTERS HEALTHCARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5184 | WIREWAY HUSKY CORP HDHP - HSA #1 FAMILY - APV | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5185 | WIREWAY HUSKY CORP HDHP - HSA #1 INDIVIDUAL - APV | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5186 | WIREWAY HUSKY CORP HDHP - HSA #2 FAMILY -APV | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5187 | WIREWAY HUSKY CORP HDHP - HSA #2 INDIVIDUAL - APV | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5188 | WISCONSIN HEALTH FUND PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5189 | WISCONSIN VETERANS HOME PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5190 | WISE CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5191 | WNET - HDHP PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5192 | WNET - PPO PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5193 | WOLFE COUNTY HEALTH & REHAB | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5194 | WOLFES PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5195 | WOLFIES GRILL-NOBLESVILLE, INC. - MEC PLAN | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5196 | WOLFRAM MANUFACTURING INC - ESSENTIAL PLUS 5000 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5197 | WOLFRAM MANUFACTURING INC - PREMIER 500 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5198 | WOLTERS DRUG STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5199 | WOOD COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5200 | WOOD COUNTY | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5201 | WOOD COUNTY COMBINED GENERAL HEALTH DISTRICT | Elixir Rx Solutions, LLC | Pharmacy Contract | $0.00 |
| 5202 | WOOD PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5203 | WOOD RIVER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5204 | WOODCREST NURSING AND REHAB. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5205 | WOODFORD COUNTY | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5206 | WOODFORD COUNTY (QHDHP) | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5207 | WOODHAVEN PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5208 | WOODLAKES PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5209 | WOODMARK, LLC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5210 | WOODSIDE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5211 | WOODWARD PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5212 | WOOLACE ELECTRIC CORP. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5213 | World Travel Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5214 | WYANDANCH DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5215 | WYCLIFFE BIBLE TRANSLATORS | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5216 | X TRA DISCOUNT DRUGS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5217 | X-CEL TOOLING, INC. | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5218 | Xerox Financial Services LLC | Elixir Rx Options, LLC | Vendor Contract | $6,693.35 |
| 5219 | XUANS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5220 | YADY PHARMACY AND DISCOUNT INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5221 | YAKIMA VALLEY FARM WORKERS CLINIC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5222 | YASHCO SYSTEMS, INC. - BRONZE 403 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5223 | YASHCO SYSTEMS, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5224 | YASHCO SYSTEMS, INC. - PLATINUM 100 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5225 | YATES CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5226 | YE OLDE MEDICINE CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5227 | YELLOWHAWK TRIBAL HEALTH CENTER PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5228 | YODER'S MEATS - PLAN A | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5229 | YODER'S MEATS - PLAN B | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5230 | YODER'S MEATS - PLAN C | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5231 | YOKES PHARMACY #21 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5232 | YOKES PHARMACY #22 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5233 | YOKES PHARMACY 8 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5234 | YORK HOSPITAL APOTHECARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5235 | YOUNG'S DRUG AND GENERAL STORE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5236 | YOUNGSTOWN STATE UNIVERSITY - PLAN 10 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5237 | YOUNGWILLIAMS PC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5238 | YOUR HEALTH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5239 | YOUR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5240 | YUCAIPA CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5241 | YUKON KUSKOKWIM DELTA REGIONAL HOSPITAL PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5242 | YUNGEBERG DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5243 | ZELZAH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5244 | ZENITH INVESTMENT GROUP, INC. - BRONZE 404 | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5245 | ZENITH PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5246 | ZEPHYR PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5247 | Zing Health | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5248 | Zing Health | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5249 | Zirkle Fruit Company | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5250 | ZOOMINFO TECHNOLOGIES INC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5251 | AccreditNet | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5252 | Accurate Translation Services | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5253 | Advance Benefits, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5254 | Aegis Administrative Services, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5255 | AlfaRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5256 | Allied | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5257 | American Health Choice, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5258 | American Health ID (Fair Rx) | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5259 | Archimedes, LLC | Laker Software, LLC | Customer Contract | $0.00 |
| 5260 | Aspire Rx, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5261 | Atlassian Pty Ltd | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5262 | Attentis Consulting Inc | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5263 | AutoMed | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5264 | AXXEL'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5265 | Benefit Management MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5266 | Best in Class Care, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5267 | Best Line Leasing Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5268 | BevCap Collective | Elixir Rx Solutions, LLC | Customer Contract | $0.00 |
| 5269 | Bizmark, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5270 | BroadPath LLC | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5271 | Carecard | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5272 | Careington International Corporation | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5273 | Castellan | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5274 | CBS Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5275 | Change HealthCare | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5276 | Checkmarx Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5277 | CIMA DRUG PHARMACY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5278 | Cisco Sytems | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5279 | Citrix Systems Inc. | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5280 | Click to Fill, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5281 | CloudRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5282 | COMPANIA DE SERVICIOS MULTIPLES LA COMERIENA, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5283 | Compliance 360 | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5284 | Consociate Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5285 | Convergence | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5286 | Core BTS, Inc. | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5287 | Counter Health | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5288 | Creative Insurance Group | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5289 | Cundy, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5290 | CuraScript Specialty Distribution | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5291 | Datasheer LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5292 | DATATEL | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5293 | Datavant Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5294 | Daw Systems, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5295 | Dawson Logistics Inc | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5296 | Dbvisit Software Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5297 | DC Card Commission | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5298 | Decisions LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5299 | Dissinger Reed Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5300 | Dizzil Health | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5301 | Docebo NA Inc. | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5302 | Duo Security Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5303 | E.S. Beveridge & Associates Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5304 | EagleForce Health, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5305 | Easy Drug Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5306 | EBSO Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5307 | Echelon Elite Captive MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5308 | Edenbrdige Pharmaceuticals, LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5309 | ED'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5310 | eFreedom | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5311 | eHealth Insurance Services, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5312 | EL BOTIQUIN DE LA 26 INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5313 | Elsevier Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5314 | Employers Health Coalition | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5315 | ENHANCED MEDICATION SERVICES INC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5316 | ESTEVES EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5317 | ExpiTrans Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5318 | FairRx Discount Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5319 | FAMARCIA GLORIEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5320 | Famulus Health, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5321 | FARMACIA ADRIANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5322 | FARMACIA AGUADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5323 | FARMACIA ALEJANDRO LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5324 | FARMACIA AMERICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5325 | FARMACIA ANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5326 | FARMACIA APOLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5327 | FARMACIA AVILES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5328 | FARMACIA BALDORIOTY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5329 | FARMACIA BETANCES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5330 | FARMACIA BIMARIE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5331 | FARMACIA BORIKEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5332 | FARMACIA BRAU | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5333 | FARMACIA CAGUAS CENTRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5334 | FARMACIA CAGUAS-DEGETAU | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5335 | FARMACIA CALDAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5336 | FARMACIA CAMPO RICO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5337 | FARMACIA CANDELARIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5338 | FARMACIA CAPETILLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5339 | FARMACIA CARIMAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5340 | FARMACIA CENTRAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5341 | FARMACIA CENTRAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5342 | FARMACIA CHAVES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5343 | FARMACIA COMERIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5344 | FARMACIA COOPERATIVA DE AGUADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5345 | FARMACIA COOPERATIVA DE LARES | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5346 | FARMACIA CORALIS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5347 | FARMACIA COTO LAUREL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5348 | FARMACIA CUQUIMAR INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5349 | FARMACIA DARYAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5350 | FARMACIA DE JESUS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5351 | FARMACIA DEL CARMEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5352 | FARMACIA DEL CARMEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5353 | FARMACIA DEL CARMEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5354 | FARMACIA DEL PILAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5355 | FARMACIA DEL POZO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5356 | FARMACIA DEL PUEBLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5357 | FARMACIA DEL PUEBLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5358 | FARMACIA DEL PUEBLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5359 | FARMACIA DEL PUEBLO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5360 | FARMACIA DEL PUEBLO DE VEGA ALTA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5361 | FARMACIA DEL VALENCIANO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5362 | FARMACIA DEL VIVI INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5363 | FARMACIA DOMINGUEZ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5364 | FARMACIA EL APOTECARIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5365 | FARMACIA EL COMBATE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5366 | FARMACIA EL PALMAR, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5367 | FARMACIA EL ROSARIO LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5368 | FARMACIA EL YUNQUE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5369 | FARMACIA ELDA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5370 | FARMACIA ENSENADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5371 | FARMACIA EXPRESO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5372 | FARMACIA GABRIELA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5373 | FARMACIA GARROD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5374 | FARMACIA GENERICA RAMALLOSA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5375 | FARMACIA GLADYS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5376 | FARMACIA GLAMAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5377 | FARMACIA GLAMAR VEGA BAJA LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5378 | FARMACIA GONZALEZ 2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5379 | FARMACIA HAYUYA, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5380 | FARMACIA HEIDI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5381 | FARMACIA JARDINES DE LOIZA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5382 | FARMACIA JIREH | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5383 | FARMACIA JOBOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5384 | FARMACIA JOMARI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5385 | FARMACIA KARIAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5386 | FARMACIA KARLA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5387 | FARMACIA KIARA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5388 | FARMACIA KIRIE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5389 | FARMACIA LA 110 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5390 | FARMACIA LA AMISTAD INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5391 | FARMACIA LA ASTURIANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5392 | FARMACIA LA AURORA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5393 | FARMACIA LA CARIDAD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5394 | FARMACIA LA CURVA, INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5395 | FARMACIA LA FE # 3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5396 | FARMACIA LA FE #5 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5397 | FARMACIA LA FE 1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5398 | FARMACIA LA FE REFORMADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5399 | FARMACIA LA FE REFORMADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5400 | FARMACIA LA INMACULADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5401 | FARMACIA LA MILAGROSA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5402 | FARMACIA LA MONSERRATE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5403 | FARMACIA LA RAMPLA INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5404 | FARMACIA LA VENTANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5405 | FARMACIA LAS CAMPINAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5406 | FARMACIA LAS CATALINAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5407 | FARMACIA LAS LOMAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5408 | FARMACIA LAS MARIAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5409 | FARMACIA LASALLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5410 | FARMACIA LAZARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5411 | FARMACIA LESMARIE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5412 | FARMACIA LIANGIE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5413 | FARMACIA LIDELIZ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5414 | FARMACIA LOS ANGELES INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5415 | FARMACIA LOS PINOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5416 | FARMACIA LUCIANO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5417 | FARMACIA MARIFE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5418 | FARMACIA MARILYN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5419 | FARMACIA MARISEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5420 | FARMACIA MARISEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5421 | FARMACIA MARLENE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5422 | FARMACIA MEDIANIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5423 | FARMACIA MELLYBER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5424 | FARMACIA MENAY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5425 | FARMACIA MERFI INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5426 | FARMACIA METROPOL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5427 | FARMACIA MI FAMILIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5428 | FARMACIA MI SUENO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5429 | FARMACIA MINELLY INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5430 | FARMACIA MODELO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5431 | FARMACIA MODELO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5432 | FARMACIA MORALES EGIPCIACO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5433 | FARMACIA NARANJITO INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5434 | FARMACIA NATER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5435 | FARMACIA NAVARRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5436 | FARMACIA NEREIDA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5437 | FARMACIA NORED, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5438 | FARMACIA NUEVA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5439 | FARMACIA NUEVA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5440 | FARMACIA NUEVA COMERIO INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5441 | FARMACIA NUEVO CONCEPTO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5442 | FARMACIA OFELIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5443 | FARMACIA OLIVERO INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5444 | FARMACIA ONE STOP PRESCRIPTION | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5445 | FARMACIA ONE STOP PRESCRIPTION HUMACAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5446 | FARMACIA ORTEGA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5447 | FARMACIA PAOLA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5448 | FARMACIA PAOMELA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5449 | FARMACIA PATRIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5450 | FARMACIA PEDRAZA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5451 | FARMACIA PONTEZUELA 24 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5452 | FARMACIA POST | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5453 | FARMACIA QUEBRADILLAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5454 | FARMACIA QUESADA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5455 | FARMACIA REY # 12 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5456 | FARMACIA REY #1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5457 | FARMACIA REY #10 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5458 | FARMACIA REY #11 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5459 | FARMACIA REY #13 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5460 | FARMACIA REY #14 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5461 | FARMACIA REY #15 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5462 | FARMACIA REY #16 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5463 | FARMACIA REY #17 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5464 | FARMACIA REY #18 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5465 | FARMACIA REY #19 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5466 | FARMACIA REY #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5467 | FARMACIA REY #20 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5468 | FARMACIA REY #21 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5469 | FARMACIA REY #23 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5470 | FARMACIA REY #24 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5471 | FARMACIA REY #25 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5472 | FARMACIA REY #3 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5473 | FARMACIA REY #4 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5474 | FARMACIA REY #8 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5475 | FARMACIA REY #9 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5476 | FARMACIA RIMARI | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5477 | FARMACIA RINCON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5478 | FARMACIA RIOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5479 | FARMACIA ROSALINA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5480 | FARMACIA RUBIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5481 | FARMACIA RUIZ BELVIS DE CAGUAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5482 | FARMACIA RUIZ BELVIS DE GURABO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5483 | FARMACIA RUIZ BELVIS DE HUMACAO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5484 | FARMACIA RUIZ BELVIS DE LAS PIEDRAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5485 | FARMACIA RUIZ BELVIS DE NAGUABO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5486 | FARMACIA RUIZ BELVIS DE SAN LORENZO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5487 | FARMACIA SAGRADO CORAZON | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5488 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5489 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5490 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5491 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5492 | FARMACIA SAN ANTONIO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5493 | FARMACIA SAN CARLOS INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5494 | FARMACIA SAN FELIPE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5495 | FARMACIA SAN FRANCISCO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5496 | FARMACIA SAN FRANCISCO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5497 | FARMACIA SAN JORGE INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5498 | FARMACIA SAN JOSE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5499 | FARMACIA SAN JOSE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5500 | FARMACIA SAN JOSE #1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5501 | FARMACIA SAN JOSE #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5502 | FARMACIA SAN JOSE #4 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5503 | FARMACIA SAN JUSTO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5504 | FARMACIA SAN LORENZO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5505 | FARMACIA SAN LUIS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5506 | FARMACIA SAN MARCOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5507 | FARMACIA SAN MIGUEL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5508 | FARMACIA SAN PATRICIO COMPOUNDING & WELLNESS CENTER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5509 | FARMACIA SAN PEDRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5510 | FARMACIA SAN PEDRO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5511 | FARMACIA SAN SEBASTIAN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5512 | FARMACIA SANTA TERESA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5513 | FARMACIA SANTIAGO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5514 | FARMACIA SONIA J D INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5515 | FARMACIA SUMMIT HILLS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5516 | FARMACIA TIERRAS NUEVAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5517 | FARMACIA TU FAMILIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5518 | FARMACIA TU SALUD | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5519 | FARMACIA UNITY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5520 | FARMACIA VALLE TOLIMA, INC. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5521 | FARMACIA VALLEMAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5522 | FARMACIA VICTORIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5523 | FARMACIA VILLA REAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5524 | FARMACIA WATTO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5525 | FARMACIA WIL SONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5526 | FARMACIA YAMILA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5527 | FARMACIA YANI INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5528 | FARMACIA YOMAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5529 | FARMACIA ZARINET | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5530 | First DataBank, Inc | Elixir Holdings, LLC | Vendor Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5531 | FIRST PHARMACY 1 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5532 | FIRST PHARMACY 6 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5533 | FM SALINAS CORP. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5534 | Formstack LLC | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5535 | Fresenius-Kabi, LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5536 | Gallagher Pharmacy Alliance | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5537 | Gap Rx, LLC | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5538 | GMS Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5539 | GRAFED PHARMACY SOLUTIONS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5540 | Greenback Health | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5541 | Group & Pension Administrators Collective | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5542 | GuardianRx | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5543 | Health Benefit Administrators LTD | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5544 | Health First Hospice | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5545 | Health First Solutions Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5546 | Health Plan Partners | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5547 | HealtheChoices MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5548 | Healthgram Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5549 | HealthTeam Advantage Discount Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5550 | Heritage Consulting Group, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5551 | HIGI SH LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5552 | Hola Doctor, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5553 | Horne LLP | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5554 | IMA Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5555 | Impreva | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5556 | Indecs Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5557 | InSourceRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5558 | Integrity Prescription Management Services | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5559 | IronRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5560 | iSight | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5561 | IVR OmniSys | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5562 | Jessica Williams | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5563 | K2 Benefits | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5564 | KRIZIAS DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5565 | LAMS LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5566 | Leading Age Texas MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5567 | LETTY'S PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5568 | Lewer Companies MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5569 | Liberty Benefits, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5570 | Liberty Healthshare | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5571 | Lifeline Screening of America, Ltd. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5572 | Luminous IT LLC | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5573 | Luscinia Health | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5574 | MagnaCare/Brighton Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5575 | MALEZA EXPRESS PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5576 | MDLive, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5577 | MDScripts Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5578 | MedAccess Rx, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5579 | MedAvail Pharmacy Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5580 | Medication Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5581 | Medpay Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5582 | MedTrakRx, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5583 | MI FARMACIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5584 | MI FARMACIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5585 | MI FARMACIA DOMINGUEZ Y MUCHO MAS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5586 | MI FARMACIA SAN ISIDRO., CORP. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5587 | MMIT | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5588 | Modernizing Medicine, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5589 | MuleSoft, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5590 | My Rewards, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5591 | Nagios | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5592 | National Drug Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5593 | National Insurance Benefit Centers, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5594 | National Wellness Organization, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5595 | Navex Global Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5596 | Networking Technology, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5597 | NUESTRA FARMACIA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5598 | NUEVA FARMACIA SANTA ANA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5599 | ONE STOP PRESCRIPTION PLAZA FAJARDO | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5600 | ONE STOP PRESCRIPTION PUERTO RICO INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5601 | Orasi Software Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5602 | Orchestra Rx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5603 | PagerDuty, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5604 | Palantir Technologies Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5605 | Patriot Health Florida, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5606 | PHARMA100 EXPRESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5607 | Pharmaceutical Benefits of America, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5608 | Pharmaceutical Care Management Association (PCMA01-50) | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5609 | Pharmaceutical Strategies Group, LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5610 | PHARMACY EXPRESS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5611 | PHARMACY EXPRESS #2 | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5612 | PHARMAMED PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5613 | Physicians Interactive, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5614 | Power Group Captive Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5615 | PRAM Insurance Services, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5616 | Preferred Rx Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5617 | ProClaim Plus Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5618 | ProConnect Health | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5619 | PROFESSIONAL DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5620 | PROFESSIONAL DRUG | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5621 | Publix Super Markets, Inc. | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5622 | RECETAS POR MENOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5623 | RECETAS POR MENOS | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5624 | Reflekt Technologies Corp | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5625 | Remedy Partners MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5626 | Retention Strategies, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5627 | RiskOne Solutions, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5628 | Rx Access, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5629 | Rx Sample Solutions, Inc | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5630 | Rx Savings, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5631 | RxConnection, LLC | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5632 | RxEBATE | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5633 | RxSaver | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5634 | SAI Global Compliance Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5635 | SANTA CRUZ PHARMA CARE, LLC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5636 | Sapiens Americas Corporation | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5637 | SAS Institute Inc | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5638 | SCIOinspire Corp | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5639 | ScriptKingRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5640 | SHADDAI PHARMACY 2 INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5641 | Sheet Metal Workers Discount Card | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5642 | Shred-It USA, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5643 | Shuffrr LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5644 | Silverlink | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5645 | Sisco Benefits Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5646 | Smith Health, Inc. d/b/a SmithRx | Laker Software, LLC | Customer Contract | $0.00 |
| 5647 | SolarWinds | Elixir Rx Solutions, LLC | Vendor Contract | $0.00 |
| 5648 | Specialized Associates Services, Ltd. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5649 | SphereCommerce | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5650 | Stormwind | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5651 | Stride Health, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5652 | Subway | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5653 | SUPER FARMACIA CAROLINA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5654 | SUPER FARMACIA CENTRAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5655 | SUPER FARMACIA FAMILIAR | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5656 | SUPER FARMACIA GARDENVILLE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5657 | SUPER FARMACIA GARMER | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5658 | SUPER FARMACIA IDEAL | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5659 | SUPER FARMACIA JAYLEEN | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5660 | SUPER FARMACIA JUANA DIAZ INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5661 | SUPER FARMACIA LA MONSERRATE | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5662 | SUPER FARMACIA LOPEZ | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5663 | SUPER FARMACIA MI BOTICA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5664 | SUPER FARMACIA TRIPLE R INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5665 | SUPER FARMACIA VANGA | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5666 | SUPER FARMACIA VISALMARY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5667 | SUPERFARMACIA SANTA TERESA INC | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5668 | Symantec | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5669 | Symptos | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5670 | The Associated Jewish Community Federation of Baltimore Inc | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5671 | The iCan Group | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5672 | The University of Vermont Medical Center | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5673 | Therigy LLC | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5674 | Tivity Health, Inc. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5675 | TranspareRx Corp. | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5676 | True Blue | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5677 | TrustCommerce | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5678 | Trustmark Collective | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5679 | Truveris - HQ | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5680 | TSG Guard, Inc. | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5681 | Ulti Pro | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5682 | Unified Group Services | Elixir Rx Solutions, LLC (OH) | Customer Contract | $0.00 |
| 5683 | UnityRx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5684 | Upland Software, Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5685 | UpToDate, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5686 | URAC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5687 | USARx | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5688 | US-Rx Care | Elixir Savings, LLC | Cash Card Contract | $0.00 |

| # | Contract Counterparty | Debtor Entity | Contract Description | Estimated Cure Amount |
|---|---|---|---|---|
| 5689 | Venture Health Services | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5690 | Verint Americas Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5691 | Visante | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5692 | WELL CARE PHARMACY | Elixir Rx Options, LLC | Pharmacy Contract | $0.00 |
| 5693 | Wellsky | Elixir Pharmacy, LLC | Vendor Contract | $0.00 |
| 5694 | Wilcox Financial MSA | Elixir Rx Solutions, LLC (MO) | Customer Contract | $0.00 |
| 5695 | Wolters Kluwer | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5696 | Worldcom Exchange, Inc. | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5697 | Xpedite Systems, LLC | Elixir Rx Options, LLC | Vendor Contract | $0.00 |
| 5698 | YourRxCard.com | Elixir Savings, LLC | Cash Card Contract | $0.00 |
| 5699 | Zywave, Inc | Elixir Rx Options, LLC | Vendor Contract | $0.00 |

## Exhibit B

ROI Amendment

*Please see attached.*

**AMENDMENT No. 8**
**TO REVISED AND RESTATED**
**PHARMACY BENEFIT MANAGEMENT SERVICES AGREEMENT**
**(MEDICARE PART D)**

This Amendment to Pharmacy Benefit Management Services Agreement (Medicare Part D) (the "Amendment") is effective February 1, 2024 (the "Effective Date"), by and between MedImpact Healthcare Systems, Inc., a California corporation (hereinafter the "PBM"), and Elixir Insurance Company (formerly Envision Insurance Company) (hereinafter the "PDP").

Whereas Rx Options, LLC (formerly Rx Options, Inc.), an Ohio corporation ("ROI"), and PDP entered into that certain Revised and Restated Pharmacy Benefit Management Services Agreement (Medicare Part D) with an effective date of January 1, 2010, as amended (the "Agreement").

Whereas, pursuant to that certain Asset Purchase Agreement, dated as of October 15, 2023, by and among PBM and Hunter Lane, LLC, a Delaware limited liability company ("Elixir"), and certain other parties named therein, (as amended, the "Purchase Agreement") on the Effective Date, among other things, ROI is assigning to PBM all of ROI's right, title, and interest in and to, as of the Closing (as defined in the Purchase Agreement), the Agreement, in accordance with and subject to the terms and conditions of the Purchase Agreement (the "Agreement Assignment").

Whereas, effective contemporaneously with the Agreement Assignment on the Effective Date, PBM and PDP desire to amend the Agreement as set forth herein.

Now, therefore, PBM and PDP hereby agree to amend the Agreement as follows:

1. **Defined Terms.**  Unless otherwise specifically defined herein, capitalized terms used in this Amendment shall have the meanings stated in the Agreement.

2. **Amendment of Agreement**.  The Agreement is hereby amended, effective contemporaneously with the Agreement Assignment on the Effective Date, to be in the form attached hereto as Exhibit A.

3. **Subcontracts.** PDP represents and warrants that it has and shall maintain contracts with the following vendor to support the Delegated Services under this Agreement as follows:

   8.1   MTM – Health Dialogue (through March 31, 2024; thereafter, PBM may utilize any subcontracted vendor of its choice)

4. **PDP Representation**. PDP represents and warrants that (i) this Agreement reflects in all material respects the operations and processes as performed by ROI and PDP under the Agreement immediately prior to this Amendment, (ii) this Agreement reflects the pricing (including Administrative Fees) in place and charged/collected between ROI and PDP as existed under the Agreement immediately prior to this Amendment, and (iii) that the necessary systems and operations to continue to support such operations consistent with practices immediately prior to this Amendment are being conveyed to PBM under the Purchase Agreement or provided pursuant to the Transition Services Agreement entered February 1, 2024 by and between Rite Aid Hdqrts. Corp. and MedImpact Healthcare Systems, Inc.

1

5.  **<u>Ratification</u>.** PDP and PBM hereby ratify and confirm the Agreement. Except as modified herein, all of the terms, covenants, and conditions of the Agreement shall remain unmodified and in full force and effect. This Amendment shall be binding upon and inure to the benefit of the Parties hereto and their successors and permitted assigns.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have entered into this Amendment as of the Effective Date.

For MedImpact Healthcare Systems, Inc.        For Elixir Insurance Company

By: _____        By: _____

_____            _____
[Name]                                        [Name]

_____            _____
[Title]                                       [Title]

EXHIBIT A

Revised and Restated Pharmacy Benefit Management Services Agreement (Medicare Part D) with an
effective date of February 1, 2024

REVISED AND RESTATED
PHARMACY BENEFIT MANAGEMENT SERVICES AGREEMENT
(MEDICARE PART D)

This Revised and Restated Pharmacy Benefit Management Services Agreement (the "Agreement") is effective the 1st day of February, 2024 (the "Effective Date"), by and between MedImpact Healthcare Systems, Inc., a California corporation (hereinafter the "PBM"), and Elixir Insurance Company, an Ohio corporation (f/k/a Envision Insurance Company) (hereinafter the "PDP"). PBM and PDP are also referred to herein individually as a "Party" or collectively as the "Parties".

RECITALS

WHEREAS, PBM is a Pharmacy Benefit Management company primarily engaged in the business of providing comprehensive pharmacy benefit management services nationwide to various employers, unions, and health plans which sponsor or administer health benefit plans covering outpatient prescription medications; and

WHEREAS, PDP is a Medicare Part D Prescription Drug Plan under contract with the Centers for Medicare and Medicaid Services (CMS) to sponsor one or more employer group waiver plans providing coverage for prescription medications to PDP's Members;

WHEREAS, PDP desires to engage PBM to provide pharmacy benefit management services in accordance with the terms and conditions of this Agreement for plan year 2024;

WHEREAS, PDP entered into that certain Revised and Restated Pharmacy Benefit Management Services Agreement, dated January 1, 2010, with Rx Options, Inc. (fka Rx Options, LLC), as amended ("Original Agreement); and

WHEREAS, the Parties desire to revise and restate the Original Agreement, and this Agreement amends, revises, restates, and supersedes that Original Agreement in its entirety.

NOW, THEREFORE, in consideration of the mutual promises and agreements herein contained, PDP and PBM hereby agree as follows:

1.      DEFINITIONS

1.1      "Administrative Fee" means the amount that PBM charges PDP for Delegated Services under this Agreement.

1.2      "Average Wholesale Price" or "AWP" shall mean the average wholesale price of a prescription medication in effect on the date the prescription was dispensed as listed by Medi-Span (or such other applicable industry standard reference on which pricing hereunder is based), for the actual drug dispensed using the 11 digit NDC number provided by the dispensing pharmacy. Due to the change in pricing methodology by Medi-Span beginning September 26, 2009 (as a result of the settlement reached in the FDB/McKesson lawsuit), the AWP amounts used to calculate the drug price discounts set forth in Exhibit 1 have been adjusted to restore the relationship between Wholesale Acquisition Cost (WAC) and AWP as it was prior to September

26th, 2009, in order to maintain economic neutrality. PBM will continue to pass-through to Plan Sponsor the actual charge of the dispensing pharmacy without any mark-up or spread by PBM.

1.3    "Benefit Plan" means for CMS plan year 2024, the employer group waiver plans, sponsored or administered by PDP that covers the cost of prescription medications for a particular Member. PBM acknowledges that PDP may have multiple employer group waiver plans. PDP acknowledges that it must notify PBM of each Benefit Plan by completing a separate Benefit Specification Form and by linking those Members covered under a specific Benefit Plan to such Benefit Plan using the Eligibility File (as directed by PBM).

1.4    "Benefit Specification Form" means the form that is completed by PDP, in conjunction with PBM, which details the specifics of the Benefit Plan such as which prescription medications are covered by PDP, any limitations or exclusions, the Benefit Plan's tier structure and Co-Payments, and any conditions associated with the specific services to be rendered by PBM under this Agreement (*e.g.*, prior authorizations, drug therapy management).

1.5    "Brand Drug" means a drug where the Generic Indicator (GI) field in Medi-Span contains an "M" (co-branded product), an "N" (single source brand), or an "O" (multi-source brand).

1.6    "Co-Payment" or "Co-Insurance" means that amount of money a Member must pay at the point-of-sale towards the expense of each Covered Medication filled or refilled under this Agreement in accordance with the terms of the Member's Benefit Plan.

1.7    "Covered Medication" means a prescription drug, medication, or device that meets the requirements for coverage under the Member's Benefit Plan, after applying all conditions and exclusions set forth therein, and which is dispensed by a Participating Pharmacy to a Member pursuant to a written or electronic prescription order or allowable refill.

1.8    "CMS" means the federal agency known as the Centers for Medicare and Medicaid Services, administrator of the Medicare Part D Prescription Drug Program.

1.9    "Eligibility File" means that electronic communication prepared and maintained by PBM in accordance with applicable law and contract requirements that identifies Members along with other eligibility information. The Parties acknowledge that eligibility begins on the first day the Member is reported by PBM (or its designee) to be effective and continues through the last day the Member appears on the Eligibility File.

1.10    "Formulary" means PDP's list of Covered Medications as filed with and approved by CMS.

1.11    "Generic Drug" means a drug where the Generic Indicator (GI) field in Medi-Span contains a "Y" (generic).

1.12    "HIPAA" means the Health Insurance Portability and Accountability Act of 1996, as amended from time to time.

1.13    "Manufacturer Derived Revenue" means any discounts, rebates, pharmaceutical manufacturers administrative fees, and any other revenue received by PBM from pharmaceutical manufacturers (whether as a result of the number of covered lives, other incentives or other amounts received) with respect to Members.

1.14    "Maximum Allowable Cost" or "MAC" means the maximum unit ingredient cost payable by PDP for a proprietary list of off-patent Brand Drugs which has been negotiated with Participating Pharmacies. The MAC list and associated drug prices are updated from time to time by PBM. PDP will be charged the exact amount payable by PBM to Participating Pharmacies for the most current MAC list.

1.15    "Member" means an individual who is identified by PBM on the Eligibility File as being entitled to receive Covered Medications under the Member's Benefit Plan in accordance with this Agreement.

1.16    "Participating Pharmacy" means a pharmacy (including a designated mail order or specialty pharmacy) that has entered into a negotiated pricing agreement with PBM to dispense prescription medications to Members.

1.17    "PDP" means the entity specified above which is financially responsible for the payment of Administrative Fees, the other Additional Fees and Miscellaneous Expenses set forth on Exhibit 1, Management Fees, and Covered Medications dispensed to Members hereunder in accordance with the terms and conditions hereof.

1.18    "Prescriber" means a licensed Doctor of Medicine (M.D.), Doctor of Osteopathy (D.O.), Doctor of Podiatry (D.P.M.), Doctor of Dentistry (D.D.S.), or other licensed health practitioner with independent prescribing authority when acting within the scope of his or her practice.

1.19    "Specialty Drug" means those high cost biotech and other prescription drug products which require special ordering, handling and/or patient intervention. Specialty Drugs will be priced based on where the drug is dispensed (*i.e.* retail, mail order, or specialty pharmacy) and in accordance with PDP benefits.

## 2.    DELEGATED SERVICES

PBM hereby agrees to participate in PDP's Medicare Prescription Drug Benefit program and perform the following pharmacy benefit management services ("Delegated Services"). Unless otherwise noted, the Delegated Services specified below are included in the Administrative Fee.

2.1    Claims Processing: PBM shall accept, process, and adjudicate Claims for Covered Medications (i) submitted by Participating Pharmacies (via PBM's on-line electronic claims processing system in National Council for Prescription Drug Programs (NCPDP) formats); (ii) submitted by Members as Direct Member Reimbursements (DMRs, as defined below); or (iii) received from third parties, such as Medicaid, for reimbursement by PDP. Claims shall be checked for eligibility, benefit design, Co-Payments, and exclusions to determine which Claims are successfully processed, pended for prior authorization, or rejected for ineligibility or other factors in accordance with PDP's specifications as set forth in PDP's Benefit Specification Form (incorporated herein by this reference). For purposes of this Agreement, a Claim is an invoice or

transaction (electronic or paper) for a Covered Medication dispensed to a Member that has been submitted to PBM by the dispensing pharmacy or a Member (including transactions where the Member paid 100% of the cost). Claims that must be processed manually because they are (i) DMRs or (ii) claims received from third parties, such as Medicaid, for reimbursement by PDP for ineligible payments, will incur a fee as set forth in Exhibit 1. In addition, reprocessing of Claims due to PDP error will incur a fee as set forth in Exhibit 1.

PBM will require Participating Pharmacies to submit Claims via the Claims Adjudication System whenever the Member's ID card is presented or is on file at Pharmacy, unless the Member expressly requests that a particular Claim not be submitted.

2.2    Direct Member Reimbursement _(DMR)_: PBM shall provide, via its website, a DMR form, for use by Members. These forms will be used for Member self-pay reimbursements for amounts other than Co-Payments paid out for Covered Medications that have not otherwise been reimbursed by PDP. PBM shall accept, process, and adjudicate DMR Claims within ten (10) business days of receipt of the claim form and in any event within CMS regulatory timelines and any other applicable law, reimbursement for which shall be included in monthly invoices to PDP hereunder.

2.3    Coordination with other Programs: PBM will coordinate with other drug benefit programs, including, for example, Medicaid, State Pharmaceutical Assistance Programs (SPAPs), or other insurance, by providing required claims information on behalf of PDP.

2.4    Pharmacy Network: PBM shall arrange for the dispensing of Covered Medications to Members pursuant to contracts with Participating Pharmacies organized in a network that is adequate to meet CMS minimum access standards. PDP understands that the Participating Pharmacies may change from time to time, including the mail order provider and/or specialty pharmaceuticals provider. PBM shall maintain and provide PDP with complete, current and accurate listings of Participating Pharmacies and notify PDP of any material changes (_e.g._, pharmacy chain). PDP acknowledges that orders exceeding a thirty day supply from a retail pharmacy are not available at all Participating Pharmacies. Covered Medications shall not be dispensed to Members without a prescription order by a duly Licensed Prescriber. PDP acknowledges that the availability of drugs are subject to market conditions and that PBM cannot assure the availability of any drug from Participating Pharmacies.

2.5    Participating Pharmacies: PDP reserves the right to approve, suspend or terminate any arrangement PBM has with any of its Participating Pharmacies for use by Members. PDP shall exercise its rights under this Section 2.5 upon prior written notice to PBM. PBM shall suspend or terminate a Participating Pharmacy only upon reasonable cause and shall not refuse to approve a pharmacy from becoming a Participating Pharmacy unless PDP has a reasonable cause for doing so. For purposes of this Section 2.5, "reasonable cause" shall be defined as any actions or conduct by Participating Pharmacies that pose a threat or health danger to Members, are fraudulent, or that violate any federal, state or local laws, including but not limited to HIPAA.

2.6    Formulary: PBM shall assist PDP in the development of its Formulary. The initial Formulary and any modified Formulary shall be reviewed and approved by PBM's P&T Committee. PDP may modify the Formulary from time to time as permitted under CMS

regulations. The Formulary may also be modified from time to time by the P&T Committee, as permitted by CMS regulations, to implement market changes (i.e. manufacturer discontinuance of a drug) or clinical factors. PDP acknowledges that any modifications to the Formulary may affect yields in Manufacturer Derived Revenue and shall hold harmless PBM from any reductions in such yields resulting from Formulary modifications by PDP. The Formulary, and any modifications, shall be adopted and filed by PDP with CMS. Upon acceptance of the Formulary by CMS, PBM shall utilize the Formulary to determine coverage for prescription drug benefits under the Plan for retail, mail order, and specialty drugs dispensed in accordance with this Agreement. PDP shall hold harmless the members of the P&T Committee from any liability arising from the development or use of the Formulary.

2.7    Pharmacy and Therapeutics (P&T) Committee: PBM shall operate a P&T Committee consistent with CMS guidelines. If PDP elects to utilize PBM's P&T Committee on PDP's behalf, PBM shall provide PDP with the names of the committee members, and supply to PDP copies of P&T Committee policies and procedures, copies of minutes of P&T Committee meetings, and monographs of drug reviewed, all of which must be maintained by PDP as confidential.

2.8    Prior Authorization: PBM shall perform prior authorization for prescription medications that have been specified by PDP in the Benefit Specification Form to require prior approval before being dispensed. When performing Prior Authorization, PBM will defer to the physician-patient relationship and the Licensed Prescriber's knowledge of the patient's medical condition.

2.9    Concurrent Drug Utilization Review; Step Therapy: PBM shall program system edits that are applied to Claims during the adjudication process to identify Covered Medication amount limitations, days' supply, Preferred Drug List inclusion or exclusion, "too soon refill", step therapy, and financial and cost limitations which are specified by PDP in the Benefit Specification Form.

2.10    Retrospective Drug Utilization Review: PBM shall review Claims to determine the drug utilization patterns of Members (e.g., over- and under-utilization) and physician dispensing patterns.

2.11    Medication Therapy Management (MTM): If requested by PDP, PBM shall identify and monitor Members with certain disease states, and provide prescriber notification letters and/or Member letters, in a mutually agreeable format, for three disease states chosen by PDP from list of available common chronic disease states provided by PBM. MTM services will be provided in accordance with CMS guidelines as described at 42 CFR § 423.153.

2.12    Reports: PBM shall provide PDP with access to web-based report generator through which PDP may create and download a variety of standard and customized reports. PBM shall provide training for a PDP designated individual on the capabilities of PBM's web-based reporting program. PDP represents that the designated individual has received training and has knowledge of the HIPAA privacy and security regulations. Any reports that are to be provided by PBM to PDP without cost (other than those available from PBM's web-based reporting program) shall be mutually determined prior to the configuration of PDP's Benefit Plan in

PBM's computer system and shall be specified in the Benefit Specification Form. PDP shall be charged a fee for any other reports requested by PDP.

2.13    Business Associate Agreement: PBM shall execute a PDP supplied HIPAA Business Associate Agreement (BAA), attached as Exhibit 3.

2.14    Customer Service: PBM shall maintain and operate a Help Desk with toll-free customer service numbers adequately staffed with trained personnel for calls 24 hours a day, 7 days a week for pharmacy benefit inquiries from PDP, Participating Pharmacies, and Prescribers. PBM acknowledges that PBM's Help Desk shall be the only customer service function for Members and that PDP will rely on such customer service function and will not maintain its own customer service function for Members.

2.15    Additional Federal Regulatory Requirements

2.15.1    PBM Performance: PBM acknowledges that PDP will monitor the performance of PBM on an ongoing basis pursuant to CMS guidelines. PBM agrees that if CMS or PDP determines that any activity or responsibility of PDP which is to be performed by PBM hereunder has not been performed satisfactorily, then CMS or PDP may revoke PBM's obligation to perform such activity or responsibility.

2.15.2    Regulatory Compliance: PBM agrees to abide by all applicable federal and state laws and regulations, and CMS instructions and that the services performed under this Agreement, and any amendments thereto, will be consistent with and in compliance with PDP's contractual obligations as a Part D Sponsor. PBM shall not be deemed to be in breach of this provision unless PDP has notified PBM of any service performed that is not consistent with or in compliance with Plan Sponsor's contractual obligations to CMS, and PBM has not cured such inconsistency or non-compliance within thirty (30) days of notice. PBM shall further require that all parties with whom PBM contracts, including Participating Pharmacies, maintain and comply with all applicable federal, state and local licenses, and statutory and regulatory requirements. In the event a Participating Pharmacy fails to do so, PBM shall take any actions to bring such pharmacy into compliance and/or terminate its agreement with the Participating Pharmacy as to PDP.

2.15.3    Privacy: PBM agrees to abide by state and federal privacy and security requirements, including the confidentiality and security provisions stated in the regulations for the Part D program at 42 CFR 423.136.

2.15.4    Record Retention and Reporting Requirements: PBM agrees to maintain records and provide access to its own books and records as well as those of its first tier, downstream, and related entities that relate to PDP's Part D operations in accordance with 42 CFR § 423.505 (b)(10).

2.15.5    Records and CMS Audit: PBM agrees to maintain such business records as may be required by applicable law or regulation, or as may be necessary to properly document the delivery of, and payment for, Covered Medications and the provision of services by PBM under this Agreement. PBM agrees to make its books and other records available in accordance

with 42 CFR 423.505(e)(2) and 42 CFR §423.505(i)(2), which generally states these regulations give CMS, the HHS Comptroller General, or their designees the right to audit, evaluate and inspect any books, contracts, records, including medical records and documentation related to CMS' contract with PDP, and that these rights continue for a period of 10 years from the final date of the contract between CMS and PDP or the date of audit completion, whichever is later. The ten year period for retention and access to records may be extended if: (i) CMS determines that there is a special need to retain a particular record or group of records for a longer period and CMS provides notice at least thirty (30) days before the normal disposition date; (ii) CMS determines that there has been a termination, dispute, fraud or similar fault, in which case the retention may be extended to six (6) years from the date of any resulting final resolution of the matter; or (iii) CMS determines that there is a reasonable possibility of fraud, in which case it may perform the inspection, evaluation or audit at any time. PBM agrees that CMS or its designees shall have direct access to PBM (i.e. on-site access) and that any books, contracts, records, including medical records and documentation relating to the Part D program will be provided to either PDP to provide to CMS or will be provided directly to CMS or its designees in accordance with 42 CFR 423.505(i)(3).

   2.15.6   <u>Beneficiary Hold Harmless</u>: PBM agrees it will ensure that beneficiaries are not held liable for fees that are the responsibility of PDP.

   2.15.7   <u>Pharmacy Network</u>: PDP retains the right to approve, suspend, or terminate any Participating Pharmacy providing Covered Medications to Members.

   2.15.8   <u>Additional Reporting Requirements</u>: PBM will comply with the reporting requirements established in Section 6005 of the Affordable Care Act and 42 CFR 423.514(d) and (e).

2.16   <u>HPMS</u>: Upon provision by PDP of all authorizations necessary to access HPMS on behalf of PDP, PBM shall upload and/or download the reports and data in accordance with applicable CMS guidelines and 42 CFR § 423.514(d) on behalf of PDP.

2.17   <u>Policies and Procedures</u>: Upon request, PBM shall provide PDP with copies of all policies and procedures reasonably necessary for PDP to comply with CMS regulations for Delegated Services. Such request shall specify the policy and procedure needed and the applicable CMS regulation associated with such policy and procedure.

2.18   <u>Written Communications</u>: PBM to provide all written communication to Members and/or PDP providers, including the Annual Notice of Change, for the Delegated Services. All written communication will be sent via U.S. Mail.

2.19   <u>E-Prescribing</u>: PDP acknowledges its obligation to support the most recently adopted E-Prescribing standards under section 1860D-4(e)(3) of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003. PBM agrees to develop and maintain the processes necessary to accommodate E-Prescribing, including updating pharmacy network contracts to include E-Prescribing requirements and contracting with one or more vendors to provide for the electronic exchange of prescription information. If PDP opts to utilize E-Prescribing through PBM, PBM shall pass through to PDP, and PDP agrees to pay in a timely

fashion, the costs for all Patient Transactions performed in connection with PDP's members. For purposes of this paragraph, "Patient Transaction" shall mean one eligibility status transaction initiated by a prescriber, health care provider, or facility, and communicated to PBM through PBM's contracted E-Prescribing vendor's system, relating to a patient and any medication history transaction or formulary coverage status transaction associated with the same patient and occurring in conjunction with the eligibility status transaction. PBM shall notify PDP in advance of any change in transaction costs. PDP agrees that PBM shall not be liable to PDP for any inaccurate or untimely information provided to PBM by PDP or for any inaccuracies or failures by the E-Prescribing vendor. PDP further agrees that PBM shall not be held liable for any consequences arising out of PDP's failure to reimburse PBM for any billed costs in connection with Patient Transactions performed on behalf of PDP's members. The costs associated with E-Prescribing are included in the Administrative Fee.

2.20   Disaster Recovery Plan: PBM shall maintain a Disaster Recovery Plan consistent with CMS requirements and provide a copy of such Disaster Recovery Plan to PDP.

2.21   Monthly Statistical Reporting: In addition to other reports provided under this Agreement, PBM shall supply PDP with the following: Number of member requests for coverage determinations/Type of request (PA, QL, SP, Vacation Supplies, Tier reduction, NF drug coverage, etc./Turnaround time/outcome.

2.22   Additional Delegated Medicare Part D Services: PBM shall provide certain additional delegated Medicare Part D services as specified in Exhibit 2 to this Agreement.

## 3.   ADDITIONAL MANAGEMENT SERVICES AND FACILITIES

PBM will perform or make available the following Management Services and Facilities on behalf of PDP. The Parties acknowledge and agree that the Management Services and Facilities set forth in this Section 3 are not Delegated Services but compensation for such Management Services and Facilities are included in the Management Fee:

3.1   Accounting, and Financial Reporting: Accounting and financial reporting, including, without limitation, billing and collections, reconciling funds, and filing statutory financial statements, including:

3.1.1      preparing: (i) an annual financial statement audit and filing annual audited PDP financial statements, as applicable and required by state regulations; or (ii) Financial Reporting, including monthly US GAAP financial statements, including a detailed trial balance, statement of cash flows, and 13 months rolling balance sheet and income statement;

3.1.2      performing general ledger account reconciliations on a monthly basis;

3.1.3      providing monthly variance analysis to prior periods and budget/forecast;

3.1.4      quarterly support of enterprise quarterly and annual audits of EIC's parent affiliate (reasonably cooperating with such parent's third party accountants in such audits);

3.1.5    performing monthly bank account reconciliation, within 5 business days following month-end;

3.1.6    applying monthly premium receipts to Member accounts; performing collectability review, and determining reserves as applicable;

3.1.7    prepare and file quarterly statutory financial reporting for 2024 plan year and file the annual 2024 statutory financial statements in March 2025 in the applicable states in which PDP is registered;

provided that with respect to all of Section 3.1 (not limited to Section 3.1.7):

(a)    PDP will be responsible for engaging any third party auditor;

(b)    the final signoff of any audit or financial statements submitted to any third party, any management representations letters, and any legal matters therein will be the responsibility of PDP; and

(c)    PDP will retain full ownership and access to the bank accounts listed on Exhibit 4 ("Bank Accounts"). While PDP will be the account owner of the Bank Accounts, PDP shall ensure that PBM will have online view access to the Bank Accounts throughout the term of this Agreement and the post-termination services set forth in Section 6.4 (Post-Termination Services) and in connection with Section 6.5 (Post-Termination Funds). PDP represents and warrants that Exhibit 4 contains a complete and accurate list of all bank accounts of PDP and that after the Effective Date, PDP and its affiliates will not hold any other bank accounts applicable to PBM's services hereunder.

(d)    On the Effective Date, PDP and/or its affiliate will provide PBM with the written process and forms for initiating from the applicable Bank Account(s) payments that are required to be made by PDP to Plan Sponsors (directly or through an intermediary) pursuant to the terms of Benefits Plans and any other mutually agreed upon payments ("Disbursements"). Utilizing such process and forms, PBM will initiate Disbursements from the Bank Accounts in the performance of its services under this Agreement, and PBM requests for Disbursements will be processed and completed by the treasury function of PDP's affiliates the same day as receipt of PBM's written instructions (if received by such treasury function prior to 11:00 AM eastern time on a business day, otherwise on the next business day). On the Effective Date, PDP shall provide PBM in writing with the contact information (including name, title, email, and phone number) of the contact person for the treasury function of PDP's affiliates to whom such requests will be sent hereunder. PDP shall provide PBM with prompt written notice of any change in the contact person and/or any of the contact information; provided that PBM shall not be liable for reliance on prior contact information until receipt by PBM of such new contact information.

(e)    For avoidance of doubt, any third-party costs related to the preparation of such financial statements will be passed through to, and added to the other fees charged to, PDP hereunder.

(f)    PDP represents and warrants that PDP will ensure that PBM has and will have timely access to all information required for PBM to fulfill its obligations in connection with this

Section 3.1, including without limitation for any audit and/or preparation of financial statements. Without limiting the foregoing, PDP shall be responsible for timely providing, and shall timely provide or cause to be provided on a timely basis, to PBM all such information as is not in the possession of PBM or not in the form or format readily accessible and usable by PBM and that is necessary in connection with PBM's accounting and other obligations under this Section 3.1, including without limitation the prior quarter/year filing and ensuring that such information is provided to PBM sufficiently in advance of the delivery date for any required accounting deliverables hereunder and including such information as PBM may reasonably request with respect to the Bank Accounts and transactions with respect to the Bank Accounts (which may include information that is not available within the systems for the Bank Accounts that PBM is provided access to under clause (c) in this Section 3.1 (*e.g.*, additional information regarding such transactions).  Further, without limiting the foregoing, in the event that PDP initiates any transaction with respect to the Bank Accounts other than as requested or instructed by PBM, PDP shall provide PBM with prior written notice of such transaction, including all information with respect to such transaction that is required for PBM to perform its obligations in connection with this Section 3.1, prior to such transaction or, if prior notice is not commercially reasonably practicable using reasonable best efforts, as soon as practical thereafter and without unreasonable delay.  PDP acknowledges and agrees that PBM's ability to perform its obligations under this Section 3.1, including without limitation performing its accounting responsibilities and delivering accounting deliverables, and the quality, completeness, truthfulness, and accuracy of such accounting and financial services and the deliverables with respect to the same, require full and timely disclosure by PDP and access by PBM to all information required by this Section 3.1 and may be limited by the information that PDP provides (or fails to provide) or provides (or fails to provide) access to (including without limitation the information contemplated by the first sentence of this paragraph) and the timeliness of providing such information. PDP, therefore, agrees that PBM shall not be liable, and PDP shall hold PBM harmless, hereunder (a) with respect to PDP's ownership, control and management of the Bank Accounts, including any transactions with respect to the Bank Accounts, (b) to the extent PDP fails to provide any such information in accordance with the terms and conditions of this Section 3.1, (c) for any inaccurate, incomplete, or untruthful information provided to PBM by or on behalf of PDP pursuant to the terms and conditions of this Agreement, or (d) for any such information not being timely provided to PBM (it being understood for the purpose of this paragraph that "timely" shall mean that PBM could be reasonably expected to receive, process and incorporate such information into its responsibilities and/or deliverables this Section 3.1 without the need to materially alter PBM's business practices as in existence as of the Effective Date (as as may be mutually altered by the Parties or as may be otherwise mutually agreed by the Parties) or without the need to incur non-routine costs not otherwise expressly required for herein).

3.2    Management Services: Grievances, enrollment, eligibility, billing, and government programs. PBM also will provide assistance to PDP's compliance personnel for assistance with PDP's compliance activities.

3.3    General Administrative, Facilities, and Office Services: Other administrative services as needed, including, without limitation, management, personnel, insurance, professional services, use of offices and furnishings, office supplies, computers, servers, software, web-site, copiers and other office equipment, telephone systems, and technical support.

3.4    Management Fee: For Management Services and Facilities described in this Section 3, PDP shall pay PBM a "Management Fee" in the amount of 3.01% of gross written premium collected. The Management Fee is payable on a monthly basis within 15 days from the date of the invoice, unless otherwise mutually agreed.  The Parties agree that the costs associated with marketing support, branding, and collateral materials are included in the Management Fee.

3.5    Annual Reconciliation: The Parties will enter into an annual true-up after the end of the year with respect to the Management Fee paid under this Agreement. On an annual basis, PBM will reimburse PDP for amounts received in excess of the actual costs of the services provided and PDP will make payment to PBM for the difference if the actual costs of the Management Services provided are in excess of the payments received by PBM. Costs will be allocated pursuant to the requirements per SSAP 70.

3.6    Right of Offset: Either Party may discharge all or a portion of any debts owed to the other Party by offsetting against amounts due from the other Party under this Agreement.

3.7    Eligibility and Enrollment Processing: PBM shall provide or arrange to provide enrollment and eligibility processing on behalf of PDP.

3.8    Management and Oversight: PBM shall provide management and oversight of all CMS defined programs, including PDP assigned pharmacy director, denied claim review, opioid case management, and oversight of other PBM provided clinical programs.

3.9    Provision of Information: PBM shall have responsibility for information concerning the Plan, Plan benefits, and the specific services to be rendered by PBM under this Agreement.

3.10    Distribution of Materials: PBM shall distribute Member materials related to PDP's prescription drug program to Members.

## 4.    DUTIES OF HEALTH PLAN

PBM shall have the following duties with respect to this Agreement:

4.1    Payment: PDP shall timely pay, or cause its designee to timely pay, PBM for services rendered hereunder in accordance with this Agreement.

4.2    Regulatory Compliance: PDP shall operate its plan in full compliance with Medicare regulations and all applicable local, state and federal laws and regulations, including HIPAA and other applicable privacy and security laws. PDP shall retain the responsibility for compliance with Medicare regulations. For avoidance of doubt, this Section 4.2 is not intended to and shall not relieve PBM of its express obligations hereunder.

4.3    Cooperation: PDP shall cooperate with PBM, and be supportive, to ensure all services described hereunder are provided in a timely, responsible, and professional manner.

4.4    CMS Contract and State Insurance Licensure:  PDP shall have and maintain its PDP contract with CMS and all required state insurance licensure.

4.5    CMS Reporting and System Access:  PDP shall have and maintain access to CMS systems and connectivity and provide PBM and PBM subcontractors with access to CMS systems (*e.g.*, HPMS, TBT, LIS, Acumen, MPF, Patient Safety Analysis website, IACS, CMS help desk, etc.). PDP shall provide to PBM, or cause that PBM directly receives, all CMS related reporting, including eligibility and financial (*e.g.,* PRS, PPR, MMR, etc.) that the PDP has in its control or receives from CMS.  This Section 4.5 shall survive the expiration or termination of this Agreement for any reason and continue in effect for as long as PBM is providing post-termination services under Section 6.4 of this Agreement.

4.6    CMS Attestations: PDP shall timely submit all required CMS attestations in connection with PDP program.  This Section 4.6 shall survive the expiration or termination of this Agreement for any reason and continue in effect for as long as PBM is providing post-termination services under Section 6.4 of this Agreement.

## 5.    TERMS OF PAYMENT

5.1    Pricing and Fees: PBM and PDP agree that pricing for Delegated Services shall be as set forth in Exhibit 1 hereto, as may be amended in writing from time to time. PDP acknowledges that (i) Exhibit 1 has been reviewed and approved by PDP; (ii) the fees and prices specified in Exhibit 1 are conditioned upon PDP's use of Participating Pharmacies; (iii) the fees and prices specified in Exhibit 1 are subject to modification after the Initial Term of this Agreement and/or upon a material change in the negotiated discounts with Participating Pharmacies. PDP shall not advance any funds to PBM except to pay for services outlined or contemplated in the Agreement.

5.2    Medicaid Reimbursement: If the negotiated prices reflected in this Agreement have any effect on the level of reimbursement Participating Pharmacies receive from any state Medicaid (Title **XIX**) Program under such state's law governing pharmaceutical discounts, the pricing set forth in Exhibit 1 of this Agreement will be adjusted so that this Agreement does not adversely affect the level of reimbursement Participating Pharmacies receive from the Medicaid Program in such state.

5.3    Payments for Claims:

5.3.1    Payments for Claims.  For each Covered Medication dispensed, PDP agrees to reimburse PBM in accordance with this Section 5.3 and Exhibit 1, less applicable Co-Payments payable by Members under the Benefit Plan, less applicable Manufacturer Derived Revenue received from pharmaceutical manufacturers, as described in Section 1.13. PBM shall provide PDP with a statement of payable Claims, net of Manufacturer Derived Revenue, on a monthly basis.  Upon receipt of each statement, PDP shall wire the full amount, net of Manufacturer Derived Revenue, included in the statement within five (5) business days following receipt of such invoice, or as otherwise mutually agreed, to the bank account(s) designated by PBM. Alternatively, PDP may authorize PBM to make electronic fund transfers from PDP's designated account after executing PBM's Electronic Fund Transfer Agreement.  If this payment method is selected by PDP, the full statement amount will be withdrawn two (2) business days prior to each statement due date.  In the event PDP has questions regarding any amounts included on the statement, it still shall be obligated to pay the full amount of the claims due on the statement

within the time period set forth herein, and then the Parties shall work together in good faith to resolve any such questions.

      5.3.2     <u>Failure of PDP to Pay Timely</u>.  In the event PDP fails to pay any amount due under this Agreement as set forth herein, in addition to all other rights and remedies under this Agreement and at law and in equity, PBM shall have the following rights and remedies:

      5.3.2.1 <u>Interest and Other Charges</u>.  Should PDP fail to pay any amount due under this Agreement within the time frame set forth herein, PDP shall be subject to interest charged on all amounts due at an amount equal to one and one-half percent (1.5%) per month, to accrue on a daily basis on any unpaid balances and interest payable to participating pharmacies as established by CMS 42 CFR § 423.520(e). In addition, PDP shall be responsible for all costs of collection and agrees to reimburse PBM for such costs and expenses, including reasonable attorneys' fees.

      5.3.2.2 <u>Suspension of Services</u>.  If five business days have elapsed from the date on which any amount under this Agreement was due to PBM, and payment in full (including any accrued interest) has not been received at the PBM designated bank account by such date, then PBM may suspend its services and system operations for PDP upon written notice to PDP so long as all past due amounts (including interest) have not been cured in full within two business days after receiving such a notice.

      5.3.2.3 <u>Security Deposits</u>.  Should PDP fail to pay any amount due under this Agreement within the time frame set forth herein for two (2) consecutive payment periods, PBM shall have the option to require PDP to provide PBM a deposit in an amount equal to twice the average statement amount over the previous six (6) months, or, if there is less than six (6) months billing history, then such deposit shall be twice the average statement amount over the actual billing history.

      5.3.2.4 <u>Offsets</u>.  In the event of any uncured payment default, PDP authorizes PBM to offset the amount of such payment defaults, interest, and collection costs against any PDP related amounts otherwise payable to PDP (including, without limitation, any rebate amounts or PDP's deposit, if any).

5.4     <u>Payment of Administrative Fee</u>: PDP agrees to pay PBM's Administrative Fee by the last day of each month for the next month's services, unless otherwise mutually agreed. The Administrative Fee is calculated by multiplying the number of Members who are active at any time during the then ending month (as reflected in the PBM claims processing system), by the Administrative Fee amount set forth in <u>Exhibit 1</u>.

5.5     <u>Pass-Through of Discounts</u>: PBM shall use its best efforts to negotiate (on behalf of PBM's collective clientele) discounts with Participating Pharmacies. PBM shall pass through to PDP one hundred percent (100%) of all negotiated Participating Pharmacy discounts. PBM will charge PDP for Covered Medications dispensed to Members at PBM's cost.

5.6     Pass-Through of Manufacturer Derived Revenue

    5.6.1     Manufacturer Derived Revenue: PBM shall pass through to PDP one hundred percent (100%) of all negotiated Manufacturer Derived Revenue payable from pharmaceutical manufacturers, for the amount collected by PBM from the participating manufacturer by providing an offset to monthly Claims payable by PDP.

    5.6.2     Revenue Yields: PDP acknowledges that its yield of Manufacturer Derived Revenue is dependent on certain factors including, without limitation, the following: (i) PDP's adherence to PBM's Preferred Drug List; (ii) the structure of PDP's Benefit Plan; and (iii) the drug utilization patterns of PDP's Members. Notwithstanding anything herein to the contrary, PBM shall not be liable to PDP for Manufacturer Derived Revenue yields that are lower than expected if (i) PDP does not adhere to the PBM Preferred Drug List; (ii) PDP makes a material change to the Benefit Plan; (iii) PDP's Benefit Plan does not meet the conditions for rebates of pharmaceutical manufacturer contracts; (iv) there is a significant change in the drug utilization patterns of the Members; (v) loss of rebates due to manufacturer drug patent expirations; (vi) changes in pharmaceutical manufacturer rebate contracting terms or policies; or (vii) any governmental regulation, ruling, or guidance that impacts PBM's ability to maintain current Manufacturer Derived Revenue yields. PDP further agrees that it shall not, at any time, submit Claims which have been transmitted to PBM to another PBM or carrier for the collection of Manufacturer Derived Revenue or create a situation which would cause a manufacturer to decline payments to PBM. PDP agrees that PBM shall have the right, without further notice, to deduct from PDP any Manufacturer Derived Revenues advanced to PDP which are uncollectable by PBM from the pharmaceutical manufacturer due to non-compliance by PDP with the manufacturer's requirements for payment of Manufacturer Derived Revenue.

5.7     Miscellaneous Expenses: PDP agrees to reimburse PBM for postage and other reimbursable expenses explicitly set forth in this Agreement within ten (10) days of receipt of an invoice.

5.8     Retroactive Disenrollment: PDP agrees that retroactive termination or retroactive disenrollment of a group or individual Member shall not relieve PDP of its obligation to pay Administrative Fees or Claim amounts due to PBM or a Participating Pharmacy.

5.9     Taxes: Any sales or use taxes for Covered Medications sold to Members in accordance with the terms of this Agreement shall be charged, collected, and paid to state and local taxing authorities by the dispensing pharmacy. PDP will reimburse PBM or the dispensing pharmacy for such taxes paid as part of the reimbursement for Claims.

5.10     Reimbursement to Pharmacies

    5.10.1     PBM uses a standard for reimbursement of pharmacies based on the cost of a drug as published by Medi-Span. PBM shall update such standard not less frequently than once every 7 days, with an initial update on January 1st of each year, to accurately reflect the market price of acquiring the drug.

Confidential and Proprietary

5.10.2    PBM will issue, mail, or otherwise transmit payment with respect to all clean claims submitted by pharmacies (other than pharmacies that dispense drugs by mail order only or are located in, or contract with, a long-term care facility) within 14 days of receipt of an electronically submitted claim or within 30 days of receipt of a claim submitted otherwise; provided PDP has timely supplied adequate funds in accordance with Section 5.10.4 below.

5.10.3    PBM will ensure that a pharmacy located in, or having a contract with, a long-term care facility will have not less than 30 days (but not more than 90 days) to submit claims to the Sponsor for reimbursement.

5.10.4    PDP acknowledges that PBM may withhold payments to pharmacies for PDP's Claims unless and until adequate funds are received from PDP. PDP shall hold harmless PBM from any liability which arises from the non-payment of pharmacies for PDP's Claims due to PDP's failure to provide adequate funds to PBM.

5.11    Audit by PDP: Notwithstanding the rates set forth on Exhibit 1, PBM represents and warrants that the amounts payable by PDP for Covered Medications shall be no greater than PBM's acquisition cost, net of all Manufacturer Derived Revenue. Acquisition cost is PBM's amount payable to the Participating Pharmacy for Covered Medications dispensed to Members on the date the prescription was dispensed for the actual package size dispensed. PDP, at its sole expense, may audit PBM's records of Claims paid by PDP annually. PBM shall make available to PDP's auditor, any and all records containing PDP's information and such other records and agreements as reasonably necessary for auditor to confirm that the amounts paid by PDP are the cost incurred by PBM on the day the Covered Medication was dispensed. PBM and PDP shall mutually agree to PDP's auditor. PDP shall not use as it auditors, any person or entity which is a competitor of PBM, a pharmaceutical manufacturer representative, nor any other person or entity which could gain competitive knowledge of PBM and/or use such knowledge to disadvantage PBM or PBM's contracted Participating Pharmacies or pharmaceutical manufacturers. Audits shall only be made during normal business hours following thirty (30) days written notice, be conducted without undue interference to PBM's business activity, and in accordance with reasonable audit practices. PDP understands that PBM's contracts with Pharmaceutical Manufacturers, Participating Pharmacies, and other third parties may contain non-disclosure provisions, and hereby agrees to comply with such non-disclosure provisions.

5.12    Audit by Regulatory Authorities: PBM agrees to permit the examination of PBM's fiscal and administrative records related to PDP, at the offices where such records are maintained, by appropriate state and federal regulators, including any arrangements for administrative, management, or financial services, as often as deemed necessary by such regulators.

## 6.    TERM AND TERMINATION

6.1    Term: The Agreement shall commence on the Effective Date and remain in full force and effect through December 31, 2024, unless earlier terminated as provided in Section 6.2.

6.2    Termination: This Agreement may be terminated upon providing written notice as follows:

6.2.1     For Cause: By PBM in the event PDP breaches any of its material obligations hereunder; provided, however that PDP shall have thirty (30) days to correct such breach after written notice is given by PBM specifying the applicable breach.

6.2.2     Insolvency: By PBM in the event PDP (i) is adjudicated insolvent or makes an assignment for the benefit of creditors; (ii) files or has filed against it, or has an entry of an order for relief against it, in any voluntary or involuntary proceeding under any bankruptcy, insolvency, reorganization or receivership law, or seeks relief as therein allowed, which filing or order shall not have been vacated within sixty (60) calendar days from the entry thereof; (iii) has a receiver appointed for all or a substantial portion of its property and such appointment shall not be discharged or vacated within sixty (60) calendar days of the date thereof; (iv) custody, attachment or sequestration by a court of competent jurisdiction is assumed of all or a significant portion of its property; or (v) ceases to do business or otherwise terminates its business operations, is declared insolvent or seeks protection under any bankruptcy, receivership trust deed, creditors arrangement or similar proceedings.

6.2.3     Immediate Termination: Either Party may terminate this Agreement immediately upon written notice to the other Party upon the occurrence of any of the following events: (i) exclusion of the other Party from the Medicare or Medicaid programs; or (ii) termination of the agreement between PDP and CMS.

6.2.4     Notices: All notices required in this Section 6.2 shall be reasonably specific concerning the cause for termination and shall specify the effective date and time of termination.

6.3     Effect of Termination: Upon termination of this Agreement, all further obligations of the Parties under this Agreement shall terminate, but termination of this Agreement for any reason shall not release any Party from obligations incurred under this Agreement prior to the date of termination. Notwithstanding the foregoing, the Parties shall in all events remain bound by and continue to be subject to the following provisions: Section 2.15.5 (Records and CMS Audit); Section 3.1.7 (2024 statutory financial statements); Clauses (a)-(f) of Section 3.1; Section 3.5 (Annual Reconciliation); Section 3.6 (Right of Offset); Section 4.1 (Payment); Section 4.3 (Cooperation); Section 4.5 (CMS Reporting and System Access); Section 4.6 (CMS Attestations); Section 5.3 (Payments for Claims); Section 5.4 (Payment of Administrative Fee) (it being understood that Administrative Fees shall accrue only during the Term and any run-off period in connection with AmWINS per claim Administrative Fees); Section 6.4 (Post-Termination Services/Access); Section 6.5 (Post-Termination Funds); Section 7 (Confidential Information); Section 8 (Indemnification); Section 10 (General), and any other provision which by its nature survives termination of this Agreement.

6.4     Post-Termination Services/Access: PBM will provide the following services post-termination of this Agreement in connection with services provided for plan year 2024 in accordance with applicable law, the consideration for which is included in the fees to be paid hereunder prior to termination of the 2024 plan year:

6.4.1     PDE Submission:  PDE submissions for plan year 2024 will continue monthly through June 30, 2025.

6.4.2    <u>Reports that PDP must submit to CMS</u>:  All CMS reporting for plan year 2024 will be generated and provided, as applicable, so long as required of PDP under applicable law or, if earlier, such time as PDP notifies PBM that such services are no longer required.

6.4.3    <u>Regulatory Audit Support Services</u>:  Regulatory audit support services will be provided for all types of regulatory audits including the annual CMS-required Data Validation Audits, Medicare Full Program Audits, 1/3 Financial Audits and Recovery Audit Contractor (RAC) audits for plan year 2024.

6.4.4    <u>Additional Services Post-Termination Services</u>: Any other services related to Part D, including any support services, shall be provided only upon mutual agreement of the Parties at agreed to rates.

6.5    <u>Post-Termination Funds</u>.

6.5.1    <u>CMS Amounts</u>:  Any amounts payable post-termination by PDP to CMS for plan year 2024 shall be the responsibility of PDP, which shall pay such amounts directly to CMS. Any amounts payable to and/or received by PBM, post-termination, on behalf of PDP by or from CMS for plan year 2024 shall be for the benefit of PDP, and PBM shall promptly pay any such amounts it receives to PDP; provided, however, PBM may offset amounts owed to PBM by PDP under this Agreement before paying any such amounts to PDP.

6.5.2    <u>Manufacturer Derived Revenue</u>. Notwithstanding anything to the contrary herein, PBM shall retain one hundred percent (100%) of all Manufacturer Derived Revenue received following termination of the Agreement after offset of any outstanding Claim amounts due.

6.5.3    <u>Other Amounts</u>:  In the event any other amounts are received by PDP in respect of plan year 2024 following termination of the Agreement (*e.g.*, premium collections, etc.), PDP shall retain one hundred percent (100%) of all such amount, except as required to be paid to PBM hereunder. Similarly, any such amounts received by PBM in respect of plan year 2024 following termination of the Agreement shall be for the benefit of PDP, and PBM shall promptly pay any such amounts it receives to PDP; <u>provided</u>, <u>however</u>, PBM may offset amounts owed to PBM by PDP under this Agreement before paying any such amounts to PDP.

## 7.    CONFIDENTIAL INFORMATION

7.1    <u>Confidentiality</u>: Except as otherwise stated herein or required by law, neither Party shall disclose any information of, or concerning, the other Party that has either been provided by such other Party to such first Party or obtained by such other Party in connection with this Agreement (including this Agreement and the terms of this Agreement) or related to the services rendered under this Agreement, all of which information is deemed confidential information; <u>provided</u> that confidential information shall not include any information that is or becomes generally available to the public other than as a result of disclosure, directly or indirectly, by such first Party in violation of this <u>Section 7.1</u>. All data, information, and knowledge supplied by a Party shall be used by the other Party exclusively for the purposes of performing this Agreement <u>provided</u> that each Party may disclose and/or use confidential information to (i) its directors,

officers, employees, investment bankers, financial advisors, accountants, agents, attorneys, consultants, or other representatives, so long such persons are directed to treat such confidential information in accordance with this Section 7.1; (ii) perform its obligations hereunder or provide services under the TSA, (iii) comply with applicable law or contract (solely for the purpose of complying with such contract), (iv) enforce such Party's rights hereunder, or (v) participate in commercial arrangements between PDP and its affiliates, on the one hand, and PBM and its affiliates, on the other hand. Upon termination of this Agreement, each Party shall, upon written request of the other Party, return to such other Party, all confidential information provided including, without limitation, all copies and electronic magnetic versions thereof, except Party may retain such documents, records, and copies as are required in order to satisfy any retention policies, internal compliance procedures or regulations or law to which such Party is subject, or where it is not reasonably possible to destroy copies that have been created by ordinary course electronic backup procedures; provided that (x) the obligations in this Section 7.1 shall continue to apply to such documents, records and copies and (y) in each case, such documents, records and copies are only available and accessible to employees of such Party with a need to know solely for the foregoing purposes.

7.2    Protected Health Information (PHI): As a component of the services provided to PDP, PDP may have access to PHI contained in reports accessed via the Internet. To obtain access, PDP must delegate one or more individuals who will be authorized by PDP to access PHI. Each such individual must be HIPAA Compliant. For purposes of this Agreement, "HIPAA Compliant" means that PDP has certified the individual has received training and has knowledge of the HIPAA Privacy and Security Regulations. PDP agrees, for itself and its employees, that PHI shall not be used for any impermissible purpose, including, without limitation, the use of PHI for disciplinary or discriminatory purposes, and the user names and passwords assigned to the designated individuals shall not be shared with non-designated individuals.

7.3    Ownership of Records: To the extent permitted by applicable laws, all records of prescription drug products dispensed to Members shall be the property of PDP. However, during the term of this Agreement and for a reasonable period after termination of this Agreement, PDP grants PBM the right to use and disclose to third parties the drug and related medical data of Members (i) in furtherance of the performance of PBM's responsibilities under this Agreement, and (ii) as utilized in, or incorporated into, PBM's research, cost analyses, and cost comparison studies. All such research, cost analyses, and cost comparisons, and other similar studies or reports conducted or prepared by PBM ("PBM's Reports") shall be the sole and exclusive property of PBM. Such information must be aggregated with that of other clients and de-identified so as to protect the confidentiality of both PDP and Member.

8.      INDEMNIFICATION

8.1    Limited Indemnification by PBM: PBM hereby agrees to indemnify, hold harmless, and defend PDP and its employees, officers, directors, trustees, shareholders, and agents from and against any and all liabilities, actions, claims, damages, costs, losses and expenses (including without limitation, reasonable costs of investigation and attorneys' fees) caused by or arising out of (i) any act or omission by PBM in the performance of the services provided under this Agreement; or (ii) any breach of any representation, covenant, or other agreement of PBM contained in this Agreement.

8.2     Limited Indemnification by PDP: PDP hereby agrees to indemnify, hold harmless, and defend PBM and its employees, officers, directors, shareholders, affiliates and agents from and against any and all liabilities, actions, claims, damages, costs, losses and expenses (including without limitation, reasonable costs of investigation and attorneys' fees) caused by or arising out of (i) any act or omission by PDP in the performance of its obligations under this Agreement; (ii) any breach of any representation, covenant, or other agreement of PDP contained in this Agreement; (iii) the provision by PDP or its designee of erroneous information hereunder and/or in connection herewith; or (iv) PDP's failure to comply with state or federal law in the operation of its Benefit Plan.

8.3     Limitation of Liability: Except for the indemnification obligations set forth above, each Party's liability to the other hereunder will in no event exceed the actual proximate losses or damages caused by breach of this Agreement. In no event will either Party or any of their respective affiliates, directors, employees or agents, be liable for any indirect, special, incidental, consequential, exemplary or punitive damages, or any damages for lost profits relating to a relationship with a third party, however caused or arising, whether or not they have been informed of the possibility of their occurrence.

## 9.     RELATIONSHIP WITH CONTRACTED PHARMACIES

PDP acknowledges that PBM is neither an operator of pharmacies nor exercises control over the professional judgment used by any pharmacist when dispensing drugs to Members. Nothing in this Agreement shall be construed to require a Participating Pharmacy to dispense any drug or supplies to anyone if, in the pharmacist's professional judgment, such drug or supplies should not be dispensed.

## 10.     GENERAL

10.1    Legal Status: Nothing in this Agreement shall be deemed to confer upon PBM (i) the status of fiduciary as defined in either the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), or the Americans with Disabilities Act, as amended ("ADA"), except to extent, in the performance of its obligations under this Agreement, PBM exercises actual discretionary control over the property of PDP; (ii) any liability for the terms or validity of the Benefit Plan; or (iii) any liability for disclosing or reporting information regarding the Benefit Plan or changes in the Benefit Plan (e.g., calculation of Co-Payments, deductibles; or creditable coverage) as may be required by law to be disclosed to governmental agencies or Members. For avoidance of doubt, this Section 10.1 is not intended to and shall not relieve PBM of its express obligations hereunder.

10.2    Independent Contractors: PBM and PDP are independent contractors. Neither Party, nor any of its respective employees, shall be construed to be the employee or representative of the other, or liable for any acts of omission or commission on the part of the other.

10.3    Exclusivity: During the term of this Agreement, PBM shall be the sole provider of Delegated Services to PDP, including, without limitation, the exclusive contractor of rebates with pharmaceutical manufacturers for PDP's Claims.

Confidential and Proprietary

10.4    <u>Assignment</u>: Except as follows, this Agreement may not be assigned by either Party without the express written consent of the other Party, which may not be unreasonably withheld. PBM may assign this Agreement to a controlled subsidiary company or a controlling parent company.

10.5    <u>Binding Effect</u>: This Agreement and the exhibits and schedules attached hereto shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns. PDP's obligations hereunder are intended to inure to the benefit of and be enforceable by the Participating Pharmacies.

10.6    <u>Intellectual Property</u>: Each Party reserves the right to and control of the use of their names, symbols, trademarks or service marks presently existing or hereafter established, and no Party may use any names, symbols, trademarks or service marks of any other Party without the owner's written consent.

10.7    <u>Waiver</u>: Neither the failure nor any delay on the part of either Party to exercise any right, power or privilege hereunder will operate as a waiver thereof, nor will any single or partial exercise of any such right, power or privilege preclude any other or further exercise thereof, or the exercise of any other right, power or privilege. In the event any Party should waive any breach of any provision of this Agreement, it will not be deemed or construed as a waiver of any other breach of the same or different provision.

10.8    <u>Severability</u>: The invalidity or non-enforceability of any term or provision of this Agreement shall in no way affect the validity or enforceability of any other term or provision.

10.9    <u>Headings</u>: The section or paragraph headings contained in this Agreement are for reference purposes only and shall not affect the meaning or interpretation of this Agreement.

10.10    <u>Entire Agreement; Amendment</u>: This Agreement, together with the other documents expressly referred to herein, shall constitute the entire agreement between PBM and PDP with respect to the subject matter herein and supersede any prior understanding or agreements of any kind preceding this Agreement with respect to such subject matter. Any modification or amendment to this Agreement, or additional obligation assumed by PBM or PDP in connection with this Agreement, shall be binding only if evidenced in a writing signed by both Parties. No term or provision of this Agreement shall establish a precedent for any term or provision in any other agreement.

10.11    <u>Acceptance of Offer</u>: Notwithstanding anything herein to the contrary, this Agreement shall not be binding upon the Parties unless and until the Agreement is signed and executed by a duly authorized officer of each of the Parties. The signing of this Agreement by PDP constitutes an offer only until the same has been signed by PBM.

10.12    <u>Dispute Resolution</u>: If either Party should declare a breach of this Agreement, or if any dispute arises from this Agreement or the subject of this Agreement, the Parties shall first submit the matter to non-binding mediation (not arbitration) and attempt to resolve the matter, in good faith, prior to the institution of any litigation or other legal action. The Parties agree that litigation or other legal action may be initiated only after each Party has presented its case to an

independent, professional mediator and such mediator has declared an impasse. If both Parties initiate legal action on the same calendar day, PDP shall be deemed to be the Plaintiff and PBM shall be deemed to be the Defendant. Any statements made at such mediation shall be for settlement purposes only and shall not be construed to be an admission. A Party requesting mediation shall be entitled to obtain a court order mandating mediation if the other Party does not agree to commence mediation within thirty (30) days after written request. The fees and costs incurred by the Party seeking such court order shall be reimbursed by the other Party; otherwise, each Party shall pay its own costs of mediation. Nothing in this paragraph shall preclude either Party from seeking remedies in equity if such action is found to be appropriate by a court of competent jurisdiction. Except for a proceeding in equity, any Party that circumvents this provision shall reimburse the other Party for its legal fees and costs, regardless of the outcome.

10.13   Force Majeure: Neither PBM nor PDP will be deemed to have breached this Agreement or be held liable for any failure or delay in the performance of all or any portion of its obligations under this Agreement if prevented from doing so by a cause or causes beyond its control. Without limiting the generality of the foregoing, such causes include acts of God or the public enemy, fires, floods, storms, earthquakes, riots, strikes, boycotts, lock-outs, acts of terrorism, acts of war or war-operations, restraints of government, power or communications line failure or other circumstances beyond such Party's control, or by reason of the judgment, ruling or order of any court or agency of competent jurisdiction, or change of law or regulation (or change in the interpretation thereof) subsequent to the execution of this Agreement. The Party claiming force majeure must provide the other Party with reasonable written notice. However, as soon as cause preventing performance ceases, the Party affected thereby shall fulfill its obligations as set forth under this Agreement. This Section 10.13 shall not be considered to be a waiver of any continuing obligations under this Agreement, including, without limitation, the obligation to make payments.

10.14   Choice of Law: This Agreement shall be construed, interpreted, and governed according to the laws of the State of Ohio without regard to its conflict of laws and rules, except to the extent such laws are preempted by applicable Federal law.

10.15   Notices: Any notice required to be sent by one Party to the other under this Agreement shall be in writing and may be sent to the other Party by mail, courier, e-mail, and/or telefax at the address set forth on the signature page below; provided, however, that it shall be the burden of the sending party to establish that the receiving Party, in fact, received the notice.

10.16   Representations: Each Party represents and warrants that such Party has (i) entered into this Agreement voluntarily; (ii) not transferred or assigned or otherwise conveyed in any manner or form any of the rights, obligations or claims which are the subject matter of this Agreement; and (iii) the full power and authority to execute this Agreement. Each Party further represents and warrants that (i) it has no undisclosed conflicts of interest and (ii) entering into this Agreement is not in violation of any other agreement. Each Party further represents that it maintains, and shall continue to maintain throughout the term of this Agreement, any and all licenses, governmental authority, or other authorization required to operate an entity of its type.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date first above written.

**MEDIMPACT HEALTHCARE SYSTEMS, INC.**

By:_____

Name: _____

Its: _____

**Address for Notice**:

MedImpact Healthcare Systems, Inc.
10181 Scripps Gateway Ct
San Diego, California 92131
Attention:    James Gollaher
Email: james.gollaher@medimpact.com

With a copy to:

SVP, Corporate Services and General Counsel at the same address above; Attention: Nancy S. Radtke
Email: nancy.radtke@medimpact.com

**ELIXIR INSURANCE COMPANY**

By: _____

Name:_____

Its: _____

**Address for Notice**:

Elixir Insurance Company
200 Newberry Commons
Etters, PA 17319
Attention:  Anna Khais
Email: akhais@elixirsolutions.com

Confidential and Proprietary

EXHIBIT 1
DRUG PRICING AND FEES

| Drug Pricing and Dispensing Fees | | | | |
|---|---|---|---|---|
| **PDP** pays the best negotiated price[A] or, if lower, the dispensing pharmacy's Usual and Customary (U&C) price: | | | | |
| | **BRAND** | | **GENERIC** | |
| | **Drug Price[B]** | **Dispensing Fee[D]** | **Drug Price[C]** | **Dispensing Fee[D]** |
| 30 Days' Supply at Retail | Average annual effective rate of AWP minus 17% | $1.50 | Average annual effective rate of AWP minus 74% | $1.65 |
| 90 Days' Supply at Retail | Average annual effective rate of AWP minus 23% | $0.00 | Average annual effective rate of AWP minus 74% | $0.00 |
| Mail Order (at Orchard Pharmaceutical Services) | Average annual effective rate of AWP minus 23% | $0.00 | Average annual effective rate of AWP minus 74% | $0.00 |
| Specialty (at Medmark Specialty Pharmacy) | See price sheet, Exhibit 1-A | | | |

[A] PBM's calculated price (plus applicable dispensing fees) for Covered Medications dispensed by the Participating Pharmacy to Members on the date the prescription was dispensed for the 11 digit NDC number provided by the dispensing pharmacy.

[B] Average annual effective rate for Brand drugs is calculated using actual price paid by PBM (before deducting Manufacturer Derived Revenue) for all Claims (including Claims paid at U&C) during a contract year.

[C] Average annual effective rate for Generic drugs is calculated using actual price paid by PBM for all Claims (including Claims paid at PBM's MAC, non-MAC, and U&C) during a contract year.

[D] Dispensing Fee is average annual per Claim fee for all Claims (including Claims paid at U&C).

Confidential and Proprietary

| Administrative Fee | |
| --- | --- |
| $3.50 Per Member Per Month ("PMPM"); provided, however: | |
| A. with respect to processing of Employer Group Waiver Plan ("EGWP")/Wrap claims according to the EGWP Agreements between PDP and various Employer Groups, the Administrative Fee will be as set forth in the applicable EGWP Agreement, which at a minimum shall be no less than $3.00 PMPM, or, if no Administrative Fee is set forth in the applicable EGWP Agreement, $3.50 PMPM. | |
| B. with respect processing of fully insured and self-insured claims entered by AmWINS into the PBM claims processing environment according to the Management Services Agreement between PDP and AmWINS Group Benefits, Inc. d/b/a/ AmWins Rx, the Administrative Fee shall be $1.25 per claim processed. | |
| Additional Fees and Miscellaneous Expenses | |
| 1.  Replacement by PBM of lost or stolen ID Cards | $1.00 per card plus cost of postage |
| 2.  Manual Claims Processing and Direct Member Reimbursements (DMRs) | $1.50 per Claim processed |
| 3.  Manually create or update Eligibility File | $1.00 per Member data entry |
| 4.  Ad Hoc Computer or Report Programming | $150.00 per hour |
| 5.  EOBs (If PBM prints and mails to Members) | Included in Administrative Fee |
| 6.  Manually reverse and reprocess Claim due to PDP error | $1.00 per Claim |
| 7.  If PBM mails Retro LICS refund checks to members (no charge for report only) | Included in Administrative Fee |
| 8.  FWA Desk Audits and Reports (includes onsite audits) | Included in Administrative Fee |
| 9.  Coverage Determinations and Appeals | Included in Administrative Fee |
| 10. After Hours Customer Service (for PDP forwarded calls) | Included in Administrative Fee |
| 11. E-Prescribing | The costs associated with E-prescribing are included in the Administrative Fee |

Confidential and Proprietary

EXHIBIT 2
ADDITIONAL DELEGATED MEDICARE PART D SERVICES

- Retro Low Income Subsidy (LIS) Determination
  - Report identifying potential members for retro on a quarterly basis
  - Reimbursement determination
  - Check generation
  - Check mailing
- PDP Management System (HPMS) Reports (PBM will provide and upload the reports)
  - Vaccine Administration
  - Medication Therapy Management (MTM)
  - Generic Drug Utilization
  - Grievances
  - Exceptions
  - Appeals
  - Overpayments
  - Pharmaceutical Manufacturer Rebates, Discounts, and Other Price Concessions (DIR)
  - Drug benefit analysis
- Grievances
  - Resolution of minor prescription drug issues
  - Referral to Plan Sponsor of un-resolved complaints with supporting documentation
- Appeals (Rx issues only) (additional fee may apply for external review)
  - Member notification of approvals/denials
- Prior Authorizations (Coverage Determinations)
  - Member notification of approvals/denials
  - Administrative (Part B drug vs. Part D drugs)
  - Clinical
- Explanation of Benefit (EOBs)
  - Create Monthly EOBs in PDF format
  - EOBs on demand (file provided to PDP)
  - Mail EOBs (does not include printing and postage)
- Formulary Management
  - P&T Committee
  - P&T Committee support if own P&T Committee used
  - Negative formulary Change notification process (Members, pharmacies, SPAPs & pharmacy networks)
  - Monthly HPMS updates
  - HPMS file generation
  - HPMS monthly upload
- Marketing Formulary Generation (in PDF format)
- Financial Information Reporting (FIR) Processing
- Medication Therapy Management (MTM)
- CMS Audit Support (during term of Agreement)
- Medicare Claims Processing

Confidential and Proprietary

- Claim adjudication
- Weekly drug file loads
- AWP change monitoring
- Proprietary MAC pricing updates
- Bi-weekly paid claims history/utilization files
- TrOOP tracking
- Online System Access to view claims
- Loading pharmacy history on members
- DUR reporting (concurrent/retrospective)
- Manufacturer Rebate Contracting
  - Quarterly rebate reporting
  - Annual DIR reporting
  - Administer rebate contracts in compliance with CMS requirements
- Loading of COB Files (done monthly as provided by PDP in CMS format)
- Loading of Eligibility Files (as specified in Benefit Specification Form)
- Year End Attestations confirming submissions of DIR, P2P, and PDE
- Medicare Pharmacy Network
  - Ensure contracted pharmacies sufficient to meet Tri-Care Standards
  - Provide list of network pharmacies for pharmacy directory
  - Provide Pharmacy Network file to Client for GeoAccess (additional fee may apply for GeoAccess report)
- Prescription Drug Event (PDE) file generation
  - Creation and submission of monthly PDE errors
  - Resubmission of PDEs associated with claim submission errors which have been corrected by PDP
- Activities to identify, investigate, and report fraud, waste and abuse, including, without limitation, pharmacy desk audits and on-site audits.
- Website Support
- Customer Service coverage for after hours and holidays
- Transition Letter creation and mailing
- Dedicated staff to assist PDP compliance personnel with carrying out compliance activities, including the (i) monitoring and maintenance of confidentiality and security provisions at 42 CFR §423.136; (ii) risk assessment and analysis pursuant to 45 CFR §164.402; and (iii) accounting of disclosures and privacy reporting as required under the Privacy Rule.

Confidential and Proprietary

EXHIBIT 3
HEALTH PLAN BUSINESS ASSOCIATE AGREEMENT

Confidential and Proprietary

BUSINESS ASSOCIATE AGREEMENT

This BUSINESS ASSOCIATE AGREEMENT (the "Agreement") is effective the 1st day of February, 2024 (the "Effective Date"), by and between **MedImpact Healthcare Systems, Inc.** ("Business Associate") and **Elixir Insurance Company** (f/k/a Envision Insurance Company) ("Plan Sponsor"), each referred to individually herein as a "Party" or collectively as the "Parties".

## RECITALS

A.   Plan Sponsor sponsors a health benefit plan that provides coverage for prescription medications and supplies to covered members.  Plan Sponsor has entered into a service agreement with Business Associate to provide certain administrative services to, or on behalf of, Plan Sponsor.

B.   In order for Business Associate to provide services to Plan Sponsor, Plan Sponsor may disclose certain Protected Health Information ("PHI") (as defined in Article I of this Agreement) of Plan Sponsor's members to Business Associate and anticipates that Business Associate will create, receive, maintain or transmit PHI on behalf of Plan Sponsor.

C.   The Parties desire to protect the privacy and security of all PHI in compliance with the Health Insurance Portability and Accountability Act ("HIPAA"), as amended by the Health Information Technology for Economic and Clinical Health Act of 2009 ("the HITECH Act"), and the regulations promulgated there under.  The purpose of this Agreement is to ensure such compliance.

D.   This Agreement incorporates provisions 42 U.S.C. § 17931(a) and 42 U.S.C. § 17934(a) of the HITECH Act.

NOW, THEREFORE, the Parties, in consideration of the mutual agreements herein contained, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, do hereby agree as follows:

## Article 1: Definitions

For the purposes of this Agreement, the following defined terms shall have the following definitions.  Except as otherwise stated herein, the defined terms used in this Agreement shall have the meanings given them under HIPAA and the regulations thereunder, including any amendments thereto.

1.1   "Breach" shall mean the acquisition, access, use, or disclosure of PHI in a manner not permitted under Subpart E of 45 C.F.R. Part 164, which compromises the security or privacy of the PHI.

"Breach" excludes:

(1) Any unintentional acquisition, access, or use of PHI by an employee or a person acting under the authority of Business Associate, if such acquisition, access, or use was made in good faith and within the scope of the authority, and does not result in further use or disclosure in a manner not permitted under Subpart E of 45 C.F.R. Part 164.

(2) Any inadvertent disclosure of PHI by a person authorized to access PHI at Business Associate to another person authorized to access PHI at Business Associate, and the information received as a result of the disclosure is not further used or disclosed in a manner not permitted under Subpart E of 45 C.F.R. Part 164.

(3) A disclosure of PHI in which Business Associate has a good faith belief that an unauthorized person to whom PHI is disclosed would not reasonably have been able to retain the information.

1.2 "Designated Record Set" shall have the meaning prescribed to it in 45 C.F.R. § 164.501.

1.3 "HHS" shall mean the U.S. Department of Health and Human Services.

1.4 "HIPAA Standards" shall mean the standards for privacy and security of Individually Identifiable Health Information found at 45 C.F.R. Parts 160 and 164.

1.5 "Individual" shall have the same meaning as the term "individual" in 45 C.F.R. § 160.103 and shall include a person who qualifies as a personal representative in accordance with 45 C.F.R. § l64.502(g).

1.6 "Individually Identifiable Health Information" shall have the meaning prescribed to it in 45 C.F.R. § 160.103.

1.7 "Protected Health Information" shall have the meaning prescribed to it in 45 C.F.R. § 160.103, limited to Individually Identifiable Health Information transmitted or maintained in any form or medium that Business Associate creates or receives from or on behalf of Plan Sponsor.

1.8 "Required by Law" shall have the same meaning as the term "required by law" in 45 C.F.R. § 164.103.

1.9 "Secretary" shall mean the Secretary of **HHS** or his or her designee.

1.10 "Security Incident" shall mean the attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with system operations in an information system.

1.11 "Unsecured PHI" shall mean PHI that is not rendered unusable, unreadable, or indecipherable to unauthorized persons through the use of technology or methodology specified by the Secretary in the guidance issued under section 13402(h)(2) of Public Law 111-5.

<u>Article 2: Business Associate Use and Disclosure of PHI</u>

Confidential and Proprietary

2.1   <u>Purpose</u>.  As further described above under Recitals, Business Associate performs certain administrative services for Plan Sponsor.

2.2   <u>Receipt and Use of PHI</u>.  Performance of administrative services by Business Associate requires that Business Associate receive and use PHI obtained from or on behalf of Plan Sponsor, or that Business Associate create, receive, maintain, or transmit PHI on behalf of Plan Sponsor.  To perform these administrative services, Business Associate may use or disclose PHI provided such use or disclosure would not violate the HIPAA Standards if done by Plan Sponsor.  However, Business Associate may use PHI internally to carry out its legal responsibilities and for its proper management, internal auditing, and administration, and at the request of Plan Sponsor, to provide data aggregation services to Plan Sponsor as permitted by the HIPAA Standards.

2.3   <u>Disclosure of PHI</u>.  Performance of administrative services by Business Associate may require that Business Associate disclose PHI to agents or subcontractors of Business Associate.  Business Associate may disclose PHI to third parties with which it contracts to assist in providing administrative services, and to its agents to carry out Business Associate's legal responsibilities, for proper management, internal auditing, and administration, only if (a) Business Associate obtains reasonable assurances from such third parties or agents that the PHI will be held by them confidentially and used or further disclosed only as Required by Law or for the purpose for which it was disclosed to them, (b) such third parties or agents agree to implement reasonable and appropriate safeguards to protect the confidentiality, integrity, and availability of PHI, and (c) such third parties or agents agree to notify Business Associate of any instance of which they are aware that the confidentiality of the information has been breached or that a Security Incident has occurred Notwithstanding the foregoing, Business Associate will be permitted to exchange PHI freely with any Business Associates of the Plan Sponsor with which the Plan Sponsor has executed a Business Associate Agreement/Addendum.

2.4   <u>Satisfactory Assurances</u>. Plan Sponsor may not transfer or transmit PHI to Business Associate or permit Business Associate to create, receive, or transmit PHI on behalf of Plan Sponsor without satisfactory assurances from Business Associate that it will appropriately safeguard the information.

Article 3: Duties of Business Associate

3.1   <u>Limitations on Use of PHI</u>.  Business Associate shall not use PHI except as permitted or required by this Agreement or as Required by Law.  Business Associate shall only use PHI in a manner that is consistent with the HIPAA Standards.

3.2   <u>Limitations on Disclosure of PHI</u>.  Business Associate shall not disclose PHI except as permitted or required by this Agreement or as Required by Law.  Business Associate shall only disclose PHI in a manner that is consistent with the HIPAA Standards.

3.3   <u>Minimum Necessary</u>.  Business Associate shall request, use and disclose the minimum amount of PHI necessary to accomplish the purpose of the request, use or disclosure, in accordance with 42 U.S.C. § 17935(b).

3.4   <u>Safeguarding PHI</u>.  Business Associate shall use appropriate safeguards, and comply with Subpart C of 45 CFR Part 164, to prevent the use or disclosure of PHI other than as provided for by this Agreement.  Business Associate shall comply with the provisions of 45 C.F.R. §§ 164.308, 164.310, 164.312 and 164.316 in the same manner that such provisions apply to Plan Sponsor, and implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the PHI that it creates, receives, maintains, or transmits on behalf of Plan Sponsor as required by the HIPAA Standards.

3.5   <u>Third Party Agreements</u>.  Business Associate may need to enter into agreements with third parties, including agents or subcontractors, in order to satisfy its obligations to Plan Sponsor.  In accordance with 45 C.F.R. § 164.502(e)(1)(ii) and 164.308(b)(2), should third parties, agents, or subcontractors create, receive, maintain, or transmit PHI on behalf of Business Associate, Business Associate shall require such third parties or agents to agree, in writing, to (a) be bound by the same restrictions, conditions, and requirements that apply to Business Associate with respect to such information, and (b) implement reasonable and appropriate administrative, technical and physical safeguards to protect PHI and the confidentiality, integrity and availability of PHI. Notwithstanding the foregoing, Business Associate will be permitted to exchange PHI freely with any Business Associates of the Plan Sponsor with which the Plan Sponsor has executed a Business Associate Agreement/Addendum.

3.6   <u>Reporting of Security Incidents</u>.  Business Associate shall identify and report to Plan Sponsor any suspected or known Security Incidents, mitigate, to the extent practicable, harmful effects of Security Incidents that are known to Business Associate, and document Security Incidents and their outcomes.

3.7   <u>Reporting of Unauthorized Uses and Disclosures</u>.  If Business Associate becomes aware that Unsecured PHI has been, or is reasonably believed to have been accessed, acquired, used, or disclosed as a result of a Breach by Business Associate, its employees, officers, or other agents, except as provided in 45 C.F.R. § 164.412, Business Associate shall notify Plan Sponsor of the Breach, in writing, without unreasonable delay, and no later than thirty (30) calendar days after discovering the Breach.  Business Associate is deemed to have discovered the Breach on the first day Business Associate knows about the Breach, or by exercising reasonable diligence, would have been known to any person, other than the person committing the Breach, who is an employee, officer, or other agent of Business Associate.

3.8   <u>Content of Notification</u>.  To the extent possible, Business Associate's notice to Plan Sponsor shall include the identification of each Individual whose Unsecured PHI has been, or is reasonably believed to have been, accessed, acquired, used, or disclosed during the Breach.

At the time of notification or soon thereafter as information becomes available, Business Associate shall provide the following information to Plan Sponsor:

(a) A brief description of what occurred, including the date of the Breach and the date of discovery of the Breach, if known;

(b) A description of the types of Unsecured PHI involved in the Breach;

(c) Steps Individuals should take to protect themselves from potential harm resulting from the Breach;

(d) A brief description of what Business Associate is doing to investigate the Breach, to mitigate harm to Individuals, and to protect against any further Breaches; and

(e) Contact procedures for Individuals to ask questions or learn additional information, including a toll-free telephone number, an e-mail address, website or postal address.

3.9  <u>Burden of Proof</u>.  Business Associate shall have the burden of demonstrating that it made all notifications to Plan Sponsor, including evidence showing the necessity of any delay, or that the use or disclosure did not constitute a Breach.

3.10  <u>Mitigation of Disclosure of PHI</u>. Business Associate agrees to mitigate, to the extent practicable, any harmful effect that is known to Business Associate of a use or disclosure of PHI by Business Associate in violation of the requirements of this Agreement.

3.11  <u>Access to PHI</u>. Within ten (10) business days of Plan Sponsor's written request, Business Associate shall provide Plan Sponsor or an Individual who is the subject of the PHI with access to PHI in Business Associate's possession, if Business Associate's information consists of a Designated Record Set in order for Plan Sponsor to comply with 45 C.F.R. § 164.524.

3.12  <u>Availability of PHI for Amendment</u>.  The Parties acknowledge that the HIPAA Standards permit an Individual who is the subject of PHI to request certain amendments of his or her records.  Within ten (10) business days of Plan Sponsor's written request, Business Associate shall make PHI contained in a Designated Record Set in Business Associate's possession available for amendment and shall incorporate any amendments in accordance with 45 C.F.R. § 164.526.

3.13  <u>Accounting of Disclosures</u>.  Business Associate agrees to document disclosures of PHI, and to make available, within ten (10) business days of Plan Sponsor's written request, information to Plan Sponsor concerning Business Associate's disclosure of PHI for which Plan Sponsor needs to provide an Individual with an accounting of disclosures as required by 45 C.F.R. § 164.528.  Should an accounting of the PHI of a particular Individual be requested more than once in any twelve (12) month period, Business Associate may charge Plan Sponsor a reasonable, cost-based fee.

3.14  <u>Compliance with Subpart E of 45 C.F.R. Part 164</u>.  To the extent Business Associate carries out Plan Sponsor's obligations under Subpart E of 45 C.F.R. Part 164,

Business Associate shall comply with the requirements of Subpart E that apply to Plan Sponsor in the performance of such obligations.

3.15    <u>Availability of Books and Records</u>. For purposes of determining compliance of Plan Sponsor with the HIPAA Standards, Business Associate agrees to make available to the Secretary its internal policies and procedures, books and records relating to the use and disclosure of PHI received from, or created or received by Business Associate on behalf of, Plan Sponsor.

3.16    <u>Treatment of PHI at Termination</u>.

With respect to PHI received from Plan Sponsor, or created, maintained, or received by Business Associate on behalf of Plan Sponsor, upon termination of this Agreement for any reason, Business Associate, shall:

(a) Retain only that PHI which is necessary for Business Associate to continue its proper management and administration or to carry out its legal responsibilities;

(b) Return to Plan Sponsor or, if agreed to by Plan Sponsor, destroy the PHI that is not retained by the Business Associate under (a) above;

(c) Continue to use appropriate safeguards and comply with Subpart C of 45 CFR Part 164 to prevent use or disclosure of the PHI, other than as provided for in this Agreement, for as long as Business Associate retains the PHI;

(d) Not use or disclose the PHI retained by Business Associate other than for the purposes for which such PHI was retained and subject to the same conditions set out in Section 2.2 and Section 2.3 which applied prior to termination; and

(e) Return to Plan Sponsor or, if agreed to by Plan Sponsor, destroy the PHI retained by Business Associate when it is no longer needed by Business Associate for its proper management and administration or to carry out its legal responsibilities.

<u>Article 4: Duties of Plan Sponsor</u>

4.1    <u>Limitations in Notice of Privacy Practices</u>.  Plan Sponsor shall notify Business Associate of any limitations in the notice of privacy practices of Plan Sponsor under 45 C.F.R. § 164.520, to the extent that such limitation may affect Business Associate's use or disclosure of PHI.

Confidential and Proprietary

4.2   <u>Changes in Permission</u>.  Plan Sponsor shall notify Business Associate of any changes in, or revocation of, the permission by an Individual to use or disclose his or her PHI, to the extent that such changes may affect Business Associate's use or disclosure of PHI.

4.3   <u>Restriction on Use or Disclosure of PHI</u>.  Plan Sponsor shall notify Business Associate of any restriction on the use or disclosure of PHI that Plan Sponsor has agreed to or is required to abide by under 45 C.F.R. § 164.522, to the extent that such restriction may affect Business Associate's use or disclosure of PHI.

## Article 5: Term and Termination

5.1   <u>Term</u>.  The term of this Agreement shall be effective as of the Effective Date stated above, and shall terminate on the date Business Associate discontinues the provision of services to or on behalf of Plan Sponsor, or on the date Plan Sponsor terminates for cause as authorized in Section 5.2, whichever is sooner.

5.2   <u>Termination for Cause</u>.  Business Associate authorizes termination of this Agreement by Plan Sponsor, if Plan Sponsor reasonably determines that Business Associate has violated a material term of the Agreement and Business Associate has not cured the breach or ended the violation within the time specified by Plan Sponsor or ten (10) business days, whichever is greater.  Plan Sponsor shall provide Business Associate notice of such breach or violation, in writing, with sufficient specificity as to reasonably permit Business Associate to cure such breach or violation.  Plan Sponsor understands that, upon termination of this Agreement, Business Associate will no longer be authorized to create, receive, or transmit PHI on behalf of Plan Sponsor, except as otherwise provided herein.

5.3   <u>Survival of Certain Rights and Obligations</u>.  The respective rights and obligations of Business Associate under Section 3.16 of this Agreement shall survive the termination of this Agreement.

## Article 6:  Miscellaneous

6.1   <u>Regulatory References</u>.  A reference in this Agreement to a section in the HIPAA Standards means the section as in effect or as amended.

6.2   <u>Amendment</u>.  The Parties to this Agreement agree to take such action as is necessary to amend this Agreement from time to time as is necessary to comply with the requirements of the HIPAA Standards and any other applicable law.

6.3   <u>Prior Business Associate Agreements or Addenda</u>.  This Agreement shall supersede any prior Business Associate Agreement or Business Associate Agreement Addenda.

Confidential and Proprietary

6.4     <u>Interpretation</u>. Any ambiguity in this Agreement shall be interpreted to permit compliance with the HIPAA Standards.

6.5     <u>HIPAA</u>. Business Associate will comply with all requirements under HIPAA that apply to business associates.

IN WITNESS WHEREOF, the Parties have, by their duly authorized representatives, executed this Agreement to be effective as of the date first above written.

PLAN SPONSOR:                 BUSINESS ASSOCIATE

By:_____     By:_____

_____     _____
Print Name and Title                   Print Name and Title

Confidential and Proprietary

EXHIBIT 4
PDP BANK ACCOUNTS

| Bank Name | Acc. No. |
|---|---|
| Bank of America | 4451389842 |
| Huntington | 1039763469 |
| Fifth Third Bank | 7482179046 |
| Fifth Third Bank | 7523194129 |

**Exhibit C**

TSA

*Please see attached.*

Execution Version
CONFIDENTIAL

## TRANSITION SERVICES AGREEMENT

THIS TRANSITION SERVICES AGREEMENT (this "Agreement") is entered into as of February 1, 2024 (the "Effective Date"), by and between Rite Aid Hdqrts. Corp., a Delaware corporation ("Rite Aid" or "Provider"), and MedImpact Healthcare Systems, Inc., a California corporation ("MedImpact" or "Recipient") (Provider and Recipient are individually each a "Party" and collectively, the "Parties").

## RECITALS

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of October 15, 2023, by and among Hunter Lane, LLC, a Delaware limited liability company ("Seller"), MedImpact Healthcare Systems, Inc., a California corporation, ("Purchaser"), and the other parties thereto (the "Purchase Agreement"), Purchaser acquired the Business from Seller; and

WHEREAS, on October 15, 2023, Seller, together with certain of its Affiliates, filed voluntary cases under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), which cases are jointly administered for procedural purposes under Case 23-18933 (MBK) (the "Bankruptcy Cases");

WHEREAS, in order to provide for an orderly transition of operation of the Business to Recipient from Seller to Purchaser, Provider shall provide to Recipient certain services, and Recipient shall provide to Provider certain services, for specified periods following the Effective Date, all in accordance with and subject to the terms and conditions set forth herein.

NOW, THEREFORE, for good and adequate consideration, the receipt and sufficiency of which is hereby acknowledged, and in consideration of the premises, mutual promises, representations, warranties, and covenants herein contained, and subject to and on the terms and conditions hereinafter set forth, the Parties, intending to be legally bound, agree as follows:

## AGREEMENT

1.  Services.

    (a)  Scope of Services.  During the applicable Transition Period, Provider (whether itself or through one or more of its Affiliates, subcontractors, or third-party service providers) will use commercially reasonable efforts to provide, or cause to be provided, to Recipient, or its Affiliates or Subsidiaries that Recipient designates on **Schedule A** as "Recipients", upon the terms and subject to the conditions hereof, the services set forth on **Schedule A** hereto (the "Services"). Provider may, from time to time, designate subcontractors or third party providers to perform a particular Service without the prior written consent of Recipient if such subcontractor or third party provider is being used to provide such Service to the Business as of the Effective Date, or is engaged to provide similar services in respect of a Seller's or any of its Affiliates' business. The use by Provider of other or additional subcontractors or third party providers other than those set forth in the preceding sentence to provide the Services shall be subject to Recipient's prior written approval. For the avoidance of doubt, the Services shall not include the provision of any legal advice to Recipient. To the extent any Service is labeled or otherwise described as or considered a

legal service or includes the provision of legal analysis, such Service shall be limited solely to the transfer or provision of knowledge and access to information.

(b)      Bankruptcy Dispositions.   Notwithstanding anything in this Agreement to the contrary, Provider shall have no obligation to provide, or cause to be provided, any Service to the extent that such Service cannot be provided without an asset or resource that was divested or otherwise disposed of in connection with any of the Bankruptcy Cases (a "Bankruptcy Disposition").  Recipient acknowledges and agrees that Provider and certain of its Affiliates are debtors in the Bankruptcy Cases and that, as such, it and such Affiliates are subject to limitations on debtors under chapter 11 of the Bankruptcy Code and subject to any orders of the Bankruptcy Court and Provider's debtor-in-possession financing, and that, in addition, Provider may have further limitations on its resources (including if the Fees due under this Agreement are not paid in a timely manner).  Recipient agrees that the obligations and efforts herein of Provider and its Affiliates are qualified accordingly.

(c)      Use of Services.  Recipient will, and will cause its Affiliates to, adhere to all terms and conditions or policies as set forth in this Agreement (including in **Schedule A**).  The Services will be provided solely to, and may be used solely by, Recipient and its Affiliates in connection with the operation of the Business and at those locations from which the Business was operated as of the Effective Date; provided, however, and notwithstanding the foregoing, that Provider will use commercially reasonable efforts to provide the Services in connection with Business related tasks that may be performed by Recipient at locations other than those locations from which the Business was operated prior to the Effective Date.  Provider has no obligation to provide any Service in a manner greater in any material respect than the level provided to the Business as of the Effective Date.

(d)      Standards of Services.   Provider will use commercially reasonable efforts to provide, or cause to be provided, the Services (i) in a workmanlike manner that is substantially consistent with the manner in which such Services were performed prior to the Effective Date, and (ii) in compliance with applicable Laws.  Recipient acknowledges and agrees that Provider may make changes from time to time in the manner of performing the Services; provided that Provider provides Recipient with reasonable advance written notice of any such changes that would have a material impact on the Business.

(e)      No Violation of Laws or Contracts.   Notwithstanding anything to the contrary herein, in no event will Provider be obligated to perform any Service that would cause Provider to be in violation of any applicable Law or in breach of any contract.

(f)      Third Party Consents.  To the extent the provision by Provider or its subcontractors of any Service requires the consent, license, or approval of any third party to provide any Service (a "Consent"), then Provider and Recipient shall cooperate in good faith to obtain such Consent to enable Provider or its applicable subcontractor to provide such Service.  Recipient shall bear the costs, fees and expenses of seeking and obtaining any such Consent, including any cure amounts related thereto; provided, however, that prior to Provider obtaining such Consent, Recipient may notify Provider of Recipient's desire to not obtain such Consent, in which case the Parties shall have no obligation to obtain such Consent and Recipient shall not be responsible for any such costs, fees, and expenses of obtaining such Consent.  If a Consent is required to permit Provider

or a subcontractor to provide, or Recipient to receive, a particular Service, then Provider shall be relieved of the obligation to provide the applicable Services, and Recipient shall not have any obligation to pay any fees for such applicable Services, unless and until such Consent is obtained; provided, however, that the Parties shall use commercially reasonable efforts to consider and negotiate in good faith with respect to a course of action to provide alternative services, and any costs, fees or expenses associated with such alternative services shall be borne by Recipient.  In the event that the Parties are unable to negotiate a course of action for Provider to provide alternative services, or in the event that Recipient elects not to obtain a Consent, Recipient shall have the right to terminate the applicable Service, or portion thereof, with no obligation for Recipient to pay the Fees for such Service (i) for any period before the effective date of termination during which Recipient was not receiving such Service, and (ii) after the date such termination is effective.

(g)     Cooperation. Recipient shall (i) cooperate with Provider to provide such resources and timely decisions, approvals and acceptances as reasonably requested by Provider in writing (which for purposes of this Section shall be by email) in order that Provider may perform its obligations under this Agreement in a timely and efficient manner, and (ii) make available on a timely basis to Provider access to employees, facilities, systems, and all information and materials requested in writing (which for purposes of this Section shall be by email) by Provider, in each of (i) and (ii) reasonably necessary for providing the Services.  Provider's delay in performing or failure to perform any of its obligations under this Agreement shall be excused (and Provider shall not be liable to Recipient) to the extent such delay or failure results from Recipient's failure to timely provide any of the foregoing or to perform any of its obligations hereunder.  Recipient acknowledges that Provider may temporarily suspend the provision of Services (or any part thereof) to the extent such temporary suspension is (i) required by applicable Law, (ii) necessary due to regularly scheduled maintenance, alterations, repairs or replacements with respect to the applicable Services or the facilities used to provide such Services, or (iii) necessary due to emergency maintenance, alterations, repairs or replacements with respect to the applicable Services or the facilities used to provide such Services.

(h)     Transition Management.  Each of Provider and Recipient shall, within five (5) days after the Effective Date appoint a transition manager that shall serve as the primary point of contact for each Party with respect to the administration of the Agreement (the "Administrative Representative").  Each Party may treat an act of an Administrative Representative of any other Party as being authorized by such other Party to act for and bind such Party.  Each Party may replace its Administrative Representative by giving written notice of the replacement to the other Party.

(i)     Meetings; Disputes. Each Party hereto will use commercially reasonable efforts to cause its Administrative Representative to meet (whether in person or telephonically) at least once a month during the Term to discuss the Services, to resolve any service or performance issues and to discuss any alleged breaches of this Agreement.  If any service or performance issues or alleged breach of this Agreement is discussed, the Administrative Representatives will review and attempt to resolve such issues and alleged breaches in good faith.  If the Administrative Representatives are unable to resolve any such issue or alleged breach within ten (10) Business Days (or such longer period as may be mutually agreed) after the date of the meeting at which such issue or alleged breach was first discussed, then such issues or breaches shall be referred to Matt Schroeder,

Chief Financial Officer (email: mschroeder@riteaid.com) on behalf of Provider and James Gollaher, Chief Financial Officer  (email: james.gollaher@medimpact.com) on behalf of Recipient.  Mr. Schroeder and Mr. Gollaher will meet promptly to review and resolve such issues and breaches in good faith.  If Mr. Schroeder and Mr. Gollaher are unable to resolve any such issue or alleged breach of this Agreement within five (5) Business Days (or such longer period as may be mutually agreed) after such issues or alleged breach was first referred to Mr. Schroeder and Mr. Gollaher, then such issue or breach shall be referred to Thomas Sabatino, General Counsel (email: thomas.sabatino@riteaid.com) on behalf of Provider and Nancy Radtke, General Counsel (email: Nancy.Radtke@medimpact.com) on behalf of Recipient.  Mr. Sabatino and Ms. Radtke will meet promptly to review and resolve such issues and breaches in good faith.  If Mr. Sabatino and Ms. Radtke are unable to resolve any such issue or alleged breach of this Agreement within two (2) Business Days (or such longer period as may be mutually agreed) after such issue or breach was first referred to Mr. Sabatino and Ms. Radtke, any remaining disputes will be resolved in accordance with Sections 9(j) and 9(k) hereof.  For the avoidance of doubt, each of the foregoing named individuals shall include each such Person's replacements and successors.

(j)    Reverse Services. During the applicable Transition Period, Recipient (whether itself or through one or more of its Affiliates, subcontractors, or third-party service providers) will use commercially reasonable efforts to provide, or cause to be provided, the services set forth on **Schedule B** to Provider or one of its Affiliates ("Reverse Services") on the terms and conditions and for the duration set forth herein.  For the avoidance of doubt, Recipient may, from time to time, designate subcontractors or third party providers to perform a particular Reverse Service without the prior written consent of Provider if such subcontractor or third party provider is being used to provide such Reverse Service to the Business as of the Effective Date, or is engaged to provide similar services in respect of Purchaser's or any of its Affiliates' business. The use by Recipient of other or additional subcontractors or third party providers other than those set forth in the preceding sentence to provide the Reverse Services shall be subject to Provider's prior written approval.  The term for each Reverse Service shall commence on the Effective Date and, subject to Section 4(a), expiring and terminating upon the date specified for such Reverse Service in **Schedule B** unless sooner terminated as set forth in this Agreement.  Except with respect to Section 1(b) or Section 3(c) or Section 7, the terms and conditions of this Agreement shall apply to Recipient's provision of the Reverse Services, *mutatis mutandis*, for which purposes all references in this Agreement to Provider shall be deemed to be references to Recipient and vice versa, all references in this Agreement to Services shall be deemed to be references to Reverse Services, and all references in this Agreement to **Schedule A** shall be deemed to be references to **Schedule B**.

2.    Pricing and Payment.

(a)    Fees.  As consideration for the Services, Recipient shall pay to Provider or its designee, as applicable, on a monthly basis as set forth in Section 2(c), (i) the amounts specified in **Schedule A** with respect to each of the Services, plus (ii) the out-of-pocket expenses, costs, and fees that are incurred by Provider or any of its Affiliates for payment to third parties in connection with the provision of the Services (such amounts in (i) and (ii) together, the "Fees").  For clarification and the avoidance of doubt, as consideration for the Reverse Services, Provider shall pay the Fees to Recipient or its designee, as applicable, on a monthly basis as set forth in Section 2(c). For purposes of the Reverse Services, the Fees shall be: (y) the amounts specified in

4

**Schedule B** with respect to each of the Reverse Services, plus (z) the out-of-pocket expenses, costs, and fees that are incurred by Recipient or any of its Affiliates for payment to third parties in connection with the provision of the Reverse Services.  Upon Recipient's request, Provider shall provide reasonable documentation evidencing such Fees.  The Fees may include, and Recipient shall bear the costs of, any additional license fees to the extent required by the applicable third party provider in order for Provider to provide, or Recipient to receive, the Services.  The Fees shall not be subject to any markup or additional fees from Provider. All amounts charged to Recipient will be billed and paid in U.S. Dollars.

(b)    Taxes.

(i)    Sales Tax or Other Transfer Taxes.  The amounts set forth on **Schedule A** are exclusive of all sales, use, excise, goods and service, consumption, turnover, value added, transaction and transfer Taxes and other similar Taxes imposed on or payable with respect to the Services (collectively, the "Sales and Service Taxes").  Recipient shall bear any and all Sales and Service Taxes; provided that each of Provider and Recipient shall be responsible for Taxes based on its net income.

(ii)    Withholding Tax or Other Similar Taxes.  Payments for Services or other amounts under this Agreement shall be made free and clear of, and without deduction or withholding for any Taxes; provided that if any withholding or deduction is required pursuant to any applicable Law, Recipient will: (1) withhold or deduct such Tax from the amount payable to Provider, (2) gross up the amount payable to Provider as necessary so that after making all such required withholding and deductions, Provider receives the amount it would have received had no such withholding or deduction of Taxes been made, (3) timely pay the withheld or deducted amount to the relevant governmental authority, and (4) promptly forward to Provider a certificate or other evidence of such payment.

(c)    Billing and Payment. Provider shall invoice Recipient monthly in arrears for the Fees, and Recipient shall pay Provider in full the Fees within thirty (30) days after the date of each such invoice. Recipient shall pay Provider by wire transfer in accordance with the instructions provided by Provider in writing to Recipient.  In the event Recipient disputes in good faith any amount reflected on an invoice, Recipient shall deliver a written statement to Provider within ten (10) days following receipt of Provider's invoice, listing all disputed items and providing a reasonably detailed description of each disputed item.  Recipient may withhold payment of Fees pending resolution of such amounts disputed in good faith.

(d)    Interest Payments on Amounts Past Due.  All payments required to be made pursuant to this Agreement shall bear interest from and including the date such payment is due until but excluding the date of payment, at a rate of the lesser of (i) one and one-half percent (1.5%) each month and (ii) the highest amount permitted by applicable Law.  Such interest shall be payable at the same time as the payment to which it relates in the event of resolution of a dispute against Recipient, and will be calculated on the basis of a month of thirty (30) days and the actual number of days elapsed.

5

3.    <u>Term and Termination</u>.

(a)    <u>Term</u>.  The term of this Agreement will commence on the Effective Date and, unless sooner terminated pursuant to <u>Section 3(b)</u> or <u>Section 3(c)</u>, continue until the  expiration or termination of all Transition Periods for Services, (the "<u>Term</u>").  "<u>Transition Period</u>" shall mean, with respect to each of the Services set forth on **Schedule A**, the period commencing on the Effective Date and, subject to <u>Section 4(a)</u>, expiring and terminating upon the date specified for such Service in **Schedule A** unless sooner terminated as set forth in this Agreement (the last date in each such term is referred to herein as the "<u>Termination Date</u>" for each of such Services). Recipient will use commercially reasonable efforts to end Recipient's need to use each Service as soon as commercially practicable following the Effective Date, but in no event shall Recipient's use of the Services extend later than the expiration of the applicable Transition Period for such Service.

(b)    <u>Termination by Recipient</u>.  Recipient will have no obligation to continue to use any of the Services and, except as otherwise specified in **Schedule A**, may terminate a Service in whole, or in part, by giving Provider not less than thirty (30) days' prior written notice of its desire to terminate such Service; with such termination effective on the expiration of such thirty (30)-day notice period.  As soon as reasonably practicable following receipt of any such notice, Provider will notify Recipient in writing as to whether the termination of such Service may require the termination of, or otherwise affect the performance of, any other Services, and the Parties shall use commercially reasonable efforts to establish a plan for the provision of such affected Services. Upon receipt of such notice from Provider, Recipient may withdraw or confirm its termination notice within five (5) Business Days following the receipt of such notice from Provider.  No termination notice will be deemed final unless Recipient provides Provider with written notice confirming such termination notice. If Recipient terminates a Service in part, and that part of the Service does not have its Fee broken out separately, then the full Fee for the full Service will continue to apply, and the Parties will discuss in good faith appropriate reductions (if any) to the Fees for that Service.

(c)    <u>Termination for Breach</u>.

(i)    <u>By Provider</u>. Either Party, in its capacity as provider of the Services or Reverse Services, as applicable, may terminate its respective obligation to provide a particular Service or Reverse Service (as applicable) immediately upon written notice if (1) the other Party, in its capacity as Recipient, materially breaches this Agreement in respect of such Service or Reverse Service (as applicable) and has not cured such breach within ten (10) days after receipt from the other Party of written notice of such breach, or (2) such Service or Reverse Service (as applicable) can no longer be provided as a result of a Bankruptcy Disposition.

(ii)    <u>By Recipient</u>. Either Party, in its capacity as recipient of the Services or Reverse Services, as applicable, may terminate any or all Services or Reverse Services (as applicable) it is receiving immediately upon written notice if the other Party, in its capacity as Provider, materially breaches this Agreement and has not cured such breach within ten (10) days after receipt from the other Party of written notice of such breach.

(d)    <u>Effect of Termination</u>.  Each Party acknowledges and agrees that the expiration or termination of a Service or this Agreement with respect to a Service for any reason shall not release a Party from any liability or obligation with respect to those Services that have not been terminated (including the continuing duty to provide those Services or portions thereof that have not been terminated), or other obligation that already has accrued as of the effective date of such termination, as applicable, and shall not constitute a waiver or release of, or otherwise be deemed to adversely affect, any rights, remedies, or claims which a Party may have hereunder at Law, in equity or otherwise or which may arise out of or in connection with such termination.  In the event of the expiration or termination of this Agreement or any Service for any reason, all applicable rights and obligations of the Parties will immediately cease and terminate with respect to this Agreement or such Service, as applicable, and no Party will have any further obligation to the other Party with respect to this Agreement (or such Service), except (i) for payment of Fees accrued but unpaid, (ii) MedImpact's obligation to remit cash in connection with the EIC Service listed on <u>Schedule B</u>, and (iii) any obligations that survive pursuant to <u>Section 3(e)</u>.

(e)    <u>Survival</u>.  <u>Section 2</u>, <u>Section 3(d)</u>, <u>Section 3(e)</u>, <u>Section 5</u>, <u>Section 6</u>, <u>Section 7</u>, <u>Section 8</u>, and <u>Section 9</u> shall survive any termination or expiration of this Agreement.

4.    <u>Third-Party Agreements; Information Security and Privacy</u>.

(a)    <u>Third-Party Agreements</u>.  Recipient agrees to comply with the terms of any license or other agreement of Provider or any of its Affiliates relating to the performance of any Services.  Recipient acknowledges that certain Services are dependent on specific underlying third-party software, systems, or services and any such Services are limited to the scope and time limits imposed in any license or temporary right-to-use granted by the licensor or service provider thereof, and as such, subject to any Consents obtained hereunder, Provider will have no obligation to provide any such Service, beyond the scope or time limits permitted by the licensor or service provider.

(b)    <u>Information Systems</u>.  Each Party shall use commercially reasonable efforts to maintain an information security program designed to protect Personal Information.  In accessing any Provider systems or platforms, Recipient shall (and shall cause its employees to) comply with Provider's reasonable policies and instructions, including rules and procedures pertaining to safety, infrastructure, information technology systems, security, and confidentiality.  Each Party shall comply with applicable Laws related to information security and data privacy as it applies to the provision or receipt of Services, respectively.

5.    <u>Representations and Warranties</u>.

(a)    <u>Mutual</u>.  Each Party hereby represents and warrants to the other that: (i) the execution, delivery and performance of this Agreement has been duly and validly authorized; and (ii) this Agreement constitutes the valid and binding obligations of each Party, enforceable against each Party in accordance with its terms (subject to bankruptcy, moratorium, and similar laws and subject to the application of specific performance and other equitable principles).

(b)    <u>Disclaimer</u>.  EXCEPT AS OTHERWISE SET FORTH IN THIS AGREEMENT, THE SERVICES ARE PROVIDED "AS-IS" AND NEITHER PARTY MAKES ANY

7

REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THIS AGREEMENT. EACH PARTY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT TO THE EXTENT THAT ANY WARRANTIES IMPLIED BY LAW CANNOT BE VALIDLY WAIVED.

6.    Limitations on Liability.

(a)    EXCEPT IN CONNECTION WITH A BREACH BY EITHER PARTY OF ITS OBLIGATIONS UNDER SECTION 8 (CONFIDENTIALITY) AND EXCEPT WITH RESPECT TO SECTION 7 AND SUBJECT TO THE PROVISIONS THEREOF(HEALTHCARE PERMIT-RELATED SERVICES INDEMNIFICATION), IN NO EVENT WILL EITHER PARTY OR ANY OF THEIR RESPECTIVE AFFILIATES BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, OR CONSEQUENTIAL DAMAGES OR LOST PROFITS, LOSS OF REVENUE, OR LOST SALES IN CONNECTION WITH THIS AGREEMENT REGARDLESS OF WHETHER SUCH PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH CLAIMS, LOSSES, DAMAGES, INJURIES, OR LIABILITIES. EXCEPT IN CONNECTION WITH A BREACH BY EITHER PARTY OF ITS OBLIGATIONS UNDER SECTION 8 (CONFIDENTIALITY) AND EXCEPT WITH RESPECT TO SECTION 7 AND SUBJECT TO THE PROVISIONS THEREOF (HEALTHCARE PERMIT-RELATED SERVICES INDEMNIFICATION), RECIPIENT'S OBLIGATION TO PAY AMOUNTS DUE HEREUNDER, OR MEDIMPACT'S OBLIGATION TO REMIT CASH IN CONNECTION WITH THE EIC SERVICE LISTED ON SCHEDULE B, THE AGGREGATE DAMAGES FOR WHICH EITHER PARTY MAY BE LIABLE IN CONNECTION WITH OR AS A RESULT OF THIS AGREEMENT OR THE SERVICES SHALL NOT EXCEED THE AMOUNT EQUAL TO THE AGGREGATE AMOUNT PAID TO THE APPLICABLE PARTY AS THE PROVIDER OF THE SERVICES OR REVERSE SERVICES, AS APPLICABLE, UNDER THIS AGREEMENT FOR THE APPLICABLE SERVICE OR REVERSE SERVICE GIVING RISE TO THE CLAIM FOR DAMAGES IN THE LAST THREE MONTHS LEADING UP TO THE CLAIM. THE LIMITATIONS ON LIABILITY IN THIS SECTION 6 APPLY TO ANY AND ALL CLAIMS, LOSSES, DAMAGES, INJURIES, OR LIABILITIES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, WHETHER DERIVED FROM CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY, EVEN IF EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH CLAIMS, LOSSES, DAMAGES, INJURIES, OR LIABILITIES, AND REGARDLESS OF WHETHER THE LIMITED REMEDIES UNDER THIS AGREEMENT FAIL OF THEIR ESSENTIAL PURPOSE.

(b)    Duty to Mitigate. Each Party shall use commercially reasonable efforts to mitigate liability, damages, and other losses arising out of, relating to, or in connection with, any performance or lack of performance under this Agreement.

(c)    Re-performance. In the event of any breach of Section 1 of this Agreement by Provider with respect to the provision of any Service, Provider shall use commercially reasonable efforts to correct in all material respects such breach or re-perform in all material respects such Services in substantially the same time and manner that Provider would remedy such a failure for itself or its other businesses undergoing such a failure or breach, at the request of the Recipient.

The remedies set forth in Section 3(c) and this Section 6(c) shall be the sole and exclusive remedies of Recipient and its Affiliates, and the sole and exclusive liability of Provider and its Affiliates, for any such breach of Section 1 of this Agreement. Any request for re-performance in accordance with this Section 6(c) by Recipient must be in writing and specify in reasonable detail the particular breach, and such request must be made no more than fifteen (15) days after the date such breach becomes apparent or should have reasonably become apparent to the Recipient.

7.    Healthcare Permit-Related Services Indemnification

(a)    MedImpact and Birdi, Inc. and each of their respective Subsidiaries, successors and assigns (each, an "Indemnifying Party"), jointly and severally, hereby agree that they (and each of them) shall indemnify and defend Rite Aid, its Subsidiaries and each of Rite Aid's and its Subsidiaries' respective Affiliates, directors, officers, members, managers, partners, owners, equityholders, employees, managers, Advisors, and representatives (each, an "Indemnified Party"), against, and shall hold each of them harmless from and against, and shall pay and reimburse each of them for any and all Losses incurred or sustained by, or imposed upon, the Indemnified Parties based upon, arising out of, with respect to, relating to, or by reason of any Action, or allegation, of any third party based upon, arising out of, with respect to, relating to, or by reason of (i) any of the "Healthcare Permit-Related Services" set forth in the last row of Schedule A of the TSA (the "Permit Related Services") and the provision of such Permit Related Services by or on behalf of any Indemnified Party, (ii) the receipt or use of any such Permit Related Services by or on behalf of any Indemnifying Party or any of their directors, officers, members, partners, employees, consultants, Advisors, or representatives, (iii) any actions or omissions of any Indemnifying Party or any of their directors, officers, members, partners, employees, consultant, Advisors, or representatives in connection with any of the foregoing, (iv) any violation or alleged violation of Law based on, arising out, or relating to any of the foregoing, and (v) any Action (including if any Indemnified Party was, is, or is threatened to be made, a party to or a participant (as a witness, deponent or otherwise) in any such Action and including in all cases any appeal therefrom) arising out of or relating to any of the foregoing.

(b)    "Losses" means any losses, judgments, settlements, costs, Liabilities, claims, obligations, charges, interest, fines, Taxes, penalties, assessments, damages (including incidental, consequential, special, aggravated, exemplary or punitive damages actually awarded by a court or Governmental Body or agreed by the Indemnitors' Representative in accordance with Section 7(f)) and reasonable out-of-pocket fees, costs and expenses (including reasonable consultant's and expert's fees and expenses and costs, and reasonable fees and expenses of legal counsel and reasonable costs, fees and expenses of investigation, defense or settlement).

(c)    The purchase, establishment, and maintenance of any insurance by any Indemnified Party shall not in any way limit or affect the rights and obligations of any Indemnifying Party or Indemnified Party under this Agreement.

(d)    (i) No Indemnified Party shall have any obligation to pursue any indemnification, hold harmless, advancement, contribution or insurance coverage among any Persons possessing or owing such duties or obligations to any Indemnified Party prior to the Indemnifying Party's satisfaction and performance of all of its obligations under this Agreement, and (ii) each the Indemnifying Parties shall perform fully its obligations under this Agreement without regard to

whether any Indemnified Party holds, may pursue, or has pursued any indemnification, advancement, hold harmless, contribution or insurance coverage rights against any other Person.

(e)     Any Indemnified Party may have certain rights to indemnification, advancement of Expenses and/or insurance provided by other Persons or their Affiliates or by personal policies (collectively, the "Other Indemnitors"). Each Indemnifying Party hereby agrees (i) that it is the indemnitor of first resort (i.e., its obligations to Indemnitee are primary and any obligation of the Other Indemnitors to provide indemnification for the same Expenses or Losses are secondary), (ii) that it shall be liable for the full amount of all Losses, without regard to any rights Indemnitee may have against the Other Indemnitors, and, (iii) that it irrevocably waives, relinquishes and releases the Other Indemnitors from any and all claims against the Other Indemnitors for contribution, subrogation or any other recovery of any kind in respect thereof. In the event any Indemnified Party pursues any indemnification, hold harmless, advancement, contribution or insurance coverage, the Person that has paid such Indemnified Party, to the fullest extent permitted by Law, shall be subrogated to the extent of such payment to all of the rights of recovery of the Indemnified Parties hereunder.

(f)     Each of the Indemnifying Parties hereby irrevocably designates MedImpact to serve as the representative of such Indemnifying Party (in such capacity, the "Indemnitors' Representative") with respect to the matters set forth in this Section 7 to be performed by such Indemnifying Party.  Each of the Indemnifying Parties hereby irrevocably constitutes and appoints MedImpact as the representative, agent, proxy and attorney-in-fact for such Indemnifying Party for all purposes under this Agreement as set forth in this Section 7.  Such appointment includes the full power and authority on such Indemnifying Party's behalf (i) to fulfill the obligations of such Indemnifying Party contemplated in this Section 7; (ii) to negotiate, execute and deliver on behalf of such Indemnifying Party any amendment or waiver to this Section 7; (iii) to control, negotiate and compromise, on behalf of such Indemnifying Party, any claim and any dispute that may arise under, and exercise or refrain from exercising any remedies available under, this Section 7, (iv) to execute, on behalf of such Indemnifying Party, any settlement agreement, release or other document with respect to any such claim or such other dispute or remedy; (v) to engage attorneys, accountants, agents or consultants on behalf of such Indemnifying Party in connection with this Agreement or any other agreement contemplated hereby and paying any fees related thereto; (vi) to take all other actions to be taken by or on behalf of such Indemnifying Party in connection with this Section 7; and (vii) to do each and every act and exercise any and all rights which such Indemnifying Party is (or the Indemnifying Parties collectively are) permitted or required to do or exercise under this Section 7.  All decisions and actions by (to the extent authorized by this Agreement) the Indemnitors' Representative shall be binding upon all of the Indemnifying Parties, and no Indemnifying Party shall have the right to object, dissent, protest or otherwise contest the same.   The appointment of the Indemnitors' Representative as the representative, agent, proxy and attorney-in-fact for each of the Indemnifying Parties hereunder is coupled with an interest, and such designation is irrevocable and shall not be affected by the death, incapacity, illness, bankruptcy, dissolution or other inability to act of any Indemnifying Party.

(g)     The Indemnifying Parties each hereby agree that its obligations under this Agreement are irrevocable, absolute and unconditional and shall not be discharged as a result of or otherwise affected by any amendment or other modification of  the Purchase Agreement, the governing documents of any Indemnifying Party or Indemnified Party, or any other agreement or

instrument or by any defense, right of setoff or counterclaim under or in respect of, or any other circumstance involving, any other agreement or instrument, except by written amendment of this Agreement duly executed by each of the Indemnitors' Representative and Rite Aid. This <u>Section 7</u> shall survive any termination or expiration of this Agreement.

(h)    An Indemnified Party shall promptly notify the Indemnitors' Representative in writing of any claim in respect of which indemnity may be sought under this <u>Section 7</u>, including any pending or threatened claim or demand by a third party that the Indemnified Party has determined has given or could reasonably give rise to a right of indemnification under this Agreement, describing in reasonable detail the facts and circumstances thereof; <u>provided</u>, <u>however</u>, that the failure to provide such notice shall not release the Indemnifying Parties from any of its obligations under this <u>Section 7</u>, except to the extent the Indemnifying Parties are actually and materially prejudiced by such failure. The Parties shall thereafter follow the procedures for disputes set forth in <u>Section 1(i)</u> of this Agreement, but without giving effect to the first sentences of <u>Section 1(i)</u> and proceeding directly to the individuals referred to in the third sentence of <u>Section 1(i)</u> (without waiting the ten (10) Business days (or such longer period) referred to therein).

(i)    Subject to compliance with <u>Section 7(h)</u> above, each Indemnified Party shall be entitled, in its sole and absolute discretion, to set-off any amounts owed to such Indemnified Party under this <u>Section 7</u> against any amounts owing by any Indemnified Party under this Agreement, the ROI Agreement, the Purchase Agreement, or any other document or instrument delivered in connection herewith. For the avoidance of doubt, no Indemnifying Party shall be entitled to make any payments owing to any Indemnified Party under this <u>Section 7</u> by way of set-off, netting, offset, recoupment or similar actions with respect to amounts owing by such Indemnified Party or any other Indemnified Party without the prior written consent of such first Indemnified Party.

(j)    To the fullest extent permissible under Law, to the extent the indemnification, hold harmless, or defense rights provided for in this Agreement are unavailable to the Indemnified Parties in whole or in part for any reason whatsoever, the Indemnifying Parties, in lieu of indemnifying, holding harmless, or defending the Indemnified Parties, shall pay, in the first instance, the entire amount incurred by the Indemnified Parties, for such Losses without requiring the Indemnified Parties to contribute to such payment.

(k)    Each Other Indemnitor and Indemnified Party is an intended third party beneficiary of this <u>Section 7</u> and shall be entitled to enforce this <u>Section 7</u> against the Indemnifying Parties as if directly a party hereto.

8.    <u>Confidentiality</u>.

(a)    <u>Definition of Confidential Information</u>. "<u>Confidential Information</u>" means any and all technical or commercial information disclosed to, or learned, as a result of the performance of the Services, by, a Party (the "<u>Receiving Party</u>") that is non-public, confidential or proprietary to the other Party (the "<u>Disclosing Party</u>") including software, trade secrets, documents, project plans, spreadsheets, documentation, systems information, prototypes, product samples, drawings, databases, e-mail messages, systems configuration information, models, apparatus, sketches, designs, lists, customer information, business plans, forecasts, financial data and analyses, and all

other information that, by its nature, should reasonably be considered confidential or proprietary. Notwithstanding the foregoing, the obligations regarding non-use and non-disclosure set forth in Section 8(b) shall not apply to information that:  (i) is or hereafter becomes part of the public domain by public use, publication, general knowledge or the like through no wrongful act, fault, or negligence on the part of Receiving Party or its Representatives; (ii) can be demonstrated by documentation or other competent proof to have been in the Receiving Party's possession prior to disclosure by or on behalf of the Disclosing Party without any obligation of confidentiality with respect to said information; provided, however, that the foregoing exception shall not apply with respect to Confidential Information in the Receiving Party's possession prior to the Effective Date; (iii) is subsequently received by the Receiving Party from a third party who is not bound by any obligation of confidentiality with respect to said information; or (iv) can be demonstrated by documentation or other competent evidence to have been independently developed by or for the Receiving Party without reference to the Disclosing Party's Confidential Information; provided, however, that the foregoing exception shall not apply with respect to Business Confidential Information.  For the avoidance of doubt, and notwithstanding anything to the contrary in the foregoing, Business Confidential Information shall be the Confidential Information of MedImpact.

(b)    Confidentiality.  At all times during the Term and after expiration or termination, so long as the Confidential Information is not subject to one of the exceptions in Section 8(a)(i) – (iv), each Party shall, and shall cause its Affiliates, and its and their current and former respective officers, directors, employees and agents (collectively, such receiving party's "Representatives") to, keep completely confidential and not publish or otherwise disclose the other party's Confidential Information, except to the extent disclosure is expressly permitted by the terms of this Agreement in order for the Receiving Party to perform its obligations or exercise its rights under this Agreement.  Further, each Receiving Party shall only use Confidential Information of Disclosing Party solely for the purposes of performing its obligations and exercising its rights under and in accordance with this Agreement.  Each Receiving Party shall (and shall cause its Representatives to) take at least the same degree of care as it would use for its own non-public, confidential or proprietary information of a similar nature (and shall use no less than a reasonable degree of care) except as expressly permitted under this Section 8.  Each Receiving Party may disclose Confidential Information disclosed to it by the Disclosing Party to the extent that such disclosure by the Receiving Party is: (i) required by applicable Law; provided, however, that the Receiving Party, where reasonably possible, shall first have given notice to the Disclosing Party and give the Disclosing Party a reasonable opportunity to quash any applicable order or obtain a protective order requiring that the Confidential Information and documents that are the subject of such order be held in confidence; and provided further that if a disclosure order is not quashed or a protective order is not obtained, the Confidential Information disclosed in response to such court or governmental order shall be limited to the information that is legally required to be disclosed in response to such court or governmental order; (ii) made by the Receiving Party or its Representative to its attorneys, auditors, advisors, consultants, contractors, licensees or other third parties in connection with the performance of its obligations or exercise of its rights as contemplated by this Agreement; provided, however, that such individuals or entities shall be subject to obligations of confidentiality substantially similar to the Receiving Party's obligations hereunder; or (iii) made by the Receiving Party or its Representative to actual or prospective acquirers, merger candidates, financing sources, or investors (and to their respective Affiliates, Representatives, and financing sources); provided that each such third party signs an agreement that contains obligations of confidentiality substantially similar to the Receiving Party's

obligations hereunder.  In the event of a conflict between <u>Section 8</u> (Confidentiality) of this Agreement and Section 6.14 (Confidentiality) of the Purchase Agreement, Section 6.14 of the Purchase Agreement shall control.

(c)    <u>Return or Destruction.</u>  Upon a Party's request from time to time or upon the expiration or termination of this Agreement, the Receiving Party shall: (a) return to the Disclosing Party, or at the Disclosing Party's option, the Receiving Party shall destroy, items of Confidential Information of the Disclosing Party then in the Receiving Party's possession or control, including any copies, extracts or portions thereof, and (b) upon request shall certify in writing to Disclosing Party that it has complied with the foregoing.

(d)    <u>Patient Records and HIPAA Compliance</u>.  In providing the Services hereunder the Parties understand and agree that Provider may act as a Business Associate of Recipient for purposes of the Health Insurance Portability and Accountability Act of 1996, as amended by the Health Information Technology for Economic and Clinical Health Act which was part of the American Recovery and Reinvestment Act of 2009, as amended, and their respective implementing regulations ("<u>HIPAA</u>").  As such, the Parties shall enter into and comply with the Business Associate Agreement attached hereto as **Schedule C** ("<u>Business Associate Agreement</u>") and incorporated herein by reference.  In the event of a conflict between the terms of this Agreement and the Business Associate Agreement, the Business Associate Agreement shall control.  Notwithstanding anything in this Agreement to the contrary, the preparation, maintenance, administration, and otherwise handling of patient records (as applicable) shall comply with all applicable Laws including HIPAA and similar state laws, and all such patient records shall be located so that they are readily accessible as and to the extent necessary for patient care, consistent with ordinary records management practices and applicable Law.

9.    <u>Miscellaneous</u>.

(a)    <u>Purchase Agreement</u>.  Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to them in the Purchase Agreement.  In the event of a conflict between the terms of this Agreement and the Purchase Agreement, the terms of the Purchase Agreement shall control.

(b)    <u>Notices</u>. Except as otherwise expressly provided herein, all notices, demands, and other communications to be given or delivered under or by reason of the provisions of this Agreement will be in writing and will be deemed to have been given (i) when personally delivered, (ii) when transmitted by electronic mail (having obtained electronic delivery confirmation thereof), if delivered by 5:00 P.M. local time of the recipient on a Business Day and otherwise on the following Business Day, (iii) the day following the day on which the same has been delivered prepaid to a reputable national overnight air courier service or (iv) the third Business Day following the day on which the same is sent by certified or registered mail, postage prepaid, in each case, to the respective Party at the number, electronic mail address, or street address, as applicable, set forth below, or at such other number, electronic mail address, or street address as such Party may specify by written notice to the other Party.

<u>Notices to Recipient</u>:

10181 Scripps Gateway Ct
San Diego, CA 92131
Attention:      Rod Wade, VP Contracts
                Nancy Radtke, General Counsel
                James Gollaher, CFO
Email:          rod.wade@medimpact.com
                Nancy.Radtke@medimpact.com
                james.gollaher@medimpact.com

with a copy to (which shall not constitute notice):

DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California  92121
Attention:      David Clark
Email:          David.Clark@us.dlapiper.com

<u>Notices to Provider</u>:

Rite Aid Hdqrts. Corp.
c/o Rite Aid Corporation
200 Newberry Commons
Etters, PA 17319
Attention:      Thomas Sabatino

Email:          Thomas.Sabatino@riteaid.com

with copies to (which shall not constitute notice):

Kirkland & Ellis LLP
300 N. Lasalle
Chicago, IL 60654
Attention:      Aparna Yenamandra, P.C.
                Steve Toth

Email:          aparna.yenamandra@kirkland.com
                steve.toth@kirkland.com

(c)      <u>Binding Effect; Assignment.</u>

(i)      This Agreement shall be binding upon Recipient and, subject to the terms of the Bidding Procedures Order (with respect to the matters covered thereby) and the entry and terms of the Sale Order, Provider, and shall inure to the benefit of and be so binding on the Parties and their respective successors and permitted assigns, including any trustee or estate representative appointed in the Bankruptcy Cases or any successor Chapter 7

cases. Neither Party shall have the right to assign this Agreement or assign or delegate any of its rights or obligations hereunder without the prior written consent of the other Party; provided, however, that Provider shall have the right, without obtaining the prior written consent of Recipient, to (A) subcontract the performance of Services, subject to Section 1(a), and (B) assign this Agreement in connection with a sale of all or substantially all of Provider's assets to which this Agreement relates. Any attempted assignment or delegation in violation of the foregoing shall be null and void, *ab initio*.

(ii)     Notwithstanding anything herein to the contrary, (A) MedImpact hereby understands that in connection with senior financing being provided to Rite Aid and/or its Affiliates, Rite Aid has granted a security interest in substantially all assets and all rights, title and interests of Rite Aid (the "Collateral") in favor of Bank of America, N.A. as administrative agent and collateral agent under such senior financing (in such capacity, the "Agent") and (B) MedImpact consents to the collateral assignment of Rite Aid's rights under this Agreement by Rite Aid to the Agent. MedImpact agrees to accept any cure of any default by Rite Aid under this Agreement by the Agent if such cure is proffered in the manner required herein and within the applicable cure periods set forth herein; provided, however, and notwithstanding the foregoing, that Rite Aid shall remain liable for compliance with the terms and conditions of this Agreement. Notwithstanding the provisions hereof (X) the Agent shall have no obligation to cure any such default; (Y) the cure by the Agent of any such default on any one occasion shall not obligate the Agent to cure any other breach or default on any other occasion; and (Z) Rite Aid remains liable for any act or omission of the Agent in connection with this Agreement. Unless otherwise expressly set forth in this Section 9(c)(ii), the Agent shall not have hereby assumed any obligations of Rite Aid under this Agreement. The Agent shall be deemed to be a third-party beneficiary under this Agreement to the extent of its rights under this Section 9(c)(ii) and shall have the right to enforce this Agreement to the extent of Rite Aid's rights hereunder. This Section 9(c)(ii) may not be amended without the prior written consent of the Agent; provided that the consent of the Agent shall not be required for any other amendment or modification to this Agreement.

(d)     Amendment and Waiver. Any provision of this Agreement may be (i) amended only in a writing signed by Provider and Recipient or (ii) waived only in a writing executed by the Party against which enforcement of such waiver is sought. No waiver of any provision hereunder or any breach or default thereof will extend to or affect in any way any other provision or prior or subsequent breach or default.

(e)     Third Party Beneficiaries. Except as otherwise expressly provided herein, nothing expressed or referred to in this Agreement will be construed to give any Person other than (i) for purposes of Section 9(f), the Non-Recourse Parties, and (ii) the Parties hereto and any permitted assigns, any legal or equitable right, remedy, or claim under or with respect to this Agreement or any provision of this Agreement.

(f)     Non-Recourse. This Agreement may only be enforced against, and any Action based upon, arising out of or related to this Agreement may only be brought against, the Persons that are expressly named as parties to this Agreement. Except to the extent named as a party to this Agreement, and then only to the extent of the specific obligations of such parties set forth in this

Agreement, no past, present or future shareholder, member, partner, manager, director, officer, employee, Affiliate, agent or Advisor of any Party (each, a "Non-Recourse Party") will have any Liability (whether in contract, tort, equity or otherwise) for any of the representations, warranties, covenants, agreements or other obligations or Liabilities of any of the parties to this Agreement or for any Agreement Dispute.

(g)     Severability. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable Law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable Law in any jurisdiction, such provision will be ineffective only to the extent of such prohibition or invalidity in such jurisdiction, without invalidating the remainder of such provision or the remaining provisions of this Agreement or in any other jurisdiction.

(h)     Construction. The language used in this Agreement will be deemed to be the language chosen by the Parties to express their mutual intent, and no rule of strict construction will be applied against any Person. The headings of the sections and paragraphs of this Agreement have been inserted for convenience of reference only and will in no way restrict or otherwise modify any of the terms or provisions hereof.

(i)     Complete Agreement. This Agreement, together with the Confidentiality Agreement and any other agreements expressly incorporated herein or therein, contains the entire agreement of the Parties respecting the sale and purchase of the Acquired Assets and the Assumed Liabilities and the Transactions and supersedes all prior agreements among the Parties respecting the sale and purchase of the Acquired Assets and the Assumed Liabilities and the Transactions. In the event an ambiguity or question of intent or interpretation arises with respect to this Agreement, the terms and provisions of the execution version of this Agreement will control and prior drafts of this Agreement and the documents referenced herein will not be considered or analyzed for any purpose (including in support of parol evidence proffered by any Person in connection with this Agreement), will be deemed not to provide any evidence as to the meaning of the provisions hereof or the intent of the Parties with respect hereto and will be deemed joint work product of the Parties.

(j)     Jurisdiction and Exclusive Venue. Each of the Parties irrevocably agrees that any Action of any kind whatsoever, including a counterclaim, cross-claim, or defense, regardless of the legal theory under which any Liability or obligation may be sought to be imposed, whether sounding in contract or in tort or under statute, or whether at law or in equity, or otherwise under any legal or equitable theory, that may be based upon, arising out of, or related to this Agreement or the negotiation, execution, or performance of this Agreement or the Transactions and any questions concerning the construction, interpretation, validity and enforceability of this Agreement (each, an "Agreement Dispute") brought by any other Party or its successors or assigns will be brought and determined only in (i) the Bankruptcy Court and any federal court to which an appeal from the Bankruptcy Court may be validly taken or (ii) if the Bankruptcy Court is unwilling or unable to hear such Action, in the Court of Chancery of the State of Delaware (or if such court lacks jurisdiction, any other state or federal court sitting in the State of Delaware) (the "Chosen Courts"), and each of the Parties hereby irrevocably submits to the exclusive jurisdiction of the Chosen Courts for itself and with respect to its property, generally and unconditionally, with regard to any Agreement Dispute. Each of the Parties agrees not to commence any Agreement Dispute except in the Chosen Courts, other than Actions in any court of competent jurisdiction to enforce

any Order, decree or award rendered by any Chosen Courts, and no Party will file a motion to dismiss any Agreement Dispute filed in a Chosen Court on any jurisdictional or venue-related grounds, including the doctrine of *forum non-conveniens*. The Parties irrevocably agree that venue would be proper in any of the Chosen Courts, and hereby irrevocably waive any objection that any such court is an improper or inconvenient forum for the resolution of any Agreement Dispute. Each of the Parties further irrevocably and unconditionally consents to service of process in the manner provided for notices in <u>Section 9(b)</u>. Nothing in this Agreement will affect the right of any Party to serve process in any other manner permitted by Law.

(k)      <u>Governing Law; Waiver of Jury Trial</u>.

(i)      Except to the extent the mandatory provisions of the Bankruptcy Code apply, this Agreement and any Agreement Dispute will be governed by and construed in accordance with the internal Laws of the State of Delaware applicable to agreements executed and performed entirely within such State without regards to conflicts of law principles of the State of Delaware or any other jurisdiction that would cause the Laws of any jurisdiction other than the State of Delaware to apply.

(ii)      EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY AGREEMENT DISPUTE IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND THEREFORE HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY AGREEMENT DISPUTE. EACH OF THE PARTIES AGREES AND CONSENTS THAT ANY SUCH AGREEMENT DISPUTE WILL BE DECIDED BY COURT TRIAL WITHOUT A JURY AND THAT THE PARTIES MAY FILE AN ORIGINAL COUNTERPART OF A COPY OF THIS AGREEMENT WITH ANY COURT AS WRITTEN EVIDENCE OF THE CONSENT OF THE PARTIES TO THE IRREVOCABLE WAIVER OF THEIR RIGHT TO TRIAL BY JURY. EACH PARTY (I) CERTIFIES THAT NO ADVISOR OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF ANY AGREEMENT DISPUTE, SEEK TO ENFORCE THE FOREGOING WAIVER AND (II) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION.

(l)      <u>No Right of Set-Off</u>. Recipient, on its own behalf and on behalf its Affiliates, hereby waives any rights of set-off, netting, offset, recoupment or similar rights that Recipient or its Affiliates have or may have with respect to the payment of the Fees or any other payments to be made by Recipient pursuant to this Agreement or any other document or instrument delivered by Recipient in connection herewith.

(m)      <u>Counterparts and PDF</u>. This Agreement and any other agreements referred to herein or therein, and any amendments hereto or thereto, may be executed in multiple counterparts, any one of which need not contain the signature of more than one party hereto or thereto, but all such counterparts taken together will constitute one and the same instrument. Any counterpart, to the extent signed and delivered by means of a .PDF or other electronic transmission, will be treated in

all manner and respects as an original Contract and will be considered to have the same binding legal effects as if it were the original signed version thereof delivered in person. Minor variations in the form of the signature page to this Agreement or any agreement or instrument contemplated hereby, including footers from earlier versions of this Agreement or any such other document, will be disregarded in determining the effectiveness of such signature. At the request of any party or pursuant to any such Contract, each other party hereto or thereto will re-execute original forms thereof and deliver them to all other parties. No party hereto or to any such Contract will raise the use of a .PDF or other electronic transmission to deliver a signature or the fact that any signature or Contract was transmitted or communicated through the use of PDF or other electronic transmission as a defense to the formation of a Contract and each such party forever waives any such defense.

(n)    Force Majeure.  Neither Party nor any of their respective Affiliates shall be liable to the other Party (and shall not be deemed in breach of this Agreement) for any interruption of service, any delays, or any failure to perform under this Agreement to the extent caused by matters or events occurring that are beyond the reasonable control of such Party or its Affiliates, including, (i) changes to applicable Law; (ii) fires, floods, acts of God, extremes of weather, earthquakes, tornadoes, or similar occurrences; (iii) riot, insurrection, or other hostilities; (iv) embargo, or fuel or energy shortage; or (v) quarantine measures, epidemics or pandemics (including COVID-19 or the effects of any COVID-19 Measures or Recipient's or Provider's compliance therewith) (each, a "Force Majeure Event").  Each Party shall use its good faith efforts to promptly notify the other upon learning of the occurrence of a Force Majeure Event and the affected Party shall use its commercially reasonable efforts to mitigate and eliminate the Force Majeure Event as promptly as practicable in order to resume performance.  Upon the cessation of the Force Majeure Event, the Parties will promptly resume performance of their obligations under this Agreement.  Recipient shall not be required to pay for any Services to the extent not provided during the period in which such Services are not being provided as a result of a Force Majeure Event and shall be entitled in its sole discretion to toll the term of such Services until such Services are resumed.

(o)    Relationship of the Parties.  Provider and its applicable Affiliates shall remain at all times an independent contractor of Recipient in the performance of all Services hereunder.  In all matters relating to this Agreement, each Party will be solely responsible for the acts of its employees and agents, and employees or agents of one Party will not be considered employees or agents of the other Party.  Except as otherwise provided herein, neither Party will have any right, power, or authority to create any obligation, express or implied, on behalf of the other Party nor will either Party act or represent or hold itself out as having authority to act as an agent or partner of the other Party, or in any way bind or commit the other Party to any obligations.  Nothing in this Agreement is intended to create or constitute a joint venture, partnership, agency, trust, or other association of any kind between the Parties or Persons referred to herein.

*(Remainder of page intentionally left blank.)*

IN WITNESS WHEREOF, the Parties have executed this Transition Services Agreement as of the Effective Date.

**Recipient**                                    **Provider**

MEDIMPACT HEALTHCARE SYSTEMS, INC.                    RITE AID HDQRTS. CORP.


By:_____        By:_____
Name:_____        Name:_____
Title:_____        Title:_____

**Schedule A**

**<u>Services</u>**

Execution Version
CONFIDENTIAL

**SCHEDULE A - Transition Services**[1]

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **Medication Therapy Management (MTM)** | • Provide technology and services to members from account management, program administration and the clinicians performing MTM. | $357,000/month | Up to 3/31/2024 |
| **Finance** | • Provide support for routing invoice approvals, and system admin support including control configuration and access. | $1,373/month | 3 months |
| **Indirect Procurement** | • Procurement support for strategic sourcing, vendor onboarding, purchasing, contract management, spend analysis and vendor issue resolution. Support for provisioning of contracts currently leveraged from Rite Aid not covering Elixir. | $7,161/month | 3 months |
| **Compliance** | • Provide Compliance support for the services as outlined below.<br><br>   o Provide support to Elixir compliance investigations for any calls concerning Elixir received on the Rite Aid Compliance Hotline, if needed or just refer the call into the Buyer's process should a call come into the existing Compliance Hotline.<br>   o Provide transition support with existing policies, procedures, etc. including support to lead a Policies & Procedures approval committee (monthly) or as needed and support any integration of policies between Elixir and Buyer; Elixir has existing compliance related policies.<br>   o Provide interim compliance program management support to help with transition of any open items (catch-all for general compliance program support). | $10,890/month | 3 months |

---

[1] For the avoidance of doubt, each row in the table contained in this Schedule may contain one or more Transition Services (each of which Transition Services may be terminated individually by Recipient pursuant to Section 3(b) of the Agreement.

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
|  |  |  |  |
| **Information Technology** | Provide IT Shared Services support for the applications and services as outlined below.<br><br>• Provide Corporate Shared Business Application support and licensing for the following applications:<br><br>   ○ Coupa<br>   ○ Tableau<br>   ○ Adobe Workfront<br>   ○ Adobe Experience Manager<br>   ○ Workday<br>   ○ OpenText<br>   ○ Zscaler<br>   ○ Microsoft 365<br>   ○ Microsoft Azure Active Directory<br>   ○ Microsoft Defender<br>   ○ Microsoft SQL Server<br>   ○ Microsoft Azure DevOps<br>   ○ Microsoft Visual Studio<br>   ○ Microsoft SharePoint<br>   ○ Service Now<br>   ○ Rapid7 (Insight VM)<br>   ○ SailPoint<br>   ○ CyberArk<br>   ○ Guidepoint (Anomali)<br>   ○ MalewareBytes<br>   ○ Veritas Enterprise Vault<br>   ○ KNOWBE4<br>   ○ Akamai<br>   ○ CrowdStrike<br>   ○ Alteryx<br>   ○ Blackline<br>   ○ Everbridge<br>   ○ Smartsheet<br>   ○ Dynatrace | Amazon Web Services:<br><br>At Cost<br><br>All others: $384,529/month | Alteryx:<br><br>Up to 6/29/2024<br><br><br>Adobe Workfront:<br><br>Up to 6/28/2024<br><br><br>Microsoft:<br><br>Up to 6/30/2024<br><br><br>Smartsheet:<br><br>Up to 2/29/2024<br><br><br>All others:<br><br>6 months |

| Category;<br>Function | Description | Cost | Duration |
|---|---|---|---|
| | • Provide Corporate Shared Business Application support only for the following applications. Licensing for these applications is managed by the receiver of the TSA services and is not required to be provided by the provider.<br>    ○ Impreva RASP<br>    ○ AlgoSec<br>    ○ Castellan Systems<br>    ○ Malewarebytes<br>    ○ Duo Security<br><br>• Provide Telecomm support including:<br>    ○ Desk phones, soft phones, and corporately managed mobile phones<br>    ○ Site to site telecommunications equipment and coordination with third parties<br>    ○ Voicemail system support<br><br>• Provide Network Management support including:<br>    ○ Data network site connectivity for all locations<br>    ○ On site internet access<br>    ○ Support and maintain active directory and account maintenance including add / modify / delete<br>    ○ Create / modify / delete shared drives, folders, and printers in the course of normal business<br>    ○ Support services for all site network equipment<br><br>• Provide Messaging and Collaboration support including:<br>    ○ Maintaining mailboxes for employees and personnel<br>    ○ Exchange mailbox administration including adds, modifications, and deletes<br>    ○ Microsoft Office 365 administration<br>    ○ Email retention services<br><br>• Provide help desk support including:<br>    ○ Desktop software support | | |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| | <ul><li>○ End user device imaging</li><li>○ Physical and logical network help desk</li><li>○ End user device hardware break / fix service</li><li>○ End user device procurement</li><li>○ Third party labor support</li></ul><ul><li>Provide Cybersecurity support including:<ul><li>○ Endpoint security</li><li>○ Identity and access management</li><li>○ Network monitoring, vulnerability management, and application security</li><li>○ Multifactor Authentication</li><li>○ SOC and SEIM</li></ul></li><li>Provide support for data center operations for provider owned facilities, including:<ul><li>○ Physical hardware maintenance and breakfix support</li><li>○ Site utilities, including HVAC, power and redundant services where necessary</li><li>○ Data center connectivity and networking</li></ul></li><li>Provide support for vendor information security risk assessments</li><li>Provide access to cloud-hosting technologies, where entanglement with Rite Aid environments exists, including:<ul><li>○ Amazon Web Services</li></ul></li></ul> | | |
| **Healthcare Permit-Related Services** | <ul><li>As requested by Recipient and its Affiliates, reasonably cooperate with all information and document requests from Recipient or its Affiliates related to (i) Recipient's applications for Healthcare Permits, and/or (ii) Recipient's efforts to obtain Powers of Attorney to operate under Provider's Healthcare Permits during the pendency of Recipient's applications, to the extent permitted under state law.</li><li>As requested by Recipient and its Affiliates, reasonably cooperate with and/or in all communications and meetings with applicable regulatory agencies in connection with maintaining Provider's Healthcare Permits</li></ul> | $0.00 | Powers of Attorney: 180 days or such longer time as may be consented to by Provider |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| | and/or obtaining Recipient's new Healthcare Permits, including but not limited to in connection with Recipient's efforts to obtain Powers of Attorney to operate under Provider's Healthcare Permits during the pendency of Recipient's applications, to the extent permitted under state law. As reasonably requested by Recipient and its Affiliates, review and sign off on all paperwork required for Provider to maintain its Healthcare Permits.<br><br>• Powers of attorney, in the form(s) attached as Annex A hereto ("Powers of Attorney"), for pharmacy-related licensure and for the U.S. DEA registration shall be available to and utilized by Recipient with respect to those registrations set forth within each such Powers of Attorney, each, inclusive of any exhibits to such Powers of Attorney, as may be amended from time to time by and between the parties. | | |
| **Temporary Use of Puerto Rico Employees** | • Elixir Puerto Rico, Inc. to continue to employ and remain responsible for provision of salary and benefits to, and remain the employer of record of, the employees of Elixir Puerto Rico, Inc. ("PR Employees"), including but limited to with respect to any employment-related liabilities arising during the 60-day period following Closing<br><br>• Make each PR Employee available to Purchaser for 40 hours per week<br><br>• Maintain ADP payroll relationship<br><br>MedImpact to make offers to and, if accepted, hire PR Employees in accordance with Section 6.3 of the Purchase Agreement, no later than Termination Date for this Service. | $2,300/month for payroll processing and ADP<br><br>And costs of service provider fees directly related to the PR Employees<br><br>MedImpact to fund periodic payroll to ADP on behalf of Elixir Puerto Rico, Inc. and pay health and retirement benefits provider invoices with respect to PR Employees | 60 days from Closing |

Recipient Subsidiaries and Affiliates:

• Designated Purchasers

# ANNEX A

## Powers of Attorney

*Please see attached.*

POWER OF ATTORNEY FOR
CONTINUING PHARMACY OPERATIONS

WHEREAS, affiliates of each Elixir Pharmacy LLC ("Company") and Birdi, Inc. ("Birdi") have entered into an Asset Purchase Agreement (the "Agreement"), the closing of the transactions under which is expected occur on or about February 1, 2024.

WHEREAS, for purposes of this Power of Attorney for Continuing Pharmacy Operations ("POA"), Company, as it exists prior to the transaction under the ownership and associated permit numbers are referred to as "Registrant".

WHERAS, for purposes of this POA, Birdi, Inc. as is exists after the transaction under the new ownership shall be referred to herein as "Agent".

WHEREAS, as a result of the transaction and change of ownership, Agent will obtain pharmacy permit numbers distinct from Registrant's.

NOW, THEREFORE, in consideration of the covenants and agreements set forth in the Agreement, Registrant and Agent hereby covenant and agree that Agent shall have the full power and authority under, and the full use and benefit of, any pharmacy license or permit number, or any other required license, permit, registration, or document, issued to Company for Registrant at each of the pharmacy locations listed on the attached Exhibit A (together the "Registrations"), for purposes of continuing and maintaining uninterrupted pharmacy operations in compliance with state and federal law. This POA shall apply to such Registrations set forth in Exhibit A only as allowed by law and/or the applicable governing agency. Company agrees that if Birdi provides a copy of a written response, including email correspondence, from the agency which issued any individual Registration confirming that Birdi may operate using such Registration after the effective date of the transaction pursuant to a Power of Attorney, then Exhibit A will be amended to include such Registration, provided that Company is reasonably satisfied that no follow-up is required to confirm the permissibility of a Power of Attorney. This POA shall automatically terminate as to each individual Registration (i) when the applicable agency processes the change of ownership on such Registration and/or the Agent secures an individual Registration to effectively replace the Company's individual Registration, (ii) as noted in Exhibit A, provided the agency which issued such Registration has not provided an extension to the time period noted in Exhibit A, or (iii) July 31, 2024, whichever occurs earlier.

The parties shall execute a separate Power of Attorney that relates to the DEA registration numbers and required DEA purchase order forms (222 forms) for the Registrant.  Accordingly, the DEA registration numbers and DEA purchase order forms are not included in the term "Registrations" for purposes of this POA.

Effective as of the Closing Date defined by the Agreement (the "Effective Date"), Company hereby nominates, constitutes, and appoints Agent as its true and lawful Attorney-in-Fact for Company in its name, place, and stead and hereby gives and grants unto Agent full power and authority to operate and otherwise conduct business with full use and enjoyment of the aforesaid licenses, permits, registration numbers, or documents issued to Company for the Registrant and does hereby give and grant unto Agent full power and authority to represent to third parties said authority and to execute all necessary forms and other instruments which require the use of said credentials and documents to perform any act which shall be required by, or be incidental to, the full use and enjoyment of the same.

Company recognizes that, to the extent required by law, it is legally responsible for its Registrations (for Illinois purposes, including but not limited to, as required under 68 Ill. Admin. Code

1330.400(e)) and all activities undertaken with its Registrations until such time as Agent obtains new Registrations.  Company grants the power of attorney based upon the following covenants and warranties of the Agent: (a) at all times that this power of attorney is in effect, the Agent shall operate the Registrant and utilize the Registrations in material compliance with all applicable federal, state, and local laws, rules, statutes, regulations, and ordinances, including, but not limited to, all federal, state and local laws governing the regulation of controlled substances and pharmacy practice, and (b) Agent shall, in advance of the effective date of the transaction, make timely application for, diligently pursue, and use its best efforts to obtain new Registrations as soon as practicable .

This POA shall be provided to any applicable governmental agency upon request.

[Signature page to follow]

IN WITNESS WHEREOF, Agent and Seller have executed this POA for use of the Registrations.

| | Principal: |
|---|---|
| _____<br>WITNESS | By: _____<br>Name: _____<br>Title: _____ |
| _____<br>WITNESS | Agent:<br><br>By: _____<br>Name: _____<br>Title: _____ |

## **Exhibit A**

Registrations

1. Alaska
    a. Elixir Pharmacy, LLC –  Out of State Pharmacy - License # 163824
        i. Designations
            1. DEA Registration
            2. Controlled Substances - Dispensing
2. Arizona
    a. Elixir Pharmacy, LLC – Pharmacy - Permit No. Y005137
3. Arkansas
    a. Elixir Pharmacy, LLC – Retail Pharmacy - License No. OS02168
4. Colorado
    a. Elixir Pharmacy, LLC - Prescription Drug Outlet-Out-of-State – License # OSP.0005778
5. Connecticut
    a. Elixir Pharmacy, LLC – Nonresident Pharmacy – License # PCN.0000989
6. Idaho
    a. Elixir Pharmacy, LLC - Nonresident Drug Outlet – License # 34406MS
7. Illinois
    a. Elixir Pharmacy, LLC – Licensed Pharmacy – License # 054018458
    b. Elixir Pharmacy, LLC – Licensed Controlled Substance (Schedules II, III, IV, V) –
        License # 320.010750
8. Indiana
    a. Elixir Pharmacy, LLC – Non-Resident Pharmacy – License #64001540A
9. Iowa
    a. Elixir Pharmacy, LLC – Non-Resident Pharmacy – License #3813
    b. Elixir Pharmacy, LLC – CSA-Business – License #  1108385
10. Kansas
    a. Elixir Pharmacy, LLC – Non-Resident Pharmacy – License #22-13098
11. Kentucky
    a. Elixir Pharmacy, LLC – Out-of-State Permit – Permit # OH1337
12. Montana
    a. Elixir Pharmacy, LLC – Mail Order Pharmacy License with Dispenser of Dangerous
        Drugs – License # PHA-MOP-LIC-20641
13. New York
    a. Elixir Pharmacy, LLC – Wholesaler Not NYS – Registration # 032484
    b. Elixir Pharmacy, LLC – Pharmacy Not NYS – Registration # 032483
14. North Dakota
    a. Elixir Pharmacy, LLC – Class G – Out of State Pharmacy – License # Phar778
15. Northern Mariana Islands
    a. Elixir Pharmacy, LLC – Mail-Order Pharmacy – License Number M-0002
16. Oklahoma
    a. Elixir Pharmacy, LLC – Non-Resident Pharmacy License – License # 99-8762
    b. Elixir Pharmacy, LLC – Narcotics and Dangerous Drug Control – License # 47147
17. Rhode Island
    a. Elixir Pharmacy, LLC - Pharmacy Non-Resident  - License No.: PHN09956
    b. Elixir Pharmacy, LLC - CSR-Pharmacy Non-Resident - License No.: CPHN09956
18. South Carolina

   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy  - License No.: 19569
   b. Elixir Pharmacy, LLC - Certificate of Registration Controlled Substances Act (Out of State)  - Registration No.: 1319569
19. South Dakota
   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy - License #: 400-0772
20. Texas
   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy  - License #: 26255
21. Utah
   a. Elixir Pharmacy, LLC - Pharmacy Class D - License No.: 11847261-1708
   b. Elixir Pharmacy, LLC - Dispensing Controlled Substance License - License No.: 11847261-8913
22. Vermont
   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy - License No.: 036.0000388
23. Virginia
   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy - License No.: 0214001185
24. Washington
   a. Elixir Pharmacy, LLC - Non-Resident Pharmacy - License No.: PHNR.FO.60417544
25. Alabama
   a.  Elixir Pharmacy, LLC - Non-Resident Pharmacy – License No.: 113212
26. District of Columbia
   a.  Elixir Pharmacy, LLC - Non-Resident Pharmacy – License No.: NRX2001790
   b.  Elixir Pharmacy, LLC – Controlled Substance – License No.: NCP2000051
27. Florida
   a.  Elixir Pharmacy, LLC - Non-Resident Pharmacy – License No.: PH23682
28. Louisiana
   a.  Elixir Pharmacy, LLC - Pharmacy – Nonresident - License No.: PHY.006134-NR
29. Michigan
   a.  Elixir Pharmacy, LLC – Pharmacy - License No.: 5301009724
   b.  Elixir Pharmacy, LLC - Controlled Substance - License No.: 5315053149
   c.  Elixir Pharmacy, LLC - Wholesale Distributor - License No.: 5306003859
30. New Hampshire
   a.  Elixir Pharmacy, LLC - Non-Resident Pharmacy - License No.: NR0664
31. New Jersey
   a.  Elixir Pharmacy, LLC – Pharmacy - License No.: 28RO00026500
   b.  Elixir Pharmacy, LLC - Wholesale Drug and Medical Device Certificate of Registration - License No.: 5004863
32. Wyoming
   a.  Elixir Pharmacy, LLC - Non-Resident Pharmacy - License No.: NR-50649
   b.  Elixir Pharmacy, LLC - Business Controlled Substance - License No.: 910OPS13

TSA Schedule A Exhibit

## LIMITED POWER OF ATTORNEY
## FOR USE OF DEA REGISTRATION NUMBER
## AND DEA ORDER FORMS

### Pharmacy

Elixir Pharmacy, LLC   located at 7835 Freedom Avenue NW, North Canton, OH 44720 ("Registrant"), is licensed to operate a pharmacy under the laws of the State of Ohio and is an active DEA registrant. As the registrant under the Controlled Substances Act of the United States, Registrant is authorized to sign the current applications for registration and licensure under DEA registration number FO4250370 and Ohio Board of Pharmacy Permit Number 021847100 (prior to transaction).

As a result of a transaction between affiliates of Registrant and Birdi, Inc. ("Birdi"), to be effective on or about February 1, 2024 ("Transaction"), Registrant will transfer assets to Birdi. For the purposes of this Limited Power of Attorney for Use of DEA Registration Number and DEA Order Forms, Birdi as it exists and operates after the Transaction shall be deemed the "Agent".

Registrant hereby has made, constituted, and appointed, and hereby make, constitute and appoint Agent as Registrant's agent and true and lawful attorney-in-fact for the purposes of utilizing Registrant's controlled substances registrations, DEA registration, and any other registrations required under the laws of the United States or the state pharmacy boards to continue pharmacy operations for  Registrant.  Agent may act in this capacity until such time as Agent or its designee obtains new controlled substances registration(s), DEA registration(s) and such other registrations for  Agent, but in no event shall this Limited Power of Attorney continue more than ninety (90) calendar days after the effective date of the transaction, unless, despite Agent's good faith efforts, the issuance of new controlled substances registrations, DEA registrations and such other registrations for Agent is delayed by the applicable governmental agency.  Registrant further grants this Limited Power of Attorney to Agent to act as the true and lawful agent and attorney-in-fact of Registrant, and to act in the name, place, and stead of Registrant, to execute renewal applications, to execute applications for books of official order forms, to sign such order forms in requisition for controlled substances whether on official order forms or electronic, and to appoint an appropriate designee to execute applications for books of official order forms and sign such order forms in requisition for controlled substances whether these orders be on official order forms or electronic, in accordance with Section 308 of the Controlled Substances Act (21 U.S.C. § 828) and Part 1305 of Title 21 of the Code of Federal Regulations.

Registrant recognizes it remains legally responsible for its controlled substances registration(s), DEA registration and other registrations during the period in which this Limited Power of Attorney is in effect.  Therefore, Registrant grants this Limited Power of Attorney based upon the following covenants and warranties of Agent: (a) Agent shall follow and abide by and comply with all federal and state laws governing the regulation of controlled substances and pharmacy practice at all times while utilizing this Limited Power of Attorney; and (b) Agent, or its designee, shall make application for and pursue its own DEA registration and other registrations required for the distribution of pharmaceuticals, including, but not limited to, controlled substances at the Registrant's location as soon as practicable.

The undersigned is authorized to sign the current application for registration of Registrant under the Controlled Substances Act.

IN WITNESS WHEREOF, Registrant and Agent have executed this Limited Power of Attorney as of February 1, 2024.

_____

WITNESS

_____

REGISTRANT

By: _____

Name: _____

Title: _____


AGENT

By: _____

_____

WITNESS

Name: _____

Title: _____

**Schedule B**

**<u>Reverse Services</u>**

**Execution Version**
CONFIDENTIAL

## SCHEDULE B – Reverse Transition Services[1]

---

[1] For the avoidance of doubt, each row in the table contained in this Schedule may contain one or more Transition Services (each of which Transition Services may be terminated individually by Recipient pursuant to Section 3(b) of the Agreement.

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **EIC Services for Plan Years 2023 and Earlier** | For CMS plan years prior to 2024 (including EGWP and individual market):<br><br>Provide the following services until collection of the CMS Receivable is completed, and pay to EIC any cash received in respect of such CMS Receivable:<br><br>• <u>PDE Submission</u>: PDE submissions (for plan year 2023, PDE submissions will continue monthly through June 30, 2024).<br><br>• <u>Reports that PDP must submit to CMS</u>: All CMS reporting for plan years 2023 and earlier will be generated and provided, as applicable.<br><br>• <u>Regulatory Audit Support Services</u>: Regulatory audit support services will be provided for all types of regulatory audits, including the annual CMS-required Data Validation Audits, Medicare Full Program Audits, 1/3 Financial Audits and Recovery Audit Contractor (RAC) audits, for plan years 2023 and earlier.<br><br>• <u>Additional Services Post-Termination Services</u>: Any other services related to Part D, including any support services, shall be provided only upon mutual agreement of the Parties at agreed rates.<br><br>Provider shall, or shall cause EIC to, have and maintain access to CMS systems and connectivity and provide MedImpact or such of its Affiliates that is party to the ROI Agreement (the "<u>PBM</u>") and PBM subcontractors with access to CMS systems (*e.g.*, HPMS, TBT, LIS, Acumen, MPF, Patient Safety Analysis website, IACS, CMS help desk, etc.). Provider shall, or shall cause EIC to, provide (or cause that PBM directly receives) all CMS related reporting, including eligibility and financial (*e.g.*, PRS, PPR, MMR, etc.) that EIC has in its control or receives from CMS. | $5,027.67/month up through the end of December 2024<br><br>$3,124 annually (billed in June) for January 1, 2025 through December 31, 2028 or earlier* | *For so long as such matters are required of EIC under applicable Law or, if earlier, such time as Provider or EIC notifies Recipient that such services are no longer required |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **Additional EIC Services for 2023 Plan Year** | • Support for:<br>  ○ Data Validation Audit for 2023 data and plan year<br>  ○ CAHPS Survey for 2023 members and plan year<br>• Record and reconcile CMS Receivable | Third party engagements and their costs to be retained at EIC | Until such audit and survey are completed and/or submitted, as applicable<br><br>Until received and reconciled |
| **Elixir January 2024 month-end fiscal close and RAD year end audit support** | • Complete all fiscal close-related activities for Elixir entities as of 1/31/24, carry out all SOX controls, remaining journal entries, and related support for the accounting period ending 2/29/24 (including general ledger reconciliations as of 2/29/24), and provide Deloitte year-end audit support in March and April of 2024 for RAD enterprise audit.  Excluding select oversight functions performed at Rite Aid (for avoidance of doubt, in no case will Rite Aid have management/oversight of MedImpact employees. | $225,608 per month | Through April 2024 |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **Prime Therapeutics Rebate Management Services in connection with the Rebate Management Services Agreement effective January 1, 2022 between Prime Therapeutics LLC and Tonic Procurement Solutions, LLC** | • Provide rebate aggregation, reconciliation and audit services necessary to support manufacturer audits or historical payments of Sellers, including: (i) reconciliation of payments received by Sellers to historical claims submitted to manufacturers; (ii) monthly and quarterly client rebate reporting and payment services as required to support calendar year 2023 client contract years; (iii) annual client rebate reconciliation, reporting, and payment services as required to support calendar year 2023 client contract years; and (iv) facilitation of manufacturer requested audits of historical claims and rebate payments through calendar year 2026.<br><br>• Should MedImpact or its Affiliates receive payments for rebates payable by Prime Therapeutics LLC to Tonic Procurement Solutions LLC, such payments will be retained by MedImpact or its Affiliates and applied toward purchased rebates receivables owing from Prime Therapeutics LLC to MedImpact or its Affiliates. | $0 | As needed through the end of 2026<br><br><br><br><br>No end date |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **Elixir Rebate Management Services in connection with the Manufacturer Direct Paper Contracts, effective until 12/31/23** | • Provide services necessary to support manufacturer audits or historical payments of Sellers, including: (i) reconciliation of payments received by Sellers to historical claims submitted to manufacturers; (ii) monthly and quarterly client rebate reporting and payment services as required to support calendar year 2023 client contract years; (iii) annual client rebate reconciliation, reporting, and payment services as required to support calendar year 2023 client contract years; and (iv) facilitation of manufacturer requested audits of historical claims and rebate payments through calendar year 2026. | $20,000/month for each month during which there is any applicable rebate activity | Per month |
| | • Should MedImpact or its Affiliates receive payments for rebates payable for claims related to Elixir Insurance Company from manufacturers invoiced by Elixir Rx Solutions of Nevada, LLC prior to Closing, MedImpact will forward, or cause to be forwarded, such payments to Elixir Nevada LLC within 5 Business Days following the end of the month in which such payments are received. | $0 | As needed through the end of 12/31/2024 |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| **Information Technology** | • Provide access and requisite licensing to the following applications:<br><br>   ○ Impreva RASP<br>   ○ AlgoSec<br>   ○ Castellan Systems<br>   ○ Malewarebytes<br>   ○ Duo Security<br>   ○ Compliance360<br><br>• For avoidance of doubt, labor and services required to support these applications are to be provided internally by the receiver of the reverse TSA. | $2,250/month | 6 months |
|  | • Provide access to information, data, documents, etc. that are Excluded Assets but are stored on systems of Recipient and its Affiliates | No charge | So long as services are provided under this Agreement or the ROI Agreement |

| Birdi, Inc. Services | • Birdi, Inc. will provide complete turnkey pharmacy management services of the pharmacy located at 7835 Freedom Ave. NW, North Canton, OH 44720 (hereinafter referred to as "Pharmacy") in order to allow Birdi, Inc. to continue to bill and process governmental payor program claims under certain governmental payor program enrollments that are currently held by Elixir Pharmacy, LLC, while Birdi, Inc. enrolls in such governmental payor programs, where allowed by applicable law. Birdi, Inc. shall provide these pharmacy administration, management, and operations services beginning on the Effective Date and shall continue to provide such services until Birdi, Inc. receives all governmental payor enrollments required to operate the Pharmacy, or upon such other date as otherwise agreed to by the parties.  In connection with the provision of these pharmacy administration, management, and operations services, Birdi, Inc. will operate the Pharmacy in the same manner in which it was previously operated.  The services to be provided by Birdi, Inc. will include but not be limited to: maintaining all pharmacy and administrative personnel; procuring and/or furnishing all goods and services required for the operation of the Pharmacy; providing accounting, billing, patient and collection services and maintaining records related thereto; preparing and filing pharmacy claims to governmental payor programs on behalf of Elixir Pharmacy, LLC related to goods sold or services provided by the Pharmacy, and any other service required for the operation of Pharmacy. Birdi, Inc. will perform such services in compliance with applicable state and federal laws and guidance.  Birdi, Inc. shall have authority for the daily operation of the Pharmacy subject to the final authority of Elixir Pharmacy, LLC while Birdi, Inc. is utilizing Pharmacy's government payor program enrollments to bill and process claims to governmental payor programs. | One hundred percent (100%) of governmental payor collections for services rendered during the term. | The term of these services shall commence on the Effective Date and shall expire upon Birdi, Inc.'s receipt of all governmental payor agreements required to operate the Pharmacy, or as otherwise agreed to by the parties. |

| Category; Function | Description | Cost | Duration |
|---|---|---|---|
| | • Birdi, Inc. shall bill and collect for pharmacy services rendered as required by current governmental payor program agreements under Elixir Pharmacy, LLC's governmental payor program enrollments as directed by each individual governmental payor program until Birdi, Inc. becomes enrolled with each governmental payor program.  Once Birdi, Inc. has obtained a governmental payor program enrollment, it shall cease billing and processing any claims for reimbursement utilizing Elixir Pharmacy, LLC's governmental payor program enrollment with that governmental payor program for dates of service after Birdi, Inc. obtains that governmental payor program enrollment.  For the avoidance of doubt, Birdi, Inc. shall not bill governmental payor programs utilizing Elixir Pharmacy, LLC's governmental payor enrollments where it is not allowed to do so by the applicable governmental payor program.<br><br>• Elixir Pharmacy, LLC shall pay Birdi, Inc. one hundred percent (100%) of governmental payor program collections received by Elixir Pharmacy, LLC in exchange for the pharmacy management, administrative, and operations services provided by Birdi, Inc. in accordance with this line item following the Effective Date.  For the avoidance of doubt, Birdi, Inc. shall not be entitled to any fees for any pharmacy management, administrative, or operations services provided pursuant to this line item, other than the amounts received by Elixir Pharmacy, LLC as a result of pharmacy claims billed to governmental payor programs under Pharmacy's governmental program enrollments following the Effective Date. | | |

**<u>Provider Subsidiaries and Affiliates</u>**:
- Elixir Insurance Company (OH)
- Tonic Procurement Solutions, LLC (OH)
- Elixir Pharmacy, LLC

**Schedule C**

**Form of Business Associate Agreement**



## BUSINESS ASSOCIATE AGREEMENT

This Business Associate Agreement ("Agreement") is entered into between MedImpact Healthcare Systems, Inc., a California corporation (the "Company") and Rite Aid Hdqrts. Corp., a Delaware corporation and/or its affiliates (each, individually, and collectively, a "Business Associate"), and is effective as of the date of full execution indicated on the signature page below. The Company and Business Associate may be individually referred to as a Party and, collectively, as the Parties in this BAA.

### RECITALS

**WHEREAS**, Company has engaged Business Associate to provide certain transition services to Company pursuant to a Transition Services Agreement (the "TSA");

**WHEREAS**, in furtherance of its obligations under the TSA, Business Associate may be required to provide services involving PHI received from, or created by Business Associate on behalf of, the Company; and

**WHEREAS**, Company and Business Associate intend to protect the privacy and provide for the security of Protected Health Information in accordance with HIPAA.

**NOW, THEREFORE**, in consideration of the mutual promises contained herein and the exchange of information pursuant to this Agreement, the parties agree as follows:

1.      **General Provisions.**

(a)      **Effect.**  To the extent that Business Associate receives PHI to perform business associate activities pursuant to the TSA, the terms and provisions of this Agreement shall supersede all conflicting or inconsistent terms and provisions of the TSA to the extent of such conflict or inconsistency.

(b)      **Capitalized Terms.**  Capitalized terms used herein without definition in this Agreement shall have the meaning set forth in the administrative simplification section of the Health Insurance Portability and Accountability Act of 1996, the Health Information Technology for Economic and Clinical Health Act and its implementing regulations (collectively, "HITECH"), and their implementing regulations as amended from time-to-time (collectively, "HIPAA"). The term "Protected Health Information" and "PHI" shall have the meaning set forth in HIPAA but is limited to the information created or received by Business Associate from or on behalf of Company specifically in connection with the TSA.

2.      **Obligations of Business Associate.**

(a)      **Use and Disclosure of Protected Health Information.**  Business Associate may use and disclose PHI as permitted or required under the TSA or as Required by Law, but may not otherwise use or disclose any PHI.  Business Associate will not, and will assure that its employees, other agents and contractors do not use or disclose PHI in any manner that would constitute a violation of HIPAA if so used or disclosed by Company.  To the extent that Business Associate is to carry out Company's obligations under the HIPAA Privacy Rule, Business Associate will comply with the requirements of the HIPAA

Privacy Rule that apply to Company in the performance of such obligation. Without limiting the generality of the foregoing, Business Associate is permitted to use or disclose PHI as set forth below:

        (i)     Business Associate may use PHI internally for Business Associate's proper management and administration or to carry out its legal responsibilities.

        (ii)     Business Associate may disclose PHI to a third party for Business Associate's proper management and administration, *provided that* the disclosure is Required by Law or Business Associate obtains reasonable assurances from the third party to whom such PHI is to be disclosed that the third party will (A) protect the confidentiality of the PHI, (B) only use or further disclose the PHI as Required by Law or for the purpose for which the PHI was disclosed to the third party and (C) notify Business Associate of any instances of which such third-party is aware in which the confidentiality of the PHI has been breached.

        (iii)     Business Associate may use PHI to provide Data Aggregation services relating to the Health Care Operations of Company if required or permitted under this Agreement.

        (iv)     Reserved.

        (v)     Business Associate shall fully cooperate with Company's instructions with respect to any disclosure of PHI required by the 21st Century Cures Act, Section 4004, as implemented by 45 C.F.R. parts 171 ("Information Blocking Rules") and promptly notify Company of any requests for such disclosures.

        (vi)     To the extent that any PHI constitutes information subject to the Confidentiality of Alcohol and Drug Abuse Patient Records regulations at 42 C.F.R. Part 2, Business Associate shall be fully bound by such regulations, limit its use of such PHI to permitted payment and health care operations as defined by such regulations, and resist any efforts to obtain access to such PHI pursuant to any judicial proceedings, except as permitted by such regulations.

        (b)     **Safeguards.**  Business Associate will use appropriate safeguards and comply with the HIPAA Security Rule, where applicable, to prevent the use or disclosure of PHI other than as permitted or required by this Agreement.  Business Associate will implement administrative, physical and technical Safeguards that reasonably and appropriately protect the Confidentiality, Integrity and Availability of electronic PHI that it creates, receives, maintains or transmits on behalf of Company.

        (c)     **Minimum Necessary Standard.**  To the extent required by the "minimum necessary" requirements of HIPAA, Business Associate will only request, use and disclose the minimum amount of PHI necessary to accomplish the purpose of the request, use or disclosure.

        (d)     **Mitigation.**  Business Associate will take reasonable steps to mitigate, to the extent practicable, any harmful effect (that is known to Business Associate) of a use or disclosure of PHI by Business Associate in violation of this Agreement.

        (e)     **Agreements by Third Parties.**  Business Associate will obtain and maintain an agreement with each agent or subcontractor that has or will have access to PHI, pursuant to which such agent or subcontractor agrees to be bound by the same restrictions, terms and conditions that apply to Business Associate pursuant to this Agreement with respect to such PHI.

        (f)     **Reporting of Improper Disclosures of PHI.**  If Business Associate discovers a (i) use or disclosure of PHI in violation of this Agreement by Business Associate or a third party to which Business Associate disclosed PHI, (ii) Successful Security Incident (as defined herein) or (iii) Breach of Unsecured PHI, then Business Associate will report the use or disclosure in accordance with HIPAA to

Company without unreasonable delay and in any event within 10 business days after its discovery. "Successful Security Incident" means successful unauthorized access, use, disclosure, modification, or destruction of Electronic PHI or interference with system operations in an Information System in a manner that materially risks the Confidentiality, Integrity, or Availability of such PHI.  Upon the request of Company, Business Associate will provide notice to Company for unsuccessful attempts at such unauthorized access, use, disclosure, modification, or destruction, such as pings and other broadcast attacks on a firewall, denial of service attacks, port scans, unsuccessful login attempts, or interception of encrypted information where the key is not compromised, or any combination of the above.  If the violation involves a Breach of Unsecured PHI, Business Associate shall include in its written report all of the information required to be provided by a HIPAA business associate under the HITECH Breach Notification Rule, 45 C.F.R. § 164.410(c), and shall promptly update that report with any addition details Business Associate discovers that are relevant to the event.  In the event of any Breach of Unsecured PHI by Business Associate or its agents or subcontractors that requires notification to affected Individuals and others under HIPAA or State law, Company shall have sole control over the timing and method of providing such notification and Business Associate shall reimburse Company for its costs and expenses in providing the notification, including without limitation any administrative costs associated with providing notice, print and mailing costs, costs of obtaining credit monitoring services and identity theft insurance for affected Individuals whose PHI or electronic PHI has or may have been compromised as a result of the Breach of Unsecured PHI, and any other reasonable costs Company incurs in mitigating harm to those Individuals, in each case solely up to the amount(s), if any, received under a third party liability insurance policy at the levels set forth in Section 8 herein.  These obligations shall be in addition to, and shall in no way limit, Business Associate's indemnification obligations set forth below.

(g)    **Access to Information.**  Within 10 business days after receipt of a request from Company for access to PHI about an Individual contained in any Designated Record Set of Company maintained by Business Associate, Business Associate will make available to Company such PHI for so long as Business Associate maintains such information in the Designated Record Set.  If Business Associate receives a request for access to PHI directly from an Individual, then Business Associate will forward such request to Company within 10 business days.

(h)    **Availability of PHI for Amendment.**  Within 10 business days after receipt of a request from Company for the amendment of an Individual's PHI contained in any Designated Record Set of Company maintained by Business Associate, Business Associate will provide such information to Company for amendment and incorporate any such amendments in the PHI (for so long as Business Associate maintain such information in the Designated Record Set) as required by 45 C.F.R. §164.526.  If Business Associate receives a request for amendment to PHI directly from an Individual, then Business Associate will forward such request to Company within 10 business days.

(i)    **Accounting of Disclosures.**  Within 10 business days after receipt of notice from Company stating that it has received a request for an accounting of disclosures of PHI (other than disclosures to which an exception to the accounting requirement applies), Business Associate will make available to Company such information as is in Business Associate's possession and required for Company to make the accounting required by 45 C.F.R. §164.528.

(j)    **Availability of Books and Records.**  Business Associate will promptly make its internal practices, books and records relating to the use and disclosure of PHI available to the Secretary for purposes of determining Company's and Business Associate's compliance with HIPAA.

3.    **Obligations of Company.**

(a)    **Permissible Requests.**  Company will not request that Business Associate use or disclose PHI in any manner that would not be permissible under HIPAA if done directly by Company.

(b)    **Minimum Necessary Information.**  Company represents that, to the extent that Company provides PHI to Business Associate, such information is the minimum necessary PHI for the accomplishment of Business Associate's purpose.

(c)    **Consents/Authorizations.**  Company represents that, to the extent that such Company provides PHI to Business Associate, Company has obtained the consents, authorizations and other forms of legal permission required under HIPAA and other applicable Law, including any necessary authorizations for the use of PHI for marketing purposes, if applicable.

4.    **Term and Termination**

(a)    **Term**.  The term of this Agreement shall be effective as of the effective date of the TSA, and shall terminate upon the earlier to occur of: (i) the effective date or the termination or expiration of the TSA; or (ii) the termination of this Business Associate Agreement for cause pursuant to Section 4(b) below.

(b)    **Termination for Cause.**  Either Party may terminate this Business Associate Agreement due to a material breach of this Agreement by one Party upon giving the other Party thirty (30) calendar days prior written notice, provided the breaching Party does not cure the breach prior to the effective date of termination.

(c)    **Effect of Termination.**  Upon the termination of this Business Associate Agreement for any reason, Business Associate shall return or destroy (and retain no copies of) any Protected Health Information received from Company, or created or received by Business Associate on behalf of Company.  This provision shall apply to Protected Health Information that is in the possession of subcontractors or agents of Business Associate.  Notwithstanding the foregoing, in the event that Business Associate determines that returning or destroying the Protected Health Information is infeasible, Business Associate shall extend the protections of this Business Associate Agreement to such Protected Health Information and limit further uses and disclosures of such Protected Health Information to those purposes that make the return or destruction infeasible for as long as Business Associate maintains such Protected Health Information.  The provisions of this Section 4(c) shall survive the termination or completion of this Agreement or the TSA.

5.    **Amendment; Assignment.** The parties agree to take such action as is necessary to amend this Agreement from time to time as is necessary for Company or Business Associate to comply with the requirements of HIPAA Rules and other applicable law.  Neither Party may assign its respective rights and obligations under this Agreement without prior written consent of the other party.  Any assignment in violation of this Section 5 shall be null and void and without effect whatsoever.

6.    **Interpretation; Arbitration.** The parties agree that any ambiguity in this Business Associate Agreement shall be resolved in favor of a meaning that complies and is consistent with HIPAA, the Information Blocking Rules, and 42 C.F.R. Part 2, as applicable.

7.    **Indemnification.**  Business Associate shall indemnify, defend, and hold harmless Company and its employees, managers, directors, officers, subcontractors, agents, owners, and/or other persons of its Workforce (each an "Indemnified Party") against all losses suffered by the Indemnified Party (including, without limitation, court costs, reasonable attorney's fees and other costs of litigation) and claims, losses, costs, actions, damages, liability, obligations, and defense of third parties arising out of or in connection with any breach of this Agreement by Business Associate or from any negligence or wrongful acts or omissions, including failure to perform its obligations under this Agreement, by Business Associate or its employees, managers, directors, officers, subcontractors, agents, owners and/or other persons of its

workforce, in each case, up to the amount(s), if any, received under a third party liability insurance policy at the levels set forth in Section 8 herein.

**8.    Insurance.**    Business Associate shall obtain and maintain during the term of this Agreement appropriate breach and cyber security liability insurance covering Business Associate's obligations pursuant to this Agreement in an amount not less than $10,000,000 per occurrence and $10,000,000 in the aggregate.  Evidence of coverage shall be provided to Company upon written request.

**9.    Governing Law. To** the extent this Agreement is not governed by HIPAA, the Information Blocking Rules, or 42 C.F.R. Part 2, this Business Associate Agreement shall be construed in accordance with the laws of the State of Delaware.

**10.    Regulatory References.** A reference in this Agreement to a section in HIPAA shall mean such section as in effect or amended from time to time.

**11.    Notices.** All notices required or permitted under this Agreement shall be in writing, except as otherwise provided, and sent to the other Party in accordance with the notice provision set forth in the TSA.

**12.    Survival.**  The obligations of Business Associate under Sections 2(j), 4(c), and 6-13 shall survive the expiration or termination of this Agreement.

**13.    Counterparts.** This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.  In making proof with respect to this Agreement, it will be necessary to produce only one copy hereof signed by the Party to be charged.  The Parties may deliver executed counterpart signature pages to this Agreement by facsimile transmission, by electronic mail in .pdf form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, and such delivery will have the same effect as physical delivery of the paper document hearing an original signature.

[Signatures continued on following page]

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the effective date of the TSA.

MedImpact Healthcare Systems, Inc.

By: _____
Name: Roderick Wade
Title:  VP Contract Management


Rite Aid Hdqrts. Corp.

By: _____
Name:
Title:

## Exhibit B

**MedImpact's April 30, 2024 Closing Working Capital Statement**

Elixir Closing Working Capital
Payment Summary
($)

| Payment calculation summary | Note | |
|---|---|---|
| **Closing Working Capital** | [a] | **84,717,899** |
| Estimated Closing Working Capital | [b] | (206,628,000) |
| Differential | [c] = [a] - [b] | 291,345,899 |
| | | |
| Cap | | 50,000,000 |
| Purchaser Payment at Closing | | (14,339,080) |
| Purchaser Differential Payment Cap | [d] | 35,660,920 |
| | | |
| Purchaser Differential Payment (cap applied) | [e] = min. of [c] and [d] | 35,660,920 |
| **Amount Owed by Purchaser** | [f] = [e] | **35,660,920** |
| | | |
| Purchaser's Payments on Outstanding Checks as of Jan '24 (Feb - Mar '24) | [g] | (13,343,617) |
| Purchaser's Payments on Delinquent Claims (greater than 30 days) | [h] | (73,563,772) |
| Balance of Assumed Cure Costs ($1.4m Less Cure Costs Paid at Closing) | [i] | - |
| RiteAid Prefund Payment made on Jan 31st | [j] | 16,568,928 |
| Remaining Cash Balance as of Jan '24 | [k] | 3,032,723 |
| **Purchaser's Payments on Excluded Liabilities** | [l] = ∑ [g] ~ [k] | **(67,305,737)** |
| | | |
| BER/GER Outside the Normal Course of Business | [m] | (4,361,689) |
| NER Owed - EIC Portion | [n] | (443,678) |
| Client DIR (Improper PDA Withheld due to Pharmscreen Restrictions) | [o] | (1,157,287) |
| EIC DIR to be Paid by Purchaser (Improper PDA Withheld due to Pharmscreer | [p] | (2,204,212) |
| EIC DIR to be Paid by Purchaser (Balance Net of Improper PDA Withheld) | [q] | (11,188,091) |
| **Total BER/GER/NER/DIR** | [r] = ∑ [m] ~ [q] | **(19,354,956)** |
| | | |
| EIC-Related Rebates Collected as of Mar '24 | [s] | 21,182,075 |
| Purchaser Paid to Seller on 3/4/2024 | [t] | (4,745,507) |
| **Total EIC-Related Rebates Accounts Receivable** | [u] = [s] + [t] | **16,436,568** |
| | | |
| **Unpaid PBM-Related Billings** | [v] | **(11,553,367)** |
| | | |
| **Purchaser Owes (Owed)** | w] = [f] + [l] + [r] + [u] + [v] | **(46,116,573)** |
| | | |
| EIC-Related Rebate Accounts Receivable Balance as of Mar '24 | [x] | *58,082,539* |

**Note:**

[e]  In accordance with APA Section 2.7(d) (i), the Purchaser is required to compensate the Sellers if the Closing Working Capital exceeds the Estimated Closing Working Capital by paying an amount equivalent to the difference. The total combined payment, including this differential amount, the Term Loans Consideration Amount ($533,339,080), and the Deposit ($57,500,000), must not exceed $626,500,000. Consequently, the maximum required differential payment the Purchaser can make, if any, is $35,660,920.

[g]  See Tab '17. OS check payment'

[h]  See Tab '10. Delinquent claims'. In addition, on Jan 30th and 31st, $34,424,969 was included in ACH files that were not uploaded to Fifth Third Bank by Seller. This resulted in the $34,424,969 being funded by Buyer.

[i]  See Tab '18. Net Assumed Cure Costs'. The Purchaser's Payments on Delinquent Claims amount listed above does not include the paid portion of the $5.771 million of Net Other Claims Payable (e.g., Admin, broker fees) exluded liabilities [See Tab '12. Delinquent Claims (Other)']. These payments, in addition to at least $11.6m of the $73.563m above [See Tab '10. Delinquent Claims'], represent Cure Costs paid by Buyer in excess of the $847,813 balance of Assumed Cure Costs.

[j]  On 1/31/24, the bank account ending 3615 included a withdrawal of $16,568,928 as a prefund for payments occurring in post-closing.

[m]  See Tab '13.a. BER GER NER DIR Summary'.

[n]  See Tab '13.a. BER GER NER DIR Summary'

[o]  See Tab '13.a. BER GER NER DIR Summary'

[p]  See Tab '13.a. BER GER NER DIR Summary'

[q]  See Tab '13.a. BER GER NER DIR Summary'

[s]  See Tab '19. AR Rebates EIC Collected'

[t]  See Tab '19. AR Rebates EIC Collected'

[v]  See Tab '20. Unpaid PBM-Related Billings'

[x]  See Tab '19. AR Rebates EIC Collected'

Confidential

MedImpact_0012197

**Elixir Closing Working Capital**
**Closing Working Capital Calculation According to the APA and Exhibit E**
**As of January 31, 2024**
($ in thousands)

| Closing Working Capital | Note | Consolidated | EIC related balances | Adjustments | Adjusted NWC |
|---|---|---|---|---|---|
| Cash and investments | | 11,960 | (12,065) | 104 | (0) |
| Accounts Receivable | | 1,313,688 | (414,772) | (557,161) | 341,755 |
| Uninsured plans receivable | | - | (0) | 0 | - |
| Inventory | | 28,278 | - | - | 28,278 |
| Prepaid Expenses and other current assets | | 7,077 | 0 | - | 7,077 |
| Investments, at amortized cost | | 7,377 | (7,377) | - | - |
| **Current Assets** | | **1,368,380** | **(434,213)** | **(557,057)** | **377,110** |
| Accounts Payable | | 490,066 | (357,941) | 122,723 | 254,848 |
| RE Operating Lease Liability - ST | | (0) | - | - | (0) |
| Claims Prepayment | | 19,632 | - | - | 19,632 |
| Current Accrued expenses and deferred revenue | | 53,535 | (16,260) | (19,363) | 17,912 |
| Reinsurance Funds Held | | 0 | (0) | - | - |
| Taxes Payable | | 1,404 | (0) | (1,404) | (0) |
| **Current Liabilities** | | **623,492** | **(374,201)** | **43,101** | **292,392** |
| **Reported net working capital** | | **744,888** | **(60,012)** | **(600,157)** | **84,718** |

**Items Excluded from NWC Calculation**

| | | | | | |
|---|---|---|---|---|---|
| Operating lease liabilities | [1] | 119 | | | |
| Accrued interest - current assets | | (101) | | | |
| Taxes (Income and Franchise) | [2] | 775 | Per APA 1.4u | | |
| **Items Excluded from NWC** | | **793** | | | |

**Excluded assets**

| | | | | | |
|---|---|---|---|---|---|
| Cash and Investments | | (11,960) | | | |
| Net Rebates Receivable Related to EIC | [3] | (59,836) | | | |
| Rite Aid-related balances (non-trade) | | (452,762) | | | |
| CMS balances - PBM - specific | | (24,365) | | | |
| HRGi Rebate Receivable | [4] | (1,174) | | | |
| **Excluded assets** | | **(550,097)** | | | |

**Excluded liabilities**

| | | | | | |
|---|---|---|---|---|---|
| Employee Related Obligations | [5] | 14,092 | | | |
| Deferred Revenue (Prime) in LSTC | [6] | 23,053 | | | |
| Virginia Premier - DSO/DPO Impact | | 13,580 | | | |
| Prime Aggregator (Tonic) - Related to EIC | [7] | 2,342 | Per APA 1.3e | | |
| Accrued Interest - Current Liability | | - | | | |
| Outstanding Checks as of Jan '24 | [8] | 40,260 | Per APA 1.4v | | |
| Net Delinquent Rebate Payables | [9] | 67,865 | Per APA 1.4a and 1.3d | | |
| Net Delinquent Claims | [10] | 70,727 | Per APA 1.4a and 1.3d | | |
| Net Claims Payable (EIC-Related) | [11] | 13,322 | Per APA 1.7 and 1.2f | | |
| Net Other Claims Payable (e.g., Admin, broker fees) | [12] | 5,771 | Per APA 1.4a and 1.3d | | |
| Assumed Cure Costs | | (1,400) | Per APA 1.3a | | |
| Performance Guarantee Reserve | [13] | 6,057 | Per APA 1.3d | | |
| Liabilities Subject to Compromise - McKesson | [14] | 34,897 | Per APA 1.4b | | |
| Current Portion -Term Loan | | 0 | | | |
| **Excluded liabilities** | | **290,568** | | | |
| **Excluded (assets) / liabilities** | | **(258,736)** | | | |

**Section 1.7 EIC adjustment**

| | | | | | |
|---|---|---|---|---|---|
| Intercompany, net (AR) / AP with EIC | [15] | (349,881) | | | |
| CMS receivable - EIC | [15] | (400,945) | | | |
| Intercompany, net AR / AP with Rx Options | [15] | 349,881 | | | |
| Remaining net working capital | | (489) | | | |
| EIC removal | [16] | (51,552) | | | |
| Section 1.7 EIC adjustment | | (401,434) | | | |
| **Closing Working Capital** | | **84,718** | | | |

Page 1 of 2

**Elixir Closing Working Capital**
**Closing Working Capital Calculation According to the APA and Exhibit E**
**As of January 31, 2024**
($ in thousands)

| | | |
|---|---|---:|
| **Closing Working Capital** | [a] | **84,718** |
| Estimated Closing Working Capital | [b] | (206,628) |
| **Difference** | [c] = [a] - [b] | **291,346** |

| | | |
|---|---|---:|
| **Purchaser Differential (pre-collar)** | | 291,346 |
| Purchaser Differential Payment Cap | [17] | 35,661 |
| **Purchaser Differential Payment** | | **35,661** |

| | | |
|---|---|---:|
| **Sellers Differential (pre-collar)** | | Not applicable |
| Seller Differential Payment Cap | [18] | 14,375 |
| **Seller Differential Payment** | | **-** |

**Note:**

[1]  See Tab '1. Operating Lease'
[2]  See Tab '2. Taxes'
[3]  See Tab '3. AR Rebates - EIC'
[4]  See Tab '4. Excluded Asset HRGi'.  The HRGi Rebate Receivable was uncollectable prior to Closing Date.
[5]  See Tab '5. Employee related'
[6]  See Tab '6. Deferred Revenue (LSTC)'
[7]  See Tab '7. Virginia Premier and Tonic'
[8]  See Tab '8. OS Checks'
[9]  See Tab '9. Net Delinquent RebatePay'
[10] See Tab '10. Delinquent Claims'
[11] See Tab '11. Claims EIC Related'
[12] See Tab '12. Delinquent Claims (Other)'
[13] See Tab '13. BER GER DIR'.
[14] See Tab '14. LSTC - McKesson'
[15] See Tab '15. Intercompany, net (AR) AP'
[16] See Tab '16. EIC WC'
[17] In accordance with APA Section 2.7(d) (i), the Purchaser is required to compensate the Sellers if the Closing Working Capital exceeds the Estimated
     Closing Working Capital by paying an amount equivalent to the difference. The total combined payment, including this differential amount, the Term
     Loans Consideration Amount ($533.339 million), and the Deposit ($57.5 million), must not exceed $626.5 million. Consequently, the maximum
     required differential payment the Purchaser can make, if any, is $35.661 million.
[18] Under APA Section 2.7(d) (ii), if the Closing Working Capital is less than the Estimated Closing Working Capital, the Sellers must pay the Purchaser
     an amount equal to the shortfall.  Should this differential payment equal to or exceed the Purchase Price Adjustment Escrow Amount of $14.375
     million held in the Escrow Account, both Parties must instruct the Escrow Agent to release the full amount to the Purchaser. Therefore, the upper limit
     of the Sellers' potential differential payment is set at $35.661 million.

Confidential

MedImpact_0012199

Elixir Closing Working Capital (Alternate View)
($ in thousands)

| Accounts | 1/31/2024 balances | EIC related | Intercompany, Net (AR) / AP with EIC | EIC Eliminating Journal Entries | EIC Working Capital Adjustment | Operating Lease Liabilities | Accrued Interest | Income taxes | Cash |
|---|---|---|---|---|---|---|---|---|---|
| 10700: Fifth Third Bank | 48,031,252 | (11,074,732) | - | - | 11,074,732 | | | | (48,031,252) |
| 10715: Fifth Third Bank - ZBA | 3,032,723 | - | - | - | - | | | | (3,032,723) |
| 11100: Trust Cash Account - EIC | 430,540 | (430,540) | - | - | 430,540 | | | | (430,540) |
| 10500: Cash in Bank-Huntington | 466,390 | (557,580) | - | - | 557,580 | | | | (466,390) |
| 10620: Bank of America | 1,680 | (1,680) | - | - | 1,680 | | | | (1,680) |
| 10685: Wells Fargo - El Dorado | 522 | - | - | - | - | | | | (522) |
| 10750: Fifth Third Payroll CDA | (11,488) | - | - | - | - | | | | 11,488 |
| 10800: Cash in Bank-Huntington | (13,819) | - | - | - | - | | | | 13,819 |
| 10710: Fifth Third - Pharmacy | (377,301) | - | - | - | - | | | | 377,301 |
| 10799: Fifth Third CDA - OPS | (4,673,090) | - | - | - | - | | | | 4,673,090 |
| 10705: Op - Disbursement Fifth Third | (6,192,229) | - | - | - | - | | | | 6,192,229 |
| 10790: Fifth Third CDA - Pharm | (28,735,135) | - | - | - | - | | | | 28,735,135 |
| Cash and investments | 11,960,045 | (12,064,532) | - | - | 12,064,532 | - | - | - | (11,960,045) |
| 13285: Uninsured Plans AR-CMS LICS | 25,565,976 | (25,565,976) | - | - | | | | | |
| 13250: Accounts Receivable - CMS Generated | 5,243,129 | (5,243,129) | - | - | | | | | |
| 13275: CMS Receivable - Coverage Gap | 30,602,072 | (30,602,072) | - | - | | | | | |
| 13120: Accounts Receivable - AMWINS | (1,373,931) | 1,373,931 | - | - | | | | | |
| 13125: Receivable - Other | (5,916) | - | - | - | | | | | |
| 13160: Accounts Receivable - Third Party | 5,496,070 | - | - | - | | | | | |
| 13305: Premiums Receivable | 1,321,006 | (1,321,006) | - | - | | | | | |
| 13140: Accounts Receivable-Member | 83,592 | - | - | - | | | | | |
| 13130: Rebates Receivable Reserve | (8,921,471) | - | - | - | | | | | |
| 13125: Allowance for Doubtful Accounts | (3,008,487) | 1,979,288 | - | - | | | | | |
| 13280: Uninsured Plans AR-CMS CatRein | 234,930,809 | (234,930,809) | - | - | | | | | |
| 13200: Accounts Recv-Mfg-Accrued | 24,364,593 | - | - | - | | | | | |
| 13150: Retrospective Premium-CMS Risk Corridor | 108,552,540 | (108,552,540) | - | - | | | | | |
| 13400: Accrued Interest | 101,013 | (101,013) | - | - | 101,013 | | (101,013) | | |
| 13151: Retro Prem Risk Corr - QHP | 8,857,963 | (8,857,963) | - | - | | | | | |
| Accounts Receivable, net - Accrued and Other | 431,808,958 | (411,821,289) | - | - | 101,013 | - | (101,013) | - | - |
| 13100: Accounts Receivable | 314,037,545 | (4,062,703) | - | - | | | | | |
| 13105: Accounts Receivable - Rebates | (95,058,945) | - | - | - | | | | | |
| Accounts Receivable - Client | 218,978,600 | (4,062,703) | - | - | - | - | - | - | - |
| 13205: Accrued Receivables - Other | 209,509,663 | - | - | - | | | | | |
| Accounts Receivable - Rebates | 209,509,663 | - | - | - | | | | | |
| 13830: Rite Aid Receivable | 466,073,354 | - | - | - | | | | | |
| 13910: Tax-Rite Aid Receivable | 628,861 | 3,705,637 | - | - | (3,705,637) | | (628,861) | | |
| 13820: Rite Aid Receivable - Payroll | (13,854,601) | - | - | - | | | | | |
| 13880: FFI Receivable (Payable) | - | 44,836 | - | (44,836) | | | | | |
| 13850: EPH Receivable (Payable) | - | (2,638,555) | - | 2,638,555 | | | | | |
| 13810: Health Dialog Receivable (Payable) | (138,137) | - | - | - | | | | | |
| 13835: Rite Aid Receivable - Non Cash | 681,187 | - | - | - | | | | | |
| Accounts Receivable related party | 453,390,664 | 1,111,918 | - | 2,593,719 | (3,705,637) | - | - | (628,861) | - |
| Accounts Receivable | 1,313,687,885 | (414,772,074) | - | 2,593,719 | (3,604,624) | - | (101,013) | (628,861) | - |
| Inventory | 28,278,402 | - | - | - | - | - | - | - | - |
| Prepaid Expenses and other current assets | 7,076,598 | - | - | - | | | | | |
| Investments, at amortized cost | 7,376,882 | (7,376,882) | - | - | | | | | |
| **Current Assets** | 1,368,379,812 | (434,213,488) | - | 2,593,719 | 8,459,908 | - | (101,013) | (628,861) | (11,960,045) |
| 20500: Accounts Payable | 238,712,667 | (41,570) | - | - | | | | | |
| 20700: Accounts Payable-Broker | (15,817,015) | - | - | - | | | | | |
| 21200: Pharmacy Clearing Account | 8,249,209 | (8,542,734) | - | - | | | | | |
| 20520: P2P Suspense | (1,687,414) | 1,687,414 | - | - | | | | | |
| 20726: Amounts due to ASO Groups | 1,162,785 | (1,162,785) | - | - | | | | | |
| 20705: AP - Rebate - FFI | 259,245,416 | - | - | - | | | | | |
| Accounts Payable | 490,065,638 | (8,059,675) | - | - | - | - | - | - | - |
| 24700: EIC-Payable (Receivable) | - | - | 349,881,331 | (347,287,612) | | | | | |
| 24775: ROI-Payable (Receivable) | - | (349,881,331) | 349,881,331 | 349,881,331 | | | | | |
| Accounts Payable - related party | - | (349,881,331) | 349,881,331 | 2,593,719 | | | | | |
| Accounts Payable | 490,065,638 | (357,941,006) | 349,881,331 | 2,593,719 | - | - | - | - | - |
| 20662: Claims Prepayment | 19,632,355 | - | - | - | | | | | |
| Claims Prepayment | 19,632,355 | - | - | - | - | - | - | - | - |
| 24800: Performance Guarantee Reserve | 14,502,951 | - | - | - | | | | | |
| 21800: Accrued Expenses | 21,776,396 | (12,310,090) | - | - | | | | | |
| 24000: Misc Payroll Taxes | 8,551,099 | - | - | - | | | | | |
| 22010: Accrued Bonuses/MIP | 4,314,479 | - | - | - | | | | | |
| 22000: Accrued Payroll | (3,618) | - | - | - | | | | | |
| 22050: Accrued Short Term Cash Awards | 477,591 | - | - | - | | | | | |
| 22005: Accrued Severance | (33,545) | - | - | - | | | | | |
| 20950: Advance Premiums from CMS | 3,949,717 | (3,949,717) | - | - | | | | | |
| Current Accrued expenses and deferred revenue | 53,535,070 | (16,259,807) | - | - | - | - | - | (883,178) | - |
| 22540: Franchise Tax Payable CurY | 883,178 | (320) | - | - | | | | (883,178) | |
| 22505: Sales Tax Payable | 159,823 | - | - | - | | | | (159,823) | |
| 22520: State_Local IncomeTax Pay CurY | 360,577 | - | - | - | | | | (360,577) | |
| Taxes Payable | 1,403,578 | (320) | - | - | - | - | - | (1,403,578) | - |
| 20510: Liabilities Subject to Compromise | 58,855,432 | - | - | - | | (119,240) | | | |
| Liabilities Subject to Compromise | 58,855,432 | - | - | - | - | (119,240) | - | - | - |
| **Current Liabilities** | 623,492,073 | (374,201,133) | 349,881,331 | 2,593,719 | - | (119,240) | - | (1,403,578) | - |
| **Reported net working capital** | 744,887,739 | (60,012,355) | (349,881,331) | - | 8,459,908 | 119,240 | (101,013) | 774,717 | (11,960,045) |

Adjustments not performed by PWC

Confidential

MedImpact_0012200

Elixir Closing Working Capital (Alternate View)
($ in thousands)

| Accounts | Net Rebates Receivable (EIC-Related) | Rite Aid- Related Balances (Non-Trade) | Employee Related Obligations | Virginia Premier - DSO/DPO Impact | Deferred Revenue (Prime) in LSTC | CMS Balances - PBM - Specific | HRGi - Rebate Receivable Exclusion | Prime Aggregator (Tonic) - Related to EIC | Assumed Cure Costs |
|---|---|---|---|---|---|---|---|---|---|
| 10700: Fifth Third Bank | | | | | | | | | |
| 10715: Fifth Third Bank - ZBA | | | | | | | | | |
| 11100: Trust Cash Account - EIC | | | | | | | | | |
| 10500: Cash in Bank-Huntington | | | | | | | | | |
| 10620: Bank of America | | | | | | | | | |
| 10685: Wells Fargo - El Dorado | | | | | | | | | |
| 10750: Fifth Third Payroll CDA | | | | | | | | | |
| 10800: Cash in Bank-Huntington | | | | | | | | | |
| 10710: Fifth - Third - Pharmacy | | | | | | | | | |
| 10799: Fifth Third CDA - OPS | | | | | | | | | |
| 10705: Op - Disbursement Fifth Third | | | | | | | | | |
| 10790: Fifth Third CDA - Pharm | | | | | | | | | |
| Cash and investments | - | - | - | - | - | - | - | - | - |
| 13285: Uninsured Plans AR-CMS LICS | | | | | | | | | |
| 13250: Accounts Receivable - CMS Generated | | | | | | | | | |
| 13275: CMS Receivable - Coverage Gap | | | | | | | | | |
| 13120: Accounts Receivable - AMWINS | | | | | | | | | |
| 13725: Receivable - Other | | | | | | | | | |
| 13160: Accounts Receivable - Third Party | | | | | | | | | |
| 13305: Premiums Receivable | | | | | | | | | |
| 13140: Accounts Receivable-Member | | | | | | | | | |
| 13130: Rebates Receivable Reserve | | | | | | | | | |
| 13125: Allowance for Doubtful Accounts | | | | | | | | | |
| 13280: Uninsured Plans AR-CMS CatRein | | | | | | | | | |
| 13200: Accounts Recv-Mfg-Accrued | | | | | | (24,364,593) | | | |
| 13150: Retrospective Premium-CMS Risk Corrido | | | | | | | | | |
| 13400: Accrued Interest | | | | | | | | | |
| 13151: Retro Prem Risk Corr - QHP | | | | | | | | | |
| Accounts Receivable, net - Accrued and Other | - | | | | | (24,364,593) | | | |
| 13100: Accounts Receivable | (79,264,614) | | | | | | | | |
| 13105: Accounts Receivable - Rebates | | | | | | | | | |
| Accounts Receivable - Client | (79,264,614) | - | - | - | - | - | (1,174,022) | - | - |
| 13205: Accrued Receivables - Other | (367,575) | | | | | | (1,174,022) | | |
| Accounts Receivable - Rebates | (367,575) | - | | | | - | (1,174,022) | | |
| 13830: Rite Aid Receivable | | (466,073,354) | | | | | | | |
| 13910: Tax-Rite Aid Receivable | | | | | | | | | |
| 13820: Rite Aid Receivable - Payroll | | 13,854,601 | | | | | | | |
| 13880: FFI Receivable (Payable) | | | | | | | | | |
| 13850: EPH Receivable (Payable) | | | | | | | | | |
| 13810: Health Dialog Receivable (Payable) | | 138,137 | | | | | | | |
| 13835: Rite Aid Receivable - Non Cash | | (681,187) | | | | | | | |
| Accounts Receivable related party | - | (452,761,803) | - | - | - | - | - | - | - |
| Accounts Receivable | (79,632,189) | (452,761,803) | - | - | - | (24,364,593) | (1,174,022) | - | - |
| Inventory | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses and other current assets | | | | | | | | | |
| Investments, at amortized cost | | | | | | | | | |
| Current Assets | (79,632,189) | (452,761,803) | - | - | - | (24,364,593) | (1,174,022) | - | - |
| 20500: Accounts Payable | | | | | | | | | 1,400,000 |
| 20700: Accounts Payable-Broker | | | | | | | | | |
| 21200: Pharmacy Clearing Account | | | | | | | | | |
| 20520: P2P Suspense | | | | | | | | | |
| 20726: Amounts due to ASO Groups | | | | | | | | | |
| 20705: AP - Rebate - FFI | (19,795,749) | | | (13,579,703) | | | | (2,341,719) | |
| Accounts Payable | (19,795,749) | - | - | (13,579,703) | - | - | - | (2,341,719) | 1,400,000 |
| 24700: EIC-Payable (Receivable) | | | | | | | | | |
| 24775: ROI-Payable (Receivable) | | | | | | | | | |
| Accounts Payable - related party | - | - | - | - | - | - | - | - | - |
| Accounts Payable | (19,795,749) | - | - | (13,579,703) | - | - | - | (2,341,719) | 1,400,000 |
| 20662: Claims Prepayment | | | | | | | | | |
| Claims Prepayment | - | - | - | - | - | - | - | - | - |
| 24800: Performance Guarantee Reserve | | | | | | | | | |
| 21800: Accrued Expenses | | | | | | | | | |
| 24000: Misc Payroll Taxes | | | (8,551,099) | | | | | | |
| 22010: Accrued Bonuses/MIP | | | (4,314,479) | | | | | | |
| 22000: Accrued Payroll | | | 3,618 | | | | | | |
| 22050: Accrued Short Term Cash Awards | | | (477,591) | | | | | | |
| 22005: Accrued Severance | | | 33,545 | | | | | | |
| 20950: Advance Premiums from CMS | | | | | | | | | |
| Current Accrued expenses and deferred revenue | | | (13,306,006) | - | | | | | |
| 22540: Franchise Tax Payable CurY | | | | | | | | | |
| 22505: Sales Tax Payable | | | | | | | | | |
| 22520: State_Local IncomeTax Pay CurY | | | | | | | | | |
| Taxes Payable | - | - | - | - | - | - | - | - | - |
| 20510: Liabilities Subject to Compromise | | | (786,395) | | (23,052,621) | | | | |
| Liabilities Subject to Compromise | - | - | (786,395) | - | (23,052,621) | - | - | - | - |
| Current Liabilities | (19,795,749) | - | (14,092,401) | (13,579,703) | (23,052,621) | - | - | (2,341,719) | 1,400,000 |
| Reported net working capital | (59,836,440) | (452,761,803) | 14,092,401 | 13,579,703 | 23,052,621 | (24,364,593) | (1,174,022) | 2,341,719 | (1,400,000) |

Adjustments not performed by PWC

Confidential

MedImpact_0012201

Elixir Closing Working Capital (Alternate View)
($ in thousands)

| Accounts | Outstanding Checks as of Jan '24 | Delinquent Claims | Claims Payable (EIC-Related) | Delinquent Claims - Other (E.g. Admin Fees) | Net Delinquent Rebate Payables | DIR (Pharmscreen Restrictions) | BERGER/DIR (Outside Ordinary Course) | McKesson Exclusion | Closing Net Working Capital Calculation |
|---|---|---|---|---|---|---|---|---|---|
| 10700: Fifth Third Bank | | | | | | | | | - |
| 10715: Fifth Third Bank - ZBA | | | | | | | | | - |
| 11100: Trust Cash Account - EIC | | | | | | | | | - |
| 10500: Cash in Bank-Huntington | | | | | | | | | - |
| 10620: Bank of America | | | | | | | | | - |
| 10685: Wells Fargo - El Dorado | | | | | | | | | - |
| 10750: Fifth Third Payroll CDA | | | | | | | | | - |
| 10800: Cash in Bank-Huntington | | | | | | | | | - |
| 10710: Fifth - Third - Pharmacy | | | | | | | | | - |
| 10799: Fifth Third CDA - OPS | | | | | | | | | - |
| 10705: Op - Disbursement Fifth Third | | | | | | | | | - |
| 10701: Fifth Third CDA - Pharm | | | | | | | | | - |
| Cash and investments | - | - | - | - | - | - | - | - | - |
| 13285: Uninsured Plans AR-CMS LICS | | | | | | | | | - |
| 13250: Accounts Receivable - CMS Generated | | | | | | | | | - |
| 13275: CMS Receivable - Coverage Gap | | | | | | | | | - |
| 13120: Accounts Receivable - AMWINS | | | | | | | | | - |
| 13725: Receivable - Other | | | | | | | | | (5,916) |
| 13160: Accounts Receivable - Third Party | | | | | | | | | 5,496,070 |
| 13305: Premiums Receivable | | | | | | | | | - |
| 13140: Accounts Receivable-Member | | | | | | | | | 83,592 |
| 13130: Rebates Receivable Reserve | | | | | | | | | (8,921,471) |
| 13125: Allowance for Doubtful Accounts | | | | | | | | | (1,029,199) |
| 13280: Uninsured Plans AR-CMS CatRein | | | | | | | | | - |
| 13200: Accounts Recv-Mfg-Accrued | | | | | | | | | - |
| 13150: Retrospective Premium-CMS Risk Corridor | | | | | | | | | - |
| 13400: Accrued Interest | | | | | | | | | - |
| 13151: Retro Prem Risk Corr - QHP | | | | | | | | | - |
| Accounts Receivable, net - Accrued and Other | - | - | - | - | - | - | - | - | (4,376,924) |
| 13100: Accounts Receivable | | | | | | | | | 230,710,228 |
| 13105: Accounts Receivable - Rebates | | | | | 2,512,309 | | | | (92,546,636) |
| Accounts Receivable - Client | - | - | - | - | 2,512,309 | - | - | - | 138,163,592 |
| 13205: Accrued Receivables - Other | | | | | | | | | 207,968,066 |
| Accounts Receivable - Rebates | - | - | - | - | - | - | - | - | 207,968,066 |
| 13830: Rite Aid Receivable | | | | | | | | | - |
| 13910: Tax-Rite Aid Receivable | | | | | | | | | - |
| 13820: Rite Aid Receivable - Payroll | | | | | | | | | - |
| 13880: FFI Receivable (Payable) | | | | | | | | | - |
| 13850: EPH Receivable (Payable) | | | | | | | | | - |
| 13810: Health Dialog Receivable (Payable) | | | | | | | | | - |
| 13835: Rite Aid Receivable - Non Cash | | | | | | | | | - |
| Accounts Receivable related party | - | - | - | - | - | - | - | - | - |
| Accounts Receivable | - | - | - | - | 2,512,309 | - | - | - | 341,754,735 |
| Inventory | - | - | - | - | - | - | - | - | 28,278,402 |
| Prepaid Expenses and other current assets | - | - | - | - | - | - | - | - | 7,076,598 |
| Investments, at amortized cost | | | | | | | | | - |
| **Current Assets** | **-** | **-** | **-** | **-** | **2,512,309** | **-** | **-** | **-** | **377,109,735** |
| 20500: Accounts Payable | (40,260,492) | (70,727,419) | (13,322,089) | (5,771,495) | | | | | 109,989,592 |
| 20700: Accounts Payable-Broker | | | | | | | | | (15,817,015) |
| 21200: Pharmacy Clearing Account | | | | | | | | | (293,525) |
| 20520: P2P Suspense | | | | | | | | | - |
| 20726: Amounts due to ASO Groups | | | | | | | | | - |
| 20705: AP - Rebate - FFI | | | | | (65,353,187) | | | | 158,175,057 |
| Accounts Payable | (40,260,492) | (70,727,419) | (13,322,089) | (5,771,495) | (65,353,187) | - | - | - | 252,254,109 |
| 24700: EIC-Payable (Receivable) | | | | | | | | | 2,593,719 |
| 24775: ROI-Payable (Receivable) | | | | | | | | | - |
| Accounts Payable - related party | - | - | - | - | - | - | - | - | 2,593,719 |
| Accounts Payable | (40,260,492) | (70,727,419) | (13,322,089) | (5,771,495) | (65,353,187) | - | - | - | 254,847,828 |
| 20662: Claims Prepayment | | | | | | | | | 19,632,355 |
| Claims Prepayment | - | - | - | - | - | - | - | - | 19,632,355 |
| 24800: Performance Guarantee Reserve | | | | | | (1,157,287) | (4,900,000) | | 8,445,664 |
| 21800: Accrued Expenses | | | | | | | | | 9,466,306 |
| 24000: Misc Payroll Taxes | | | | | | | | | - |
| 22010: Accrued Bonuses/MIP | | | | | | | | | - |
| 22000: Accrued Payroll | | | | | | | | | - |
| 22050: Accrued Short Term Cash Awards | | | | | | | | | - |
| 22005: Accrued Severance | | | | | | | | | - |
| 20950: Accrue Advance Premiums from CMS | | | | | | | | | - |
| Current Accrued expenses and deferred revenue | - | - | - | - | - | (1,157,287) | (4,900,000) | - | 17,911,970 |
| 22540: Franchise Tax Payable CurY | | | | | | | | | (320) |
| 22505: Sales Tax Payable | | | | | | | | | - |
| 22520: State_Local IncomeTax Pay CurY | | | | | | | | | - |
| Taxes Payable | - | - | - | - | - | - | - | - | (320) |
| 20510: Liabilities Subject to Compromise | | | | | | | | (34,897,174) | 2 |
| Liabilities Subject to Compromise | - | - | - | - | - | - | - | (34,897,174) | 2 |
| **Current Liabilities** | **(40,260,492)** | **(70,727,419)** | **(13,322,089)** | **(5,771,495)** | **(65,353,187)** | **(1,157,287)** | **(4,900,000)** | **(34,897,174)** | **292,391,836** |
| **Reported net working capital** | **40,260,492** | **70,727,419** | **13,322,089** | **5,771,495** | **67,865,496** | **1,157,287** | **4,900,000** | **34,897,174** | **84,717,899** |

Adjustments not performed by PWC

Confidential

MedImpact_0012202

**Elixir Closing Working Capital calculation**
**Items Excluded from NWC Calculation - Operating Lease Liabilities**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Lease Related Exclusions**

| Adjustment Summary | Jan-24 |
|---|---|
| 28800: RE Operating Lease Liability - ST | 114 |
| 25500: RE Operating Lease Liability - ST | 5 |
| Total | **119** |

| Account | Corp | AP Aging | 1/31/2024 LSTC Amount ($) | Total Remaining | |
|---|---|---|---|---|---|
| 20500 | Elixir Pharmacy | 37,886,422 | 34,168,306 | 3,718,116 | |
| 20500 | Elixir Rx Options | 5,630,510 | 539,054 | 5,091,456 | |
| 20500 | Elixir Rx Solutions (MO) | 36,369,115 | 96,814 | 36,272,301 | |
| 20500 | Elixir Puerto Rico | 242,764 | 2,809 | 239,954 | |
| | | | | | |
| | Per TB | 80,128,811 | 34,806,983 | 45,321,828 | |
| | | | | | |
| 20550 | Elixir Rx Solutions (MO) | 90,190 | 90,190 | - | unclaimed funds checks |
| | | | | | |
| 20800 | Tonic Procurement Solution | 23,052,621 | 23,052,621 | - | Prime Deferred revenue |
| | | | | | |
| 22000 | Elixir Rx Options | 751,069 | 751,069 | - | Accrued PTO |
| 22000 | Elixir Puerto Rico | 35,326 | 35,326 | - | Amount reverses in February |
| | | | | | |
| 25500 | Elixir Puerto Rico | 5,049 | 5,158 | (109) | PR Lease liabilities |
| | | | | | |
| 28800 | Elixir Puerto Rico | 114,072 | 114,082 | (10) | PR Lease liabilities |

1. Operating Lease

Confidential

MedImpact_0012203

**Elixir Closing Working Capital calculation**
**Items Excluded from NWC Calculation - Taxes**
**As of January 31, 2024**
**($ in thousands)**

**Tax Related Exclusions**

| Adjustment Summary | Jan-24 | Source |
|---|---|---|
| 13910: Tax-Rite Aid Receivable | (629) | Jan '24 Balance Sheet |
| 22500: Income Tax Payable | - | Jan '24 Balance Sheet |
| 22505: Sales Tax Payable | 160 | Jan '24 Balance Sheet |
| 22520: State_Local IncomeTax Pay CurY | 361 | Jan '24 Balance Sheet |
| 22530: State_Local IncomeTax Pay PreY | - | Jan '24 Balance Sheet |
| 22540: Franchise Tax Payable CurY | 883 | Jan '24 Balance Sheet |
| **Total** | **775** | |

Confidential

MedImpact_0012204

**Elixir Closing Working Capital calculation**
**Adjustment of Net Rebates Receivable Related to EIC**
**As of January 31, 2024**
**($ in thousands)**

**Adjustment of Net Rebates Receivable Related to EIC**

| Adjustment Summary | Jan-24 | Source Tab |
|---|---:|---|
| Estimated EIC AR Balance | 79,265 | 3a. EIC Manufacturer AR |
| 13205: Accrued Receivables - Other | 368 | 3a. EIC Manufacturer AR |
| **Total AR adjustment** | **79,632** | |
| | | |
| 20705: AP - Rebate - FFI | (19,796) | 3b. Rebate Accrued Payable |
| | 59,836 | |

Confidential                                                    MedImpact_0012205

**Elixir Closing Working Capital calculation**
**Excluded assets - Manufacturer AR Balance**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Manufacturer AR Adjustments**

| Adjustment Summary | Jan-24 |
|---|---|
| Manufacturing Rebates Accounts Receivable Balance (EIC-Related) | 79,265 |
| 13205: AR - Other - Prime/ESI Aggregator (EIC-Related) | 368 |
| **Total** | **79,632** |

**Billed/Vouchered Manufacturer AR Balance**
*Balance as of 1/31/2024*
*($)*

| Manufacturer Name | Category | 2023 Q4 | 2023 Q3 | 2023 Q2 | 2023 Q1 | PY - Pending Resolution | AR Balance | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbott Laboratories, Inc. | Non-EIC | 102,273.24 | (1,958.17) | | | (0.01) | 100,315.06 | Total Billed Manufacturer AR: | | 95,459,544.56 |
| Abbvie (Abbott Laboratories, Inc EIC | 7,026,506.22 | 776,883.47 | 746,532.60 | (0.06) | | 8,549,922.23 | | EIC: | | 79,264,613.70 |
| Abbvie (Abbott Laboratories, In Non-EIC | 1,033,416.92 | 29,782.33 | 33,694.33 | 0.06 | | 1,096,893.64 | | Non-EIC: | | 16,194,930.86 |
| Abbvie (fka Abbott Laboratories Non-EIC | - | | | | | - | | | | |
| Abbvie Corp (Puerto Rico) | Non-EIC | - | | | | | - | | | | |
| Aclaris Therapeutics, LLC | Non-EIC | - | | | | (0.00) | (0.00) | Unbilled Manufacturer AR: | | 850,261.27 |
| Acorda Therapeutics Inc | EIC | 6,308.73 | 2.28 | | | | 6,311.01 | | EIC: | | - |
| Acorda Therapeutics Inc | Non-EIC | 450.48 | (1.62) | | | | 448.86 | | Non-EIC: | | 850,261.27 |
| Actelion Pharmaceuticals US, In Non-EIC | - | | | | | - | | | | |
| Adapt Pharma, Inc. | EIC | 585.00 | (127.50) | (37.50) | | | 420.00 | Total Billed & Unbilled Manufacturer AR: | | 96,309,805.83 |
| Adapt Pharma, Inc. | Non-EIC | 95.00 | 82.50 | | | | 177.50 | | EIC: | | 79,264,613.70 |
| Aerie Pharmaceuticals, Inc. | EIC | | | 280.64 | | | 280.64 | | Non-EIC: | | 17,045,192.13 |
| Aerie Pharmaceuticals, Inc. | Non-EIC | | | 192.58 | | | 192.58 | | | | |
| Alcon Vision, LLC | EIC | 74,437.11 | 2,059.70 | - | (0.00) | | 76,496.81 | | | | |
| Alcon Vision, LLC | Non-EIC | 32,290.60 | 541.08 | 0.02 | (0.00) | | 32,831.70 | Prime/ESI Aggregator AR Balance: | | 207,485,379.79 |
| Allergan Sales, LLC | EIC | | | | | 0.00 | 0.00 | | EIC: | | 367,575.00 |
| Allergan USA, Inc. | EIC | | | | | 0.00 | 0.00 | | Non-EIC: | | 207,117,804.79 |
| Allergan USA, Inc. | Non-EIC | | | | | 0.00 | 0.00 | | | | |
| Almirall, LLC | EIC | 2,995.07 | | | | | 2,995.07 | Other Aggregator AR Balance: | | 1,174,021.91 |
| Almirall, LLC | Non-EIC | | | | | 0.01 | 0.01 | | Non-EIC: | | 1,174,021.91 |
| Alvogen, Inc. | EIC | 137,473.88 | (0.65) | | | | 137,473.23 | | | | |
| Alvogen, Inc. | Non-EIC | 7,172.56 | | | | (0.53) | 7,172.03 | | | | 304,969,207.53 |
| Amarin Pharmaceuticals Ireland EIC | 382,749.86 | (277.07) | (20.72) | | | 382,452.07 | | | | |
| Amarin Pharmaceuticals Ireland Non-EIC | 99,751.30 | (34.36) | (0.49) | | (0.01) | 99,716.44 | | | | |
| Amgen USA Inc | EIC | 1,482,891.01 | 2,360.99 | 0.02 | 0.00 | | 1,485,252.02 | | | | |
| Amgen USA Inc | Non-EIC | 220,891.00 | 709.99 | 0.00 | 0.00 | | 221,600.99 | | | | |
| Amneal Specialty | EIC | 1,879.49 | | | | | 1,879.49 | EIC Balance: | | 79,632,188.70 |
| Amneal Specialty | Non-EIC | 26,882.57 | (0.00) | | | (0.02) | 26,882.55 | | | | |
| Antares Pharma, Inc. | EIC | 593.16 | - | | | | 593.16 | | | | |
| Ascend Therapeutics US, LLC | Non-EIC | 57.44 | | | | | 57.44 | | | | |
| Astellas Pharma US Inc | EIC | 1,908,099.28 | 16,635.48 | (0.64) | (0.29) | | 1,984,733.83 | | | | |
| Astellas Pharma US Inc | Non-EIC | 670,636.36 | 3,774.36 | 0.64 | 0.29 | | 674,411.65 | | | | |
| AstraZeneca Pharmaceuticals LI EIC | 830,660.57 | 30,107.83 | (0.01) | (48,066.10) | (0.00) | 812,702.29 | | | | |
| AstraZeneca Pharmaceuticals LI Non-EIC | 157,490.79 | 19,155.52 | 0.01 | 263,502.60 | | 440,148.92 | | | | |
| Aventis Pharmaceuticals, Inc. | Non-EIC | - | | | | | - | | | | |
| Bausch Health US, LLC, for Bau EIC | 192.70 | | | | | 192.70 | | | | |
| Bausch Health US, LLC, for Bau Non-EIC | 4,052.30 | 0.19 | | | | 4,052.49 | | | | |
| Bayer Diagnostics | EIC | 9,027.96 | (0.39) | (0.65) | | 0.13 | 9,027.05 | | | | |
| Bayer Healthcare (fka Berlex Inc EIC | 228,620.43 | 20,632.51 | (0.04) | (0.04) | | 249,252.86 | | | | |
| Bayer Healthcare (fka Berlex Inc Non-EIC | 15,595.41 | 259.89 | 0.04 | 0.04 | | 15,855.38 | | | | |
| BioDelivery Sciences Internation Non-EIC | - | | | | | - | | | | |
| Biogen Idec US Corporation | EIC | 23,605.35 | | 0.01 | | | 23,605.36 | | | | |
| Biogen Idec US Corporation | Non-EIC | 22,731.08 | | (0.01) | | | 22,731.07 | | | | |
| Boehringer Ingelheim Pharm, In Non-EIC | - | | | | | 0.00 | 0.00 | | | | |
| BOEHRINGER INGELHEIM PHA EIC | 4,287,137.39 | 1,712,486.60 | 49,181.82 | (0.24) | | 6,048,805.57 | | | | |
| BOEHRINGER INGELHEIM PHA Non-EIC | 1,284,877.86 | 1,087,287.98 | 16,785.00 | (362.89) | | 2,388,587.95 | | | | |
| Braintree Laboratories, Inc. | EIC | 18,384.74 | 1.17 | 1.25 | 119.87 | | 18,507.03 | | | | |
| Braintree Laboratories, Inc. | Non-EIC | 2,323.35 | 0.16 | 0.16 | (119.87) | | 2,203.80 | | | | |
| BRISTOL-MYERS SQUIBB COM EIC | 7,090,647.40 | 279,957.77 | 0.45 | 0.04 | - | 7,370,605.66 | | | | |
| BRISTOL-MYERS SQUIBB COM Non-EIC | 2,291,968.15 | 22,855.80 | (0.04) | 0.04 | - | 2,314,823.47 | | | | |
| Celgene Corporation | EIC | - | | | | | - | | | | |
| Dermira, Inc. | Non-EIC | - | | | | | - | | | | |
| Eli Lilly and Company | EIC | 6,095,181.72 | 179,110.25 | 50,639.93 | (50,639.78) | | 6,274,292.12 | | | | |
| Eli Lilly and Company | Non-EIC | 1,383,682.56 | 20,815.34 | 2,234.03 | (2,234.18) | | 1,404,497.75 | | | | |
| Ferring Pharmaceuticals Inc | EIC | 10,769.77 | (624.29) | 738.06 | (3.28) | | 10,880.26 | | | | |
| Ferring Pharmaceuticals Inc | Non-EIC | 6,334.62 | (270.57) | 207.41 | (21.18) | (14.82) | 6,235.46 | | | | |
| Fresenius Kabi, LLC | Non-EIC | 447.68 | (0.00) | 0.00 | | | 447.68 | | | | |
| Fresenius USA Marketing, Inc. | EIC | 168,244.39 | 6,710.08 | | | | 174,954.47 | | | | |
| Fresenius USA Marketing, Inc. | Non-EIC | 17,273.30 | (6,710.11) | | | 2,237.40 | 12,800.59 | | | | |
| GILEAD ALTO INC (FORMERLY Non-EIC | - | | | | | (0.00) | (0.00) | | | | |
| Gilead Sciences, Inc. (Formerly C EIC | 948,119.20 | 626,816.40 | 0.00 | | | 1,574,935.60 | | | | |
| GlaxoSmithKline | EIC | 6,905,701.88 | 178,068.80 | 285,550.90 | 45.36 | 899,189.32 | 8,268,556.26 | | | | |
| GlaxoSmithKline | Non-EIC | 1,296,646.68 | 13,104.99 | 8,512.61 | 11,213.39 | (3,506,872.01) | (2,178,394.34) | | | | |
| Grifols USA, LLC | EIC | 39,545.13 | | | | | 39,545.13 | | | | |
| Grifols USA, LLC | Non-EIC | 3,849.78 | | | | | 3,849.78 | | | | |
| Harrow Eye, LLC | EIC | 10,518.72 | | | | | 10,518.72 | | | | |
| Harrow Eye, LLC | Non-EIC | 1,756.14 | 0.10 | | | | 1,756.24 | | | | |
| Hikma Specialty USA Inc. | EIC | 5,105.56 | (1,098.44) | 2,263.15 | 4,317.91 | | 10,588.18 | | | | |
| Hikma Specialty USA Inc. | Non-EIC | | | | | (0.03) | (0.03) | | | | |
| Insulet Corporation | EIC | 51,921.75 | 1,134.93 | 0.00 | | | 53,056.68 | | | | |
| Insulet Corporation | Non-EIC | - | | | | | - | | | | |
| Insys Therapeutics, Inc. | EIC | | | | | 0.00 | 0.00 | | | | |
| Intra-Cellular Therapies, Inc | EIC | 24,044.21 | 0.66 | | | | 24,044.87 | | | | |
| Intra-Cellular Therapies, Inc | Non-EIC | 6,356.27 | 0.12 | | | | 6,356.39 | | | | |
| Jazz Pharmaceuticals, Inc | EIC | 1,544.10 | (2,674.45) | 1,655.05 | 1,019.40 | (0.00) | 1,544.10 | | | | |
| Johnson & Johnson Health Care EIC | 5,141,971.98 | 412,950.28 | 448,215.71 | 0.11 | (4,739.23) | 5,998,398.85 | | | | |
| Johnson & Johnson Health Care Non-EIC | 1,076,048.21 | 20,053.74 | 27,639.58 | 35,225.47 | (7,727.45) | 1,151,239.55 | | | | |
| Keryx Biopharmaceuticals, Inc. | EIC | 91,540.01 | 1,309.64 | (0.02) | (0.06) | | 92,849.57 | | | | |
| Keryx Biopharmaceuticals, Inc. | Non-EIC | 9,634.00 | 46.96 | 0.02 | 0.06 | | 9,681.04 | | | | |
| Kowa Pharmaceuticals America, EIC | 771,151.30 | 0.06 | 0.10 | | | 771,151.46 | | | | |
| Kowa Pharmaceuticals America, Non-EIC | 17,845.43 | (0.05) | (0.09) | | (0.01) | 17,845.28 | | | | |
| LifeScan, Inc. | Non-EIC | 153,991.66 | 4,394.28 | | | | 158,385.94 | | | | |

Confidential

MedImpact_0012206

Elixir Closing Working Capital calculation
Excluded assets - Manufacturer AR Balance
As of January 31, 2024
($ in thousands, unless stated otherwise)

| Manufacturer Name | Category | 2023 Q4 | 2023 Q3 | 2023 Q2 | 2023 Q1 | PY - Pending Resolution | AR Balance |
|---|---|---|---|---|---|---|---|
| Mallinckrodt ARD Inc. | EIC | 46,973.30 | - | | | | 46,973.30 |
| ManxKind Corporation | EIC | 2,138.60 | (0.85) | | | | 2,137.75 |
| ManxKind Corporation | Non-EIC | 0.19 | | | | 0.21 | 0.40 |
| Mayne Pharma LLC | EIC | 435.02 | (0.08) | (0.12) | | 0.11 | 434.93 |
| Medicure Pharma Inc. | Non-EIC | | | | | - | - |
| Merck Sharp Dohme (fka Merck | EIC | 3,662,376.80 | 114,904.71 | 328,019.82 | (0.10) | (0.08) | 4,105,301.15 |
| Merck Sharp Dohme (fka Merck | Non-EIC | 1,417,848.67 | 60,177.40 | 34,558.95 | 0.10 | (80,024.20) | 1,432,560.92 |
| Mylan Specialty L.P. | EIC | 20.72 | | | | | 20.72 |
| Myovant Sciences, Inc. | EIC | 30,739.67 | 23,359.09 | 0.47 | | | 54,099.23 |
| Myovant Sciences, Inc. | Non-EIC | 4,201.45 | 2,871.22 | (0.46) | | | 7,072.21 |
| Nestle HealthCare Nutrition, Inc | EIC | 156,601.08 | 38,614.88 | | | | 195,215.96 |
| Nestle HealthCare Nutrition, Inc | Non-EIC | 15,485.08 | (38,614.87) | | | | (23,129.79) |
| NOVARTIS PHARMACEUTICAL | EIC | 1,133,313.51 | 62,721.74 | 893.75 | 0.11 | | 1,196,929.11 |
| NOVARTIS PHARMACEUTICAL | Non-EIC | 165,894.98 | 12,488.13 | (893.75) | (0.10) | (0.00) | 177,489.26 |
| Novo Nordisk Pharmaceuticals | EIC | 11,229,347.79 | 1,228,948.42 | 1,704,979.82 | (0.35) | - | 14,163,275.68 |
| Novo Nordisk Pharmaceuticals | Non-EIC | 3,726,888.99 | 119,803.17 | 156,399.49 | 0.35 | (0.01) | 4,003,091.99 |
| Organon LLC | EIC | 1,214.19 | | 966.48 | | | 2,170.67 |
| Organon LLC | Non-EIC | 3,601.43 | (0.02) | (956.51) | | | 2,644.90 |
| Otsuka America Pharmaceutical | EIC | 413,364.85 | 398,458.07 | 0.54 | 0.33 | | 811,823.79 |
| Otsuka America Pharmaceutical | Non-EIC | 113,179.80 | 113,795.18 | (0.54) | (0.33) | | 226,974.11 |
| Pfizer Inc. | EIC | 168,157.07 | 18,052.28 | (131,957.39) | 131,957.43 | 22,869.63 | 209,079.02 |
| Pfizer Inc. | Non-EIC | 31,301.06 | 3,785.62 | (6,891.89) | 6,891.85 | | 35,086.64 |
| Pierre Fabre Pharmaceuticals, In | EIC | | | | | 462.00 | 462.00 |
| Pierre Fabre Pharmaceuticals, In | Non-EIC | | | | | (462.00) | (462.00) |
| Radius Health, Inc. | EIC | 23,181.54 | 5.19 | 2.74 | | | 23,189.47 |
| Radius Health, Inc. | Non-EIC | 2,599.98 | 214.30 | (216.16) | 3.80 | 0.36 | 2,602.28 |
| Reckitt Benckiser Pharmaceutic | EIC | 577,004.35 | 19,608.70 | 0.00 | 0.00 | 0.00 | 596,613.05 |
| Reckitt Benckiser Pharmaceutic | Non-EIC | 44,322.49 | 90.43 | (0.00) | (0.00) | (0.00) | 44,412.92 |
| RedHill Biopharma Inc. | EIC | - | 0.31 | 0.50 | 1.24 | | 2.05 |
| RedHill Biopharma Inc. | Non-EIC | - | (0.29) | (0.50) | (1.24) | 73.20 | 71.17 |
| Relypsa, Inc. | EIC | 21,460.83 | 1,077.48 | | | | 22,538.31 |
| Relypsa, Inc. | Non-EIC | 1,287.38 | | | | 0.01 | 1,287.39 |
| Salix Pharmaceuticals, Inc. | EIC | 296,668.49 | 0.01 | (0.00) | | | 296,668.50 |
| Salix Pharmaceuticals, Inc. | Non-EIC | 109,021.98 | 30,202.11 | 0.00 | | | 139,224.09 |
| Sandoz Inc. | EIC | 212,001.02 | | 0.02 | 0.00 | | 212,001.04 |
| Sandoz Inc. | Non-EIC | 12,902.57 | (0.01) | (0.01) | - | | 12,902.55 |
| Sanofi Aventis (fka Aventis Phar | EIC | 3,719,044.49 | 490,075.10 | (1,375.85) | | - | 4,207,743.74 |
| Sanofi Aventis (fka Aventis Phar | Non-EIC | 1,427,938.28 | 24,714.64 | 1,375.85 | | | 1,454,028.77 |
| SK Life Science, Inc. | EIC | 19,741.90 | 0.10 | 0.09 | (0.00) | | 19,742.09 |
| SK Life Science, Inc. | Non-EIC | 1,522.67 | (0.10) | (0.09) | 0.00 | | 1,522.48 |
| Smiths and Nephew, Inc. (fka He | EIC | 15,641.84 | (39.55) | | | | 15,681.41 |
| Smiths and Nephew, Inc. (fka He | Non-EIC | 9,590.93 | (39.55) | | | | 9,551.38 |
| Sun Pharmaceutical Industries Ir | EIC | | | | | - | - |
| Sun Pharmaceutical Industries Ir | Non-EIC | 544.32 | | | | (1,599.68) | (1,055.36) |
| Sunovion Pharmaceuticals (form | EIC | | | (0.04) | | | (0.04) |
| Sunovion Pharmaceuticals (form | Non-EIC | | | 0.06 | | | 0.06 |
| Takeda Pharmaceutical America | EIC | 62,554.79 | 207.22 | | (9,581.59) | | 53,180.42 |
| Takeda Pharmaceutical America | Non-EIC | 4,641.34 | 339.16 | | (631.85) | | 4,348.65 |
| TEVA NEUROSCIENCE, INC. | EIC | 1,213,941.63 | 1,257,022.43 | 0.02 | 0.01 | (0.00) | 2,470,964.09 |
| TEVA NEUROSCIENCE, INC. | Non-EIC | 308,783.11 | 286,135.77 | (0.02) | (0.01) | | 594,918.85 |
| Teva Neuroscience, Inc. | Non-EIC | | | | | - | - |
| Tolmar Pharmaceuticals, Inc. | EIC | 4,878.24 | 0.00 | - | | | 4,878.24 |
| Tolmar Pharmaceuticals, Inc. | Non-EIC | - | (0.00) | - | | - | (0.00) |
| UCB Pharma, Inc. | EIC | 68,942.28 | 960.33 | (0.03) | 0.01 | | 69,902.59 |
| UCB Pharma, Inc. | Non-EIC | 13,100.07 | (0.03) | 0.03 | 0.00 | 887.26 | 13,987.33 |
| Valinor Pharma, LLC | EIC | 6,788.03 | 0.00 | | | | 6,788.03 |
| Valinor Pharma, LLC | Non-EIC | 1,919.66 | 0.03 | | | | 1,919.69 |
| Xeris Pharmaceuticals, Inc. | EIC | 20,048.93 | (0.01) | (0.00) | | | 20,048.92 |
| Xeris Pharmaceuticals, Inc. | Non-EIC | | | | | (0.75) | (0.75) |
| **Total** | | 84,307,114.48 | 9,726,354.26 | 3,759,160.78 | 342,636.24 | (2,675,721.20) | 95,459,544.56 |

Confidential

MedImpact_0012207

Elixir Closing Working Capital calculation
Excluded Liability - Account Payable - Rebate Balance
As of January 31, 2024
($ in thousands, unless stated otherwise)

Account 20705 Adjustments

| Adjustment Summary | Jan-24 |
|---|---|
| 20705: AP - Rebate - FFI | (19,796) |
| Total | (19,796) |

## Balance Sheet Account Reconciliation

|  | | |
|---|---|---|
| Company: | Elixir Rx Options | |
| Account Number: | 20705 - Accounts Payable - Rebates | |
| Account Description: | Used for monthly accruals of Rebate Aggregation client payable activity | |

| Amount ($) | Origination Date | Open Date | Reference | Description | Item Class | Close Date | AP Considerations |
|---|---|---|---|---|---|---|---|
| (131,941.31) | 2/29/2024 | 2/29/2024 | A | RMS Aggregation Payable | L | 3/1/2024 | Very old balance from 2021 related to Inbound Agg |
| (2,636,402.78) | 2/29/2024 | 2/29/2024 | B | MFR Audit Concessions | L | 3/1/2024 | Audit Concessions |
| (5,470,009.01) | 2/29/2024 | 2/29/2024 | C | 2022 CY Cost of Rebate | L | 3/1/2024 | EIC Excluded |
| (14,325,739.96) | 2/29/2024 | 2/29/2024 | C | 2023 CY Cost of Rebate | L | 3/1/2024 | EIC Excluded |
| | 2/29/2024 | 2/29/2024 | D | PY Accrual & Release | R | 3/1/2024 | |
| | 2/29/2024 | 2/29/2024 | | Rounding Variance | T | 3/1/2024 | |

| | | | | |
|---|---|---|---|---|
| (22,564,093.06) | Account Total | | Preparer: | Emily Osman |
| (22,564,093.06) | GL Balance | | Reviewer: | Robyn Vandevander |
| 0.00 | Check | | | |

**Item Class:**

**T - Timing Item** Used for items that will clear in the current month, generally by the action of someone else. Also used for minor rounding variances.

**L - List Item** Used for regular/reoccuring items in the accounting process - mainly long term items.

**PJE - Pending JE** Used for items that have been cleared by your own JE in the current month.

Confidential                                                                                    MedImpact_0012208

**Elixir Closing Working Capital calculation**
**Excluded Assets – HRGi Rebate Receivable**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**HRGi Rebate Receivable Exclusion**

| Adjustment Summary | Jan-24 |
|---|---|
| HRGi Runout GL Balance [1] | 1,174 |
| Total adjustments | 1,174 |

**Notes:**
[1] The HRGi Rebate Receivable was uncollectable prior to Closing Date.

| Legacy MTK Aggregator | 2022 Q1 | 2022 Q2 | 2022 Q3 | 2022 Q4 | 2023 Q1 | 2023 Q2 | 2023 Q3 | 2023 Q4 | 2024 Q1 (Jan 24) |
|---|---|---|---|---|---|---|---|---|---|
| Accrual | 6,783,626.00 | - | (1,969,978.00) | - | - | - | - | - | - |
| Payment | (24,286,244.07) | (23,464,118.41) | (7,871,656.71) | (1,416,213.32) | (1,708,332.17) | (1,231,317.30) | (674,836.61) | (403,752.76) | - |
| GL Balance | 39,914,227.19 | 16,450,108.78 | 6,608,474.07 | 5,192,260.75 | 3,483,928.58 | 2,252,611.28 | 1,577,774.67 | 1,174,021.91 | **1,174,021.91** |
| Rx Count | - | - | - | | - | | - | | |

1/31 HRGi Runout GL Balance: 1,174,022

Confidential

MedImpact_0012209

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Employee Related Obligations**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

Employee Related Obligations

| Adjustment Summary | Jan-24 |
|---|---|
| 22000: Accrued Payroll | (4) |
| 22005: Accrued Severance | (34) |
| 22010: Accrued Bonuses/MIP | 4,314 |
| 22050: Accrued Short Term Cash Awards | 478 |
| 22100: FSA Withhold | 0 |
| 23000: 401K Employee Deduction | (0) |
| 23100: 401K Employer Deduction | - |
| 23400: FICA Tax Payable | - |
| 24000: Misc Payroll Taxes | 8,551 |
| Relevant amount from Liabilities Subject to Compromise (see below) | 786 |
| **Total** | **14,092** |

| Account | Corp | AP Aging | 1/31/2024 LSTC Amount ($) | Total Remaining | |
|---|---|---|---|---|---|
| 20500 | Elixir Pharmacy | 37,886,422 | 34,168,306 | 3,718,116 | |
| 20500 | Elixir Rx Options | 5,630,510 | 539,054 | 5,091,456 | |
| 20500 | Elixir Rx Solutions (MO) | 36,369,115 | 96,814 | 36,272,301 | |
| 20500 | Elixir Puerto Rico | 242,764 | 2,809 | 239,954 | |
| | | | | | |
| | Per TB | 80,128,811 | 34,806,983 | 45,321,828 | |
| | | | | | |
| | | | | | |
| 20550 | Elixir Rx Solutions (MO) | 90,190 | 90,190 | - | unclaimed funds checks |
| | | | | | |
| | | | | | |
| 20800 | Tonic Procurement Solutions | 23,052,621 | 23,052,621 | - | Prime Deferred revenue |
| | | | | | |
| | | | | | |
| 22000 | Elixir Rx Options | 751,069 | 751,069 | - | Accrued PTO |
| 22000 | Elixir Puerto Rico | 35,326 | 35,326 | - | Amount reverses in February |
| | | | | | |
| | | | | | |
| 25500 | Elixir Puerto Rico | 5,049 | 5,158 | (109) | PR Lease liabilities |
| | | | | | |
| | | | | | |
| 28800 | Elixir Puerto Rico | 114,072 | 114,082 | (10) | PR Lease liabilities |

Confidential

MedImpact_0012210

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Deferred Revenue (Prime) in LSTC**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

Deferred Revenue (Prime) Adjustment

| Adjustment Summary | Jan-24 |
|---|---|
| Deferred Revenue (Prime) in LSTC | 23,053 |
| **Total** | **23,053** |

| Account | Corp | AP Aging | 1/31/2024 LSTC Amount ($) | Total Remaining | |
|---|---|---|---|---|---|
| 20500 | Elixir Pharmacy | 37,886,422 | 34,168,306 | 3,718,116 | |
| 20500 | Elixir Rx Options | 5,630,510 | 539,054 | 5,091,456 | |
| 20500 | Elixir Rx Solutions (MO) | 36,369,115 | 96,814 | 36,272,301 | |
| 20500 | Elixir Puerto Rico | 242,764 | 2,809 | 239,954 | |
| | | | | | |
| | Per TB | 80,128,811 | 34,806,983 | 45,321,828 | |
| | | | | | |
| 20550 | Elixir Rx Solutions (MO) | 90,190 | 90,190 | - | unclaimed funds checks |
| | | | | | |
| 20800 | Tonic Procurement Solutions | 23,052,621 | 23,052,621 | - | Prime Deferred revenue |
| | | | | | |
| 22000 | Elixir Rx Options | 751,069 | 751,069 | - | Accrued PTO |
| 22000 | Elixir Puerto Rico | 35,326 | 35,326 | - | Amount reverses in February |
| | | | | | |
| 25500 | Elixir Puerto Rico | 5,049 | 5,158 | (109) | PR Lease liabilities |
| | | | | | |
| 28800 | Elixir Puerto Rico | 114,072 | 114,082 | (10) | PR Lease liabilities |

6. Deferred Revenue (LSTC)

Confidential

MedImpact_0012211

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Virginia Premier and Tonic**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Virginia Premier and Tonic Adjustment**

| Adjustment Summary | Jan-24 |
|---|---|
| Virginia Premier - DSO/DPO impact | 13,580 |
| Prime Aggregator (Tonic) - Related to EIC | 2,342 |
| **Adjustment total** | **15,921** |

**Rebate Accrued Payable - GL 20705 ($)**

| | Amount | Notes |
|---|---|---|
| | (13,579,703.34) | Virginia Premier |
| | (19,795,748.97) | ROI |
| PWC Exclusion | (33,375,452.31) | |
| Tonic Prime Aggregator | (2,341,719.42) | Additional Exclusion |
| Total Excluded | **(35,717,171.74)** | |

Confidential                                                                MedImpact_0012212

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Outstanding Checks**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Outstanding Checks Adjustments**

| Adjustment Summary | Jan-24 |
|---|---|
| Open checks as of 1/31/2024 (remaining balance + paid) | 40,260 |
| 10715: Fifth Third Bank - ZBA (remaining cash) | (3,033) |
| **Net Open Checks Amount** | **37,228** |

| Posting Date | Amount | Cashed in Feb | Cashed in Mar |
|---|---|---|---|
| 2012 | $ (16,327) | $ - | $ - |
| 2013 | $ (165,512) | $ - | $ - |
| 2014 | $ (668,652) | $ - | $ - |
| 2015 | $ (1,858,641) | $ - | $ - |
| 2016 | $ (1,636,656) | $ - | $ - |
| 2017 | $ (1,217,397) | $ - | $ - |
| 2018 | $ (2,167,012) | $ (35,383) | $ - |
| 2019 | $ (1,462,974) | $ (885) | $ (5,052) |
| 2020 | $ (1,964,437) | $ - | $ (40,725) |
| 2021 | $ (3,738,879) | $ (433) | $ 356 |
| 2022 | $ (6,177,433) | $ (9,425) | $ (5) |
| 2023 | $ (11,465,670) | $ (5,251,419) | $ (769,336) |
| Jan | $ (163,183) | $ (4,317) | $ - |
| Feb | $ (306,735) | $ (693) | $ - |
| Mar | $ (295,409) | $ (2,501) | $ - |
| Apr | $ (273,024) | $ (3,671) | $ (9) |
| May | $ (357,515) | $ (4,256) | $ (363) |
| Jun | $ (413,866) | $ (1,971) | $ (30,556) |
| Jul | $ (393,004) | $ (16,947) | $ (18,764) |
| Aug | $ (270,434) | $ (19,088) | $ (440) |
| Oct | $ (2,654,035) | $ (749,191) | $ (204,742) |
| Nov | $ (1,306,232) | $ (482,469) | $ (211,764) |
| Dec | $ (5,032,233) | $ (3,966,315) | $ (302,697) |
| 2024 | $ (7,720,901) | $ (6,524,227) | $ (707,082) |
| Jan | $ (7,720,901) | $ (6,524,227) | $ (707,082) |
| 1/4/2024 | $ (2,972) | $ (1,149) | $ - |
| 1/5/2024 | $ (862,336) | $ (553,640) | $ (208,496) |
| 1/8/2024 | $ (69,803) | $ (65,672) | $ (3,024) |
| 1/10/2024 | $ (1,492) | $ (317) | $ (79) |
| 1/11/2024 | $ (74,290) | $ (49,175) | $ (601) |
| 1/12/2024 | $ (653,696) | $ (502,087) | $ (57,675) |
| 1/18/2024 | $ (118,210) | $ (110,113) | $ (5,151) |
| 1/19/2024 | $ (1,457,720) | $ (1,101,928) | $ (243,710) |
| 1/23/2024 | $ (211) | $ (211) | $ - |
| 1/25/2024 | $ (662,818) | $ (656,961) | $ (2,291) |
| 1/26/2024 | $ (3,415,538) | $ (3,132,497) | $ (170,333) |
| 1/27/2024 | $ 1,542 | $ 1,542 | $ - |
| 1/29/2024 | $ (129,999) | $ (97,756) | $ (14,984) |
| 1/30/2024 | $ (273,333) | $ (254,237) | $ (738) |
| 1/31/2024 | $ (25) | $ (25) | $ - |
| **Grand Total** | **$ (40,260,492)** | **$ (11,821,772)** | **$ (1,521,845)** |

Confidential                                                          MedImpact_0012213

Elixir Closing Working Capital calculation
Excluded Liabilities - Net Delinquent Rebate Payable
As of January 31, 2024
($ in thousands, unless stated otherwise)

**Net Delinquent Rebate Payables - Exclusion**

| Adjustment Summary | Note | Jan-24 |
|---|---|---|
| Delinquent Rebate Payables - Exclusion | [1] | 65,353 |
| Relevant Rebate Contra-Asset - Exclusion | [1] | (2,512) |
| **Net Delinquent Rebate Payables Adjustment Total** | | **67,865** |

**Notes:**

[1] Per the APA, assumed trade payables are limited to those "that remain unpaid and are not delinquent as of the Closing Date." As of January 31, 2024, 20705: AP Rebates contained $65,353,187 of delinquent rebates payable. Delinquency was defined as rebates payable from 2022 and earlier. In addition, a contra-asset balance of $2,512,309 of non-EIC-related delinquent rebates payable were included in 13105: Accounts Receivable.

Rebates ($)

| | Year 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 - Prior | Total Rebate |
|---|---|---|---|---|---|---|---|---|
| 13100/13105 | (12,863) | 18,687,134 | (80,024) | 960 | 0 | (2,433,245) | 0 | 16,161,962 |
| 13100/13105 Excluded (EIC) | 0 | 79,312,088 | 0 | 0 | 0 | (47,436) | 0 | 79,264,651 |
| Subtotal | (12,863) | 97,999,222 | (80,024) | 960 | 0 | (2,480,681) | 0 | 95,426,614 |
| *Adjustment* | *0* | *0* | *(80,024)* | *960* | *0* | *(2,433,245)* | *0* | *(2,512,309)* |
| | | | | | | | | |
| 13130 AR Reserve | 0 | (8,921,471) | 0 | 0 | 0 | 0 | 0 | (8,921,471) |
| 13205 | 59,044,050 | 148,987,629 | 0 | 1,174,022 | 0 | 0 | 0 | 209,205,701 |
| *Aggregator* | *59,044,050* | *148,987,629* | | | | | | *208,031,679* |
| *Excluded (HRGi)* | *0* | *0* | | *1,174,022* | *0* | *0* | *0* | *1,174,022* |
| Total Receivable | 59,031,187 | 238,065,381 | (80,024) | 2,349,004 | 0 | (2,480,681) | 0 | 296,884,866 |
| | | | | | | | | |
| 20705 | 51,832,571 | 118,497,680 | 13,716,935 | 26,108,327 | 16,125,384 | 5,369,866 | 4,032,675 | 235,683,438 |
| 20705 (Virginia Premier, PWC Exclusion EIC, Prime) | 855,818 | (17,357,613) | 46,385,807 | 627,997 | (44,481) | 377,980 | 4,871,665 | 35,717,172 |
| Subtotal | 52,688,389 | 101,140,067 | 60,102,743 | 26,736,324 | 16,080,902 | 5,747,845 | 8,904,340 | 271,400,610 |
| *Adjustment* | *0* | *0* | *13,716,935* | *26,108,327* | *16,125,384* | *5,369,866* | *4,032,675* | *65,353,187* |
| Total Payable | 52,688,389 | 101,140,067 | 60,102,743 | 26,736,324 | 16,080,902 | 5,747,845 | 8,904,340 | 271,400,610 |
| | | | | | | | | |
| Net Receivable (payable) | 6,342,798 | 136,925,314 | (60,182,767) | (24,387,319) | (16,080,902) | (8,228,527) | (8,904,340) | 25,484,256 |

Confidential

MedImpact_0012214

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Delinquent Trade Payables**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

Delinquent Claims

| Adjustment Summary | Notes | Jan-24 |
|---|---|---|
| Account 20500: Accounts Payable - Claims over 30 days | [1] | 70,727 |
| Adjustment Total | | **70,727** |

**Notes:**

[1] Per the APA, assumed trade payables are limited to those "that remain unpaid and are not delinquent as of the Closing Date." As of January 31, 2024, 20500 Accounts Payable contained $70,727,420 of delinquent claims payable. Delinquent: 30 days past the invoice date.

| Claim or FWA Claim | (All) |
|---|---|
| Paycenter Name | (Multiple Items) |

| Sum of Net Total Paid | Column Labels | | |
|---|---|---|---|
| Row Labels | Current | Delinquent ($) | Grand Total |
| EMO | $   26,656,327.02 | $   34,275,417.05 | $   60,931,744.07 |
| Open | $    1,140,944.25 | $      399,741.15 | $    1,540,685.40 |
| Paid | $   25,515,382.77 | $   33,875,675.90 | $   59,391,058.67 |
| EOH | $   88,877,473.97 | $   36,452,002.45 | $ 125,329,476.42 |
| Open | $    7,255,716.09 | $   (3,236,093.51) | $    4,019,622.58 |
| Paid by RAD | $      866,126.08 | $   11,334,355.53 | $   12,200,481.61 |
| Paid in March 2024 | $   14,638,872.12 | $    2,822,305.34 | $   17,461,177.46 |
| Paid in April 2024 | $    4,781,679.53 | $      121,467.27 | $    4,903,146.80 |
| Paid in February 2024 | $   61,335,080.15 | $   25,409,967.82 | $   86,745,047.97 |
| Grand Total | $ 115,533,800.99 | $   70,727,419.50 | $ 186,261,220.49 |

| Paid | Current | Delinquent ($) | Grand Total |
|---|---|---|---|
| CVS | $    2,841,953.50 | $    5,526,544.79 | $    8,368,498.29 |
| Walgreens | $    3,966,650.72 | $    5,157,681.46 | $    9,124,332.18 |
| Walmart | $       20,372.68 | $      975,160.68 | $      995,533.36 |
| SAMS | $      (10,635.34) | $        1,356.90 | $       (9,278.44) |
| Total | $    6,818,341.56 | $   11,660,743.83 | $   18,479,085.39 |
| *Other Pharmacies* | $  100,318,799.09 | $   61,903,028.03 | $ 162,221,827.12 |

Confidential                                                                                            MedImpact_0012215

Elixir Closing Working Capital calculation
Excluded Liabilities - EIC-Related Claims Payable
As of January 31, 2024
($ in thousands, unless stated otherwise)

Account 20500 Claims (EIC-Related) Adjustment

| Adjustment Summary | Notes | Jan-24 |
|---|---|---|
| 20500: Accounts Payable - EIC-Related | [1] | 13,322 |
| Adjustment total | | 13,322 |

Notes:
[1] 20500 Accounts Payable contained $13.3 million of claims payable that relate to EIC that were not booked as intercompany AR/(AP).

| Claims | Year 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 – Prior | Total Claims |
|---|---|---|---|---|---|---|---|---|
| 20500 | 150,164,469.37 | 31,612,743.91 | 12,905,663.63 | (14,170,289.90) | (3,015,506.51) | (1,438,114.40) | 7,745,351.31 | 183,804,317.41 |
| 20500 EIC | (12,993,284.09) | 25,640,929.63 | (18,370,343.03) | 3,880,072.75 | 16,724,076.75 | 257,379.20 | (1,816,742.34) | 13,322,088.87 |
| Add Outstanding Checks | 37,187,460.10 | | | | | | | 37,187,460.10 |
| Subtract EMO Manual Check (in aging) | 2,251,604.27 | (15,859,973.21) | 4,208,053.22 | (14,210,574.34) | | | | (23,610,890.06) |
| Subtotal | 176,610,249.65 | 41,393,700.33 | (1,256,626.18) | (24,500,791.49) | 13,708,570.24 | (1,180,735.20) | 5,928,608.97 | 210,702,976.32 |
| Total Payable | 176,610,249.65 | 41,393,700.33 | (1,256,626.18) | (24,500,791.49) | 13,708,570.24 | (1,180,735.20) | 5,928,608.97 | 13,576,570.04 |

11. Claims - EIC Related

Confidential

MedImpact_0012216

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - AR/AP/Rebates**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

Delinquent Claims - Other (e.g., Admin Fee, Brokerage Comm)

| Adjustment Summary | Notes | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 & prior | Total Delinquent |
|---|---|---|---|---|---|---|---|---|
| Account 20500: Accounts Payable - (Other) | [1] | 34,545,176 | (1,554,193) | 3,113,680 | 1,739,809 | 2,345,178 | 479,019 | 40,668,669 |
| Removal of McKesson in Liabilities Subject to Compromise | | (34,897,174) | - | - | - | - | - | (34,897,174) |
| **Adjustment total** | | **(351,997)** | **(1,554,193)** | **3,113,680** | **1,739,809** | **2,345,178** | **479,019** | **5,771,495** |

Notes:

[1] Per the APA, assumed trade payables are limited to those "that remain unpaid and are not delinquent as of the Closing Date." As of January 31, 2024, 20500 Accounts Payable contained $29,554,070 of delinquent payables pertaining to admin fees, brokerage commissions, and related claims. While these claims were delinquent starting at 30 days past the invoice date, delinquency for this portion of the claims payable is assumed to be those claims in 2023 and earlier.

| | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 & prior | Total |
|---|---|---|---|---|---|---|---|---|
| 20500: Accounts Payable | 23,782,575.73 | 34,545,176.43 | (1,554,193.09) | 3,113,680.04 | 1,739,808.94 | 2,345,177.57 | 479,018.74 | 64,451,244.36 |
| McKesson (Liability Subject to Compromise) | | (34,897,173.76) | | | | | | (34,897,173.76) |
| Net | 23,782,575.73 | (351,997.33) | (1,554,193.09) | 3,113,680.04 | 1,739,808.94 | 2,345,177.57 | 479,018.74 | 29,554,070.60 |

Confidential

MedImpact_0012217

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Performance Guarantee Reserve**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Performance Guarantee Reserve (BER/GER/DIR)**

| Adjustment Summary | Notes | Jan-24 |
|---|---|---|
| Performance Guarantee Reserve (BER/GER) - Outside the Ordinary Course | [1] | 4,900 |
| Performance Guarantee Reserve (Other Client DIR) - Improper PDA Withheld | [2] | 1,157 |
| **Adjustment total** | | **6,057** |

**Notes:**

[1] At least $4.36 million of the BER/GER pertains to activity outside the ordinary course of business.  The Q4 '23 and Jan '24 activity is inconsistent with the activity trend leading up to year end prior to Q4 '23.  For example, Q3 '23 was $595,969 while Q4 '23 shifted to ($3,479,259). [See Tab '13.a. BER GER NER DIR Summary'].

[2] Limitations in Pharmscreen resulted in Improper PDA withheld.

| | GER/BER ($) | Elixr Insurance DIR ($) | Other Client DIR ($) | *Exempt PDA Withheld (PharmScreen) Other Client DIR (CNC, MCS, Zing) ($)* |
|---|---|---|---|---|
| **WAG** | (3,342,141) | (2,551,386) | (899,100) | *(786,047)* |
| **CVS** | (2,076,606) | (5,233,162) | (557,005) | *(369,520)* |
| **RAD** | (377,703) | (665,466) | (783) | - |
| **Walmart** | | (391,001) | (55,177) | - |
| **Sams Club** | | (14,054) | (5,172) | - |
| **Kroger** | | (253,736) | (21,307) | - |
| **Albertsons** | | (40,402) | (3,498) | - |
| **Others** | - | (4,243,096) | (1,519,810) | *(1,720)* |
| **Total Owed** | (5,796,449) | (13,392,302) | (3,061,853) | *(1,157,287)* |
| **Accrued** | (4,900,000) | (12,431,726) | (3,345,303) | |
| | | | | |
| ***diff*** | *(896,449)* | *(960,577)* | *283,450* | |

Confidential

MedImpact_0012218

Elixir Closing Working Capital calculation
Excluded Liabilities - Performance Guarantee Reserve (Additional Detail)
As of January 31, 2024 (Unless otherwise stated)
($)

**Performance Guarantee (BER/GER/DIR) - Additional Detail**

| Summary | Jan-24 |
|---|---|
| BER/GER - Outside Normal Course | 4,362 |
| EIC Related DIR | 13,392 |
| Other Client DIR - Improper PDA Withheld | 1,157 |
| NER - EIC Related | 444 |

| | BER/GER | | | | | | EIC Related DIR | | | NER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account | Q1 '23 | Q2 '23 | Q3 '23 | Q4 '23 | Jan '24 | Subtotal (Q4 '23 & Jan '24) | Total | Improperly Withheld DIR | Balance | EIC | PBM |
| WAG | (1,692,839) | (337,890) | 595,969 | (1,620,058) | (287,322) | (1,907,380) | (2,551,386) | (1,850,080) | (701,306) | | - |
| CVS | - | - | - | (1,627,754) | (448,852) | (2,076,606) | (5,233,162) | - | (5,233,162) | | - |
| RAD | - | - | - | (231,447) | (146,256) | (377,703) | (665,466) | - | (665,466) | | - |
| Walmart | | | | | | | (391,001) | - | (391,001) | | (90,239) |
| Sams Club | | | | | | | (14,054) | - | (14,054) | (32,249) | (16,482) |
| Kroger | | | | | | | (253,736) | - | (253,736) | - | - |
| Albertsons | | | | | | | (40,402) | - | (40,402) | (37,218) | - |
| Others | | | | | | | (4,243,096) | (354,132) | (3,888,964) | (374,211) | (125,579) |
| Total | (1,692,839) | (337,890) | 595,969 | (3,479,259) | (882,430) | (4,361,689) | (13,392,302) | (2,204,212) | (11,188,091) | (443,678) | (232,300) |

| | CNC DIR | | | MCS DIR | | | ZING DIR | | | Other Client DIR | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account | Total | Improperly Withheld DIR | Balance | Total | Improperly Withheld DIR | Balance | Total | Improperly Withheld DIR | Balance | Total | Improperly Withheld DIR | Balance | Total | Improperly Withheld DIR | Balance |
| WAG | (119,024) | (94,973) | (24,051) | (700,271) | (640,374) | (59,897) | (79,805) | (50,700) | (29,106) | - | - | - | (899,100) | (786,047) | (113,053) |
| CVS | (84,083) | (52,247) | (31,836) | (450,614) | (304,737) | (145,876) | (22,309) | (12,536) | (9,773) | - | - | - | (557,005) | (369,520) | (187,485) |
| RAD | (10) | - | (10) | - | - | - | (774) | - | (774) | - | - | - | (783) | - | (783) |
| Walmart | (20,087) | - | (20,087) | (31,332) | - | (31,332) | (3,759) | - | (3,759) | - | - | - | (55,177) | - | (55,177) |
| Sams Club | (4,996) | - | (4,996) | - | - | - | (176) | - | (176) | - | - | - | (5,172) | - | (5,172) |
| Kroger | (19,550) | - | (19,550) | - | - | - | (1,757) | - | (1,757) | - | - | - | (21,307) | - | (21,307) |
| Albertsons | (3,498) | - | (3,498) | - | - | - | - | - | - | - | - | - | (3,498) | - | (3,498) |
| Others | (41,818) | - | (41,818) | - | - | - | (21,103) | (1,720) | (19,383) | (1,456,889) | - | (1,456,889) | (1,519,810) | (1,720) | (1,518,090) |
| Total | (293,066) | (147,220) | (145,846) | (1,182,216) | (945,112) | (237,104) | (129,682) | (64,955) | (64,727) | (1,456,889) | - | (1,456,889) | (3,061,853) | (1,157,287) | (1,904,566) |

Confidential

MedImpact_0012219

**Elixir Closing Working Capital calculation**
**Excluded Liabilities - Liabilities Subject to Compromise - McKesson**
**As of January 31, 2024**
**($ in thousands, unless stated otherwise)**

**Liabilities Subject to Compromise - McKesson Exclusion**

| Adjustment Summary | Jan-24 |
|---|---|
| McKesson Exclusion | 34,897 |
| **Adjustment total** | **34,897** |

| Account | Corp | AP Aging | 1/31/2024 LSTC Amount ($) | Total Remaining | |
|---|---|---|---|---|---|
| 20500 | Elixir Pharmacy | 37,886,422 | 34,168,306 | 3,718,116 | |
| 20500 | Elixir Rx Options | 5,630,510 | 539,054 | 5,091,456 | |
| 20500 | Elixir Rx Solutions (MO) | 36,369,115 | 96,814 | 36,272,301 | |
| 20500 | Elixir Puerto Rico | 242,764 | 2,809 | 239,954 | |
| | | | | | |
| | Per TB | 80,128,811 | 34,806,983 | 45,321,828 | |
| | | | | | |
| | | | | | |
| 20550 | Elixir Rx Solutions (MO) | 90,190 | 90,190 | - | unclaimed funds checks |
| | | | | | |
| | | | | | |
| 20800 | Tonic Procurement Solutions | 23,052,621 | 23,052,621 | - | Prime Deferred revenue |
| | | | | | |
| | | | | | |
| 22000 | Elixir Rx Options | 751,069 | 751,069 | - | Accrued PTO |
| 22000 | Elixir Puerto Rico | 35,326 | 35,326 | - | Amount reverses in February |
| | | | | | |
| | | | | | |
| 25500 | Elixir Puerto Rico | 5,049 | 5,158 | (109) | PR Lease liabilities |
| | | | | | |
| | | | | | |
| 28800 | Elixir Puerto Rico | 114,072 | 114,082 | (10) | PR Lease liabilities |

Confidential

MedImpact_0012220

**Elixir Closing Working Capital calculation**
**Section 1.7 EIC adjustment**
**As of January 31, 2024**
**($ in thousands)**

Intercompany, net (AR) / AP with EIC

| Adjustment Summary | Jan-24 |
|---|---|
| 24700: EIC-Payable (Receivable) | (349,881) |

Balances of relevant accounts by entity

| Account | Elixir Rx Options | EIC | Consolidated |
|---|---|---|---|
| 24700: EIC-Payable (Receivable) | (349,881) | - | |
| 13160: Accounts Receivable – Third Party | | - | 5,496 |
| 24776: Claims Payable – PRAM | 0 | (0) | 0 |
| 13880: FFI Receivable (Payable) | 36,134 | (45) | 0 |
| 13850: EPH Receivable (Payable) | 194,798 | 2,639 | - |

CMS receivable – EIC

| Adjustment Summary | Jan-24 |
|---|---|
| CMS receivable – EIC | 400,945 |

Balances of relevant accounts by entity

| CMS receivable – EIC | Elixir Rx Options | EIC | Consolidated |
|---|---|---|---|
| Asset | | | |
| 13285: Uninsured Plans AR-CMS LICS | - | 25,566 | 25,566 |
| 13250: Accounts Receivable - CMS Generated | - | 5,243 | 5,243 |
| 13275: CMS Receivable - Coverage Gap | - | 30,602 | 30,602 |
| 20600: Uninsured Plans CMS DIR AP | - | - | |
| 13280: Uninsured Plans AR-CMS CatRein | - | 234,931 | 234,931 |
| 13150: Retrospective Premium-CMS Risk Corridor | - | 108,553 | 108,553 |
| | | | |
| Liability | | | |
| **20660: Uninsured Plans-LIS CMS Accrual** | - | - | - |
| **20625: Uninsured Plans-CMS Reinsurance AP** | - | - | - |
| **20630: Uninsured Plans-CMS Rein Accrual** | - | - | - |
| **20950: Advance Premiums from CMS** | - | 3,950 | 3,950 |
| **Net amount (asset - liability)** | **0** | **400,945** | **400,945** |

Intercompany, net AR / AP with Rx Options

| Adjustment Summary | Jan-24 |
|---|---|
| 24775: ROI-Payable (Receivable) | 349,881 |

Balances of relevant accounts by entity

| Account | Elixir Rx Options | EIC | Consolidated |
|---|---|---|---|
| 24775: ROI-Payable (Receivable) | - | 349,881 | - |

Confidential

**Elixir Closing Working Capital calculation**
**EIC Working Capital**
**As of January 31, 2024**
**($ in thousands)**

**EIC Working Capital**

| Adjustment Summary | Note | Jan-24 |
|---|---|---|
| **Reported Net Working Capital for EIC** | | **60,012** |
| **EIC WC adjustments:** | | |
| Cash and investments | | (12,065) |
| 13400: Accrued Interest | | (101) |
| 13405: Accrued Interest - EIC | | - |
| 21500: Accrued Interest | | - |
| Current Portion -Term Loan | | - |
| Income taxes | [1] | 3,706 |
| **EIC WC adjustments** | | **(8,460)** |
| **EIC Working Capital** | | **51,552** |

**Note:**

[1]

| Account - EIC entity | Jan-24 |
|---|---|
| 13910: Tax-Rite Aid Receivable | 3,706 |
| 22500: Income Tax Payable | |
| 22505: Sales Tax Payable | |
| 22520: State_Local IncomeTax Pay CurY | |
| 22530: State_Local IncomeTax Pay PreY | |
| 22540: Franchise Tax Payable CurY | |
| **Total** | **3,706** |

Confidential

MedImpact_0012222

**Elixir Closing Working Capital calculation**
**Outstanding Checks**
**As of January 31, 2024**
**($)**

Open Checks

| Adjustment Summary | Jan-24 |
|---|---|
| Open Checks as of Jan '24 | $ 40,260 |

| | | |
|---|---|---|
| Cashed in Feb '24 | $ | 11,821,772 |
| Cashed in Mar '24 | $ | 1,521,845 |
| Total | $ | 13,343,617 |

| Posting Date | Amount | Cashed in Feb | Cashed in Mar |
|---|---|---|---|
| 2012 | $ (16,327) | $ - | $ - |
| 2013 | $ (165,512) | $ - | $ - |
| 2014 | $ (668,652) | $ - | $ - |
| 2015 | $ (1,858,641) | $ - | $ - |
| 2016 | $ (1,636,656) | $ - | $ - |
| 2017 | $ (1,217,397) | $ - | $ - |
| 2018 | $ (2,167,012) | $ (35,383) | $ - |
| 2019 | $ (1,462,974) | $ (885) | $ (5,052) |
| 2020 | $ (1,964,437) | $ - | $ (40,725) |
| 2021 | $ (3,738,879) | $ (433) | $ 356 |
| 2022 | $ (6,177,433) | $ (9,425) | $ (5) |
| 2023 | $ (11,465,670) | $ (5,251,419) | $ (769,336) |
| Jan | $ (163,183) | $ (4,317) | $ - |
| Feb | $ (306,735) | $ (693) | $ - |
| Mar | $ (295,409) | $ (2,501) | $ - |
| Apr | $ (273,024) | $ (3,671) | $ (9) |
| May | $ (357,515) | $ (4,256) | $ (363) |
| Jun | $ (413,866) | $ (1,971) | $ (30,556) |
| Jul | $ (393,004) | $ (16,947) | $ (18,764) |
| Aug | $ (270,434) | $ 19,088 | $ (440) |
| Oct | $ (2,654,035) | $ (749,191) | $ (204,742) |
| Nov | $ (1,306,232) | $ (482,469) | $ (211,764) |
| Dec | $ (5,032,233) | $ (3,966,315) | $ (302,697) |
| 2024 | $ (7,720,901) | $ (6,524,227) | $ (707,082) |
| Jan | $ (7,720,901) | $ (6,524,227) | $ (707,082) |
| 1/4/2024 | $ (2,972) | $ (1,149) | $ - |
| 1/5/2024 | $ (862,336) | $ (553,640) | $ (208,496) |
| 1/8/2024 | $ (69,803) | $ (65,672) | $ (3,024) |
| 1/10/2024 | $ (1,492) | $ (317) | $ (79) |
| 1/11/2024 | $ (74,290) | $ (49,175) | $ (601) |
| 1/12/2024 | $ (653,696) | $ (502,087) | $ (57,675) |
| 1/18/2024 | $ (118,210) | $ (110,113) | $ (5,151) |
| 1/19/2024 | $ (1,457,720) | $ (1,101,928) | $ (243,710) |
| 1/23/2024 | $ (211) | $ (211) | $ - |
| 1/25/2024 | $ (662,818) | $ (656,961) | $ (2,291) |
| 1/26/2024 | $ (3,415,538) | $ (3,132,497) | $ (170,333) |
| 1/27/2024 | $ 1,542 | $ 1,542 | $ - |
| 1/29/2024 | $ (129,999) | $ (97,756) | $ (14,984) |
| 1/30/2024 | $ (273,333) | $ (254,237) | $ (738) |
| 1/31/2024 | $ (25) | $ (25) | $ - |
| Grand Total | $ (40,260,492) | $ (11,821,772) | $ (1,521,845) |

Confidential

**Elixir Closing Working Capital calculation**
**Assumed Cure Costs**
**As of January 31, 2024**
**($ in thousands)**

Net Assumed Cure Costs

| | Jan-24 |
|---|---:|
| **Assumed Cure Costs** | **1,400,000** |
| **Cure Costs Paid at Closing** | |
| Inovalon, Inc. | (246,395) |
| Brain Dev 4 LLC | (63,654) |
| Centurylink Communications LLC | (46,692) |
| Trane U.S., Inc. | (27,458) |
| AllMed Healthcare Management, LLC | (14,270) |
| Citus Health, Inc | (13,845) |
| R.T. Hampton Plumbing & Heating, Inc | (12,827) |
| RWK Services, Inc. | (11,598) |
| Continental Broadband Pennsylvania | (10,169) |
| Staples Inc.-STAPLE | (9,798) |
| Xerox Corporation-XERO | (6,693) |
| Thomson Reuters-THOMSON | (6,657) |
| Iron Mountain Incorporated-IM | (5,866) |
| Charter Communications | (5,729) |
| Comdoc Inc. | (5,587) |
| Haystack Australia Pty Ltd | (5,500) |
| AT&T-AT&T | (5,307) |
| Dustin Cory Vannoy | (5,051) |
| The M. Conley Company | (4,714) |
| American Electric Power | (4,650) |
| ADM Two Exhibits & Displays, Inc. | (3,786) |
| Pitney Bowes Global Financial Services LLC | (3,248) |
| Purchase Power | (2,338) |
| Nextera Communications | (2,236) |
| Managed Medical Review Organization, Inc. | (2,130) |
| Specialty Pharmacy Nursing Network, Inc. | (2,094) |
| DADESYSTEMS, INC | (2,066) |
| PreCheck, Inc. | (2,020) |
| Dominion Energy Ohio | (1,947) |
| Medical Review Institute of America LLC-MRIOA | (1,791) |
| Uline, Inc.-ULINE | (1,637) |
| Hilscher Clarke Electric Co. Inc | (1,314) |
| Action Door | (1,263) |
| Stark County Metropolitan Sewer District | (1,238) |
| BANCO POPULAR DE P.R. TRUST DIVISION 725 | (1,098) |
| AT&T-AT&T | (1,032) |
| Peter Mikhail | (968) |
| J.C. Communications, Inc. | (961) |
| DataSpan Holdings Inc | (698) |
| San Jose Development, Inc | (675) |
| Office Depot | (559) |
| Dominion Energy Ohio | (514) |
| Arxium | (480) |
| Liberty Mobile Puerto Rico Inc | (478) |
| Daniels Sharpsmart Inc | (446) |
| Dakota Electric Association | (432) |
| The Distillata Company | (395) |
| City of North Canton Public Utilities | (376) |
| Progress Software Corporation-PROGRE | (368) |
| Inovalon Provider, Inc | (336) |
| Rentokil North America, Inc.-West Exterm | (315) |
| GM Voices | (224) |
| Terminix Processing Center | (111) |
| Verizon Wireless-Verizon | (57) |
| Teton Data Systems | (48) |
| Cyracom LLC | (33) |
| Volance Language Services, LLC | (17) |
| Comdoc Inc. | (2) |
| **Cure Costs Paid at Closing** | **(552,187)** |
| **Assumed Cure Costs Remaining** | **847,813** |

18. Net Assumed Cure Costs

Confidential

Elixir Closing Working Capital calculation
EIC Rebate Receivables Collected
As of January 31, 2024

**Elixir AR Receipts for EIC Activity – February and March 2024**

| Date | Manufacturer | Deposited Amount | EI Portion | Rebate Period (M/Q) | Comments | Date Transferred to Rite Aid | EIC Invoiced Amount | EIC Amount Collected | to be reconciled |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2024 | Teva-USA | 1,438,480.21 | 1,187,318.27 | 3Q23 | Received into Elixir Ohio (x4103) | 3/4/2024 | 1,257,022.43 | 1,187,318.27 | (69,704.16) |
| 2/7/2024 | Ferring (Transferred from RXI) | 6,646.02 | 3,965.09 | October 2023 | | 3/4/2024 | 3,965.02 | 3,965.09 | 0.07 |
| 2/7/2024 | Abbott Labs | 58,215.38 | - | November 2023 | | 3/4/2024 | - | - | - |
| 2/9/2024 | Mayne Pharma | 261.06 | - | November 2023 | EIC not rebate eligible | 3/4/2024 | - | - | - |
| 2/9/2024 | Amarin Pharma | 243,686.10 | 191,700.81 | November 2023 | | 3/4/2024 | 192,079.66 | 191,700.81 | (378.85) |
| 2/9/2024 | Hikma | 1,475.52 | 1,475.52 | October 2023 | | 3/4/2024 | 1,475.52 | 1,475.52 | - |
| 2/12/2024 | Emergent (Adapt) | 260.00 | 240.00 | October 2023 | | 3/4/2024 | 240.00 | 240.00 | - |
| 2/16/2024 | Tolmar | 2,642.38 | 2,642.38 | November 2023 | | 3/4/2024 | 2,642.38 | 2,642.38 | - |
| 2/20/2024 | Vifor (Relyspa) | 22,391.79 | 21,104.41 | 4Q23 | | 3/4/2024 | 21,460.83 | 21,104.41 | (356.42) |
| 2/21/2024 | Sanofi Aventis | 2,298,480.12 | 1,643,048.74 | November 2023 | | 3/4/2024 | 1,809,177.22 | 1,643,048.74 | (166,128.48) |
| 2/22/2024 | Ascend | 57.44 | - | December 2023 | EIC not rebate eligible | 3/4/2024 | - | - | - |
| 2/22/2024 | Smith & Nephew | 25,232.77 | 15,641.84 | December 2023 | Received into Elixir Ohio (x4103) | 3/4/2024 | 15,641.84 | 15,641.84 | - |
| 2/23/2024 | Tolmar | 609.78 | 609.78 | November 2023 | | 3/4/2024 | 609.78 | 609.78 | - |
| 2/23/2024 | Acordia | 6,756.29 | 6,756.29 | December 2023 | | 3/4/2024 | 6,756.29 | 6,756.29 | - |
| 2/23/2024 | Amneal | 28,880.00 | 1,879.49 | 4Q23 | | 3/4/2024 | 1,879.49 | 1,879.49 | - |
| 2/23/2024 | AstraZeneca | 483,716.18 | 400,205.09 | November 2023 | Received into Elixir Ohio (x4103), | 3/4/2024 | 418,759.99 | 400,205.09 | (18,554.90) |
| 2/26/2024 | Emergent (Adapt) | 215.00 | 195.00 | November 2023 | | 3/4/2024 | 195.00 | 195.00 | - |
| 2/26/2024 | Nestle | 171,410.93 | 155,586.49 | December 2023 | | 3/4/2024 | 155,586.49 | 155,586.49 | - |
| 2/27/2024 | Boehringer | 2,768,181.17 | 1,069,234.58 | November 2023 | | 3/4/2024 | 2,743,748.27 | 1,069,234.58 | (1,674,513.64) |
| 2/28/2024 | Takeda | 24,981.25 | 23,453.98 | November 2023 | | 3/4/2024 | 23,453.87 | 23,453.98 | 0.11 |
| 2/28/2024 | Valinor | 4,875.39 | 3,367.93 | November 2023 | | 3/4/2024 | 3,466.73 | 3,367.93 | (98.80) |
| 2/28/2024 | Mallinckrodt | 17,081.20 | 17,081.20 | December 2023 | | 3/4/2024 | 17,081.20 | 17,081.20 | - |
| 2/29/2024 | Ascensia | 4,995.00 | - | October 2023 | EIC not rebate eligible | 3/4/2024 | - | - | - |
| 2/29/2024 | Otsuka (Aditus Partners) | 505,662.53 | 398,573.06 | 3Q23 | Rec'd reporting from Mfr 3/4/2024 | | 398,458.07 | 398,573.06 | 114.99 |
| 2/29/2024 | Otsuka (Aditus Partners) | 498,332.05 | 385,406.42 | 4Q23 | Rec'd reporting from Mfr 3/4/2024 | | 413,364.85 | 385,406.42 | (27,958.43) |
| 3/5/2024 | Xeris | 20,048.52 | 20,048.52 | 4Q23 | | | 20,048.93 | 20,048.52 | (0.41) |
| 3/6/2024 | Gilead | 415,457.00 | 415,457.00 | 4Q23 | | | 948,119.20 | 415,457.00 | (532,662.20) |
| 3/6/2024 | Bausch Health | 373,505.06 | 264,135.50 | 4Q23 | | | 296,668.49 | 264,135.50 | (32,532.99) |
| 3/6/2024 | MannKind Corp | 1,030.08 | 1,030.08 | November 2023 | | | 1,029.82 | 1,030.08 | 0.26 |
| 3/7/2024 | Grifols USA | 44,062.35 | 39,545.13 | 4Q23 | | | 39,545.13 | 39,545.13 | - |
| 3/8/2024 | Harrow Eye | 4,145.88 | 3,693.32 | October 2023 | | | 3,693.32 | 3,693.32 | - |
| 3/8/2024 | Abbott Laboratories | 43,898.44 | - | December 2023 | EIC not rebate eligible | | - | - | - |
| 3/11/2024 | Ferring | 6,249.94 | 3,636.81 | November 2023 | | | 3,714.80 | 3,636.81 | (77.99) |
| 3/15/2024 | Ascensia Diabetes | 3,478.00 | - | December 2023 | EIC not rebate eligible | | - | - | - |
| 3/15/2024 | Amarin Pharma | 238,110.39 | 191,108.99 | December 2023 | | | 191,108.99 | 191,108.99 | - |
| 3/15/2024 | Insulet Corp | 50,694.44 | 50,694.44 | December 2023 | | | 51,921.75 | 50,694.44 | (1,227.31) |
| 3/18/2024 | Harrow Eye | 3,439.80 | 2,969.14 | November 2023 | | | 2,969.14 | 2,969.14 | - |
| 3/18/2024 | Tolmar Inc | 2,032.60 | 2,032.60 | December 2023 | | | 1,626.08 | 2,032.60 | 406.52 |
| 3/20/2024 | Valinor | 3,417.35 | 3,222.65 | 4Q23 | | | 3,222.65 | 3,222.65 | - |
| 3/21/2024 | Sandoz | 105,757.44 | 100,982.81 | 4Q23 | | | 212,001.02 | 100,982.81 | (111,018.21) |
| 3/21/2024 | UCB | 80,522.72 | 67,422.61 | 4Q23 | | | 68,942.28 | 67,422.61 | (1,519.67) |
| 3/21/2024 | Takeda | 29,751.43 | 28,710.91 | December 2023 | | | 29,519.52 | 28,710.91 | (808.61) |
| 3/21/2024 | Almirall | 2,995.09 | 2,995.09 | 4Q23 | | | 2,995.07 | 2,995.09 | 0.02 |
| 3/22/2024 | Indivior | 602,009.03 | 558,086.34 | 4Q23 | | | 577,004.35 | 558,086.34 | (18,918.01) |
| 3/25/2024 | Biogen US Corp | 46,336.42 | 23,605.35 | 4Q23 | | | 23,605.35 | 23,605.35 | - |
| 3/25/2024 | Nestle | 8,140.48 | 9,852.70 | January 2024 | Negative amount received for Non-EIC | | 9,852.70 | 9,852.70 | - |
| 3/26/2024 | Sanofi Aventis | 2,281,134.58 | 1,643,048.74 | December 2023 | | | 1,775,909.13 | 1,643,048.74 | (132,860.39) |
| 3/26/2024 | Sanofi Aventis | | (27,944.51) | January 2024 | | | (28,854.84) | (27,944.51) | 910.33 |
| 3/26/2024 | Sanofi Aventis | | 449.78 | February 2024 | | | (1,381.31) | 449.78 | 1,831.09 |
| 3/27/2024 | Mallinckrodt | 29,892.10 | 29,892.10 | December 2023 | | | 29,892.10 | 29,892.10 | - |
| 3/28/2024 | GlaxoSmithKline | 8,003,496.83 | 6,723,370.56 | 4Q23 | | | 6,905,701.88 | 6,723,370.56 | (182,331.32) |
| 3/29/2024 | Mayne Pharma | 174.04 | - | December 2023 | EIC not rebate eligible | | - | - | - |
| 3/29/2024 | Eli Lilly | 6,742,366.04 | 5,887,412.22 | 4Q23 | | | 6,095,181.72 | 5,887,412.22 | (207,769.50) |
| 3/29/2024 | Eli Lilly | - | (166,003.29) | 4Q23 Adj | 340b exclusion adjustments | | | (166,003.29) | (166,003.29) |
| 3/29/2024 | Eli Lilly | - | (318,406.86) | 3Q23 Adj | 340b exclusion adjustments | | | (318,406.86) | (318,406.86) |
| 3/29/2024 | Keryx | 101,173.98 | 91,540.01 | 4Q23 | | | 91,540.01 | 91,540.01 | - |

| | | | |
|---|---|---|---|
| Owed to Rite Aid for EI rebates: | 21,182,075.11 | |
| Rebates paid to RAD 3/4/2024 | (4,745,506.89) | |
| **Owed to Rite Aid for EI rebates through 3/31/2024:** | **16,436,568.22** | |
| | | |
| Direct Mfr AR Rebate balance for EIC Activity as of 2/1/2024: | 79,264,613.98 | |
| Rebates collected through 3/31/2024: | (21,182,075.11) | |
| **Remaining AR Rebate balance:** | **58,082,538.87** | |

19. AR Rebates EIC Collected

Confidential

MedImpact_0012225

**Elixir Closing Working Capital calculation**
**Unpaid PBM-Related Billings**

**Purchaser's PBM Related Billings Since Feb 1, 2024 that Remain Unpaid as of April 30, 2024**

| Vendor No. | Name | Aging Date (Due Date) | Description | Document Type | Document No. | Balance Due |
|---|---|---|---|---|---|---|
| ROI | RX OPTIONS, INC. | 2/1/2024 | Credit Memo PCM00869 | Credit Memo | REB013124-EIC | $ (370,177.85) |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003940 | Invoice | 20240203-AWRXWRAP | $ 4,389.80 |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003941 | Invoice | 20240203-EICAWF | $ 244,784.01 |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003942 | Invoice | 20240203-EICAWP | $ 301,264.18 |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003943 | Invoice | 20240203-EICAWS | $ 122,717.39 |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003944 | Invoice | 20240203-LOCAL91W | $ 5.53 |
| ROI | RX OPTIONS, INC. | 2/3/2024 | Invoice PI-003945 | Invoice | 20240203-EIC | $ 69,188.55 |
| ROI | RX OPTIONS, INC. | 2/10/2024 | Invoice PI-003948 | Invoice | 20240210-EICAWS | $ 264,217.94 |
| ROI | RX OPTIONS, INC. | 2/10/2024 | Invoice PI-003949 | Invoice | 20240210-AWRXWRAP | $ 20,216.01 |
| ROI | RX OPTIONS, INC. | 2/10/2024 | Invoice PI-003950 | Invoice | 20240210-EICAWF | $ 486,596.35 |
| ROI | RX OPTIONS, INC. | 2/10/2024 | Invoice PI-003951 | Invoice | 20240210-EICAWP | $ 767,437.99 |
| ROI | RX OPTIONS, INC. | 2/10/2024 | Invoice PI-003952 | Invoice | 20240210-EIC | $ 208,541.86 |
| ROI | RX OPTIONS, INC. | 2/15/2024 | Invoice PI-003961 | Invoice | KEY021524-EIC | $ 1.50 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003959 | Invoice | 20240217-AWRXWRAP | $ 26,603.80 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003960 | Invoice | 20240217-EIC | $ 239,169.89 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003962 | Invoice | 20240217-LOCAL91W | $ 203.56 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003963 | Invoice | 20240217-EICAWF | $ 559,672.06 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003964 | Invoice | 20240217-EICAWP | $ 635,622.89 |
| ROI | RX OPTIONS, INC. | 2/17/2024 | Invoice PI-003965 | Invoice | 20240217-EICAWS | $ 315,180.13 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003993 | Invoice | 20240224-AWRXWRAP | $ 16,432.84 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003994 | Invoice | 20240224-EICAWF | $ 512,865.11 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003995 | Invoice | X022424-EICAWF | $ 4,451.45 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003996 | Invoice | 20240224-EICAWP | $ 727,665.05 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003997 | Invoice | X022424-EICAWP | $ 3,037.90 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003998 | Invoice | 20240224-EICAWS | $ 259,683.51 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-003999 | Invoice | X022424-EICAWS | $ 1,412.70 |
| ROI | RX OPTIONS, INC. | 2/24/2024 | Invoice PI-004000 | Invoice | 20240224-EIC | $ 387,558.16 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004018 | Invoice | 20240229-AWRXWRAP | $ 21,034.27 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00870 | Credit Memo | FWA022924-AWRXWRAP | $ (254.61) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004020 | Invoice | 20240229-EIC | $ 204,894.26 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004021 | Invoice | 20240229D-EIC | $ 55.50 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00871 | Credit Memo | FWA021524-EIC | $ (13,961.09) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00872 | Credit Memo | FWA022924-EIC | $ (146,064.37) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004022 | Invoice | PM022924-EIC | $ 15,218.00 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004023 | Invoice | 20240229-LOCAL91W | $ 46.62 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00873 | Credit Memo | RAW022924-EIC | $ (503,582.29) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004024 | Invoice | 20240229-EICAWF | $ 407,782.60 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004025 | Invoice | 20240229-EICAWP | $ 519,291.79 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Invoice PI-004026 | Invoice | 20240229-EICAWS | $ 161,951.96 |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00874 | Credit Memo | FWA022924-EICAWF | $ (9,918.91) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00875 | Credit Memo | FWA022924-EICAWP | $ (9,154.28) |
| ROI | RX OPTIONS, INC. | 2/29/2024 | Credit Memo PCM00876 | Credit Memo | FWA022924-EICAWS | $ (401.18) |
| ROI | RX OPTIONS, INC. | 3/2/2024 | Invoice PI-004030 | Invoice | 20240302-EICAWS | $ 33,615.62 |
| ROI | RX OPTIONS, INC. | 3/2/2024 | Invoice PI-004031 | Invoice | 20240302-AWRXWRAP | $ 6,061.17 |
| ROI | RX OPTIONS, INC. | 3/2/2024 | Invoice PI-004032 | Invoice | 20240302-EICAWF | $ 155,135.47 |
| ROI | RX OPTIONS, INC. | 3/2/2024 | Invoice PI-004033 | Invoice | 20240302-EICAWP | $ 165,213.22 |
| ROI | RX OPTIONS, INC. | 3/2/2024 | Invoice PI-004034 | Invoice | 20240302-EIC | $ 52,041.85 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004045 | Invoice | 20240309-AWRXWRAP | $ 18,291.22 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004046 | Invoice | 20240309-EICAWF | $ 571,107.46 |

Elixir Closing Working Capital calculation
Unpaid PBM-Related Billings

**Purchaser's PBM Related Billings Since Feb 1, 2024 that Remain Unpaid as of April 30, 2024**

| Vendor No. | Name | Aging Date (Due Date) | Description | Document Type | Document No. | Balance Due |
|---|---|---|---|---|---|---|
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004047 | Invoice | 20240309-EICAWP | $ 716,866.48 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004048 | Invoice | 20240309-EICAWS | $ 345,313.37 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004049 | Invoice | 20240309-LOCAL91W | $ 44.10 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004050 | Invoice | 20240309-EIC | $ 467,342.86 |
| ROI | RX OPTIONS, INC. | 3/9/2024 | Invoice PI-004051 | Invoice | ID030924-EICLIC | $ 24,048.22 |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Credit Memo PCM00877 | Credit Memo | FWA031524-AWRXWRAP | $ (507.73) |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Credit Memo PCM00878 | Credit Memo | FWA031524-EICAWF | $ (6,366.08) |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Credit Memo PCM00879 | Credit Memo | FWA031524-EICAWP | $ (179.91) |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Credit Memo PCM00880 | Credit Memo | FWA031524-EICAWS | $ (1,091.54) |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Invoice PI-004058 | Invoice | DMR031524-EICAWP | $ 1.50 |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Invoice PI-004059 | Invoice | DMR031524-EICAWS | $ 9.00 |
| ROI | RX OPTIONS, INC. | 3/15/2024 | Credit Memo PCM00881 | Credit Memo | FWA031524-EIC | $ (47,586.33) |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004053 | Invoice | 20240316-AWRXWRAP | $ 19,651.53 |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004055 | Invoice | 20240316-EICAWF | $ 565,509.61 |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004056 | Invoice | 20240316-EICAWP | $ 644,997.42 |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004057 | Invoice | 20240316-EICAWS | $ 248,493.35 |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Credit Memo PCM00882 | Credit Memo | RAW031624-EIC | $ (302,960.05) |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004060 | Invoice | 20240316-LOCAL91W | $ 332.43 |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Credit Memo PCM00883 | Credit Memo | 20240316-EIC | $ (1,841,968.98) |
| ROI | RX OPTIONS, INC. | 3/16/2024 | Invoice PI-004074 | Invoice | ID031624-EICLIC | $ 15,638.92 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004065 | Invoice | 20240323-AWRXWRAP | $ 25,836.36 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004066 | Invoice | 20240323-EICAWF | $ 600,170.13 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004067 | Invoice | X032324-EICAWF | $ 4,335.85 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004068 | Invoice | 20240323-EICAWP | $ 595,700.53 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004069 | Invoice | X032324-EICAWP | $ 3,551.30 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004070 | Invoice | 20240323-EICAWS | $ 302,700.30 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004071 | Invoice | X032324-EICAWS | $ 1,317.50 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004072 | Invoice | 20240323-LOCAL91W | $ 89.01 |
| ROI | RX OPTIONS, INC. | 3/23/2024 | Invoice PI-004073 | Invoice | 20240323-EIC | $ 22,281.92 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004076 | Invoice | 20240330-LOCAL91W | $ 7.40 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004077 | Invoice | 20240330-AWRXWRAP | $ 24,218.69 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004078 | Invoice | 20240330-EICAWF | $ 631,444.46 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004079 | Invoice | 20240330-EICAWP | $ 716,861.90 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004080 | Invoice | 20240330-EICAWS | $ 258,157.12 |
| ROI | RX OPTIONS, INC. | 3/30/2024 | Invoice PI-004085 | Invoice | 20240330-EIC | $ 389,533.02 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004081 | Invoice | 20240331-EICAWS | $ 3,489.25 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004082 | Invoice | 20240331-AWRXWRAP | $ 281.18 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004083 | Invoice | 20240331-EICAWF | $ 6,760.47 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004084 | Invoice | 20240331-EICAWP | $ 12,605.45 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Credit Memo PCM00884 | Credit Memo | 20240331-EIC | $ (5,352.59) |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Credit Memo PCM00885 | Credit Memo | FWA033124-EIC | $ (2,060.74) |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004087 | Invoice | PM033124-EIC | $ 15,260.00 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004088 | Invoice | ID033024-EIC | $ 266.35 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Invoice PI-004089 | Invoice | 20240331D-EIC | $ 25.50 |
| ROI | RX OPTIONS, INC. | 3/31/2024 | Credit Memo PCM00888 | Credit Memo | REB033124-EIC | $ (358,847.76) |

**Balance due to Medimpact    11,553,367.37**

Confidential
MedImpact_0012227

## Exhibit C

**Debtors' Statement of Objections**

HUNTER LANE, LLC
c/o RITE AID CORPORATION
1200 INTREPID AVENUE, 2ND FLOOR
PHILADELPHIA, PA 19112

June 14, 2024
**VIA EMAIL**

MedImpact
10181 Scripps Gateway Ct
San Diego, California 92131
Attention: James Gollaher
Email: james.gollaher@medimpact.com

Re:    Statement of Objections Regarding Purchaser's Closing Working Capital Statement
Delivered to Sellers on April 30, 2024

Dear Mr. Gollaher:

Reference is made to that certain Asset Purchase Agreement (as amended), dated as of October 15, 2023, by and among MedImpact Healthcare Systems, Inc. ("Purchaser") and Hunter Lane, LLC and its subsidiaries named therein ("Sellers"), and the exhibits and schedules attached thereto (the "APA").  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the APA.

Pursuant to Section 2.7(c)(ii) of the APA, this letter (including its attachments) constitutes a Statement of Objections regarding Purchaser's Closing Working Capital Statement delivered to Sellers on April 30, 2024.

## 1.    Agreed Cash Payment

As set forth in **__Attachment A__** to this letter, ***Sellers agree with Purchaser that the Cash Payment that Purchaser owes Sellers is $35,660,920.***  As such, there is no Disputed Amount concerning the Cash Payment, and Purchaser is obligated to pay $35,660,920 to Sellers within five Business Days pursuant to Section 2.7(d)(iv) of the APA.  Further, Purchaser (jointly with Sellers) is required to direct the Escrow Agent to release to Sellers the Purchase Price Adjustment Escrow Amount.

## 2.    Disputed Closing Working Capital Items

Although Sellers agree with Purchaser's determination of the Cash Payment owed to Sellers under Section 2.7 of the APA, Purchaser's calculation of Closing Working Capital is incorrect. Specifically, Purchaser erroneously removed numerous Current Liabilities from Closing Working Capital.  Closing Working Capital is defined in Section 11.1(o) of the APA as "(a) Current Assets, less (b) Current Liabilities…."  Current Liabilities is defined in Section 11.1(w) to mean "the total current liabilities of Sellers using those line items used in the example calculation attached hereto

as <u>Exhibit E</u> attached hereto (sic), as determined in accordance with the GAAP consistently applied…."

The liabilities Purchaser now seeks to exclude from the calculation of Closing Working Capital are all contained in the line items in Exhibit E.[1]  They are therefore Current Liabilities and must be included in the Closing Working Capital calculation.

Purchaser has nevertheless indicated it is entitled to remove each disputed item from Current Liabilities because they are not Assumed Liabilities and/or are Excluded Liabilities under Purchaser's interpretation of the APA.  Purchaser's contractual arguments are irrelevant to the Cash Payment owed to Sellers.  Nowhere in the definition of Closing Working Capital or Current Liabilities is there any reference to Assumed Liabilities or Excluded Liabilities, and no provision permits Purchaser to remove Current Liabilities that are not Assumed Liabilities from the calculation of Closing Working Capital.  For the avoidance of doubt, Sellers also dispute Purchaser's erroneous interpretation of Assumed Liabilities and Excluded Liabilities under the APA, but that dispute is not relevant to the calculation of Closing Working Capital and not subject to the accounting dispute resolution process provided by Section 2.7 of the APA.[2]

By erroneously excluding these Current Liabilities from its calculation, Purchaser now claims it acquired a business with _positive_ Closing Working Capital of $84,717,899, despite the Estimated Closing Working Capital that the parties agreed to immediately prior to Closing being _negative_ $192,288,920 (a difference of more than $277 million).  This is plainly not the deal the parties struck, as is also evidenced by the fact that Purchaser reduced its purchase price by $200 million upon calculating net working capital at negative $206 million.  Clearly, Purchaser understood that it would be assuming approximately $200 million in negative net working capital, and the parties structured the purchase price adjustment accordingly.  Purchaser's position is a transparent attempt to exploit the purchase price adjustment cap within Section 2.7 of the APA to obtain a $227 million windfall:[3]

---

[1] Purchaser has not challenged the amount or accounting treatment of the Current Liabilities but instead wholly removed those Current Liabilities from Closing Working Capital.

[2] This Statement of Objections also does not address other amounts that Purchaser owes Sellers, including but not limited to: TSA fees, cash and prefunding at Closing, certain rebates, DIR, and Sellers' payments made on Purchaser's behalf.  Further, Seller notes that, pursuant to Section 10.15 of the APA, Purchaser has no right to offset the $35,660,920 Cash Payment owed to Sellers (as a component of the Purchase Price) against any other claim Purchaser may bring against Sellers.

[3] Specifically, Purchaser's position would mean that the parties underestimated net working capital at Closing by $277 million, which amount would, in the absence of a cap, be payable to Sellers as a purchase price adjustment.  But the parties capped the purchase price adjustment at $50 million, which not only further illustrates the absurdity of Purchaser's position that the parties underestimated Closing Working Capital by more than a quarter of a billion dollars, but also means Purchaser would walk away with a $227 million windfall by acquiring a business worth dramatically more than it paid.

**Excerpt of Attachment A**

| Item | Purchaser's Position | Sellers' Position |
|---|---|---|
| Max Cash Payment per §2.7(d)(i) (Due to Cap) | $   35,660,920 | $   35,660,920 |
| | | |
| Closing Working Capital | $   84,717,899 | $(142,846,184) |
| Estimated Closing Working Capital | (192,288,920) | (192,288,920) |
| Calculated Cash Payment | $ 277,006,819 | $   49,442,736 |

**Attachment B** and **Attachment C** to these objections contain the correct calculations of Closing Working Capital and identify the erroneous adjustments that Purchaser included within its calculation. As set forth in **Attachment B**, Closing Working Capital is negative $142,846,184, when calculated in accordance with Exhibit E of the APA. Although Purchaser's adjustments are irrelevant to the Cash Payment owed to Sellers, below Sellers provide a brief description of each item.

### A.  Pharmacy Claims Payable

Purchaser included an adjustment to remove $70,727,419 of pharmacy claims payable from Current Liabilities. Pharmacy claims payable were included within Current Liabilities within Exhibit E of the APA, within general ledger account 20500. As such, pharmacy claims payable are Current Liabilities pursuant to Section 11.1(w) of the APA and must be included in the calculation of Closing Working Capital.

Purchaser alleges the $70,727,419 of pharmacy claims in question were "delinquent" as of the Closing Date, and, therefore, are not Assumed Liabilities. Purchaser's allegations concerning delinquency and the definition of Assumed Liabilities are irrelevant. Because pharmacy claims were included within Exhibit E of the APA, they are Current Liabilities. Moreover, Purchaser's allegation is incorrect – the pharmacy claims were not delinquent. The claims were processed in the Ordinary Course pursuant to underlying Participating Pharmacy Agreements ("PPAs"). Purchaser's argument is premised on the erroneous assumption that any claim aged more than 30 days is delinquent. This assumption is contrary to both the plain terms of the PPAs and standard industry practice. Instead, payment of claims is not generally due to pharmacies until after Elixir is reimbursed by the plan sponsor.[4] Consistent with this practice, pharmacy claims were processed and paid in the Ordinary Course prior to the Closing Date.

---

[4] Sellers note that Purchaser has included claims receivable from plan sponsors while including this adjustment to remove $70,727,419 million of corresponding claims payable, without explaining its disparate treatment. Moreover, Purchaser has failed to reconcile its $70,727,419 to actual amounts included within accounts payable and has also failed to explain why its adjustment includes amounts that Purchaser has labeled "Paid by RAD" and due to Elixir Specialty.

3

### B.  Pharmacy Performance Guarantees & DIR

Purchaser included an adjustment to remove $6,057,287 of pharmacy performance guarantees and DIR from Current Liabilities.  Pharmacy performance guarantees and DIR balances were included within Current Liabilities within Exhibit E of the APA, within general ledger accounts 24800 and 21800.  As such, pharmacy performance guarantees and DIR are Current Liabilities pursuant to Section 11.1(w) of the APA and must be included in the calculation of Closing Working Capital.

Purchaser alleges the $6,057,287 of pharmacy performance guarantee and DIR liabilities in question were incurred outside the Ordinary Course, and, therefore, are not Assumed Liabilities.  For the reasons discussed above, Purchaser's allegations are irrelevant because pharmacy performance guarantee liabilities and DIR were included within Exhibit E of the APA.  Moreover, Purchaser's allegation is wrong and unsupported – the pharmacy performance guarantee and DIR liabilities were incurred in the Ordinary Course.  The business did not change its accounting processes nor its business operations with respect to performance guarantee and DIR liabilities, and Purchaser's statements to the contrary are untrue.

### C.  LSTC (McKesson & Other)

Purchaser included an adjustment to remove $34,897,174 of pre-petition invoices primarily payable to McKesson ($33,780,411 of the $34,897,174 were due to McKesson).  These types of invoices were included within Current Liabilities within Exhibit E of the APA, within general ledger account 20500.[5]  As such, the invoice liabilities are Current Liabilities pursuant to Section 11.1(w) of the APA and must be included in the calculation of Closing Working Capital.

Purchaser alleges the $34,897,174 of invoice liabilities in question were "delinquent," and, therefore, are not Assumed Liabilities.  For the same reasons discussed above, Purchaser's allegations are irrelevant because such invoice liabilities were included within Exhibit E of the APA.  Pursuant to the contemplation, commencement and pendency of the Bankruptcy Cases, the pre-petition liabilities were not delinquent.  Instead, they were unpaid as of Closing and recorded in the Ordinary Course as Current Liabilities.

### D.  Rebates

Purchaser included an adjustment to remove $67,865,496 of rebates from Current Assets and Current Liabilities.  Rebates were included within Current Assets and Current Liabilities within Exhibit E of the APA, within general ledger accounts 13105 and 20705.  As such, the rebate

---

[5] After the Petition Date, and after the parties had signed the MedImpact APA, the Debtors created a new account, "20510: Liabilities Subject to Compromise," to record a subset of liabilities that had previously been recorded to 20500: Accounts Payable, including the amounts payable to McKesson.  This change, which the Debtors made for presentation purposes as part of their restructuring, does not change the bargain that was struck, and amounts subsequently recorded to 20510: Liabilities Subject to Compromise would otherwise have been recorded to 20500: Accounts Payable.  The reclassification is a bookkeeping measure for enhanced tracking of the items and has no impact on the calculation of Closing Working Capital.

obligations are Current Liabilities pursuant to Section 11.1(w) of the APA and must be included in the calculation of Closing Working Capital.

Purchaser alleges the $67,865,496 of rebates in question were "delinquent" as of the Closing Date, and, therefore, are not Assumed Liabilities.  For the same reasons discussed above, Purchaser's allegations are irrelevant because such rebate liabilities were included within Exhibit E of the APA. Moreover, Purchaser's allegation is incorrect because the rebates were not delinquent.  The business paid rebate obligations in the Ordinary Course.  Purchaser's argument is premised on the erroneous assumption that any rebate relating to 2022 or prior is delinquent.  This assumption is incorrect because, under typical industry practice, the applicable rebate liabilities are not due until the subsequent completion of a reconciliation process typically requested by the plan sponsor.  The amounts in question represent obligations that potentially may come due if such reconciliations are requested.

### E.  Outstanding Checks

Purchaser included an adjustment to remove $40,260,492 for the balance of outstanding checks from Current Liabilities.  The balance of outstanding checks was included within Current Liabilities within Exhibit E of the APA, within general ledger account 20500.  As such, liabilities for the balance of outstanding checks are Current Liabilities pursuant to Section 11.1(w) of the APA.

Purchaser asserts the $40,260,492 balance of outstanding checks should be excluded from Closing Working Capital because Excluded Liabilities include "drafts or checks outstanding as of the Closing."  However, the balance of outstanding checks has been consistently included within account 20500 as a Current Liability and was similarly treated as such within Exhibit E of the APA.  This balance (which represents the underlying obligations owed to vendors for which the checks were issued) is distinct from the outstanding checks themselves.

### F.  Other Liabilities

Purchaser included an adjustment to remove $7,756,215 of various other invoices payable and accrued expenses.  These types of liabilities were included within Current Liabilities within Exhibit E of the APA, within general ledger accounts 22540, 22505, 20500, 20705, and 21800. As such, the items are Current Liabilities pursuant to Section 11.1(w) of the APA and must be included in the calculation of Closing Working Capital.

Purchaser alleges the $7,756,215 of amounts in question were "delinquent," and, therefore, are not Assumed Liabilities.  For the same reasons discussed above, Purchaser's allegations are irrelevant because such items were included within Exhibit E of the APA and, therefore, are Current Liabilities.

\*            \*            \*

For the avoidance of doubt, nothing herein is intended to be, and shall not be construed as, a waiver of Sellers' rights under the APA, and Sellers reserve their rights.

**Attachment A**
**Cash Payment Determination**

| Ref | Item | Purchaser's Position | Sellers' Position | Disputed Amount |
|---|---|---|---|---|
| A | Base Price | $  576,500,000 | $  576,500,000 | $            - |
| B | Less: Deposit | (57,500,000) | (57,500,000) | - |
| C | Est. Working Cap. minus Target Working Cap. | 14,339,080 | 14,339,080 | - |
| D = A+B+C | Term Loans Consideration Amount | $  533,339,080 | $  533,339,080 | $            - |
| E | Cap per §2.7(d)(i) | $  626,500,000 | $  626,500,000 | - |
| F | Less: Term Loans Consideration Amount | (533,339,080) | (533,339,080) | - |
| G | Less: Deposit | (57,500,000) | (57,500,000) | - |
| H = E+F+G | Max Cash Payment per §2.7(d)(i) (Due to Cap) | $  35,660,920 | $  35,660,920 | $            - |
| I | Closing Working Capital | $  84,717,899 | $ (142,846,184) | N/A** |
| J | Estimated Closing Working Capital | (192,288,920) | (192,288,920) | N/A* |
| K = I-J | Calculated Cash Payment | $  277,006,819 | $  49,442,736 | N/A** |
| Min (H, K) | Cash Payment Owed to Purchaser | $  35,660,920 | $  35,660,920 | $            - |

*Purchaser's Closing Working Capital Statement erroneously listed the Target Working Capital rather than the Estimated Closing Working Capital.  Purchaser's typographical error has no impact on the final Cash Payment owed due to the $626,500,000 cap per Section 2.7(d)(i) of the APA.

**Both Purchaser and Sellers agree the calculated Cash Payment is greater than the maximum Cash Payment per the cap provided within Section 2.7(d)(i) of the APA.  As such, both parties agree the Cash Payment owed to Sellers is $35,660,920, and there is no Disputed Amount for the Cash Payment.

*** The Principal Amount of the Term Loan is $567,382,000 (which is equal to $533,339,080 divided by 94%).

**Attachment B**
**Working Capital Calculations**

| Description | Purchaser's Position | | Sellers' Position | | Difference | |
|---|---|---|---|---|---|---|
| Closing Working Capital Prior to Adjustments | $ | (142,846,184) | $ | (142,846,184) | $ | - |
| Purchaser's Erroneous Adjustments | | 227,564,083 | | - | | 227,564,083 |
| Closing Working Capital | $ | 84,717,899 | $ | (142,846,184) | $ | 227,564,083 |

**Attachment C**

**Listing of Purchaser's Erroneous Adjustments**

| Ref | Description | Purchaser | Sellers | Difference |
|---|---|---|---|---|
| 1 | Pharmacy Claims Payable | $ 70,727,419 | $ - | $ 70,727,419 |
| 2.1 | DIR - PDA Withholdings | 1,157,287 | - | 1,157,287 |
| 2.2 | BER/GER | 4,900,000 | - | 4,900,000 |
| 2 | Pharmacy Performance Guarantees | 6,057,287 | - | 6,057,287 |
| 3 | LSTC (McKesson & Other) | 34,897,174 | - | 34,897,174 |
| 4 | Rebates Payable | 67,865,496 | - | 67,865,496 |
| 5 | Outstanding Checks | 40,260,492 | - | 40,260,492 |
| 6.1 | Franchise and Sales Taxes | 1,043,001 | - | 1,043,001 |
| 6.2 | Assumed Cure Costs | (1,400,000) | (552,187) | (847,813) |
| 6.3 | Other Accounts Payable | 5,771,495 | 552,187 | 5,219,308 |
| 6.4 | Prime Aggregator (Tonic) | 2,341,719 | - | 2,341,719 |
| 6 | Other Liabilities | 7,756,215 | - | 7,756,215 |
| | Total | $ 227,564,083 | $ - | $ 227,564,083 |

## **Exhibit D**

**Debtors' June 23 Email**

| From: | Toth, Steve |
|---|---|
| To: | James Gollaher |
| Cc: | Layfield, Scott; "Clark, David M."; Thomas Sabatino; Yenamandra, Aparna; O"Connor, Dan; Fiedler, Ross J.; Thompson, McClain; Awrabi, Alan; "Boudouris, Bradley"; Chesley, Rick |
| Subject: | Notice of Cash Payment and Release of Purchase Price Adjustment Escrow Amount |
| Date: | Sunday, June 23, 2024 9:44:14 PM |
| Attachments: | Elixir - Joint Written Instruction (Purchase Price Adjustment Escrow) (110161308_3).docx |

Reference is made to that certain Asset Purchase Agreement (as amended), dated as of October 15, 2023, by and among MedImpact Healthcare Systems, Inc., ("You" or "Purchaser") and Hunter Lane, LLC and its subsidiaries named therein ("Us", "We", or "Sellers") (together with the exhibits and schedules attached thereto, the "Asset Purchase Agreement"). Capitalized terms used but not otherwise defined in this email shall have the meanings ascribed to such terms in the Asset Purchase Agreement.

On April 30, 2024, You delivered the Purchaser's Closing Working Capital Statement to the Sellers.

As You know, on June 14, 2024, pursuant to Section 2.7(c)(ii) of the Asset Purchase Agreement, We delivered a Statement of Objections to You.

As set forth in the Statement of Objections, We agreed with You that the Cash Payment that You owe Us is $35,660,920.00. Because We did not dispute the amount of the Cash Payment that You are to pay Us pursuant to section 2.7(d)(i), such Cash Payment is not a Disputed Amount and is therefore resolved.

You were obligated to pay $35,660,920.00 to Us within five Business Days (*i.e.* June 21, 2024) of such resolution, pursuant to Section 2.7(d)(iv) of the APA.

The Parties to the Asset Purchase Agreement are simultaneously required to direct the Escrow Agent to release to Us the Purchase Price Adjustment Escrow Amount from the Escrow Account.

Please pay Us by wire transfer of immediately available funds $35,660,920.00. Wire transfer instructions are below. Attached also are written instructions to the Escrow Agent for Your countersignature. For the avoidance of doubt, nothing herein is intended to be, and shall not be construed as, a waiver of Sellers' rights under the APA, and Sellers reserve their rights.

**Wire Instructions**

Bank Name:
ABA No.:

Account Name:
Account No.:

**Steve Toth**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 7062
**F** +1 312 862 2200

------------------------------------------------

steve.toth@kirkland.com

---

**From:** Toth, Steve
**Sent:** Friday, June 14, 2024 3:37 PM
**To:** James Gollaher <James.Gollaher@MedImpact.com>
**Cc:** Layfield, Scott <scott.layfield@us.dlapiper.com>; 'Clark, David M.'
<David.Clark@us.dlapiper.com>; Thomas Sabatino <Thomas.Sabatino@riteaid.com>; Yenamandra,
Aparna <aparna.yenamandra@kirkland.com>; O'Connor, Dan <dan.oconnor@kirkland.com>; Fiedler,
Ross J. <ross.fiedler@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>;
Awrabi, Alan <aawrabi@alvarezandmarsal.com>; 'Boudouris, Bradley'
<bboudouris@alvarezandmarsal.com>; Chesley, Rick <Richard.Chesley@us.dlapiper.com>
**Subject:** Project Poet: Statement of Objections

Reference is made to that certain Asset Purchase Agreement (as amended), dated as of October 15,
2023, by and among MedImpact Healthcare Systems, Inc., Hunter Lane, LLC, and certain of their
affiliates.

Pursuant to Section 2.7(c)(ii) of such Asset Purchase Agreement, Sellers (as defined therein) hereby
deliver the Statement of Objections (as defined therein).

Thank you,

**Steve Toth**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 7062
**F** +1 312 862 2200

------------------------------------------------

steve.toth@kirkland.com