| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra, P.C. (admitted *pro hac vice*)<br>Ross J. Fiedler (admitted *pro hac vice*)<br>Zachary R. Manning (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>esassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br>ross.fiedler@kirkland.com<br>zach.manning@kirkland.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Seth Van Aalten, Esq. (admitted *pro hac vice*)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>svanaalten@coleschotz.com<br><br>*Co-Counsel to the Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF SUBSEQUENT OBJECTION DEADLINE SOLELY WITH RESPECT TO THE AMENDED SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

   **PLEASE TAKE FURTHER NOTICE THAT,** on April 8, 2024, the Debtors filed the *Draft Schedule of Assumed Executory Contracts and Unexpired Leases* with the Bankruptcy Court as Exhibit A to the *Plan Supplement for the Second Amended Joint Chapter 11 Plan of Rite Aid Corporation and Its Debtor Affiliates* [Docket No. 2675], as contemplated under the Plan.[2]

   **PLEASE TAKE FURTHER NOTICE THAT,** on April 9, 2024, the Debtors filed the *Schedule of Assumed Executory Contracts and Unexpired Leases* with the Bankruptcy Court as Exhibit A to the *Amended Plan Supplement for the Plan* [Docket No. 2681], as contemplated under the Plan.

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these Chapter 11 Cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

[2]  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (as Further Modified)* [Docket No. 3833] (the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT,** on May 13, 2024, the Debtors filed the *Schedule of Assumed Executory Contracts and Unexpired Leases* with the Bankruptcy Court as <u>Exhibit A</u> to the *Third Amended Plan Supplement for the Plan* [Docket No. 3420], as contemplated under the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to file a further amended Schedule of Assumed Executory Contracts and Unexpired Leases prior to the entry of the Confirmation Order (the "<u>Amended Assumed Contract and Lease Schedule</u>").

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights, with the consultation or consent of any applicable counterparties to the extent required under the Plan, to alter, amend, modify, or supplement the Assumed Contract and Lease Schedule in accordance with the terms of the Plan, including by filing the Amended Assumed Contract and Lease Schedule.

**PLEASE TAKE FURTHER NOTICE THAT** you will receive an additional notice with respect to the Amended Assumed Contract and Lease Schedule if the Debtors' records reflect that you are a party to an executory contract or unexpired lease that is listed on the Amended Assumed Contract and Lease Schedule. If you receive such notice, you are advised to carefully review the information contained in such notice and the related provisions of the Plan, including the Amended Assumed Contract and Lease Schedule.

**PLEASE TAKE FURTHER NOTICE THAT** if you object to the assumption or assumption and assignment, as applicable, of an executory contract or unexpired lease under the Plan or to the proposed cure amounts or adequate assurance with respect thereto, your objection (an "<u>Assumption/Cure Objection</u>") **must**: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "<u>General Order</u>") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "<u>Supplemental Commentary</u>") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** by counsel to the Debtors no later than 10 days after the service of notice of the Amended Assumed Contract and Lease Schedule (the "<u>Subsequent Objection Deadline</u>").

| *Debtors* |
|---|
| **Rite Aid Corporation** <br> 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112 |
| *Counsel for the Debtors* |

| **Kirkland & Ellis LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Attention: Edward O. Sassower, P.C.; Joshua A. Sussberg, P.C.; Aparna Yenamandra, P.C.; Ross J. Fiedler; Zachary R. Manning | **Cole Schotz, P.C.** <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Attention: Michael D. Sirota, Esq.; Warren A. Usatine, Esq.; Felice R. Yudkin, Esq.; Seth Van Aalten, Esq. |

| |
|---|
| ***Counsel to the Committees*** |
| **Kramer, Levin, Naftalis & Frankel LLP** |
| 1177 Avenue of the Americas |
| New York, New York 10036 |
| Attn: Adam Rogoff; Rachael Ringer; Megan Wasson; Rose Bagley |
| |
| **Kelley Drye & Warren LLP** |
| One Jefferson Road |
| Parsippany, New Jersey 07054 |
| Attn: James S. Carr; Robert L. LeHane; Kristin S. Elliott |
| |
| **Akin Gump Strauss Hauer & Feld LLP** |
| One Bryant Park |
| New York, New York 10036 |
| Attn: Arik Preis; Mitchell P. Hurley; Kate Doorley; Theodore James Salwen; Brooks Barker |
| |
| **Sherman, Silverstein, Kohl, Rose & Podolsky P.A.** |
| 308 Harper Drive Suite 200 |
| Moorestown, New Jersey 08057 |
| Attn: Arthur Abramowitz; Ross Switkes |
| ***Counsel to the DIP Agents*** |
| **Choate, Hall & Stewart LLP** |
| Two International Place |
| Boston, Massachusetts 02110 |
| Attn: John F. Ventola; Jonathan D. Marshall; Mark D. Silva |
| |
| **Greenberg Traurig LLP** |
| 500 Campus Drive, Suite 400 |
| Florham Park, New Jersey 07932 |
| Attn: Alan J. Brody; Oscar N. Pinkas |
| ***United States Trustee*** |
| **Office of the United States Trustee** |
| **United States Trustee, Region 3** |
| One Newark Center, Suite 2100 |
| Newark, New Jersey 07102 |
| Attn: Jeffrey M. Sponder and Lauren Bielskie |
| ***Counsel to the Ad Hoc Group*** |
| **Paul, Weiss, Rifkind, Wharton & Garrison** |
| 1285 6th Avenue |
| New York, New York 10019 |
| Attn: Andrew N. Rosenberg; Brian S. Hermann; Christopher Hopkins |
| **Fox Rothschild LLP** |
| 49 Market Street |
| Morristown, New Jersey 07960 |
| Attn: Howard A. Cohen; Joseph J. DiPasquale; Michael R. Herz |

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed by the Subsequent Objection Deadline, then: **(i) you will be deemed to have stipulated that the Cure amounts or adequate assurance, as applicable and as determined by the Debtors are correct; (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount or adequate assurance under the proposed assumed executory contract or unexpired lease; (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assumption; and (iv) you will be deemed to have consented to such assumption.**

3

**PLEASE TAKE FURTHER NOTICE** that any Assumption/Cure Objection that otherwise complies with these procedures yet remains unresolved as of the Subsequent Objection Deadline may be heard at a date to be fixed by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to **obtain a copy of the Disclosure Statement, the Plan, or related documents at no additional cost**, you should contact Kroll Restructuring Administration LLC, the Debtors' claims, noticing and solicitation agent in the chapter 11 cases (the "Solicitation Agent"), by: (a) visiting the Debtors' restructuring website at: https://restructuring.ra.kroll.com/RiteAid; (b) writing to Rite Aid Ballot Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232; (c) emailing the Solicitation Agent at RiteAidInfo@ra.kroll.com (with "In re Rite Aid Solicitation Inquiry" in the subject line); or (d) calling the Solicitation Agent at (844) 274-2766 (U.S./Canada, toll free) or +1 (646) 440-4878 (international). You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/RiteAid, or the Bankruptcy Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Dated: July 3, 2024

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com
           svanaalten@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:     esassower@kirkland.com
           joshua.sussberg@kirkland.com
           aparna.yenamandra@kirkland.com
           ross.fiedler@kirkland.com
           zach.manning@kirkland.com

*Co-Counsel for the Debtors and*
*Debtors in Possession*