**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL NOTICE OF**
**PROPOSED ASSUMED AND ASSIGNED EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES, EACH SOLELY WITH RESPECT TO THE ELIXIR ASSETS**

**PLEASE TAKE NOTICE** that, on October 18, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Auction and Bidding Procedures, (I) Approving Bidding Procedures and Bid Procedures, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Elixir Stalking Horse APA, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Assumption and Assignment of Assumed Contracts, (VII) Authorizing the Sale of Assets, and (VIII) Granting Related Relief* [Docket No. 129] (the "Bidding Procedures Order") and, on

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

January 9, 2024, entered the *Amended Order (I) Approving the Auction and Bidding Procedures, (II) Approving Bidding Procedures and Bid Protections, (III) Scheduling Certain Dates and Deadlines with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving the Elixir Stalking Horse APA, (VI) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VII) Authorizing the Assumption and Assignment of Assumed Contracts, (VIII) Authorizing the Sale of Assets, and (IX) Granting Related Relief* [Docket No. 1413] (the "Amended Bidding Procedures Order"), approving certain dates, deadlines, and procedures for the potential sale of certain of the Debtors' assets (the "Bidding Procedures"). [2]

PLEASE TAKE FURTHER NOTICE that, on December 21, 2023, the Debtors filed the *Notice of Successful Bidder and Cancellation of Auction Solely with Respect to the Elixir Assets* [Docket No. 1145] (the "Notice of Successful Bidder"), disclosing MedImpact Healthcare Systems, Inc. to be the Successful Bidder with respect to the Elixir Assets (the "Elixir Successful Bidder").

PLEASE TAKE FURTHER NOTICE that on January 17, 2024, the Court entered the *Order (I) Approving the Sale of Acquired Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Elixir APA, (III) Approving Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Docket No. 1510] (the "Sale Order"), approving the Asset Purchase Agreement, dated as of October 15, 2023, by and among MedImpact Healthcare Systems, Inc., as Purchaser and Hunter Lane, LLC and its subsidiaries named therein, as Sellers (as amended from time to time through January 31, 2024, the "Elixir APA"), and the Elixir Sale Transaction with the Elixir Successful Bidder, among other relief.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures and the Sale Order, as applicable, on December 21, 2023, the Debtors filed the *Notice of (I) Proposed Assumed and Assigned Executory Contracts and Unexpired Leases, (II) Proposed Cure Payments, and (III) Proposed Elixir Stalking Horse APA, Each Solely with Respect to the Elixir Assets* [Docket No. 1155] (the "Initial Assumption Notice") and, on January 18, 2024, filed the *Supplemental Notice of Proposed Assumed and Assigned Executory Contracts and Unexpired Lease, Each Solely with Respect to the Elixir Assets* [Docket No. 1531] (the "Supplemental Assumption Notice," and together with the Initial Assumption Notice, the "Assumption Notices), providing notice of the Debtors' intention to assume and assign to the Elixir Successful Bidder in connection with the Elixir Sale Transaction, among other Executory Contracts, certain contracts and agreements (the "Pharmacy Contracts") to which CVS Pharmacy, Inc. ("CVS"), Walgreen Co. and its affiliates (collectively, "Walgreens"), and Walmart Inc. f/k/a Wal-Mart Stores, Incl, Sam's East, Inc., and Sam's West, Inc. (collectively, "Walmart," and collectively with CVS and Walgreens, the "Pharmacies") are counterparty.

PLEASE TAKE FURTHER NOTICE that, following the filing of the Initial Assumption Notice, the Pharmacies filed limited objections to the proposed Elixir Sale Transaction regarding

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Bidding Procedures Order, the Bidding Procedures, or the Sale Order (as defined herein), as applicable.

the proposed assumption and assignment of the Pharmacy Contracts [Docket Nos. 1243, 1244, 1380].

