Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br> Debtors.<sup>1</sup> |

**Order Filed on July 25, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 23-18993 (MBK) (Jointly Administered)

**SUPPLEMENTAL**
**ORDER (I) AUTHORIZING THE**
**EMPLOYMENT AND RETENTION**
**OF A&G REALTY PARTNERS, LLC AS**
**REAL ESTATE CONSULTANT AND ADVISOR**
**TO THE DEBTORS AND DEBTORS IN POSSESSION**
**EFFECTIVE AS OF THE PETITION DATE, (II) APPROVING**
**THE TERMS OF A&G'S EMPLOYMENT, (III) WAIVING CERTAIN**
**TIMEKEEPING REQUIREMENTS, AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through eleven (11), is **ORDERED**.

**DATED: July 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Supplemental Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC as Real Estate Consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief |

Upon the *Notice of Filing of Supplemental Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC as Real Estate consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief* (the "Notice") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") approving the Amendments to that certain Real Estate Services Agreement first executed May 20, 2023 (as amended, modified, or supplemented from time to time, the "Real Estate Services Agreement"), copies of which are attached hereto as **Exhibit A** and **Exhibit B**;[2] and the Court having jurisdiction to consider the Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Notice, and this Court having found that notice of the Notice was appropriate under the circumstances and no other notice need be provided; and any objections to the relief requested herein having been withdrawn or overruled

---

[2]   All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Notice, the Real Estate Services Agreement (as amended), or the *Supplemental Declaration of Andy Graiser in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC As Real Estate Consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief* [Docket No. 1228] (the "Supplemental Declaration"), as applicable.

(Page | 4)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al*. |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Supplemental Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC as Real Estate Consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief |

on the merits; and this Court having determined that the legal and factual bases set forth in the Notice establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The Debtors are hereby authorized to supplement their employment and retention of A&G as their real estate consultant and advisor in accordance with: (a) the Third Amendment, a copy of which is attached hereto as **Exhibit A**, effective as of May 20, 2024; and (b) the Fourth Amendment, a copy of which is attached hereto as **Exhibit B**, with the typographical correction to Section 1 reflected in footnote 3 in red, effective as of June 20, 2024.[3]

2. The Amendments are approved pursuant to section 327(a) and 328(a) of the Bankruptcy Code effective as of their respective dates and the Debtors are hereby authorized to employ and retain A&G as their real estate consultant and advisor in accordance with the terms and conditions set forth in the Real Estate Services Agreement (as amended), as modified by the *Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC as Real Estate Consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief* [Docket No. 1414] (the "Initial Order").

3. Except as expressly modified by this Order, the Initial Order shall remain unmodified and in full force and effect.

---

[3] "1. Subsection 4(c) of Section B (**Fees**) of **Schedule C** (**Compensation**) of the Agreement hereby is replaced in its entirety as follows . . . "

(Page | 5)

| | |
|---|---|
| Debtors: | RITE AID CORPORATION, *et al.* |
| Case No. | 23-18993 (MBK) |
| Caption of Order: | Supplemental Order (I) Authorizing the Employment and Retention of A&G Realty Partners, LLC as Real Estate Consultant and Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Approving the Terms of A&G's Employment, (III) Waiving Certain Timekeeping Requirements, and (IV) Granting Related Relief |

4.      The Debtors and A&G are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit A

## Third Amendment

## THIRD AMENDMENT TO REAL ESTATE SERVICES
## AGREEMENT WITH RITE AID CORPORATION

This Third Amendment (the "Third Amendment") is made as of May 20, 2024 (the "Third Amendment Date"), to the Real Estate Services Agreement by and between **A&G REALTY PARTNERS, LLC**, a New York limited liability company, with its principal place of business at 445 Broadhollow Road, Suite 410, Melville, New York 11797 ("A&G"), and **RITE AID CORPORATION**, a Delaware corporation, with its corporate headquarters located at 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112 (including its affiliates and subsidiaries, collectively the "Company" and, together with A&G, collectively, the "Parties").

### WITNESSETH:

**WHEREAS**, the Parties entered into a Real Estate Services Agreement dated as of May 20, 2023 (the "Original Agreement"), as amended on October 6, 2023 (the "First Amendment"), as further amended on November 20, 2023 (the "Second Amendment" and, together with the Original Agreement, First Amendment and Second Amendment, collectively, the "Agreement");

**WHEREAS**, the Parties wish to amend the Agreement further as set forth herein.

**NOW THEREFORE**, in consideration of the mutual covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Parties agree as follows:

1. The first sentence of Section 2 of the Agreement (Term of Agreement) is hereby amended as follows:  The term of this Agreement shall be extended through and including November 20, 2024 (the "Term") or until the Services are completed.

All other terms and conditions of the Agreement shall remain in full force and effect and not changed by this Third Amendment. Capitalized terms used but not defined herein have the meanings ascribed to them in the Original Agreement.

[SIGNATURES ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, the Parties have caused this Third Amendment to be executed by their respective duly authorized representatives effective as of the Third Amendment Date.

RITE AID CORPORATION

By: *Paul Davidovicz*
    66C23EDA5D794C5...

