**Caption in Complaint with D.N.J. LBR 9004-1(b)**

Javier L. Merino, Esq., Atty ID: #078112014
The Dann Law Firm, P.C.
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

*Attorneys for the Ad Hoc Committee for NAS Children and West Virginia NAS Claimants*

---------------------------------------------------------x
In re:                                                                                  Chapter 11

RITE AID CORPORATION, *et al.*,[1]                              Case No. 23-18993 (MBK)

                                                    Debtors.        (Jointly Administered Requested)
---------------------------------------------------------x

**THE NAS AD HOC COMMITTEE OF NAS CHILDREN AND WEST VIRGINIA NAS CLAIMANTS' NOTICE OF APPEAL OF CONFIRMATION OF PLAN (Doc. No. 4532)**

Pursuant to Fed. R. Bankr. 8002(a)(2), the NAS Ad Hoc Committee of NAS Babies and the West Virginia NAS Claimant's respectfully appeals this Court's August 16, 2024 *Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (with Further Modification)* (Doc. No. 4532), and all interlocutory orders related to or merged within the Confirmation Order. *See* Fed. R. Bankr. 8002(a). A copy of the Confirmation Order is attached as Exhibit A to this Notice of Appeal.

The names and counsel of the other parties to the ruling and order from which the Appeal

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

is taken are:

| Debtors | Counsel for Debtors and Debtors-in-Possession |
|---|---|
| Rite Aid Corporation<br>1515 West State Street, Boise, Idaho, LLC<br>1740 Associates, L.L.C.<br>4042 Warrensville Center Road - Warrensville Ohio, Inc.<br>5277 Associates, Inc.<br>5600 Superior Properties, Inc.<br>Advance Benefits, LLC<br>Apex Drug Stores, Inc.<br>Ascend Health Technology LLC<br>Broadview and Wallings-Broadview Heights Ohio, Inc.<br>Design Rx Holdings LLC<br>Design Rx, LLC<br>Designrxclusives, LLC<br>Drug Palace, Inc.<br>Eckerd Corporation<br>EDC Drug Stores, Inc.<br>Elixir Holdings, LLC<br>Elixir Pharmacy, LLC<br>Elixir Puerto Rico, Inc.<br>Elixir Rx Options, LLC<br>Elixir Rx Solutions of Nevada, LLC<br>Elixir Rx Solutions, LLC (0786)<br>Elixir Rx Solutions, LLC (1427)<br>Elixir Savings, LLC<br>First Florida Insurers of Tampa, LLC<br>GDF, Inc.<br>Genovese Drug Stores, Inc.<br>Gettysburg and Hoover-Dayton, Ohio, LLC<br>Grand River & Fenkell, LLC<br>Harco, Inc.<br>Health Dialog Services Corporation<br>Hunter Lane, LLC<br>ILG – 90 B Avenue Lake Oswego, LLC<br>JCG (PJC) USA, LLC<br>JCG Holdings (USA), Inc.<br>Juniper Rx, LLC<br>K & B Alabama Corporation<br>K & B Louisiana Corporation<br>K & B Mississippi Corporation<br>K & B Services, Incorporated | Michael D. Sirota, Esquire<br>Warren A. Usatine, Esquire<br>Felice R. Yudkin, Esquire<br>Seth Van Aalten, Esquire (pro hac vice)<br>Cole Schotz, P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>(201) 489-3000<br>*Attorney for Debtors*<br><br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (pro hac vice)<br>Aparna Yenamandra, P.C. (pro hac vice)<br>Ross J. Fiedler (pro hac vice)<br>Zachary R. Manning (pro hac vice)<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>*Co-counsel for Debtors* |

| | |
|---|---|
| K&B Texas Corporation<br>K & B, Incorporated<br>K & B Tennessee Corporation<br>Lakehurst and Broadway Corporation<br>Laker Software, LLC<br>Maxi Drug North, Inc.<br>Maxi Drug South, L.P.<br>Maxi Drug, Inc.<br>Maxi Green, Inc.<br>Munson & Andrews, LLC<br>Name Rite, L.L.C.<br>P.J.C. Distribution, Inc.<br>P.J.C. Realty Co., Inc.<br>PDS-1 Michigan, Inc.<br>Perry Drug Stores, Inc.<br>PJC Lease Holdings, Inc.<br>PJC Manchester Realty LLC<br>PJC of Massachusetts, Inc.<br>PJC of Rhode Island, Inc.<br>PJC of Vermont, Inc.<br>PJC Peterborough Realty LLC<br>PJC Realty MA, Inc.<br>PJC Revere Realty LLC<br>PJC Special Realty Holdings, Inc.<br>RCMH LLC<br>RDS Detroit, Inc.<br>READ's Inc.<br>RediClinic Associates, Inc.<br>RediClinic of PA, LLC<br>RediClinic LLC<br>Rite Aid Drug Palace, Inc.<br>Rite Aid Hdqtrs. Corp.<br>Rite Aid Hdqtrs. Funding, Inc.<br>Rite Aid Lease Management Company<br>Rite Aid of Connecticut, Inc.<br>Rite Aid of Delaware, Inc.<br>Rite Aid of Georgia, Inc.<br>Rite Aid of Indiana, Inc.<br>Rite Aid of Maine, Inc.<br>Rite Aid of Maryland, Inc.<br>Rite Aid of Michigan, Inc.<br>Rite Aid of New Hampshire, Inc.<br>Rite Aid of New Jersey, Inc.<br>Rite Aid of New York, Inc.<br>Rite Aid of North Carolina, Inc.<br>Rite Aid of Ohio, Inc. | |

