| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re: Rite Aid Hdqtrs. Corp. | Chapter 11  Case Number: 23-18999 | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: SAS Institute Inc. (The person or other entity to whom the debtor owed money or property.)  Name and Addresses Where Notices Should Be Sent: K&L Gates LLP, Attn: Brandy A. Sargent One SW Columbia Street, Suite 1900 Portland, OR 97204 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request: ☐ replaces a previously filed request, dated: ☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

☐ Goods Sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries and compensations (Fill out below)

Provide last four digits of your social security number _____

2. DATE DEBT WAS INCURRED: January 16, 2024

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: 97,115.08 _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:

☐ Real Estate   ☐ Motor Vehicle
☐ Other (Describe briefly) _____

Value of Collateral: $_____

☒ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: 9/30/2024 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any). Karen L. Day, Assistant Corporate Secretary  */s/ Karen L. Day* |
|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with D.N.J. LBR 3001-1(b).
                                                                                                                    rev.8/1/15

**Supplement to Request for Payment of Administrative Expense Claim
Filed by SAS Institute Inc.**

1.  <u>Proof of Claim</u>: SAS Institute Inc. ("<u>Claimant</u>") submits this supplement to its Request for Payment of Administrative Expense Claim (the "<u>Administrative Claim</u>") filed against Debtor Rite Aid Hdqtrs. Corp. ("<u>Debtor</u>") in Case No. 23-18999. On October 15, 2023 (the "<u>Petition Date</u>"), the Debtor and certain of its affiliates (collectively, the "<u>Debtors</u>") filed petitions for relief under chapter 11 of the Bankruptcy Code.

Post-petition, on or about January 16, 2024, Claimant and the Debtor entered into that certain Order Form Number 2023-014467 (the "<u>Order Form</u>") in respect of Master License Agreement Number 36530, pursuant to which Claimant provides certain software licensing services to the Debtor. A true and accurate copy of the Order Form is attached hereto as <u>Exhibit A</u>. The initial license period of the Order Form extended through September 14, 2024. On August 5, 2024, Claimant issued Invoice No. 70108456, in the amount of $97,115.08 (the "<u>Invoice</u>"), to the Debtor for software license fees for the new license period beginning September 15, 2024 and extending through September 14, 2025. A true and accurate copy of the Invoice is attached hereto as <u>Exhibit B</u>. As of the date hereof, the Invoice has not been paid, yet the Debtor has continued to utilize the services. The Invoice represents amounts owed under a post-petition contract for services rendered post-petition, and Claimant's Administrative Claim for such amounts is entitled to priority as an administrative expense claim.

Pursuant to the Debtors' plan of reorganization, which was confirmed on August 16, 2024, all of the Debtors' executory contracts and unexpired leases not specifically designated on a Schedule of Assumed Contracts were deemed rejected as of August 30, 2024. Although the new license period is entirely post-confirmation, this Administrative Claim is being filed out of an abundance of caution. In the event that the Order Form was rejected, all amounts owed under the

Invoice are entitled to administrative expense priority. Out of an abundance of caution, Claimant is also filing a rejection damages claim, which is not intended to be duplicative of this Administrative Claim.

2. <u>Right to Amend</u>: Claimant reserves the right to (a) amend and/or supplement this Administrative Claim at any time and in any manner; (b) to file additional proofs of claim for any additional claim(s) that may be based on the same or additional documents or grounds of liability; and (c) assert this Administrative Claim against a different debtor entity that may be responsible for the indebtedness. This Administrative Claim is not, and shall not be deemed to be, a waiver of any claim by Claimant.

