| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>RITE AID CORPORATION, et al.[1] | Case No.: 23-18993 (MBK)<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

Order Filed on October 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER DENYING MOTION
# FOR PAYMENT OF ADMINSTRATIVE CLAIM

The relief set forth on the following page is **ORDERED**.

**DATED: October 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Presently before the Court is a Motion for Payment of Administrative Claims ("Motion") (ECF No. 4843) filed by ACV RAD Toledo, LLC ("Landlord").

**IT IS HEREBY ORDERED THAT:**

For reasons set forth in this Court's Letter Opinion (ECF No. 5302) issued on October 24, 2024, the Motion is denied as set forth therein.