UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kimberly Porter,
4232 Richmond Street
Philadelphia, PA 19137

**Order Filed on October 30, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>RITE AID CORPORTION, *et al.*,<br>Debtors.[1] | Case No.: | 23-18993-MBK |
| | Chapter: | Chapter 11 |
| | Hearing Date: | October 31, 2024 |
| | Judge: | Hon. Michael B. Kaplan |

**ORDER GRANTING KIMBERLY PORTER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ALLOWING HER TO FILE A PERSONAL INJURY ACTION AGAINST NON-DEBTORS, ADVANCE CLEANING SERVICES, INC. AND ON TARGET MAINTENANCE, INC.**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on a Motion for Relief from the Automatic Stay filed on behalf of Kimberly Porter (the "Motion"). The Motion seeks authority to pursue a civil action against non-debtors, Advance Cleaning Services, Inc. and On Target Maintenance, Inc., in state court. The Court has considered the submission of the parties.

After due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Cause exists for the Court to terminate the automatic stay and permit Kimberly Porter to file a personal injury action against Advance Cleaning Services, Inc. and On Target Maintenance, Inc.

3. The Court waives the 14-day waiting period provided for in Fed.R.Bankr.P. 4001(a)(3) and D.N.J. LBR 9013-1(b) and the automatic stay shall no longer be in effect upon entry of this Order.