UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960-5122
(973) 992-4800; (973) 992-9125 (fax)
Joseph J. DiPasquale, Esquire
Howard A. Cohen, Esquire
Michael R. Herz, Esquire
jdipasquale@foxrothschild.com
hcohen@foxrothschild.com
mherz@foxrothschild.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Brian S. Hermann (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Douglas R. Keeton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
bhermann@paulweiss.com
chopkins@paulweiss.com
dkeeton@paulweiss.com

*Co-Counsel to the Ad Hoc Group of Secured Noteholders*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>     Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 23-18993<br><br>Jointly Administered |

---

[1] The last four digits of Reorganized Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Reorganized Debtors in these chapter 11 cases and each such Reorganized Debtor's tax identification number may be obtained on the website of the Reorganized Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Reorganized Debtor Rite Aid Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS FOR BRIAN HERMANN**

---

**PLEASE TAKE NOTICE** that Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") is co-counsel to the Ad Hoc Group of Secured Noteholders.

**PLEASE TAKE FURTHER NOTICE** that on October 24, 2023, the Court entered an Order permitting Brian S. Hermann to appear *pro hac vice. See* Docket No. 246.

**PLEASE TAKE FURTHER NOTICE** that Mr. Hermann's appearance is hereby withdrawn and the undersigned respectfully requests that Mr. Hermann's name be removed from the Court's mailing matrix and service list for these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Group of Secured Noteholders continues to be represented by Paul Weiss and Fox Rothschild LLP in these chapter 11 cases.

Dated: February 12, 2025

*/s/ Joseph J. DiPasquale*
**FOX ROTHSCHILD LLP**
Joseph J. DiPasquale, Esquire
Howard A. Cohen, Esquire (admitted *pro hac vice*)
Michael R. Herz, Esquire
49 Market Street
Morristown, NJ 07960-5122
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
hcohen@foxrothschild.com
jdipasquale@foxrothschild.com
mherz@foxrothschild.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg (admitted *pro hac vice*)
Brian A. Hermann (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Douglas R. Keeton (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
arosenberg@paulweiss.com
bhermann@paulweiss.com
chopkins@paulweiss.com
dkeeton@paulweiss.com


*Co-Counsel to the Ad Hoc Group of Secured Noteholders*

3