**RUPP PFALZGRAF** LLC
Benjamin D. Burge, Esq.
1600 Liberty Building
Buffalo, New York 14202
Tel: (716) 854-3400
Email: burge@rupppfalzgraf.com

*Attorneys for Perry's Ice Cream Co. Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Rite Aid Corporation, et al.,[1] | Case No. 23-18993 (MBK)<br>(Jointly Administered) |
| Debtors. | HEARING DATE AND TIME:<br>March 20, 2025 at 10:00 a.m. |
| | ORAL ARGUMENT WAIVED UNLESS OBJECTION TIMELY FILED |

### NOTICE OF PERRY'S ICE CREAM CO. INC.'S MOTION FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO:   ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **March 20, 2025, at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard, Perry's Ice Cream Co. Inc. ("Perry's"), by and through its undersigned counsel, shall move before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608 for entry of an order pursuant to 11 U.S.C. § 503(b)(1)(A) allowing

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these Chapter 11 Cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Perry's administrative expense claim and compelling the immediate payment thereof (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed form of Order granting the relief requested in the Motion also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in- interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received on or before March 13, 2025.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/RiteAid. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 14, 2025

/s/ *Benjamin D. Burge, Esq.*
Benjamin D. Burge, Esq.
**RUPP PFALZGRAF** LLC
1600 Liberty Building
Buffalo, New York  14202
Tel: (716) 854-3400
Email: burge@rupppfalzgraf.com

*Attorneys for Perry's Ice Cream Co. Inc.*

## Service List

**Counsel for the Debtors**

Edward O. Sassower, Joshua A. Sussberg
Aparna Yenamandra, Ross J. Fiedler
Zachary R. Manning
**Kirkland & Ellis LLP**
601 Lexington Ave.
New York, NY 10022
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

Michael D. Sirota, Warren A. Usatine
Felice R. Yudkin, Seth Van Aalten
**Cole Schotz, P.C.**
Court Plaza North, 25 Main St.
Hackensack, NJ 07601
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

**Counsel to the DIP Agents**

John F. Ventola, Jonathan D. Marshall,
Mark D. Silva
**Choate, Hall & Stewart, LLP**
Two International Place
Boston, MA 02110
jventola@choate.com
jmarshall@choate.com
msilva@choate.com

Alan J. Brody, Oscar N. Pinkas
**Greenberg Traurig LLP**
500 Campus Dr., Ste. 400
Florham Park, NJ 07932
brodya@gtlaw.com
pinkaso@gtlaw.com

**Counsel to the Committees**

Adam Rogoff, Rachael Ringer
Megan Wasson, Rose Bagley
Kenneth Eckstein
**Kramer, Levin, Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
arogoff@kramerlevin.com
rringer@kramerlevin.com
mwasson@kramerlevin.com
rbagley@kramerlevin.com
keckstein@kramerlevin.com

James S. Carr, Robert L. LeHane,
Kristin S. Elliott
**Kelley Drye & Warren LLP**
One Jefferson Rd.
Parsippany, NJ 07054
jcarr@kelleydrye.com
kelliott@kelleydrye.com
rlehame@kelleydrye.com

Arik Preis, Mitchell P. Hurley,
Kate Doorley, Theodore James Salwen,
Brooks Barker
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
apreis@akingump.com
mhurley@akingump.com
jsalwen@akingump.com
bbarker@akingump.com

Arthur Abramowitz, Ross Switkes
**Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.**
308 Harper Dr., Ste. 200
Morrestown, NJ 08057
aabramowitz@shermansilverstein.com
rswitkes@shermansilverstein.com

**Counsel to the US Trustee**

Lauren Bielskie
**DOJ-Ust**
One Newark Center, Ste. 2100
Newark, NJ 07102
lauren.bielskie@usdoj.gov

Jeffrey M. Sponder
**Office of the U.S. Trustee**
One Newark Center
Newark, NJ 07102
jeffrey.m.sponder@usdoj.gov