| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Thomas A. Pitta<br>Courtney Leon<br>**EMMET, MARVIN & MARTIN, LLP**<br>Tel: (212) 238-3000<br>Fax: (212) 238-3100<br>Email: tpitta@emmetmarvin.com<br>         cleon@emmetmarvin.com<br><br>*Counsel for Thomas A. Pitta,*<br>*as Trustee of RAD Sub-Trust A* |

| In re:                              | Chapter 11                  |
|-------------------------------------|-----------------------------|
| RITE AID CORPORATION, *et al.*,     | Case No. 23-18993 (MBK)     |
| Debtors.[1]                         | (Jointly Administered)      |

**NOTICE OF HEARING ON MOTIONS OF RAD SUB-TRUST A FOR ORDERS:
(A) ENFORCING THE PLAN AND CONFIRMATION ORDER
AGAINST MCKESSON CORPORATION AND GRANTING RELATED
RELIEF ("MOTION TO COMPEL"); AND (B) AUTHORIZING RAD
SUB-TRUST A TO FILE UNDER SEAL THE MOTION TO COMPEL**

**PLEASE TAKE NOTICE** that the hearing on: (A) the motion of RAD Sub-Trust A (the

"Trust"), formed pursuant to the confirmed Second Amended Joint Chapter 11 Plan of

Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications),

dated August 16, 2024 (the "Plan") of Rite Aid Corporation ("Rite Aid"), the above-captioned

debtor and its debtor affiliates, or post-Effective Date Debtors, the Reorganized Debtors or Wind-

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Down Debtors, as applicable (collectively, the "Debtors" or "Reorganized Debtors"), for entry of an Order (i) finding that McKesson Corporation ("McKesson") has violated the Plan Injunction; (ii) enforcing the Plan Injunction; (iii) directing that McKesson cease interfering with the implementation of the Plan and enter into an assignment agreement with the Trust to assign to the Trust the Requested Antitrust Claims; (iv) awarding attorney fees and costs in an amount to be determined; and (v) granting related relief (the "Motion to Compel"); and (B) the Trust's motion for entry of an order authorizing the Trust to file under seal and redact certain portions of Motion to Compel; will be held on **July 23, 2025 at 11 a.m. (prevailing Eastern Time)** or as soon thereafter as counsel may be heard (the "Hearing") before the Hon. Judge Michael B. Kaplan, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Motions sets forth the relevant factual bases upon which the relief requested therein should be granted. Proposed orders granting the relief requested in the Motions are also submitted therewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the U.S. Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-

in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received on or before **July 16, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the relief in the Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motions shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/RiteAid. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: June 10, 2025 | By: */s/ John Dellaportas* <br> John Dellaportas <br> Jennifer R. Pierce <br> **EMMET, MARVIN & MARTIN, LLP** <br> Tel: (212) 238-3000 <br> Fax: (212) 238-3100 <br> Email: jdellaportas@emmetmarvin.com <br> jpierce@emmetmarvin.com <br><br> *Counsel for Thomas A. Pitta, as Trustee of the RAD Sub-Trust A* |

3