# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Rite Aid Corp.

New Rite Aid, LLC

Case No.: 23-18993  25-14861

Chapter: 11

Judge: Michael B. Kaplan

## Notice of Adjournment/Rescheduling by the Court

By way of this Notice, the Court advises the parties that the matter referenced below will be adjourned or rescheduled.

**Matter**: All Rite Aid Corp. and New Rite Aid matters on 6/30/25 calendar at 10:00am (see below)

**Current date and time**: Monday, June 30, 2025 at 10:00am

**New date and time**: Monday, June 30, 2025 at 11:30am

**Additional Notes**: The following matters are moved from 10:00am on 6/30/25 to 11:30am:
In Case No. 23-18993: ECF Nos. 5922, 5923, 5928
In Case No. 25-14861: ECF Nos. 473, 491, 438, 657

**Location of Hearing:** Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
  https://www.njb.uscourts.gov/riteaid2
- If by **Telephone**, please sign up through Court-Solutions
  (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)
- If **In-Person**, at the following address: Courtroom No. ___

**Court Appearances**:
- (●) Required by Zoom
- ( ) Required by Telephone
- ( ) Required In-Person
- ( ) Are NOT Required
- ( ) May be either In-Person or remotely via Telephone