**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re<br><br>RITE AID CORPORATION, et al.,<br><br>Debtor. | Case No. 3:23-bk-18993-MBK<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL FROM CASE, REQUEST TO STOP ELECTRONIC NOTICES AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

**PLEASE TAKE NOTICE** that by the filing of this *Notice of Withdrawal from Case, Request to Stop Electronic Notices and Request For Removal From Service List* ("Notice") the undersigned counsel for Panther Lake Property Owner, LLC ("Panther Lake"), a creditor, withdraws his appearance and requests that he be removed from this Court's electronic service list for this case.

<div align="center">
Dean G. Rallis Jr.<br>
HAHN & HAHN LLP<br>
301 E. Colorado Blvd., Ninth Floor<br>
Pasadena, CA 91101-1977<br>
(626) 796-9123<br>
Fax: (626) 449-7357<br>
drallis@hahnlawyers.com
</div>

DATED: July 7, 2025        /s/ *Dean G. Rallis Jr.*
<div style="margin-left:40%">
Dean G. Rallis Jr.<br>
HAHN & HAHN LLP<br>
301 E. Colorado Blvd., Ninth Floor<br>
Pasadena, CA 91101-1977<br>
(626) 796-9123<br>
Fax: (626) 449-7357<br>
drallis@hahnlawyers.com
</div>

DRALLIS\38378.00002\5223648.3

1

HAHN & HAHN LLP
LAWYERS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing on all parties who are scheduled to receive notice through the Court's CM/ECF system.

/s/ *Jessica L. Evans*
Jessica L. Evans

DRALLIS\38378.00002\5223648.3

2

HAHN & HAHN LLP
LAWYERS