Robert L. LeHane
Dana P. Kane
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
    dkane@kelleydrye.com
    cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta, as Trustee of
RAD Sub-Trust A*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**STATEMENT OF TRUSTEE PURSUANT TO
SECTION 3.15(b) OF THE RITE AID SUB-TRUST A AGREEMENT**

Thomas A. Pitta, not individually, but solely in his capacity as the Trustee (the "Trustee") of RAD Sub-Trust A (the "Trust"), by and through his undersigned counsel, hereby files this bi-annual statement (the "Statement") pursuant to Section 3.15(b) of that certain *Sub-Trust A Agreement*, dated August 30, 2024, by and among the (i) Debtors and Reorganized Debtors, acting through Rite Aid Corporation on their behalf, (ii) RAD Master Trust, acting through one of its trustees, Alan D. Halperin, (iii) RAD Sub-Trust B, acting through its trustee,

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Alan D. Halperin, and (iv) the Trust, acting through its trustee Thomas A. Pitta (the "Sub-Trust A Agreement") and states as follows:

1. Pursuant to the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and its Debtor Affiliates (With Further Modifications)*, dated August 15, 2024 (the "Plan")[2] and the order confirming the Plan (the "Confirmation Order"),[3] the Trust was established on August 30, 2024, *i.e.*, the effective date of the Plan (the "Effective Date").

2. Pursuant to Section 3.15(b) of the Sub-Trust A Agreement, the Trustee may provide the Sub-Trust A Beneficiaries with a bi-annual statement summarizing the activities of Sub-Trust A for the preceding six months, including any information the Trustee, in his discretion, determines is appropriate.

3. On March 28, 2025, the Trustee filed a report regarding the status of its monetization efforts with respect to the Sub-Trust A Assigned Claims and Sub-Trust A Assigned Insurance Rights for the preceding six months through February 28, 2025 [Docket No. 5840].

4. The bi-annual statement attached hereto as **Exhibit A** sets forth information for the period from the Effective Date through June 30, 2025.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Docket No. 4532, Ex. A. All terms capitalized but not defined herein have the meaning ascribed to them in the Plan or Confirmation Order, as applicable.

[3] Docket No. 4532.

Dated:  July 16, 2025 **KELLEY DRYE & WARREN LLP**

By: */s/ Robert L. LeHane*
Robert L. LeHane
Dane P. Kane
Connie Y. Choe
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
          dkane@kelleydrye.com
          cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta, as Trustee of RAD Sub-Trust A*

**EXHIBIT A**

**Bi-Annual Statement**

| **Rite Aid Sub-Trust A**<br>**Bi-Annual Statement Pursuant to Sub-Trust A Agreement Section 3.15(b)**<br>**Summary as of June 30, 2025** |
|---|
| Since the Effective Date, the Trustee has actively investigated, pursued, managed and/or participated in ongoing causes of action against third parties including, without limitation, the United States Department of Health and Human Services ("HHS") and antitrust class action claims against several pharmaceutical companies in various stages of litigation.<br><br>The Trustee has retained legal counsel to pursue additional litigation claims that the Trustee deemed to be viable, including but not limited to claims involving pharmacy benefit managers, directors and officers (D&O), and fraudulent transfers. The Trustee is also preparing to commence avoidance actions against parties receiving preferential transfers pursuant to section 547 of the Bankruptcy Code.<br><br>On May 5, 2025, Rite Aid filed again for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of New Jersey (Case No. 25-14861) (the "New Rite Aid Bankruptcy"). On May 16, 2025, the Sub-Trust A was appointed to serve as a member of the Official Committee of Unsecured Creditors in the New Rite Aid Bankruptcy. In that capacity, the Trustee actively monitors and participates in the bankruptcy proceedings to ensure the Trustee's ability to pursue the Assigned Claims against third parties is protected and that all necessary documents are preserved to safeguard the rights of its beneficiaries.<br><br>The New Rite Aid Bankruptcy has created complications for the Trustee, including delays in the production of documents and data required to pursue the Assigned Claims, communications with relevant Rite Aid personnel, and the transition of and cooperation with legal counsel. The Trustee is taking appropriate steps to address these matters and is actively engaged in discussions with the various stakeholders in the New Rite Aid Bankruptcy. |