

209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800

Nancy A. Temple
(312) 663-4456
ntemple@kattentemple.com

December 15, 2025

Hon. Michael B. Kaplan
United States Bankruptcy Judge
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

     Re:    In re Rite Aid, Case No. 23-18993 (MBK);
               *Pitta v. KMR Pharmacy, LLC;* Adv. Pro. No. 25-01762 (MBK)

Dear Judge Kaplan:

     We represent the defendant KMR Pharmacy, LLC in the above preference action brought by the Trustee for the RAD Sub-Trust A (the "Trustee") and respectfully object to the Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code ("Motion"). The grounds supporting this objection are set forth below.

     The Motion is unnecessary. The Bankruptcy Rules, Local Rules and this Court's procedures are sufficient and necessary to govern this adversary proceeding.

     Specifically, the Trustee seeks to limit the mediators to a list of six mediators the Trustee has unilaterally chosen. This Court has had a longstanding mediation program and the current list of approved mediators totals 55 mediators. There is no good reason to limit mediation to the Trustee's preferred mediators. The mediators all are well familiar with preference claims and defenses which are not unique to this bankruptcy proceeding. What is unique are the facts with respect to each defendant, such as what contracts existed, what services or goods were provided and when, the value of those services or goods, the ordinary business terms with respect to them, and other defenses that inherently depend on the unique facts with respect to each defendant. Accordingly, there is no particular efficiency achieved by using the

Hon. Michael B. Kaplan
December 15, 2025
Page 2

same limited pool of mediators chosen by the Trustee to mediate this action.

      Accordingly, on behalf of KMR Pharmacy, LLC, we respectfully object to the Motion.

                Sincerely,

                /s/ Nancy A. Temple

cc:    All Counsel of Record