| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Michael S. Neumeister (*pro hac vice* forthcoming) **COOLEY LLP** Two California Plaza 350 S. Grand Avenue, Suite 3200 Los Angeles, CA 90071 Tel.: (213) 561-3250 Fax: (213) 561-3244 mneumeister@cooley.com<br><br>Amanda L. Lindner **COOLEY LLP** 55 Hudson Yards New York, NY 10001 Tel.: (212) 479-6000 Fax: (212) 479-6275 alindner@cooley.com<br><br>*Counsel to Commerce Fabric, Inc. and Talking Rain Beverage Company, Inc.* |

Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[3]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br>Adv. Proc. No. 25-01688 (MBK)<br>Adv. Proc. No. 25-02276 (MBK)<br><br>(Jointly Administered) |

**<u>ORDER FOR ADMISSION PRO HAC VICE</u>**

The relief set forth on the following page is **ORDERED**.

**DATED: March 4, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Michael S. Neumeister be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 03/01/2024*