**THIS THIRD OMNIBUS OBJECTION SEEKS TO DISALLOW CERTAIN PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 ATTACHED TO THE PROPOSED ORDER.**

Robert L. LeHane, Esq.
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: rlehane@kelleydrye.com
dkane@kelleydrye.com
cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta, Trustee of RAD Sub-Trust A*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>**Hearing Date:** **September 3, 2026**<br>**Time:** **10:00 a.m. (ET)**<br>**Response Deadline:** **August 27, 2026** |

# THIRD OMNIBUS OBJECTION OF RAD SUB-TRUST A TO AMENDED AND SUPERSEDED CLAIMS

RAD Sub-Trust A (the "Trust"), by and through Thomas A. Pitta, solely in his capacity as trustee (the "Trustee"), by and through its undersigned counsel, hereby submits this omnibus objection (this "Objection") and respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), disallowing and expunging each

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

claim identified on **Schedule 1** to the Proposed Order (collectively, the "Amended and Superseded Claims," and the related claimants, the "Claimants"), because the Trust has determined that each Amended and Superseded Claim identified on Schedule 1 to the Proposed Order was amended and superseded by the corresponding Surviving Claim identified on Schedule 1 to the Proposed Order on behalf of the same claimant. In support of this Objection, the Trust submits the *Declaration of Thomas A. Pitta in Support of the Third Omnibus Objection of RAD Sub-Trust A to Amended and Superseded Claims* (the "Pitta Declaration"), attached hereto as **Exhibit B**. In further support of this Objection, the Trust states as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.). The Trust confirms its consent to the Court entering a final order in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief sought herein is section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 3007-2 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"). This Objection complies in all respects with Local Rules 3007-1 and 3007-2.

# BACKGROUND

## A. Case Background

4. On October 15, 2023 (the "Petition Date"), Rite Aid Corporation and certain of its affiliates (collectively, the "Debtors" or the "Reorganized Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court and their Chapter 11 Cases were jointly administered pursuant to rule 1015(b) of the Bankruptcy Rules under caption titled *Rite Aid Corporation, et al.*, Case No. 23-18993 (MBK).[2]

5. On August 16, 2024, the Bankruptcy Court entered and order (the "Confirmation Order")[3] confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications)* (the "Plan").[4] On August 30, 2024, the Effective Date of the Plan occurred.[5]

6. On the Effective Date, the Litigation Trust (the "RAD Master Trust")[6] was established under the Plan, together with RAD Sub-Trust A and RAD Sub-Trust B pursuant to the Sub-Trust A Agreement and the RAD Sub-Trust B Agreement, respectively (collectively, the "Trust Agreements"), and a trustee was appointed to each trust in accordance with its applicable Trust Agreement.[7]

---

[2] Docket No. 122.

[3] Docket No. 4532.

[4] Docket No. 4532, Ex. A. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

[5] Docket No. 4800.

[6] The substantially final form of the Master Trust Agreement was filed on August 31, 2024 as part of the Eleventh Amended Plan Supplement. Docket No. 4793.

[7] The substantially final form of the Sub-Trust A Agreement was filed on August 31, 2024 as part of the Eleventh Amended Plan Supplement. Docket No. 4793. The substantially final form of the Sub-Trust B Agreement was filed on August 31, 2024 as part of the Eleventh Amended Plan Supplement. Docket No. 4793.

7. The Plan and Confirmation Order provided that the Reorganized Debtors, the Master Trust or the Trust, as applicable, have the exclusive authority to "[f]ile, settle, compromise, withdraw, or litigate to judgment any objections to Claims as permitted under the Plan."[8] In addition, the Reorganized Debtors were given the authority to "allow, disallow and reconcile General Unsecured Claims that are not Tort Claims" (the "Non-Tort General Unsecured Claims"), while the Master Trust or RAD Sub-Trust B have "exclusive authority to allow, disallow, or otherwise resolve Tort Claims."[9] Any distributions on account of General Unsecured Claims were to be administered by the Master Trust or any GUC Sub-Trust, and not by the Debtors.

8. On March 5, 2026, the Court approved the *Stipulation and Agreed Order Between the Wind-Down Debtor and RAD Sub-Trust A Regarding Reconciliation of the Non-Tort General Unsecured Claims Asserted in the 2023 Rite Aid Cases* (the "Claims Reconciliation Stipulation"), which provides for, among other things, the Trust to assume sole authority and responsibility for the reconciliation of all Non-Tort General Unsecured Claims.[10]

**B. The Bar Dates**

9. On November 20, 2023, the Court entered an order establishing certain dates and deadlines for filing proofs of claim in the Debtors' chapter 11 cases (the "Bar Date

---

8 Plan, § IX.A.

9 *Id.* As provided in the RAD Sub-Trust B Agreement and other Plan documents, certain Tort Sub-Trusts or creditor groups are treated as separate "sub-sub-trusts" and may have received funding on the Effective Date and/or may receive a portion of the proceeds of the Sub-Trust B Insurance Proceeds and/or Sub-Trust A-2 Interest which include a percentage of certain proceeds from Sub-Trust A Assigned Claim Proceeds and Insurance Proceeds. Most but not all such sub-sub-trusts and creditor groups maintain their own claims administration procedures. To the extent Sub-Trust B determines that additional procedures are necessary for claims not addressed by any such sub-sub-trust or creditor group established under Sub-Trust B, the RAD Sub-Trust B Trustee may seek Bankruptcy Court approval to adopt the procedures set forth herein or to implement alternative procedures.

10 New Rite Aid Cases, Docket No. 299.

Order").[11] Specifically, the Court established (i) January 12, 2024, as the general bar date applicable to all persons and entities asserting a Claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose on or prior to the Petition Date (the "General Bar Date"); and (ii) April 12, 2024 as the deadline for Governmental Units to file proofs of claim against the Debtors that arose on or prior to the Petition Date (the "Governmental Bar Date").[12]

10. The Bar Date Order also established the deadline for filing claims arising from the rejection of an executory contract or unexpired lease as the later of (a) the applicable Bar Date and (b) thirty (30) calendar days after the later of (i) the entry of the applicable order authorizing such rejection and (ii) the effective date of such rejection, unless otherwise ordered by the Bankruptcy Court.[13]

## C. Claims Reconciliation Process

11. As of the Effective Date, the register of claims (the "Claims Register") evidenced over 473,000 filed and scheduled claims totaling in excess of $3.2 trillion. Of that total, there are approximately 5,700 Non-Tort General Unsecured Claims within the Trust's purview asserting over $70 billion in alleged liabilities.

12. The Trust and its professionals have been reviewing and analyzing the Non-Tort General Unsecured Claims since the effective date of the Claims Reconciliation Stipulation. In connection therewith, the Trust sought and obtained approval of certain omnibus objection procedures (the "Claims Objection Procedures") intended to promote a Claims reconciliation

---

[11] Docket No. 703.

[12] *Id.*

[13] *Id.*

process that is conducted in a timely, efficient, and cost-effective manner.[14] This process includes identifying categories of Claims that may be targeted for disallowance and expungement, reduction and/or reclassification.

13. As part of its ongoing review of filed Claims, the Trust has reviewed each of the Amended and Superseded Claims listed on **Schedule 1** to the Proposed Order, and has concluded that each such Claim should be disallowed for the reasons set forth more fully below.

14. To reduce the number of Claims, and to avoid possible double or otherwise improper recovery by claimants, the Trust anticipates filing additional objections to Claims.

## RELIEF REQUESTED

15. By this Objection and for the reasons described below, the Trust requests entry of the Proposed Order disallowing and expunging the Amended and Superseded Claims identified on **Schedule 1** of the Proposed Order.

## BASIS FOR RELIEF

16. When asserting a proof of claim against a bankrupt estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant.[15] To receive the benefit of *prima facie* validity, the proof of claim must "set forth facts necessary to support the claim."[16] Where the claimant alleges sufficient facts to support its claim, the claim is afforded *prima facie* validity.[17]

---

14 *Order (I) Approving Omnibus Claims Objection Procedures; (II) Authorizing RAD Sub-Trust A to File Substantive Omnibus Objections to Claims Pursuant to Bankruptcy Rule 3007(c) and (d); (III) Waiving Compliance with Bankruptcy Rule 3007(e)(6); and (IV) Granting Related Relief* [Docket No. 7199].

15 *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992).

16 *In re Stoecker*, 143 B.R. 879, 883 (N.D. Ill. 1992).

17 *See In re Allegheny Int'l, Inc.*, 954 F.2d at 173.