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, the assumption and assignment of the Pharmacy Contracts to the Elixir Successful Bidder remains pending.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have submitted a proposed form of order approving the assumption and assignment of the Pharmacy Contracts to the Elixir Successful Bidder in the form attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the proposed assumption and assignment of the Pharmacy Contracts to the Elixir Successful Bidder, as set forth in Schedule 1 to the proposed form of order attached hereto as **Exhibit A**, will be held on **July 23, 2024 at 9:00 a.m. (prevailing Eastern Time)**, before the Honorable Chief Judge Kaplan of the United States Bankruptcy Court for the District of New Jersey.  Directions on how to participate in hearing are available by visiting the Court's website at https://www.njb.uscourts.gov/riteaid.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the proposed form of order, including with respect to the Pharmacy Payment Obligations set forth in Schedule 2 and Schedule 3 attached thereto, shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the Bankruptcy Court and served so as to be **actually received no later than July 18, 2024 at 5:00 p.m. (prevailing Eastern Time)** by the Court and the following parties:  (a) the Debtors, Rite Aid Corporation, 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112; (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn:  Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Aparna Yenamandra (aparna.yenamandra@kirkland.com), Ross J. Fiedler (ross.fiedler@kirkland.com), and Zachary R. Manning (zach.manning@kirkland.com), 300 North LaSalle, Chicago, Illinois, 60654, Attn:  Steve Toth (steve.toth@kirkland.com); (c) co-counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn:  Michael D. Sirota (msirota@coleschotz.com), Warren A. Usatine (wusatine@coleschotz.com), Felice R. Yudkin (fyudkin@coleschotz.com), and Seth Van Aalten (svanaalten@coleschotz.com); (d) Office of the United States Trustee for Region 3, District of New Jersey, Raymond Boulevard, Suite 2100, Newark, NJ 07102, Attn:  Jeffrey M. Sponder and Lauren Bielskie; (e) counsel to the DIP Agents, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn:  John F. Ventola (jventola@choate.com); Jonathan D. Marshall (jmarshall@choate.com); and Mark D. Silva (msilva@choate.com) and Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, New Jersey 07932, Attn:  Alan J. Brody (brodya@gtlaw.com) and Oscar N. Pinkas (pinkaso@gtlaw.com); (f) counsel to the Ad Hoc Secured Noteholder Group, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 6th Avenue, New York, NY 10019, Attn:  Andrew N. Rosenberg (arosenberg@paulweiss.com); Brian S. Hermann (bhermann@paulweiss.com); and Christopher

---

3    The Debtors, the Pharmacies, and MedImpact each agree that the assumption and assignment of the Pharmacy Contracts to MedImpact remains pending. *See Reservation of Rights of MedImpact Healthcare Systems, Inc. With Respect to the Objection and Reservation of Rights of Certain Pharmacies to Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* [Docket No. 2961], ¶ 4 (" . . . notwithstanding the still-pending assumption and assignment of the Pharmacy Contracts, . . .).

Hopkins (chopkins@paulweiss.com) and Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960, Attn: Howard A. Cohen (hcohen@foxrothschild.com); Joseph J. DiPasquale (jdipasquale@foxrothschild.com) and Michael R. Herz (mherz@foxrothschild.com); (g) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein (keckstein@kramerlevin.com) and Adam C. Rogoff (arogoff@kramerlevin.com), and Kelley Drye & Warren LLP, One Jefferson Road, 2nd Floor, Parsippany, NJ 07054, Attn: James S. Carr (jcarr@kelleydrye.com) and Robert L. LeHane (rlehane@kelleydrye.com); (h) counsel to the Official Committee of Tort Claimants, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attn: Arik Preis (apreis@akingump.com) and Mitchell P. Hurley (mhurley@akingump.com), and Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., 308 Harper Drive, Suite 200, Moorestown, NJ 08057, Attn: Arthur J. Abramowitz (aabramowitz@shermansilverstein.com) and Ross J. Switkes (rswitkes@sehrmansilverstein.com); (i) counsel to CVS, Foley & Lardner LLP, 321 N. Clark Street, Suite 3000 Chicago, Illinois 60654, Attn: Geoffrey S. Goodman (ggoodman@foley.com) and Emil P. Khatchatourian (ekhatchatourian@foley.com) and 90 Park Avenue New York, NY 10016, Attn: Marcella M. Jayne (mjayne@foley.com); (j) counsel to Walgreens, FrankGecker LLP, 1327 W. Washington Blvd., Suite 5 G-H Chicago, Illinois 60607, Attn: Joseph D. Frank (jfrank@fgllp.com) and Jeremy C. Kleinman (jkleinman@fgllp.com); (k) counsel to Walmart, and Related Entities, Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor Wilmington, Delaware 19801, Attn: Jeremy W. Ryan (jryan@potteranderson.com) and R. Stephen McNeill (rmcneill@potteranderson.com); and (l) counsel to MedImpact Healthcare Systems, Inc., DLA Piper LLP (US), 51 John F. Kennedy Parkway, Suite 120 Short Hills, New Jersey 07078, Attn: Stuart M. Brown (stuart.brown@us.dlapiper.com), Matthew S. Sarna (matthew.sarna@us.dlapiper.com), and Richard A. Chesley (richard.chesley@us.dlapiper.com).