Name: Paul Davidovicz

Title: GVP Store Development

A&G REALTY PARTNERS, LLC

By: *Andrew Graiser*
    1EA4BAF90E624FF...

Name: Andy Graiser

Title: Co-President

2

**<u>Exhibit B</u>**

**Fourth Amendment**

## FOURTH AMENDMENT TO REAL ESTATE SERVICES AGREEMENT WITH RITE AID CORPORATION

This Fourth Amendment (the "Fourth Amendment") is made as of June 20, 2024 (the "Fourth Amendment Date"), to the Real Estate Services Agreement by and between **A&G REALTY PARTNERS**, **LLC**, a New York limited liability company, with its principal place of business at 445 Broadhollow Road, Suite 410, Melville, New York 11797 ("A&G"), and **RITE AID CORPORATION**, a Delaware corporation, with its corporate headquarters located at 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112 (including its affiliates and subsidiaries, collectively the "Company" and, together with A&G, collectively, the "Parties").

WITNESSETH:

**WHEREAS**, the Parties entered into a Real Estate Services Agreement dated as of May 20, 2023 (the "Original Agreement"), as amended on October 6, 2023 (the "First Amendment"), as further amended on November 20, 2023 (the "Second Amendment"), as further amended on May 20, 2024 (the "Third Amendment" and, together with the Original Agreement, First Amendment, Second Amendment, and Third Amendment, collectively, the "Agreement");

**WHEREAS**, the Parties wish to amend the Agreement further as set forth herein.[1]

**NOW THEREFORE**, in consideration of the mutual covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Parties agree as follows:

1. Section B (**Fees**) of **Schedule C** (**Compensation**) of the Agreement hereby is replaced in its entirety as follows:

   Early Termination Rights. For each Early Termination Right obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee of ⅓ of one (1) month's Gross Occupancy Cost per Lease; provided, however, if the Company has to agree to waive Occupancy Cost Savings related to free rent, reductions in base rent or extra charges and cure waivers which were previously obtained by A&G for a Lease to obtain an Early Termination Right for that Lease, then A&G shall earn and be paid a fee of twenty percent (20%) of one (1) month's Gross Occupancy Cost for that Lease (the "Early Termination Right Fee").

2. The following new paragraphs are added to Section C (**Payment of Fees**) of **Schedule C** (**Compensation**) of the Agreement, but solely with respect this Fourth Amendment:

   For each new Monetary Lease Modification specific to a reduction in Lease Term (the "New Lease Term MLM") obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee, per Lease, in the amount of the greater of: (a) the difference

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Agreement.

between the fee previously earned by A&G pursuant to Subsection 4(a) of Section B of Schedule C of the Agreement[2] for a Monetary Lease Modification and the fee earned by A&G for a New Lease Term MLM as calculated in accordance with Subsection 4(a) of Section B of Schedule C of the Agreement; and (b) $3,500 (the "New Lease Term MLM Fee").  For the avoidance of doubt, in the event a Monetary Lease Modification was not obtained by A&G prior to this Fourth Amendment, the fee earned by and payable to A&G for a New Lease Term MLM shall be calculated in accordance with Subsection 4(a) of Section B of Schedule C of the Agreement.

A&G shall earn only an Early Termination Right Fee or a New Lease Term MLM Fee per Lease.  The Company shall pay to A&G the Early Termination Right Fee and the New Lease Term MLM Fee upon the Effective Date[3] of the Plan, or as soon as reasonably practicable thereafter.

All other terms and conditions of the Agreement shall remain in full force and effect and not changed by this Fourth Amendment. Capitalized terms used but not defined herein have the meanings ascribed to them in the Original Agreement.

IN WITNESS WHEREOF, the Parties have caused this Fourth Amendment to be executed by their respective duly authorized representatives effective as of the Fourth Amendment Date.

RITE AID CORPORATION

By _Paul Davidovicz_____

Name:  Paul Davidovicz

Title:    GVP Store Development

A&G REALTY PARTNERS, LLC

---

[2] For ease of reference, that Subsection states:

Monetary Lease Modifications. For each Monetary Lease Modification, but for reduction in Lease Term, obtained by A&G on behalf of the Company, A&G shall earn and be paid a fee in the amount of two percent (2%) of the Occupancy Cost Savings in years 1 through 5 of the remaining Lease Term and one percent (1%) of the Occupancy Cost Savings in any years of the Lease Term remaining including with respect to any unexercised option period(s) which the Company requests A&G to obtain. For each Monetary Lease Modification, specific to reduction in Lease Term, A&G shall earn and be paid a fee in the amount of one and a half percent (1.5%) of the Occupancy Cost Savings in years 1 through 5 of the remaining Lease Term and one percent (1%) of the Occupancy Cost Savings in any years of the Lease Term remaining thereafter (for avoidance of doubt no Monetary Lease Modification fee shall be applicable to any amendment to an option term).

[3] As defined in the *Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates* [Docket No. 42] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

2

DocuSign Envelope ID: 60868FE8-2E4F-40D6-A16F-90DF365754EF

DocuSigned by:

*Andrew Graiser*

By:_____ 1EA4BAF90E624FF...    _____

Name:  Andy Graiser

Title:   Co-President

3

By:_____ 1EA4BAF90E624FF...