3

| | |
|---|---|
| Rite Aid of Pennsylvania, LLC<br>Rite Aid of South Carolina, Inc.<br>Rite Aid of Tennessee, Inc.<br>Rite Aid of Vermont, Inc.<br>Rite Aid of Virginia, Inc.<br>Rite Aid of Washington, D.C. Inc.<br>Rite Aid of West Virginia, Inc.<br>Rite Aid Online Store, Inc.<br>Rite Aid Payroll Management, Inc.<br>Rite Aid Realty Corp.<br>Rite Aid Rome Distribution Center, Inc.<br>Rite Aid Specialty Pharmacy, LLC<br>Rite Aid Transport, Inc.<br>Rite Investments Corp.<br>Rite Investments Corp., LLC<br>Rx Choice, Inc.<br>Rx Initiatives L.L.C.<br>The Bartell Drug Company<br>The Jean Coutu Group (PJC) USA, Inc.<br>The Lane Drug Company<br>Thrift Drug, Inc.<br>Thrifty Corporation<br>Thrifty PayLess, Inc.<br>Tonic Procurement Solutions, LLC<br>Richfield Road – Flint, Michigan, LLC<br>LMW - 90B Avenue Lake Oswego, Inc.<br>Rx USA, Inc.<br>RediClinic of Dallas-Fort Worth, LLC<br>RediClinic of DC, LLC<br>RediClinic of MD, LLC<br>RediClinic of VA, LLC<br>RediClinic US, LLC<br>RediClinic of DE, LLC<br>Rite Aid of Kentucky, Inc. | |

| | | |
|---|---|---|
| DATED: August 30, 2024 | BY: | THE DANN LAW FIRM<br>/s/ Javier L. Merino<br>Javier L. Merino, Esq.<br>*Counsel for Ad Hoc NAS Opioid Committee*<br><br>Brian D. Flick (OH #0081605)*<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Tel: (513) 645-3488 |

4

Fax: (216) 373-0536
notices@dannlaw.com
*Admitted Pro Hac Vice

*Co-Counsel for Ad Hoc NAS Opioid Committee*

Stephen P. New, Esq. (WVSB #7756)*
Stephen New & Associates
430 Harper Park Drive
P.O. Box 5516
Beckley, WV  25801
Phone: (304) 250-6017
steve@newlawoffice.com

**Admitted Pro Hac Vice*

*Attorneys for Movants/Creditors Kelly Mangus, Next Friend and Guardian of Minor Child LM.; Tammy Boswell, Next Friend and Guardian of Minor Children B.E.B. and S.F.B.; Travis Blankenship, Next Friend and Guardian of Minor Children D.Z.B.; Stacey Anderson, Next Friend and Guardian of Minor Children L.A.A. and  T.L.A., ; Thomas Paynter, Next Friend and Guardian of Minor Children Z.B. and N.B.; Brandy Swift, Next Friend and Guardian of Minor Children S.R.S., M.K.S., J.S.; Dianna Brooks, Next Friend and Guardian of Minor Children A.W.R.; Donna Johnson, Next Friend and Guardian of Minor Children L.M.J.; Timothy Lambert, Next Friend and Guardian of Minor Children M.D.L. and T.J.L.; Stacy Stacey, Next Friend and Guardian of Minor Children T.K.L.; Stacey Harris, Next Friend and Guardian of Minor Children N.M.B, Jennifer Artz, Next Friend and Guardian of Child I.A.A.; Melissa Barnwell, Next Friend and Guardian of Child C.G.; Brandi Braumbarger, Next Friend and Guardian of J.B.B.; Gloria Cruz, Next Friend and Guardian of C.E.L.; Christina Delancey, Next Friend and Guardian of A.J.W*

5