3. <u>Jurisdiction</u>: The filing of this Administrative Claim is not and shall not be deemed or construed as (a) a waiver or release by Claimant of any rights against any person, entity or property; (b) a consent by Claimant to the jurisdiction of any court with respect to proceedings, if any, commenced in any case otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury, or Claimant's consent to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related thereto, notwithstanding the designation or not of such matters as core proceedings pursuant to 28 U.S.C. § 157 or otherwise; (d) a waiver or release of Claimant's right to have, or to assert that, any and all final orders in any and all matters or proceedings be entered only after *de novo* review by a judge of the United States District Court; (e) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Administrative Claim, any objection thereto or other proceeding which may be commenced in this case or otherwise involving Claimant; (f) an election of remedies or choice of law; (g) a waiver or release of or any other limitation on Claimant's right to assert that any

portion of the claims asserted herein are entitled to treatment as priority claims or as administrative claims under §§ 503(b) and 507(a) of the Bankruptcy Code; or (h) a waiver of any rights, claims, actions or defenses, setoffs, recoupments or other matters to which Claimant is entitled under any agreements, at law, in equity or otherwise.

# EXHIBIT A

**Order Form**

Order Form Number: 2023-014467



# Order Form*

| | |
|---|---|
| SAS Institute Inc. ("**SAS**")<br>SAS Campus Drive<br>Cary, NC 27513 USA<br>Tel: (919) 677-8000<br>www.sas.com | Customer: Rite Aid Hdqtrs. Corp. ("**Customer**") |
| | Address: 200 Newberry Commons, Etters, PA 17319 |
| | Taxpayer ID/VAT/GST Number:  Currency:<br><br>USD |

**Software**

The effective date will be earlier of the 15th or the last date of the month immediately following Customer's acceptance or signature.

| Offering | Pricing Metrics, Quantity and Other Usage Parameters | Operating System |
|---|---|---|
| SAS IT Resource Management | Capacity Based (up to 3000 MIPS) | OS |
| SAS IT Resource Management Client | PC Use (5) | WNDW |

\*  This Order Form supersedes and replaces Supplement Number 2 under Master License Agreement Number 36530 between SAS and Customer and transfers the Offerings listed on this Order Form from that agreement to this Order Form and Agreement and to the Customer listed above.

**Term and Fees**

| Term | Fee | Committed Period | Option Period |
|---|---|---|---|
| License Period 1 (15SEP2023 through 14SEP2024) | $87,255 | √ | |
| License Period 2 (15SEP2024 through 14SEP2025) | $91,618 | √ | |

**Invoicing**

SAS will cancel invoice number 70092744 dated 01AUG23 in the amount of $94,252.02 on or around execution of this Order Form. Fee for License Period 1 will be invoiced on or around the date Customer executes this Order Form. The Fee for License Period 2 will be invoiced in advance of License Period 2. Payment terms for all invoices are net sixty (60) days.

**Pricing Metrics and Additional Usage Parameters**

- **Enterprise Use -** For this Order Form, the Territory is global. Users may use the Offering for the benefit of Customer and its Related Entities, subject to the applicable Pricing Metric. Unless the Pricing Metric is based on the processing capacity of the Authorized Environment, the Pricing Metric quantity is determined by combining the quantity associated with Customer and its Related Entities benefitting from the use of the Offering. If Customer expands the use of the Offering to benefit additional Related Entities, Customer will notify SAS of any increase to the Pricing Metric quantity and pay any applicable additional Fees. If the Pricing Metric is based on the processing capacity of the Authorized Environment, the Pricing Metric quantity is calculated separately for each Authorized Environment used for production purposes based on the processing capacity of the Authorized Environment.

- **PC Use** - The Fee is based on the greater of either (i) the total number of Users (not concurrent) authorized to access the Software or (ii) the total number of personal computers on which the Software will be installed and available for processing on the designated operating system.

- **Capacity Based** – The Fee is based on the total processing power of the Authorized Environment on which the Software is installed. With respect to server hardware, processing power includes each processor core contained within the Authorized Environment. With respect to mainframe hardware, processing power is based on Millions of Instructions Per Second ("MIPS").

**Additional Terms applicable during the Committed Period:**

The following is added to Section 15 (Insurance) of the Universal Terms: The Commercial General Liability and Automobile Liability policies will include Customer, its affiliates and subsidiaries, as an additional insured.

The first sentence of the *Applicability* subsection 10.3 under the Universal Terms is superseded and replaced with the following:

Applicability. This section does not apply to: (a) the *Indemnification by SAS* section, (b) the *Indemnification by Customer* section, (c) claims arising out of SAS' intentional or willful misconduct, or (d) either party's violation of the other's intellectual property rights.