17. Section 502(a) of the Bankruptcy Code provides, in pertinent part, that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects."[18] Thus, while a properly-filed proof of claim is *prima facie* evidence of the claim's allowed amount, when an objecting party presents evidence to rebut a claim's *prima facie* validity, the claimant bears the burden of proving the claim's validity by a preponderance of evidence.[19] The burden of persuasion with respect to the claim is always on the claimant.[20] The failure to allege facts and to provide sufficient support for a claim deprives the claim of *prima facie* validity.[21]

18. Bankruptcy Rule 3007, in turn, requires that an objection to a proof of claim be made in writing, and the claimant be provided with not less than thirty days' notice of the hearing to be held in respect of such objection.[22] Objections of up to one hundred claims may be joined in an omnibus objection if such objections are based on the grounds that the claims should be disallowed, in whole or in part, for any of eight enumerated reasons, including that they have been amended by later proofs of claim.[23]

19. The Trust's professionals reviewed the Claims Register and determined that the claims identified on **<u>Schedule 1</u>** to the Proposed Order in the column "Claims to be Disallowed

---

18 11 U.S.C. § 502(a).

19 *See In re Allegheny Int'l, Inc.*, 954 F.2d at 173–74.

20 *See, e.g., Biolitec, AG v. Cyganowski*, No. 13-cv-5864, 2013 WL 6795400, *3 (D. N.J. Dec. 16, 2013); *see also In re Allegheny Int'l, Inc.*, 954 F.2d at 173–74.

21 *See, e.g., In re Jorczak*, 314 B.R. 474, 481–82 (Bankr. D. Conn. 2004) (discussing the evidentiary requirements and burden of proof with respect to the allowance of claims).

22 *See* Fed. R. Bankr. P. 3007(a).

23 Fed. R. Bankr. P. 3007(d). Pursuant to the Claim Objection Procedures, the Trust is authorized to object to more than 100 claims in a single Omnibus Objection on any of the bases set forth in Bankruptcy Rule 3007(d) and/or the Additional Grounds.

and Expunged" (the "Amended and Superseded Claims") was amended and superseded by the corresponding "Surviving Claim".

20. Absent disallowance of the Amended and Superseded Claims, the applicable Claimants could receive multiple recoveries against the Debtors' estates to the detriment of the Debtors' estate and other creditors. The Trust notes that the Claimants will not be prejudiced if the Amended and Superseded Claims are disallowed, because the Claimants will retain their "Surviving Claims" also identified on **Schedule 1** to the Proposed Order.[24]

21. Accordingly, the Trust seeks entry of the Proposed Order disallowing the Amended and Superseded Claims listed on **Schedule 1** to the Proposed Order.

## RESERVATION OF RIGHTS

22. The Trust hereby reserves the right to amend, modify, and supplement this Objection, prior to the hearing before the Court on this Objection, if any; *provided*, *however*, that nothing in this Objection shall affect the Trust's right to object to any Amended and Superseded Claim identified on **Schedule 1** to the Proposed Order or any other proof of claim at a future date on a basis other than as set forth in this Objection as permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Rules or in the Proposed Order.

23. Notwithstanding anything to the contrary herein, nothing contained in this Objection or any actions taken pursuant to any order granting the relief requested by this Objection is intended or should be construed as (a) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Trust's or any other party in interest's rights to

[24] As the claims reconciliation process is ongoing, the Trust reserves all rights to object to any Surviving Claim on any grounds.

dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a modification of the assumption or rejection of any lease or executory contract as set forth in the Confirmation Order and Plan; or (f) a waiver or limitation of the Trust's, or any other party in interest's, claims, causes of action, or other rights under the Bankruptcy Code or any other applicable law.

**STATEMENT OF COMPLIANCE WITH LOCAL RULES**

24. Counsel for the Trust has reviewed the requirements of Local Rule 3007-1 and certifies that this Objection substantially complies with such Local Rule. To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the Trust believes such deviations are not material and respectfully request that any such requirement be waived. The Trust, in compliance with Local Rule 3007-2, is concurrently filing the *Notice of Objection to Your Claim* in response to the Claimants' proofs of claim, attached hereto as **Exhibit C**, and will serve the same upon the Claimants listed in **Schedule 1** to the Proposed Order.

**NOTICE**

25. The Trust will provide notice of this Objection to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Claimants; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Trust submits that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

**WHEREFORE**, the Trust requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting (a) the relief requested herein, and (b) such other relief as the Court deems appropriate under the circumstances.

Dated: August 3, 2026

**KELLEY DRYE & WARREN LLP**

*/s/ Robert L. LeHane*

Robert L. LeHane, Esq.
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
dkane@kelleydrye.com
cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta,*
*Trustee of RAD Sub-Trust A*

# <u>Exhibit A</u>

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Dana P. Kane, Esq.
Connie Y. Choe, Esq.
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: rlehane@kelleydrye.com
dkane@kelleydrye.com
cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta,*
*Trustee of RAD Sub-Trust A*

In re:

RITE AID CORPORATION, *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-18993 9MBK)

(Jointly Administered)

**ORDER SUSTAINING THE THIRD OMNIBUS OBJECTION OF**
**RAD SUB-TRUST A TO AMENDED AND SUPERSEDED CLAIMS**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED**.

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Upon the omnibus objection (the "Objection")[1] of RAD Sub-Trust A (the "Trust"), requesting entry of an order (this "Order") disallowing and expunging the claims set forth in **Schedule 1** attached hereto, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* from the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Trust's notice of the Objection and opportunity for a hearing on the Objection were appropriate and no other notice need be provided; and this Court having reviewed the Objection and the Pitta Declaration and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

1. The Objection is sustained as set forth herein.

2. Each of the Amended and Superseded Claims identified on **Schedule 1** attached to this Order is hereby disallowed and expunged in its entirety, without prejudice to the treatment of the Surviving Claims also identified on **Schedule 1**.

3. Kroll Restructuring Administration LLC, the claims and noticing agent appointed in these cases (the "Claims Agent"), is authorized and directed to modify the Claims Register in accordance with entry of the relief granted in this Order.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Reorganized Debtors or the Trust under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Trust's, the Reorganized Debtors', or any other party in interest's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim or otherwise of a type specified or defined in the Objection or this Order; (e) a modification of the assumption or rejection of any lease or executory contract as set forth in the Confirmation Order and Plan; or (f) a waiver or limitation of the Trust's, the Reorganized Debtors', or any other party in interest's, claims, causes of action, or other rights under the Bankruptcy Code or any other applicable law.

5. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The Trust and the Claims Agent are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Amended and Superseded Claims**