**PLEASE TAKE FURTHER NOTICE** that **this notice does not, and shall not be construed to, affect, impact, or otherwise alter the Sale Order or Elixir Sale Transaction in any way.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Amended Bidding Procedures Order, the Sale Order, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of the Debtors' notice, claims, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid. You may also obtain copies of any pleadings by visiting the Court's website at https://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

4

Dated: July 10, 2024

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com
           svanaalten@coleschotz.com


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:    esassower@kirkland.com
          joshua.sussberg@kirkland.com
          aparna.yenamandra@kirkland.com
          ross.fiedler@kirkland.com
          zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**Exhibit A**

**Proposed Form of Order**

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>                          Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |

## ORDER APPROVING THE ASSUMPTION
## AND ASSIGNMENT OF CERTAIN PHARMACY CONTRACTS TO MEDIMPACT
## HEALTHCARE SYSTEMS, INC.

The relief set forth on the following pages, numbered three (3) through seven (7), is

**ORDERED.**

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

(Page | 2)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Pharmacy Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Order Approving the Assumption and Assignment of Certain Pharmacy Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments |

Upon the *Order (I) Approving the Sale of Acquired Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the Elixir APA, (III) Approving Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Docket No. 1510] (the "Sale Order"), pursuant to which, among other things, the Court authorized and approved the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to enter into and perform under the terms and conditions of that certain Asset Purchase Agreement, dated as of October 15, 2023, by and among certain of the Debtors (the "Sellers") and MedImpact Healthcare Systems, Inc. ("MedImpact" or the "Purchaser"), attached to the Sale Order as Exhibit 1 (as amended, supplemented, restated, or otherwise modified from time to time, the "Elixir APA") and all other transaction documents (collectively, the "Transaction Documents") necessary and desirable to consummate the sale (collectively, and including all actions taken or required to be taken in connection with the implementation and consummation of the Elixir APA, the "Sale") of those assets set forth in section 11.1 of the Elixir APA to MedImpact, in accordance with the Elixir APA and the Sale Order;[2] and the Court having held a hearing (the "Sale Hearing") on January 9, 2024, at which time all interested parties were offered an opportunity to be heard with respect to the Sale; and the Court having held a hearing (the "Assumption and Assignment Hearing") on [●], 2024, at which time all interested parties were offered an opportunity to be heard with respect to the assumption and assignment of certain Pharmacy Contracts (as defined herein) to MedImpact, in

---

[2]   Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Order, the Elixir APA, or the Transaction Documents, as applicable.

(Page | 4)
Debtors:          RITE AID CORPORATION, *et al*.
Case No.          23-18993 (MBK)
Caption of Order: Order Approving the Assumption and Assignment of Certain Pharmacy
                  Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments

accordance with the Elixir APA and the Sale Order; and the Court having heard statements of

counsel and the evidence [and testimony] presented in support of the Sale and the assumption and

assignment of the Pharmacy Contracts at the Sale Hearing, and the Assumption and Assignment

Hearing; and upon the First Day Declaration, the Cohen Declaration [Docket No. 35], the

*Declaration of Casey Cohen in Support of Entry of an Order (I) Approving the Sale of Acquired*

*Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing*

*the Debtors to Enter Into and Perform Their Obligations Under the Elixir APA, (III) Approving*

*Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief*

[Docket No. 1401], the Frejka Declaration, and the *Declaration of* [●] *in Support of the Assumption*

*and Assignment of the Pharmacy Contracts to MedImpact* [Docket No. [●]]; and that due notice

of the Elixir APA, the Sale, and the assumption and assignment of the Pharmacy Contracts has

been provided; and it appearing that the assumption and assignment of the Pharmacy Contracts

subject to the terms and conditions of this Order and the Sale Order is in the best interests of the

Debtors, their estates, their stakeholders, and all other parties in interest; and the Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of*

*Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the*

*District of New Jersey*, entered July 23, 1984, and amended on September 18, 2012

(Simandle, C.J.); and this Court having found that venue of this proceeding and this matter in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient

cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      Upon entry of this Order, but subject in all respects to the satisfaction of the

Assignment Conditions Precedent (as defined herein), each of the contracts listed on **Schedule 1**

(Page | 5)

Debtors:         RITE AID CORPORATION, *et al*.
Case No.         23-18993 (MBK)
Caption of Order: Order Approving the Assumption and Assignment of Certain Pharmacy
                 Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments

(the "Pharmacy Contracts"), by and between the Debtors and CVS Pharmacy, Inc. ("CVS"), Walgreen Co. and its affiliates (collectively, "Walgreens"), and Walmart Inc. f/k/a Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc. (collectively, "Walmart," and collectively with CVS and Walgreens, the "Pharmacies"), are hereby assumed by the Debtors and assigned by the Debtors, to the Purchaser pursuant to sections 105(a) and 365 of the Bankruptcy Code and in accordance with the terms of the Elixir APA and the Sale Order, effective as of February 1, 2024 (the "Assumption and Assignment Date").

2.    MedImpact shall be deemed to have been in privity of contract with the Pharmacies from the Assumption and Assignment Date, and all rights, remedies and obligations under the Pharmacy Contracts shall be deemed assumed by MedImpact as of the Assumption and Assignment Date.

3.    Notwithstanding entry of this Order by the Court, this Order shall take effect and be enforceable only upon the Debtors' (with the prior written consent of each of the Pharmacies) filing of a notice (the "Assignment Order Conditions Notice") with the Court that (a) the Debtors have paid in full those certain amounts due and owing under the Pharmacy Contracts to each applicable Pharmacy as set forth on **Schedule 2** (the "Debtor Payment Obligations"); and (b) the Purchaser has paid in full those certain amounts due and owing under the Pharmacy Contracts to each applicable Pharmacy as set forth on **Schedule 3** (the "Purchaser Payment Obligations," and, together with the Debtor Payment Obligations, the "Pharmacy Payment Obligations") (the foregoing clauses (a) and (b), each an "Assignment Order Condition Precedent," and, together, the "Assignment Order Conditions Precedent").  Upon the filing of the Assignment Order Conditions Notice, this Order shall take effect and be enforceable immediately, notwithstanding any

(Page | 6)
Debtors:         RITE AID CORPORATION, *et al.*
Case No.         23-18993 (MBK)
Caption of Order: Order Approving the Assumption and Assignment of Certain Pharmacy
                 Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments

Bankruptcy Rule or Local Rule to the contrary, and without the need for further notice to, or order

from, the Court.

4.      Following completion of the assumption and assignment of the Pharmacy Contracts

to the Purchaser pursuant to this Order, neither the automatic stay in effect in the Debtors'

bankruptcy case, nor any injunction imposed by this Court in connection with the Debtors'

proposed chapter 11 plan shall prevent the Pharmacies from exercising any and all remedies

against the Purchaser available under their respective Pharmacy Contracts to address any failure

to perform any contractual obligations arising on or after February 1, 2024, including, but not

limited to, the obligations set forth in this paragraph.

5.      Any applicable stay required of any assignment of any contract pursuant to

Bankruptcy Rule 6006(d), or any other Bankruptcy Rule or Local Rule, is hereby waived.

6.      For the avoidance of doubt, nothing in this order shall affect, impair, modify, or

otherwise affect the *Order Granting Debtors' Motion to Enforce the Sale Order and Compel*

*Performance by MedImpact Healthcare Systems, Inc. Under the MedImpact Asset Purchase*

*Agreement* [Docket No. 3995] (the "Sale Order Enforcement Order"), or Purchaser's obligations

to satisfy Assumed Liabilities under the Elixir APA as confirmed by the Sale Order Enforcement

Order.  In accordance with the terms and conditions of the Pharmacy Contracts and the Sale Order

Enforcement Order, the Purchaser shall be obligated to pay and honor all obligations under the

Pharmacy Contracts that first became past due or first become due and payable in the ordinary

course of business on or after February 1, 2024 or which otherwise are Assumed Liabilities

pursuant to the Elixir APA.  Nor shall this order affect any of the rights and remedies afforded the

Pharmacies under that certain Agreed Order Modifying the Automatic Stay to Allow Certain

(Page | 7)
Debtors:            RITE AID CORPORATION, *et al*.
Case No.            23-18993 (MBK)
Caption of Order:   Order Approving the Assumption and Assignment of Certain Pharmacy
                    Contracts to MedImpact Healthcare Systems, Inc. and Directing Payments

Pharmacies to Terminate Pharmacy Contracts with the Debtors (the "Pharmacy Stay Relief

Order") [Docket No. 3979].