The first sentence of the *Indemnification by SAS* section of the Universal Terms is superseded and replaced with the following:

Provided Customer complies with the Agreement, SAS will defend and indemnify Customer for any third-party claim against Customer for: (a) any copyright, patent, trade secret or other intellectual property rights violation relating to the Software, Work Product, or any Software or Work Product included in a SAS Cloud Offering; (b) bodily injury, death or damage to tangible property, arising solely from actions for which SAS is legally responsible; or (c) damages arising out of SAS' intentional or willful misconduct.

**How this Order Form Works**

This Order Form is governed by and incorporates the following documents. All documents are listed in order of precedence, and are collectively referred to as the "**Agreement**":

| Document | Location* |
|---|---|
| This Order Form | Not Applicable |
| Software Addendum | https://www.sas.com/addendum-software |
| SAS Universal Terms | https://www.sas.com/universal-terms |

The individual signing or accepting this Order Form must have the authority to bind Customer to the Agreement.

Accepted on behalf of Customer by

Full Name: *Christine Rose* (DocuSigned by: 74FED81D0068422...)

Date Accepted: 1/16/2024 | 8:09 AM CST

**SAS INTERNAL USE**:

5859370 COMIT

ECS/08JAN24

T31093

LGL5723/Sept21

**EXHIBIT B**

**INVOICE**

**§sas**
THE POWER TO KNOW.

SAS INSTITUTE INC. (US)
SAS Campus Dr
Cary, NC 27513-8617
US
Tel: 1-919-677 8000
Fax: 1-919-695 4444
Federal ID No: 56-1133017
www.sas.com

**Invoice 70108456**
License Agreement 36530

CONFIDENTIAL

| | |
|---|---|
| **Bill To** | **Tax Address** |
| Elizabeth Braddock | |
| Rite Aid Headquarters Corp | Rite Aid Headquarters Corp |
| 200 Newberry Cmns | 200 Newberry Cmns |
| Etters, PA  17319 | Etters, PA  17319 |
| United States | United States |

| | |
|---|---|
| Invoice Date | 05-Aug-2024 |
| Payment Terms | Net 60 Days |
| Customer No | 4018331 |
| Purchase Order No | |

**Total in USD**  **97,115.08**
Due 04-Oct-2024

**Remittance Instructions**

For immediate payment application, you are required to include **Invoice 70108456** and **Customer No 4018331** on your remittance. For inquiries, please email accounts.receivable@sas.com or call (919) 531-9400.

| **Transfer payment** | | **Credit card payments** | **Mail payment** |
|---|---|---|---|
| Bank | Bank of America | https://www.sas.com/paysas | SAS Institute Inc. |
| Name | SAS Institute Inc. | | PO Box 406922 |
| Account # | ████8108 | | Atlanta, GA  30384-6922 |
| ACH # | ████0-196 | | |
| WIRE # | ████9-593 | | |
| SWIFT # | BOFAUS3N | | |
| Remittance | paymentdetail@sas.com | | |

| Description | Amount |
|---|---|
| ID 518754 | |
|     15-Sep-2024 to 14-Sep-2025 | |
|         70047200/SAS Software License Fees | 91,618.00 |
| Tax for Etters, PA, York County, 17319-9363 - 6.000% | 5,497.08 |
| | |
| Line Total | 91,618.00 |
| Tax Total | 5,497.08 |
| Total in USD | 97,115.08 |

**Additional Notes**
Primary Customer Contact: Ensono LLC

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS Institute Inc. in the USA and other countries. ® indicates USA registration. Other brand and product names are trademarks of their respective companies.



SAS INSTITUTE INC. (US)
SAS Campus Dr
Cary, NC 27513-8617
US
Tel: 1-919-677 8000
Fax: 1-919-695 4444
Federal ID No: 56-1133017
**www.sas.com**

**Invoice 70108456**

**License Agreement 36530**

CONFIDENTIAL

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS Institute Inc. in the USA and other countries. ® indicates USA registration. Other brand and product names are trademarks of their respective companies.