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 1 | 1600 Bear Valley Road Holdings, LLC | 3690 | Thrifty PayLess, Inc. | $0.00 (S)<br>$25,995.38 (A)<br>$0.00 (P)<br>$123,352.67 (U)<br>$149,348.05 (T) | 16200 Bear Valley Road Holdings, LLC | 299043 | Thrifty PayLess, Inc. | $0.00 (S)<br>$25,995.38 (A)<br>$0.00 (P)<br>$123,352.67 (U)<br>$149,348.05 (T) |
| 2 | 180 Innovations, LLC | 1349 | Rite Aid Corporation | $0.00 (S)<br>$135,551.52 (A)<br>$0.00 (P)<br>$45,284.64 (U)<br>$180,836.16 (T) | 180 Innovations LLC | 2702 | Rite Aid Corporation | $0.00 (S)<br>$8,867.50 (A)<br>$0.00 (P)<br>$4,075.60 (U)<br>$12,943.10 (T) |
| 3 | 21-25 Graham Ave LLC | 7588 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$651,366.00 (U)<br>$651,366.00 (T) | 21-25 Graham Ave LLC | 438991 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$694,626.00 (U)<br>$694,626.00 (T) |
| 4 | 21-25 Graham Ave LLC | 7613 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$651,366.00 (U)<br>$651,366.00 (T) | 21-25 Graham Ave LLC | 438992 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$694,626.00 (U)<br>$694,626.00 (T) |
| 5 | 400 S. Saginaw LLC | 438840 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,452.76 (U)<br>$23,452.76 (T) | 400 S. Saginaw LLC | 438841 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$398,345.13 (U)<br>$398,345.13 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 6 | 4110 E. Nine Mile Road, L.L.C. | 438678 | RDS Detroit, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,239.78 (U)<br>$147,239.78 (T) | 4110 E. Nine Mile Road, L.L.C. | 438944 | RDS Detroit, Inc. | $0.00 (S)<br>$178,343.70 (A)<br>$0.00 (P)<br>$147,239.78 (U)<br>$325,583.48 (T) |
| 7 | 4110 E. NINE MILE ROAD, L.L.C. | 438677 | Perry Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,239.78 (U)<br>$147,239.78 (T) | 4110 E. NINE MILE ROAD, L.L.C. | 438945 | Perry Drug Stores, Inc. | $0.00 (S)<br>$178,343.70 (A)<br>$0.00 (P)<br>$147,239.78 (U)<br>$325,583.48 (T) |
| 8 | 506 West Market Street LLC | 438845 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$403,574.43 (U)<br>$403,574.43 (T) | 506 West Market Street LLC | 438889 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$403,574.43 (U)<br>$403,574.43 (T) |
| 9 | 506 West Market Street LLC | 438844 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$403,574.43 (U)<br>$403,574.43 (T) | 506 West Market Street LLC | 438888 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$403,574.43 (U)<br>$403,574.43 (T) |
| 10 | 5210-11 93rd St., LLC | 3707 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$9,049.47 (P)<br>$42,291.06 (U)<br>$51,340.53 (T) | 5210-11 93rd St. LLC | 427030 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$10,134.66 (P)<br>$0.00 (U)<br>$10,134.66 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 11 | 570 Associates V LLC | 454 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,161.24 (U)<br>$49,161.24 (T) | 570 Associates V LLC | 438562 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121,660.31 (U)<br>$121,660.31 (T) |
| 12 | 570 Associates X LLC | 462 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$377,442.74 (U)<br>$377,442.74 (T) | 570 Associates X LLC | 438404 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$555,089.07 (U)<br>$555,089.07 (T) |
| 13 | 9274 GROUP, INC. | 5624 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$265,995.68 (U)<br>$265,995.68 (T) | 9274 Group, Inc, | 437338 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$256,919.91 (U)<br>$256,919.91 (T) |
| 14 | Abul-Haj, Charles K. | 5994 | Thrifty PayLess, Inc. | $0.00 (S)<br>$2,926.17 (A)<br>$0.00 (P)<br>$361,168.27 (U)<br>$364,094.44 (T) | Abul-Haj, Partner of Family Trust, Charles K. | 7422 | Thrifty PayLess, Inc. | $0.00 (S)<br>$2,926.17 (A)<br>$0.00 (P)<br>$361,168.27 (U)<br>$364,094.44 (T) |
| 15 | Accurate Translation Services | 1070 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121.20 (U)<br>$121.20 (T) | Accurate Translation Services | 1101 | Elixir Rx Solutions, LLC (0786) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121.20 (U)<br>$121.20 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 16 | Accurate Translation Services | 1053 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$95.40 (U)<br>$95.40 (T) | Accurate Translation Services | 1110 | Elixir Rx Solutions, LLC (0786) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$95.40 (U)<br>$95.40 (T) |
| 17 | Accurate Translation Services | 1045 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$123.90 (U)<br>$123.90 (T) | Accurate Translation Services | 1098 | Elixir Rx Solutions, LLC (0786) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$123.90 (U)<br>$123.90 (T) |
| 18 | Accurate Translation Services | 1040 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,156.65 (U)<br>$1,156.65 (T) | Accurate Translation Services | 1096 | Elixir Rx Solutions, LLC (0786) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,156.65 (U)<br>$1,156.65 (T) |
| 19 | ACE American Insurance Company and affiliated companies (See Attachment) | 7288 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | ACE American Insurance Company and affiliated companies | 7653 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 20 | ACV Sequim, LLC | 6822 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,863.95 (U)<br>$26,863.95 (T) | ACV Sequim, LLC | 438390 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$336,790.56 (U)<br>$336,790.56 (T) |
| 21 | ADLP-U&A | 1144 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,358.81 (U)<br>$100,358.81 (T) | ADLP-U&A | 438642 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,870.51 (U)<br>$141,870.51 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 22 | Airside Technology Corporation | 1223 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,250.43 (U)<br>$22,250.43 (T) | Airside Technology Corporation | 4857 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,877.59 (U)<br>$18,877.59 (T) |
| 23 | All Pop Displays, LLC | 7992 | Rite Aid of Virginia, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,440.00 (U)<br>$6,440.00 (T) | All Pop Displays, LLC | 8444 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,440.00 (U)<br>$6,440.00 (T) |
| 24 | All Pop Displays, LLC | 155 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,440.00 (U)<br>$6,440.00 (T) | All Pop Displays, LLC | 8444 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,440.00 (U)<br>$6,440.00 (T) |
| 25 | Allen VH Associates, LLC | 437026 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,396,440.00 (U)<br>$2,396,440.00 (T) | Allen VH Associates, LLC | 437028 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,396,440.00 (U)<br>$2,396,440.00 (T) |
| 26 | Altman, Blitstein & Blinder | 190 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,802.50 (U)<br>$1,802.50 (T) | Altman, Blitstein & Blinder | 227 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,800.00 (U)<br>$2,800.00 (T) |
| 27 | Amherst Utilities Department, OH | 436615 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,592.28 (U)<br>$1,592.28 (T) | Amherst Utilities Department, OH | 438456 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,463.04 (U)<br>$5,463.04 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 28 | AT&T Corp. | 7437 | Health Dialog Services Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,193.44 (U)<br>$9,193.44 (T) | AT&T Corp. | 7808 | Health Dialog Services Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,147.30 (U)<br>$9,147.30 (T) |
| 29 | AT&T Corp. | 7517 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,047.21 (U)<br>$33,047.21 (T) | AT&T Corp. | 7770 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,899.91 (U)<br>$23,899.91 (T) |
| 30 | B3 Black Mountain LLC | 4474 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$455,657.41 (U)<br>$455,657.41 (T) | B3 Black Mountain LLC | 427041 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$465,489.98 (U)<br>$465,489.98 (T) |
| 31 | Balzac Properties and Balzac Properties II | 3959 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89,546.54 (U)<br>$89,546.54 (T) | Balzac Properties and Balzac Properties II | 3368 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$93,451.39 (U)<br>$93,451.39 (T) |
| 32 | BAY & SHATTUCK, LLC | 7457 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Bay & Shattuck, LLC | 438679 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 33 | Beeline Import and Services, LLC | 731 | Rite Aid Corporation | $0.00 (S)<br>$148,919.46 (A)<br>$0.00 (P)<br>$267,128.62 (U)<br>$416,048.08 (T) | Beeline Import and Services, LLC | 770 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$148,919.46 (A)<br>$0.00 (P)<br>$267,128.62 (U)<br>$416,048.08 (T) |
| 34 | Berkley Insurance Company | 6180 | Rite Aid of Delaware, Inc. | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000,000.00 (T) | Berkley Insurance Company | 7492 | Rite Aid of Delaware, Inc. | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000,000.00 (T) |
| 35 | Berkley Insurance Company | 5599 | Rite Aid of Connecticut, Inc. | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000,000.00 (T) | Berkley Insurance Company | 7543 | Rite Aid of Connecticut, Inc. | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000,000.00 (T) |
| 36 | Berkley Insurance Company | 5629 | Elixir Rx Solutions, LLC (0786) | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,481,425.00 (U)<br>$3,481,425.00 (T) | Berkley Insurance Company | 7556 | Elixir Rx Solutions, LLC (0786) | $2,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,481,425.00 (U)<br>$3,481,425.00 (T) |
| 37 | Bimbo Bakeries USA | 468 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$182,121.16 (U)<br>$182,121.16 (T) | Bimbo Bakeries USA | 6138 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,025.94 (U)<br>$49,025.94 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 38 | Bimbo Bakeries USA | 470 | Rite Aid Corporation | $0.00 (S)<br>$104,638.14 (A)<br>$0.00 (P)<br>$77,483.02 (U)<br>$182,121.16 (T) | Bimbo Bakeries USA | 6138 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,025.94 (U)<br>$49,025.94 (T) |
| 39 | Bimbo Bakeries USA | 475 | Rite Aid Corporation | $0.00 (S)<br>$104,638.14 (A)<br>$0.00 (P)<br>$77,483.02 (U)<br>$182,121.16 (T) | Bimbo Bakeries USA | 6138 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,025.94 (U)<br>$49,025.94 (T) |
| 40 | Bionpharma Inc. | 3378 | Rite Aid Corporation | $0.00 (S)<br>$18,516.96 (A)<br>$0.00 (P)<br>$88,161.72 (U)<br>$106,678.68 (T) | Bionpharma Inc. | 7005 | Rite Aid Corporation | $0.00 (S)<br>$20,789.28 (A)<br>$0.00 (P)<br>$94,608.60 (U)<br>$115,397.88 (T) |