7.     Nothing contained in this Order, and no action taken pursuant to the relief requested

or granted (including any payment made in accordance with this Order), is intended as or shall be

construed or deemed to be an admission or finding that any particular claim payable under this

Order would be entitled to priority under § 507(a) of the Bankruptcy Code absent assumption of

the Pharmacy Contracts.

8.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this order.

## Schedule 1

**Assumed and Assigned Pharmacy Contracts**

**Assumed and Assigned Pharmacy Contracts**

| Contract Title | Contract Counterparty | Assignor | Assignee | Assumption / Assignment Effective Date |
|---|---|---|---|---|
| Participating Pharmacy Agreement (Governmental), effective as of October 1, 2013, as amended, supplemented, and modified from time to time | CVS Pharmacy, Inc. | Ex Options, LLC f/k/a Elixir Rx Options, LLC | MedImpact Healthcare Systems, Inc. | February 1, 2024 |
| Participating Pharmacy Agreement (Commercial), effective as of October 1, 2013, as amended, supplemented, and modified from time | CVS Pharmacy, Inc. | Ex Options, LLC f/k/a Elixir Rx Options, LLC | MedImpact Healthcare Systems, Inc. | February 1, 2024 |
| That certain Participating Pharmacy Agreement (Commercial), effective as of December 1, 2017, as amended, supplemented, and modified from time to time | Walgreen Co. | Ex Options, LLC f/k/a Elixir Rx Options, LLC | MedImpact Healthcare Systems, Inc. | February 1, 2024 |
| Participating Pharmacy Agreement, effective as of December 24, 2014, as amended, and modified from time to time | Walmart Inc., f/k/a Wal-Mart Stores, Inc. | Ex Options, LLC f/k/a Elixir Rx Options, LLC | MedImpact Healthcare Systems, Inc. | February 1, 2024 |
| Participating Pharmacy Agreement, effective as of December 24, 2014, as amended, and modified from time to time | Walmart Inc., f/k/a Wal-Mart Stores, Inc. | Ex Options, LLC f/k/a Elixir Rx Options, LLC | MedImpact Healthcare Systems, Inc. | February 1, 2024 |

## Schedule 2

### Pharmacy Payment Obligations Payable By Debtors

| Pharmacy | Amount Payable | Description |
|---|---|---|
| CVS Pharmacy, Inc. | $201,757.93 | Unreimbursed taxes for 2021-2023 |
| CVS Pharmacy, Inc. | $556,633.78 | Unpaid claims accruing before February 1, 2024 |
| Walgreen Co. | $402,029 | Unpaid claims accruing before February 1, 2024 |
| Walmart Inc., f/k/a Wal-Mart Stores, Inc. | $574,259 | Unpaid claims accruing before February 1, 2024 |

## Schedule 3

**Pharmacy Payment Obligations Payable By MedImpact**

| Pharmacy | Amount Payable | Description |
|---|---|---|
| CVS Pharmacy, Inc. | $3,521,359.14 | Unpaid DIR through December 31, 2023 |
| CVS Pharmacy, Inc. | $2,248,620.43 | Underpayment of excluded drugs DIR variance amount through December 31, 2023 |
| CVS Pharmacy, Inc. | $2,105,558.00 | BER and GER for Medicaid and commercial claims through December 31, 2023 |
| CVS Pharmacy, Inc. | $33,856.00 | BER and GER for cash discount claims through December 31, 2023 |
| Walgreen Co. | $2,650,256 | BER and GER reconciliation balance for the period ending December 31, 2023 |
| Walmart Inc., f/k/a Wal-Mart Stores, Inc. | $560,135 | Unpaid DIR for FY 2023 |
| Walmart Inc., f/k/a/ Wal-Mart Stores, Inc. | $58,351 | Unpaid discount card reconciliation |