| 41 | Bonita Centre (Edens), LLC | 5083 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,682.76 (U)<br>$55,682.76 (T) | Bonita Centre (Edens), LLC | 5224 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,682.76 (U)<br>$55,682.76 (T) |
| 42 | Bonnie Properties, Inc. | 438618 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$312,689.10 (U)<br>$312,689.10 (T) | Bonnie Properties, Inc. | 438713 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$315,699.10 (U)<br>$315,699.10 (T) |
| 43 | Bonnie Properties, Inc. | 4715 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Bonnie Properties, Inc. | 438713 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$315,699.10 (U)<br>$315,699.10 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 44 | BT Abington, LP | 78 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,626.69 (U)<br>$5,626.69 (T) | BT Abington, LP | 180 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$562,006.70 (U)<br>$562,006.70 (T) |
| 45 | Buffalo Lawn & Landscape, Inc. | 317 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,486.54 (U)<br>$4,486.54 (T) | Buffalo Lawn & Landscape, Inc. | 4393 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,673.71 (U)<br>$17,673.71 (T) |
| 46 | Buiced Inc | 3444 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,796.80 (U)<br>$45,796.80 (T) | Buiced Inc | 3483 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,007.68 (U)<br>$48,007.68 (T) |
| 47 | BURRELL TOWNSHIP SEWER AUTHORITY | 260 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$204.70 (U)<br>$204.70 (T) | BURRELL TOWNSHIP SEWER AUTHORITY | 1167 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$204.70 (U)<br>$204.70 (T) |
| 48 | Bybel Rutledge LLP | 5179 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,340.00 (U)<br>$2,340.00 (T) | Bybel Rutledge LLP | 5278 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,340.00 (U)<br>$2,340.00 (T) |
| 49 | California Physicians' Service dba Blue Shield of California | 3426 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,019.09 (U)<br>$12,019.09 (T) | California Physicians' Service dba Blue Shield of California | 3471 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,019.09 (U)<br>$12,019.09 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust’s Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 50 | Carroll Independent Fuel LLC | 1350 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,207.18 (U)<br>$32,207.18 (T) | Carroll Independent Fuel LLC | 438380 | Rite Aid Corporation | $0.00 (S)<br>$31,135.29 (A)<br>$0.00 (P)<br>$1,071.89 (U)<br>$32,207.18 (T) |
| 51 | Catt Development, LLC | 438874 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,889.45 (U)<br>$58,889.45 (T) | Catt's Realty Company | 438904 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,889.45 (U)<br>$58,889.45 (T) |
| 52 | Catt's Realty Company | 438875 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,150.00 (U)<br>$70,150.00 (T) | Catt's Realty Company | 438903 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,150.00 (U)<br>$70,150.00 (T) |
| 53 | CenturyLink Communications, LLC | 740 | Elixir Rx Options, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,898.44 (U)<br>$24,898.44 (T) | CenturyLink Communications, LLC | 3716 | Elixir Rx Options, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$96,648.71 (U)<br>$96,648.71 (T) |
| 54 | CGI Enterprises, Inc. | 915 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,635.00 (U)<br>$13,635.00 (T) | CGI Enterprises, Inc. | 427046 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,635.00 (U)<br>$13,635.00 (T) |
| 55 | City of Davison | 1733 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,175.84 (U)<br>$2,175.84 (T) | City of Davison | 4479 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,175.84 (U)<br>$2,175.84 (T) |
| 56 | City of Davison | 1740 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525.24 (U)<br>$525.24 (T) | City of Davison | 4422 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525.24 (U)<br>$525.24 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 57 | City of Kirkland | 827 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,091.13 (U)<br>$1,091.13 (T) | City of Kirkland - Utility Billing | 1633 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,672.93 (U)<br>$1,672.93 (T) |
| 58 | Commerce Fabric, Inc. | 576 | Rite Aid Online Store, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,000.00 (U)<br>$98,000.00 (T) | Commerce Fabric, Inc. | 5383 | Rite Aid Online Store, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,076.00 (U)<br>$102,076.00 (T) |
| 59 | Constellation NewEnergy, Inc. | 4836 | Rite Aid Corporation | $0.00 (S)<br>$194,191.55 (A)<br>$0.00 (P)<br>$173,188.08 (U)<br>$367,379.63 (T) | Constellation NewEnergy, Inc. | 437344 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$194,191.55 (A)<br>$0.00 (P)<br>$173,188.08 (U)<br>$367,379.63 (T) |
| 60 | CX Advanced Solutions, LLC | 3329 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121,627.29 (U)<br>$121,627.29 (T) | CX Advanced Solutions, LLC | 8676 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,506.64 (U)<br>$97,506.64 (T) |
| 61 | DANIEL G KAMIN BALTIMORE LLC | 7414 | Rite Aid of Maryland, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Baltimore LLC | 436745 | Rite Aid of Maryland, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$246,554.49 (U)<br>$246,554.49 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 62 | DANIEL G KAMIN CHESTERFIELD | 7367 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Chesterfield LLC | 438682 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$260,293.00 (U)<br>$260,293.00 (T) |
| 63 | DANIEL G KAMIN DELPHOS LLC | 7388 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Delphos LLC | 438866 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,853.80 (U)<br>$138,853.80 (T) |
| 64 | DANIEL G KAMIN GALION LLC | 7400 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Galion LLC | 438860 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$215,430.00 (U)<br>$215,430.00 (T) |
| 65 | DANIEL G KAMIN GARRETTSVILLE | 7351 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Garrettsville LLC | 438867 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$225,225.00 (U)<br>$225,225.00 (T) |
| 66 | DANIEL G KAMIN HARTFORD LLC | 7390 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Hartford LLC | 438865 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,664.12 (U)<br>$125,664.12 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 67 | DANIEL G KAMIN IMLAY LLC | 7394 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Imlay LLC | 438861 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$197,451.00 (U)<br>$197,451.00 (T) |
| 68 | DANIEL G KAMIN LEWISTON LLC | 7395 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Lewiston LLC | 438862 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175,350.00 (U)<br>$175,350.00 (T) |
| 69 | DANIEL G KAMIN STATE STREET | 7372 | Apex Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$79,203.91 (U)<br>$79,203.91 (T) | Daniel G. Kamin State Street LLC | 438684 | Apex Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$272,647.91 (U)<br>$272,647.91 (T) |
| 70 | DANIEL G KAMIN WAYNESBURG LLC | 6329 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Waynesburg LLC | 438859 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122,745.12 (U)<br>$122,745.12 (T) |
| 71 | DANIEL G KAMIN YOUNGSTOWN-POLAND ROAD LLC | 7436 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Daniel G. Kamin Youngstown-Poland Road LLC | 438685 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175,840.20 (U)<br>$175,840.20 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 72 | DCLD Development LLC | 1374 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,985,569.26 (U)<br>$1,985,569.26 (T) | DCLD DEVELOPMENT LLC | 3771 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,855,972.10 (U)<br>$1,855,972.10 (T) |
| 73 | Del 570 XVI LLC | 867 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$329,403.58 (U)<br>$329,403.58 (T) | DEL 570 XVI LLC | 438553 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$355,738.58 (U)<br>$355,738.58 (T) |
| 74 | Dixie & State LLC | 7633 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Dixie & State LLC | 438864 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,902.00 (U)<br>$209,902.00 (T) |
| 75 | Dr. Squatch, LLC | 5660 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$26,492.16 (A)<br>$0.00 (P)<br>$48,151.08 (U)<br>$74,643.24 (T) | Dr. Squatch, LLC | 5755 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$26,492.16 (A)<br>$0.00 (P)<br>$48,151.08 (U)<br>$74,643.24 (T) |
| 76 | Dyno Merchandise | 892 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,645.36 (U)<br>$21,645.36 (T) | Dyno Merchandise | 1330 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,645.36 (U)<br>$21,645.36 (T) |
| 77 | Englewood Union LLC | 5334 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Englewood Union LLC | 438706 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$93,900.27 (U)<br>$93,900.27 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 78 | Entity | 3649 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,760.30 (U)<br>$8,760.30 (T) | Spectrum | 3674 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,760.30 (U)<br>$8,760.30 (T) |
| 79 | Excell Marketing | 599 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,181.80 (U)<br>$20,181.80 (T) | Excell Marketing LC | 439075 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,181.80 (U)<br>$85,181.80 (T) |
| 80 | Federal Insurance Company and affiliated companies (See Attachment) | 5993 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | ACE American Insurance Company and affiliated companies | 7361 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 81 | Fetch Rewards, Inc. | 210 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$228,671.00 (U)<br>$228,671.00 (T) | Fetch Rewards, Inc. | 3032 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$266,351.00 (U)<br>$266,351.00 (T) |
| 82 | FG-1360 Boston Post Rd, LLC | 433359 | Rite Aid of Connecticut, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$370,630.89 (U)<br>$370,630.89 (T) | FG- 1360 Boston Post Rd, LLC | 437192 | Rite Aid of Connecticut, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| 83 | Foothill Center Partners, LLC a California limited liability company, successor in interest to Foothill Partners, Ltd. | 811 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,594.09 (U)<br>$10,594.09 (T) | Foothill Center Partners, LLC, a California limited liability company, successor in interest to Foothill Partners, Ltd. | 2847 | Thrifty PayLess, Inc. | $0.00 (S)<br>$9,775.25 (A)<br>$0.00 (P)<br>$40,514.23 (U)<br>$50,289.48 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 84 | Foothill Center Partners, LLC a California limited liability company, successor in interest to Foothill Partners, Ltd. | 680 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,594.09 (U)<br>$10,594.09 (T) | Foothill Center Partners, LLC, a California limited liability company, successor in interest to Foothill Partners, Ltd. | 2847 | Thrifty PayLess, Inc. | $0.00 (S)<br>$9,775.25 (A)<br>$0.00 (P)<br>$40,514.23 (U)<br>$50,289.48 (T) |
| 85 | GA Communications, Inc | 24 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$739,842.80 (U)<br>$739,842.80 (T) | GA Communications Inc | 5219 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$881,069.24 (U)<br>$881,069.24 (T) |
| 86 | GBR Ballston Ave, LLC and Plaza South Resources, L.P. | 438548 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$139,034.15 (U)<br>$139,034.15 (T) | GBR Ballston Ave, LLC and Plaza South Resources, L.P. | 438549 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148,209.40 (U)<br>$148,209.40 (T) |
| 87 | Gergen, Joe | 243 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$163,474.45 (U)<br>$163,474.45 (T) | Gergen, Joseph Peter | 29534 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$197,165.91 (U)<br>$197,165.91 (T) |
| 88 | GOLD COAST INGREDIENTS INC | 328 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,146.00 (U)<br>$20,146.00 (T) | GOLD COAST INGREDIENTS INC | 1836 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,016.00 (U)<br>$21,016.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 89 | Grand Blanc Center, LLC | 4956 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,395.75 (U)<br>$11,395.75 (T) | Grand Blanc Center, L.L.C. | 438842 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,489.10 (U)<br>$262,489.10 (T) |
| 90 | Grandview Retail Investors, LLC | 5633 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$302,872.02 (U)<br>$302,872.02 (T) | Grandview Retail Investors, LLC | 438656 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$197,992.66 (U)<br>$197,992.66 (T) |
| 91 | Grandview Retail Investors, LLC | 5587 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$302,872.02 (U)<br>$302,872.02 (T) | Grandview Retail Investors, LLC | 438656 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$197,992.66 (U)<br>$197,992.66 (T) |
| 92 | Hacienda Gardens LLC | 3113 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,129.88 (U)<br>$911,129.88 (T) | Facchino LaBarbera Hacienda Gardens, DE LLC | 437284 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$911,129.88 (U)<br>$911,129.88 (T) |
| 93 | High Water Johnstown, LLC | 2975 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,302,151.00 (U)<br>$5,302,151.00 (T) | High Water Johnstown LLC | 3445 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,302,151.00 (U)<br>$5,302,151.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 94 | High Water Johnstown, LLC | 2969 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,302,151.00 (U)<br>$5,302,151.00 (T) | High Water Johnstown LLC | 3356 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,302,151.00 (U)<br>$5,302,151.00 (T) |
| 95 | Hollywood Market Square LLC | 432720 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$767,758.00 (U)<br>$767,758.00 (T) | Hollywood Market Square LLC | 432721 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$381,420.00 (U)<br>$381,420.00 (T) |
| 96 | Hollywood Market Square, LLC | 4287 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,900.00 (U)<br>$500,900.00 (T) | Hollywood Market Square, LLC | 5310 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,900.00 (U)<br>$500,900.00 (T) |
| 97 | Hunton Andrews Kurth LLP | 5594 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,674,170.16 (U)<br>$1,674,170.16 (T) | Hunton Andrews Kurth LLP | 438645 | Rite Aid Hdqtrs. Corp. | $20,905.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,153,264.80 (U)<br>$1,174,170.16 (T) |
| 98 | Hunton Andrews Kurth LLP | 5780 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,674,170.16 (U)<br>$1,674,170.16 (T) | Hunton Andrews Kurth LLP | 438641 | Rite Aid Corporation | $20,905.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,153,264.80 (U)<br>$1,174,170.16 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 99 | ImageOne Interco, LLC | 5029 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$396,911.36 (U)<br>$396,911.36 (T) | ImageOne Interco, LLC | 7760 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$396,911.36 (U)<br>$396,911.36 (T) |
| 100 | IREIT Valencia Northpark, L.L.C. | 785 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$554,123.04 (U)<br>$554,123.04 (T) | IREIT Valencia Northpark, L.L.C. | 3092 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$625,356.92 (U)<br>$625,356.92 (T) |
| 101 | Jackson Lewis P.C. | 2067 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,769.10 (U)<br>$23,769.10 (T) | Jackson Lewis P.C. | 438439 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$127,740.86 (U)<br>$127,740.86 (T) |
| 102 | Jaime L. Santana Family Trust | 438440 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$164,257.03 (U)<br>$164,257.03 (T) | Jaime L. Santana Family Trust | 438442 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$226,932.04 (U)<br>$226,932.04 (T) |
| 103 | Janess Associates and Musue LLC | 3567 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,338,576.14 (U)<br>$2,338,576.14 (T) | Janess Associates and Musue LLC | 427076 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,913,576.14 (U)<br>$2,913,576.14 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 104 | JB HUNT TRANSPORT | 820 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$178,941.27 (U)<br>$178,941.27 (T) | JB HUNT TRANSPORT, INC | 1610 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$219,041.96 (U)<br>$219,041.96 (T) |
| 105 | JN 12 LLC | 437420 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,941.42 (U)<br>$23,941.42 (T) | JN 12 LLC | 438339 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$318,366.42 (U)<br>$318,366.42 (T) |
| 106 | Johnson, Jeanette | 553 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,635.20 (U)<br>$111,635.20 (T) | Johnson, Jeanette | 4576 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,636.20 (U)<br>$111,636.20 (T) |
| 107 | Julius, LLC | 5942 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$231,557.28 (U)<br>$231,557.28 (T) | Julius, LLC | 7061 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$251,204.57 (U)<br>$251,204.57 (T) |
| 108 | KAZ USA, INC. | 5228 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$154,851.92 (A)<br>$0.00 (P)<br>$46,316.60 (U)<br>$201,168.52 (T) | KAZ USA, INC. | 436999 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,168.52 (U)<br>$201,168.52 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 109 | KAZ USA, INC. | 5510 | Rite Aid Corporation | $0.00 (S)<br>$154,851.92 (A)<br>$0.00 (P)<br>$46,316.60 (U)<br>$201,168.52 (T) | KAZ USA, INC. | 437000 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,168.52 (U)<br>$201,168.52 (T) |
| 110 | Kitsap Public Utility No. 1 of Kitsap County | 437342 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$211.04 (U)<br>$211.04 (T) | Kitsap Public Utility No. 1 of Kitsap County | 437348 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$211.04 (U)<br>$211.04 (T) |
| 111 | Kornland Building | 433350 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,346.05 (U)<br>$201,346.05 (T) | Kornland Building | 433353 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,346.05 (U)<br>$201,346.05 (T) |
| 112 | Lafayette & Broadway LLC | 7644 | 1740 Associates, L.L.C. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Lafayette & Broadway LLC | 438680 | 1740 Associates, L.L.C. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$298,262.00 (U)<br>$298,262.00 (T) |
| 113 | Lake City Square LLC | 5693 | The Bartell Drug Company | $0.00 (S)<br>$35,406.36 (A)<br>$0.00 (P)<br>$1,995,046.56 (U)<br>$2,030,452.92 (T) | Lake City Square LLC | 432718 | The Bartell Drug Company | $0.00 (S)<br>$35,406.36 (A)<br>$0.00 (P)<br>$415,634.70 (U)<br>$451,041.06 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 114 | Lakha Kent Properties, LLC | 13203 | The Bartell Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$277,177.00 (U)<br>$277,177.00 (T) | Lakha Kent Properties, LLC | 427032 | The Bartell Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$301,000.00 (U)<br>$301,000.00 (T) |
| 115 | Lamb 79 & 2 Corp. | 6146 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$815,492.16 (U)<br>$815,492.16 (T) | Lamb 79 & 2 Corp. | 427026 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,097,642.16 (U)<br>$1,097,642.16 (T) |
| 116 | Lamb 79 & 2 Corp. | 6084 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$815,492.16 (U)<br>$815,492.16 (T) | Lamb 79 & 2 Corp. | 427027 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,097,642.16 (U)<br>$1,097,642.16 (T) |
| 117 | Lancaster Realty Management Corp. | 773 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$725,500.00 (U)<br>$725,500.00 (T) | Lancaster Realty Management Corp. | 4317 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$725,500.00 (U)<br>$725,500.00 (T) |
| 118 | Lancaster Realty Management Corp. | 774 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$725,500.00 (U)<br>$725,500.00 (T) | Lancaster Realty Management Corp. | 5044 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$725,500.00 (U)<br>$725,500.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 119 | Landlord - The 1998 Chen Family Trust (75%) and 170 San Mateo Road Partnership (25%) | 1294 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,767.35 (U)<br>$29,767.35 (T) | Landlord- 1998 Chen Family Trust (7.5%) and 170 San Mateo Road Partnership (25%) | 3613 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,346.69 (U)<br>$35,346.69 (T) |
| 120 | Languageline Services, Inc | 5107 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,182.60 (U)<br>$13,182.60 (T) | Languageline Services, Inc | 5112 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,562.03 (U)<br>$6,562.03 (T) |
| 121 | Linton Family Trust | 2612 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Linton Family Trust | 438940 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$157,364.62 (U)<br>$157,364.62 (T) |
| 122 | Liu, Weihua | 6724 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,344.00 (U)<br>$68,344.00 (T) | Liu, Weihua | 2122 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,344.00 (U)<br>$68,344.00 (T) |
| 123 | Liu, Weihua | 451 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,344.00 (U)<br>$68,344.00 (T) | Liu, Weihua | 2122 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,344.00 (U)<br>$68,344.00 (T) |
| 124 | M&D Transportation | 194 | Thrifty Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,166.97 (U)<br>$16,166.97 (T) | M & D Transportation | 3390 | Thrifty Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,358.97 (U)<br>$18,358.97 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 125 | Maby LLC | 3518 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$559,334.90 (U)<br>$559,334.90 (T) | Maby LLC | 438540 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$559,334.90 (U)<br>$559,334.90 (T) |
| 126 | Madison Citrus Heights CA SR LP | 5988 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,166.98 (U)<br>$125,166.98 (T) | Madison Citrus Heights CA SR LP | 432728 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$197,802.70 (U)<br>$197,802.70 (T) |
| 127 | MAIN & TWELFTH LLC | 7456 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Main & Twelfth LLC | 438683 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$271,674.00 (U)<br>$271,674.00 (T) |
| 128 | Marciani Realty Investments, LLC | 6338 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,238.58 (U)<br>$49,238.58 (T) | Marciani Realty Investments, LLC | 6441 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,238.58 (U)<br>$49,238.58 (T) |
| 129 | Market Spice | 60 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,090.00 (U)<br>$36,090.00 (T) | MarketSpice | 438929 | Rite Aid Corporation | $0.00 (S)<br>$36,090.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$36,090.00 (T) |
| 130 | Maxor National Pharmacy Services, LLC dba CarePoint | 7266 | Elixir Rx Solutions, LLC (1427) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,936.88 (U)<br>$5,936.88 (T) | Maxor National Pharmacy Services, LLC dba CarePoint | 7638 | Elixir Rx Solutions, LLC (1427) | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,936.88 (U)<br>$5,936.88 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 131 | McHale, Janet | 6628 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | McHale, Janet | 6057 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| 132 | McKee Foods Corporation | 494 | Rite Aid Corporation | $0.00 (S)<br>$16,174.20 (A)<br>$0.00 (P)<br>$11,402.12 (U)<br>$27,576.32 (T) | McKee Foods Corporation | 705 | Rite Aid Corporation | $0.00 (S)<br>$16,174.20 (A)<br>$0.00 (P)<br>$10,838.04 (U)<br>$27,012.24 (T) |
| 133 | Melbourne Associates VIII, LLC | 544 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$420,046.58 (U)<br>$420,046.58 (T) | Melbourne Associates VIII, LLC | 432590 | Eckerd Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$663,772.58 (U)<br>$663,772.58 (T) |
| 134 | Met Ed | 1560 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,267.84 (U)<br>$48,267.84 (T) | Met Ed | 5506 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$93,950.27 (U)<br>$93,950.27 (T) |
| 135 | MIP Capital LLC | 5022 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$360,000.00 (U)<br>$360,000.00 (T) | MIP Capital LLC | 5303 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$623,460.00 (U)<br>$623,460.00 (T) |
| 136 | MONOGRAM DEV VI, LTD | 7706 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Monogram Development VI LTD | 438858 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,000.00 (U)<br>$165,000.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 137 | Monogram Development X LTD | 7451 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Monogram Devlopment X LTD | 438681 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$152,705.00 (U)<br>$152,705.00 (T) |
| 138 | Morales, Jose R | 512 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Morales, Jose R | 2539 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 139 | Mouton, Tamisha | 162 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Mouton, Tamisha | 4966 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| 140 | Multipet International Inc. | 2716 | Rite Aid Corporation | $0.00 (S)<br>$18,805.20 (A)<br>$0.00 (P)<br>$33,909.90 (U)<br>$52,715.10 (T) | Multipet International Inc. | 5016 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$18,805.20 (A)<br>$0.00 (P)<br>$33,909.90 (U)<br>$52,715.10 (T) |
| 141 | Newsday Media Group | 438429 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,612.73 (U)<br>$5,612.73 (T) | Newsday LLC | 438902 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,612.73 (U)<br>$5,612.73 (T) |
| 142 | NYSEG | 6921 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$731.87 (U)<br>$731.87 (T) | NYSEG | 7496 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$731.87 (U)<br>$731.87 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 143 | Oakland & Centre LLC | 7713 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Oakland & Centre LLC | 438863 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$233,727.00 (U)<br>$233,727.00 (T) |
| 144 | Ohio Edison | 2572 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,676.25 (U)<br>$58,676.25 (T) | Ohio Edison | 436904 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,583.81 (U)<br>$58,583.81 (T) |
| 145 | Olympic View Water & Sewer District | 436817 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$637.07 (U)<br>$637.07 (T) | Olympic View Water and Sewer District | 438567 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$469.72 (U)<br>$469.72 (T) |
| 146 | OM Lex, LLC / OM Lex 2, LLC | 438532 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$640,412.85 (U)<br>$640,412.85 (T) | OM Lex, LLC / OM Lex 2, LLC | 438533 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$640,412.85 (U)<br>$640,412.85 (T) |
| 147 | ORANGE SQUARE, LLC | 438394 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$546,569.72 (U)<br>$546,569.72 (T) | Orange Square, LLC | 438499 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$501,879.03 (U)<br>$501,879.03 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 148 | Ow Family - 901 Soquel, LLC | 3731 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$895,016.79 (U)<br>$895,016.79 (T) | OW FAMILY - 901 SOQUEL, LLC | 2757 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$920,307.26 (U)<br>$920,307.26 (T) |
| 149 | Ow Family - 901 Soquel, LLC | 3733 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$895,016.79 (U)<br>$895,016.79 (T) | Ow Family - 901 Soquel, LLC | 2936 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$920,307.26 (U)<br>$920,307.26 (T) |
| 150 | Paris Rose, LLC | 108 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$53,112.00 (P)<br>$795,416.39 (U)<br>$848,528.39 (T) | Paris Rose, LLC | 2970 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$124,802.34 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$124,802.34 (T) |
| 151 | Penelec | 1559 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,553.05 (U)<br>$36,553.05 (T) | Penelec | 5509 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$101,675.28 (U)<br>$101,675.28 (T) |
| 152 | Perceptyx Inc. | 668 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$139,131.55 (U)<br>$139,131.55 (T) | Perceptyx Inc. | 692 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$139,131.55 (U)<br>$139,131.55 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 153 | Perfetti Van Melle USA Inc. | 1502 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$99,951.36 (U)<br>$99,951.36 (T) | Perfetti Van Melle USA Inc. | 4722 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 154 | Peter P. Bollinger Investment Company | 2999 | Thrifty PayLess, Inc. | $0.00 (S)<br>$42,642.69 (A)<br>$0.00 (P)<br>$28,041.92 (U)<br>$70,684.61 (T) | Peter P. Bollinger Investment Company | 436666 | Thrifty PayLess, Inc. | $0.00 (S)<br>$21,046.02 (A)<br>$0.00 (P)<br>$387,592.35 (U)<br>$408,638.37 (T) |
| 155 | Philadelphia Woodland LLC | 5332 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Philadelphia Woodland LLC | 438506 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$269,325.96 (U)<br>$269,325.96 (T) |
| 156 | Premier Commercial Properties, LLC | 2920 | Rite Aid of New Hampshire, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$318,574.02 (U)<br>$318,574.02 (T) | Premier Commercial Properties, LLC | 6607 | Rite Aid of New Hampshire, Inc. | $0.00 (S)<br>$28,477.50 (A)<br>$0.00 (P)<br>$288,106.13 (U)<br>$316,583.63 (T) |
| 157 | Premier Commercial Properties, LLC | 2661 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$318,574.02 (U)<br>$318,574.02 (T) | Premier Commercial Properties, LLC | 5709 | Rite Aid Corporation | $0.00 (S)<br>$28,477.50 (A)<br>$0.00 (P)<br>$288,106.13 (U)<br>$316,583.63 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 158 | Protos Security | 425855 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,648,703.47 (U)<br>$1,648,703.47 (T) | Single Source Security, LLC d/b/a Protos Security | 438418 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,648,703.47 (U)<br>$1,648,703.47 (T) |
| 159 | Protos Security | 229 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,648,703.47 (U)<br>$1,648,703.47 (T) | Single Source Security, LLC d/b/a Protos Security | 438418 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,648,703.47 (U)<br>$1,648,703.47 (T) |
| 160 | PSEG LI | 4469 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$133,151.02 (U)<br>$133,151.02 (T) | PSEG Long Island | 439033 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,541.00 (U)<br>$12,541.00 (T) |
| 161 | Quinto Corporation | 436861 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Quinto Corporation | 436863 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,741.65 (U)<br>$14,741.65 (T) |
| 162 | R&H Mission Gorge, LTD., A California Limited Partnership | 5907 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$672,919.36 (U)<br>$672,919.36 (T) | R&H Mission Gorge, LTD., a California Limited Partnership and TAAB Texas, LP, a California Limited Partnership, collectively | 7627 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$672,919.36 (U)<br>$672,919.36 (T) |
| 163 | Rebels Refinery Inc. | 417 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,155.24 (U)<br>$43,155.24 (T) | Rebels Refinery Inc. | 4006 | Rite Aid Corporation | $0.00 (S)<br>$5,975.04 (A)<br>$0.00 (P)<br>$37,180.20 (U)<br>$43,155.24 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

Amended and Superseded

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 164 | RLH FIRE PROTECTION INC | 5030 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$124,519.00 (U)<br>$124,519.00 (T) | RLH FIRE PROTECTION | 438462 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,275.00 (U)<br>$2,275.00 (T) |
| 165 | Ross Banks May Cron and Cavin PC | 5205 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,379.46 (U)<br>$141,379.46 (T) | WC Properties, (Edens), LLC | 5239 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,379.46 (U)<br>$141,379.46 (T) |
| 166 | Rush Direct, Inc. | 565 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,359.44 (U)<br>$38,359.44 (T) | Rush Direct Inc | 6322 | Rite Aid Corporation | $0.00 (S)<br>$17,802.00 (A)<br>$0.00 (P)<br>$20,557.44 (U)<br>$38,359.44 (T) |
| 167 | RX Clyde Investors LLC | 7493 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | RX Clyde Investors LLC | 438856 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$221,000.00 (U)<br>$221,000.00 (T) |
| 168 | RX Fostoria Investors LLC | 7912 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | RX Fostoria Investors LLC | 438857 | The Lane Drug Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$229,500.00 (U)<br>$229,500.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 169 | SDI Business Trust | 436859 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$295,343.46 (U)<br>$295,343.46 (T) | SDI Business Trust | 438560 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$420,599.16 (U)<br>$420,599.16 (T) |
| 170 | Shadrall New Brunswick LP | 4852 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,520.00 (U)<br>$73,520.00 (T) | Shadrall New Brunswick LP | 438426 | Rite Aid of New Jersey, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$692,715.00 (U)<br>$692,715.00 (T) |
| 171 | SJRA, L.L.C. | 7740 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$247,121.19 (U)<br>$247,121.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 172 | SJRA, L.L.C. | 7700 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$247,121.19 (U)<br>$247,121.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 173 | SJRA, L.L.C. | 4361 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 174 | SJRA, L.L.C. | 4355 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$235,321.19 (U)<br>$235,321.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 175 | SJRA, L.L.C. | 4001 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$235,321.19 (U)<br>$235,321.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 176 | SJRA, L.L.C. | 3987 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 177 | SJRA, L.L.C. | 3982 | Rite Aid of Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 178 | SJRA, L.L.C. | 7416 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$247,121.19 (U)<br>$247,121.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein.
The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 179 | SJRA, L.L.C. | 4395 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$235,321.19 (U)<br>$235,321.19 (T) | SJRA, L.L.C. | 438663 | PDS-1 Michigan, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$259,549.71 (U)<br>$259,549.71 (T) |
| 180 | SK & E Abul-Haj Second Family Limited Partnership | 5864 | Thrifty PayLess, Inc. | $0.00 (S)<br>$3,377.96 (A)<br>$0.00 (P)<br>$1,306,730.01 (U)<br>$1,310,107.97 (T) | SK & E Abul-Haj Second Family Limited Partnership | 7569 | Thrifty PayLess, Inc. | $0.00 (S)<br>$3,377.96 (A)<br>$0.00 (P)<br>$1,306,730.01 (U)<br>$1,310,107.97 (T) |
| 181 | SK & E Abul-Haj Second Family Limited Partnership | 5602 | Thrifty PayLess, Inc. | $0.00 (S)<br>$3,377.96 (A)<br>$0.00 (P)<br>$1,306,730.01 (U)<br>$1,310,107.97 (T) | SK & E Abul-Haj Second Family Limited Partnership | 7569 | Thrifty PayLess, Inc. | $0.00 (S)<br>$3,377.96 (A)<br>$0.00 (P)<br>$1,306,730.01 (U)<br>$1,310,107.97 (T) |
| 182 | Smith Street Realty, LLC | 5836 | Rite Aid of New York, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,651,070.00 (U)<br>$1,651,070.00 (T) | Smith Street Realty, LLC | 438365 | Rite Aid of New York, Inc. | $0.00 (S)<br>$293,413.00 (A)<br>$0.00 (P)<br>$1,135,262.00 (U)<br>$1,428,675.00 (T) |
| 183 | South Allen Associates, L.L.C. | 2577 | Apex Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,905.51 (U)<br>$5,905.51 (T) | VDG Monroe, LLC and Capital Monroe, LLC, assignee from South Allen Associates, L.L.C. | 427034 | Apex Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,905.51 (U)<br>$5,905.51 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 184 | South Lake Tahoe CA SR LP | 6062 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | A1 South Lake Tahoe CA SR LP | 432725 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$206,785.00 (U)<br>$206,785.00 (T) |
| 185 | Steve's Wholesale Floral | 181 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,517.75 (U)<br>$14,517.75 (T) | Steve's Wholesale Floral | 7972 | Rite Aid Corporation | $0.00 (S)<br>$8,188.50 (A)<br>$0.00 (P)<br>$5,259.75 (U)<br>$13,448.25 (T) |
| 186 | Stopper, Jr., Benjamin E. | 2030 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,035,730.00 (U)<br>$5,035,730.00 (T) | Stopper, Jr., Benjamin E. | 438537 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$56,231.29 (U)<br>$56,231.29 (T) |
| 187 | TAM Partners, L.P. | 438868 | Rite Aid Corporation | $0.00 (S)<br>$18,011.29 (A)<br>$0.00 (P)<br>$249,191.34 (U)<br>$267,202.63 (T) | TAM Partners, L.P. | 438988 | Rite Aid Corporation | $0.00 (S)<br>$4,236.17 (A)<br>$0.00 (P)<br>$322,708.43 (U)<br>$326,944.60 (T) |
| 188 | TAM Partners, L.P. | 438869 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$18,011.29 (A)<br>$0.00 (P)<br>$249,191.34 (U)<br>$267,202.63 (T) | TAM Partners, L.P. | 438989 | Rite Aid of Ohio, Inc. | $0.00 (S)<br>$4,236.17 (A)<br>$0.00 (P)<br>$322,708.43 (U)<br>$326,944.60 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust’s Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 189 | TCF-Allentown LLC | 7470 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) | TCF Allentown LLC | 439049 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) |
| 190 | TCF-Allentown LLC | 7558 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$548,884.58 (U)<br>$548,884.58 (T) | TCF Allentown LLC | 439050 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) |
| 191 | TCR Allentown LLC | 780 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$534,994.58 (U)<br>$534,994.58 (T) | TCF Allentown LLC | 439050 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) |
| 192 | TCR Allentown LLC | 782 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,994.58 (U)<br>$543,994.58 (T) | TCF Allentown LLC | 439049 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) |
| 193 | TCR Allentown LLC | 821 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) | TCF Allentown LLC | 439050 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$543,884.58 (U)<br>$543,884.58 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor | Claim # | Debtor | Claim amount and priority (1) | Creditor | Claim # | Debtor | Claim amount and priority (1) |
| 194 | The Illuminating Company | 2574 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,304.60 (U)<br>$40,304.60 (T) | The Illuminating Company | 436905 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,151.65 (U)<br>$40,151.65 (T) |
| 195 | The Lemon Group LLC | 135 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,432.88 (U)<br>$29,432.88 (T) | The Lemon Group LLC | 5585 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,843.45 (U)<br>$41,843.45 (T) |
| 196 | The Stop & Shop Supermarket Company LLC | 438565 | Genovese Drug Stores, Inc. | $9,184.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$134,669.36 (U)<br>$143,853.36 (T) | The Stop & Shop Supermarket Company LLC | 438592 | Genovese Drug Stores, Inc. | $9,184.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$254,769.47 (U)<br>$263,953.47 (T) |
| 197 | The Stop & Shop Supermarket Company LLC | 1933 | Genovese Drug Stores, Inc. | $9,184.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,799.27 (U)<br>$32,983.27 (T) | The Stop & Shop Supermarket Company LLC | 438592 | Genovese Drug Stores, Inc. | $9,184.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$254,769.47 (U)<br>$263,953.47 (T) |
| 198 | Toledo Edison | 2630 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,674.20 (U)<br>$42,674.20 (T) | Toledo Edison | 436906 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,600.90 (U)<br>$42,600.90 (T) |
| 199 | Tomes, Tommy | 518 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,346.50 (U)<br>$3,346.50 (T) | Tomes, Tommy | 519 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,039.50 (U)<br>$4,039.50 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 200 | Truckee Donner Public Utility District | 346 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,253.13 (U)<br>$7,253.13 (T) | Truckee Donner Public Utility District | 691 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,798.26 (U)<br>$10,798.26 (T) |
| 201 | Urban American Management | 2106 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$188,395.42 (U)<br>$188,395.42 (T) | Westchester Plaza Owner, LLC | 433344 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$188,395.42 (U)<br>$188,395.42 (T) |
| 202 | Urbana Village Center LLC | 4964 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,026,188.75 (U)<br>$1,026,188.75 (T) | Urbana Village Center, LLC | 437115 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,008,737.45 (U)<br>$1,008,737.45 (T) |
| 203 | Urbana Village Center LLC | 4876 | Rite Aid of Maryland, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,026,118.75 (U)<br>$1,026,118.75 (T) | Urbana Village Center LLC | 437116 | Rite Aid of Maryland, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,008,737.45 (U)<br>$1,008,737.45 (T) |
| 204 | US Cotton LLC | 293 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$353,692.36 (U)<br>$353,692.36 (T) | US Cotton, LLC | 876 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$331,269.66 (U)<br>$331,269.66 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 205 | VASU SPE 1, LLC and VASU SPE 2, LLC | 2657 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,418,630.36 (U)<br>$1,418,630.36 (T) | VASU SPE 1, LLC and VASU SPE 2, LLC | 438952 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,579,323.36 (U)<br>$1,579,323.36 (T) |
| 206 | Vector Security, Inc. | 2617 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,108.75 (U)<br>$60,108.75 (T) | Vector Security, Inc. | 2634 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,108.75 (U)<br>$60,108.75 (T) |
| 207 | Veritext Corporate Services LLC | 29527 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,872.33 (U)<br>$19,872.33 (T) | Veritext Corporate Services LLC | 438485 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,225.00 (U)<br>$1,225.00 (T) |
| 208 | Vestis Services, LLC | 3924 | The Bartell Drug Company | $0.00 (S)<br>$16,358.35 (A)<br>$0.00 (P)<br>$16,990.62 (U)<br>$33,348.97 (T) | Vestis Services, LLC fka ARAMARK | 438628 | The Bartell Drug Company | $0.00 (S)<br>$26,925.71 (A)<br>$0.00 (P)<br>$68,994.60 (U)<br>$95,920.31 (T) |
| 209 | Vestis Services, LLC | 3843 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$20,639.25 (A)<br>$0.00 (P)<br>$27,397.03 (U)<br>$48,036.28 (T) | Vestis Services, LLC fka ARAMARK Uniform & Career Apparel, LLC | 438629 | Rite Aid Hdqtrs. Corp. | $0.00 (S)<br>$41,594.09 (A)<br>$0.00 (P)<br>$55,241.87 (U)<br>$96,835.96 (T) |
| 210 | Vincent, Amy | 441 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Vincent, Amy | 2712 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$4,416.33 (P)<br>$5,583.67 (U)<br>$10,000.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 211 | WC Properties (Edens), LLC | 5175 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,379.46 (U)<br>$141,379.46 (T) | WC Properties, (Edens), LLC | 5239 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,379.46 (U)<br>$141,379.46 (T) |
| 212 | WEC 98G-3, LLC, a Delaware limited liability company | 7571 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$661,437.91 (U)<br>$661,437.91 (T) | WEC 98G-3, LLC, a Delaware limited liability company | 7798 | Thrifty PayLess, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$664,055.35 (U)<br>$664,055.35 (T) |
| 213 | Wellnx Life Sciences USA | 183 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,159.60 (U)<br>$42,159.60 (T) | Wellnx Life Sciences USA | 4709 | Rite Aid Corporation | $0.00 (S)<br>$6,120.00 (A)<br>$39,132.00 (P)<br>$155,572.00 (U)<br>$200,824.00 (T) |
| 214 | WH-Wallkill Five II, LLC | 432582 | Rite Aid Corporation | $0.00 (S)<br>$15,418.85 (A)<br>$0.00 (P)<br>$219,148.83 (U)<br>$234,567.68 (T) | WH-Wallkill Five II, LLC | 433345 | Rite Aid of Connecticut, Inc. | $0.00 (S)<br>$15,418.85 (A)<br>$0.00 (P)<br>$219,148.83 (U)<br>$234,567.68 (T) |
| 215 | WHITEHALL EQUITIES, LLC | 534 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,302.05 (U)<br>$58,302.05 (T) | Whitehall Equities LLC | 611 | Rite Aid of Pennsylvania, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50.00 (U)<br>$50.00 (T) |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** | **Creditor** | **Claim #** | **Debtor** | **Claim amount and priority (1)** |
| 216 | Willdan Lighting & Electric Inc. | 223 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,078,568.04 (U)<br>$1,078,568.04 (T) | Willdan Lighting & Electric Inc.d | 681 | Rite Aid Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| 217 | Williamsburg Mazel, LLC | 1701 | Rite Aid of Virginia, Inc. | $0.00 (S)<br>$100.00 (A)<br>$0.00 (P)<br>$12,307.86 (U)<br>$12,407.86 (T) | Williamsburg Mazel, LLC | 427113 | Rite Aid of Virginia, Inc. | $0.00 (S)<br>$100.00 (A)<br>$0.00 (P)<br>$98,836.14 (U)<br>$98,936.14 (T) |
| 218 | Woodward Square, LLC | 4868 | Perry Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,212.24 (U)<br>$7,212.24 (T) | Woodward Square, LLC. | 438579 | Perry Drug Stores, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$442,162.32 (U)<br>$442,162.32 (T) |
| | **Total** | | **Count: 218** | **$80,140,979.32** | | | | **$82,152,628.15** |

(1) (S) Secured; (A) Administrative; (P) Priority; (U) Unsecured; (T) Total. The Trust's Objection does not pertain to the secured, administrative or priority portions of claims listed herein. The Trust shall have the right to object to any secured, administrative or priority portions of the claims listed herein to the extent reclassified as general unsecured claim amounts.

# <u>Exhibit B</u>

## Pitta Declaration

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane
Dana P. Kane
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: rlehane@kelleydrye.com
dkane@kelleydrye.com
cchoe@kelleydrye.com

*Counsel to Thomas A. Pitta,*
*Trustee of RAD Sub-Trust A*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK) |

**DECLARATION OF THOMAS A. PITTA**
**IN SUPPORT OF THE THIRD OMNIBUS OBJECTION**
**OF RAD SUB-TRUST A TO AMENDED AND SUPERSEDED CLAIMS**

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

I, Thomas A. Pitta, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Trustee of RAD Sub-Trust A (the "Trust") and Co-Trustee of the RAD Master Trust, established in the above-captioned chapter 11 cases. I submit this declaration (the "Declaration") for all permissible purposes under the Bankruptcy Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence in support of the *Third Omnibus Objection of RAD Sub-Trust A to Amended and Superseded Claims* (the "Objection").[1]

2. As part of my current position in assisting with Trust's responsibilities under the Plan and the Trust Agreement, I am responsible for certain claims management and reconciliation matters.

3. I have read the Objection and am directly, or by and through the Trust's advisors, familiar with the information contained therein and the schedules attached thereto.

4. I am authorized to submit this Declaration in support of the Objection. All matters set forth in this Declaration are based on: (a) my personal knowledge; (b) my review of relevant documents; (c) information supplied to me by the Trust's advisors and by others at the Trust's request; or (d) as to matters involving United States bankruptcy law or rules or other applicable laws, my reliance upon the advice of counsel or other advisors to the Trust. If called upon to testify, I could and would testify competently to the facts set forth herein.

5. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time, and resources have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed against the Debtors in these cases.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

6. In evaluating the Amended and Superseded Claims, I reviewed the Objection, confirmed that the Trust's professionals reviewed the relevant proofs of claim and supporting documentation, and determined that each Amended and Superseded Claim identified on **Schedule 1** of the Proposed Order in the "Claims To Be Disallowed and Expunged" column was amended and superseded by the corresponding "Surviving Claim" identified on Schedule 1 to the Proposed Order on behalf of the same claimant.

7. I note that the claimants will not be prejudiced if the Amended and Superseded Claims are disallowed and expunged, because the claimants will retain their Surviving Claims identified on **Schedule 1** to the Proposed Order, subject to the Trust's right to object to the Surviving Claims in the future, if warranted.

8. As such, I believe it is appropriate for the Court to disallow and expunge the Amended and Superseded Claims.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: August 3, 2026

*/s/ Thomas A. Pitta*
Thomas A. Pitta

# **Exhibit C**

**Claim Objection Notice**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Robert L. LeHane, Esq.<br>Dana P. Kane, Esq.<br>Connie Y. Choe, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Tel: (973) 503-5900<br>Facsimile: (973) 503-5950<br>rlehane@kelleydrye.com<br>dkane@kelleydrye.com<br>cchoe@kelleydrye.com<br><br>*Counsel to Thomas A. Pitta,*<br>*Trustee of RAD Sub-Trust A* |

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>**Hearing Date:** **September 3, 2026**<br>**Time:** **10:00 a.m. (ET)**<br>**Response Deadline:** **August 27, 2026** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

**TO: THE HOLDERS OF CLAIMS AND THEIR COUNSEL (IF ANY) SET FORTH ON EXHIBIT A HERETO**

The RAD Sub-Trust A (the "Trust") has filed the enclosed *Third Omnibus Objection of RAD Sub-Trust A to Amended and Superseded Claims* [Docket No. [______]] (the "Objection") which seeks to alter your rights by disallowing and expunging your claim as set forth in the Objection.

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

If you disagree with the Objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 27, 2026**.

At the same time, you must also serve a copy of the response upon the Trust's attorneys:

Robert L. LeHane
Dana P. Kane
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: rlehane@kelleydrye.com
dkane@kelleydrye.com
cchoe@kelleydrye.com

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Judge Michael B. Kaplan on **September 3, 2026 at 10:00 a.m. (ET)** at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING**.